IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF GREENVILLE, ILLINOIS, et al. )<br>     Plaintiffs,         )<br>                              )<br>     VS.                      )<br>                              )<br>SYNGENTA CROP PROTECTION, INC. and )<br>  SYNGENTA AG                 )<br>     Defendants               ) | CIVIL NO. 10-188-JPG |

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now CHARLES A. CERISE, JR. pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of SYNGENTA CROP PROTECTION, INC. and SYNGENTA AG, and in support thereof states and certifies to the Court:

   1. That movant is an attorney licensed to practice law in the State of Louisiana (#1755).

   2. That movant is a member in good standing in the Bar as set forth above.

   3. That movant does not wish to be admitted generally, but for the purpose of this case only.

   4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

   **THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

                    Respectfully submitted:

By:    s/ Charles A. Cerise, Jr.
          _____
          Charles A. Cerise, Jr.
          **Adams and Reese LLP**
          701 Poydras Street, Suite 4500
          New Orleans, LA 70139
          Direct: 504-585-0418
          Facsimile: 504-566-0210
          charles.cerise@arlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2010, I electronically filed the Motion to Appear Pro Hac Vice with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Stephen M. Tillery, Esq.
Christie Deaton, Esq.
Christine J. Moody
Michael E. Klenov
Korein Tillery, L.L.C.
U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101

Mr. Scott Summy
Ms. Celeste Evangelisti
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Patricia S. Murphy
Murphy Law Office
P.O. Office Box 220
Energy, IL 62933-0220

Kurtis B. Reeg
Reeg Lawyers, LLC
1 North Brentwood Boulevard, Suite 950
Saint Louis, Missouri 63105

          s/ Charles A. Cerise, Jr.
          _____
          Charles A. Cerise, Jr.
          **Adams and Reese LLP**
          701 Poydras Street, Suite 4500
          New Orleans, LA 70139
          Direct: 504-585-0418
          Facsimile: 504-566-0210
          charles.cerise@arlaw.com