IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF GREENVILLE, ILLINOIS, et al.  ) | |
|     PLAINTIFFS,  ) | |
| ) | |
|     VS.  ) | CIVIL NO. 10-188-JPG |
| ) | |
| SYNGENTA CROP PROTECTION, INC. and  ) | |
|  SYNGENTA AG  ) | |
|     DEFENDANTS  ) | |

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

  Comes now DAVID M. STEIN, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of SYNGENTA CROP PROTECTION, INC. and SYNGENTA AG, and in support thereof states and certifies to the Court:

  1. That movant is an attorney licensed to practice law in the State of Louisiana (#31977) and

  2. That movant is a member in good standing in the Bar as set forth above.

  3. That movant does not wish to be admitted generally, but for the purpose of this case only.

  4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

  **THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

          Respectfully submitted:

By: s/ David M. Stein

    _____
    David M. Stein
    **Adams and Reese LLP**
    701 Poydras Street, Suite 4500
    New Orleans, LA 70139
    Direct:  504-585-0305
    Facsimile: 504-566-0210
    david.stein@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010, I electronically filed the Motion to Appear Pro Hac Vice with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

| | |
|---|---|
| Stephen M. Tillery, Esq. | Patricia S. Murphy |
| Christie Deaton, Esq. | Murphy Law Office |
| Christine J. Moody | P.O. Office Box 220 |
| Michael E. Klenov | Energy, IL 62933-0220 |
| Korein Tillery, L.L.C. | |
| U.S. Bank Plaza | Kurtis B. Reeg |
| 505 North 7th Street, Suite 3600 | Reeg Lawyers, LLC |
| St. Louis, MO 63101 | 1 North Brentwood Boulevard, Suite 950 |
| | Saint Louis, Missouri 63105 |
| Mr. Scott Summy | |
| Ms. Celeste Evangelisti | |
| Baron & Budd | |
| 3102 Oak Lawn Avenue, Suite 1100 | |
| Dallas, TX 75219 | |

    s/ David M. Stein

    _____
    David M. Stein
    **Adams and Reese LLP**
    701 Poydras Street, Suite 4500
    New Orleans, LA 70139
    Direct:  504-585-0305
    Facsimile: 504-566-0210
    david.stein@arlaw.com