IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF GREENVILLE, ILLINOIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:10-cv-188-JPG |
| ) | |
| v. ) | The Honorable J. Phil Gilbert |
| ) | |
| SYNGENTA CROP PROTECTION, INC., and ) | |
| SYNGENTA AG, ) | |
| Defendants. ) | |

## MOTION OF CHRISTOPHER M. MURPHY TO APPEAR *PRO HAC VICE*

Comes now Christopher M. Murphy, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate *pro hac vice* on behalf of defendants Syngenta Crop Protection, Inc. and Syngenta A.G., and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of Illinois.

2. That movant's Illinois attorney registration number is 6205191.

3. That movant is admitted to practice before the U.S. Supreme Court, U.S. Courts of Appeal for the Seventh, Eighth and Eleventh Circuits, and the U.S. District Courts for the Northern District of Illinois and the Central District of Illinois.

4. That movant is a member in good standing in the Bars as set forth above.

5. That movant does not wish to be admitted generally, but for the purpose of this case only.

6. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, Christopher M. Murphy respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the Southern District of Illinois.

/s/ Christopher M. Murphy
Christopher M. Murphy
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Tel: 312.372.2000
Fax: 312.984.7700
cmurphy@mwe.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, this 19th day of May, 2010 to:

Stephen M. Tillery, Esq.
Christie R. Deaton, Esq.
Christine J. Moody
Michael E. Klenov
Korein Tillery, L.L.C.
U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Patricia S. Murphy
Murphy Law Office
PO Box 220
Energy, IL 62933-0220
Telephone: (618) 964-9640
Facsimile: (618) 964-1275

Mr. Scott Summy
Ms. Celeste Evangelisti
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

/s/ Christopher M. Murphy