**Commercial register entry in the central business names index**

**Syngenta International AG (Syngenta International SA) (Syngenta International Ltd.)** in *Basel*, Limited or Corporation, CH-270.3.012.624-1 (FCRO-Id: 538527.)

    Schwarzwaldallee 215, 4058 Basel

    Erbringen von Dienstleistungen, insbesondere die Beratung administrativer, finanzieller, betriebswirtschaftlicher, rechtlicher, technischer und wissenschaftlicher Art. Die Gesellschaft kann sich an anderen Unternehmen beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben, verwerten und veräussern.

**Publications of the commercial registry in the SOGC of the last 12 months:**

**SOGC: 231 27.11.2009 P. 7 (Pub. No. 5363702) Publication: BS 270/8909 23.11.2009**

    **Syngenta International AG**, in *Basel*, CH-270.3.012.624-1, Aktiengesellschaft (SHAB Nr. 244 vom 16.12.2008, S. 10, Publ. 4783122). Ausgeschiedene Personen und erloschene Unterschriften: Catillon, Eva, von Elgg, in Oberwil BL, mit Kollektivunterschrift zu zweien. Eingetragene Personen neu oder mutierend: Wirz, Jürgen, von Schlossrued, in Kaiseraugst, mit Kollektivunterschrift zu zweien; Sullivan, Jonathan, britischer Staatsangehöriger, in Riehen, mit Kollektivunterschrift zu zweien; Fischer, Erich, von Merenschwand, in Allschwil, mit Kollektivunterschrift zu zweien; Portmann, Dr. Dominique, von Escholzmatt, in Riehen, mit Kollektivunterschrift zu zweien; Pfändler, Martin, von Flawil, in Binningen, mit Kollektivunterschrift zu zweien.(Publication in PDF format)

On the 04.06.2010 at 22:11 [Status: 04.06.2010 106/2010]
Business Names Index - Federal Commercial Registry Office

*The information above is given without engagement and has in no circumstances any legal effect. Only the company record (extract) issued and certified by the competent registry office and the text published in the Swiss Commercial Gazette are binding. Concerning the content of the central company index you may consult the information in the Zefix documentation.*
*Please get a look at the complete information SOGC in PDF format or in the printed form*
*If you locate errors in the information listed above, please send us a correction message by E-Mail. Therefore copy the corresponding information on company names with "cut/paste" and note your correction below.*



# Commercial register of canton Basel-City
# Internet full extract

Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

Order of certified extracts (Login for payment with credit card)
Price of an full extract certified: CHF 51

| Identification number | Legal status | Entry | Cancelled | Carried from: on: |
|---|---|---|---|---|
| CH-270.3.012.624-1 | Limited or Corporation | 29.09.2000 | | |

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | Syngenta International AG | 1 | Basel |
| 1 | | (Syngenta International SA) (Syngenta International Ltd.) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 100'000.00 | 100'000.00 | 10'000 Namenaktien zu CHF 10.00 | 1 | 12 | Schwarzwaldallee 215 4058 Basel |
| | | | | | 12 | 13 | Maulbeerstr. 60 4058 Basel |
| | | | | | 13 | | Schwarzwaldallee 215 4058 Basel |

| In | Ca | Participation capital (CHF) | Paid in (CHF) | Participation certificates |
|---|---|---|---|---|
| | | | | |

