**Commercial register entry in the central business names index**

**Syngenta Participations AG (Syngenta Participations Ltd.)** *in Basel,* Limited or Corporation, CH-270.3.012.448-3 (FCRO-Id: 507189.)

c/o Syngenta International AG, Schwarzwaldallee 215, 4058 Basel

Halten und dauernde Verwaltung von Beteiligungen an Unternehmen irgendwelcher Art, insbesondere von Unternehmen mit Sitz im Ausland, die auf dem Gebiet der Agrarwirtschaft und verwandter Gebiete tätig sind. Die Gesellschaft ist berechtigt, Liegenschaften und Immaterialgüterrechte zu erwerben, zu verwerten und zu verkaufen.

**Former versions of the company name:**

- Novartis Agri International AG (Novartis Agri International Inc.) (Novartis Agri International SA)

**Publications of the commercial registry in the SOGC of the last 12 months:**

**SOGC: 16 25.01.2010 P. 9 (Pub. No. 5456532) Publication: BS 270/445 19.01.2010**

**Syngenta Participations AG,** in *Basel*, CH-270.3.012.448-3, Aktiengesellschaft (SHAB Nr. 251 vom 28.12.2009, S. 9, Publ. 5414592). Ausgeschiedene Personen und erloschene Unterschriften: Seitz, Dr. Claudia, deutsche Staatsangehörige, in Lörrach (D), mit Kollektivunterschrift zu zweien. Eingetragene Personen neu oder mutierend: Jendritzky, Dr. Tatjana, von Schwanden GL, in Basel, mit Kollektivunterschrift zu zweien; Widmer, Markus, von Gränichen, in Biberstein, mit Kollektivunterschrift zu zweien.(Publication in PDF format)

**SOGC: 251 28.12.2009 P. 9 (Pub. No. 5414592) Publication: BS 270/9576 21.12.2009**

**Syngenta Participations AG,** in *Basel*, CH-270.3.012.448-3, Aktiengesellschaft (SHAB Nr. 244 vom 16.12.2008, S. 10, Publ. 4783124). Ausgeschiedene Personen und erloschene Unterschriften: Pfirter, Simone, von Pratteln, in Pratteln, mit Kollektivunterschrift zu zweien; Catillon, Eva, von Elgg, in Oberwil BL, mit Kollektivunterschrift zu zweien; Wilper, Frank, deutscher Staatsangehöriger, in Dornach, mit Kollektivunterschrift zu zweien. Eingetragene Personen neu oder mutierend: Dzierzon, Roman, deutscher Staatsangehöriger, in Aesch BL, mit Kollektivunterschrift zu zweien \bisher: in Onex`; Fischer, Erich, von Merenschwand, in Allschwil, mit Kollektivunterschrift zu zweien; Meili, Dr. Tobias, von Zürich, in Magden, mit Kollektivunterschrift zu zweien \bisher: in Rheinfelden`; Oser, Sibylle, von Basel und Nenzlingen, in Basel, mit Kollektivunterschrift zu zweien; Wolfhard, Martin, deutscher Staatsangehöriger, in Wettswil am Albis, mit Kollektivunterschrift zu zweien \bisher: in Kilchberg ZH`.(Publication in PDF format)

On the 04.06.2010 at 19:53 [Status: 04.06.2010 106/2010]
Business Names Index - Federal Commercial Registry Office

*The information above is given without engagement and has in no circumstances any legal effect. Only the company record (extract) issued and certified by the competent registry office and the text published in the Swiss Commercial Gazette are binding. Concerning the content of the central company index you may consult the information in the Zefix documentation.*
*Please get a look at the complete information SOGC in PDF format or in the printed form*
*If you locate errors in the information listed above, please send us a correction message by E-Mail. Therefore copy the corresponding information on company names with "cut/paste" and note your correction below.*



