**Commercial register entry in the central business names index**

**Syngenta Supply AG (Syngenta Supply SA) (Syngenta Supply Ltd.)** in *Basel*, Limited or Corporation, CH-270.3.012.837-3 (FCRO-Id: 625792.)

    c/o Syngenta International AG, Schwarzwaldallee 215, 4058 Basel

    Erforschung, Entwicklung, Fabrikation und Vertrieb von Produkten, Methoden und Dienstleistungen für die Produktion von Nahrungsmitteln und Fasern, für die Erzeugung und die Erhaltung von Zierpflanzen aller Art sowie für andere Anwendungsbereiche des chemischen und biologischen Pflanzenschutzes, ferner der Handel mit agrarwirtschaftlichen Hilfsstoffen. Die Gesellschaft kann sich an anderen Unternehmen beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben, belasten, verwerten und veräussern.

**Former versions of the company name:**

- Syngenta Management und Distribution AG (Syngenta Management et Distribution SA) (Syngenta Management and Distribution Ltd.)

**Publications of the commercial registry in the SOGC of the last 12 months:**

**SOGC: 217 09.11.2009 P. 8 (Pub. No. 5333110) Publication: BS 270/8515 03.11.2009**

    **Syngenta Supply AG**, in *Basel*, CH-270.3.012.837-3, Aktiengesellschaft (SHAB Nr. 180 vom 17.09.2009, S. 7, Publ. 5251072). Eingetragene Personen neu oder mutierend: Kuntschen, Antoine, von Sion, in Basel, Mitglied des Verwaltungsrates, mit Kollektivunterschrift zu zweien \bisher: ohne eingetragene Funktion mit Kollektivunterschrift zu zweien`.(Publication in PDF format)

**SOGC: 180 17.09.2009 P. 7 (Pub. No. 5251072) Publication: BS 270/7435 11.09.2009**

    **Syngenta Supply AG**, in *Basel*, CH-270.3.012.837-3, Aktiengesellschaft (SHAB Nr. 235 vom 03.12.2008, S. 7, Publ. 4761048). Ausgeschiedene Personen und erloschene Unterschriften: Catillon, Eva, von Elgg, in Oberwil BL, Mitglied des Verwaltungsrates, mit Kollektivunterschrift zu zweien; Sartorius, Timon, von Basel, in Basel, mit Kollektivunterschrift zu zweien; Kellerhoff, Dr. Jens, deutscher Staatsangehöriger, in Basel, mit Kollektivunterschrift zu zweien.(Publication in PDF format)

On the 04.06.2010 at 22:38 [Status: 04.06.2010 106/2010]
Business Names Index - Federal Commercial Registry Office

*The information above is given without engagement and has in no circumstances any legal effect. Only the company record (extract) issued and certified by the competent registry office and the text published in the Swiss Commercial Gazette are binding. Concerning the content of the central company index you may consult the information in the Zefix documentation.*
*Please get a look at the complete information SOGC in PDF format or in the printed form*
*If you locate errors in the information listed above, please send us a correction message by E-Mail. Therefore copy the corresponding information on company names with "cut/paste" and note your correction below.*



# Commercial register of canton Basel-City
# Internet full extract

Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

Order of certified extracts (Login for payment with credit card)
Price of an full extract certified: CHF 51

| Identification number | Legal status | Entry | Cancelled | Carried from: on: |
|---|---|---|---|---|
| CH-270.3.012.837-3 | Limited or Corporation | 21.06.2001 | | |

