**Commercial register entry in the central business names index**

**Syngenta Agro Services AG (Syngenta Agro Services SA) (Syngenta Agro Services Ltd.)** in *Basel*, Limited or Corporation, CH-270.3.004.590-1 (FCRO-Id: 390859.)

c/o Syngenta International AG, Schwarzwaldallee 215, 4058 Basel

Erbringung von Dienstleistungen, insbesondere auch von Beratungen, im Zusammenhang mit der Forschung, der Produktion und dem Vertrieb im Bereich des chemischen und biologischen Pflanzenschutzes, der Schädlingsbekämpfung, von Saatgut, Pflanzen, Pflanzenteilen und Pflanzenprodukten, einschliesslich der Pflanzenbiotechnologie, der Tiergesundheit und von verwandten Produkten. Die Gesellschaft kann sich daneben an anderen Unternehmen irgendwelcher Art im In- und Ausland beteiligen, solche gründen, übernehmen und mit ihnen fusionieren. Sie kann Liegenschaften im Immaterialgüterrechte im In- und Ausland erwerben, belasten und veräussern.

**Former versions of the company name:**

- Novartis Agro Services AG
- Sandoz Agro Services AG
- The Maltex Food and Chemical Co. Ltd (Maltex SA para la industria dietética, famacéutica y química) (Maltex SA pour l'industrie diététique, pharmaceutique et chimique) (Maltex AG für die diätetische, pharmazeutische und chemische Industrie)

**Publications of the commercial registry in the SOGC of the last 12 months:**

**SOGC: 205 22.10.2009 P. 8 (Pub. No. 5306170) Publication: BS 270/8157 16.10.2009**

**Syngenta Agro Services AG**, in *Basel*, CH-270.3.004.590-1, Aktiengesellschaft (SHAB Nr. 239 vom 09.12.2008, S. 8, Publ. 4769782). Ausgeschiedene Personen und erloschene Unterschriften: Catillon, Eva, von Elgg, in Oberwil BL, mit Kollektivunterschrift zu zweien; Sartorius, Timon, von Basel, in Basel, mit Kollektivunterschrift zu zweien; Wilper, Frank, deutscher Staatsangehöriger, in Dornach, mit Kollektivunterschrift zu zweien. Eingetragene Personen neu oder mutierend: Meili, Dr. Tobias, von Zürich, in Magden, Präsident des Verwaltungsrates, mit Kollektivunterschrift zu zweien; Schaub, Dr. Adrian, von Zunzgen, in Basel, Sekretär (Nichtmitglied), mit Kollektivunterschrift zu zweien; Mäder, Christoph, von Zürich, in Oberwil BL, mit Kollektivunterschrift zu zweien \bisher: Präsident des Verwaltungsrates mit Kollektivunterschrift zu zweien`; Mazzotta, Roman, von Tobel-Tägerschen, in Würenlos, mit Kollektivunterschrift zu zweien \bisher: Sekretär (nicht Mitglied) mit Kollektivunterschrift zu zweien`; Oser, Sibylle, von Basel und Nenzlingen, in Basel, mit Kollektivunterschrift zu zweien; Wirz, Jürgen, von Schlossrued, in Kaiseraugst, mit Kollektivunterschrift zu zweien \bisher: in Magden`.(Publication in PDF format)

On the 04.06.2010 at 21:58 [Status: 04.06.2010 106/2010]
Business Names Index - Federal Commercial Registry Office

*The information above is given without engagement and has in no circumstances any legal effect. Only the company record (extract) issued and certified by the competent registry office and the text published in the Swiss Commercial Gazette are binding. Concerning the content of the central company index you may consult the information in the Zefix documentation.*
*Please get a look at the complete information SOGC in PDF format or in the printed form*
*If you locate errors in the information listed above, please send us a correction message by E-Mail. Therefore copy the corresponding information on company names with "cut/paste" and note your correction below.*



# Commercial register of canton Basel-City
# Internet full extract

Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

Order of certified extracts (Login for payment with credit card)
Price of an full extract certified: CHF 51

| Identification number | Legal status | Entry | Cancelled | Carried CH-270.3.004.590-0/a from: CH-270.3.004.590-1/a on: |
|---|---|---|---|---|
| CH-270.3.004.590-1 | Limited or Corporation | 28.10.1994 | | |

