**Commercial register entry in the central business names index**

**Syngenta Agroservices Asia AG (Syngenta Agroservices Asia SA) (Syngenta Agroservices Asia Ltd.)** in Basel, Limited or Corporation, CH-270.3.000.142-8 (FCRO-Id: 390858.)

c/o Syngenta International AG, Schwarzwaldallee 215, 4058 Basel

Erbringung von Dienstleistungen jeglicher Art, insbesondere auch von Beratungen im Zusammenhang mit der Herstellung, dem Verkauf und dem Vertrieb von Produkten aus den Bereichen der Pharma, der Ernährung, der Agrarwirtschaft und der Chemie und verwandten Gebieten, sowie Herstellung und Verkauf dieser Produkte. Ferner Erwerb, Veräusserung und Verwaltung von Beteiligungen aller Art, insbesondere in bezug auf Unternehmen mit gleichartigen oder ähnlichen Zwecken. Die Gesellschaft kann sich an anderen Unternehmen beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben, verwerten und veräussern.

**Former versions of the company name:**

- Novartis Consulting AG
- Sandoz Consulting AG
- Singer's Erben AG
- Aktiengesellschaft Ch. Singer's Erben vorm. Schweiz. Bretzel- und Zwieback-Fabrik Ch. Singer

**Publications of the commercial registry in the SOGC of the last 12 months:**

**SOGC: 13 20.01.2010 P. 8 (Pub. No. 5449646) Publication: BS 270/340 14.01.2010**

**Syngenta Agroservices Asia AG**, in *Basel*, CH-270.3.000.142-8, Aktiengesellschaft (SHAB Nr. 239 vom 09.12.2008, S. 8, Publ. 4769784). Ausgeschiedene Personen und erloschene Unterschriften: Catillon, Eva Maria, von Elgg, in Oberwil BL, mit Kollektivunterschrift zu zweien. (Publication in PDF format)

On the 04.06.2010 at 22:00 [Status: 04.06.2010 106/2010]
Business Names Index - Federal Commercial Registry Office

*The information above is given without engagement and has in no circumstances any legal effect. Only the company record (extract) issued and certified by the competent registry office and the text published in the Swiss Commercial Gazette are binding. Concerning the content of the central company index you may consult the information in the Zefix documentation.*
*Please get a look at the complete information SOGC in PDF format or in the printed form*
*If you locate errors in the information listed above, please send us a correction message by E-Mail. Therefore copy the corresponding information on company names with "cut/paste" and note your correction below.*



# Commercial register of canton Basel-City
# Internet full extract

Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

Order of certified extracts (Login for payment with credit card)
Price of an full extract certified: CHF 51

| Identification number | Legal status | Entry | Cancelled | Carried CH-270.3.000.142-0/a from: CH-270.3.000.142-8/a on: |
|---|---|---|---|---|
| CH-270.3.000.142-8 | Limited or Corporation | 13.05.1931 | | |

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 2 | Aktiengesellschaft Ch. Singer's Erben vorm. Schweiz. Bretzel- und Zwieback-Fabrik Ch. Singer | 1 | Basel |
| 2 | 3 | Singer's Erben AG | | |
| 3 | 5 | Sandoz Consulting AG | | |
| 3 | 5 | (Sandoz Consulting SA) (Sandoz Consulting Ltd) | | |
| 5 | 11 | Novartis Consulting AG | | |
| 5 | 11 | (Novartis Consulting SA) (Novartis Consulting Inc.) | | |
| 11 | | Syngenta Agroservices Asia AG | | |
| 11 | | (Syngenta Agroservices Asia SA) (Syngenta Agroservices Asia Ltd.) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares |
|---|---|---|---|---|
| 1 | | 650'000.00 | 650'000.00 | 650 Namenaktien zu CHF 1'000.00 |

| In | Ca | Company address |
|---|---|---|
| 1 | 7 | c/o Sandoz AG Lichtstr. 35 4056 Basel |
| 7 | 11 | c/o Novartis International AG Lichtstr. 35 4056 Basel |
| 11 | 20 | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |
| 20 | 21 | c/o Syngenta International AG Maulbeerstr. 60 4058 Basel |
| 21 | | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |

| In | Ca | Participation capital (CHF) | Paid in (CHF) | Participation certificates |
|---|---|---|---|---|
| | | | | |

