**Commercial register entry in the central business names index**

**Syngenta Finance AG (Syngenta Finance SA) (Syngenta Finance Ltd)** *in Basel*, Limited or Corporation, CH-270.3.013.761-2 (FCRO-Id: 843913.)

c/o Syngenta International AG, Schwarzwaldallee 215, 4058 Basel

Der Zweck der Gesellschaft ist die Finanzierung und die Erbringung von Finanzdienstleistungen aller Art für die Konzerngesellschaften im In- und Ausland. Sie kann insbesondere bei Dritten Mittel aufnehmen und zu Gunsten anderer Konzerngesellschaften Sicherheiten bestellen und Garantien abgeben. Die Gesellschaft kann Liegenschaften und Immaterialgüterrechte im In- und Ausland erwerben, belasten, verwerten und veräussern.

**Publications of the commercial registry in the SOGC of the last 12 months:**

**SOGC: 230 26.11.2009 P. 7 (Pub. No. 5362490) Publication: BS 270/8869 20.11.2009**

**Syngenta Finance AG**, in *Basel*, CH-270.3.013.761-2, Aktiengesellschaft (SHAB Nr. 237 vom 05.12.2008, S. 9, Publ. 4765262). Eingetragene Personen neu oder mutierend: Fischer, Erich, von Merenschwand, in Allschwil, mit Kollektivunterschrift zu zweien.(Publication in PDF format)

On the 04.06.2010 at 22:02 [Status: 04.06.2010 106/2010]
Business Names Index - Federal Commercial Registry Office

*The information above is given without engagement and has in no circumstances any legal effect. Only the company record (extract) issued and certified by the competent registry office and the text published in the Swiss Commercial Gazette are binding. Concerning the content of the central company index you may consult the information in the Zefix documentation.*
*Please get a look at the complete information SOGC in PDF format or in the printed form*
*If you locate errors in the information listed above, please send us a correction message by E-Mail. Therefore copy the corresponding information on company names with "cut/paste" and note your correction below.*



# Commercial register of canton Basel-City
# Internet full extract

Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

Order of certified extracts (Login for payment with credit card)
Price of an full extract certified: CHF 51

| Identification number | Legal status | Entry | Cancelled | Carried from: on: |
|---|---|---|---|---|
| CH-270.3.013.761-2 | Limited or Corporation | 24.07.2006 | | |

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | Syngenta Finance AG | 1 | Basel |
| | 1 | (Syngenta Finance SA) (Syngenta Finance Ltd) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares |
|---|---|---|---|---|
| 1 | 5 | 10'000'000.00 | 2'000'000.00 | 10'000 Namenaktien zu CHF 1'000.00 |
| 5 | | | 10'000'000.00 | |

| In | Ca | Company address |
|---|---|---|
| 1 | 2 | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |
| 2 | 3 | c/o Syngenta International AG Maulbeerstr. 60 4058 Basel |
| 3 | | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |

| In | Ca | Participation capital (CHF) | Paid in (CHF) | Participation certificates |
|---|---|---|---|---|
| | | | | |

| In | Ca | Postal address |
|---|---|---|
| | | |

| In | Ca | Purpose |
|---|---|---|
| 1 | 4 | Finanzierung und Erbringung von Finanzdienstleistungen aller Art für die Konzerngesellschaften im In- und Ausland. Die Gesellschaft kann Liegenschaften und Immaterialgüterrechte erwerben, verwerten und veräussern. |
| 4 | | Der Zweck der Gesellschaft ist die Finanzierung und die Erbringung von Finanzdienstleistungen aller Art für die Konzerngesellschaften im In- und Ausland. Sie kann insbesondere bei Dritten Mittel aufnehmen und zu Gunsten anderer Konzerngesellschaften Sicherheiten bestellen und Garantien abgeben. Die Gesellschaft kann Liegenschaften und Immaterialgüterrechte im In- und Ausland erwerben, belasten, verwerten und veräussern. |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Mitteilungen an die Aktionäre: Publikation im SHAB oder durch Brief. | 1 | 24.07.2006 |
| 2 | 3 | Behördliche Änderung der Strassenbezeichnung und Hausnummerierung. | 4 | 12.09.2008 |
| | | | 5 | 27.11.2008 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 1 | SHAB |

| In | Ca | Branch offices | | In | Ca | Branch offices |
|---|---|---|---|---|---|---|
| | | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BS | 1 | 4581 | 24.07.2006 | 145 | 28.07.2006 | 4 / 3487816 | BS | 5 | 6623 | 01.12.2008 | 237 | 05.12.2008 | 9 / 4765262 |
| BS | 2 | 2944 | 30.05.2007 | 106 | 05.06.2007 | 7 / 3959724 | BS | 6 | 8869 | 20.11.2009 | 230 | 26.11.2009 | 7 / 5362490 |
| BS | 3 | B 3836 | 10.07.2007 | B 135 | 16.07.2007 | 7 / 4025588 | | | | | | | |
| BS | 4 | 5134 | 16.09.2008 | 183 | 22.09.2008 | 8 / 4660840 | | | | | | | |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Mäder, Christoph, von Zürich, in Oberwil BL | president of the board of directors | joint signature at two |
| 1 | | 4 | ~~Kirsten, Dr. Dirk, deutscher Staatsangehöriger, in Risch~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | | Schreiner, Dr. Peter, von Visp, in Muttenz | member of the board of directors | joint signature at two |
| 1 | | | Ernst & Young AG, in Basel | auditor | |
| 4 | | | Zürcher, Nicolas, von Trubschachen, in Muri bei Bern | member of the board of directors | joint signature at two |
| 4 | | | Michaelis, Daniel, von Winterthur, in Basel | secretary (out of the board) | joint signature at two |
| 4 | | | Meili, Dr. Tobias, von Zürich, in Rheinfelden | | joint signature at two |
| 4 | | | Ramsay, John, britischer Staatsangehöriger, in Flüh | | joint signature at two |
| 6 | | | Fischer, Erich, von Merenschwand, in Allschwil | | joint signature at two |

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registery Office and the text published in the Swiss Commercial Gazette are binding.
Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

If you have any problem with our web server, please send us an E-mail