**Commercial register entry in the central business names index**

**CIBA-GEIGY Handels- und Marktberatungs AG (CIBA-GEIGY Trading and Marketing Services Co. Ltd.)** *in Basel*, Limited or Corporation, CH-270.3.000.857-9 (FCRO-Id: 34964.)

c/o Syngenta International AG, Schwarzwaldallee 215, 4058 Basel

Erbringung von Dienstleistungen auf dem Gebiet der Anwendung und des Vertriebs von chemischen Produkten und Apparaten zur Anwendung chemischer Produkte. Die Gesellschaft bezweckt insbesondere auch die technische, wissenschaftliche und kommerzielle Beratung und Betreuung bei der Anwendung und beim Vertrieb chemischer Produkte und von Apparaten zur Anwendung von chemischen Produkten. Sie kann sich an anderen Unternehmen beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben, verwerten und veräussern.

**Publications of the commercial registry in the SOGC of the last 12 months:**

**SOGC: 206 23.10.2009 P. 6 (Pub. No. 5307458) Publication: BS 270/8175 19.10.2009**

**CIBA-GEIGY Handels- und Marktberatungs AG**, in *Basel*, CH-270.3.000.857-9, Aktiengesellschaft (SHAB Nr. 242 vom 12.12.2008, S. 7, Publ. 4777480). Ausgeschiedene Personen und erloschene Unterschriften: Catillon, Eva, von Elgg, in Oberwil BL, mit Kollektivunterschrift zu zweien.(Publication in PDF format)

On the 04.06.2010 at 23:57 [Status: 04.06.2010 106/2010]
Business Names Index - Federal Commercial Registry Office

*The information above is given without engagement and has in no circumstances any legal effect. Only the company record (extract) issued and certified by the competent registry office and the text published in the Swiss Commercial Gazette are binding. Concerning the content of the central company index you may consult the information in the Zefix documentation.*
*Please get a look at the complete information SOGC in PDF format or in the printed form*
*If you locate errors in the information listed above, please send us a correction message by E-Mail. Therefore copy the corresponding information on company names with "cut/paste" and note your correction below.*



# Commercial register of canton Basel-City
# Internet full extract

 Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

**Order of certified extracts (Login for payment with credit card)**
Price of an full extract certified: CHF 51

| Identification number | Legal status | Entry | Cancelled | Carried CH-270.3.000.857-2/a from: CH-270.3.000.857-9/a on: |
|---|---|---|---|---|
| CH-270.3.000.857-9 | Limited or Corporation | 22.06.1946 | | |

| In | Ca | Business name | | Ref | Legal seat |
|---|---|---|---|---|---|
| 1 | | CIBA-GEIGY Handels- und Marktberatungs AG | | 1 | Basel |
| 1 | 7 | (CIBA-GEIGY Trading and Marketing Services Co. Ltd) | | | |
| 7 | | (CIBA-GEIGY Trading and Marketing Services Co. Ltd.) | | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 200'000.00 | 200'000.00 | 200 Inhaberaktien zu CHF 1'000.00 | 1 | 3 | c/o CIBA-GEIGY AG Schwarzwaldallee 215 4058 Basel |
| 7 | | | | 200 Namenaktien zu CHF 1'000.00 | 3 | 7 | c/o Novartis International AG Lichtstr. 35 4056 Basel |
| | | | | | 7 | 10 | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |
| | | | | | 10 | 11 | c/o Syngenta International AG Maulbeerstr. 60 4058 Basel |
| | | | | | 11 | | c/o Syngenta International AG Schwarzwaldallee 215 4058 Basel |

| In | Ca | Participation capital (CHF) | Paid in (CHF) | Participation certificates |
|---|---|---|---|---|

