**Commercial register entry in the central business names index**

**Syngenta Agro AG, Basel Branch (Syngenta Agro SA, succursale Bâle) (Syngenta Agro Ltd., Basel Branch)** in Basel, Branch, CH-270.9.001.357-4 (FCRO-Id: 908840.)

Schwarzwaldallee 215, 4058 Basel,

**Main Office:**

- **Syngenta Agro AG (Syngenta Agro SA) (Syngenta Agro Ltd.)** in Dielsdorf, Limited or Corporation, +++, CH-020.3.916.361-4 (FCRO-Id: 393743.)

**Publications of the commercial registry in the SOGC of the last 12 months:**

(none)

On the 04.06.2010 at 21:56 [Status: 04.06.2010 106/2010]
Business Names Index - Federal Commercial Registry Office

*The information above is given without engagement and has in no circumstances any legal effect. Only the company record (extract) issued and certified by the competent registry office and the text published in the Swiss Commercial Gazette are binding. Concerning the content of the central company index you may consult the information in the Zefix documentation.*
*Please get a look at the complete information SOGC in PDF format or in the printed form*
*If you locate errors in the information listed above, please send us a correction message by E-Mail. Therefore copy the corresponding information on company names with "cut/paste" and note your correction below.*



# Commercial register of canton Basel-City
# Internet full extract

Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

**Order of certified extracts (Login for payment with credit card)**
Price of an full extract certified: CHF 51

| Identification number | Legal status | Entry | Cancelled | Carried from: on: |
|---|---|---|---|---|
| CH-270.9.001.357-4 | branch | 13.05.2008 | | |

| In | Ca | Name of the branch office (BO) | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | Syngenta Agro AG, Basel Branch | 1 | Basel |
| 1 | | (Syngenta Agro SA, succursale Bâle) (Syngenta Agro Ltd., Basel Branch) | | |

| Ref | Ca | Arrangements for the branch office only | In | Ca | Company address |
|---|---|---|---|---|---|
| | | | 1 | | Schwarzwaldallee 215 4058 Basel |

| In | Ca | Purpose of the main office | In | Ca | Postal address |
|---|---|---|---|---|---|
| | | | | | |

| In | Ca | Dates about the main office | Ref | By Comp.w.foreign main office |
|---|---|---|---|---|
| 1 | | Identifikationsnummer Hauptsitz: CH-020.3.916.361-4 | | |
| 1 | | Firma Hauptsitz: Syngenta Agro AG (Syngenta Agro SA) (Syngenta Agro Ltd.) | | |
| 1 | | Rechtsform Hauptsitz: Aktiengesellschaft | | |
| 1 | | Hauptsitz: Dielsdorf (HR Zürich) | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BS | 1 | 2574 | 13.05.2008 | 94 | 19.05.2008 | 6 / 4490128 | | | | | | | |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registery Office and the text published in the Swiss Commercial Gazette are binding.
Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

If you have any problem with our web server, please send us an E-mail

Commercial register of canton Zurich                                                                                      Page 1 of 7



# Commercial register of canton Zurich
# Internet full extract

Online order of certified extracts, articles of association and other acts of the commercial register (invoice, post sent)

Order of certified extracts (Login for payment with credit card)
Price of an full extract certified: CHF 50

| Identification number | Legal status | Entry | Cancelled | Carried 3.357.007.013 from: CH-020.3.916.361-4/a on: |
|---|---|---|---|---|
| CH-020.3.916.361-4 | Limited or Corporation | 11.07.1945 | | |

