IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CITY OF GREENVILLE, ILLINOIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 10-188-JPG |
| | ) | |
| v. | ) | The Honorable J. Phil Gilbert |
| | ) | |
| SYNGENTA CROP PROTECTION, INC., and SYNGENTA AG, | ) ) | |
| Defendants. | ) | |

## MOTION OF HOLLAND M. TAHVONEN TO APPEAR *PRO HAC VICE*

Comes now Holland M. Tahvonen, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate *pro hac vice* on behalf of defendants Syngenta Crop Protection, Inc. and Syngenta A.G., and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of Illinois.

2. That movant's Illinois attorney registration number is 6279900.

3. That movant is admitted to practice before the U.S. Court of Appeal for the Third Circuit and the U.S. District Court for the Northern District of Illinois.

4. That movant is a member in good standing in the Bars as set forth above.

5. That movant does not wish to be admitted generally, but for the purpose of this case only.

6. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

- 2 -

WHEREFORE, Holland M. Tahvonen respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the Southern District of Illinois.

        /s/ Holland M. Tahvonen

Holland M. Tahvonen
McDermott Will & Emery LLP
Chicago, Illinois 60606
Tel: 312.372.2000
Fax: 312.984.7700
htavonen@mwe.com

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that on June 11, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

                     /s/ Holland M. Tahvonen