UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

# CONTRACT REPORTER/TRANSCRIBER FORM
# FOR ELECTRONIC FILING OF TRANSCRIPT(S)

In order to assist the Clerk's Office with electronic filing of transcript(s), please complete the following form and attach to an email, along with the PDF version of the transcript, to one of the following addresses. This document will be filed as an attachment to the transcript.

**newcases_benton@ilsd.uscourts.gov**
**newcases_eaststlouis@ilsd.uscourts.gov**

Is this an:

[X] Original Transcript   [ ] Redacted Transcript   [ ] Sealed Transcript

Case Name: City of Greenville, et al., vs. Syngenta Crop Protection, Inc., et al.

Case #: 10-188-JPG-PMF    Defendant Name: Syngenta Crop Protection, et al.

Name of Transcript File: Discovery dispute telephone conference

For the Dates of: 9/16/10    Hearing Judge: Frazier

Were proceedings held in this Court?:  Yes [X]   No [ ]

Does this relate to a Notice of Appeal?:  Yes [ ]   No [X]

## CONTACT INFORMATION:

Your Name: M. Zimmerman/Northcutt Reporting    Phone No.: 618-242-1737

Email Address to receive court notification: ncutt@charter.net

Attorney who purchased transcript (will be given viewing permission):
Christine Moody/Christie Deaton, Korein Tillery LLC

Special Notations: