# EXHIBIT 1

Letter of Christie R. Deaton to SCPI's Counsel
dated March 21, 2011



**KOREIN TILLERY**

*Attorneys at Law*

One US Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, Missouri 63101
www.koreintillery.com

CHRISTIE R. DEATON
cdeaton@koreintillery.com
p: 314.241.4844
f: 314.241.3525

March 21, 2011

*via electronic mail and first-class U.S. mail*

Kurtis B. Reeg
REEG LAWYERS, LLC
One North Brentwood, Suite 950
St. Louis, MO  63105

Michael A. Pope
Christopher Murphy,
Jocelyn D. Francoeur
Todd R. Wiener
Holland M. Tahvonen
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL  60606-5096

Mark C. Surprenant
Charles A. Cerise
David M. Stein
Lara E. White
ADAMS AND REESE LLP
4500 One Shell Square
New Orleans, LA  70139

Re:   *City of Greenville, Illinois, et al. v. Syngenta Crop Protection, Inc., et al.*
      *U. S. District Court Cause No. 10-cv-00188*

Dear Counsel:

The Protective Order in the Greenville litigation requires your client, as the designating party, to advise the Court Reporter and Plaintiffs' counsel of the specific pages and lines on which confidential information appears. As your client failed to make such designations at the appropriate time dictated by the Protective Order (10 business days after your receipt of the initial transcript), you have abandoned the confidentiality designation for the transcripts of each deposition taken to date in the Greenville matter. This concerns each of the following deposition transcripts:

205 North Michigan, Suite 1950
Chicago, Illinois 60601-4269
Tel: 312.641.9750 Fax: 312.641.9751

*Korein Tillery is a Limited Liability Company*

Defense Counsel
March 21, 2011
Page 2

    Christoph Mäder – Deposition taken October 14, 2010
    John Atkin – Deposition taken October 15, 2010
    Tobias Meili – Deposition taken October 26, 2010
    Elizabeth Quarles – Deposition taken October 27, 2010
    Peter Hertl – Deposition taken November 4, 2010
    Vern Hawkins – Deposition taken November 9, 2010
    Dirk Drost – Deposition taken November 10, 2010
    Jason Fogden – Deposition taken November 11, 2010
    Marian Stypa – Deposition taken November 11, 2010
    Janis McFarland – Deposition taken November 17, 2010

    To the extent that you claim that your failure to designate particular portions of the deposition transcripts was inadvertent or otherwise claim that any portion of the transcripts is confidential, Plaintiffs hereby object in accordance with Paragraph 12 of the protective order.

    If you are claiming that any portion of these documents remains confidential, please contact me by the end of business tomorrow and specify the portions of the transcripts that you believe to be confidential under the protective order. Otherwise, Plaintiffs will proceed with the knowledge that your client has abandoned its claim of confidentiality and that the documents have been redesignated as not confidential

Sincerely,

*Christie Deaton*

CHRISTIE R. DEATON

CRD/jfw