# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| CITY OF GREENVILLE, ILLINOIS, et al. ) | |
| Plaintiff(s) ) | |
| v. ) | Case Number: 3:10-cv-188-JPG |
| SYNGENTA CROP PROTECTION, INC., et al. ) | |
| Defendant(s) ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Environmental Law and Policy Center and Prairie Rivers Network.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois and in the Northern District of Illinois. The state and federal bar numbers issued to me are: 3127346 (IL).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Mar 28, 2011
Date

*Howard Learner*
Signature of Movant

35 East Wacker Drive, Suite 1600
Street Address

Howard A. Learner
Printed Name

Chicago, IL 60601
City, State, Zip

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

/s/ Howard A. Learner
_____

Howard A. Learner
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL  60601-2110
(312) 673-6500
(312) 795-3730 (facsimile)
hlearner@elpc.org