# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

CITY OF GREENVILLE, ILLINOIS, et al. )
  *Plaintiff(s)* )
  v. ) Case Number: 3:10-cv-188-JPG
SYNGENTA CROP PROTECTION, INC., et al. )
  *Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Environmental Law and Policy Center and Prairie Rivers Network.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois & in the Northern and Central Districts of IL. The state and federal bar numbers issued to me are: 3125045 (IL).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Mar 28, 2011
  Date

Signature of Movant

Albert F. Ettinger
  Printed Name

53 W. Jackson #1664
  Street Address

Chicago, IL 60604
  City, State, Zip

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

/s/ Albert F. Ettinger
_____

Albert F. Ettinger
53 W. Jackson Blvd., #1664
Chicago, Illinois 60604
 (773) 818-4825
Ettinger.Albert@gmail.com