# EXHIBIT B

**EXHIBIT B**

| | |
|---|---|
| Documents that Should Remain Under Seal (Cited and "Confidential" under the Protective Order) | Dkt. 112, Exs. 1-3, 6-9, 11, 13, 19, 23, 25, 28, 31-32, 36, 40, 49, 57-60, 69, 79, 95, 102, 107, 116, 123, 134, 138, 144, 146, 152, 159, 167, 170, 175-176, 181-182, 185, 187, 192, 194-195, 197-199, 202, 207, 209, 217-218, 222-223, 225-226, 229, 231, 238, 241, 249, 255, 272-275, 278, 294-296, 298, 306, 322, 328-329, 333, 339, 346, 348, 357-361, 363, 365 |
| Documents that Should be Striken from the Court File (Not cited) | Dkt. 112, Exs. 14-16, 18, 20-22, 24, 26-27, 30, 33-35, 38-39, 41-46, 48, 50-53, 55-56, 61-67, 70, 72-78, 80-94, 96-101, 103-106, 108-115, 118, 120-122, 124-133, 135-137, 139-143, 145, 147-151, 153-156, 160-164, 166, 168, 171-174, 177-180, 183-184, 186, 188-191, 200-201, 203-206, 208, 210-216, 220-221, 227, 230, 233-237, 239-240, 242-248, 250-254, 256-271, 276-277, 279-287, 297, 299-305, 307-317, 319-321, 323-324, 326-327, 331, 335-337, 340-344, 347, 349-356, 362; **Dkt. 115**, Exs. 338-348 |
| Documents that Should be Unsealed (Cited and not "Confidential" under the Protective Order) | Dkt. 112, Exs. 4-5, 10, 12, 17, 29, 37, 47, 54, 68, 71, 117, 119, 165, 169, 193, 196, 219, 224, 228, 232, 288-293, 318, 325, 330, 332, 334, 338, 345, 364; **Dkt. 114**; **Dkt. 116**; **Dkt. 121**; **Dkt. 127**; **Dkt. 128**; **Dkt. 134** |