IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF GREENVILLE, ILLINOIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:10-cv-188-JPG |
| | ) |
| SYNGENTA CROP PROTECTION, INC., and SYNGENTA AG, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 195) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of all claims of plaintiffs City of Plains, Kansas, and City of Dodge City, Kansas, signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that the claims in this case of plaintiffs City of Plains, Kansas, and City of Dodge City, Kansas, are **DISMISSED without prejudice**. Plaintiffs City of Plains, Kansas, and City of Dodge City, Kansas, are terminated from this action.

**IT IS SO ORDERED.**
**DATED: July 18, 2011**

                                                                          s/ J. Phil Gilbert
                                                                          **J. PHIL GILBERT**
                                                                          **DISTRICT JUDGE**