# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF GREENVILLE, ILLINOIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 10-188-JPG |
| ) | |
| v. ) | The Honorable J. Phil Gilbert |
| ) | |
| SYNGENTA CROP PROTECTION, INC., and ) | |
| SYNGENTA AG, ) | |
| Defendants. ) | |

## MOTION OF ELIZABETH A. LAUGHLIN TO APPEAR *PRO HAC VICE*

Comes now Elizabeth A. Laughlin, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate *pro hac vice* on behalf of defendants Syngenta Crop Protection, Inc. and Syngenta AG, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of Illinois.

2. That movant's Illinois attorney registration number is 6296401.

3. That movant is admitted to practice before the U.S. District Court for the Northern District of Illinois.

4. That movant is a member in good standing in the Bar as set forth above.

5. That movant does not wish to be admitted generally, but for the purpose of this case only.

6. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

- 2 -

WHEREFORE, Elizabeth A. Laughlin respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the Southern District of Illinois.

    /s/ Elizabeth A. Laughlin

Elizabeth A. Laughlin
McDermott Will & Emery LLP
Chicago, Illinois 60606
Tel: 312.372.2000
Fax: 312.984.7700
elaughlin@mwe.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, this 25th day of October, 2011 to:

| | |
|---|---|
| Stephen M. Tillery, Esq.<br>Christie Deaton, Esq.<br>Aaron M. Zigler, Esq.<br>Christine J. Moody, Esq.<br>Christopher A. Hoffman, Esq.<br>Michael E. Klenov, Esq.<br>*Korein Tillery, L.L.C.*<br>U.S. Bank Plaza<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Office: (314) 241-4844<br>Fax:     (314) 241-3525<br>Email: stillery@koreintillery.com<br>            cdeaton@koreintillery.com<br>            azigler@koreintillery.com<br>            cmoody@koreintillery.com<br>            choffman@koreintillery.com<br>            mklenov@koreintillery.com | Carla Burke, Esq.<br>Celeste Evangelisti, Esq.<br>Mitchell E. McCrea, Esq.<br>Scott Summy, Esq.<br>*Baron & Budd*<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Office: (214) 521-3605<br>Email: cburke@baronbudd.com<br>            cevangelisti@baronbudd.com<br>            mmccrea@baronbudd.com<br>            ssummy@baronbudd.com |
| Patricia S. Murphy, Esq.<br>*Murphy Law Office*<br>P.O. Box 220<br>Energy, IL 62933<br>Office: (618) 964-9640<br>Email: tsuemurphy@gmail.com | |

/s/ Elizabeth A. Laughlin