IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF GREENVILLE, ILLINOIS et al., individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SYNGENTA CROP PROTECTION, LLC f/n/a SYNGENTA CROP PROTECTION, INC., and SYNGENTA AG, )<br><br>Defendants. ) | Case No. 3:10-cv-188-JPG |

**DEFENDANT SYNGENTA CROP PROTECTION, LLC'S
MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF
PLAINTIFF CITY OF MARION, KANSAS**

COMES NOW Defendant Syngenta Crop Protection, LLC ("Syngenta") pursuant to Federal Rules of Civil Procedure 56(a) and moves this Honorable Court for summary judgment on Plaintiff City of Marion, KS's ("Marion") products liability putative class action seeking Defendant Syngenta to bear the costs of removing atrazine from the public drinking water.

As set forth more fully in the accompanying Memorandum in Support of this Motion, as a matter of law Marion lacks standing to assert its claims because there is no specific, imminent threat of atrazine in its water supply in excess of the maximum contaminant level of 3 parts per billion.

WHEREFORE, Syngenta prays that this Honorable Court dismiss all of Plaintiff Marion's claims.

Respectfully submitted,

**REEG LAWYERS, LLC**

/s/ Kurtis B. Reeg
Kurtis B. Reeg, ARDC # 3126350
1 North Brentwood Blvd., Suite 950
St. Louis, MO. 63105
Telephone:  (314) 446-3350
Facsimile:  (314) 446-3360
kreeg@reeglawfirm.com

ATTORNEYS FOR DEFENDANT
SYNGENTA CROP PROTECTION, LLC

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, this 30th day of November, 2011 to:

Stephen M. Tillery, Esq.
Christie R. Deaton, Esq.
Korein Tillery, L.L.C.
U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone:  (314) 241-4844
Facsimile:  (314) 241-3525

ATTORNEYS FOR PLAINTIFFS

with a copy sent via United States mail, properly addressed and postage paid, upon the following counsel:

Scott Summy, Esq.
Celeste Evangelisti, Esq.
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone:  (214) 521-3605
Facsimile:  (214) 520-1181

Patricia S. Murphy
Murphy Law Office
PO Box 220
Energy, IL 62933-0220
Telephone:  (618) 964-9640
Facsimile:  (618) 964-1275

ATTORNEYS FOR PLAINTIFFS

                                       /s/ Kurtis B. Reeg