IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CITY OF GREENVILLE, ILLINOIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 10-188-JPG |
| | ) | |
| v. | ) | The Honorable J. Phil Gilbert |
| | ) | |
| SYNGENTA CROP PROTECTION, INC., and SYNGENTA AG, | ) ) | |
| Defendants. | ) | |

## MOTION OF BRIAN A. FOGERTY TO APPEAR *PRO HAC VICE*

Comes now Brian A. Fogerty, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate *pro hac vice* on behalf of defendants Syngenta Crop Protection, LLC and Syngenta AG, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of Illinois.

2. That movant's Illinois attorney registration number is 6296388.

3. That movant is admitted to practice before the United States Court of Appeals for the Seventh Circuit and the United States District Court for the Northern District of Illinois.

4. That movant is a member in good standing in the Bars as set forth above.

5. That movant does not wish to be admitted generally, but for the purpose of this case only.

6. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

- 2 -

WHEREFORE, Brian A. Fogerty respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the Southern District of Illinois.

                                                                                                ____/s/ Brian A. Fogerty_____

Brian A. Fogerty
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Tel: 312.372.2000
Fax: 312.984.7700
bfogerty@mwe.com

Case 3:10-cv-00188-JPG-PMF   Document 277   Filed 01/17/12   Page 2 of 3   Page ID #10179

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, this 17th day of January, 2012 to:

| | |
|---|---|
| Stephen M. Tillery, Esq.<br>Christie Deaton, Esq.<br>Aaron M. Zigler, Esq.<br>Christine J. Moody, Esq.<br>Christopher A. Hoffman, Esq.<br>Michael E. Klenov, Esq.<br>*Korein Tillery, L.L.C.*<br>U.S. Bank Plaza<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Office: (314) 241-4844<br>Fax:    (314) 241-3525<br>Email: stillery@koreintillery.com<br>           cdeaton@koreintillery.com<br>           azigler@koreintillery.com<br>           cmoody@koreintillery.com<br>           choffman@koreintillery.com<br>           mklenov@koreintillery.com | Carla Burke, Esq.<br>Celeste Evangelisti, Esq.<br>Mitchell E. McCrea, Esq.<br>Scott Summy, Esq.<br>*Baron & Budd*<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Office: (214) 521-3605<br>Email: cburke@baronbudd.com<br>           cevangelisti@baronbudd.com<br>           mmccrea@baronbudd.com<br>           ssummy@baronbudd.com |
| Patricia S. Murphy, Esq.<br>*Murphy Law Office*<br>P.O. Box 220<br>Energy, IL 62933<br>Office: (618) 964-9640<br>Email: tsuemurphy@gmail.com | |

/s/ Brian A. Fogerty

DM_US 31434184-1.086764.0011