# EXHIBIT C



# McDermott Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Michael A. Pope, P.C.
Attorney at Law
mpope@mwe.com
+1 312 984 7780

January 17, 2012

Stephen M. Tillery, Esq.
Korein Tillery, L.L.C.
U.S. Bank Plaza
505 North 7th Street
Suite 3600
St. Louis, MO  63101

Re:   *City of Greenville et al. v. Syngenta Crop. Protection*

Dear Steve:

I am writing in response to your letter dated December 16, 2011, and email dated January 4, 2012, regarding your request to take "European depositions." Six of the people you identified, Christoph Werner, Hans Egli, Willy Maurer, Helen Tinwell, Paul LeFevre, and John Ashby, no longer work for any Syngenta entity. Of the other eight individuals identified in your letter, none are employees or officers of either Syngenta Crop Protection LLC or Syngenta AG, the two defendants in this case, and therefore we will not produce them voluntarily for a deposition.

Please contact me if you would like to further discuss these issues, or our response to your requests for documents from Syngenta AG, which we filed today.

Sincerely yours,

Michael A. Pope, P.C.

cc:   Kurtis B. Reeg, Esq.
      Mark C. Surprenant, Esq.

DM_US 31282525-1.086764.0011

U.S. practice conducted through McDermott Will & Emery LLP.
227 West Monroe Street  Chicago, Illinois  60606-5096  Telephone: +1 312 372 2000  Facsimile: +1 312 984 7700  www.mwe.com