# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF GREENVILLE, ILLINOIS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SYNGENTA CROP PROTECTION, INC., and )<br>SYNGENTA AG, )<br>)<br>Defendants. )<br>) | Case No. 10-cv-188-JPG-PMF |

## MOTION FOR STATUS CONFERENCE

Plaintiffs-Intervenors Environmental Law & Policy Center ("ELPC") and Prairie Rivers Network ("PRN") hereby move the Court for a telephonic status conference. In support of this Motion, ELPC and PRN state as follows:

1. On April 4, 2011, ELPC and PRN moved this Court to unseal the documents filed under seal as exhibits to Dkt. Nos. 112, 115, and 121 (Dkt. No. 165.)

2. On July 21, 2011, this Court issued a Memorandum and Order which divided the sealed documents into three categories. The Court made a determination as to the status of the first two categories of documents – ordering them unsealed and declaring that they should remain sealed, respectively. With respect to the third category of documents, the Court stated that it was reviewing the documents "to determine if the defendants have carried their burden of justifying maintaining the material under seal." (Dkt. No. 202.)

3. To date, the status of the documents in the third category has not been determined by the Court.

WHEREFORE, ELPC and PRN respectfully request a telephonic status conference for an update on the status of the documents which have not yet been ruled upon.

Respectfully submitted,

s/ Howard A. Learner
Howard A. Learner, IL Bar # 3127346
Jennifer L. Cassel, IL Bar # 6296047
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL  60601-2110
(312) 673-6500
(312) 795-3730 (facsimile)
hlearner@elpc.org
jcassel@elpc.org

Albert Ettinger, IL Bar # 3125045
53 West Jackson Blvd., Suite 1664
Chicago, IL  60604
(773) 818-4825
Ettinger.Albert@gmail.com

*Attorneys for Environmental Law & Policy Center and Prairie Rivers Network*

Dated: February 24, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2012, I electronically filed the foregoing **Motion for Status Conference** with the U.S. Southern District of Illinois Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

/s/ Howard A. Learner
Howard A. Learner
Jennifer L. Cassel
Environmental Law and Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 673-6500
(312) 795-3730 (facsimile)
hlearner@elpc.org
jcassel@elpc.org