BMC Group Class Action Services
(formerly Analytics, Inc.)
Please remit check payment to:
P.O. Box #748219
Los Angeles, CA 90074-8219


Korein Tillery
Mr. Aaron Zigler
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101-1625


June 14, 2012
In Reference To: *City of Greenville v. Syngenta Crop Protection, Inc.* (#568.00)

| Date | Description | Amount | Balance |
|---|---|---|---|
| 6/14/2012 | Invoice #5970 | 25,687.64 | 25,687.64 |
| | Ending Balance | | 25,687.64 |
| | Amount Due | | 25,687.64 |

# BMC Group Class Action Services
(formerly Analytics, Inc.)

Chanhassen, MN

Please remit check payment to:
P.O. Box #748219
Los Angeles, CA 90074-8219

Terms: Net 30

Further remittance instructions provided below.

Invoice submitted to:
Korein Tillery
Mr. Aaron Zigler
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101-1625

June 14, 2012

In Reference To: City of Greenville v. Syngenta Crop Protection, Inc. (#568.00)
Invoice #5970

Professional Services April through May 2012

| | Hrs/Rate | Amount |
|---|---|---|
| Claimant Support Representative for Calls and Correspondence | 0.25<br>45.00/hr | 11.25 |
| Coordination of Publication of Summary Notice | 8.00<br>125.00/hr | 1,000.00 |
| Drafting and Designing Adequate Forms of Notice | 15.25<br>325.00/hr | 4,956.25 |
| IS Claims Processing Applications Development | 1.75<br>115.00/hr | 201.25 |
| IS Receive, Load and Customize Applications | 2.25<br>115.00/hr | 258.75 |
| Initial Configuration of Call Center | 9.00<br>115.00/hr | 1,035.00 |
| PM Initial Design and Implementation | 24.50<br>125.00/hr | 3,062.50 |
| Programming, Customization, and Testing of Online Claims | 25.00<br>115.00/hr | 2,875.00 |

Korein Tillery                                                                 Page    2

|                                                                     | Hrs/Rate        | Amount      |
|---------------------------------------------------------------------|-----------------|-------------|
| Website Design and Implementation                                   | 8.00 125.00/hr  | 1,000.00    |
| **For professional services rendered**                              | **94.00**       | **$14,400.00** |

Additional Charges :

| | |
|---|---|
| 5/31/2012 Document imaging May 2012 - 2 @ $0.10/each | 0.20 |
| Automated Phone Support - May 2012 - 4.10 mins @ $0.35/min | 1.44 |
| Publication of Notice - Journal of the American Waterworks Association | 3,920.00 |
| Publication of Notice - American City and County | 4,340.00 |
| Publication of Notice - Public Works Magazine | 3,026.00 |
| **Total Expenses** | **$11,287.64** |
| **Total amount of this bill** | **$25,687.64** |
| **Balance due** | **$25,687.64** |

Wire payments may be sent to the following account:
Bridge Bank, N.A.
ABA/Routing #: ▮
Account Name: Analytics, Inc.
Account #: ▮

Checks may be mailed to:
BMC GROUP CLASS ACTION
SERVICES
PO Box # 748219
Los Angeles, CA 90074-8219

-OR-

Overnight Courier Service to:
Bank of America Lockbox Services
File 748219
Ground Level
1000 W. Temple St.
Los Angeles, CA 90012