

**Corporate Trust Services**
EP-MN-WN3L
60 Livingston Ave.
St. Paul, MN 55107

| | |
|---|---|
| Invoice Number: | 3161383 |
| Account Number: | 162742000 |
| Invoice Date: | 06/29/2012 |
| Direct Inquiries To: | GRACE A. GORKA |
| Phone: | 312-332-6772 |

KOREIN TILLERY LLC
STEPHEN M TILLERY
AARON ZIGLER
505 NORTH 7TH STREET STE 3600
ST LOUIS MO 63101-1625

**SYNGENTA-CITY OF GREENVILLE QSF ESC**

The following is a statement of transactions pertaining to your account. For further information, please review the attached.

## STATEMENT SUMMARY

**PLEASE REMIT BOTTOM COUPON PORTION OF THIS PAGE WITH CHECK PAYMENT OF INVOICE.**

| TOTAL AMOUNT DUE | $1,000.00 |
|---|---|

All invoices are due upon receipt.

---

Please detach at perforation and return bottom portion of the statement with your check, payable to U.S. Bank.

**SYNGENTA-CITY OF GREENVILLE QSF ESC**

| | |
|---|---|
| Invoice Number: | 3161383 |
| Account Number: | 162742000 |
| Current Due: | $1,000.00 |
| Direct Inquiries To: | GRACE A. GORKA |
| Phone: | 312-332-6772 |

Wire Instructions:
  U.S. Bank
  ABA # 091000022
  Acct # 1-801-5013-5135
  Trust Acct # 162742000
  Invoice # 3161383
  Attn: Fee Dept St. Paul

Please mail payments to:
  U.S. Bank
  CM-9690
  PO BOX 70870
  St. Paul, MN 55170-9690

**EXHIBIT 1**

All of us serving you™



Corporate Trust Services
EP-MN-WN3L
60 Livingston Ave.
St. Paul, MN 55107

| | |
|---|---|
| Invoice Number: | 3161383 |
| Invoice Date: | 06/29/2012 |
| Account Number: | 162742000 |
| Direct Inquiries To: | GRACE A. GORKA |
| Phone: | 312-332-6772 |

**SYNGENTA-CITY OF GREENVILLE QSF ESC**

Accounts Included    162742000
In This Relationship:

## CURRENT CHARGES SUMMARIZED FOR ENTIRE RELATIONSHIP

| Detail of Current Charges | Volume | Rate | Portion of Year | Total Fees |
|---|---|---|---|---|
| 04460  Escrow Agent | 1.00 | 1,000.00 | 100.00% | $1,000.00 |
| **Subtotal Administration Fees - In Advance 06/01/2012 - 05/31/2013** | | | | **$1,000.00** |
| TOTAL AMOUNT DUE | | | | $1,000.00 |

The fees shown on this invoice are reflective of the most recent fee schedule or notice of fee adjustment provided by U.S. Bank.
All of us serving you™
Page 2 of 2