CROSBY declaration