# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| City of Greenville, Il, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: 10-188-JPG/PMF |
| Syngenta Crop Protection, Inc., et al. | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Public Water Supply District 1 of Clinton County, Missouri and Nocona Water Department.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of California, Colorado and Arizona. The state and federal bar numbers issued to me are: CA 125147, CO 23601 and AZ 011655.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Sep 5, 2012
Date

Signature of Movant

603 N. Highway 101, Suite A
Street Address

Joseph Darrell Palmer
Printed Name

Solana Beach, CA 92075
City, State, Zip

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 6, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of Illinois by using the USDC CM/ECF system.

  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

                <u>   /s/ Joseph Darrell Palmer   </u>
                Joseph Darrell Palmer
                Attorney for Objectors