Case 3:10-cv-00188-JPG -PMF   Document 112-10 *SEALED*   Filed 12/17/10   Page 22 of 127

*Peter Hertel*

**Hernandez Joann USGR**

| | |
|---|---|
| From: | Gerringer Lisa USGR |
| Sent: | Thursday, October 09, 2003 12:28 PM |
| To: | Hernandez Joann USGR |
| Subject: | FW: Pay Increase & Title change |

FYI

-----Original Message-----
From: Bailey Shelby USGR
Sent: Monday, September 22, 2003 10:05 AM
To: Gerringer Lisa USGR
Subject: RE: Pay Increase & Title change

hertl

-----Original Message-----
From: Gerringer Lisa USGR
Sent: Monday, September 22, 2003 9:51 AM
To: Bailey Shelby USGR
Subject: RE: Pay Increase & Title change

Peter who?

-----Original Message-----
From: Bailey Shelby USGR
Sent: Monday, September 22, 2003 8:52 AM
To: Whitaker Tony USGR
Cc: Smith Troy USGR; Gerringer Lisa USGR
Subject: RE: Pay Increase & Title change

I have updated Peter's title & applied an ▮ promo RETRO to 4/01/2003; new salary is $▮

-----Original Message-----
From: Whitaker Tony USGR
Sent: Friday, September 19, 2003 3:53 PM
To: Bailey Shelby USGR
Subject: Pay Increase & Title change

Hi Shelby!

Thank you so much for doing this!

Peter's new Title is:

**Global Head of Environmental Fate**

He receives an ▮ increase back dated effective April 1, 2003.

Have a wonderful weekend.

**Tony Whitaker**
Employee Relations
Syngenta Crop Protection
(336) 632-2781

EXHIBIT
Hertl 3
11/4/10

1

CONFIDENTIAL INFORMATION-
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

SYN03157682

Exhibit 102 Page 1

## Hernandez Joann USGR

**From:** Whitaker Tony USGR
**Sent:** Thursday, October 09, 2003 1:58 PM
**To:** Hernandez Joann USGR
**Subject:** FW: Peter Hertl


Tony Whitaker
Employee Relations
Syngenta Crop Protection
(336) 632-2781


-----Original Message-----
**From:** Capps Jan USGR
**Sent:** Thursday, August 14, 2003 8:14 AM
**To:** Dickson Gary USGR; Whitaker Tony USGR
**Subject:** RE: Peter Hertl

Tony, can you follow up with Gary and make this happen?

Jan
Jan Capps
Head, HR and Communications
NAFTA CP
Syngenta
336-632-7293

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

-----Original Message-----
**From:** Dickson Gary USGR
**Sent:** Thursday, August 14, 2003 8:08 AM
**To:** Capps Jan USGR
**Subject:** FW: Peter Hertl

Good stuff; can we get him started on this from the point of promotion?
Thanks,
Gary

-----Original Message-----
**From:** Swaine Harry GBJH
**Sent:** Thursday, August 14, 2003 7:04 AM
**To:** Dickson Gary USGR
**Cc:** Koelbing Christoph CHBS; Capps Jan USGR
**Subject:** RE: Peter Hertl

Gary,
I have reviewed the alignment of Peter's salary with potential career moves we anticipate for him with Christoph. The ▓ increase recommendation for Peter is well thought out and it has my support. Will you progress this through the local procedures?
Regards,
Harry

1

CONFIDENTIAL INFORMATION-
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

SYN03157683

Exhibit 102 Page 2

-----Original Message-----
**From:** Koelbing Christoph CHBS
**Sent:** 14 August 2003 10:56
**To:** Capps Jan USGR
**Cc:** Dickson Gary USGR; Swaine Harry GBJH
**Subject:** RE: Peter Hertl

Dear Jan

sorry for replying late. I fully agree with your proposed process and please go ahead. I do not need to be involved as this is not an SMG. However I'm always happy to be contacted for related suggestions/support/advice if needed.

Best regards

Christoph

-----Original Message-----
**From:** Capps Jan USGR
**Sent:** Freitag, 1. August 2003 18:22
**To:** Koelbing Christoph CHBS
**Cc:** Dickson Gary USGR
**Subject:** FW: Peter Hertl

Hi Christoph,

Here is my answer to the process question. Can you tell me if you think the process I have outlined fits with your thoughts?

1) Harry has a question about his matrix report, Peter Hertl.
2) Harry calls Gary Dickson to ask if he has any input on the matter.
3) Gary calls me (or his LBP, Tony Whitaker) and asks us to look at the compensation status of Peter.
4) We make a proposal to Gary.
5) Gary reviews the proposed action with Harry.
6) Harry can review with you, if that is necessary.
7) We implement.

The concept that underlies my view of this is that compensation matters are primarily local. Let me know what you think and we will proceed accordingly.

Thanks

Jan

Jan Capps
Head, HR and Communications
NAFTA CP
Syngenta
336-632-7293

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

-----Original Message-----
**From:** Dickson Gary USGR
**Sent:** Friday, August 01, 2003 12:16 PM
**To:** Capps Jan USGR
**Subject:** FW: Peter Hertl

Jan,

2

CONFIDENTIAL INFORMATION-
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

SYN03157684

Exhibit 102 Page 3

I was wondering what the process should be for moving this forward.
Thanks,
Gary

-----Original Message-----
**From:** Swaine Harry GBJH
**Sent:** Friday, August 01, 2003 6:46 AM
**To:** Koelbing Christoph CHBS
**Cc:** Winter Jonathan GBAP; Dickson Gary USGR; Smith Lewis GBAP
**Subject:** Peter Hertl

Christoph,

In April this year Peter Hertl (GSO) was appointed Global Head of Environmental Fate reporting to me as Head of Environmental Sciences. He was previously Head of Environmental Fate for NAFTA - a role that is now subsumed within his new role. The new job is considerably bigger (~100 staff on 3 international sites, budget $20M internal + $10M external). To date Peter has received no remuneration reward in recognition of his new responsibilities.

In addition Peter is prominent on the CP Dev Succession planning lists. Lewis and I have "pencilled" Peter into a move to join the CP Development Management Team (in an SMG capacity?) in 2/3 years.

Can I ask that you examine Peter's current remuneration package and advise where he should be to reward him for his current responsibilities and keep him on an upwardly mobile trend given his likely career path.

Regards,

Harry

3

CONFIDENTIAL INFORMATION-
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

SYN03157685

Exhibit 102 Page 4