# syngenta
## Performance Management

**Year:** 2004

| | |
|---|---|
| Employee: Alan J. Hosmer | Position/Title: Manager Ecological Sciences, NAFTA |
| Department: Environmental Safety/Ecological Sciences | Division/Function: Ecological Sciences |
| Manager: Peter Campbell | Position/Title: Head, Global Ecological Sciences |

## Annual Objectives

List no more than 6 specific objectives using the SMART criteria. These should be a mixture of specific role activities ("What") and behavioural elements ("How").

| Objectives | Self-Appraisal | Manager Appraisal |
|---|---|---|
| **Atrazine Research:**<br>1. Develop, Conduct, and Coordinate additional research identified by EPA to resolve amphibian issues, ensuring that stated timelines are met, technical goals are met and EPA agreement is maintained.<br>2. Conduct additional toxicity studies as identified in the iRED DCI according to schedule.<br>3. Ensure that terms of the atrazine EPA MOA are fulfilled according to stated objectives. (eg. EcoMonitoring and CASM)<br>4. Continue to coordinate the final Atrazine Panel research bringing these to completion as scheduled and scientific publication. | Directed devel. protocol for atrazine studies with scientific input from internal/external Syngenta, academic and gov scientists. Directed synchronized lab efforts to address culture issues ID'd in SAP. Successfully completed positive control study to level of performance above expectations based on published lit and previous studies. Maintained unique coop. of EPA. Increased activities from solo effort to expanded team approval.<br>IRED studies (~10) on schedule.<br>MOA activities on schedule with continued development of unique pop. modelling. Oversight of ~12 publications compl. or in progress and final field studies on schedule. Shift SA study to Syngenta lead and administration. | |
| **Atrazine Defence:**<br>1. Meet the needs of the Syngenta Media Group on a case by case basis under schedule determined by media outlets.<br>2. Support atrazine team relative to the external threats and efforts by others to restrict the atrazine label (threatened bans).<br>3. Support legal efforts relative Data Compensation claims for atrazine.<br>4. Function as Global AI Lead | Devoted weeks of effort under immediate need circumstances to assist Media responses (Eg. WSJ). Prepared numerous fact sheets and responses relative to activists response. Devoted weeks of effort under immediate need circumstances developing strategy re external threats. Devoted weeks relative to legal support (Data Comp). Updated internal teams (Swaine, Smith, and atrazine teams on status. Assisted with EU and Australian reviews. | |
| **Management of NAFTA Ecology:**<br>1. Ensure Administrative expectations of the NAFTA ecology group (ie. Budgets, Schedules, Global interfaces and interactions are met.<br>2. Manage staff of NAFTA ecology to ensure delivery of expected ecology contributions and continued high performance of the NAFTA group.<br>3. Actively participate and contribute in Global Ecology Management | Schedules and Budget expectations met relative to delivering the needed studies, actions and assessments, however, daily maintenance of workslates within the global administrative expectations below. Managed staff to ensure NAFTA performance on tasks remained high. Increased participation within Global Ecology via trips (2) and teleconference. | |
| **Product Development:**<br>1. Deliver expected studies for NOA407855 and NOA446510 | NOA407855 studies completed on schedule with high degree of coordination between EU and Canada. 1st electronic submission. NOA 446510 on schedule | |
| **Product Defence:**<br>1. Coord. and ensure delivery of multiple Endangered Species RA as planned<br>2. Coord. and ensure delivery of multiple product RA as planned or needed. (eg. Brodificoum, Abamectin, Cyromazine.) | ES RA largely delivered as scheduled although fluid expectations were the norm. Influencing EPA continued. Coordination with Global Eco resources initiated. High tier Brodifacoum RA successful in Reg. actions. Abamectin RA coord. Within Global Eco. Numerous Sec. 18 completed. | |

| | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| Rating (5 far exceeded, 4 exceeded, 3 met, 2 partially met, 1 not met) | ☐ | ☐ | ☐ | ☐ | ☐ |

1/2

Exhibit 138 Page 1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN00712911

# Performance Management

**Year: 2004**

Employee: Alan J. Hosmer

Position/Title: Manager Ecological Sciences, NAFTA

## Overall Performance
Provide a broader view on employee's <u>overall</u> impact in the job.

| Demonstrated Achievements & Strengths | Learning & Development Needs |
|---|---|
| Atrazine research is unprecedented in Ecology relative to scientific uncertainty, external threats, media interest, Regulatory cooperation, multiple and international labs involved and potential importance to the business. Currently, 7 universities, 2 contract labs and 3 gov't facilities involved. Achieving this under the current internal and external circumstances very difficult. | Greater understanding of global regulatory requirements against Syngenta needs. |

| Manager Comments | Employee Comments |
|---|---|
|  |  |

Overall Performance Rating (5 far exceeded, 4 exceeded, 3 met, 2 partially met, 1 not met)   5 ☐  4 ☐  3 ☐  2 ☐  1 ☐

## Development Plan
State your career interests/goals and provide a specific action plan.

| Short Term (0 – 2 years): | Longer Term (3 – 5 years): |
|---|---|
|  |  |

| Learning & Development Action Plan (over next 12 months) |
|---|
|  |

| Employee: | Manager: | Next Level Manager: |
|---|---|---|
| Date: | Date: | Date: |

2/2

Exhibit 138 Page 2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   SYN00712912