# Performance Management
**Year**: 2005

**syngenta**

| Employee: ▮ | Position/Title: ▮ |
|---|---|
| Department: Environmental Sciences | Division/Function: Ecological Sciences, NAFTA |
| Manager: Peter Campbell | Position/Title: Head, Ecological Sciences |

## Annual Objectives

List no more than 6 specific objectives using the SMART criteria. These should be a mixture of specific role activities ("What") and behavioural elements ("How").

| Objectives | Self-Appraisal | Manager Appraisal |
|---|---|---|
| Conduct EPA amphibian studies on the potential effects of atrazine. Serve as study sponsor, study director and primary point of coordination with the EPA. Coordinate internal and external resources associated with studies. Ensure studies are designed and conducted in quality fashion and to agreed schedules. This effort is anticipated to consume ~ 75% of availability. | This effort has actually consumed well over the estimated 75% of availability, resulting in extended periods of continuous efforts, which consumed vacations, weekends etc. Nonetheless, the efforts to develop lab capability, coordinate with EPA and conduct quality studies has exceeded my expectations. Studies are on schedules agreed to with EPA. This effort has required directing a unified team of approximately 70 internal and external personnel in five physical locations. | This complicated and time consuming task absorbed most of ▮ time in 2005. He did an excellent job of designing, coordinating and directing these complex and novel studies which performed extremely well and exceeded original expectations. He kept the EPA fully informed throughout and as a result he has formed a very good and trusting relationship. |
| Provide support for atrazine related legal activities, data compensation efforts and outreach activities as needed. Assist in the development of internal and external research plans and implementation. | Considerable time and effort have been spent supporting the two legal efforts of Data Compensation and Legal Defence of Atrazine. Efforts in 2005 have focused on defence of multi-million dollar DCI claims and preparation for the upcoming legal suit in which the amphibian studies of the atrazine panel and new internal studies will be central. Efforts have also continued with the atrazine endocrine and risk assessment panels. The RA book was published as well as several endocrine panel pubs. Continued activity with SA research. | ▮ provided full support to atrazine legal related activites which were appreciated by the local NAFTA customers. ▮ also managed to get some of the research work from the Atrazine Pal published this year. |
| Develop capability of NAFTA Ecology to better provide administrative needs related to work slates, budgets and general management elements via Group Lead position. Oversee and mentor this new position with focus on greater global harmony. | An organizational change was achieved this year with the promotion of Steven Wall to Group Lead positions. This has increased the NAFTA performance relative to administrative and budgetary needs and interaction with Global Ecology. While Steven is quite competent, I have maintained a level of interaction and input on administrative and technical issues. | ▮ secured the promotion of the Steven Wall to group lead and supported Steven taking on much of the local NAFTA Ecology admin, budget & resource management. This has worked well and allowed ▮ to focus on his Atrazine work. |
| Ensure regulatory objectives of studies, risk assessment and submissions as identified in SYPOS are met by the Ecological Sciences group including key efforts for endangered species assessments, Section 18s, mesotrione and abamectin. | Unseen difficulties occurred with the NOA 407 submission resulting in a large number of rejected studies. While this does not impact registration timing it indicates actions needed at global and regional levels. All other anticipated submissions achieved according to SYPOS. | ▮ group continue to serve their local NAFTA customer well. The only negative feedback was for pinoxaden which had a large number of rejected studies. This was a result of Global/regional interpretation issues which we need to sort for the future. |
| Promote and demonstrate positive teamwork behaviors and quality and timeliness of approved studies/assessments. | Management of the atrazine amphibian team has been achieved with excellent results. Achieving the team member motivation and teamwork has been a critical aspect of the success of the studies. Internally, the NAFTA team remains cohesive and motivated. | ▮ has shown himself to be a great team player in his local NAFTA Ecology group, the wider NAFTA tech/reg environment as well as within the Atrazine Project Team. His is also a valuable member of my Ecology Management Team. However, due to his Atrazine commitments he was unable to attend a number of my telecom and full meetings and can be hard to get hold of at times. This can be a little frustrating for us both . |

Exhibit 192 Page 1

1/3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    SYN00951205

| Objectives | Self-Appraisal | Manager Appraisal |
|---|---|---|
| | | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   SYN00951206

# Performance Management

Year: 2005

Employee: ▮   Position/Title: ▮

## Overall Performance
Provide a broader view on employee's overall impact in the job.

| Demonstrated Achievements & Strengths | Learning & Development Needs |
|---|---|
| Management of large external and internal amphibian study (70+ personnel) with novel study design and endpoints in pressurized situation. Technical expertise in amphibian developmental biology. Advocacy Skills opposite EPA & other stakeholders | Endocrine disruption biology and toxicology. Presentation skills in high profile/pressure environment |

| Manager Comments | Employee Comments |
|---|---|
| Overall ▮ has had a very busy year with atrazine taking up most of his time including a lot of weekend and travel time. His leadership of the repeat frog developmental studies at Wilflife & Werner Kloas's lab has been handled excellently and results have exceeded expectations. Due to this large atrazine workload ▮ has struggled to meet his Global Eco-Management Commitments however, we have agreed to pass the majority of these to Steven Wall in 2006 to free up ▮ to concentrate on atrazine. | |

## Development Plan
State your career interests/goals and provide a specific action plan.

| Short Term (0-2 Years): | Longer Term (3-5 Years): |
|---|---|
| Expand and develop the NAFTA Ecological Sciences group to meet the changing technical scientific needs of our customers and ensure NAFTA group functions well within the Global Ecological Sciences organization. Personally, develop increased knowledge of endocrine effects and MOA. Need to think about 'life after Atrazine' ie what should ▮ focus on once the atrazine project quietens down. | Consider positions in Stewardship, Regulatory Affairs |

### Learning & Development Action Plan (Over Next 12 Months)

Continue personal education of technical issues via scientific literature, meetings and interactions with experts in the areas.

## Overall Performance Ranking
To be completed once calibration has taken place.

**Overall Performance Ranking:**   Lower Quartile ☐   Stretch Performance ☒   Upper Quartile ☐

| Employee | Manager: Peter Campbell | Next Level Manager: |
|---|---|---|
| Date: | Date: 6/7/06 | Date: |

Exhibit 192 Page 3

3/3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   SYN00951207