# Performance Management
Year: 2006



| Employee: | Position/Title: |
|---|---|
| Department: Environmental Sciences | Division/Function: HA & ES |
| Manager: Harry Swaine | Position/Title: Head, Global Env. Sciences |

## Annual Objectives
List no more than 6 specific objectives using the SMART criteria. These should be a mixture of specific role activities ("What") and behavioural elements ("How").

| Objectives | Self-Appraisal | Manager Appraisal |
|---|---|---|
| **Individual Objectives**<br>1. Deliver of SYPOS workslate with declared SD availability and agreed study rates and meet global Efate budget as agreed per LE3<br>2. Contribute to 2020 restructuring project and implement changes as required by project plan. | Budget challenges identified during LE1/2 have been met with reductions in recruitment, travel and consumables – budget is on track to reach LE2 – currently we won't compromise delivery of any of the key projects<br>Process ongoing, with contributions to general strategy, approach and data/options analysis | |
| **Team Objectives**<br>1. Effectively deliver Stage 1/2/3 development support under Velocity<br>  o 446: Follow-up in EU and deliver Nafta submission<br>  o Stage 3 development of OPA Compound SYN508210<br>  o Stage 3 development of OPA Compound SYN 520453 for foliar use<br><br>2. Effectively deliver key Product Life Cycle Management (PLCM) projects – must wins<br>  o Atrazine Memorandum of Agreement Project USA<br>  o S-MOC Product Stewardship-Support EAME<br>  o Support Registration of Proclaim in EAME<br>  o THIAMETHOXAM Maintenance and Registration support in US and EAME<br>  o Paraquat Image: Project Support - Environmental Safety Assessment EU Soil erosion project<br>  o CTN : EU Re-registration (EAME)<br>  o MESOTRIONE PRODUCT MAINTENANCE Project – label expansions and carry over mitigation<br>  o Soybean Rust -- Triazole label expansions | 446 submitted as per project plan<br>Stage 3 projects are running per schedule or slightly ahead despite some delayed decision making for the placement of ST studies – this will have to be watched in Q3/Q4<br><br><br><br>MOA project is currently facing severe budget challenges which we will try to accommodate without compromising EPA acceptance.<br><br>Ongoing, SMOC France issue resolved and re-registration gained, study design nearing completion<br>All other PLCM projects are going per plan – Mesotrione Carry Over appeared to be more problematic in 06 but was handled well, the triazole submissions in Nafta have been postponed until 10/06 for tactical reasons – section 18s have been achieved | |
| **Special Projects**<br>1. Lead catalyst team to successful organization and delivery of R&D conference | Well – this has taken much more time and energy than originally expected – personally and for the team I was happy and satisfied with the outcome. | |



1/2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000042444

Exhibit 198 Page 1

## Performance Management

Year: 2005

| Employee: | Position/Title: |
|---|---|

### Overall Performance
Provide a broader view on employee's overall impact in the job.

| Demonstrated Achievements & Strengths | Learning & Development Needs |
|---|---|
|  |  |

| Manager Comments | Employee Comments |
|---|---|
|  |  |

### Development Plan
State your career interests/goals and provide a specific action plan.

| Short Term (0-2 Years): | Longer Term (3-5 Years): |
|---|---|
|  |  |

| Learning & Development Action Plan (Over Next 12 Months) |
|---|
|  |

### Overall Performance Ranking
To be completed once calibration has taken place.

**Overall Performance Ranking:**  Lower Quartile ☐    Stretch Performance ☐    Upper Quartile ☐

| Employee: | Manager: | Next Level Manager: |
|---|---|---|
| Date: | Date: | Date: |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000042445
Exhibit 198 Page 2