**Subject:** FW: PH 2006 SIPM Interim.doc

---

**From:** ███
**Sent:** Friday, August 18, 2006 8:24 AM
**To:** Swaine Harry GBJH
**Subject:** RE: PH 2006 SIPM Interim.doc

Thanks Harry,
I'd like to explore the "persistent comments" statement a bit if you are available - specifically I'd like to understand to which of my 2006 contributions this applied (feedback from RDLT and the Arena team?).
With Best Regards
███

---

**From:** Swaine Harry GBJH
**Sent:** Friday, August 18, 2006 7:25 AM
**To:** ███
**Subject:** PH 2006 SIPM Interim.doc
**Importance:** High

███

my aplogies - I started this and put it down once before - always a mistake!
Please add / comment as you see fit.
Regards
Harry

## Performance Management
**Year:** 2006

| Employee: ███ | Position/Title: ███ |
|---|---|
| Department: Environmental Sciences | Division/Function: HA & ES |
| Manager: Harry Swaine | Position/Title: Head, Global Env. Sciences |

## Annual Objectives
List no more than 6 specific objectives using the SMART criteria. These should be a mixture of specific role activities ("What") and behavioural elements ("How").

| Objectives | Self-Appraisal | Manager Appraisal |
|---|---|---|
| **Individual Objectives**<br>1. Deliver of SYPOS workslate with declared SD availability and agreed study rates and meet global Efate budget as agreed per LE3<br>2. Contribute to 2020 restructuring project and implement changes as required by project plan. | Mid: Budget challenges identified during LE1/2 have been met with reductions in recruitment, travel and consumables – budget is on track to reach LE2 – currently we won't compromise delivery of any of the key projects<br>Process ongoing, with contributions to general strategy, approach and data/options analysis.<br>End: Work slate delivered with significant savings to LE3 budget target (mainly due to 2020), 2020 | ███ has managed the E Fate budget highly effectively – meeting the cost challenge whilst retaining output<br><br>███ has worked diligently on the 2020 project – contributing to the massive data capture / understanding exercise through detailed analysis and deep insight. It should be noted that ███ travelled extensively to take part in this exercise – without complaint or reduction of commitment |

EXHIBIT
Hertl 5
11/4/10 ███

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN03134959
Exhibit 202 Page 1

