# Development Committee Meeting Notes, August 29, 2007

| To | Furter Rolf CHBS;<br>Barnes Jasper CHBS;<br>Brady Angela CHBS;<br>Brown Richard Anthony CHBS;<br>Doppmann Franz CHBS<br>Gehmann Klaus Bernd CHBS;<br>Gordon Paul Francis CHBS;<br>Puri Emilio CHBS<br>Ramos Gerardo CHBS;<br>Suter Jan Martin CHBS | Date: | 29.08.2007 |
|---|---|---|---|
| | | Copy Mgmt: | Lawrence David CHBS; Atkin John CHBS; Berendes Robert CHBS; Rezende Maercio CHBS; Pisk Davor SGSG; Fischer Valdemar USGR; Guimaraes Antonio BRSP; Doe John GBAP; Doppmann Franz CHBS; Diriwaechter Georg CHBS; Dalton Ian Paul SGSG; Dickson Gary USGR; Gallina Fernando BRSP; Sozzi Dino CHBS |
| | | Copy Functions: | Allen James CHBS; Angst Max CHBS; Asano Takafumi SGSG; Aubert Andrew AUSY; Ball Christopher CHBS; Bembridge John GBJH; Boscolo Patricia BRSP; Botham Phil GBJH; Carmean Kurt USGR; Casola Franco ITMI; Chee Yen Chin SGSG; Cook Andy GBJH; Dalton Ian Paul SGSG; Drost Dirk USGR; Duan James USGR; Durand Robert CHBS; Earl Michael SGSG; Flattery Marian GBJH; Flores Maurilio MXMC; Flueckiger Claude CHBS; French Dave CHBS; Fusarini Luca ITMI; Haessig Robert CHMU; Hashino Yoji JPTO; Hertl Peter USGR; Hubbard Lee USGR; Jackson-Gheissari Amelia CHBS; Kelly Tim CHBS; Kim YongWhan KRSL; Langkamp Scott USGR; Lanter Franz CHBS; Leadbeater Andy CHBS; Lefevre Manfred DEMT; Lewis Fraser GBJH; Luczak Marek CHBS; Maund Steve CHBS; McFarland Janis USGR; Mewes Kersten CHBS; Miles Peter GBJH; Molitor Elvira CHBS; Moss Michael USGR; Mostert Meier Irmgard SGSG; Neale Mike CHBS; Neill Rob USGR; Nuninger Cosima CHBS; Ohtomo Hidero JPTO; Parsons Paul GBAP; Pastoor Tim USGR; Peters Guenther DEMT; Pichon Eric CHBS; Pullins Don USGR; Puri Emilio CHBS; Rees Sarah GBJH; Ryan Pat GBWH; Sadler David GBJH; Sapiets Alison GBJH; Silva Nestor BRSP; Smith Lewis CHBS; Smith Maureen GBJH; Spicer Lorna GBWH; Stehli Andreas CHBS; Stepan Michael CHBS; Stypa Marian CATO; Thomas Gerard FRSC; Veiga Jose BRSP; Ward Steven GBJH |

Location:   **Meeting Room: WRO 1004.6.22**
Time:       **1300-1700**

Dear DeCo Members

Attached you find the minutes of the meeting on August 29, 2007. All presentations have been posted to the **DeCo TeamSpace**: http://ts1.pro.intra/sites/GRDDeCo/default.aspx

GRNVL0000088702
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 1

With best regards

Jasper Barnes

GRNVL0000088703
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 2

GRNVL0000088704
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 3

DASH is a new class of chemistry for an established mode of action, which is the inhibition of very long chain fatty acid biosynthesis. The group as a whole show grass and some dicot activity in crops such as corn and soybeans and potentially could be long term replacements for the chloracetamide group of chemistry. With current and future restrictions on the chloracetamide group a potential replacement of S-Moc is of a high strategic value and importance to Syngenta

