Ian Zelaya, Ph.D.
Team Leader
Weed Control Biology

Syngenta Ltd.
Biology & Logistics
Jealott's Hill International
Research Centre
Bracknell
Berkshire RG42 6EY
United Kingdom
www.syngenta.com

Office:  +44 (0) 1344-413916
Fax:     +44 (0) 1344-413737
Mobile:  +44 (0) 7876-548897
ian.zelaya@syngenta.com



# Summary notes

| | | | |
|---|---|---|---|
| Invited: | **Present:**<br>Howard Stott USDM<br>Pyle Steve USGR<br>Michel Albrecht CHBS<br>Hofer Urs CHBS<br>Reynolds Jeremy CHBS<br>Miller Brett CHBS<br>Spinney Mark GBJH<br>Vail Gordon USGR<br>Johnson Mike USGR<br>Palmer Eric USVB<br>Longstaff Adrian GBJH<br>Dallimore Jon GBJH<br>Moss Michael USGR<br>Cully Scott USDM<br>Beckett Tom USGR<br>Bachiega Andre BRSP<br>Manley Brian USRE<br>Drost Dirk USGR<br>Stypa Marian USGR<br>Sherriff Matthew AUSY<br><br>**Partial participation:**<br>Simmons Dana USGR<br>Kaundun Deepak GBJH<br>Battles Bruce USSL<br>Franssen Aaron USPE<br>Moses Adrian USDM<br>Beaupre Barry USDM<br>Moseley Carroll USGR<br>Tingle Chris USDM<br>Abell Craig USDM<br>Nichols Craig USDM<br>Bruns Dain USDM<br>Thomas Dave USDM<br>Krumm Jeffrey USDM<br>Schirmacher Kathrin USDM<br>Leetch Mike USDM<br>Steiner Pat USDM<br>Jain Rakesh USVB<br>Wichert Rex USGR<br>Lins Ryan USDM<br>Payne Scott USFS<br>Mroczkiewicz Steve USDM<br>Foresman Chuck USGR<br>Elser David CHBS<br>Taylor Shane USDM | Copy: | Alan Dowling, Research Chemistry<br>Bill Whittingham, Research Chemistry<br>Roger Salmon, Research Chemistry<br>Steve Smith, Chemistry Group Leader<br>Jutta Boehmer, Chem. Group Leader<br>Chris Mathews, Research Chemistry<br>Nigel Willetts, Research Chemistry<br>Matt Cordingley, Project TL WCR<br>Claudio Screpanti, Project TL WCR<br>Gavin Hall, Project TL WCR<br>Kay Fullick, Project TL WCR<br>David Adams, Chemistry Design<br>Nathan Kidley, Chemistry Design<br>Sarah Palmer, Patent Attorney<br>Mike Turnbull, Research Chemistry<br>Catherine Piper, Formulation Res.<br>Kate Sharples, Bioscience<br>Dave Pearson, Environmental Safety<br>Pratibha Mistry, Human Safety<br>Deborah Keith, CPR Portfolio Lead<br>Glynn Mitchell, PST Leader<br>Ruediger Kotzian, Global HER Tech<br>Derek Cornes, Global HER Dev<br>Josef Amrein, Portfolio Coordination<br>Martin Kissling, Portfolio Planner<br>David Youle, Head of B&L<br>Klaus Gehmann, Head Prod. Biology |
| Location: | Rend Lake College<br>Ina, Illinois | Date:<br>Duration: | June 26th, 2009<br>12:00 – 13:00 (CST) |
| Minutes: | Ian Zelaya | No. pages: | 1/6 |
| Concerning: | Summary notes: US Herbicides Field Visit - Stage 1, June 22-26 2009 | | |

PLAINTIFF'S
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 11-9-10  RPTR  DS

Syngenta Limited Registered in England No 2710846
Registered Office Syngenta Limited, European Regional Centre, Priestley Road, Surrey Research Park, Guildford, Surrey GU2 7YH, UK

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE
ORDER IN ATRAZINE LITIGATION

GRNVL0000080732

Exhibit 294 Page 1

Protocol: ▮▮▮▮▮▮ (Stage 1.2; Late Lead Finding)

Title: Evaluation of dicot and grass dicot weed control and crop tolerance of new chemistry compounds in CORN - PRE- and POST-EM in US

