| Ian Zelaya, Ph.D. | Syngenta Ltd. | Office: | +44 (0) 1344-413916 |
|---|---|---|---|
| Team Leader | Biology & Logistics | Fax: | +44 (0) 1344-413737 |
| Weed Control Biology | Jealott's Hill International | Mobile: | +44 (0) 7876-548897 |
| | Research Centre | | ian.zelaya@syngenta.com |
| | Bracknell | | |
| | Berkshire RG42 6EY | | |
| | United Kingdom | | |
| | www.syngenta.com | | |



# Summary notes – **CONFIDENTIAL** –

| Invited: | **Present:** | Copy: | Alan Dowling, Research Chemistry |
|---|---|---|---|
| | Howard Stott USDM | | Bill Whittingham, Research Chemistry |
| | Pyle Steve USGR | | Roger Salmon, Research Chemistry |
| | Michel Albrecht CHBS | | Nigel Willetts, Research Chemistry |
| | Hofer Urs CHBS | | Mike Turnbull, Research Chemistry |
| | Reynolds Jeremy CHBS | | Clare Elliott, Research Chemistry |
| | Miller Brett CHBS | | Steve Smith, Chemistry Group Leader |
| | Spinney Mark GBJH | | Jutta Boehmer, Chem. Group Leader |
| | Vail Gordon USGR | | Chris Mathews, Chem. Group Leader |
| | Johnson Mike USGR | | Matt Cordingley, Project TL WCR |
| | Palmer Eric USVB | | Claudio Screpanti, Project TL WCR |
| | Longstaff Adrian GBJH | | Gavin Hall, Project TL WCR |
| | Dallimore Jon GBJH | | Kay Fullick, Project TL WCR |
| | Moss Michael USGR | | Deepak Kaundun, Project TL WCR |
| | Cully Scott USDM | | Anne Rees, Discovery TL |
| | Beckett Tom USGR | | David Adams, Chemistry Design |
| | Bachiega Andre BRSP | | Nathan Kidley, Chemistry Design |
| | Manley Brian USRE | | Eric Clarke, Chemistry Design |
| | Drost Dirk USGR | | Steven Ward, IP Section Head |
| | Stypa Marian USGR | | Catherine Piper, Formulation Res. |
| | Sherriff Matthew AUSY | | Kate Sharples, Bioscience |
| | | | Dave Pearson, Environmental Safety |
| | **Partial participation:** | | Pratibha Mistry, Human Safety |
| | Simmons Dana USGR | | Ruediger Kotzian, Global HER Tech |
| | Kaundun Deepak GBJH | | Gael Le Goupil, Global HER Tech |
| | Battles Bruce USSL | | Derek Cornes, Global HER Dev |
| | Franssen Aaron USPE | | Dave Hughes, MOA Group Lead |
| | Moses Adrian USDM | | Deborah Keith, CPR Portfolio Lead |
| | Beaupre Barry USDM | | Glynn Mitchell, PST Leader |
| | Moseley Carroll USGR | | Andrew Plant, Head Res. Chemistry |
| | Tingle Chris USDM | | Josef Amrein, Portfolio Coordination |
| | Abell Craig USDM | | Martin Kissling, Portfolio Planner |
| | Nichols Craig USDM | | David Youle, Head of B&L |
| | Bruns Dain USDM | | Klaus Gehmann, Head Prod. Biology |
| | Thomas Dave USDM | | |
| | Krumm Jeffrey USDM | | |
| | Schirmacher Kathrin USDM | | |
| | Leetch Mike USDM | | |
| | Steiner Pat USDM | | |
| | Jain Rakesh USVB | | |
| | Wichert Rex USGR | | |
| | Lins Ryan USDM | | |
| | Payne Scott USFS | | |
| | Mroczkiewicz Steve USDM | | |
| | Foresman Chuck USGR | | |
| | Elser David CHBS | | |
| | Taylor Shane USDM | | |



| Location: | Rend Lake College | Date: | June 26th, 2009 |
|---|---|---|---|
| | Ina, Illinois | Duration: | 12:00 – 13:00 (CST) |
| Minutes: | Ian Zelaya | No. pages: | 1/6 |
| Concerning: | Summary notes: US Herbicides Field Visit - Stage 1, June 22-26 2009 | | |

Syngenta Limited Registered in England No 2710846
Registered Office Syngenta Limited, European Regional Centre, Priestley Road, Surrey Research Park, Guildford, Surrey GU2 7YH, UK

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE
ORDER IN ATRAZINE LITIGATION

SYN03628856

Exhibit 295 Page 1

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

**H-2006-022 (Low-rate PSII)**

**Protocol:** ▮▮▮▮▮ (Stage 1.2; Late Lead Finding)

**Title:** Evaluation of dicot and grass weed control and crop tolerance of new chemistry compounds in CORN - PRE- and POST-EM in US

