**From:** Atkin John CHBS
**Sent:** Monday, January 25, 2010 12:35 PM
**To:** Hawkins Vern USGR
**Subject:** Re: ▇

Vern,
I cut through and discussed with Davor and Mike Mack. I hadn't realized but this would not be a promotion for ▇ and there are also other possibilities for him.

We can go ahead with ▇ if that's your final recommendation but let's get the package done and approved before announcing. I feel we don't have to make ▇ SMG initially (although the role is) like we did with ▇. In ▇ case though we now need to give him the SMG C level (soon to be grade 8) and I got that agreed with the SEC.

Why don't you outline for me in email or hand drawn chart if you prefer, the overall changes we discussed over dinner then I can get them all agreed at once.

(By the way, MM does have some preconceptions on ▇; I need to talk it through with him)
John

----- Original Message -----
From: Hawkins Vern USGR
To: Atkin John CHBS
Sent: Mon Jan 25 17:18:23 2010
Subject: RE: ▇

I have not contacted ▇ yet - let me know what the resolution is when you have it confirmed.

Thanks,

-Vern

-----Original Message-----
From: Atkin John CHBS
Sent: Monday, January 25, 2010 11:14 AM
To: Hawkins Vern USGR
Subject: ▇

Don't contact ▇ if not done. I think I've resolved it John

Exhibit 322 Page 1

GRNVL0000086850
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION