**Lukaszewski Angela USRE**

| | |
|---|---|
| **From:** | GPS Workflow - Global Personnel Sys [system.global_personnel@syngenta.com] |
| **Sent:** | Monday, March 29, 2010 8:00 AM |
| **Subject:** | Salary Adjustment-HR Operations: PERNR: 08600170 |

Name: Hertl, Peter
Effective Date: 02/01/2010

**Job Data Changes**
PA: US19 - Crop Protection
PSA: USGR - Greensboro, NC
Action: Salary adjustment
Action Reason: Salary Adjustment

**Job Assignment Data**
Position #: 58032844 - Head, Global Product Safety
Geo Unit: 00169887 - NAFTA Dev & Product Safety
Job: 55005140 / Global Product Safety Head
Exempt/Non-Exempt: Exempt
Supervisor Name: Stypa, Marian L

**Cost Center Data**
Operational Budget Center:
Territory #:
Payroll Budget Center: SR520000

**Compensation Data**
Compensation Rate:
Comp Frequency: U2 - Monthly Crop
Salary Range: MIN:
Hours/Week: 40.00
ST%:
Grade:
Contract:

Business Comments: 2/1/10 - Salary adjustment.
HR Comments: 2/1/10 - Salary adjustment. Please include retro-pay in April paycheck.

Completed by: Angela Lukaszewski
Completion Date: 03/29/2010


* All recipients - Please take appropriate action in your area. If you have any questions regarding this data, please contact the originator, or your local HR Business Partner.

Thank you,
Syngenta Human Resources

**EXHIBIT**
Hertl 7
11/4/10

CONFIDENTIAL INFORMATION-
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

SYN03157659

Exhibit 328 Page 1

1

**Lukaszewski Angela USRE**

| | |
|---|---|
| **From:** | Minter Stephanie USGR |
| **Sent:** | Sunday, March 28, 2010 3:17 PM |
| **To:** | Lukaszewski Angela USRE |
| **Cc:** | Coles Paula USGR; Eisele Don USGR |
| **Subject:** | FW: Peter Hertl - salary adjustment |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Angela, is Peter in your support group? If so, can you please adjust salary to $███ effective date Feb. 1st (approvals below). No other change to his record.

Assuming it will catch the April payroll, he will receive the 2 months as retro along with normal pay.

Thanks so much,
Stephanie

---

**From:** Eisele Don USGR
**Sent:** Thursday, March 25, 2010 1:36 PM
**To:** Minter Stephanie USGR; Coles Paula USGR
**Subject:** FW: Peter Hertl - salary adjustment
**Importance:** High
**Sensitivity:** Confidential

The long and short of this is that Peter's base salary needs to be changed to $███ retro back to February 1st. I dropped the ball on this, can this take place in his April pay?

Thanks,

Don

---

**From:** Grueter Xaver CHST
**Sent:** Thursday, March 11, 2010 9:42 AM
**To:** Glover Claire CHBS; Eisele Don USGR
**Cc:** Pfaendler Martin CHBS
**Subject:** RE: Peter Hertl

Both

Peter has taken his role from 1 January. We offered him the new salary from 1st of Feb as he decided to start then here in Basel.
Therefore I think it would be fair to implement it from Feb.

Thanks
Regards
Xaver

---

**From:** Glover Claire CHBS
**Sent:** Donnerstag, 11. März 2010 14:58
**To:** Eisele Don USGR; Grueter Xaver CHST
**Cc:** Pfaendler Martin CHBS
**Subject:** RE: Peter Hertl

Don, Xaver

My understanding was that we were going to implement the new salary from April.

Xaver when you communicated this to Peter was that the message or was it backdated to 1 January?

Thanks
Claire

**From:** Eisele Don USGR
**Sent:** Mittwoch, 10. März 2010 21:09
**To:** glover Claire CHBS
**Cc:** Pfaendler Martin CHBS; Grueter Xaver CHST
**Subject:** RE: Peter Hertl

Claire,

I dropped the ball on this, started on implementation, but just got completely side tracked and dropped the ball. Remind me, is this to be retroactive to January 1st 2010, or another date. At this point we've missed the April payroll, we'll make it all up in May.

Sincere apologies and I'll call Peter.

Don

**From:** Bladen Claire CHBS
**Sent:** Wednesday, February 24, 2010 11:58 AM
**To:** Eisele Don USGR
**Cc:** Pfaendler Martin CHBS; Grueter Xaver CHST
**Subject:** Peter Hertl
**Importance:** High

Don

As discussed we have converted Peter's approved package of CHF ▮▮▮▮ into USD using an average over the 6 month period June to December 2009.

The USD figure is USD ▮▮▮▮

Please could we ask you to implement this. Xaver will communicate this to Peter Hertl.

Kind regards,
Claire