**From:** Atkin John CHBS
**Sent:** Thursday, August 12, 2010 2:32 PM
**To:** Sullivan Jonathan Dale CHBS; Hawkins Vern USGR
**Subject:** Re: ███ MID-YEAR REVIEW

**Sensitivity:** Private

Excellent summary. I can only support it and add that some of the US Syngenta people ███ is working with are very much used to running their own agendas and "owning" relationships with third parties involved with atrazine.
The challenge we have today requires much more openness and willingness to collaborate across disciplines (particularly regulatory, public affairs and legal) and ███ has found it challenging to get colleagues to recognize and act on this need. The consequences are well described by Jonathan.

The need is for ███ to be more assertive and for the functional specialists, all of whom are excellent in their field of expertise, to be more collaborative and conscious of the need for cooperation and timely, shared decision making.

John

---

**From:** Sullivan Jonathan Dale CHBS
**To:** Hawkins Vern USGR
**Cc:** Atkin John CHBS
**Sent:** Thu Aug 12 17:27:07 2010
**Subject:** ███ MID-YEAR REVIEW

Vern,

As promised I am writing to give you my feedback to ███ mid-year review for which I understand you are meeting with him tomorrow .

In general terms I believe ███ is doing a good job in his new role under quite difficult circumstances . We have never before seen a multi-pronged assault of such intensity on a single product and the task of selecting, deploying, prioritizing and coordinating the right internal and external resource has inevitably involved a steep learning curve for ███. He has been energetic and diligent in getting to grips with the different work streams . The way in which grower groups have been mobilized and in which the tone of the media reporting has become recognizably more balanced over time represent significant successes. Arguably more attention should have been given earlier to resolving the approach to the political dimension of the EPA process and there is some sense that the appointment of Podesta has arrived quite late in the process leaving them limited time to develop and execute a coherent strategy ahead of the September SAP .

███ is prompt and fluent in his briefing to me and John Atkin , and does not hesitate to flag early those issues which require our attention and to bring in those personnel with the expertise required to advise on those issues .

The main area of difficulty, and ███ himself alludes to this at several points in the self-appraisal, has been his working relationships with some of the key functional managers engaged in the atrazine defence effort . It is not clear that he has operated to the governance structure which was established at the start . There has been some comment that the NAFTA Triazines Steering Team has met relatively infrequently (when I put this to ███ myself he said that it was difficult to secure availability of all of the members – I suggested he might tackle this by having shorter meetings but more often and using teleconference where necessary) and that ███ has preferred to work one-on-one or in sub-groups of stakeholders . In addition there is an impression that he has sometimes responded to interpersonal conflict by working around the individuals involved . It is not clear why there continue to be "working issues" with the Washington DC office but we have had to remind ███ fairly regularly of the need to ensure the involvement of Washington-based personnel in those activities which are clearly within their area of responsibility and in which they could reasonably expect to have a role .

Exhibit 339 Page 1

GRNVL0000086756

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

I am happy to elaborate on any of these points if you would like to call me, or if you think this is more appropriate I can attempt to go through them separately with [redacted] myself .

I am copying these comments to John in case he wishes to add to them .

Jonathan .



GRNVL0000086757
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION