

**syngenta**

Development

**Principles, Concepts and Processes**

EXHIBIT
ATKIN
9
101410JW

*1*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Introduction

- Crop Protection  - Markets and business position

- Development    - Key principles and concepts
                 - Core Activities
                 - Organisation charts
                 - How the groups fit together

- Key Interfaces  - PLT's, R+T, Global Supply, Regions, Countries
                 and other groups

- Key processes  - Stage Plan
                 - Governance (decisions, development committee)
                 - Project Portfolio Management

- Conclusions

syngenta

2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787782
Exhibit 019 Page 2

# ...ding Position in CP across all Geog...

## ...AFTA

Market size: $ 9 bn

Syngenta 23%
Monsanto 22%
BASF/Cyanamid 13%

## Europe and AME

Market size: $ 9 bn

Syngenta 27%
Aventis 23%
BASF/Cyanamid 16%

## Asia

Market size:



Syngenta 16%
Aventis 11%
Monsanto 7%

## Latin America

Market size: $ 4 bn

Syngenta 23%
Monsanto 15%
Aventis 14%



3

3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787783
Exhibit 019 Page 3

# ...ding Positions across all CP Produc...

## Market share by product line*, % 1999

### Selective herbicides



1999 estimated market: $ 10.6 bn

### Insecticides



1999 estimated market: $ 7.0...

### Non-selective herbicides



1999 estimated market: $ 3.7 bn

### Fungicides



1999 estimated market: $ 5.8...

*...products included in herbicides, fungicides and insecticides
...s McDougall, Syngenta

4

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Strong Position in High-Value Commercial Seeds

## Market share by product line, % 1999

)s

### Vegetables and flowers



Syngenta
5%
20%
Pioneer/ DuPont
62%
13%
Monsanto

)9 estimated market: $ 9-11 bn



11%
Other
68%

1999 estimated market

5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787785
Exhibit 019 Page 5

# Leadership in Research & Developm



**R&D expenditure, 1999**
**$ m**

| | |
|---|---|
| Syngenta | 785 |
| Monsanto | 695 |
| Aventis | 465 |
| DuPont* | 435 |
| BASF/Cyanamid | 343 |
| Bayer | 280 |
| Dow | 255 |

- Critical ma
  technology
- Sustainabl
  to sales tha
- Full produ
- Financial s
  diminished
  investment

6

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787786
Exhibit 019 Page 6

## Development - What does it cover ?

- HQ Development Organisation

- Development projects and resources - world-wide

- Single annual global budget

syngenta

7

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787787

Exhibit 019 Page 7

# Product Development - Core Goa

y group harnessing technical ideas and innovation acr
ngenta to create and deliver added value science and s

- **Support and deliver growth strategy**
- **Cost-effective programmes**
- **Quality to specification**
- **On time**

fend and innovate product range

: global standards, policies and processes

- **Product performance and field data**
- **Regulatory affairs**
- **Project management**
- **Product stewardship**

insparent, single work-slate of development projects w
'esources

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# evelopment Organisation - Conc

ens and is aligned with Product Leadership Team con

product has clear accountable person for each area of
oduct technical performance
gistration
source planning and monitoring of projects

re global activities - leadership, co-ordination, strategy

nal excellence: product performance, data-managemer
registration, project management

cus on visibility of project progress and use of resourc

n use of IT and communication systems

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787790
Exhibit 019 Page 10

# Development - Core Activities

**Head of Product Development**

**...Affairs ...er**

- ...ory strategy
- ...ncing
- ...ndards
- ...ckages

- ...istry

- ...n & database

**Development Portfolio Manager**

- Single, visible work-slate
- Project prioritisation processes
- Study planning and monitoring
- Cost management and budgets
- Resource allocation
- Project management skills/tools
- Database and systems

**Global Standards Manager**

- Global field trials planning and data management support
- Sample logistics
- Statistics
- Standards and processes
- Application technology
- SHE

**Pr...**

- ...
- ...
- ...
- ...
- ...

