**syngenta**

## APPLICATION:

RELEASE for FIRST SALES of an Active Ingredient      | **Mesotrione** |

| | |
|---|---|
| Active ingredient(s) (Code-Number and content) | Mesotrione |
| Use(s) (crop, crop group, pest) | Maize |
| Core Formulation(s) | 100 SC BIW and 480 SC |
| Planned Registration (country/ies, year) | 2001 – 2003(4) |
| Planned Market Introduction (country/ies, year) | 2001 |
| Applicant (Leader of respective Team) | Judy Garrett |

| Ref. | Submitted Documents | Source |
|---|---|---|
| 1 | Market Overview | Judy Garrett |
| 2 | Chemistry | GS T&P |
| 3 | Technical Evaluation | Derek Cornes |
| 4 | Patent Protection | Steven Ward |
| 5 | Maufacturing | Tom Truncellito |
| 6 | Safety Evaluation | HAES |

**Conclusions of the Development Committee:**

**Decision:** Recommended for release to first sales

**Date:** 21 March 2001       **Signed:** VA/30.3.01

**Comments / Conditions:**
1. Consider further steps to maintain freedom to operate (Review patents and publication strategy for additional combination products and uses, including uses with HTCs)
2. Study further the relationship between soil residues and rotational restrictions and ensure risk for carry-over is acceptable.
3. Perform Ames test on each batch of production material for first 6 months; agree plan for further testing in light of experience thereafter; blending Ames pos. with Ames neg. batches is not supported.
4. Present production status and plans to DeCo before start of large scale production and further product launches. Especially ensure cross contamination risks are identified and minimised.

Distribution: PL Manager, Regional Portfolio Mgrs., Applicant

EXHIBIT
ATKIN
11
10151DJW

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION       GRNVL0000051641

Exhibit 025 Page 1