

MESOTRIONE
Release for First Sales
syngenta

EXHIBIT
ATKIN
12
10/5/10 JW

Page 1

1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788061

Exhibit 028 Page 1



Mesotrione
Registrations achieved for 2001 sales
Germany, Austria, Switzerland YF 11645
Registrations possible for 2001 sales
USA WF 2795
Release for first sales

Page 2

2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788062

Exhibit 028 Page 2

## Conclusions of the Development Committee

**Decision: Recommended for release to first sales**

Comments / Conditions:

- Review patent strategy
  - Underway
- Confirm risk for carry-over is acceptable
  - Data review and trials underway
- All sales AI batches to be Ames negative
  - Testing in operation
- Update DeCo on production when new plant is active
  - Presentation to next DeCo.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



Presentation today
Background Judy
Technical overview Derek
Market overview Judy
Mesotrione strategy Judy
How Mesotrione fits Judy

Page 4

4

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788064
Exhibit 028 Page 4



Background
1977
2001
First Sales

Page 5

5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788065

Exhibit 028 Page 5



What is it?
Broad spectrum broadleaved weed corn herbicide with some grass activity
Foliar + soil activity
Pre and post emergence
Low use rates
Made in Cold Creek Alabama from commissioned intermediates
Development focused in North America and Europe
LATAM and APAC development starting now
Good profitability
Potential blockbuster

Page 6

6

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788066

Exhibit 028 Page 6



## Products

| BRAND | Position | Rate g ai/ha | Price/ha | Cost/ha | Gross Profit |
|---|---|---|---|---|---|
| CALLISTO (WF 2795) | Post | 150 | $18 | $4 | 75% |
| CALLISTO (YF11646) | Post | 100 | $30 | $5 | 73% |
| Pre-mixes with S-Moc | Pre | 150-200 | $50 ($36-$52) | $20 | 60% |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788067

Exhibit 028 Page 7



Technical Overview
syngenta

Page 8

8

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788068

Exhibit 028 Page 8

## Mesotrione

- A new systemic HPPD (bleaching) herbicide for use in maize
- Pre-emergence and post-emergence use
- Wide post-emergence timing flexibility
- Excellent crop tolerance
- Contact and residual activity
- Wide annual dicot spectrum with some grasses
- Excellent partner for Syngenta corn portfolio
- Low rates - 50-150 gai/ha post, 150-220 gai/ha pre

Now I'd like to just summarize some of the highlights of ZA1296.

It is a systemic, pre and post herbicide for controlling broadleaf weeds in corn.

Susceptible weeds stop growing soon after they absorb ZA1296, and die within 2 weeks.

This herbicide is rapidly absorbed and translocated. It is rainfast within 1 hour of a post application.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



Mode of Action of Mesotrione
Inhibition of HPPD

Page 10

10

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788070

Exhibit 028 Page 10



Mesotrione - Weed Control

Chart can be found in C/Windows/Temp/ZA1296 Reference Document.

Page 11

11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN02788071

Exhibit 028 Page 11



Key Features and Benefits of Mesotrione
Control of key broadleaved weeds including Abutilon
Complimentary to triazines
Allows triazine free option
Wide pre to post-emergence application window
Flexibility for the farmer
Fits all market segments
Contact and Residual activity
Excellent mixture partner for S-metolachlor and nicosulfuron
Excellent crop tolerance
Farmers do not want to see crop injury
No resistance to HPPD mode of action
Controls ALS and triazine resistant weeds
Synergy with triazines
Allows significant triazine rate reduction

Page 12

12

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788072

Exhibit 028 Page 12



Competitor Comparison

Page 13

13

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788073

Exhibit 028 Page 13



Page 14

14

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788074

Exhibit 028 Page 14



Scope of Syngenta's Corn Herbicide Portfolio
Callisto
Callisto

Page 15

15

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788075

Exhibit 028 Page 15

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN02788076



Mesotrione – Technical Fit
Allows rejuvination of the Syngenta maize portfolio
One-pass season-long post-em broadspectrum weed control in mixture with nicosulfuron
Synergistic in mixture with triazines
One pass season-long pre-em broadspectrum weed control in mixture with S-MOC +/- triazines
Some overlap with other Syngenta broadleaved herbicides

Page 17

17

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788077

Exhibit 028 Page 17



Regulatory
syngenta

Page 18

18

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788078

Exhibit 028 Page 18

# *Toxicology / Environment*

- Excellent toxicology profile
- <u>Key issue - Rat very sensitive to MST induced tyrosinaemia</u>
  - Rat not appropriate species for human risk & hazard assessment
- Seeking regulation on the mouse
  - EPA, EU ISPRA, EU Rapporteur - recommend mouse
  - German, Austrian and French regulating on rat but will amend subject to Annex I listing conditions
- Good Ecotoxicology / Environmental profile
  - Minor issues being managed

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN02788079

# Manufacturing Regulatory

- Ames +ve results for some technical material
  - All AI batches for sales must be Ames negative
  - All batches being tested
  - Review after main plant is producing
- AI used in tox. studies more pure than technical material
  - Support position that 92% is acceptable
  - Review policy when new plant on stream
- Formulation
  - Acceptance of minor changes

