Andreas Nyffeler,
Product Manager SH

Syngenta AG
Selective Herbicides
P.O.Box
CH-4002 Basel
Switzerland

Tel: +41 (61) 323 81 45
Fax: +41 (61) 323 85 92
andreas.nyffeler@syngenta.com





EXHIBIT
MAEDER
3
10|4|0JW

| To | Participants of meeting "Review of Corn Strategy in various traizine scenarios" – Greensboro/USA | Date: | October 19, 2001 |
|---|---|---|---|
| Copy To | | Number of pages: | 1/2 |
| Concerning | | | |

# Meeting "Review of Corn Strategy in various triazine scenarios"

## November 27 (08.30-17.30) - GREENSBORO/USA

# Proposed Agenda

| Time | Topic | Who |
|---|---|---|
| **Tuesday, November 27, 2001** | | |
| 08.00 – 08.15 | Introduction | Dino Sozzi |
| 08.15 - 09.15 | Information on Registration<br>- French situation<br>- EU<br>- USA | Alfred Seiler<br>"<br>Greg Watson |
| 09.15 – 10.00 | Current USA Market Position<br>• Market Evolution<br>- by sector (pre, post, HTC, etc.)<br>- by company market share | Frank Knight /<br>Mike Johnson |
| 10.00 - 10.15 | *Coffee Break* | |
| 10.15 – 11.15 | • Syngenta Portfolio<br>- special emphasis on atrazine reliance<br>• Major Competitor Portfolio<br>- special emphasis on atrazine reliance | Frank Knight /<br>Mike Johnson |
| 11.15 – 12.15 | Assumptions and Agreement for possible scenarios | Judy Garrett /all |
| 12.15 – 13.15 | *Lunch* | |
| 13.15 – 15.15 | Working Session to evaluate Scenarios<br>- SWOT<br>- Performance (spectrum, gaps)<br>- Technical feasibility<br>- Cost picture<br>- Competition<br>- Positioning<br>- etc. | Two Groups:<br><br>(Judy Garrett)<br>(Andreas Nyffeler) |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

| Time | Topic | Who |
|---|---|---|
| 15.15 –15.45 | Group Presentation | Frank Knight / Mike Johnson |
| 15.45 – 16.00 | Coffee Break | |
| 16.00 – 17.00 | Conclusions, best strategy and key issues | Judy Garrett / all |
| 17.00 – 17.45 | Actions agreed<br>- Registration<br>- Field evaluation<br>- Technical development<br>- Production cost analysis<br>- Financial analysis of scenarios<br>- Communication<br>- Follow-up<br>- etc. | Andreas Nyffeler / all |
| 17.45 –18.00 | Wrap-up | Dino Sozzi |
| 18.00 | End of meeting | |

Andreas Nyffeler,  Syngenta AG                Tel:  +41 (61) 323 81 45
Product Manager SH    Selective Herbicides    Fax:  +41 (61) 323 85 92
                      P.O.Box                 andreas.nyffeler@syngenta.com
                      CH-4002 Basel
                      Switzerland



# Minutes of the
# Meeting "Review of Corn Strategy in various Triazine Scenarios"

## November 27/28 at Greensboro

**Participants**

| | | |
|---|---|---|
| Alan Camp (AC) | Pascaline Blanchard (PB) | Gene Hill (GH) |
| Matt Comer (MC) | Judy Garrett (JG) | Fredy Seiler (AS) |
| Greg Peters (GP) | Frank Knight (FK) | Dino Sozzi (DS) |
| Derek Cornes (DK) | Greg Watson (GW) | Andreas Zoschke (AZ) |
| Janis McFarland (JM) | Mike Johnson (MJ) | Bob Wurz (BW) |
| Jeff Tweedy (JT) | J.R. James (JRJ) | Rush Ducote (RC) |
| John Schering (JS) | Andreas Nyffeler (AN) | Bob Slaven (BS) |
| Tom Parsley (TP) | | |

**Distribution**

| | | |
|---|---|---|
| Participants | Vern Hawkinsa | |

## Introduction

In November 2001 the French Ministry of Agriculture decided to withdraw all registrations of triazine containing formulations for use in corn. Triazines represent an important part of our global corn portfolio (~400 mio US $ incl. mixtures). The objective of this workshop is to define the way forward in regard of future triazine restrictions and also to prepare arguments in regard of a possible appeal against the decision of the French government.
Two scenarios with different degree of restrictions were analysed for the years 2003, 2008 and 2013.

## Two scenarios

| | 2008 | 2013 |
|---|---|---|
| **Scenario 1 reasonable** | **Likelihood: 50%** | |
| Atrazine | 2 lb/a site specific lower rates | 1 lb/a |
| S-MOC | 2 lb/a | 2 lb/a |
| Acetochlor | 2 lb/a | no |
| | | |
| **Scenario 2 worst** | **Likelihood: 30%** | |
| Atrazine | no | no |
| S-MOC | 1.5 lb/a | 1.5 lb/a |
| Acetochlor | no | no |

## Assumptions

- Atrazine not registered in France or EU
- No triazines in EU by 2010/13
- RR available with most seed companies: from 2008: 25%; 2013: 35%; tech fee 6 $ / acre
- Acetochlor remains post 2004
- Foramsulfuron registration 2002/03
- Planted: 80 billion acres
- Market shrinks 1.5 % / year

