# Reasons for change

- **To simplify Product/Project Management in HAES.**

- **To bring project management closer to technical sections by discipline.**

- **To improve interface with Global Regulatory Affairs.**

- **To facilitate the movement of key outputs from technical areas to the end-user with integration of technical and product information.**



syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971865



EXHIBIT

Hertl 11
11/4/10

Exhibit 040 Page 1

# Project Management In HAES

**JED to meet with Heads of other disciplines (Ecological Hazard, Dietary Exposure, Environmental Fate and Exposure)  to monitor standards and to ensure consistency of Project Management across HAES.**



syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01971866

Exhibit 040 Page 2

# Global Human Safety Projects Group



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971867

Exhibit 040 Page 3

# HSP

- **4  Human safety teams: Each responsible for groups of products**
- **Each Product will be led Globally by one person (wherever they are located)**
- **2  teams responsible for operator and residential exposure (1 NAFTA, 1EU with Products Medical Advisor)**
- **1 team/1 person responsible across HAES for early product research and crop traits.**



syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971868

Exhibit 040 Page 4

# HAES Process Map



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971869

Exhibit 040 Page 5

# How will HSP and HA work together ?

- **It will be a partnership.**
- **HSP will provide the 'what'.**
- **HA will provide the 'how'.**
- **However the key focus is full utilisation of  all the skills and abilities within Syngenta.**
- **The success of HAES depends on co-operative working.**



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                SYN01971870

Exhibit 040 Page 6

# How will HSP and HA work together ?

- **HSP and HA together will provide the Health Capability for Syngenta.**

- **Management teams of HSP/HA have started working together to agree working practices.**

- **Lewis Smith, John Doe and Phil Botham (and Ian Kimber) will meet regularly to review major technical issues.**



syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                                                    SYN01971871

Exhibit 040 Page 7

# How will Human Safety Projects and Health Assessment work together?

- **Human Safety Projects and Health Assessment together provide the Health capability for Syngenta**
- **Human Safety Project's primary purpose in HAES is to**
  - → Assess the needs for health assessment
  - → Design programmes to meet them within budget and time constraints
  - → Integrate the results of individual studies within the overall programme
  - → Give appropriate advice outside of HAES on the implications of the work
  - → Assess operator and residential risk
  - → Provide general expertise on products
- **Health Assessment's primary purpose in HAES is to**
  - → Design studies to meet the needs of programmes
  - → Perform the studies in an effective, efficient and timely way
  - → Interpret the results of the studies
  - → Report the studies
  - → Provide specialist expertise on products and health science
- **Lewis Smith, John Doe & Phil Botham (and Ian Kimber as appropriate) will meet regularly to review major technical issues**

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                SYN01971872

Exhibit 040 Page 8

# How will HSP and HA work together ?

- **Level 1 Products:**
  - → Designated Product Toxicologist
  - → Team of designated experts who are expected to remain up to date on issues and who will be involved in advocacy
  - → HATTS where there are experimental programmes
    - Owned by John Doe
    - (Capability HATTS owned by Phil Botham)
- **Level 2 Products**
  - → Product Toxicologists working with nominated experts
  - → Nominated Study Reviewers point of contact for studies
  - → Nominated experts involved in advocacy when required
- **Level 3 Products**
  - → Product Toxicologists answering queries from existing data base
  - → Nominated experts rarely involved

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971873

Exhibit 040 Page 9

# Nominated experts to used by Product Toxicologists for Level 2 compounds

- **Toxicity Study Reviewers**
  - → Oncogenicity – Paul Hext
  - → Neurotoxicity – Sandra Allen
  - → Safety Pharmacology – Sandra Allen
  - → Crop Traits - Sandra Allen
  - → Developmental Toxicology – Dick Lewis
  - → Reproductive Toxicology – Dick Lewis
  - → Inhalation Toxicology – Paul Hext
  - → Dog Toxicology – Sandra Allen
  - → General Rodent Toxicology – Dick Lewis
  - → Sensitisation – Phil Botham
- **Pathology – Nicky Wallis**
- **Endocrinology – Nicky Wallis**
- **Genetic Toxicology – Barry Elliott**
- **Metabolism and pharmacokinetics**
  - → Dermal Absorption – Jon Heylings
  - → ADME (AP) – Brian Jones
  - → ADME (BSL) - Peter Thanei
  - → Kinetics – Adrian Jackson
- **Investigative Toxicology – Trevor Green**

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01971874

Exhibit 040 Page 10

# Human Safety Projects Operational Principles

- **Human Safety Projects Group Leaders will be accountable for achieving and maintaining the best possible qualitative toxicology position and reference doses for a coherent portfolio of products**

- **Products will be stratified into three levels based on their business category and their HAES issues and receive support from Human Safety Projects according to their level**

- **Level 1 Products will be supported by a designated team of technical experts and a HATT if there is a major experimental programme**