| In | Ca | Purpose | In | Ca | Postal address |
|---|---|---|---|---|---|
| 1 | | Erbringen von Dienstleistungen, insbesondere die Beratung administrativer, finanzieller, betriebswirtschaftlicher, rechtlicher, technischer und wissenschaftlicher Art. Die Gesellschaft kann sich an anderen Unternehmen beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben, verwerten und veräussern. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Mitteilungen an die Aktionäre: SHAB oder Briefe. | 1 | 28.09.2000 |
| 12 | 13 | Behördliche Änderung der Strassenbezeichnung und Hausnummerierung. | | |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 1 | SHAB |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BS | 1 | 4669 | 29.09.2000 | 194 | 05.10.2000 | 6807 | BS | 11 | 1748 | 08.03.2006 | 51 | 14.03.2006 | 5 / 3286174 |
| BS | 2 | 5482 | 14.11.2000 | 227 | 21.11.2000 | 7900 | BS | 12 | 2945 | 30.05.2007 | 106 | 05.06.2007 | 7 / 3960168 |
| BS | 3 | 3331 | 15.06.2001 | 119 | 22.06.2001 | 4694 | BS | 13 | B 3837 | 10.07.2007 | B 135 | 16.07.2007 | 7 / 4025588 |
| BS | 4 | 6882 | 07.12.2001 | 243 | 14.12.2001 | 9846 | | | | | | | |
| BS | 5 | 4050 | 07.08.2002 | 155 | 14.08.2002 | 5 / 600406 | | | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BS | 6 | B 5638 | 30.10.2002 | B 215 | 06.11.2002 | 5 / 718878 | BS | 14 | 4381 | 09.08.2007 | 156 | 15.08.2007 | 5 / 4066786 |
| BS | 7 | 4032 | 07.07.2003 | 132 | 14.07.2003 | 6 / 1081096 | BS | 15 | 5753 | 11.10.2007 | 201 | 17.10.2007 | 5 / 4158666 |
| BS | 8 | 3684 | 16.07.2004 | 140 | 22.07.2004 | 5 / 2372648 | BS | 16 | 4920 | 05.09.2008 | 176 | 11.09.2008 | 8 / 4647780 |
| BS | 9 | 6597 | 07.12.2004 | 242 | 13.12.2004 | 6 / 2587720 | BS | 17 | 6920 | 10.12.2008 | 244 | 16.12.2008 | 10 / 4783122 |
| BS | 10 | 4783 | 04.08.2005 | 153 | 10.08.2005 | 6 / 2908872 | BS | 18 | 8909 | 23.11.2009 | 231 | 27.11.2009 | 7 / 5363702 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 7m | ~~Imhof, Heinz, von Freienwil, in Riehen~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | | Mäder, Christoph, von Zürich, in Bottmingen | member of the board of directors | joint signature at two |
| 1 | | 7 | ~~Stoiblin, Richard, französischer Staatsangehöriger, in Riehen~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 5 | ~~PricewaterhouseCoopers AG, in Basel~~ | ~~auditor~~ | |
| 2 | | 10 | ~~Bollag, Bernard, von Endingen, in Basel~~ | | ~~joint signature at two~~ |
| 2 | | 14 | ~~Heller, Damian, von Arlesheim, in Arlesheim~~ | | ~~joint signature at two~~ |
| 2 | | 3m | ~~Michaelis, Daniel, von Winterthur, in Basel~~ | | ~~joint signature at two~~ |
| 2 | | 16 | ~~Schürmann, Otto, von Egerkingen, in Muttenz~~ | | ~~joint signature at two~~ |
| 2 | | 5 | ~~Weber, Dr. Rudolf, von Basel, in Reinach BL~~ | | ~~joint signature at two~~ |
| 3 | | 8m | ~~Catillon, Eva, von Elgg, in Basel~~ | | ~~joint signature at two~~ |
| 3 | | | Kuntschen, Antoine, von Sion, in Basel | | joint signature at two |
| | 3 | | Michaelis, Daniel, von Winterthur, in Basel | secretary (out of the board) | joint signature at two |
| 3 | | 11 | ~~Punzar, Marianne, von Vinelz, in Oberwil BL~~ | | ~~joint signature at two~~ |
| 3 | | 7 | ~~Sartorius, Timon, von Basel, in Basel~~ | | ~~joint signature at two~~ |