# Commercial register of canton Basel-City
# Internet full extract

Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

<u>Order of certified extracts (Login for payment with credit card)</u>

Price of an full extract certified: CHF 51

| Identification number | Legal status | Entry | Cancelled | Carried from: on: |
|---|---|---|---|---|
| CH-270.3.012.448-3 | Limited or Corporation | 31.01.2000 | | |

| In | Ca | Business name | | Ref | Legal seat |
|---|---|---|---|---|---|
| 1 | 6 | Novartis Agri International AG | | 1 | Basel |
| 1 | 6 | (Novartis Agri International SA) (Novartis Agri International Inc.) | | | |
| 6 | | Syngenta Participations AG | | | |
| 6 | 7 | (Syngenta Participations SA) (Syngenta Participations Inc.) | | | |
| 7 | | (Syngenta Participations SA) (Syngenta Participations Ltd.) | | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares |
|---|---|---|---|---|
| 1 | 2 | 100'000.00 | 100'000.00 | 10'000 Namenaktien zu CHF 10.00 |
| 2 | 4 | 9'999'900.00 | 9'999'900.00 | 999'990 Namenaktien zu CHF 10.00 |
| 4 | 5 | 9'999'920.00 | 9'999'920.00 | 999'992 Namenaktien zu CHF 10.00 |
| 5 | 6 | 9'999'930.00 | 9'999'930.00 | 999'993 Namenaktien zu CHF 10.00 |
| 6 | 7 | 10'000'000.00 | 10'000'000.00 | 1'000'000 Namenaktien zu CHF 10.00 |
| 7 | 9 | 11'000'000.00 | 11'000'000.00 | 1'100'000 Namenaktien zu CHF 10.00 |
| 9 | 18 | 25'000'000.00 | 25'000'000.00 | 2'500'000 Namenaktien zu CHF 10.00 |
| 18 | 19 | 25'000'010.00 | 25'000'010.00 | 2'500'001 Namenaktien zu CHF 10.00 |
| 19 | | 25'000'020.00 | 25'000'020.00 | 2'500'002 Namenaktien zu CHF 10.00 |

| In | Ca | Company address |
|---|---|---|
| 1 | 7 | c/o Novartis International AG Schwarzwaldallee 215 4002 Basel |
| 7 | 10 | c/o Syngenta AG Schwarzwaldallee 215 4058 Basel |
| 10 | 22 | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |
| 22 | 23 | c/o Syngenta International AG Maulbeerstr. 60 4058 Basel |
| 23 | | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |

| In | Ca | Participation capital (CHF) | Paid in (CHF) | Participation certificates |
|---|---|---|---|---|
| | | | | |

| In | Ca | Purpose |
|---|---|---|
| 1 | | Halten und dauernde Verwaltung von Beteiligungen an Unternehmen irgendwelcher Art, insbesondere von Unternehmen mit Sitz im Ausland, die auf dem Gebiet der Agrarwirtschaft und verwandter Gebiete tätig sind. Die Gesellschaft ist berechtigt, Liegenschaften und Immaterialgüterrechte zu erwerben, zu verwerten und zu verkaufen. |

| In | Ca | Postal address |
|---|---|---|
| | | |

| In | Ca | Remarks |
|---|---|---|
| 1 | | Mitteilungen an die Aktionäre: SHAB oder Briefe. |
| 22 | 23 | Behördliche Änderung der Strassenbezeichnung und Hausnummerierung. |

| Ref | Date of the acts |
|---|---|
| 1 | 28.01.2000 |
| 2 | 20.07.2000 |
| 4 | 09.10.2000 |
| 5 | 17.10.2000 |
| 6 | 24.10.2000 |
| 7 | 17.11.2000 |

| Ref | Date of the acts |
|---|---|
| 9 | 21.12.2000 |
| 18 | 14.12.2004 |
| 19 | 18.07.2005 |