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 2 | Syngenta Management und Distribution AG | 1 | Basel |
| 1 | 2 | (Syngenta Management et Distribution SA) (Syngenta Management and Distribution Ltd.) | | |
| 2 | | Syngenta Supply AG | | |
| 2 | | (Syngenta Supply SA) (Syngenta Supply Ltd.) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares |
|---|---|---|---|---|
| 1 | 3 | 100'000.00 | 100'000.00 | 10'000 Namenaktien zu CHF 10.00 |
| 3 | | 250'000.00 | 250'000.00 | 25'000 Namenaktien zu CHF 10.00 |

| In | Ca | Company address |
|---|---|---|
| 1 | 14 | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |
| 14 | 15 | c/o Syngenta International AG Maulbeerstr. 60 4058 Basel |
| 15 | | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |

| In | Ca | Participation capital (CHF) | Paid in (CHF) | Participation certificates |
|---|---|---|---|---|
| | | | | |

| In | Ca | Purpose |
|---|---|---|
| 1 | | Erforschung, Entwicklung, Fabrikation und Vertrieb von Produkten, Methoden und Dienstleistungen für die Produktion von Nahrungsmitteln und Fasern, für die Erzeugung und die Erhaltung von Zierpflanzen aller Art sowie für andere Anwendungsbereiche des chemischen und biologischen Pflanzenschutzes, ferner der Handel mit agrarwirtschaftlichen Hilfsstoffen. Die Gesellschaft kann sich an anderen Unternehmen beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben, belasten, verwerten und veräussern. |