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 2 | Sandoz Agro Services AG | 0 | so far: Bern |
| 1 | 2 | (Sandoz Agro Services SA) (Sandoz Agro Services Ltd) | 1 | Basel |
| 2 | 7 | Novartis Agro Services AG | | |
| 2 | 7 | (Novartis Agro Services SA) (Novartis Agro Services Inc.) | | |
| 7 | | Syngenta Agro Services AG | | |
| 7 | 9 | (Syngenta Agro Services SA) (Syngenta Agro Services Inc.) | | |
| 9 | | (Syngenta Agro Services SA) (Syngenta Agro Services Ltd.) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares |
|---|---|---|---|---|
| 1 | | 100'000.00 | 100'000.00 | 100 Namenaktien zu CHF 1'000.00 |

| In | Ca | Company address |
|---|---|---|
| 1 | 8 | Lichtstr. 35 4002 Basel |
| 8 | 16 | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |
| 16 | 17 | c/o Syngenta International AG Maulbeerstr. 60 4058 Basel |
| 17 | | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |

| In | Ca | Participation capital (CHF) | Paid in (CHF) | Participation certificates |
|---|---|---|---|---|
|  |  |  |  |  |

| In | Ca | Purpose | In | Ca | Postal address |
|---|---|---|---|---|---|
| 1 | 19 | Erbringung von Dienstleistungen, insbesondere auch von Beratungen, im Zusammenhang mit der Forschung, Produktion und dem Vertrieb im Bereich von Produkten des chemischen und biologischen Pflanzenschutzes, der Schädlingsbekämpfung, der Tiergesundheit und von verwandten Produkten sowie Forschung, Produktion und Vertrieb im Bereich dieser Produkte. Die Gesellschaft kann sich daneben an anderen Unternehmen irgendwelcher Art beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben und veräussern. | | | |
| 19 | | Erbringung von Dienstleistungen, insbesondere auch von Beratungen, im Zusammenhang mit der Forschung, der Produktion und dem Vertrieb im Bereich des chemischen und biologischen Pflanzenschutzes, der Schädlingsbekämpfung, von Saatgut, Pflanzen, Pflanzenteilen und Pflanzenprodukten, einschliesslich der Pflanzenbiotechnologie, der Tiergesundheit und von verwandten Produkten. Die Gesellschaft kann sich daneben an anderen Unternehmen irgendwelcher Art im In- und | | | |

| In | Ca | Purpose |
|---|---|---|
| | | Ausland beteiligen, solche gründen, übernehmen und mit ihnen fusionieren. Sie kann Liegenschaften im Immaterialgüterrechte im In- und Ausland erwerben, belasten und veräussern. |

| In | Ca | Remarks |
|---|---|---|
| 1 | | Mitteilungen an die Aktionäre: Eingeschriebene Briefe. |
| 1 | 20 | ~~Vinkulierung: Die Uebertragbarkeit der Namenaktion ist nach Massgabe der Statuten beschränkt.~~ |
| 1 | | Der von einer bisherigen Registerkarte übertragene Auszug enthält keine vor dem Uebertrag gestrichenen Tatsachen und auch keine allfälligen früheren Statutendaten oder Tagebuch- und SHAB-Zitate. Diese können auf der bisherigen Handelsregisterkarte eingesehen werden. |
| 16 | 17 | ~~Behördliche Änderung der Strassenbezeichnung und Hausnummerierung.~~ |
| 20 | | Gemäss Erklärung des Verwaltungsrates vom 12.09.2008 untersteht die Gesellschaft keiner ordentlichen Revision und verzichtet auf eine eingeschränkte Revision. |

| Ref | Date of the acts |
|---|---|
| 1 | 30.08.1938 |
| 1 | .......... |
| 1 | 20.12.1994 |
| 2 | 20.12.1996 |
| 7 | 08.11.2000 |
| 9 | 07.08.2002 |
| 19 | 04.07.2008 |
| 20 | 12.09.2008 |