| In | Ca | Purpose |
|---|---|---|
| 1 | 2 | Betrieb einer Grossbäckerei und Konditorei, Fabrikation von Bretzeln, Zwiebacken, Leckerli und hygienisch-diätetischen Nährmitteln. Beteiligung an kommerziellen und industriellen Unternehmungen. |
| 2 | 3 | Fabrikation von Backwaren sowie Erwerb, Veräusserung und Verwaltung von Beteiligungen aller Art, insbesondere in bezug auf Unternehmen mit gleichartigen oder ähnlichen Zwecken. Die Gesellschaft kann Beteiligungsgesellschaften finanzieren sowie Interessengemeinschaften eingehen und Grundstücke erwerben, verwalten und weiterveräussern. |

| In | Ca | Postal address |
|---|---|---|
| | | |

| In | Ca | Purpose |
|---|---|---|
| 3 | 11 | ~~Erbringung von Dienstleistungen, insbesondere auch von Beratungen im Zusammenhang mit der Herstellung, dem Verkauf und dem Vertrieb von Produkten aus den Bereichen der Pharma, der Ernährung, der Agrarwirtschaft und der Chemie und verwandten Gebieten sowie Herstellung und Verkauf dieser Produkte. Ferner Erwerb, Veräusserung und Verwaltung von Beteiligungen aller Art, insbesondere in Bezug auf Unternehmen mit gleichartigen oder ähnlichen Zwecken. Die Gesellschaft kann Beteiligungsgesellschaften finanzieren, Interessengemeinschaften eingehen sowie Grundstücke erwerben, verwalten und weiterveräussern.~~ |
| 11 | | Erbringung von Dienstleistungen jeglicher Art, insbesondere auch von Beratungen im Zusammenhang mit der Herstellung, dem Verkauf und dem Vertrieb von Produkten aus den Bereichen der Pharma, der Ernährung, der Agrarwirtschaft und der Chemie und verwandten Gebieten, sowie Herstellung und Verkauf dieser Produkte. Ferner Erwerb, Veräusserung und Verwaltung von Beteiligungen aller Art, insbesondere in bezug auf Unternehmen mit gleichartigen oder ähnlichen Zwecken. Die Gesellschaft kann sich an anderen Unternehmen beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben, verwerten und veräussern. |

| In | Ca | Remarks |
|---|---|---|
| 1 | 2 | ~~Verwaltungsrat: 2 Mitglieder.~~ |
| 1 | | Der von einer bisherigen Registerkarte übertragene Auszug enthält keine vor dem Uebertrag gestrichenen Tatsachen, und auch keine allfälligen früheren Statutendaten oder Tagebuch- und SHAB-Zitate. Diese können auf der bisherigen Handelsregisterkarte eingesehen werden. |
| 2 | 3 | ~~Mitteilungen an die Aktionäre: SHAB oder schriftlich.~~ |
| 2 | | Streichung der statutarisch festgesetzten Anzahl der Verwaltungsratsmitglieder, da nicht zur Eintragung gehörend. |
| 3 | 11 | ~~Mitteilungen an die Aktionäre: Briefe.~~ |
| 3 | 11 | ~~Vinkulierung: Die Übertragbarkeit der Namenaktion ist nach Massgabe der Statuten beschränkt.~~ |
| 11 | | Mitteilungen an die Aktionäre: SHAB oder Briefe. |
| 20 | 21 | ~~Behördliche Änderung der Strassenbezeichnung und Hausnummerierung.~~ |
| 24 | | Gemäss Erklärung des Verwaltungsrates vom 27.11.2008 untersteht die Gesellschaft keiner ordentlichen Revision und verzichtet auf eine eingeschränkte Revision. |

| Ref | Date of the acts |
|---|---|
| 1 | 13.04.1931 |
| 1 | .......... |
| 1 | 15.03.1968 |
| 2 | 27.06.1995 |
| 3 | 30.10.1995 |
| 5 | 20.12.1996 |
| 11 | 16.12.2000 |
| 24 | 27.11.2008 |

| In | Ca | Qualified facts |
|---|---|---|
| 1 | 11 | ~~Aktiven und Passiven der erloschenen Kollektivgesellschaft Ch. Singer's Erben vorm. Schweiz. Bretzel- & Zwieback-Fabrik Ch. Singer, in Basel. Aktivenüberschuss von CHF. 125'373.44 gegen 111 Aktien zu CHF. 1'000.-- und Gutschrift von CHF. 14'373.44.~~ |
| 2 | | Sacheinlage und -übernahme: Die Bestimmung über die Sacheinlage und -übernahme im Zusammenhang mit der Gründung vom 13.04.1931 ist aus den Statuten gestrichen worden. |