| In | Ca | Purpose | In | Ca | Postal address |
|---|---|---|---|---|---|
| 1 | 7 | Erbringung von Dienstleistungen auf dem Gebiet der Anwendung und des Vertriebs von chemischen Produkten und von Apparaten zur Anwendung chemischer Produkte. Die Gesellschaft bezweckt insbesondere auch die technische, wissenschaftliche und kommerzielle Beratung und Betreuung bei Anwendung und Betrieb chemischer Produkte sowie von Apparaten zur Anwendung chemischer Produkte. Sie kann sich an anderen Unternehmen oder Gesellschaft beteiligen. | | | |
| 7 | | Erbringung von Dienstleistungen auf dem Gebiet der Anwendung und des Vertriebs von chemischen Produkten und Apparaten zur Anwendung chemischer Produkte. Die Gesellschaft bezweckt insbesondere auch die technische, wissenschaftliche und kommerzielle Beratung und Betreuung bei der Anwendung und beim Vertrieb chemischer Produkte und von Apparaten zur Anwendung von chemischen Produkten. Sie kann sich an anderen Unternehmen beteiligen sowie Liegenschaften und Immaterialgüterrechte erwerben, verwerten und veräussern. | | | |

| In | Ca | Remarks |
|----|----|---------|
| 1 |  | Der von einer bisherigen Registerkarte übertragene Auszug enthält keine vor dem Uebertrag gestrichenen Tatsachen, und auch keine allfälligen früheren Statutendaten oder Tagebuch- und SHAB-Zitate. Diese können auf der bisherigen Handelsregisterkarte eingesehen werden. |
| 10 | 11 | ~~Behördliche Änderung der Strassenbezeichnung und Hausnummerierung.~~ |
| 13 |  | Gemäss Erklärung des Verwaltungsrates vom 27.11.2008 untersteht die Gesellschaft keiner ordentlichen Revision und verzichtet auf eine eingeschränkte Revision. |

| Ref | Date of the acts |
|-----|------------------|
| 1 | 15.06.1946 |
| 1 | .......... |
| 1 | 10.06.1994 |
| 7 | 15.06.2001 |
| 13 | 12.09.2008 |

| In | Ca | Qualified facts |
|----|----|-----------------|
|  |  |  |

| Ref | Official publication |
|-----|----------------------|
| 1 | SHAB |

| In | Ca | Branch offices |
|----|----|----------------|
|  |  |  |

| In | Ca | Branch offices |
|----|----|----------------|
|  |  |  |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|-----|-----|-----------|------|------|-----------|-----------|
| BS | 0 | (Auslassung) |  | (Auslassung) |  |  |
| BS | 1 | 3301 | 30.06.1994 | 136 | 15.07.1994 | 3971 |
| BS | 2 | 5686 | 12.11.1996 | 230 | 26.11.1996 | 7278 |
| BS | 3 | 1960 | 14.04.1997 | 80 | 29.04.1997 | 2863 |
| BS | 4 | 5130 | 30.10.1998 | 216 | 06.11.1998 | 7596 |
| BS | 5 | 4696 | 15.10.1999 | 206 | 22.10.1999 | 7240 |
| BS | 6 | 2901 | 16.06.2000 | 121 | 23.06.2000 | 4260 |
| BS | 7 | 3318 | 15.06.2001 | 119 | 22.06.2001 | 4693 |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|-----|-----|-----------|------|------|-----------|-----------|
| BS | 8 | 4034 | 07.08.2002 | 155 | 14.08.2002 | 4 / 600392 |
| BS | 9 | 3500 | 07.07.2004 | 133 | 13.07.2004 | 6 / 2356150 |
| BS | 10 | 2917 | 30.05.2007 | 106 | 05.06.2007 | 7 / 3960036 |
| BS | 11 | B 3804 | 10.07.2007 | B 135 | 16.07.2007 | 6 / 4025524 |
| BS | 12 | 6111 | 05.11.2008 | 219 | 11.11.2008 | 5 / 4727922 |
| BS | 13 | 6817 | 08.12.2008 | 242 | 12.12.2008 | 7 / 4777480 |
| BS | 14 | 8175 | 19.10.2009 | 206 | 23.10.2009 | 6 / 5307458 |