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | 9 | Dr. R. Maag AG | 1 | Dielsdorf |
| 1 | 9 | (Dr. R. Maag SA) (Dr. R. Maag Ltd) | | |
| 9 | 11 | Ciba Agro AG | | |
| 9 | 11 | (Ciba Agro SA) (Ciba Agro Inc) | | |
| 11 | 15 | Novartis Agro AG | | |
| 11 | 15 | (Novartis Agro SA) (Novartis Agro Inc) | | |
| 15 | | Syngenta Agro AG | | |
| 15 | 21 | (Syngenta Agro SA) (Syngenta Agro Inc.) | | |
| 21 | | (Syngenta Agro SA) (Syngenta Agro Ltd.) | | |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | | 2'100'000.00 | 2'100'000.00 | 420 Namenaktien zu CHF 5'000.00 | 1 | | 8157 Dielsdorf |

| In | Ca | Participation capital (CHF) | Paid in (CHF) | Participation certificates |
|---|---|---|---|---|
| | | | | |

| In | Ca | Purpose | In | Ca | Postal address |
|---|---|---|---|---|---|
| 1 | 9 | Fortbetrieb des bisher unter der Firma Dr. Rudolf Maag, Chemische Fabrik Dielsdorf, in Dielsdorf, geführten Unternehmens; Fabrikation von chemischen und verwandten Produkten und Handel mit solchen Waren sowie Züchtung und Verkauf von Pflanzen und Sämereien aller Art. | | | |
| 9 | 21 | Herstellung von und Handel mit Pflanzenschutz-, Saatgut-, Tiergesundheits- und verwandten Produkten sowie Erbringung von technischen, wissenschaftlichen und kommerziellen Dienstleistungen auf den Gebieten Pflanzenschutz, Saatgut, Tiergesundheit und auf verwandten Gebieten sowie andere damit zusammenhängende Tätigkeiten; kann sich an anderen Unternehmen des Handels und der Industrie oder an Finanzgesellschaften beteiligen. | | | |
| 21 | | Der Zweck der Gesellschaft ist die Herstellung von und der Handel mit Pflanzenschutz-, Saatgut-, Tiergesundheits- und verwandten Produkten sowie die Erbringung von technischen, wissenschaftlichen und kommerziellen Dienstleistungen auf den Gebieten Pflanzenschutz, Saatgut, Tiergesundheit und auf verwandten Gebieten sowie andere damit zusammenhängende Tätigkeiten. Die Gesellschaft kann durch Beschluss des Verwaltungsrates Zweigniederlassungen, Agenturen und Tochtergesellschaften im In- und Ausland errichten und sich an anderen Unternehmen im In- und Ausland beteiligen. Die Gesellschaft kann Liegenschaften und Immaterialgüterrechte im In- und Ausland erwerben, belasten, verwerten und veräussern. | | | |

| In | Ca | Remarks |
|---|---|---|
| 1 | | Der von einer bisherigen Registerkarte übertragene Auszug enthält keine vor dem Uebertrag gestrichenen Tatsachen, und auch keine allfälligen früheren Statutendaten oder Tagebuch- und SHAB-Zitate. Diese können auf der im Feld "Uebertrag von" bezeichneten Handelsregisterkarte eingesehen werden. |
| 21 | | Mitteilungen an die Aktionäre erfolgen durch Publikation im SHAB oder durch Brief. |
| 21 | | Geschäftsstelle: Domaine Valésia, Syngenta, ch. des Marais-Neufs 32, 1907 Saxon. |
| 21 | | Geschäftsstelle: Syngenta Agro SA, Domaine, 1291 Commugny. |

| Ref | Date of the acts |
|---|---|
| 1 | 25.05.1989 |
| 9 | 27.09.1996 |
| 11 | 11.02.1997 |
| 15 | 08.11.2000 |
| 21 | 20.10.2004 |