| Objectives | Self-Appraisal | Manager Appraisal | |
|---|---|---|---|
| | project supported to conclusion, ~~communicated, new~~ communication, selection and implementation. New organization as well as transition organization in place for 2007. | to other accountabilities. | Formatted Table |
| **Team Objectives**<br>1. Effectively deliver Stage 1/2/3 development support under Velocity<br>　○ 446: Follow-up in EU and deliver NAFTA submission<br>　○ Stage 3 development of OPA Compound SYN508210<br>　○ Stage 3 development of OPA Compound SYN 520453 for foliar use<br>2. Effectively deliver key Product Life Cycle Management (PLCM) projects – must wins<br>　○ Atrazine Memorandum of Agreement Project USA<br>　○ S-MOC Product Stewardship-Support EAME<br>　○ Support Registration of Proclaim in EAME<br>　○ THIAMETHOXAM Maintenance and Registration support in US and EAME<br>　○ Paraquat Image. Project Support - Environmental Safety Assessment EU Soil erosion project<br>　○ CTN : EU Re-registration (EAME)<br>　○ MESOTRIONE PRODUCT MAINTENANCE Project – label expansions and carry over mitigation<br>　○ Soybean Rust -- Triazole label expansions | Mid: 446 submitted as per project plan<br>Stage 3 projects are running per schedule or slightly ahead despite some delayed decision making for the placement of ST studies – this will have to be watched in Q3/Q4<br><br>End: OPA projects on track and handed over to EAME as part of 2020 reorganization— goal achieved.<br><br>MOA project is currently facing severe budget challenges which we will try to accommodate without compromising EPA acceptance.<br><br>Ongoing, SMOC France issue resolved and re-registration gained, study design nearing completion<br>All other PLCM projects are going per plan – Mesotrione Carry Over appeared to be more problematic in 06 but was handled well, the triazole submissions in NAFTA have been postponed until 10/06 for tactical reasons – section 18s have been achieved<br><br>Status: MOA budget needs were met through reduced internal budget and budget shifts, Pilot study S-MOC France initiated and handed over to EAME, same for the CTN project, triazole submissions progressed as per revised Reg. Strategy. PQ project significantly over budget due to process irregularities. Mesotrione carry over issues well contained – again significant growth with no commercial downside | Under ▓▓▓ direction EFate has continued to meet the new AI portfolio demands. The inputs to new Stage 3 Development projects was first class – at a cost which was significantly lower than predicted by the Portfolio Planning group.<br><br>PLCM activities in Efate have continued to be well organised with good use of global expertise to issue management at all G,R and N levels. Feedback on performance is exceptional – Regional Regulatory groups rely heavily on ▓▓▓ direct contribution to PLCM strategic thinking. M&S continue to be directed by mesotrione carryover predictions. | Formatted: Font:<br><br>Formatted: Font:<br><br>Formatted: German (Germany)<br><br>Formatted: Font: |
| **Special Projects**<br>1. Lead catalyst team to successful organization and delivery of R&D conference | Well – this has taken much more time and energy than originally expected – personally and for the team I was happy and satisfied with the outcome.<br>Unchanged | A massive exercise in time and energy confounded by perpetual direction changes initially Clearly an outstanding success. | Formatted: Font: |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN03134960
Exhibit 202 Page 2

## Performance Management

Year: ~~2006~~2005   *Formatted Table*

Employee: ▮   Position/Title: ▮   *Formatted Table*

### Overall Performance
Provide a broader view on employee's overall impact in the job.   *Formatted Table*

| Demonstrated Achievements & Strengths | Learning & Development Needs |
|---|---|
| Set Direction – setting ambitious strategic goals / aligned objectives for teams / prioritized actions<br>Create Edge – focus energy on "must wins"<br>Drive Results – manages performance to high standards / "can do" approach<br>Liberates potential – coaches people to connect across boundaries to spark innovation | The persistent comment about ▮ performance is that his attention to detail detracts from his strategic input. Strategic input is clearly in evidence at the regulatory level and ▮ should seek opportunities (2020 project / RDLT interaction) to demonstrate his capability to drive strategy at these levels. |
| **Manager Comments** | **Employee Comments** |
| ▮ has demonstrated extraordinary commitment and worked tirelessly to meet the challeges posed by the 2020 and R&D Conference requirements. Despite this the outputs from EFate have continued to meet or exceed demands at Global, regional and National levels.<br>A continued high level of performance.<br>~~Comment added by John Doe:~~<br>~~▮ made a major contribution to the 2020 project. He was able to think about the future with a detached perspective and made several insights of a strategic nature over what should be retained in house and what should be outsourced. He also displayed high degree of leadership with his colleagues and with his team members.~~ | |

*Formatted Table* (×2)

### Development Plan
State your career interests/goals and provide a specific action plan.   *Formatted Table*

| Short Term (0-2 Years): | Longer Term (3-5 Years): |
|---|---|
| | |

*Formatted Table*

**Learning & Development Action Plan (Over Next 12 Months)**

| |
|---|
| |

### Overall Performance Ranking
To be completed once calibration has taken place.   *Formatted Table*

**Overall Performance Ranking:**   Lower Quartile   Stretch Performance   Upper Quartile X

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN03134961
Exhibit 202 Page 3

| Employee: | Manager: G-Dickson/J Doe | Next Level Manager: R-Furter | Formatted Table |
|---|---|---|---|
| Date: | Date: | Date: | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN03134962

Exhibit 202 Page 4