- Biology results from the US and European corn trials in 2007 indicate that SYN545177 shows better grass activity whilst SYN545197 shows slightly better dicot activity at the same rates. Therefore SYN545177 at 400 g/ha or SYN545197 at a higher rate (400 – 500g/ha, still to be confirmed) would both be acceptable as standalone potential replacements for S-Moc. In mixtures with SYN449280 both compounds are acceptable at 200g/ha. More work needs to be carried out to confirm the rate on Brazilian soybeans as well as evaluation of the potential on cereals
- The required rates for acceptable activity are much higher than initially anticipated. The Kumiai compound currently under development shows good grass activity at 200g/ha and the expectation was for the DASH compounds to be closer to this rate that at the current X2 rate.
- Initial Product Safety evaluations of both compounds have shown no issues of concern identified to date in terms of product chemistry and dietary risk assessment. For ecotoxicology, operator risk and environmental fate there are areas of concern but none of which are expected to be serious. Again there is no differentiation between the 2 molecules. In toxicology SYN545177 has been identified as showing some serious effects at low levels in the 14 day feeding study which were not seen in SYN545197 and therefore the Regulatory Safety Team strongly prefer SYN545197 as the candidate to develop. However, both molecules require further testing before the effects etc. can be fully understood.
- From a cost of goods view SYN545177 is preferred as more progress has been made in developing the route and we assume it will be slightly cheaper than SYN545197 due to less fluorination needed. However, the probability of reaching the target costs for either molecule is low.
- The business case developed for Supersonic is based on corn and soybeans the US and Brazil and corn only in Europe. The sales value is high but with the higher than expected use rate (X2) calculations of the NPV indicate that the business case is marginal with a cost of goods of $35/kg, both for the base case and the upside (S-Moc restrictions in Europe).
- Current options for the next stages of the DASH development are:
  - Continue with the Supersonic approach, based on a marginal business case and high development costs
  - Continue with the project but not on Supersonic timelines. Allowing more time for biology and product safety to evaluate the molecules more fully and for a low cost route to be developed.
  - Discontinue development of both molecules under the assumption that some of the critical success factors cannot be met.
- The MPT recommendation is to continue development of both molecules but not on the current Supersonic timelines. This will allow time for further biology, toxicology and route evaluation work to be carried out before a promotion decision is made.

**Communication Plan**

- DASH chemistry is of strategic importance to Syngenta as a possible chloracetamide replacement and currently there are 2 molecules (SYN545177 and SYN545197) in development. The current development is Supersonic with a view to being on the market 2 years ahead of 'normal' development.
- The molecules will require further evaluation, especially with regard to toxicology and cost of goods, before a stage 2 promotion decision can be made.
- The next major milestone will be DeCo decision on Sept 10

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| High level synthesis route analysis and costing | Ball Christopher CHBS to assemble team | Sept 7 | |
| Operator Exposure estimates on SYN545177 to develop deeper understanding of consequences of toxicology results to date | Bembridge John GBJH | Sept 7 | |
| Business case and scenario updates | Ciszak Michal CHBS | Sept 7 | |