Objectives: (1) Estimate the potency and overall efficacy on key target weed species of ▮▮▮▮▮▮; (2) Compare the level of maize selectivity of ▮▮▮▮▮▮; (3) Evaluate the synergy of ▮▮▮ and ▮▮▮ in reference to the atrazine and ▮▮▮

Distribution: Schirmacher (IL); Cully (IL); Minton (TX) (trials visited)

Summary:
- ▮▮▮ has similar activity to atrazine POST but was less active PRE
- ▮▮▮ was clearly more active compared to ▮▮▮ and atrazine; the level of increased activity vs. these standards was difficult to ascertain as ▮▮▮ was tested at a single rate (no rate response)
- Consistent with glasshouse data, ▮▮▮ had better grass spectrum compared to atrazine (*Digitaria* and *Setaria*) and similar broad-leaf spectrum (except for *Amaranthus* which was gap)
- At the 500 g ai/ha rate PRE, atrazine had slightly better activity compared to ▮▮▮
- Both ▮▮▮ and ▮▮▮ had limited maize selectivity POST (PRE was acceptable)
- In mixture with ▮▮▮ both atrazine and ▮▮▮ had excellent activity and there was evidence of synergism. In POST, the ▮▮▮ mixture with ▮▮▮ appeared more active compared to the atrazine and ▮▮▮ mixture; however PRE, the atrazine and ▮▮▮ mixture looked more active

---

Protocol: ▮▮▮▮▮▮ (Stage 1.2; Late Lead Finding)

Title: Evaluation of dicot and grass dicot weed control and crop tolerance of new chemistry compounds in CORN - PRE- and POST-EM in US

Objectives: (1) Evaluate crop tolerance and overall efficacy on key target weed species of three ▮▮▮ (2) Compare the level of maize selectivity of three ▮▮▮ and (3) Compare the potency, efficacy and crop tolerance of ▮▮▮

Distribution: Schirmacher (IL); Cully (IL); Holloway (TN) (trials visited)

Summary:
- Progress made from the leads tested last year
- Overall, ▮▮▮ compounds were more active EPOST than PRE
- Compared to ▮▮▮ compounds still looked less active
- ▮▮▮ was safe to maize at 30 g and 60 g ai/ha (but not at 120 g ai/ha)
- ▮▮▮ was the most active of the ▮▮▮ but also the less selective to maize
- ▮▮▮ was safe EPOST, but less active than ▮▮▮
- ▮▮▮ was safe to maize at the rates tested (60 g PRE and 30 g ePOST); the activity ePOST was better compared to ▮▮▮
- The ▮▮▮ was active, particularly EPOST, but was not selective to maize
- Recommendations: (1) focus priority on consistent EPOST activity, (2) consider further

adjuvant work beyond recommendations with NIS, and (3) focus activity on ▓▓▓▓ need to be different.

- It is too early to make clear decisions; data needs to be fully analyzed

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Protocols:** ▓▓▓▓ and ▓▓▓▓ **(Stage 1.2; Late Lead Finding)**

**Title:** Evaluation of crop tolerance and broadleaf weed control in glyphosate-tolerant SOYBEANS - PRE-EM ▓▓▓▓ and EPOST ▓▓▓▓ in US

**Objectives:** ▓▓▓▓ (1) Evaluate soybean tolerance (level and time pattern of injury development), (2) Evaluate the activity on the key dicot weeds, and (3) Compare performance to ▓▓▓▓ (1) Evaluate soybean tolerance (level and time pattern of injury development), (2) Evaluate the activity on the key dicot weeds, (3) Determine if the new research compounds have a robust selectivity under field conditions and offer good broadleaf weed control, and (4) Compare ▓▓▓▓ post-emergence to the internal ▓▓▓▓ and ▓▓▓▓

**Distribution:** Nichols (MO); Moses (IA); Cully (IL); Black (AR) (trials visited)

**Summary:**
- Overall, both ▓▓▓▓ and ▓▓▓▓ were more active EPOST than PRE
- EPOST, ▓▓▓▓ was injurious to soybeans at the rates tested; ▓▓▓▓ was safer and was injurious only at the top rate of 125 g ai/ha
- Activity on broad-leaf weeds was generally ▓▓▓▓
- The BOND compound ▓▓▓▓ was not selective to soybeans; the news lead, ▓▓▓▓ had better selectivity compared to ▓▓▓▓ but still injurious at the rates tested (250 g ai/ha and 500 g ai/ha)
- Recommendations: (1) focus priority on consistent EPOST activity and promising soybean selectivity, (2) consider further adjuvant work (similar to maize), and (3) focus activity on ▓▓▓▓