**Objectives:** (1) Estimate the potency and overall efficacy on key target weed species of ▮▮▮▮ ▮▮▮▮ (2) Compare the level of maize selectivity of ▮▮▮▮ ▮▮▮▮ (3) Evaluate the synergy of ▮▮▮▮ and ▮▮▮▮ in reference to the atrazine and ▮▮▮▮

**Distribution:** Schirmacher (IL); Cully (IL); Minton (TX) (trials visited)

**Summary:**
- ▮▮▮ has similar activity to atrazine POST but was less active PRE
- ▮▮▮ was clearly more active compared to ▮▮▮ and atrazine; the level of increased activity vs. these standards was difficult to ascertain as ▮▮▮ was tested at a single rate (no rate response)
- Consistent with glasshouse data, ▮▮▮ had better grass spectrum compared to atrazine ▮▮▮ and similar broad-leaf spectrum (except for ▮▮▮ which was a gap)
- At the 500 g ai/ha rate PRE, atrazine had slightly better activity compared to ▮▮▮
- Both ▮▮▮ and ▮▮▮ had limited maize selectivity POST (PRE was acceptable)
- In mixture with ▮▮▮ (500 g ai/ha + 100 g ai/ha PRE; 500 g ai/ha + 75 g ai/ha POST), both atrazine and ▮▮▮ had excellent activity and there was evidence of synergism. In POST, the ▮▮▮ with ▮▮▮ appeared more active compared to the atrazine and ▮▮▮ however PRE, the atrazine and ▮▮▮ looked more active

---

**Protocol:** ▮▮▮▮▮ (Stage 1.2; Late Lead Finding)

**Title:** Evaluation of dicot weed control and crop tolerance of new chemistry compounds in CORN - PRE- and POST-EM in US

**Objectives:** (1) Evaluate crop tolerance and overall efficacy on key target weed species of ▮▮▮ ▮▮▮ (2) Compare the level of maize selectivity of ▮▮▮ ▮▮▮ and (3) Compare the potency, efficacy and crop tolerance of ▮▮▮ ▮▮▮

**Distribution:** Schirmacher (IL); Cully (IL); Holloway (TN) (trials visited)

**Summary:**
- Progress made from the leads tested last year
- Overall, ▮▮▮ compounds were more active EPOST than PRE
- Compared to ▮▮▮ compounds still looked less active
- ▮▮▮ was safe to maize at 30 g and 60 g ai/ha (but not at 120 g ai/ha)
- ▮▮▮ was the most active of the ▮▮▮ but also the less selective to maize
- ▮▮▮ was safe EPOST, but less active than ▮▮▮
- Aminocyclopyrachlor was safe to maize at the rates tested (60 g PRE and 30 g ePOST); the activity ePOST was better compared to ▮▮▮
- The Dow lead ▮▮▮ was active, particularly EPOST, but was not selective to maize
- Recommendations: (1) focus priority on consistent EPOST activity, (2) consider further

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN03628857

Exhibit 295 Page 2

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

adjuvant work beyond recommendations with NIS, and (3) focus activity on glyphosate-resistant weed species, ▮▮▮▮ need to be different
- It is too early to make clear decisions; data needs to be fully analyzed

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Protocols:** ▮▮▮▮ and ▮▮▮▮ (Stage 1.2; Late Lead Finding)

**Title:** Evaluation of crop tolerance and broadleaf weed control in glyphosate-tolerant SOYBEANS - PRE-EM ▮▮▮▮ and EPOST ▮▮▮▮ in US

**Objectives:** ▮▮▮▮ (1) Evaluate soybean tolerance (level and time pattern of injury development), (2) Evaluate the activity on the key dicot weeds, and (3) Compare performance to ▮▮▮▮ (1) Evaluate soybean tolerance (level and time pattern of injury development), (2) Evaluate the activity on the key dicot weeds, (3) Determine if the new research compounds have a robust selectivity under field conditions and offer good broadleaf weed control, and (4) Compare ▮▮▮▮ post-emergence to the ▮▮▮▮ and ▮▮▮▮

**Distribution:** Nichols (MO); Moses (IA); Cully (IL); Black (AR) (trials visited)

**Summary:**
- Overall, both ▮▮▮▮ and ▮▮▮▮ were more active EPOST than PRE
- EPOST, ▮▮▮▮ was injurious to soybeans at the rates tested; ▮▮▮▮ was safer and was injurious only at the top rate of 125 g ai/ha
- Activity on broad-leaf weeds was generally worse than ▮▮▮▮ (PRE), ▮▮▮▮ (EPOST) and ▮▮▮▮ (fomesafen+glyphosate) (EPOST)
- The BOND compound ▮▮▮▮ was not selective to soybeans; the new lead, ▮▮▮▮, had better selectivity compared to ▮▮▮▮ but still injurious at the rates tested (250 g ai/ha and 500 g ai/ha)
- Recommendations: (1) focus priority on consistent EPOST activity and promising soybean selectivity, (2) consider further adjuvant work (similar to maize), and (3) focus activity on glyphosate-resistant weed species, ▮▮▮▮