**Technical Leader Insecticides**

**Technical Leader Non-sel Herbicides**

**Technical Leader Selective Herbicides**

- Product performance
- Technical strategies and product positioning
- Issue management
- New AIs, formulation improvement and product defence
- Information and support for launches

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Technical Management

eadership roles on product performance and utili

asis on global, core accountabilities

ew AIs, global formulations/use projects

se rates, positioning, product differentiation

arnessing innovation

roduct performance issue management

king with research

kternal competition and trends - outward looking

dual data crunching and detailed reviews will be

ountries

integrated networking with regions and countries

ecialists identified world-wide and utilised

# Global Standards and Field Network Support

- One group for all Development and R+T
- Global visibility and accessibility of field data
- Co-ordination global field trials planning process - D and R+T
- Trials design and new techniques to improve capability/capacity
  - including support on biotech trials for R+T, Crop Genetics
- Development of field IT systems - data capture, storage, retrieval
- Statistics
- Support for technical managers - trials analysis
- Application technology
  - global co-ordination
  - operator exposure studies
- Sample logistics and supply
- Field SHE

13

syngenta

*13*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787793

Exhibit 019 Page 13

# International Field Stations

- Both Zeneca and Novartis have field stations world-wide

- Syngenta will have global capability and capacity to meet company needs

- Delivering work for research, development and in market support

- Focused approach with stations having targeted expertise on crops and CP targets

- For development of new active ingredients and formulations - ability to test at 3 sites per season to support fast-track timelines

- Jealott's Hill and Stein/Les Barges will continue as sites for testing research compounds

- Jealott's Hill will remain a key site for testing GM crops

- Announcements on field stations will be cascaded as soon as possible on a country basis

syngenta

14

*14*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787794

Exhibit 019 Page 14

# Registration Management

- Regulatory strategy for each AI
- Registration package to meet business requirements
  - Lead Regulatory Development Team
  - Speed - cost - quality of registration - risk
- Global leadership on strategic regulatory issues
- Proactively influencing key external groups
  - Traditional government regulators
  - International influencing bodies - WHO, FAO, OECD
  - Food industry
  - Use of regulatory data to support marketing/sales
- Regulatory database and document registry
- Product chemistry
- Close liaison with HAES
- Support to Regions and Countries on key regulatory projects

syngenta

15

*15*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



# Development Department

| Head of Product Development |
|---|
| **Viv Anthony** |

| Administration Assistant |
|---|
| **Rita Vogel** |

| Development. & Product Stewardship Integration Officer |
|---|
| **Tony Skidmore** |

| ...ffairs ...r |
|---|

| Regulatory Affairs Integration Officer |
|---|
| **Geoff Willis** |

| Global Standards Manager |
|---|
| **Alan Jutsum** |

| Dev... |
|---|

| ...der ...; ...y |
|---|

| Technical Leader Insecticides |
|---|
| **Max Angst** |

| Technical Leader Non-Sel Herbicides |
|---|
| **Geoff Foxon** |

| Technical Leader Sel. Herbicides |
|---|
| **Andreas Zoschke** |



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787797
Exhibit 019 Page 17



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787798
Exhibit 019 Page 18

## Technical Management - SH

### Selective Herbicides

### *Key Projects 2001*

☐ **s-Metolachlor** in maize – launch in Europe

☐ **Trifloxysulfuron** in cotton / cane – launch in Brazil, prepare USA

☐ **Pyriftalid** in rice – launch S. Korea, prepare Japan

☐ **Mesotrione** in maize – launch Germany ++, prepare USA

☐ **NOA-407855** in cereals – define core product concept(s)

syngenta

19

*19*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787799
Exhibit 019 Page 19

# Technical Management - SH

### Selective Herbicides

### *Trifloxysulfuron (CGA-362622) in cotton / cane*

➢ **BRAZIL & ARGENTINA**
- secure successful launch of ENFIELD ® and KRISMAT ®
- secure transfer of technical knowledge to marketing / sales