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN02788080



Regulatory Summary
All current issues manageable
Any risk is on timeline rather than registerability

Page 21

21

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788081

Exhibit 028 Page 21



Corn Herbicide Market
syngenta

Page 22

22

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788082

Exhibit 028 Page 22



The Corn Herbicide Market
$2350 M
USA
Europe

Page 23

23

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788083

Exhibit 028 Page 23



Syngenta 2001
Selective Herbicides in Corn
Market share 32%
NAFTA
Europe
APAC
1%
US$ 660 m
Others
10%

Page 24

24

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN02788084

Exhibit 028 Page 24



Mesotrione
Naturally

Page 25

25

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788085
Exhibit 028 Page 25



Callisto
A unique corn herbicide developed from nature, which provides:
➢ Unprecedented BLW control
➢ Freedom to apply at any time, as needed in the growers weed management programme
➢ Environmental, crop and human safety

Page 26

26

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788086

Exhibit 028 Page 26



OBJECTIVE SYNGENTA, $250M; $175M Incremental
Corn, USA and Europe
USA
Europe

Page 27

27

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788087

Exhibit 028 Page 27



Callisto Strategy
Objective
To achieve 35% share of the post-emergence target segment by 2005, realising sales of $120M, with gross margin of $100M
To rebuild a strategy for the pre-emergence sector using Syngenta AI partners, targeting for first commercialisation in 2003, and building to sales of $130M by 2007
Use mesotrione to help build the strongest corn crop package in the USA and European markets and to rationalise Syngenta portfolio

Page 28

28

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788088

Exhibit 028 Page 28



LAUNCH PLAN
4SC
BIW
Pre-Mixes
2001
USA
GERMANY
SWITZERLAND
AUSTRIA
HOLLAND
2002
HUNGARY
SOUTH AFRICA
TURKEY
BALKANS
FRANCE
BELGIUM
PORTUGAL
GREECE
SPAIN
ITALY
2003
POLAND
CZECH REP
SLOVAKIA
USA
FRANCE
2004
CANADA
LATAM
APAC
GERMANY
Rest of Europe
LATAM
APAC

Page 29

29

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788089

Exhibit 028 Page 29



Callisto Forecasts
$ Mio
74%

Page 30

30

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788090

Exhibit 028 Page 30



Mixture Forecasts
60%
Sales
Gross Profit

Page 31

31

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788091

Exhibit 028 Page 31



# Total Mesotrione

US $ Million

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Sales | 6 | 46 | 118 | 182 | 219 | 238 | 243 |
| Gross Profit | 3 | 31 | 78 | 121 | 145 | 157 | 160 |
| % age | 54% | 68% | 66% | 68% | 66% | 66% | 66% |
| Business Contribution | -9 | 11 | 56 | 97 | 123 | 137 | 141 |
| %age | -141% | 24% | 47% | 54% | 56% | 58% | 58% |
| EVA | -10 | 1 | 26 | 50 | 65 | 73 | 76 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Mesotrione

| Composition of NPV at 12 % | |
|---|---|
| US$ M | |
| EBITDA | 539 |
| NET INCOME | 315 |
| After Tax Cash flow | 169 |
| Terminal Value | 398 |
| NPV at 12% | 567 |

| | |
|---|---|
| Discounted Payback | 4.3 Yrs. |
| Discounted EVA | $263 M |
| IRR | 41.2 % |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN02788093



Key Commercial Risks
MIKADO
EU only
HTC Corn
Impact 8% 2001 to 16% acres by 2006
Somewhat in our control (flybes)
Protected by breadth of use
Weaker players and products suffer most
Worst case ~$50 M

Page 34

34

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788094

Exhibit 028 Page 34



Mesotrione in Syngenta
syngenta

Page 35

35

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788095

Exhibit 028 Page 35



Selective Corn Herbicide Objectives
Increase market share by 6% to 38% by 2008, realising sales of $750m in corn
Improve profitability of corn herbicide portfolio

Page 36

36

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788096

Exhibit 028 Page 36



Selective Corn Herbicides Strategy
Grow sales by the introduction of mesotrione
2002-5: Post sector
2003-8: Pre sector, in mixture with S-MOC
Use the complimentary profile of mesotrione to rationalise and improve profitability of the Novartis portfolio
Defend against generic acetanilides and triazines with strong branding and differentiated mixtures (with mesotrione)
Preserve the regulatory position of the triazines by good stewardship, using mesotrione to help rate management
Improve position in post-grass sector by discussions with third parties and/or in-house chemistry
Use market leadership in corn and strong brands to minimise impact of HTC penetration, and to build attractive crop solutions

Page 37

37

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788097

Exhibit 028 Page 37



Syngenta Selective Corn Herbicides
Sales
Market Share
Sales without MST

Page 38

38

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN02788098

Exhibit 028 Page 38



Mesotrione in Syngenta Portfolio

Page 39

39

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02788099

Exhibit 028 Page 39



Summary
Large opportunity
Challenging
.....Release for first sales

Page 40

40

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN02788100

Exhibit 028 Page 40