## Atrazine assumptions

### Scenario 1 "reasonable"

|  | 2001 | 2008 | 2013 |
|---|---|---|---|
| Total volume | 98 mm lbs | 68 mm lbs | 34 mm lbs |
| Volume corn | 87 mm lbs |  |  |
| Total treated area | 66 mm ac | 60 mm ac | 45 mm ac |
| Bench rate | 1.33 lb/a | 1.1 lb/a | 0.75 lb/a |
| Total price | 1.7 $/lb | 1.5 $/lb | 1.85 $/lb |
| Market value | 1.5 mm $ |  |  |
| Syngenta MS | 80 % | 60 % | 90 % (or out) |
| Sector (pre/post) | 55% / 45% | 40% / 60% | 30% / 70% |
| RR % planted | 8 % | 25 % | 35 % |
| A.I. Cost | 1 $/lb | 1.20 $/lb | 1.50 $/lb |
| Margin | 41 % | 25 % | 19 % |

### Scenario 2 "worst"

|  | 2001 | 2008 | 2013 |
|---|---|---|---|
| Market value | 1.5 mm $ | + 5$/a<br>= +300 mm $<br>= + 20 % | Flat from now |
| Sector (pre/post) |  | No more 1-shot programs | 1/3 pre/post<br>2/3 two pass post |
| RR % planted | 8 % | 25 % | 60 % |
| Weed shift |  |  | Ragweed<br>Water hemp<br>cocklebur |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01958832
Exhibit 036 Page 4

## Product Trends

|  |  | 2008 | 2013 |
|---|---|---|---|
| **AVENTIS/BAYER** | IFT | + |  |
|  | Flufenacet (=EPIC) | ++ | + |
|  | FORAM | ++ |  |
| **DuPont** | Nicosulfuron | - | --- |
|  | Rimsulfuron |  |  |
| **BASF** | Dicamba? |  |  |
|  | Dimethenamid-P | + | + |
|  | IMI's |  |  |
| **Monsanto** | Glyphosate | +/- | +++ |
| **DOW** | Flumetsulam | - | - |
|  | Chlorpyralid |  |  |
|  | glyphomax |  |  |
| **Syngenta** | S-Moc+Meso (2-way) | + (acetochlor gone) |  |
|  | Meso | ++ |  |
|  | BICEP / atrazine tech | - |  |
|  | Glyphosate? |  |  |
|  | SU's |  |  |

## Competition:
**Winners**
- Monsanto       + 20-25 mm ac RR
- Bayer/Aventis   due to IFT; not affected by atrazine
- Syngenta       Meso gain + S-MOC
- Generics       Agan survives (cost/price)

**Loosers**
- Dow            due to Meso and RR (Hornet)
- Syngenta       long-term (loss of atrazine volumes)
- BASF           long term (Marksman)
- DuPont         due to RR (possible sale of chem. Operation)

## Syngenta Strategy
**Product Priorities**
- S-MOC enhancement
- S-MOC + Meso + simazine (back-up to BICEP?)
- FFYBES
- Paraquat + simazine
- "449"
- HPP....."425"....
- Minimize impact on S-MOC
- DUAL Magnum
- 2-way mixture (Meso + S-MOC)
- CALLISTO
- SU's (in niche markets)
- Paraquat (in niche markets)
- MESPERT (Meso+S-MOC+glyphosate)
- killed (Meso+S-MOC+GLY)

Page: 3/5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01958833
Exhibit 036 Page 5

### Regulatory Priorities
- Reduce tolerance of S-MOC in corn (part of enhancement)
- Simazine stewardship and trials (atrazine back-up product?)
- Harmonizing cross-over regulatory strategy with biotech

### Production Priorities
- Outsource triazine production
- Bring F+P in-house
- Maintain S-MOC volumes

## Risks
- Loss of simazine
- Quicker loss of atrazine than estimated
- F&P cost
- Underestimated impact of lower S-MOC rates
- Meso issues?
- Loss of FFYBES
- Reduced S-MOC volumes

## Issues
- Triazine production volumes
- Triazine use restrictions
- Increase RR planted area
- Competitive strenght of IFT
- Best atrazine quality for Syngenta
- Review global triazine supply strategy

## List of agreed actions

### Workshop November 22

| What | Who | When |
| --- | --- | --- |
| More detailed assessment of market scenarios 2003/2008/2013 in $ | JS (FK, MC, GP, Bill Beutke) | End Jan. 02 |
| Take through to triazine volumes | FK | End Jan. 02 |
| Review global supply arrangements with third party companies re triazines | AN | End Jan. 02 |
| Review volume exposure within supply chain and make sure we are viable at lower volumes | AC | Dec. 01/June 02 |
| Evaluate 3-way mixtures with simazine in field trials | JT | 2002 |
| Assess impact on LATAM triazine volumes | AN | Mid Jan. 02 |
| Test best fit of 2-way mixtures with reduced atrazine rates in regard of efficacy and control gaps | JT | 2002 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01958834
Exhibit 036 Page 6

**Supply Chain meeting, November 28**

| What | Who | When |
|---|---|---|
| Get LATAM and APAC involved and go for their volume input to scenarios 1 + 2 | AN | End Jan. 02 |
| Evaluate the consequences of scenarios 1+ 2 on generics (volumes, cost base) | AC/RD | End Jan. 02 |
| Prepare "20'000 tons" production scenarios (StGabe stretched, production capacity swap with generics, new factory set up, new factory etc.) | AC/RD | June 2002 |
| Evaluate possibility of intermediate sales to other | A/RD/BP | June 2002 |
| Re-evaluate focus to less technical grades | RD/AC | June 2002 |
| Bring CPMT approved triazine business strategy into GSTM | DS/AN/JG | March 02 |
| PLT to get support of regions for implementation | AN/Corn T | Q2 2002 |
| Handle French inventory issue | Dec. 01 | AC/AN |
| Consequences of increased production cost (double?) on competitiveness in the market (margins, acres, treatment cost) | FK | Jan. 2002 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01958835

Exhibit 036 Page 7