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971875

Exhibit 040 Page 11

# Human Safety Projects Operational Principles

- Level 2 Products should have a named individual in Human Safety Projects accountable for them
- Level 3 Products will be managed in coherent portfolios
- The NAFTA group will primarily provide expert human safety support in NAFTA
- There will be one global interpretation of data with local application of these data for submissions and risk assessments
- The principal point of contact from outside HAES should be within a region but questions and actions should be referred to the global lead if appropriate



syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971876

Exhibit 040 Page 12

# Human Safety Projects Operational Principles

- ~~Matrix management within Human Safety Projects~~ should be minimised
- Level 1 products will be managed globally within a sector as far as possible taking into account chemical class and major business markets
- Level 2 products will be managed primarily on the basis of company origin of the product taking into account chemical class and major business markets
- Level 3 products will be managed by the European based teams on the basis of company origin



syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971877

Exhibit 040 Page 13

# Human Safety Projects Operational Principles

● **Human Safety Project Group Leaders**
  → Are accountable for all of the products in their portfolio
  → Will appoint Global Product Toxicologists for Level 1 and Level 2 Products in their portfolio
  → Will pay particular attention to the Level 1 Products in their portfolios, they may lead HATTS, will attend such meetings as they see fit e.g. RDTs and brief senior HAES management
  → May request the appointment of regional product toxicologists for regions outside of their home region if this is considered necessary
  → Will be accountable for understanding and meeting the specific needs of particular regions
    ■ Werner Kobel – ACAP
    ■ Patrick Rose – EMEA
    ■ Dennis Hackett – NAFTA
    ■ Mike Clapp - LATAM

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971878

Exhibit 040 Page 14

# Prioritisation of A.I.s

| Blockbusters | | |
|---|---|---|
| **Growth with Active HAES issues** | **Level 1** | **Experienced people in each HAES function to manage Strategic programmes & budgets for HAES & GRA** |

| Other Growth | | |
|---|---|---|
| **Core** | **Level 2** | **Designated product experts in each HAES function HAES/GRA programmes & budgets agreed with PDPL** |

| Supplementary | **Level 3** | **Designated Product experts in each HAES function Work agreed with GRA – responsive only Budget for Product Sector agreed with PDPL** |
|---|---|---|

| Phase out | | **No budget or arrangements for managing** |
|---|---|---|

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION SYN01971879

Exhibit 040 Page 15

# Prioritisation of A.I.s

- **Level 1 A.I.s**
  - → BB:Azoxystrobin, G:Picoxystrobin, AMS fungicide
  - → BB: l-cyhalothrin, Thiamethoxam, G: Abamectin(G), Emamectin benzoate, Lufenuron,
  - → BB: Paraquat, G:Butafenicil, Glyphosate,
  - → BB: Clodinafop-propargyl, Cloquintocet-mexyl, Mesotrione, s-Metolachlor, G:Atrazine, Benoxacor, Fluazifop-p-butyl, NOA 407855, Trifloxysulfuron

- **Level 2 A.I.s**
  - → Chlorothalonil, Cyprodinil, Cyproconazole, Difenaconazole, Fluazinam, Metalaxyl-M, Paclobutrazol, Penconazole, Propiconazole, Trinexapac-ethyl.
  - → Fenoxycarb, Methidathion, Pirimicarb, Profenofos, Pymetrozine, Tefluthrin
  - → Diquat
  - → Dicamba, Fomesafen, Molinate, Pretilachlor, Pyriftalid, Terbuthylazine, Tralkoxydim, Triasulfuron

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971880

Exhibit 040 Page 16

# Distribution of product responsibilities in Human Safety

- ## Level 1 Support
    - → Patrick Rose + Team
        - Azoxystrobin, Picoxystrobin, AMS fungicide
        - l-cyhalothrin, Thiamethoxam
        - Professional Products
    - → Mike Clapp + Team
        - Butafenicil, Glyphosate, Paraquat,
    - → Werner Kobel + Team
        - Clodinafop-propargyl, Cloquintocet-mexyl, Fluazifop-p-butyl, NOA 407855
        - Abamectin, Emamectin benzoate, Lufenuron,
    - → Dennis Hackett + Team
        - Atrazine, s-Metolachlor, Benoxacor, Trifloxysulfuron
    - → Trish Malarkey + Team
        - Crop Traits, Stage1, Mesotrione
    - → Martin Wilks + Team
        - Hypoallergenicity in carpets

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971881

Exhibit 040 Page 17

# Distribution of product responsibilities in Human Safety

## Level 2 A.I.s

→ Patrick Rose + Team
- Chlorothalonil, Fluazinam,
- Pirimicarb, Tefluthrin
- Tralkoxydim

→ Mike Clapp + Team
- Diquat

→ Werner Kobel + Team
- Dicamba, Oxasulfuron, Pretilachlor, Prosulfuron, Pyriftalid, Terbuthylazine, Triasulfuron
- Cyproconazole, Difenaconazole, Paclobutrazol, Penconazole, Propiconazole, Cyprodinil, Metalaxyl-M, Trinexapac-ethyl
- Fenoxycarb, Methidathion, Profenofos, Pymetrozine,

→ Dennis Hackett + Team
- Fomesafen, Molinate

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01971882

Exhibit 040 Page 18