| 3 | | | Schreiner, Dr. Peter, von Visp, in Muttenz | | joint signature at two |
| 3 | | 6m | ~~Riggebach, Max, von Rünenberg, in Frenkendorf~~ | | ~~joint signature at two~~ |
| 4 | | 9 | ~~Poupon, Serge, von Charmoille, in Arlesheim~~ | | ~~joint signature at two~~ |
| 5 | | | Ernst & Young, in Basel | auditor | |
| | 6 | 14 | ~~Riggenbach, Max, von Rünenberg, in Frenkendorf~~ | | ~~joint signature at two~~ |
| 7 | | 16 | ~~Pragnell, Michael, britischer Staatsangehöriger, in Silchester, Reading (GB)~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| 7 | | 15 | ~~Scala, Domenico, von Oberwil BL, in Oberwil BL~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 7 | | 8m | ~~Boin, Pierre-Etienne, von Le Peuchapatte, in Riehen~~ | | ~~joint signature at two~~ |
| 7 | | 9 | ~~Huber, Niklaus, von Madiswil, in Bern~~ | | ~~joint signature at two~~ |
| 7 | 7 | 11 | ~~Imhof, Heinz, von Freienwil, in Riehen~~ | | ~~joint signature at two~~ |
| 7 | | 11 | ~~Seitz, Dr. Claudia, deutsche Staatsangehörige, in Lörrach (D)~~ | | ~~joint signature at two~~ |
| | 8 | | Boin, Pierre-Etienne, von Le Peuchapatte, in Bottmingen | | joint signature at two |
| | 8 | 18 | ~~Catillon, Eva, von Elgg, in Oberwil BL~~ | | ~~joint signature at two~~ |
| 9 | | | Ritter, Walter, von Eptingen, in Magden | | joint signature at two |
| 10 | | 11m | ~~Kirsten, Dirk, deutscher Staatsangehöriger, in Risch~~ | | ~~joint signature at two~~ |
| | 11 | 16 | ~~Kirsten, Dr. Dirk, deutscher Staatsangehöriger, in Risch~~ | | ~~joint signature at two~~ |
| 14 | | | Kock, Michael, deutscher Staatsangehöriger, in Steinen (DE) | | joint signature at two |
| 14 | | 16m | ~~Mack, Michael genannt Mike, amerikanischer Staatsangehöriger, in Basel~~ | | ~~joint signature at two~~ |
| 14 | | | Meili, Dr. Tobias, von Zürich, in Rheinfelden | | joint signature at two |
| 14 | | | Pinter, Stefan, von Gsteig, in Kirchberg BE | | joint signature at two |
| 15 | | | Ramsay, John, britischer Staatsangehöriger, in Flüh | member of the board of directors | joint signature at two |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 16 |  | Mack, Michael genannt Mike, amerikanischer Staatsangehöriger, in Basel | president of the board of directors | joint signature at two |
| 16 |  |  | Bladen, Claire, irische Staatsangehörige, in Binningen |  | joint signature at two |
| 16 |  |  | Seabrook, Jonathan, britischer Staatsangehöriger, in Riehen |  | joint signature at two |
| 17 |  |  | Benz, Brigitte, von Zürich, in Nusshof |  | joint signature at two |
| 17 |  |  | Berweger, Peter, von Herisau, in Wollerau |  | joint signature at two |
| 18 |  |  | Wirz, Jürgen, von Schlossrued, in Kaiseraugst |  | joint signature at two |
| 18 |  |  | Sullivan, Jonathan, britischer Staatsangehöriger, in Riehen |  | joint signature at two |
| 18 |  |  | Fischer, Erich, von Merenschwand, in Allschwil |  | joint signature at two |
| 18 |  |  | Portmann, Dr. Dominique, von Escholzmatt, in Riehen |  | joint signature at two |
| 18 |  |  | Pfändler, Martin, von Flawil, in Binningen |  | joint signature at two |

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registery Office and the text published in the Swiss Commercial Gazette are binding.
Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

If you have any problem with our web server, please send us an E-mail