| In | Ca | Qualified facts |
|---|---|---|
| 2 | | Sacheinlage: Beteiligungen gemäss Sacheinlageverträgen vom 20.07.2000 zum Preis von CHF 34'019'836.--, wofür 989'990 Namenaktien zu CHF 10.-- ausgegeben werden. |
| 4 | | Sacheinlage: Beteiligungen gemäss Sacheinlageverträgen vom 09.10.2000 zum Preis von CHF 61'464'603.--, wofür 2 Namenaktien zu CHF 10.-- ausgegeben werden. |
| 5 | | Sacheinlage: Beteiligung gemäss Sacheinlagevertrag vom 17.10.2000 zum Preis von CHF 30'369'491.--, wofür 1 Namenaktie zu CHF 10.-- ausgegeben wird. |
| 6 | | Sacheinlage: Beteiligungen und Immaterialgüterrechte gemäss Sacheinlagevertrag vom 24.10.2000 zum Preis von CHF 347'334'601.--, wofür 7 Namenaktien zu CHF 10.-- ausgegeben werden. |
| 7 | | Fusion: Die Gesellschaft übernimmt im Zusammenhang mit der Kapitalerhöhung vom 17.11.2000 Aktiven von CHF 716'442'111.-- und Passiven von CHF 714'666'311.-- der "Zeneca Agrochemicals Zeta AG", in Basel, gemäss Fusionsbilanz per 17.11.2000 nach Massgabe von Art. 748 OR. Für den Aktivenüberschuss von CHF 1'775'800.-- erhalten die Aktionäre der übernommenen Gesellschaft 100'000 Namenaktien zu CHF 10.-- der übernehmenden Gesellschaft. |
| 9 | | Sacheinlage: 68'664'398 Aktien (common stock) der "Syngenta Corporation", in Wilmington (Delaware, USA), gemäss Sacheinlagevertrag vom 21.12.2000 zum Preis von CHF 175'000'000.--, wofür 1'400'000 Namenaktien zu CHF 10.-- ausgegeben werden. |
| 18 | | Sacheinlage: 1'077 Geschäftsanteile im Nennwert von je NLG 1'000.-- an der "Syngenta Seeds B.V., in BK Enkhuizen (NL), gemäss Sacheinlagevertrag vom 07.12.2004 zum Preis von CHF 89'649'273.27, wofür 1 Namenaktien zu CHF 10.-- ausgegeben wird. |
| 19 | | Sacheinlage: 100 Aktien (common shares) im Nennwert von je USD 1.-- an der 'GH Holding Inc.', in Wilmington (USA), gemäss Sacheinlagevertrag vom 18.07.2005 zum Preis von CHF 108'903'700.--, wofür 1 Namenaktie zu CHF 10.-- ausgegeben wird. |

| Ref | Official publication |
|---|---|
| 1 | SHAB |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BS | 1 | 567 | 31.01.2000 | 26 | 07.02.2000 | 839 | BS | 17 | 6598 | 07.12.2004 | 242 | 13.12.2004 | 6 / 2587722 |
| BS | 2 | 3550 | 24.07.2000 | 147 | 31.07.2000 | 5220 | BS | 18 | 6778 | 14.12.2004 | 247 | 20.12.2004 | 6 / 2599660 |
| BS | 3 | 4789 | 05.10.2000 | 199 | 12.10.2000 | 6984 | BS | 19 | 4493 | 18.07.2005 | 141 | 22.07.2005 | 6 / 2945884 |
| BS | 4 | 4833 | 09.10.2000 | 201 | 16.10.2000 | 7057 | BS | 20 | 4784 | 04.08.2005 | 153 | 10.08.2005 | 6 / 2968878 |
| BS | 5 | 4988 | 17.10.2000 | 207 | 24.10.2000 | 7254 | BS | 21 | 1803 | 10.03.2006 | 53 | 16.03.2006 | 5 / 3289770 |
| BS | 6 | 5125 | 27.10.2000 | 215 | 03.11.2000 | 7491 | BS | 22 | 2949 | 30.05.2007 | 106 | 05.06.2007 | 7 / 3960192 |
| BS | 7 | 5556 | 17.11.2000 | 231 | 27.11.2000 | 8060 | BS | 23 | B 3841 | 10.07.2007 | B 135 | 16.07.2007 | 7 / 4025594 |
| BS | 8 | 6064 | 18.12.2000 | 251 | 27.12.2000 | 8835 | | | | | | | |
| BS | 9 | 6206 | 22.12.2000 | 2 | 04.01.2001 | 61 | | | | | | | |
| BS | 10 | 3332 | 15.06.2001 | 119 | 22.06.2001 | 4694 | | | | | | | |
| BS | 11 | 4051 | 07.08.2002 | 155 | 14.08.2002 | 5 / 000403 | | | | | | | |

Case 3:10-cv-00188-JPG-PMF   Document 55-7   Filed 06/08/10   Page 4 of 6   Page ID #388