| In | Ca | Postal address |
|---|---|---|
| | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Mitteilungen an die Aktionäre: SHAB oder Briefe. | 1 | 15.06.2001 |
| 14 | 15 | Behördliche Änderung der Strassenbezeichnung und Hausnummerierung. | 2 | 19.07.2001 |
| | | | 3 | 02.11.2001 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 1 | SHAB |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|
| BS | 1 | 3424 | 21.06.2001 | 123 | 28.06.2001 | 4879 |
| BS | 2 | 4330 | 06.08.2001 | 154 | 13.08.2001 | 6189 |
| BS | 3 | 6231 | 02.11.2001 | 218 | 09.11.2001 | 8806 |
| BS | 4 | 6884 | 07.12.2001 | 243 | 14.12.2001 | 9846 |
| BS | 5 | 4392 | 27.08.2002 | 169 | 03.09.2002 | 5 / 626018 |
| BS | 6 | 5928 | 15.10.2003 | 203 | 22.10.2003 | 6 / 1226350 |
| BS | 7 | 3557 | 08.07.2004 | 134 | 14.07.2004 | 6 / 2358484 |
| BS | 8 | 6642 | 08.12.2004 | 243 | 14.12.2004 | 7 / 2588762 |
| BS | 9 | 925 | 11.02.2005 | 34 | 17.02.2005 | 6 / 2707192 |
| BS | 10 | 4888 | 10.08.2005 | 157 | 16.08.2005 | 5 / 2976336 |
| BS | 11 | 6776 | 24.11.2005 | 233 | 30.11.2005 | 5 / 3126546 |
| BS | 12 | 2183 | 29.03.2006 | 66 | 04.04.2006 | 6 / 3317692 |
| BS | 13 | 5446 | 01.09.2006 | 173 | 07.09.2006 | 6 / 3539604 |
| BS | 14 | 2953 | 30.05.2007 | 106 | 05.06.2007 | 7 / 3960216 |
| BS | 15 | B 3845 | 10.07.2007 | B 135 | 16.07.2007 | 7 / 4035602 |
| BS | 16 | 4385 | 09.08.2007 | 156 | 15.08.2007 | 5 / 4066794 |
| BS | 17 | 6546 | 27.11.2008 | 235 | 03.12.2008 | 7 / 4761048 |
| BS | 18 | 7435 | 11.09.2009 | 180 | 17.09.2009 | 7 / 5251072 |
| BS | 19 | 8515 | 03.11.2009 | 217 | 09.11.2009 | 8 / 5333110 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 2m | Michaelis, Daniel, von Winterthur, in Basel | president of the board of directors | joint signature at two |
| 1 | | 2m | Schreiner, Dr. Peter, von Visp, in Muttenz | member of the board of directors | joint signature at two |
| 1 | | 3m | Fricker, Hans, britischer Staatsangehöriger und von Nusshof, in Basel | secretary | joint signature at two |
| 1 | | 5 | PricewaterhouseCoopers AG, in Basel | auditor | |
| 2 | | 7 | Boissaye, Eric, französischer Staatsangehöriger, in St. Louis-la-Chaussée (F) | president of the board of directors | joint signature at two |
| 2 | | 7m | Catillon, Eva, von Elgg, in Basel | member of the board of directors | joint signature at two |
| 2 | | 16 | Riggenbach, Max, von Rünenberg, in Frenkendorf | member of the board of directors | joint signature at two |
| | 2 | | Michaelis, Daniel, von Winterthur, in Basel | | joint signature at two |
| | 2 | | Schreiner, Dr. Peter, von Visp, in Muttenz | | joint signature at two |
| 2 | | 10 | Bollag, Bernard, von Endingen, in Basel | | joint signature at two |
| 2 | | 6 | Helbling, Dr. Ivana, von Jona, in Basel | | joint signature at two |
| 2 | | 19m | Kuntschen, Antoine, von Sion, in Basel | | joint signature at two |
| 2 | | | Mäder, Christoph, von Zürich, in Oberwil BL | | joint signature at two |
| 2 | | 7m | Marti, Gerold, von Othmarsingen, in Binningen | | joint signature at two |
| 2 | | 17m | Mazzotta, Roman, von Tobel-Tägerschen, in Brugg | | joint signature at two |
| 2 | | 11 | Punzar, Marianne, von Vinelz, in Oberwil BL | | joint signature at two |
| 2 | | 17 | Schürmann, Otto, von Egerkingen, in Muttenz | | joint signature at two |
| 2 | | 6 | Sartorius, Timon, von Basel, in Basel | | joint signature at two |
| 2 | | 6 | Steiblin, Richard, französischer Staatsangehöriger, in Riehen | | joint signature at two |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 2 |  | 12m | ~~Sullivan, Jonathan, britischer Staatsangehöriger, in Basel~~ |  | ~~joint signature at two~~ |
|  | 3 |  | Fricker, Hans, britischer Staatsangehöriger und von Nusshof, in Basel | secretary (out of the board) | joint signature at two |
| 3 |  |  | Itag Revision, Zweigniederlassung Basel, in Basel | Revisionsstelle mit begrenztem Mandat für die Prüfung von Kapitalerhöhungen i.S. von Art. 652f, Art. 653f und Art. 653i OR |  |
| 4 |  | 8 | ~~Poupon, Serge, von Charmoille, in Arlesheim~~ |  | ~~joint signature at two~~ |
| 4 |  | 11 | ~~Suter, Thomas, von Schaffhausen, in Ettingen~~ |  | ~~joint signature at two~~ |
| 5 |  |  | Ernst & Young AG, in Basel | auditor |  |