| In | Ca | Qualified facts |
|---|---|---|
| | | |

| Ref | Official publication |
|---|---|
| 1 | SHAB |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|
| BE | 0 | (Auslassung) | | (Auslassung) | | |
| BS | 1 | 1421 | 20.03.1996 | 64 | 01.04.1996 | 1847 |
| BS | 2 | 6628 | 23.12.1996 | 8 | 15.01.1997 | 261 |
| BS | 3 | 1825 | 04.04.1997 | 75 | 22.04.1997 | 2683 |
| BS | 4 | 859 | 23.02.1999 | 42 | 02.03.1999 | 1388 |
| BS | 5 | 4247 | 13.09.1999 | 182 | 20.09.1999 | 6429 |
| BS | 6 | 196 | 11.01.2000 | 12 | 18.01.2000 | 362 |
| BS | 7 | 5480 | 14.11.2000 | 227 | 21.11.2000 | 7899 |
| BS | 8 | 3286 | 13.06.2001 | 117 | 20.06.2001 | 4618 |
| BS | 9 | 4177 | 14.08.2002 | 160 | 21.08.2002 | 4 / 609462 |
| BS | 10 | 4007 | 04.07.2003 | 131 | 11.07.2003 | 5 / 1077898 |
| BS | 11 | 3519 | 07.07.2004 | 133 | 13.07.2004 | 6 / 2356230 |
| BS | 12 | 6640 | 08.12.2004 | 243 | 14.12.2004 | 7 / 2588758 |
| BS | 13 | 4780 | 04.08.2005 | 153 | 10.08.2005 | 6 / 2968866 |
| BS | 14 | 6775 | 24.11.2005 | 233 | 30.11.2005 | 5 / 3126544 |
| BS | 15 | 1746 | 08.03.2006 | 51 | 14.03.2006 | 5 / 3286170 |
| BS | 16 | 2939 | 30.05.2007 | 106 | 05.06.2007 | 7 / 3959694 |
| BS | 17 | B 3832 | 10.07.2007 | B 135 | 16.07.2007 | 7 / 4025578 |
| BS | 18 | 4378 | 09.08.2007 | 156 | 15.08.2007 | 4 / 4066780 |
| BS | 19 | 3895 | 08.07.2008 | 134 | 14.07.2008 | 8 / 4572072 |
| BS | 20 | 6716 | 03.12.2008 | 239 | 09.12.2008 | 8 / 4769782 |
| BS | 21 | 8157 | 16.10.2009 | 205 | 22.10.2009 | 8 / 5306170 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 2 | ~~Jüngling, Franz Jörg, von Basel, in Binningen~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 2 | ~~Hoch, Gerald J., Bürger der USA, in Binningen~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 2 | ~~Trutmann, Dr. Verena, von-Küssnacht am Rigi und Luzern, in Basel~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 3 | ~~Arnoldi, Kurt, von Bussigny-sur-Oron, in Reinach BL~~ | ~~auditor~~ | |
| 2 | | 10 | ~~Stoiblin, Richard, französischer Staatsangehöriger, in Riehen~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 2 |   | 7 | ~~Manser, John M., von Appenzell, in Riehen~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 2 |   | 8 | ~~de Rougemont, Dr. Michel, von Neuchâtel, in Kaiseraugst~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 2 |   | 8m | ~~Michaelis, Daniel, von Winterthur, in Basel~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 3 |   | 5 | ~~STG-Coopers & Lybrand AG, in Basel~~ | ~~auditor~~ |   |
| 4 |   | 7m | ~~Schürmann, Otto, von Egerkingen, in Muttenz~~ |   | ~~joint signature at two~~ |
| 4 |   | 14 | ~~Sutterlin, Jean, französischer Staatsangehöriger, in Basel~~ |   | ~~joint signature at two~~ |
| 4 |   | 21m | ~~Wirz, Jürgen, von Schlossrued, in Magden~~ |   | ~~joint signature at two~~ |
| 5 |   | 9 | ~~PricewaterhouseCoopers AG, in Basel~~ | ~~auditor~~ |   |
| 6 |   | 15 | ~~Kölbing, Christoph, von Basel, in Basel~~ |   | ~~joint signature at two~~ |
| 6 |   | 15 | ~~Burkart, Guido, von Basel und Mühlau, in Muttenz~~ |   | ~~joint signature at two~~ |
|   | 7 | 19 | ~~Schürmann, Otto, von Egerkingen, in Muttenz~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 8 |   | 10m | ~~Mäder, Christoph, von Zürich, in Oberwil BL~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 8 |   |   | Kuntschen, Antoine, von Sion, in Basel |   | joint signature at two |
|   | 8 | 10m | ~~Michaelis, Daniel, von Winterthur, in Basel~~ |   | ~~joint signature at two~~ |
| 8 |   | 19m | ~~Mazzotta, Roman, von Tobel-Tägerschen, in Brugg~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 8 |   | 13 | ~~Bollag, Bernard, von Endingen, in Basel~~ |   | ~~joint signature at two~~ |
| 8 |   | 10 | ~~Brinkler, Mark, Bürger von Neuseeland, in Zürich~~ |   | ~~joint signature at two~~ |
| 8 |   | 14 | ~~Furter, Rolf, von Staufen, in Lenzburg~~ |   | ~~joint signature at two~~ |