| Ref | Official publication |
|---|---|
| 1 | SHAB |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BS | 0 | (Auslassung) | | (Auslassung) | | | BS | 14 | 5476 | 23.10.2002 | 210 | 30.10.2002 | 5 / 707014 |
| BS | 1 | 684 | 04.02.1994 | 33 | 16.02.1994 | 918 | | | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BS | 2 | 3048 | 04.07.1995 | 136 | 17.07.1995 | 4011 | BS | 15 | 4634 | 13.08.2003 | 158 | 20.08.2003 | 5 / 1137286 |
| BS | 3 | 4929 | 01.11.1995 | 219 | 10.11.1995 | 6175 | BS | 16 | 3249 | 25.06.2004 | 125 | 01.07.2004 | 7 / 2336376 |
| BS | 4 | 164 | 08.01.1996 | 12 | 18.01.1996 | 353 | BS | 17 | 6867 | 17.12.2004 | 250 | 23.12.2004 | 7 / 2605878 |
| BS | 5 | 6627 | 23.12.1996 | 8 | 15.01.1997 | 261 | BS | 18 | 4781 | 04.08.2005 | 153 | 10.08.2005 | 6 / 2968868 |
| BS | 6 | 3060 | 13.06.1997 | 123 | 01.07.1997 | 4570 | BS | 19 | 1747 | 08.03.2006 | 51 | 14.03.2006 | 5 / 3286172 |
| BS | 7 | 5721 | 10.10.1997 | 200 | 17.10.1997 | 7587 | BS | 20 | 2940 | 30.05.2007 | 106 | 05.06.2007 | 7 / 3959700 |
| BS | 8 | 1364 | 29.03.1999 | 66 | 07.04.1999 | 2225 | BS | 21 | B 3833 | 10.07.2007 | B 135 | 16.07.2007 | 7 / 4025590 |
| BS | 9 | 4709 | 15.10.1999 | 206 | 22.10.1999 | 7241 | BS | 22 | 4379 | 09.08.2007 | 156 | 15.08.2007 | 4 / 4066782 |
| BS | 10 | 3686 | 31.07.2000 | 152 | 08.08.2000 | 5390 | BS | 23 | 6227 | 11.11.2008 | 223 | 17.11.2008 | 6 / 4734700 |
| BS | 11 | 6152 | 21.12.2000 | 1 | 03.01.2001 | 17 | BS | 24 | 6717 | 03.12.2008 | 239 | 09.12.2008 | 8 / 4769764 |
| BS | 12 | 3163 | 06.06.2001 | 112 | 13.06.2001 | 4425 | BS | 25 | 340 | 14.01.2010 | 13 | 20.01.2010 | 8 / 5449646 |
| BS | 13 | 3507 | 09.07.2002 | 135 | 16.07.2002 | 5 / 561826 | | | | | | | |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 3 | Reichmuth, Gilg, von Schwyz, in Walchwil | member of the board of directors | single signature |
| 1 | | 2 | Neutra Treuhand AG, in Bern | auditor | |
| 2 | | 4 | KPMG Fides Peat, in Bern | auditor | |
| 3 | | 5 | Batzer, Dr. Martin Ch., von Arlesheim, in Binningen | president of the board of directors | joint signature at two |
| 3 | | 5 | Note, François, französischer Staatsangehöriger, in Basel | member of the board of directors | joint signature at two |
| 3 | | 5 | Rickli, Dr. Peter, von Madiswil, in Binningen | member of the board of directors | joint signature at two |
| 4 | | 6 | Arnoldi, Kurt, von Bussigny-sur-Oron, in Reinach BL | auditor | |
| 5 | | 8 | Style, Montague, britischer Staatsangehöriger, in Bettlach (F) | president of the board of directors | joint signature at two |
| 5 | | 11 | Henrich, Dr. Martin, von Basel, in Basel | member of the board of directors | joint signature at two |
| 5 | | 11 | Manser, John, von Appenzell, in Riehen | member of the board of directors | joint signature at two |
| 5 | | 10 | Buehli, Anita, von Versam, in Basel | secretary (out of the board) | joint signature at two |
| 5 | | 11 | Schuler, Josef, von Rothenthurm, in Münchenstein | | joint signature at two |
| 5 | | 11 | Vierkötter, Jürgen, deutscher Staatsangehöriger, in Böckten | | joint signature at two |
| 6 | | 9 | STG-Coopers & Lybrand AG, in Basel | auditor | |
| 8 | | 10 | Jean, Christophe, französischer Staatsangehöriger, in Reinach BL | president of the board of directors | joint signature at two |
| 9 | | 10m | Fricker, Hans R., von Nusshof, in Basel | | joint signature at two |
| 9 | | 11 | Wittwer, Reto, von Linden, in Dietikon | | joint signature at two |
| 9 | | 13 | PricewaterhouseCoopers AG, in Basel | auditor | |
| 10 | | 11 | Ebeling, Thomas, deutscher Staatsangehöriger, in Bern | president of the board of directors | joint signature at two |