| In | Mo | Ca | Personal Data | Function | Signature |
|----|----|----|---------------|----------|-----------|
| 1 |  | 3 | ~~Sterchi, Rolf, von Lützelflüh, in Seltisberg~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| 1 |  | 3 | ~~Sidler, Dr. Peter, von Luzern, in Allschwil~~ | ~~vicepresident of the board of directors~~ | ~~joint signature at two~~ |
| 1 |  | 7 | ~~Oberli, Werner, von Lützelflüh, in Hölstein~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 |  | 3 | ~~Rupprecht, Peter, von Basel, in Aesch BL~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 1 |  | 2m | ~~Schweizerische Treuhandgesellschaft-Coopers & Lybrand AG, in Basel~~ | ~~auditor~~ |  |
|  | 2 | 5 | ~~STG-Coopers & Lybrand AG, in Basel~~ | ~~auditor~~ |  |
| 3 |  | 7 | ~~Henrich, Dr. Martin, von Basel, in Basel~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |
| 3 |  | 4 | ~~Brodmann, Max, von Ettingen, in Reinach BL~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 3 |  | 6 | ~~Buchli, Anita, von Versam, in Basel~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 3 |  | 7 | ~~Brechbühl, Kurt, von Trachselwald, in Möhlin~~ |  | ~~joint signature at two~~ |
| 3 |  | 7 | ~~Cheetham, Malcolm, britischer Staatsangehöriger, in Münchenstein~~ |  | ~~joint signature at two~~ |
| 3 |  | 7 | ~~Eichhorn, Felix, von Basel, in Basel~~ |  | ~~joint signature at two~~ |
| 3 |  | 4 | ~~Faesch-Brunnschweiler, Christiane, von Basel und Hauptwil-Gottshaus, in Basel~~ |  | ~~joint signature at two~~ |
| 3 |  | 7 | ~~Lindenberger, Guido, von Fehren, in Emmetten~~ |  | ~~joint signature at two~~ |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 3 |  | 5 | ~~Mäder, Christoph, von Zürich, in Bottmingen~~ |  | ~~joint signature at two~~ |
| 5 |  | 7 | ~~Heitz, Peter, von Basel, in Basel~~ |  | ~~joint signature at two~~ |
| 5 |  | 7 | ~~Wittwer, Reto, von Linden, in Dietikon~~ |  | ~~joint signature at two~~ |
| 5 |  | 8 | ~~PricewaterhouseCoopers AG, in Basel~~ | ~~auditor~~ |  |
| 6 |  | 7 | ~~Fricker, Hans, britischer Staatsangehöriger und von Nusshof, in Basel~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 7 |  |  | Michaelis, Daniel, von Winterthur, in Basel | president of the board of directors | joint signature at two |
| 7 |  |  | Schreiner, Dr. Peter, von Visp, in Muttenz | member of the board of directors | joint signature at two |
| 7 |  | 12 | ~~Schürmann, Otto, von Egerkingen, in Muttenz~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 7 |  | 12m | ~~Mazzotta, Roman, von Tobel-Tägerschen, in Brugg~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| 8 |  | 9m | ~~Gatillon, Eva, von Elgg, in Basel~~ |  | ~~joint signature at two~~ |
| 8 |  | 12m | ~~Ernst & Young AG, in Basel~~ | ~~auditor~~ |  |
|  | 9 | 14 | ~~Gatillon, Eva, von Elgg, in Oberwil BL~~ |  | ~~joint signature at two~~ |
|  | 12 |  | Mazzotta, Roman, von Tobel-Tägerschen, in Würenlos | secretary (out of the board) | joint signature at two |
| 12 |  |  | Pinter, Stefan, von Gsteig, in Kirchberg BE | member of the board of directors | joint signature at two |
|  | 12 | 13 | ~~Ernst & Young AG (CH-270.3.012.140-6), in Basel~~ | ~~auditor~~ |  |

---

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registry Office and the text published in the Swiss Commercial Gazette are binding. Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

---

If you have any problem with our web server, please send us an E-mail