| In | Ca | Qualified facts |
|---|---|---|
| 1 | 9 | ~~Aktiven und Passiven der Firma "Dr. Rudolf Maag, Chemische Fabrik Dielsdorf", in Dielsdorf, gemäss Bilanz per 31.12.1944 zum Preise von CHF 360'000.--, getilgt durch Hingabe von 72 als voll liberiert geltende Gesellschafts-Aktien.~~ |
| 1 | | Der Teilbetrag von CHF 65'000.-- durch Verrechnung liberiert. |
| 1 | 21 | ~~Fusionsbeschluss vom 25.5.1989 mit der Socar AG, in Dübendorf. Aktiven und Passiven der Socar AG sind gemäss Bilanz per 31.12.1988 im Sinne von Art. 748 OR an die Dr. R. Maag AG übergegangen. Als Gegenwert wurden den Aktionären der Socar AG 20 voll liberierte Namenaktien der Dr. R. Maag AG zu CHF 5'000.-- ausgehändigt.~~ |
| 1 | 21 | ~~CHF 100'000.-- entsprechend dem Fusionsvertrag liberiert.~~ |

| Ref | Official publication |
|---|---|
| 1 | SHAB |

| In | Ca | Branch offices |
|---|---|---|
| 29 | | Basel (CH-270.9.001.357-4) |

| In | Ca | Branch offices |
|---|---|---|
| | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|
| ZH | 0 | (Auslassung) | | (Auslassung) | | |
| ZH | 1 | 3442 | 18.02.1991 | 40 | 27.02.1991 | 846 |
| ZH | 2 | 8257 | 25.04.1991 | 87 | 07.05.1991 | 1952 |
| ZH | 3 | 15690 | 13.08.1991 | 161 | 22.08.1991 | 3678 |
| ZH | 4 | 7996 | 08.05.1992 | 96 | 20.05.1992 | 2317 |
| ZH | 5 | 13765 | 12.08.1992 | 160 | 20.08.1992 | 3931 |
| ZH | 6 | 23521 | 15.11.1994 | 227 | 22.11.1994 | 6373 |
| ZH | 7 | 2456 | 05.02.1996 | 28 | 09.02.1996 | 791 |
| ZH | 8 | 18526 | 29.08.1996 | 171 | 04.09.1996 | 5328 |
| ZH | 9 | 20838 | 30.09.1996 | 193 | 04.10.1996 | 6032 |
| ZH | 10 | 26729 | 10.12.1996 | 244 | 16.12.1996 | 7763 |
| ZH | 11 | 3679 | 17.02.1997 | 35 | 21.02.1997 | 1182 |
| ZH | 12 | 8947 | 26.04.1999 | 83 | 30.04.1999 | 2834 |
| ZH | 13 | 20365 | 10.09.1999 | 180 | 16.09.1999 | 6358 |
| ZH | 14 | 8224 | 04.04.2000 | 71 | 10.04.2000 | 2396 |
| ZH | 15 | 26912 | 13.11.2000 | 225 | 17.11.2000 | 7820 |
| ZH | 16 | 11087 | 26.04.2001 | 84 | 02.05.2001 | 3250 |
| ZH | 17 | 16038 | 19.06.2001 | 120 | 25.06.2001 | 4769 |
| ZH | 18 | 20271 | 14.08.2002 | 159 | 20.08.2002 | 17 / 607450 |
| ZH | 19 | 4349 | 12.02.2003 | 32 | 18.02.2003 | 22 / 866900 |
| ZH | 20 | 18222 | 08.07.2003 | 132 | 14.07.2003 | 23 / 1079992 |
| ZH | 21 | 30395 | 25.10.2004 | 211 | 29.10.2004 | 21 / 2521326 |
| ZH | 22 | 36228 | 17.12.2004 | 250 | 23.12.2004 | 29 / 2605348 |
| ZH | 23 | 22314 | 08.08.2005 | 155 | 12.08.2005 | 17 / 2973062 |
| ZH | 24 | 35253 | 23.12.2005 | 254 | 30.12.2005 | 31 / 3174702 |
| ZH | 25 | 13600 | 16.05.2006 | 98 | 22.05.2006 | 22 / 3385338 |
| ZH | 26 | 7427 | 07.03.2007 | 50 | 13.03.2007 | 22 / 3836462 |
| ZH | 27 | 3214 | 31.01.2008 | 25 | 06.02.2008 | 24 / 4325714 |
| ZH | 28 | 10199 | 11.04.2008 | 74 | 17.04.2008 | 26 / 4434328 |
| ZH | 29 | 14319 | 26.05.2008 | 103 | 30.05.2008 | 26 / 4499030 |
| ZH | 30 | 32629 | 17.11.2008 | 227 | 21.11.2008 | 26 / 4743052 |
| ZH | 31 | B 908 | 08.01.2009 | B 8 | 14.01.2009 | 35 / 4825010 |