GRNVL0000088705
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 4

| Special DeCo assembled for decision on project progression | Barnes Jasper CHBS | Sept 10 | |
|---|---|---|---|
| **Cruiser MAXX: Premix for soybeans, ApronMaxx RFC + Cruiser (A14379B) - Release to 1st Sales: Performance the first year of sales** (Yoder Joe USGR; Jirak Mark USDM; Watrin Clifford USGR; Faerber Martin CHBS) – **Summary and Recommendations** ||||
| Commercial: <ul><li>➢ $8 million and 14,430 gallons of CruiserMaxx formulated product sold for the 2007 planting season. Target of 15% of total acres in 2012 with doubling volumes, with the ambition to achieve 24%.</li><li>➢ Achieved $21.7 forecast on CruiserMaxx Beans umbrella brand (which includes CruiserMaxx premix and Cruiser and an ApronMaxx brand) even with planted acreage down 15% from the previous year</li><li>➢ Overall for 2007: The formulated product CruiserMaxx performed as anticipated, insect pressure was light to moderate.</li></ul> • Production:<ul><li>➢ Two campaigns completed --<ol><li>11,222 gallons, 1st production, October 2006</li><li>20,790 gallons, February 2007</li></ol></li><li>➢ Next campaign planned for January 2008</li><li>➢ No issue with the October material</li><li>➢ February material contaminated with citrobacter bacteria<ol><li>Citrobacter produces gas, without impacting the product stability or active ingredient content negatively</li><li>Material vented and irradiated to kill citrobacter</li><li>Some residual gas being released now, collecting material and re-venting -- but no live citrobacter</li></ol></li></ul> • ACTIONS --<ul><li>➢ Review hygiene during manufacture, consider irradiation as a standard procedure</li><li>➢ Omaha has since been audited by microbiologists and stringent cleaning procedures enacted</li><li>➢ Check material left in inventory for adequate product integrity</li><li>➢ All unopened, 15 gallon containers are being recalled from customers and shipped to Omaha for further venting</li></ul> • Conclusion:<ul><li>➢ Commercial: Successful Launch</li><li>➢ Technical: Successful Launch</li><li>➢ Production: Bacterial contamination, managed situation, sanitation improvement have been implemented.</li></ul> ||||
| **Communication Plan** ||||
| DeCo minute distribution ||||
| **Actions and Next Steps** | **Responsible** | **Deadline** | **Status** |
| Production and T&P monitoring for bacterial contamination will be an ongoing QA activity | Cush Sarah USGR | Jan 2008 and ongoing | |
| **P000844-04 ST: Warden CZ (A14909E, TMX + MXM + FDL) for Agriliance (NAFTA); Release to First Sales** (Yoder Joe USGR; Mccain Patrick USGR; Watrin Clifford USGR; Jirak Mark USGR) – **Summary and Recommendations** ||||

GRNVL0000088706
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 5

Warden CZ is an Agriliance proprietary combination of three active ingredients (thiamethoxam, fludioxonil, and mefenoxam) for use on soybeans as a seed treatment. The fungicides and the patented vigor effect of thiamethoxam provide better stands, plant vigor, quicker canopy, and higher yields. The Warden CZ contract with Agriliance is modeled after the very successful Warden RTA contract. With the generic imidacloprid available in the market and from Agriliance it was important to provide Agriliance with a proprietary product to minimize the impact of generic on volume and pricing in the soybean market.

- Information specific to this premix has been assessed and considered acceptable by Commercial (Mark Jirak), Technical (Cliff Watrin), Regulatory (Patrick McCain), Formulation and Packaging (Sarah Cush), Supply Chain (Simone Langley), Intellectual Property (Jacqueline Haley), and given Commercial Approval by Charles Flippin.
- Business agreement modeled after Warden RTA agreement
- Agriliance pay for formulation development through their purchase price
- Delivers 7.5g of mefenoxam, 2.5 g of fludioxonil, and 50g of thiamethoxam per 100 kg of seed
- Impart red color to the seed
- Rhizobia friendly formulation
- Launch for the 2008 planting season
- Honors the Syngenta certification process
- Offensive move to keep generic IMD out of AgriSolutions brand soybean product
- Tradename owned by Agriliance
- Syngenta holds the label

The NAFTA P000844-04 development team and Seed Care BU recommend that Warden CZ A14909E be approved for release to 1st sales.