---

**Protocol:** ▓▓▓▓ **(Stage 1.4; Optimization)**

**Title:** Evaluation of grass and dicot weed control, crop selectivity and safener response of lead compounds in CORN - PRE-EM in the US

**Objectives:** (1) Compare the activity of ▓▓▓▓ to ▓▓▓▓ on key target weed species, (2) Assess whether the addition of the safener benoxacor reduces the level of observed corn phytotoxicity on the lead ▓▓▓▓ and (3) Evaluate the relative weed efficacy and crop selectivity of the lead ▓▓▓▓ to the commercial standards S-metolachlor and acetochlor

**Distribution** ▓▓▓▓: Bruns (OH); Thomas (IL); Nichols (MO); Moses (IA); Lengkeek (MI); Mroczkiewicz (IN), Hitchner (Delmarva); Holloway (TN); Sanders (MS); Minton (TX) (trials visited)

**Summary:**
- Overall good conditions for PRE activity (e.g. precipitation and performance of standards)
- PRE activity correlated well with (1) activation rain, (2) weed infestation and (3) soil organic matter
- In high organic matter soils, 800 g ai/ha required (maybe more) for consistent response. In

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE
ORDER IN ATRAZINE LITIGATION

GRNVL0000080734

Exhibit 294 Page 3

lower organic soils, a minimum of 400 g ai/ha required, but 600 g ai/ha is preferred
- Approximately 600 g ai/ha was comparable to S-metolachlor at the 1x rate
- In some conditions of high SETFA infestation (Nichols, MO), 800 g ai/ha had only partial suppression of this target species
- Performance under dry soil conditions was not confirmed; need to review the whole data (analyze by precipitation and performance)
- It is important to evaluate consistency of performance; last year 600 g ai/ha was consistent, but this year we may need 800 g ai/ha
- ▮ similar to ▮ both 1x less active compared to ▮
- No maize injury observed with any of the treatments and hence the effect of benoxacor could not be evaluated

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Protocol:** ▮ (Stage 1.4; Optimization)

**Title:** (1) Evaluation of grass and dicot weed control, crop selectivity and safener response of lead compounds in combination with HPPDs in CORN - PRE-EM in the US

**Objectives:** (1) Compare the overall weed efficacy of two lead ▮ in mixtures with ▮ and ▮ to mixtures with ▮ and ▮ (2) Compare the level of crop tolerance of ▮ in mixtures with ▮ and ▮ to mixtures with ▮ and ▮ (3) Compare the overall weed efficacy and crop selectivity of ▮ in mixtures with ▮ and ▮ to the commercial standard LUMAX

**Distribution** ▮ Lengkeek (MI); Mroczkiewicz (IN); Nichols (MO), Hitchner (Delmarva); Lins (MN); Cully (IL); Holloway (TN); Minton (TX) (trials visited)

**Summary:**
- No crop injury reported; most treatment included benoxacor
- Good activation rain this year thus overall good performance of PRE treatments
- In combination with mesotrione, both ▮ and ▮ required 800 g ai/ha for broad-spectrum weed control comparable to ▮ (particularly grasses). ▮ and ▮ mixtures with ▮ required a lower DASH rate; in some cases 300 g ai/ha DASH was required
- Performance under dry weather was not confirmed; this will required further evaluation
- In low organic matter soils, excellent performance of most treatment (S Cully)
- The standards ▮ (1500 g + 200 g) and ▮ plus ▮ (100 g + 200 g) provided consistent control

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Protocol:** ▮ (Stage 1.3; Optimization)

**Title:** (1) Evaluation of grass and dicot weed control, crop selectivity and safener response of lead compounds alone ▮ and in combination with ▮ in CORN - PRE-EM in the US; (2) Evaluation of grass and dicot weed control, crop tolerance and safener response of new compounds in CORN - PRE-EM in the US ▮

**Objectives** ▮ (1) Estimate potency and overall efficacy on key grass weed species of three ▮ (2) Evaluate the response of ▮ to the safener benoxacor at a H:S-ratio of 5:1, and (3) Compare the level of maize tolerance of ▮

**Distribution** ▮ Bruns (OH); Thomas (IL); Krumm (WI); Mroczkiewicz (IN); Hitchner (Delmarva); Moses (IA); Cully (IL); Minton (TX); Holloway (TN); Sanders (MS) (trials visited)