### DASH (Low-rate chloroacetanilide)

**Protocol:** ▮▮▮▮ (Stage 1.4; Optimization)

**Title:** Evaluation of grass and dicot weed control, crop selectivity and safener response of lead compounds in CORN - PRE-EM in the US

**Objectives:** (1) Compare the activity of ▮▮▮▮ on key target weed species, (2) Assess whether the addition of the safener ▮▮▮▮ reduces the level of observed corn phytotoxicity on the lead ▮▮▮▮, and (3) Evaluate the relative weed efficacy and crop selectivity of the lead ▮▮▮▮ to the commercial standards ▮▮▮▮

**Distribution:** Bruns (OH); Thomas (IL); Nichols (MO); Moses (IA); Lengkeek (MI); Mroczkiewicz (IN), Hitchner (Delmarva); Holloway (TN); Sanders (MS); Minton (TX) (trials visited)

**Summary:**
- Overall good conditions for PRE activity (e.g. precipitation and performance of standards)
- PRE activity correlated well with (1) activation rain, (2) weed infestation and (3) soil organic matter
- In high organic matter soils, 800 g ai/ha required (maybe more) for consistent response. In lower organic soils, a minimum of 400 g ai/ha was required, but 600 g ai/ha is preferred

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

- Approximately 600 g ai/ha was comparable to S-metolachlor at the 1x rate for the soil type
- In some conditions of high SETFA infestation (Nichols, MO), 800 g ai/ha had only partial suppression of this target species
- Performance under dry soil conditions was not confirmed; it is perceived that the ▮ compounds perform similar to ▮ for moisture required for activation. Recommendation: follow this under controlled conditions
- It is important to evaluate consistency of performance; last year 600 g ai/ha was consistent, but this year we may need 800 g ai/ha
- ▮ both 1x less active compared to ▮
- No maize injury observed with any of the treatments and hence the effect of benoxacor could not be assessed

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Protocol:** ▮ (Stage 1.4; Optimization)

Title: Evaluation of grass and dicot weed control, crop selectivity and safener response of lead compounds in combination with HPPDs in CORN - PRE-EM in the US

**Objectives:** (1) Compare the overall weed efficacy of two lead ▮ in mixtures with ▮ and ▮ to mixtures with ▮ and ▮ (2) Compare the level of crop tolerance of ▮ (3) Compare the overall weed efficacy and crop selectivity of ▮

**Distribution:** Lengkeek (MI); Mroczkiewicz (IN); Nichols (MO); Hitchner (Delmarva); Lins (MN); Cully (IL); Holloway (TN); Minton (TX) (trials visited)

**Summary:**
- No crop injury reported; most treatment included benoxacor
- Good activation rain this year thus overall good performance of PRE treatments
- In combination with mesotrione, both ▮ required 800 g ai/ha for broad-spectrum weed control comparable to ▮ (particularly grasses). ▮ required a lower ▮ rate; in some cases 300 g ai/ha was required. Under high SETFA populations (Nichols, MO), none of the ▮ were as good as the ▮
- Performance under dry weather was not confirmed. Recommendation: follow this under controlled conditions
- In low organic matter soils, excellent performance of most treatments (S Cully)
- The standards ▮

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Protocol:** ▮ (Stage 1.3; Optimization)

Title: Evaluation of grass and dicot weed control, crop tolerance and safener response of new chemistry compounds in CORN - PRE-EM in the US

**Objectives:** (1) Estimate potency and overall efficacy on key grass weed species of ▮ (2) Evaluate the response of ▮ to the safener ▮ at a H:S-ratio of 5:1, and (3) Compare the level of maize tolerance of ▮

**Distribution:** Bruns (OH); Thomas (IL); Krumm (WI); Mroczkiewicz (IN); Hitchner (Delmarva); Moses (IA); Cully (IL); Minton (TX); Holloway (TN); Sanders (MS) (trials visited)

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN03628859

Exhibit 295 Page 4

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

**Summary:**
- Good activation rain for most trial sites visited
- Overall ▮▮▮▮▮ had similar performance to ▮▮▮▮ and both compounds had better and more consistent performance compared to ▮▮▮▮
- Similar to ▮▮▮▮ 800 g ai/ha was required for consistent PRE performance; a lower rate (600 g ai/ha) may be enough in low organic matter soils (S Cully)
- Performance under dry weather was not confirmed. <u>Recommendation</u>: follow this under controlled conditions.
- Good activation rain this year thus better performance
- Better performance of compounds in low organic matter soils (C Cully) versus higher organic matter soils (C Moses)
- ▮▮▮▮ safener was not assessed given the limited maize injury observed