➢ **USA**
- submit registration dossier

➢ **GENERAL**
- consolidate biological profile (URS in cotton, carry-over)
- finalize HCLP (Herbicide Communication and Launch Platform)
- establish HTC concepts in soybean & rice (w/ Non-Sel Herbicides!)

syngenta

20

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787800

Exhibit 019 Page 20

# Technical Management - SH

### Selective Herbicides

## *Pyriftalid (CGA-279233) in rice*

➤ **S. KOREA**
- obtain registration
- secure successful launch of APIRO ® GR
- secure transfer of technical knowledge to marketing / sales

➤ **JAPAN**
- submit registration dossier
- finalize product concepts & 3rd party collaborations

➤ **GENERAL**
- finalize HCLP (Herbicide Communication and Launch Platform)
- complete registration trials in WEU
- clarify ECHCO activity issue in COL

syngenta

21

*21*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787801
Exhibit 019 Page 21

# Technical Management - SH

## Selective Herbicides

### *Mesotrione (ZA-1296) in maize*

➤ **USA**
- secure successful registration & positioning of CALLISTO ® (solo)
- start development projects with s-MOC & atrazine

➤ **WEU**
- secure successful positioning / launch of CALLISTO ® (solo) in A & D
- start development projects with s-MOC & triazines
- start development project with nicosulfuron

➤ **GENERAL**
- study formulation options relative to preferred product concepts
- analyze various technical options in PRE- an POST-em
- investigate opportunities in other crops (cereals, rice)

syngenta

22

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787802
Exhibit 019 Page 22

# Technical Management - SH

## Selective Herbicides

### NOA-407855 in cereals

➢ **WEU, NAFTA & AUSTRALIA**
  - start registration trials (residue & efficacy)

➢ **GENERAL & OTHERS**
  - freeze core formulation
  - finalize additive strategy
  - establish product & branding concepts for all countries / regions
  - conclude re leaching behavior

syngenta

23

*23*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787803
Exhibit 019 Page 23

# Technical Management - SH

### Selective Herbicides

## *Other projects*

➢ **Study new projects ideas**
  - maize (mesotrione vs. triazines, sulfonylureas)
  - cereals (clodinafop vs. tralkoxydim +- cloquintocet)
  - rice (molinate vs. pyriftalid, cinosulfuron vs. mesotrione)
  - BL crops (clodinafop vs. fluazifop)

➢ **SH - Portfolio**
  - questionable A.I.'s
  - positioning of different product concepts / solutions (all crops)

➢ **New chemical projects**
  - HPPD, eg. NOA-449, R604 (com)
  - KYNE ..... (cereals)

syngenta

24

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787804

Exhibit 019 Page 24



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787805

Exhibit 019 Page 25



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787806
Exhibit 019 Page 26



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787807
Exhibit 019 Page 27

# Development - Interfaces



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787808

Exhibit 019 Page 28

# Development - Key Processes

| ss | Purpose and Activity | F |
|---|---|---|
| Plan | Bring products to market<br><br>Product Leadership Teams<br>Project management<br>Development Committee | Co |
| opment lio | Prioritisation of projects and assign resources | A |
| ting | Allocation of funds to development and resource centres | A |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# ...lopment Projects - Implementati... Delivery

## Product Leadership Team



### Development Strategy

**Biological Development Team**

Field Trials Region/Country
Glasshouse Biology
Formulation development
Mode of Action
Global standards
Planning

**Regulatory De...**

Regional regu...
Toxicology
Environment/s...
Product chem...
Planning

**Development Project Leader**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Development Project Leaders

- To manage dimensions and complexity of portfolio

- Route for PLTs to secure development resources

- 7 project leaders

- Professional project managers using prime modern tools
  to provide:

  1. Options to PLTs - timelines, costs, risks, quality specification

  2. Initiating plans and contracts to resource centres

  3. Focus and delivery - track progress, monitor costs and raise
     issues to PLTs

syngenta

31

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787811

Exhibit 019 Page 31









  **Strategic Decision Point** ⬦ **n**   **Decision Point**   **\* Fast Track Tim**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Development - Governance

| tage Plan | Promotion Proposal | Approval | Promotion Deci |
|---|---|---|---|
| aluation | Prospective  PLT | Development Committee * | CP Managem |
| relopment | PLT | Development Committee *<br><br>CP Management Team | Syngenta Exe Committee |
| aunch | PLT | Development Committee * | CP Managem |
| ase-out/ it | PLT | Product Line Head | CP Managem Syngenta Exe Committee |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# lopment Committee - Technical E

## Key Role

AI stage promotions - review proposals from PLT:

Annual technical and regulatory review of key AIs

Science reviews and issue management on tox, environmental, product performance, formulatior and production

Recommendations to CP Management Team

Setting standards and policy on technical matters

Official trail for external auditing

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# lopment Committee - Technical I

**t**

## on focused meetings

## ieeting - 5 December 2000

## er year

## ible based on project decision points and
## management

## 2 promotions - jointly with representative
## Research and Technology

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# lopment Committee - Technical I

## s

### nbers

- Development (chair)
- ment Portfolio Manager (secr.)
- Research Projects
- Regulatory Affairs Manager
- HAES
- Manufacturing/formulation

### Frequent Attendees

- Intellectual Property
- Technical Managers
- Scientists and expe
- Development Projec
- Regional representa
- R+T representatives
- Product managers

## dees listed are a draft proposal

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Resource Budgeting

approach needed for Syngenta

peration needed with all other budget hol
sure capacity and capability for all busin

istency with Product Portfolio Process

al cycle

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Development Budgeting



**Line-Management**

**Development**

**&T**                    **Mar**
                         **Sal**

**Budget holders**

- **3 way meetings between budget holders**
- **Development co-ordination - major holder**
- **Resource targets defined - projects, activitie**
  **and priorities**
- **Agree resource capacity and capability need**
- **Starts June/July**
- **Aligned with portfolio cycle**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Portfolio Prioritisation Process

## Active ingredients and Formulations

**Single work-slate of projects within Syn**
**Resource use aligned to business priorit**
**Clear, visible, owned and supported pro**
**Products, development, regions, countri**
**Annual cycle - synchronised with budge**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Syngenta - Development Portfolio 2001

- Total number of Syngenta project proposals - 416

- Novartis - 243
- Zeneca  - 173

- Zeneca largely balanced with pre-merger resources
- Novartis c. $12m over-subscribed
- + Promotion decisions
- + Strategic combined portfolio projects

- Dec 7 - PLHs and Development with input from Regions
  - priority decisions to balance supply and demand

- New process for 2002 - rolled out 1-2Q 2001

syngenta

*42*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787822

Exhibit 019 Page 42

# Crop Solutions

## lio Prioritisation

rent types of crop solutions emerging
rent levels of resource
rent key players
gration of thinking and resources needed

-> Crop use --> Food Chain          (Farmers, food

tiple ai's --> Crop Programmes      (+ Region)

ombination with Plant Genotype   (++ PSA, Seeds

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787823

Exhibit 019 Page 43

# Conclusions

- Syngenta is a new company with unique organisational structure

- Many new types of jobs and processes

- Team work is essential

- Size and complexity - biggest challenges

- Encouragement of new ideas and innovation

- Development portfolio - setting the focus, priorities and incorporating crop solutions are key to success and future growth

- Your inputs and expertise are needed to shape the processes and direction of Development to meet our business goals

44

syngenta

44

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Development Vision and Processes
## Communication

- Visits to Key Sites - 1 week after R+T roll out
- Target audience    - key staff on development projects