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BS | 12 | 5478 | 23.10.2002 | 210 | 30.10.2002 | 5 / 706540 | BS | 24 | 4383 | 09.08.2007 | 156 | 15.08.2007 | 5 / 4066790 |
| BS | 13 | B 6177 | 26.11.2002 | B 234 | 03.12.2002 | 4 / 753648 | BS | 25 | B 4633 | 22.08.2007 | B 165 | 28.08.2007 | 6 / 4084010 |
| BS | 14 | 5406 | 19.09.2003 | 185 | 26.09.2003 | 5 / 1188716 | BS | 26 | 5754 | 11.10.2007 | 201 | 17.10.2007 | 5 / 4158668 |
| BS | 15 | 6597 | 17.11.2003 | 226 | 24.11.2003 | 5 / 1273884 | BS | 27 | 4921 | 05.09.2008 | 176 | 11.09.2008 | 8 / 4647782 |
| BS | 16 | 5575 | 21.10.2004 | 209 | 27.10.2004 | 5 / 2516896 | BS | 28 | 6921 | 10.12.2008 | 244 | 16.12.2008 | 10 / 4783124 |
| | | | | | | | BS | 29 | 9576 | 21.12.2009 | 251 | 28.12.2009 | 9 / 5414592 |
| | | | | | | | BS | 30 | 445 | 19.01.2010 | 16 | 25.01.2010 | 9 / 5456532 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 14m | Imhof, Heinz, von Freienwil, in Riehen | president of the board of directors | joint signature at two |
| 1 | | 8 | Bärlocher, Dr. Urs, von Thal, in Riehen | member of the board of directors + secretary | joint signature at two |
| 1 | | 8 | Brou, Dr. Raymund, von Oberegg, in Bottmingen | member of the board of directors | joint signature at two |
| 1 | | 8 | Cheetham, Malcolm, britischer Staatsangehöriger, in Münchenstein | | joint signature at two |
| 1 | | 8 | Eichhorn, Felix, von Basel, in Basel | | joint signature at two |
| 1 | | 8 | Fricker, Hans, britischer Staatsangehöriger und von Nusshof, in Basel | | joint signature at two |
| 1 | | 8 | Heitz, Peter, von Basel, in Basel | | joint signature at two |
| 1 | | 24 | Heller, Damian, von Arlesheim, in Arlesheim | | joint signature at two |
| 1 | | 3m | Henrich, Dr. Martin, von Basel, in Basel | | joint signature at two |
| 1 | | 3m | Mäder, Christoph, von Zürich, in Bottmingen | | joint signature at two |
| 1 | | 8 | Manser, John, von Appenzell, in Riehen | | joint signature at two |
| 1 | | 10m | Michaelis, Daniel, von Winterthur, in Basel | | joint signature at two |
| 1 | | 27 | Schürmann, Otto, von Egerkingen, in Muttenz | | joint signature at two |
| 1 | | 8m | Steiblin, Richard, französischer Staatsangehöriger, in Riehen | | joint signature at two |
| 1 | | 8 | Vierkötter, Jürgen, deutscher Staatsangehöriger, in Böckten | | joint signature at two |
| 1 | | 8 | Wittwer, Reto, von Linden, in Dietikon | | joint signature at two |
| 1 | | 13m | Itag-Revision, Zweigniederlassung Basel, in Basel | auditor | |
| 1 | | 11 | PricewaterhouseCoopers AG, in Basel | auditor | |
| | 3 | 5m | Mäder, Christoph, von Zürich, in Bottmingen | member of the board of directors | joint signature at two |
| | 3 | 8 | Henrich, Dr. Martin, von Basel, in Basel | member of the board of directors | joint signature at two |
| | 5 | 14m | Mäder, Christoph, von Zürich, in Oberwil BL | member of the board of directors | joint signature at two |
| | 8 | 14 | Steiblin, Richard, französischer Staatsangehöriger, in Riehen | member of the board of directors | joint signature at two |
| 8 | | 12 | Trutmann, Dr. Verena, von Küssnacht am Rigi und Luzern, in Basel | | joint signature at two |
| 8 | | 12 | Sartorius, Timon, von Basel, in Basel | | joint signature at two |
| | 10 | | Michaelis, Daniel, von Winterthur, in Basel | secretary (out of the board) | joint signature at two |
| 10 | | 20 | Bollag, Bernard, von Endingen, in Basel | | joint signature at two |
| 10 | | 16m | Catillon, Eva, von Elgg, in Basel | | joint signature at two |
| 10 | | 27 | Collins, Jane, britische Staatsangehörige, in Basel | | joint signature at two |

Case 3:10-cv-00188-JPG-PMF   Document 55-7   Filed 06/08/10   Page 5 of 6   Page ID #389

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 10 | | 24m | ~~Dammann, Mike, deutscher Staatsangehöriger, in Eimeldingen (D)~~ | | ~~joint signature at two~~ |
| 10 | | | Flattery, Marian, Bürgerin der USA, in Basel | | joint signature at two |
| 10 | | 11 | ~~Hamman, Dr. Heinz, deutscher Staatsangehöriger, in Möhlin~~ | | ~~joint signature at two~~ |
| 10 | | | Kuntschen, Antoine, von Sion, in Basel | | joint signature at two |
| 10 | | 24 | ~~Riggenbach, Max, von Rünenberg, in Frenkendorf~~ | | ~~joint signature at two~~ |
| 10 | | 14m | ~~Schreiner, Dr. Peter, von Visp, in Muttenz~~ | | ~~joint signature at two~~ |
| 10 | | 16 | ~~Smolders, Walter, belgischer Staatsangehöriger, in Ettingen~~ | | ~~joint signature at two~~ |
| 11 | | | Ernst & Young, in Basel | auditor | |
| 12 | | 16m | ~~Boin, Pierre-Etienne, von Le Peuchapatte, in Riehen~~ | | ~~joint signature at two~~ |
| | 13 | | Itag Revision, Zweigniederlassung Basel, in Basel | auditor with restricted mandate for the increase of the capital | |
| | 14 | | Mäder, Christoph, von Zürich, in Oberwil BL | president of the board of directors | joint signature at two |
| 14 | | 26 | ~~Scala, Domenico, von Oberwil BL, in Oberwil BL~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| | 14 | | Schreiner, Dr. Peter, von Visp, in Muttenz | member of the board of directors | joint signature at two |
| | 14 | 21 | ~~Imhof, Heinz, von Freienwil, in Riehen~~ | | ~~joint signature at two~~ |
| 14 | | 17 | ~~Huber, Niklaus, von Madiswil, in Bern~~ | | ~~joint signature at two~~ |
| 14 | | 30 | ~~Seitz, Dr. Claudia, deutsche Staatsangehörige, in Lörrach (D)~~ | | ~~joint signature at two~~ |
| 15 | | | Fricker, Hans, britischer Staatsangehöriger und Bürger von Nusshof, in Basel | | joint signature at two |
| 15 | | 24 | ~~Marti, Gerold, von Othmarsingen, in Arlesheim~~ | | ~~joint signature at two~~ |
| 15 | | | Mazzotta, Roman, von Tobel-Tägerschen, in Brugg | | joint signature at two |
| 15 | | 29 | ~~Pfirter, Simone, von Pratteln, in Pratteln~~ | | ~~joint signature at two~~ |
| 15 | | 21m | ~~Sullivan, Jonathan, britischer Staatsangehöriger, in Basel~~ | | ~~joint signature at two~~ |
| 16 | | 21 | ~~Bastian, Werner, deutscher Staatsangehöriger, in Zeiningen~~ | | ~~joint signature at two~~ |
| | 16 | | Boin, Pierre-Etienne, von Le Peuchapatte, in Bottmingen | | joint signature at two |
| | 16 | 29 | ~~Catillon, Eva, von Elgg, in Oberwil BL~~ | | ~~joint signature at two~~ |
| 16 | | 21 | ~~Fogt, Mette, dänische Staatsangehörige, in Riehen~~ | | ~~joint signature at two~~ |
| 20 | | 21m | ~~Kirsten, Dirk, deutscher Staatsangehöriger, in Risch~~ | | ~~joint signature at two~~ |
| 21 | | | Hofmann, Joachim, deutscher Staatsangehöriger, in Binzen (DE) | | joint signature at two |
| 21 | | 24 | ~~Kesper, Jürgen, deutscher Staatsangehöriger, in Basel~~ | | ~~joint signature at two~~ |
| | 21 | 27 | ~~Kirsten, Dr. Dirk, deutscher Staatsangehöriger, in Risch~~ | | ~~joint signature at two~~ |
| | 21 | | Sullivan, Jonathan, britischer Staatsangehöriger, in Riehen | | joint signature at two |
| 21 | | | Szabó, Michael, von Wettingen, in Basel | | joint signature at two |
| 21 | | 24 | ~~Trautmann, Dr. Boris, deutscher Staatsangehöriger, in Basel~~ | | ~~joint signature at two~~ |
| 21 | | 24 | ~~Wasescha, Hildegard, von Savognin, in Muttenz~~ | | ~~joint signature at two~~ |
| 24 | | 25m | ~~Arunasalam, Velautha-Cumaran, britische Staatsangehörige, in Allschwil~~ | | ~~joint signature at two~~ |
| | 24 | | Dammann, Mike, deutscher Staatsangehöriger, in Lörrach (DE) | | joint signature at two |

Case 3:10-cv-00188-JPG-PMF   Document 55-7   Filed 06/08/10   Page 6 of 6   Page ID #390

| In | Mo | Ca | Personal Data | Function | Signature |
|----|----|----|---------------|----------|-----------|
| 24 |    |    | Hauksson, Kirstinn, isländischer Staatsangehöriger, in Muttenz | | joint signature at two |
| 24 |    |    | Hölscher, Ingo, deutscher Staatsangehöriger, in Steinen (DE) | | joint signature at two |
| 24 |    | 28 | ~~Kellerhoff, Dr. Jens, deutscher Staatsangehöriger, in Basel~~ | | ~~joint signature at two~~ |
| 24 |    |    | Kock, Michael, deutscher Staatsangehöriger, in Steinen (DE) | | joint signature at two |
| 24 |    | 29m | ~~Meili, Dr. Tobias, von Zürich, in Rheinfelden~~ | | ~~joint signature at two~~ |
| 24 |    |    | Pinter, Stefan, von Gsteig, in Kirchberg BE | | joint signature at two |
| 24 |    | 28 | ~~Sartorius, Timon, von Basel, in Basel~~ | | ~~joint signature at two~~ |
| 24 |    |    | Waterman, John Richard, britischer Staatsangehöriger, in Riehen | | joint signature at two |
| 24 |    |    | Weichsel, Christian, deutscher Staatsangehöriger, in Kaiseraugst | | joint signature at two |
|    | 25 |    | Arunasalam, Velautha-Cumaran, britischer Staatsangehöriger, in Allschwil | | joint signature at two |
| 26 |    |    | Ramsay, John, britischer Staatsangehöriger, in Flüh | member of the board of directors | joint signature at two |
| 26 |    |    | Schaub, Dr. Adrian, von Zunzgen, in Basel | | joint signature at two |
| 26 |    | 29 | ~~Wilper, Frank, deutscher Staatsangehöriger, in Dornach~~ | | ~~joint signature at two~~ |
| 27 |    | 29m | ~~Dzierzon, Roman, deutscher Staatsangehöriger, in Onex~~ | | ~~joint signature at two~~ |
| 27 |    |    | Seidel, Dr. Dirk, deutscher Staatsangehöriger, in Basel | | joint signature at two |
| 28 |    |    | Berweger, Peter, von Herisau, in Wollerau | | joint signature at two |
| 28 |    | 29m | ~~Wolfhard, Martin, deutscher Staatsangehöriger, in Kilchberg ZH~~ | | ~~joint signature at two~~ |
|    | 29 |    | Dzierzon, Roman, deutscher Staatsangehöriger, in Aesch BL | | joint signature at two |
| 29 |    |    | Fischer, Erich, von Merenschwand, in Allschwil | | joint signature at two |
|    | 29 |    | Meili, Dr. Tobias, von Zürich, in Magden | | joint signature at two |
| 29 |    |    | Oser, Sibylle, von Basel und Nenzlingen, in Basel | | joint signature at two |
|    | 29 |    | Wolfhard, Martin, deutscher Staatsangehöriger, in Wettswil am Albis | | joint signature at two |
| 30 |    |    | Jendritzky, Dr. Tatjana, von Schwanden GL, in Basel | | joint signature at two |
| 30 |    |    | Widmer, Markus, von Gränichen, in Biberstein | | joint signature at two |

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registery Office and the text published in the Swiss Commercial Gazette are binding. Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

If you have any problem with our web server, please send us an E-mail