| 6 |  | 7m | ~~Fischer, Erich, von Merenschwand, in Allschwil~~ |  | ~~joint signature at two~~ |
| 6 |  | 8 | ~~Huber, Niklaus, von Madiswil, in Bern~~ |  | ~~joint signature at two~~ |
| 6 |  | 17 | ~~Scala, Domenico, von Oberwil BL, in Oberwil BL~~ |  | ~~joint signature at two~~ |
| 6 |  |  | Seitz, Dr. Claudia, deutsche Staatsangehörige, in Lörrach (D) |  | joint signature at two |
| 7 |  | 16 | ~~Peacock, Mark, britischer Staatsangehöriger, in Basel~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
|  | 7 | 18 | ~~Catillon, Eva, von Elgg, in Oberwil BL~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
|  | 7 |  | Fischer, Erich, von Merenschwand, in Allschwil | member of the board of directors | joint signature at two |
| 7 |  | 11 | ~~Hillard, Marc, britischer Staatsangehöriger, in Oberwil BL~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
|  | 7 |  | Marti, Gerold, von Othmarsingen, in Arlesheim |  | joint signature at two |
| 8 |  |  | Ritter, Walter, von Eptingen, in Magden |  | joint signature at two |
| 9 |  | 18 | ~~Sartorius, Timon, von Basel, in Basel~~ |  | ~~joint signature at two~~ |
| 9 |  | 16m | ~~Hauksson, Kristinn, isländischer Staatsangehöriger, in Zürich~~ |  | ~~joint signature at two~~ |
| 9 |  |  | Ellis, Mark, britischer Staatsangehöriger, in Riehen |  | joint signature at two |
| 10 |  | 12m | ~~Kirsten, Dirk, deutscher Staatsangehöriger, in Risch~~ |  | ~~joint signature at two~~ |
| 11 |  | 13 | ~~Limaye, Milind, indischer Staatsangehöriger, in Binningen~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 12 |  |  | Durand, Robert, französischer Staatsangehöriger, in Saint-Louis (FR) |  | joint signature at two |
| 12 |  |  | Elmsheuser, Hans, deutscher Staatsangehöriger, in Rümmingen (DE) |  | joint signature at two |
| 12 |  | 16 | ~~Kesper, Jürgen, deutscher Staatsangehöriger, in Basel~~ |  | ~~joint signature at two~~ |
|  | 12 | 17 | ~~Kirsten, Dr. Dirk, deutscher Staatsangehöriger, in Risch~~ |  | ~~joint signature at two~~ |
|  | 12 |  | Sullivan, Jonathan, britischer Staatsangehöriger, in Riehen |  | joint signature at two |
| 12 |  |  | Suter, Jan Martin, von Eptingen, in Hégenheim (FR) |  | joint signature at two |
| 12 |  | 16 | ~~Trautmann, Dr. Boris, deutscher Staatsangehöriger, in Basel~~ |  | ~~joint signature at two~~ |
| 12 |  | 16 | ~~Wasescha, Hildegard, von Savognin, in Muttenz~~ |  | ~~joint signature at two~~ |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 13 | | | Hillard, Marc, britischer Staatsangehöriger, in Pfeffingen | member of the board of directors | joint signature at two |
| 16 | | | Statham, Timothy, britischer Staatsangehöriger, in Fischbach-Göslikon | president of the board of directors | joint signature at two |
| 16 | | | Pinter, Stefan, von Gsteig, in Kirchberg BE | member of the board of directors | joint signature at two |
| | 16 | | Hauksson, Kristinn, isländischer Staatsangehöriger, in Muttenz | | joint signature at two |
| 16 | | | John, Erwin Konrad, deutscher Staatsangehöriger, in Freiburg (DE) | | joint signature at two |
| 16 | | 18 | ~~Kellerhoff, Dr. Jens, deutscher Staatsangehöriger, in Basel~~ | | ~~joint signature at two~~ |
| 16 | | | Meili, Dr. Tobias, von Zürich, in Rheinfelden | | joint signature at two |
| 16 | | | Vangelista, Gian-Luca, italienischer Staatsangehöriger, in Ettingen | | joint signature at two |
| 16 | | | Zeltner, Bruno, von Dornach, in Wegenstetten | | joint signature at two |
| | 17 | | Mazzotta, Roman, von Tobel-Tägerschen, in Würenlos | | joint signature at two |
| 17 | | | Ramsay, John, britischer Staatsangehöriger, in Flüh | | joint signature at two |
| 17 | | | Schaub, Dr. Adrian, von Zunzgen, in Basel | | joint signature at two |
| 17 | | | Seidel, Dr. Dirk, deutscher Staatsangehöriger, in Basel | | joint signature at two |
| | 19 | | Kuntschen, Antoine, von Sion, in Basel | member of the board of directors | joint signature at two |

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registery Office and the text published in the Swiss Commercial Gazette are binding.
Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

If you have any problem with our web server, please send us an E-mail