| 8 |   | 12 | ~~Haupenthal, Dr. Christof, deutscher Staatsangehöriger, in Zürich~~ |   | ~~joint signature at two~~ |
| 8 |   | 19 | ~~Morrison, Robert, britischer Staatsangehöriger, in Regensberg~~ |   | ~~joint signature at two~~ |
| 8 |   |   | Schreiner, Dr. Peter, von Visp, in Muttenz |   | joint signature at two |
| 9 |   | 11m | ~~Catillon, Eva, von Elgg, in Basel~~ |   | ~~joint signature at two~~ |
| 9 |   | 15m | ~~Sullivan, Jonathan, britischer Staatsangehöriger, in Basel~~ |   | ~~joint signature at two~~ |
| 9 |   | 20 | ~~Ernst & Young AG, in Basel~~ | ~~auditor~~ |   |
|   | 10 | 21m | ~~Mäder, Christoph, von Zürich, in Oberwil BL~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
|   | 10 |   | Michaelis, Daniel, von Winterthur, in Basel | member of the board of directors | joint signature at two |
| 10 |   | 12 | ~~Huber, Niklaus, von Madiswil, in Bern~~ |   | ~~joint signature at two~~ |
| 10 |   | 19 | ~~Salzmann, Magdalena, von Riehen, in Wädenswil~~ |   | ~~joint signature at two~~ |
| 10 |   | 19 | ~~Scala, Domenico, von Oberwil BL, in Oberwil BL~~ |   | ~~joint signature at two~~ |
| 10 |   |   | Seitz, Dr. Claudia, deutsche Staatsangehörige, in Lörrach (D) |   | joint signature at two |
|   | 11 | 21 | ~~Catillon, Eva, von Elgg, in Oberwil BL~~ |   | ~~joint signature at two~~ |
| 13 |   | 15m | ~~Kirsten, Dirk, deutscher Staatsangehöriger, in Risch~~ |   | ~~joint signature at two~~ |
| 14 |   | 18m | ~~Hauksson, Kristinn, isländischer Staatsangehöriger, in Zürich~~ |   | ~~joint signature at two~~ |
| 14 |   | 18 | ~~Riggenbach, Max, von Rünenberg, in Frenkendorf~~ |   | ~~joint signature at two~~ |
| 14 |   | 21 | ~~Sartorius, Timon, von Basel, in Basel~~ |   | ~~joint signature at two~~ |
| 15 |   | 18 | ~~Jenni, Thomas, von Basel, in Arlesheim~~ |   | ~~joint signature at two~~ |
|   | 15 | 19 | ~~Kirsten, Dr. Dirk, deutscher Staatsangehöriger, in Risch~~ |   | ~~joint signature at two~~ |
|   | 15 |   | Sullivan, Jonathan, britischer Staatsangehöriger, in Riehen |   | joint signature at two |
|   | 18 |   | Hauksson, Kristinn, isländischer Staatsangehöriger, in Muttenz |   | joint signature at two |
| 18 |   | 19m | ~~Pinter, Stefan, von Gsteig, in Kirchberg BE~~ |   | ~~joint signature at two~~ |
|   | 19 |   | Pinter, Stefan, von Gsteig, in Kirchberg BE | member of the board of directors | joint signature at two |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 19 | 21m | ~~Mazzotta, Roman, von Tobel-Tägerschen, in Würenlos~~ | ~~secretary (out-of-the board)~~ | ~~joint signature at two~~ |
| 19 |  |  | Dzierzon, Roman, deutscher Staatsangehöriger, in Onex |  | joint signature at two |
| 19 |  |  | Ramsay, John, britischer Staatsangehöriger, in Flüh |  | joint signature at two |
| 19 |  |  | Suter, Jan Martin, von Eptingen, in Hegenheim (FR) |  | joint signature at two |
| 19 |  | 21 | ~~Wilper, Frank, deutscher Staatsangehöriger, in Dornach~~ |  | ~~joint signature at two~~ |
| 19 |  |  | Franichevich, Cristina, von Villars-le-Comte, in Reinach BL |  | joint signature at two |
| 21 |  |  | Meili, Dr. Tobias, von Zürich, in Magden | president of the board of directors | joint signature at two |
| 21 |  |  | Schaub, Dr. Adrian, von Zunzgen, in Basel | secretary (out of the board) | joint signature at two |
|  | 21 |  | Mäder, Christoph, von Zürich, in Oberwil BL |  | joint signature at two |
|  | 21 |  | Mazzotta, Roman, von Tobel-Tägerschen, in Würenlos |  | joint signature at two |
| 21 |  |  | Oser, Sibylle, von Basel und Nenzlingen, in Basel |  | joint signature at two |
|  | 21 |  | Wirz, Jürgen, von Schlossrued, in Kaiseraugst |  | joint signature at two |

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registery Office and the text published in the Swiss Commercial Gazette are binding.
Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

If you have any problem with our web server, please send us an E-mail