| | 10 | 11 | Fricker, Hans R., britischer Staatsangehöriger und von Nusshof, in Basel | secretary (out of the board) | joint signature at two |
| 11 | | 19m | Mäder, Christoph, von Zürich, in Oberwil BL | president of the board of directors | joint signature at two |
| 11 | | 18 | Bollag, Bernard, von Endingen, in Basel | member of the board of directors | joint signature at two |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 11 | | 23 | ~~Schürmann, Otto, von Egerkingen, in Muttenz~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 11 | | | Fischer, Erich, von Merenschwand, in Allschwil | | joint signature at two |
| 11 | | 19m | ~~Michaelis, Daniel, von Winterthur, in Basel~~ | | ~~joint signature at two~~ |
| 11 | | 14 | ~~Sartorius, Timon, von Basel, in Basel~~ | | ~~joint signature at two~~ |
| 11 | | 14 | ~~Trutmann, Dr. Verena, von Küssnacht am Rigi und Luzern, in Basel~~ | | ~~joint signature at two~~ |
| 12 | | 15 | ~~Ritz, Philipp, von Schnottwil, in Riehen~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 12 | | | Kuntschen, Antoine, von Sion, in Basel | | joint signature at two |
| 12 | | | Schreiner, Dr. Peter, von Visp, in Muttenz | | joint signature at two |
| 13 | | 16m | ~~Catillon, Eva Maria, von Elgg, in Basel~~ | | ~~joint signature at two~~ |
| 13 | | 24 | Ernst & Young AG, in Basel | auditor | |
| 14 | | 16m | ~~Boin, Pierre-Etienne, von Le Peuchapatte, in Riehen~~ | | ~~joint signature at two~~ |
| 15 | | 19 | ~~Pfirter, Simone, von Pratteln, in Pratteln~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 15 | | 17 | ~~Niklaus, Huber, von Madiswil, in Bern~~ | | ~~joint signature at two~~ |
| 15 | | 23 | ~~Scala, Domenico, von Oberwil BL, in Oberwil BL~~ | | ~~joint signature at two~~ |
| 15 | | 19 | ~~Seitz, Dr. Claudia, deutsche Staatsangehörige, in Lörrach (D)~~ | | ~~joint signature at two~~ |
| | 16 | | Boin, Pierre-Etienne, von Le Peuchapatte, in Bottmingen | | joint signature at two |
| | 16 | 25 | ~~Catillon, Eva Maria, von Elgg, in Oberwil BL~~ | | ~~joint signature at two~~ |
| 18 | | 19m | ~~Kirsten, Dirk, deutscher Staatsangehöriger, in Risch~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| | 19 | | Michaelis, Daniel, von Winterthur, in Basel | president of the board of directors | joint signature at two |
| | 19 | 23 | ~~Kirsten, Dr. Dirk, deutscher Staatsangehöriger, in Risch~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| | 19 | | Mäder, Christoph, von Zürich, in Oberwil BL | | joint signature at two |
| 19 | | 22 | ~~Wasescha, Hildegard, von Savognin, in Muttenz~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 19 | | 22 | ~~Trautmann, Dr. Boris, deutscher Staatsangehöriger, in Basel~~ | | ~~joint signature at two~~ |
| 22 | | | Meili, Dr. Tobias, von Zürich, in Rheinfelden | | joint signature at two |
| 23 | | | Pinter, Stefan, von Gsteig, in Kirchberg BE | member of the board of directors | joint signature at two |
| 23 | | | Zürcher, Nicolas, von Trubschachen, in Muri bei Bern | member of the board of directors | joint signature at two |
| 23 | | | Schaub, Dr. Adrian, von Zunzgen, in Basel | secretary (out of the board) | joint signature at two |
| 23 | | | Ramsay, John, britischer Staatsangehöriger, in Hofstetten-Flüh | | joint signature at two |
| 23 | | | Seidel, Dr. Dirk, deutscher Staatsangehöriger, in Basel | | joint signature at two |

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registry Office and the text published in the Swiss Commercial Gazette are binding. Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

If you have any problem with our web server, please send us an E-mail