Commercial register of canton Zurich    Page 3 of 7

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|
| ZH | 32 | 3891 | 26.01.2010 | 21 | 01.02.2010 | 34 / 5470630 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 6 | ~~Brunetti, Dr. Heimo, österreichischer Staatsangehöriger, in Reinach BL~~ | ~~president of the board of directors~~ | ~~single signature~~ |
| 1 | | 7 | ~~Grieder, Dr. Alfred, von Rünenberg, in Böckten~~ | ~~vicepresident of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 6 | ~~Bochud, Dr. François Romain, von Basel, in Zürich~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 11 | ~~Muttenzer, Dr. René, von Dornach, in Bättwil~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 3 | ~~Homberger, Dr. Ernst, von Gossau ZH, in Gossau ZH~~ | ~~director~~ | ~~joint signature at two~~ |
| 1 | | 6 | ~~Hüppi, Dr. Gerhard, von St. Gallenkappel, in Zürich~~ | ~~assistant director~~ | ~~joint signature at two~~ |
| 1 | | 4 | ~~Dern, Dr. Franz, von Zug, in Dielsdorf~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 1 | | 2 | ~~Gingins, Louis, von Eclépens, in Dielsdorf~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 1 | | 19 | ~~Jaggi, Urs, von Bibern, in Regensdorf~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 1 | | 4 | ~~Knoblauch, Dr. Rudolf Richard, von Oberentfelden, in Bülach~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 1 | | 5 | ~~Müller, Dr. Peter, von Mettau, in Magden~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 1 | | 3 | ~~Schär, Theodor, von Zauggenried, in Bern~~ | ~~vice-director~~ | ~~joint signature at two~~ |
| 1 | | 4 | ~~Binder, Dr. Andres, von Zürich, in Steinmaur~~ | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~Bohnen, Dr. Klaus, von Dielsdorf, in Dielsdorf~~ | | ~~joint agent signature at two~~ |
| 1 | | 6 | ~~Bolanz, Claus, von Zürich, in Dielsdorf~~ | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~De Mur, Dr. Antonio, Bürger der USA, in Dielsdorf~~ | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~Dern, Dr. Silvia, von Zug, in Dielsdorf~~ | | ~~joint agent signature at two~~ |
| 1 | | 3m | ~~Furter, Dr. Rolf, von Staufen, in Lenzburg~~ | | ~~joint agent signature at two~~ |
| 1 | | 10 | ~~Guerry, Xavier, von Les Friques, in Niederhasli~~ | | ~~joint agent signature at two~~ |
| 1 | | 10 | ~~Hauser, Ulrich, von Böttstein, in Steinmaur~~ | | ~~joint agent signature at two~~ |
| 1 | | 25m | ~~Hottinger, Hans Martin, von Zürich, in Zürich~~ | | ~~joint agent signature at two~~ |
| 1 | | 10 | ~~Hugener, Hans Peter, von Unterägeri, in Dübendorf~~ | | ~~joint agent signature at two~~ |
| 1 | | 12 | ~~Hänni, Roland, von Adliswil, in Dielsdorf~~ | | ~~joint agent signature at two~~ |
| 1 | | 6 | ~~Jaeger, Jürg, von Urnäsch, in Brütten~~ | | ~~joint agent signature at two~~ |
| 1 | | 10 | ~~Keller, Walter, von Mandach und Hottwil, in Dielsdorf~~ | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~Lehmann, Werner, von Worb, in Bachs~~ | | ~~joint agent signature at two~~ |
| 1 | | 21m | ~~Morell, Reto, von Zürich und Ardez, in Oberembrach~~ | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~Neff, Johann, von Appenzell, in Zurzach~~ | | ~~joint agent signature at two~~ |
| 1 | | 6 | ~~Obrecht, Dr. Jean-Pierre, von Zürich, in Zürich~~ | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~Pfiffner, Dr. Albert, von Mels, in Bülach~~ | | ~~joint agent signature at two~~ |
| 1 | | 4 | ~~Siegle, Dr. Heinz, von Schaffhausen, in Steinmaur~~ | | ~~joint agent signature at two~~ |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 |  | 6 | de Silva, Dr. Wijitha, indischer Staatsangehöriger, in Schöfflisdorf |  | joint agent signature at two |
| 1 |  | 7 | Strebel, Roland, von Mägenwil und Basel, in Mägenwil |  | joint agent signature at two |
| 1 |  | 10 | Thaler, Riccardo, italienischer Staatsangehöriger, in Urdorf |  | joint agent signature at two |
| 1 |  | 4 | Vonder Mühll, Dr. Paul, von Basel, in Steinmaur |  | joint agent signature at two |
| 1 |  | 4 | Wenger, Dr. Hans, von Höfen, in Uster |  | joint agent signature at two |
| 1 |  | 4 | Wipf, Dr. Hans-Kaspar, von Winterthur, in Wallisellen |  | joint agent signature at two |
| 1 |  | 8 | Zinggeler, André, von Elgg, in Regensdorf |  | joint agent signature at two |
| 1 |  | 6m | Zobrist, Dr. Peter, von Rupperswil, in Steinmaur |  | joint agent signature at two |
| 1 |  | 4 | Zurflüh, Dr. René, von Trub, in Bülach |  | joint agent signature at two |
|  | 3 | 15m | Furter, Dr. Rolf, von Staufen, in Lenzburg | vice-director | joint signature at two |
| 4 |  | 6m | Locher, Norbert, von Luzern und Oberegg, in Schöfflisdorf |  | joint agent signature at two |
| 5 |  | 7 | Lauchenauer, Ernst, von Neukirch an der Thur, in Seltisberg |  | joint agent signature at two |
| 6 |  | 7m | Samo, Dr. Wolfgang, österreichischer Staatsangehöriger, in Riehen | president of the board of directors | single signature |
| 6 |  | 11 | Storchi, Rolf, von Lützelflüh, in Seltisberg | member of the board of directors | joint signature at two |
| 6 |  | 10 | Bider, Markus, von Langenbruck, in Binningen |  | joint signature at two |
| 6 |  | 8 | Schmidlin, Adrian, von Wahlen, in Grellingen |  | joint signature at two |
|  | 6 | 25m | Locher, Norbert, von Luzern und Oberegg, in Winkel |  | joint agent signature at two |
|  | 6 | 25m | Zobrist, Dr. Peter, von Rupperswil, in Siglistorf |  | joint agent signature at two |
| 6 |  | 11m | Schweizerische Treuhandgesellschaft-Coopers & Lybrand AG, in Basel | auditor |  |
|  | 7 | 11 | Samo, Dr. Wolfgang, von Riehen, in Riehen | president of the board of directors | single signature |
| 7 |  | 11 | Wissler, Dr. Dieter, deutscher Staatsangehöriger, in Pfeffingen | vicepresident of the board of directors | joint signature at two |
| 10 |  | 17 | Beuge, Hayo, österreichischer Staatsangehöriger, in Oberwil BL |  | joint signature at two |
| 10 |  | 12 | Frei, Jost, von Sursee, in Pfeffingen |  | joint signature at two |
| 10 |  |  | Mülle, Dr. Gerhard, deutscher Staatsangehöriger, in Klettgau (D) |  | joint signature at two |
| 10 |  | 17 | Ueberschlag, Max, von Luzern, in Oberwil BL |  | joint signature at two |
| 11 |  | 14 | Buxtorf, Dr. Christoph, von Basel, in Basel | president of the board of directors | joint signature at two |
| 11 |  | 14m | Kindler, Dr. Hans, von Bolligen, in Sissach | member of the board of directors | joint signature at two |
| 11 |  | 15 | Manser, John, von Appenzell, in Riehen | member of the board of directors | joint signature at two |
| 11 |  | 15m | Steiblin, Richard, französischer Staatsangehöriger, in Riehen | member of the board of directors | joint signature at two |
| 11 |  | 14m | Michaelis, Daniel, von Winterthur, in Basel | secretary (out of the board) | joint signature at two |
|  | 11 | 13 | STG-Coopers & Lybrand AG, in Basel | auditor |  |
| 13 |  | 18 | PricewaterhouseCoopers AG, in Basel | auditor |  |
|  | 14 | 15 | Kindler, Dr. Hans, von Bolligen, in Sissach | president of the board of directors | joint signature at two |
| 14 |  | 17 | Bossard, Joseph, von Risch, in Rotkreuz | secretary (out of the board) | joint signature at two |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 14 |  | Michaelis, Daniel, von Winterthur, in Basel |  | joint signature at two |
|  | 15 | 20 | Steiblin, Richard, französischer Staatsangehöriger, in Riehen | president of the board of directors | joint signature at two |
|  | 15 | 24 | Furter, Dr. Rolf, von Staufen, in Lenzburg | member of the board of directors | joint signature at two |
| 15 |  | 20m | Mäder, Christoph, von Zürich, in Oberwil BL | member of the board of directors | joint signature at two |
| 16 |  | 25m | Sullivan, Jonathan, britischer Staatsangehöriger, in Basel |  | joint signature at two |
| 17 |  | 30m | Mazzotta, Roman, von Tobel-Tägerschen, in Brugg | secretary (out of the board) | joint signature at two |
| 17 |  | 23 | Bollag, Bernard, von Endingen, in Basel |  | joint signature at two |
| 17 |  | 20 | Brinkler, Mark, neuseeländischer Staatsangehöriger, in Zürich |  | joint signature at two |
| 17 |  | 21m | Catillon-Eisterer, Eva, von Elgg, in Basel |  | joint signature at two |
| 17 |  | 27 | Collins, Jane, britische Staatsangehörige, in Basel |  | joint signature at two |
| 17 |  | 27m | Dammann, Mike, deutscher Staatsangehöriger, in Eimeldingen (D) |  | joint signature at two |
| 17 |  | 22 | Färber, Martin, von Thal, in Böttstein |  | joint signature at two |
| 17 |  |  | Flattery, Marian, Bürgerin der USA, in Basel |  | joint signature at two |
| 17 |  | 32 | Guyer, Rudolf, von Seegräben, in Bülach |  | joint signature at two |
| 17 |  | 18 | Hammann, Dr. Heinz, deutscher Staatsangehöriger, in Möhlin |  | joint signature at two |
| 17 |  | 21 | Haupenthal, Dr. Christof, deutscher Staatsangehöriger, in Zürich |  | joint signature at two |
| 17 |  | 28 | Morrison, Robert, britischer Staatsangehöriger, in Regensberg |  | joint signature at two |
| 17 |  | 24 | Punzar, Marianne, von Vinelz, in Oberwil BL |  | joint signature at two |
| 17 |  | 24m | Schreiner, Dr. Peter, von Visp, in Muttenz |  | joint signature at two |
| 17 |  | 24m | Schürmann, Otto, von Egerkingen, in Muttenz |  | joint signature at two |
| 17 |  | 21 | Smolders, Walter, belgischer Staatsangehöriger, in Ettingen |  | joint signature at two |
| 17 |  | 20 | Winch, Braydon, australischer Staatsangehöriger, in Riehen |  | joint signature at two |
| 18 |  |  | Ernst & Young AG, in Basel | auditor |  |
| 19 |  | 21 | Luczak, Marek, polnischer Staatsangehöriger, in Steinmaur |  | joint signature at two |
|  | 20 |  | Mäder, Christoph, von Zürich, in Oberwil BL | president of the board of directors | joint signature at two |
| 20 |  | 24 | Atkin, John, britischer Staatsangehöriger, in Dietwiller (F) | member of the board of directors | joint signature at two |
| 20 |  | 22 | Huber, Niklaus, von Madiswil, in Bern |  | joint signature at two |
| 20 |  | 28 | Salzmann, Magdalena, von Riehen, in Wädenswil |  | joint signature at two |
| 20 |  | 27 | Scala, Domenico, von Oberwil BL, in Oberwil BL |  | joint signature at two |
| 20 |  |  | Seitz, Dr. Claudia, deutsche Staatsangehörige, in Lörrach (DE) |  | joint signature at two |
| 21 |  | 25 | Bastian, Werner, deutscher Staatsangehöriger, in Zeiningen |  | joint signature at two |
| 21 |  |  | Mirbey, Patrick, französischer Staatsangehöriger, in Rixheim (FR) |  | joint signature at two |
|  | 21 | 32 | Catillon-Eisterer, Eva, von Elgg, in Oberwil BL |  | joint signature at two |
|  | 21 | 25m | Morell, Reto, von Zürich und Ardez, in Aeugst am Albis |  | joint agent signature at two |
| 23 |  | 26m | Hauksson, Kristinn, isländischer Staatsangehöriger, in Zürich |  | joint signature at two |
| 23 |  | 25m | Kirsten, Dirk, deutscher Staatsangehöriger, in Risch |  | joint signature at two |
| 23 |  | 26 | Rüegg, Daniel, von Eschenbach SG, in Basel |  | joint signature at two |
| 23 |  | 32 | Sartorius, Timon, von Basel, in Basel |  | joint signature at two |
|  | 24 |  | Schreiner, Dr. Peter, von Visp, in Muttenz | member of the board of directors | joint signature at two |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
|  | 24 | 30 | ~~Schürmann, Otto, von Egerkingen, in Muttenz~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 25 |  |  | Clayton, Christopher genannt Chris, britischer Staatsangehöriger, in Michelbach-le-Haut (FR) |  | joint signature at two |
| 25 |  |  | De Ruiter, Geerit Johannes genannt Gert-Jan, niederländischer Staatsangehöriger, in Oberwil BL |  | joint signature at two |
| 25 |  | 32 | ~~Griffiths, Paul David, britischer Staatsangehöriger, in Basel~~ |  | ~~joint signature at two~~ |
|  | 25 | 32 | ~~Hottinger, Hans Martin, von Zürich, in Zürich~~ |  | ~~joint signature at two~~ |
| 25 |  | 26 | ~~Jenni, Thomas Jakob, von Basel, in Arlesheim~~ |  | ~~joint signature at two~~ |
|  | 25 | 28 | ~~Kirsten, Dr. Dirk, deutscher Staatsangehöriger, in Risch~~ |  | ~~joint signature at two~~ |
|  | 25 |  | Locher, Norbert, von Luzern und Oberegg, in Winkel |  | joint signature at two |
|  | 25 | 32 | ~~Morell, Reto, von Zürich und Ardez, in Aeugst am Albis~~ |  | ~~joint signature at two~~ |
| 25 |  | 27 | ~~Riggenbach, Max, von Rünenberg, in Frenkendorf~~ |  | ~~joint signature at two~~ |
|  | 25 |  | Sullivan, Jonathan, britischer Staatsangehöriger, in Riehen |  | joint signature at two |
|  | 25 | 28 | ~~Zobrist, Dr. Peter, von Rupperswil, in Siglistorf~~ |  | ~~joint signature at two~~ |
| 26 |  |  | Bossert, Tobias, von Basel, in Therwil |  | joint signature at two |
| 26 |  |  | Brown, Duncan, britischer Staatsangehöriger, in Hésingue (FR) |  | joint signature at two |
|  | 26 | 32 | ~~Hauksson, Kristinn, isländischer Staatsangehöriger, in Muttenz~~ |  | ~~joint signature at two~~ |
| 26 |  | 30m | ~~Pinter, Stefan, von Gsteig, in Kirchberg BE~~ |  | ~~joint signature at two~~ |
|  | 27 |  | Dammann, Mike, deutscher Staatsangehöriger, in Lörrach (DE) |  | joint signature at two |
| 27 |  | 32 | ~~Döbele, Harald Matthias, deutscher Staatsangehöriger, in Murg (DE)~~ |  | ~~joint signature at two~~ |
| 27 |  | 32 | ~~Hauponthal, Dr. Christof, deutscher Staatsangehöriger, in Riehen~~ |  | ~~joint signature at two~~ |
| 27 |  | 32 | ~~Kellerhoff, Dr. Jens, deutscher Staatsangehöriger, in Basel~~ |  | ~~joint signature at two~~ |
| 27 |  | 32m | ~~Meili, Dr. Tobias, von Zürich, in Rheinfelden~~ |  | ~~joint signature at two~~ |
| 27 |  |  | Ramsay, John, britischer Staatsangehöriger, in Hofstetten-Flüh |  | joint signature at two |
| 27 |  | 32 | ~~Wilper, Frank, deutscher Staatsangehöriger, in Dornach~~ |  | ~~joint signature at two~~ |
| 28 |  |  | Dzierzon, Roman, deutscher Staatsangehöriger, in Onex |  | joint signature at two |
| 28 |  |  | Fischer, Erich, von Merenschwand, in Allschwil |  | joint signature at two |
| 28 |  |  | Suter, Jan Martin, von Eptingen, in Hégenheim (FR) |  | joint signature at two |
| 30 |  | 31m | ~~Deschamps, Marc, von Reinach BL, in Reinach BL~~ |  | ~~joint signature at two~~ |
| 30 |  |  | Tornare, Jean-Marc, von Monthey und Charmey, in Monthey |  | joint signature at two |
|  | 30 |  | Pinter, Stefan, von Gsteig, in Kirchberg BE | member of the board of directors | joint signature at two |
|  | 30 |  | Mazzotta, Roman, von Tobel-Tägerschen, in Würenlos | secretary (out of the board) | joint signature at two |
|  | 31 |  | Deschamps, Marc, von Reinach BL, in Reinach BL |  | joint signature at two |
| 32 |  |  | Escalin, Christian, französischer Staatsangehöriger, in Mulhouse (FR) |  | joint signature at two |
| 32 |  |  | Eskandar, Emad, ägyptischer Staatsangehöriger, in Basel |  | joint signature at two |
| 32 |  |  | Giordano, Giuseppe, italienischer Staatsangehöriger, in Münchenstein |  | joint signature at two |
| 32 |  |  | Koller, Christian, von Berikon, in Untersiggenthal |  | joint signature at two |
|  | 32 |  | Meili, Dr. Tobias, von Zürich, in Magden |  | joint signature at two |
| 32 |  |  | Oser, Sibylle, von Basel und Nenzlingen, in Basel |  | joint signature at two |
| 32 |  |  | Schaub, Dr. Adrian, von Zunzgen, in Basel |  | joint signature at two |

The information above is given with no commitment and is in no way legally binding. Only the company record (extract) issued and certified by the competent Registery Office and the text published in the Swiss Commercial Gazette are binding.
Remark: It's possible that some graphic elements (for ex. cancellations) aren't represented correctly by some browsers.

If you have any problem with our web server, please send us an E-mail