**Decision: The DeCo approve this Release to First Sales.**

**Communication Plan**
- Regional Management in NAFTA need to be informed about the release status for sales by Global Marketing and Development

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Communicate release decision by DeCo to Regional Management in NAFTA | Yoder Joe USGR | Sep 2007 | |

**Azoxystrobin granules for the NAFTA Lawn & Garden Market for Consumers and Professionals**
(Pullins Don USGR; Cosky Steve USGR; Hennen Marc USGR;)

3. **Summary and Recommendations**
   - Two variants of the formulation (A14912A and A14912B) are developed for use in the consumer and professional lawn disease control market segment.
   - The financial transaction will be a Syngenta sale of technical material to a contracted third party GTM consumer partner.
   - The third party partner will formulate, package and distribute the product with marketing and technical input from Syngenta.
   - The formulation is easy to apply and will appeal to the consumer market.
   - The product, formulated on a cellulose based disintegrating granule, provides excellent efficacy against turf diseases controlled by azoxystrobin.
   - The formulation will be an excellent fit for the US home and garden markets.
   - The granule is a dry applied Ready-To-Use (RTU) formulation for broadcast application.
   - The formulation is for outdoor lawn application only.
   - Efficacious on a large number of lawn diseases common to homeowner lawns.
   - Entry into a new market for Syngenta products.
   - Formulations will be sold in a high value marker sector

**Decision: The DeCo approve this Release to First Sales.**

**Communication Plan**
- The Azoxystrobin 0.31% granule formulation will provide Syngenta an opportunity to market through Large Format Retailers (Wal-Mart, Lowes, Home Depot, etc.) stores by using a contracted third party GTM partner.
- The formulation is designed to provide premium lawn disease control for the consumer with an easy to apply granule for application using typical garden broadcast applicators.

GRNVL0000088707
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 6

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Finalize agreement with selected third party | Reasons Scott USGR; Neill Rob USGR; | Sept. 2007 | Late phase negotiations |
| Initiate product launch in partnership with GTM partner, following contractual agreement. | Hennen Marc USGR; Cosky Steve USGR | Oct. 2007 | To be implemented pending agreement |

4. **P000368-03: DUAL II MAGNUM NPE Replacement for Canada; Stage C Promotion** (Carmean Kurt USGR; Sagan Karen CATO; Savage Kristine CATO; Tornow Tammy USGR; Vestal Felisha USGR) – **Summary and Recommendations**

Dual II Magnum is a (NPE-free) s-metolachlor variant, formulated as an emulsifiable concentrate long lasting residual weed control in corn, soybeans and other crops in Canada. Compatible with most herbicides, this effective wide window of application will suit your timing needs. Dual II Magnum has a wide choice of tank mix partners, providing one-pass control of your weed pests. No significant risks exist for completion of the project. PMRA submission is planned for February 2008, with likely Canadian registration August 2009. First Canadian sales anticipated in 2010 at $4.2m.

- Key Requirements Met
  - Product quality in new variant maintained. The new variant, A9558G, contains a tristyrylphenol (TSP) surfactant and is very similar to the old variant in freeze/thaw characteristics, storage stability, physical properties and foam control.
- Risk Analysis
  - The replacement TSP surfactant is PMRA approved
  - Original product quality maintained
  - Efficacy, tank mix compatibility and acute toxicology results will be confirmed prior to PMRA submission
  - Signal word unknown, do not anticipate a change from current formulation
- Project Milestones
  - PMRA Submission Feb 2008
  - PMRA Approval Aug 2009
  - Release to First Sales Feb 2010 (dependent on PMRA's requirement policy under development for NPE replacement)
  - First Sales Canada Mar 2010
- Recommendations
  - Dual II Magnum (A9558G) Stage C Promotion
  - Execution of remaining scheduled toxicology tests.

**Decision: The DeCo approve this Stage C Promotion.**

**Communication Plan**
- Stage C Promotion decision will be communicated to all NAFTA stakeholders and global regulatory through email.

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Confirmation of variant efficacy, tank mix compatibility and acute toxicology tests. | Sagan Karen CATO; | Feb 2008 | |
| PMRA Submission | Sagan Karen CATO; | Feb 2008 | |
| Release to First Sales | Carmean Kurt USGR | Feb 2010 | |

**Project Enhancement Research Portfolio Review - Ongoing and New Ideas** (Bean Mike GBJH; Keith Deborah GBJH; Gehmann Klaus Bernd CHBS; Luczak Marek CHBS; Stepan Michael CHBS; Pichon Eric CHBS) – **Summary and Recommendations**

GRNVL0000088708
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 7

| **Summary** |     |     |     |
| --- | --- | --- | --- |
| <ul><li>PER (Product Enhancement research) are projects that are product focused but without an identified technological solution.</li><li>There have been some good successes from this portfolio recently, including Kayak sales, two key options provided for the SYN 520 project and strong use of the TEHP adjuvants.</li><li>There is still a strong demand for projects like this continuing into 2008. The potential sales value is $500m however as these are technically challenging targets, not all projects will succeed.</li><li>There is a strong portfolio in Fungicides. The Nimbus replacement project will transfer to development and there have been some key inputs from the cross-indication projects into the SYN 520 development Project</li><li>The glyphosate-fomesafen project has transferred to development after some good field trial results. There is a good list of new ideas for herbicide projects.</li><li>The Insecticides PL will continue with the emamectin project but will not support new ideas this year due to other demands in the sector. The thiamethoxam capsule project is recommended for termination but the granule project is still supported.</li><li>There are two key projects within Seed Treatment and these are well supported. There have been some encouraging results from the Cruiser project.</li><li>We currently have no projects dedicated to professional products in this portfolio.</li><li>The two cross-indication projects, adjuvants and solvents, both have good pipelines of ideas and have already been very useful for development projects; support for both is recommended into next year.</li><li>The projects will be prioritized in the 11th September meetings.</li></ul> | | | |
| **Communication Plan** | | | |
| Project priorities will be announced following the Cross Product Line Prioritization Meeting on September 11, 2007 | | | |
| **Actions and Next Steps** | **Responsible** | **Deadline** | **Status** |
| Define risk profile for all projects | Bean Mike GBJH | Sept 2007 |     |
| All projects will be prioritized by CP and PP Business Teams | Barnes Jasper CHBS | Sept 11, 2007 |     |

GRNVL0000088709
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 8

## Action list previous meetings

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 22.08.06 | 4. Axial EC100 – Formulation shelf-life update | Extend the assessment program of newly manufactured Axial for a further year – | Critchley Susan CHBS and focus team | July 2007 | Ongoing: Findings will be presented at August DeCo |
| DeCo 30.11.06 | 2. Release to 1st Sales of Mandipropamid (MPD, NOA446510) and its 1st wave formulations (446 solo, 446/CTN, 446/MZ, 446/FP) | Feedback to DeCo following visits to first commercial sprays following launch in large scale use | Wright Tanya CHBS; | March 2008 | **Solo** has been sprayed extensively in S Korea without problems; **FP mix:** Austria/June 07 **CTN mix:** LATAM Dec 07 MZ mix : 2008 |
| DeCo 30.11.06 | 2. Release to 1st Sales of Mandipropamid (MPD, NOA446510) and its 1st wave formulations (446 solo, 446/CTN, 446/MZ, 446/FP) | Obtain (prov.) registrations in DE and UK for sales in 2007 and in all relevant markets according to registration plan | Jackson-Gheissari Amelia CHBS | Jun 2007 | In progress. UK registration (REVUS) was achieved in April 2007, on schedule. Registration in DE has been delayed due to issues with the specification that are being urgently addressed. The registration date for mandi in DE is likely to be April 2008 (want to get the compound on the March registration committee). |
| DeCo 30.11.06 | 2. Release to 1st Sales of Mandipropamid (MPD, NOA446510) and its 1st wave formulations (446 solo, 446/CTN, 446/MZ, 446/FP) | Launch MPD-products successfully in 2007 | Hirai Yasuhiro CHBS; | Jul 2007 | In progress |

GRNVL0000088710
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 9

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 30.11.06 | 2. Release to 1st Sales of Mandipropamid (MPD, NOA446510) and its 1st wave formulations (446 solo, 446/CTN, 446/MZ, 446/FP) | Submit 2nd wave formulations in EAME (446/Cu) and USA (446/DFZ) | Jackson-Gheissari Amelia CHBS | Jun 2007 | USA is on track to have the registration of Mandi+DFZ (REVUS Top) by January 2008. The mandi+Cu dossier was delayed a bit because we had to sign a new contract for Cu supply with IQV (June 07) and only just got all the Cu data we need to do the risk assessments. Despite this, we are still on target for Italian sales in 2010 (reg in 2009). All other country submissions will be based on the Italian dossier (Portugal, Spain, Hungary, Bulgaria, Croatia, Slovenia and France). These submissions will be made between Dec 2007 and November 2008. Italy and France are the largest markets for this mixture. |

GRNVL0000088711
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 10

| DeCo 30.11.06 | 4. OPA SYN 524464 (Seed treatment) – update on plans and timelines | DeCo invites team to continue to evaluate other market opportunities with this product to expand uses and value. The business case and costs for additional uses will be reviewed in 2007. | Kelly Tim CHBS | 3Q07 | In progress – several new crops to be profiled in 07. OSR not until A/W 07. |

GRNVL0000088712
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 11

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 30.11.06 | 5. Quilt A13705L in USA, Canada, South Korea and Saudi Arabia: Update on formulation development status | Continued formulation stability testing, spray tank and compatibility testing | Cush Sarah USGR | Dec 2007 | Work planned for late August |
| DeCo 30.11.06 | 5. Quilt A13705L in USA, Canada, South Korea and Saudi Arabia: Update on formulation development status | Continued process robustness, stability and sensitivity testing | Cush Sarah USGR | Jun 2007 | Ongoing, pre-production PPA scheduled in September |
| DeCo 30.11.06 | 5. Quilt A13705L in USA, Canada, South Korea and Saudi Arabia: Update on formulation development status | Continued biology testing – the L variant will be a treatment in various protocols during the 2007 season. | Tally Allison USGR; | Dec 2007 | In progress |
| DeCo 22.01.07 | 2. Pinoxaden short launch update and A13617R Release for First Sales | Complete Release to First Sales Document for DeCo signoff | Ball Christopher CHBS | Feb 2007 | In progress, |
| DeCo 22.01.07 | 5. Chili 40 WG; Stage C Promotion | Stage D recommendation | Molitor Elvira CHBS | Nov 2007 | In progress |
| DeCo 22.02.07 | 2. DASH and BISAM Promotions to Stage 2: Plans for 2007 | Return to DeCo as required to present results but certainly on 29th November 2007 | Keith Deborah GBJH; Molitor Elvira CHBS; Ball Christopher CHBS | Nov 2007 | In progress |
| DeCo 22.02.07 | 4. P000608-03: Lufenuron New Formulation: Medfly chemosterilant A-14619 A ; Release to first sales | Development concept for new use patterns globally | Skillman Stephen CHBS | Dec 2007 | In progress |
| DeCo 22.02.07 | 4. P000608-03: Lufenuron New Formulation: Medfly chemosterilant A-14619 A ; Release to first sales | Handover process global to region EAME | Skillman Stephen CHBS | Dec 2007 | In progress |
| DeCo 22.02.07 | 6. P000736-03: ST: Develop Global Corn Formulation FDL/MFX/TBZ/AZ (2.5/2/20/1); Colored (Global); Stage C Promotion | Finalize formulation test re. AI quality and application properties | Cush Sarah USGR | Aug 2007 | In progress |
| DeCo 22.02.07 | 6. P000736-03: ST: Develop Global Corn Formulation FDL/MFX/TBZ/AZ (2.5/2/20/1); Colored (Global); Stage C Promotion | Data on contribution to mycotoxin mgmt and regulatory support for AZ and increased MFX rate in France | Oostendorf Michael PCHBS | Dec 2007 | In progress |

GRNVL0000088713
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 12

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 19.03.07 | 2. AVICTA 400FS (A14024C) as a ST for Nematode control in Vegetables; Release to First Sales: | Strategic launch of AVICTA 400FS in melons/USA | Shetty Kiran USGR; Shelton Chad USGR | Nov 2007 | In progress |
| DeCo 19.03.07 | 2. AVICTA 400FS (A14024C) as a ST for Nematode control in Vegetables; Release to First Sales: | Formulation variant testing for enhanced biological performance | Cochran Alex CHBS | Nov 2007 | In progress |
| DeCo 22.05.07 | 4. Celest Multi - Release to first Sales: Performance the first year of sales | Review pricing | Mittermeier Ludwig CHBS | 1Q/2008 | In progress |
| DeCo 22.05.07 | 4. Celest Multi - Release to first Sales: Performance the first year of sales | Potential re-negotiation of flutriafol supply price | Brandl Franz CHBS | 2Q/2008 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluowet removal from the A variant; Stage C Promotion: | Confirmation of frozen candidate based on field efficacy results | Glasgow Les USGR | Sept 2007 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluowet removal from the A variant; Stage C Promotion: | Package submission to EPA | Dixon Monty USGR | Dec 2007 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluowet removal from the A variant; Stage C Promotion: | Release to First Sales | Carmean Kurt USGR | Oct 2008 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluowet removal from the A variant; Stage C Promotion: | Pre-production trial at third party toller | Davis John USGR | Jan 2009 | In progress |
| DeCo 18.04.07 | 4. Graduate A+: Fludioxonil + Azoxystrobin Citrus Post Harvest Formula for Global Use | Compatibility with tank mix partner and continue storage stability testing | Cush Sarah USGR | Sept 2007 | In progress |
| DeCo 22.05.07 | 4. Celest Multi - Release to first Sales: Performance the first year of sales | Review pricing | Mittermeier Ludwig CHBS | 1Q/2008 | In progress |

GRNVL0000088714
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 13

| DeCo 22.05.07 | 4. Celest Multi - Release to first Sales: Performance the first year of sales | Potential re-negotiation of flutriafol supply price | Brandl Franz CHBS | 2Q/2008 | In progress |
|---|---|---|---|---|---|

GRNVL0000088715
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 14

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluowet removal from the A variant; Stage C Promotion: | Confirmation of frozen candidate based on field efficacy results | Glasgow Les USGR | Sept 2007 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluowet removal from the A variant; Stage C Promotion: | Package submission to EPA | Dixon Monty USGR | Dec 2007 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluowet removal from the A variant; Stage C Promotion: | Release to First Sales | Carmean Kurt USGR | Oct 2008 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluowet removal from the A variant; Stage C Promotion: | Pre-production trial at third party toller | Davis John USGR | Jan 2009 | In progress |
| DeCo 18.04.07 | 4. Graduate A+: Fludioxonil + Azoxystrobin Citrus Post Harvest Formula for Global Use | Compatibility with tank mix partner and continue storage stability testing | Cush Sarah USGR | June 2007 | In progress |
| DeCo 18.04.07 | 4. Graduate A+: Fludioxonil + Azoxystrobin Citrus Post Harvest Formula for Global Use | Scale up/ robustness testing | Davis John USGR | June 2007 | In progress |
| DeCo 18.04.07 | 4. Graduate A+: Fludioxonil + Azoxystrobin Citrus Post Harvest Formula for Global Use | Acute 6-pack completed | Tisdel Merrill USGR | Oct 2007 | In progress |
| DeCo 18.04.07 | 4. Graduate A+: Fludioxonil + Azoxystrobin Citrus Post Harvest Formula for Global Use | MRLs established | Still Kelly USGR | Dec 2009 | In progress |
| DeCo 18.04.07 | 5. Aba SC (P000363-05 and P000015-07): Stage C Promotion | Review for Release to First Sales | Yoder Joe USGR; | Mar 2008 | In progress |

GRNVL0000088716
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 15

| DeCo 18.04.07 | 6. P000018-06: ST: Cruiser Maxx Cereals (A15424A, Cruiser/Dividend XL RTA Prepak, CAN, USA, ARG, BRA, Chile); Stage C Promotion | Review for Release to First Sales | Yoder Joe USGR; | May 2008 | In progress |

GRNVL0000088717
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 16

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 18.06.07 | 2. P000650-05: DEMAND ST 100 CF (A15661A - l-cyhalothrin) formulation for corn, wheat and soybeans in APAC (China); Stage C Promotion | Communicate Stage C Promotion to project team and Seed Care Pillar | Mostert Meier Irmgard SGSG; Du Rieu Alan SGSG | June 2007 | Done |
| DeCo 18.06.07 | 2. P000650-05: DEMAND ST 100 CF (A15661A - l-cyhalothrin) formulation for corn, wheat and soybeans in APAC (China); Stage C Promotion | Review for Release to First Sales | Mostert Meier Irmgard SGSG; | April 2009 | Planned |
| DeCo 18.06.07 | 2. P000650-05: DEMAND ST 100 CF (A15661A - l-cyhalothrin) formulation for corn, wheat and soybeans in APAC (China); Stage C Promotion | Monitoring study to assess likelihood of SFS cases: coordinate protocol with Global Registration and agree likely consequences before the study will be conducted. | Mostert Meier Irmgard SGSG; | July 2007 | Ongoing |
| DeCo 18.06.07 | 3. P000411-05: CALARIS 550 SC - A14917D (mesotrione + atrazine) for corn; Stage C Promotion | Communicate Stage C Promotion to project team and APAC MBDT | Chee Yen Chin SGSG; Winten Rowley SGSG | June 2007 | Complete |
| DeCo 18.06.07 | 3. P000411-05: CALARIS 550 SC - A14917D (mesotrione + atrazine) for corn; Stage C Promotion | Review for Release to First Sales | Chee Yen Chin SGSG; | November 2007 (if launch in 2008) | Planned |
| DeCo 18.06.07 | 4. P000044-03: A14797A Lambda-cy RTU formulation; Release to First Sales for NAFTA; P000117-02: A14796A - Lambda-cy Concentrate ; Release to First Sales for NAFTA | Finalize agreement with selected third party | Reasons Scott USGR; Hennen Marc USGR | Oct 2007 | |
| DeCo 18.06.07 | 4. P000044-03: A14797A Lambda-cy RTU formulation; Release to First Sales for NAFTA; P000117-02: A14796A - Lambda-cy Concentrate ; Release to First Sales for NAFTA | Strategize on how to preserve the California pyrethroid label | Cosky Steve USGR; Pearson Fred USGR; Hendley Paul USGR | Dec 2007 | |
| DeCo 18.06.07 | 5. P000457-05: TURF: New AZ + CTL formulation for Turf; Stage C Promotion | Further evaluation of potential uses in the Ornamental market. | Ross David USGR | Dec. 2007 | Ongoing |

GRNVL0000088718
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 17

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 18.06.07 | 5. P000457-05: TURF: New AZ + CTL formulation for Turf; Stage C Promotion | Finalize trade name | McLean Margaret USGR | 4Q 07 | In progress |
| DeCo 18.06.07 | 5. P000457-05: TURF: New AZ + CTL formulation for Turf; Stage C Promotion | Complete formulation stability bridging with Daconil | Cush Randy USGR | 4Q 07 | In progress |

GRNVL0000088719
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 225 Page 18