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION**

GRNVL0000080735

Exhibit 294 Page 4

Summary:
- Good activation rain for most trial sites visited
- Overall ▮▮▮ and ▮▮▮ had similar performance to ▮▮▮ and both compounds had better and more consistent performance compared to ▮▮▮
- Similar to ▮▮▮ 800 g ai/ha was required for consistent PRE performance; a lower rate (600 g ai/ha) may be enough in low organic matter soils (S Cully)
- The performance under dry conditions was not confirmed
- Good activation rain this year thus better performance
- Effect of higher OM on performance (Adrian's vs. Cully's)
- ▮▮▮ safener was not assessed given the limited maize injury reported

Protocol: ▮▮▮ (Stage 1.3; Optimization)
Title: Evaluate the effect of safeners on ▮▮▮ for POST-emergence weed control and crop tolerance in ▮▮▮ corn
Objectives: (1) evaluate effect of four safeners - ▮▮▮ - on tolerance of a range of different corn varieties, (2) evaluate the efficacy of ▮▮▮ in corn - alone and in combination with safeners, (3) define H:S-ratio needed for acceptable corn selectivity and (4) evaluate effect safener on grass activity
Distribution: Moses (Ames, IA); Moses (Ogden, IA); Mroczkiewicz (IN); Cully (IL) (trials visited)

Summary:
- The ▮▮▮ resulted in unacceptable maize injury (~15-20% at 1200 g ai/ha and ~30-40% at 2400 g ai/ha)
- Good ▮▮▮ safening observed at 10 g plus 1200 g ai/ha of A17329 (1:7 ratio of ▮▮▮ and 20 g plus 2400 g of A17329
- Treatment #2 (20 g of ▮▮▮ was similar or safer compared to ▮▮▮
- ▮▮▮ was equally effective compared to ▮▮▮ in safening ▮▮▮
- ▮▮▮ was less effective than both ▮▮▮ at 75 g plus 1200 g ai/ha of ▮▮▮ safening was marginal
- ▮▮▮ was the less effective of all safeners tested. Maize injury was unacceptable when 60 g or 120 g of the safener were mixed with 1200 g and 2400 g ai/ha of ▮▮▮ respectively
- The ▮▮▮ was less injurious to maize compared to ▮▮▮. However, mixtures with ▮▮▮ (60 g or 120 g) did not result in acceptable crop safety

Protocol: ▮▮▮ (Stage 1.3; Optimization)
Title: POST emergence control of tough weeds: evaluation of new NSH as POST emergence herbicide US
Objectives: (1) compare the efficacy of ▮▮▮ versus the standard ▮▮▮ (2) compare the spectrum and rater response of ▮▮▮ versus ▮▮▮ (3) evaluate the potential use of ▮▮▮ as pre-plant burndown and plant-back treatments
Distribution: Bruns (OH); Thomas (IL); Krumm (WI); Mroczkiewicz (IN); Hitchner (Delmarva); Moses (IA); Cully (IL); Minton (TX); Holloway (TN); Sanders (MS) (trials visited)

Summary:
- ▮▮▮ no ▮▮▮ injury observed; good plant-back fit
- ▮▮▮ no ▮▮▮ injury observed; good pre-plant burndown use

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000080736

Exhibit 294 Page 5

- ███ generally good efficacy observed at 600 g ai/ha of ███ however, rate-response was flat (no increase in efficacy observed at rate of 750 g, 900 g and 1200 g ai/ha compared to 450 g ai/ha of ███
- Good activity of ███ on ███ resistant common waterhemp (Southern Illinois University site)
- In mixture with ███ 420 g ae/ha), 750 g ai/ha of ███ gave good efficacy. There was an indication at lower rates of ███ the mixture may be antagonistic (A Moses site)
- ███ was consistently weak on common lambsquarters (*Chenopodium*)
- Recommendations: (1) comparison of ███ should be made to ███ and not to ███ (2) important to demonstrate the advantage versus ███ preliminary assessment suggest that it may be weaker vs. ███, (3) application volume (300 L/ha) may be too high, particularly for maximum ███ efficacy; consider lower application volumes, (4) in-crop used need to control ███ susceptible and ███ resistant biotypes in addition to common waterhemp (horseweed and ragweeds)
- A perfect molecule is not needed. Very good results observed thus far plus Chuck likes it!

**Adjourned at 13:10 (CST) on June 26th, 2009**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE
ORDER IN ATRAZINE LITIGATION

GRNVL0000080737

Exhibit 294 Page 6