### CREST (Safener)

**Protocol:** ▮▮▮▮▮▮ (Stage 1.3: Optimization)
**Title:** Evaluate the effect of safeners on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for POST-emergence weed control and crop tolerance in V3-V5 stage GT corn
**Objectives:** (1) evaluate effect of four safeners - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on tolerance of a range of different corn varieties, (2) evaluate the efficacy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in corn - alone and in combination with safeners, (3) define H:S-ratio needed for acceptable corn selectivity and (4) evaluate effect safener on grass activity
**Distribution:** <u>Moses</u> (Ames, IA); <u>Moses</u> (Ogden, IA); <u>Mroczkiewicz</u> (IN); <u>Cully</u> (IL) (trials visited)

**Summary:**
- The ▮▮▮▮▮▮▮▮▮▮ resulted in unacceptable maize injury (~15-20% at 1200 g ai/ha and ~30-40% at 2400 g ai/ha)
- Good ▮▮▮▮ safening observed at 10 g plus 1200 g ai/ha of ▮▮▮▮ (1:7 ratio of ▮▮▮ and 20 g plus 2400 g of ▮▮▮
- Treatment #2 (20 g of ▮▮▮ plus 2400 g of ▮▮▮ was similar or safer compared to ▮▮▮ GT at 2200 g ai/ha
- ▮▮▮▮▮ was equally effective compared to ▮▮▮▮▮
- ▮▮▮▮▮ was less effective than both ▮▮▮▮▮ at 75 g plus 1200 g ai/ha of ▮▮▮ safening was marginal
- ▮▮▮▮▮ was the less effective of all safeners tested. Maize injury was unacceptable when 60 g or 120 g of ▮▮▮ were mixed with 1200 g and 2400 g ai/ha of ▮▮▮ respectively
- The ▮▮▮▮▮ was equally or less injurious to maize compared to ▮▮▮ (depending on location), but both formulation were safer than the ▮▮▮▮▮ In addition, mixtures of ▮▮▮▮▮▮▮▮▮ did not result in acceptable crop safety

### ▮▮▮▮▮▮▮▮▮▮▮▮

**Protocol:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Stage 1.3; Optimization)
**Title:** POST emergence control of tough weeds: evaluation of new ▮▮▮ as POST emergence herbicide US
**Objectives:** (1) compare the efficacy of ▮▮▮ versus the standard ▮▮▮▮ (2) compare the spectrum and rate response of ▮▮▮ versus ▮▮▮ (3) evaluate the potential use of ▮▮▮ in pre-plant burndown and plant-back (crop rotation) scenarios
**Distribution:** Bruns (OH); <u>Thomas</u> (IL); Krumm (WI); <u>Mroczkiewicz</u> (IN); Hitchner (Delmarva); Moses (IA); <u>Cully</u> (IL); Minton (TX); Holloway (TN); Sanders (MS) (trials visited)

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN03628860

Exhibit 295 Page 5

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests

**Summary:**
- ███ no ███ injury observed; good plant-back fit (limited crop rotation limitations)
- ███ no ███ injury observed; good pre-plant burndown potential
- ███ generally good efficacy observed at 600 g ai/ha of ███ however, the rate-response was flat (no increase in efficacy observed at rates of 750 g, 900 g and 1200 g ai/ha compared to 600 g ai/ha of ███)
- Good activity of ███ on ███ resistant common waterhemp (Southern Illinois University site)
- In mixture with ███ (420 g ae/ha), 750 g ai/ha of ███ gave good efficacy. There was an indication at lower rates of ███ the mixture may be antagonistic (A Moses)
- ███ was consistently weak on common lambsquarters (*Chenopodium*)
- Recommendations: (1) comparison of ███ should be made to both ███ (burn-down and in-crop HTC) and ███ resistant weeds) (2) important to demonstrate the advantage versus ███ preliminary assessment suggest that it may be weaker vs. ███ (3) application volume (300 L/ha) may be too high, particularly for maximum ███ efficacy; consider lower application volumes, (4) in-crop use needs to control ███ susceptible and ███ resistant biotypes of common waterhemp, horseweed and ragweeds
- A perfect molecule is not needed. Very good results observed thus far plus Chuck likes it!

Adjourned at 13:10 (CST) on June 26th, 2009

CONFIDENTIAL: not for external dissemination; disclosure of this document to unauthorized persons would be detrimental to the company's interests