- Proposed dates

| | | |
|---|---|---|
| • 27 Nov - JH (am) | | Envir |
| • 28 Nov - Greensboro | Form | Envir/Safety |
| • 29 Nov - Williamsburg | US Development/Planning | |
| • 30 Nov - Basle/Stein | Bio/form | Envir/Safety |
| • 1 Dec - CTL | | Safety |

syngenta

45

*45*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787825

Exhibit 019 Page 45

# peration of Product Leadership T



# oduct Leadership Team

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

## Technical Management - SH

# Add on Insecticides

syngenta

47

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787827

Exhibit 019 Page 47



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787828

Exhibit 019 Page 48

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787829

Exhibit 019 Page 49

## Technical Management - I

### Insecticides

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787830

Exhibit 019 Page 50

# Technical Management - I

## Insecticides

| Pest complex | Broad spectrum | Fully active on certain species |
|---|---|---|
| Lepidoptera | Profenofos<br>Lufenuron<br>Emamectin<br>L-Cyhalothrin | Abamectin<br>Fenoxycarb |
| Sucking pests | Thiamethoxam<br>Pynetrozine<br>Diafenthiuron<br>Pirimicarb | Abamectin<br>Lufenuron<br>L-Cyhalothrin |
| Scales | Methidathion | Thiamethoxam |
| Coleoptera | Thiamethoxam<br>L-Cyhalothrin | |
| Mites | Abamectin | Diafenthiuron<br>Bromopropylate |
| Diptera | | Thiamethoxam<br>Cyromazine<br>Abamectin |
| Nematodes | Fosthiazate | Abamectin |

syngenta

51

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Technical Management - I

**Insecticides**

*Key Projects 2001*

❑ **Thiamethoxam** launch in various countries

❑ **L-Cyhalothrim** re-registration in WEU

❑ **Abamectin** re-registration in WEU, generic defense

❑ **Ememectin** in hous production

52

syngenta

*52*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787832

Exhibit 019 Page 52

# Technical Management - I

### Insecticides
## Thiamethoxam (CGA-293'343)
## Sucking pests and coleoptera

- avoid a Q* in US to fully exploit potential markets
- solve patent issue with Bayer
- ensure exploitation of unique features of the product
- develop relevant premixes in Japanese rice

## Lambda-Cyhalothrin
## Broad spectrum insecticide

- secure reregistration in WEU
- push Karate benefits2 project
-

syngenta

53

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02787833

Exhibit 019 Page 53

# Technical Management - I

## Insecticides

### Abamectin (CGA-140'327)
**mites /insects**

- re-registration in WEU

- generic defense
- new formulations for market segmentation (ZEON, WG, nematodes)
- slugs

### Emamectin (CGA-405'626)
**Lepidoptera in vegetables and cotton**

- registration and launch in veges and cotton in US
- inhouse production

54

**syngenta**

*54*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

## Technical Management - I

**Insecticides**
*Profenofos (CGA-293'343)*
*Sucking pests and coleoptera*

- maintain position of best OP controlling leps and sucking pests in cotton/veges
- continue development and registration of Curyom (PFFO + LUFE) in AP and LAM

*Lufenuron (CGA-184'699)*
*Lepidoptera*

- secure re-registration in WEU
- secure registration and launch in AUS

55

syngenta

55

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Technical Management - I

**Insecticides**

## *Pymetrozine (CGA-215'944)*

### *Aphids, WF*

- secure change from WP25 to WG 50 formulation
- support further launch activities

## *Pirimicarb*

### *Aphids*

- evaluate value of US market vs. Thiamethoxam and Pymetrozine
- maintain green image within new tox classification in WEU

56

syngenta

*56*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Technical Management - I

## Insecticides

### *Fosthiazate*

#### *nematodes*

- registration in US
- get common agreement with ISK on product development and sales
- evaluate importance of nematicide within a banana and tomato crop program

### *Others*

| | | |
|---|---|---|
| **Methidathion** | *Scales* | – ensure re-registration in WEU |
| **Fenoxycarb** | *Tortricidae* | – ensure re-registration in WEU |
| **Cyromazine** | *leafminers* | – ensure re-registration in WEU |

syngenta

57

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION