







# Chlorotriazines
# Global Product Supply Plan
# Full Document

| | |
|---|---|
| *Authors* | **Alan Camp, Frank Knight, Andreas Nyffeler, Rush Ducote, Brian Perrodin, Susan Piotrowski, Daphne Nelson, Phoebe Broussard, and Gayle Taylordean** |
| *Reference* | |
| *Version* | **1** |
| *Issue* | **1** |
| *Approved By* | |
| *Date* | **August, 2002** |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961450

Exhibit 057 Page 1
GRNVL0000004478

# Table of Content

1   PRODUCT LIFE CYCLE STATUS ...................................................................................... 4

1.1   CHLOROTRIAZINES OBJECTIVE ................................................................................ 4
1.2   PRODUCT STRATEGY KEY ASSUMPTIONS ............................................................. 5
1.2.1   ATRAZINE (GESAPRIM/AATREX) ............................................................................ 6
1.2.2   TERBUTHYLAZINE (GARDOPRIM) .......................................................................... 7
1.2.3   SIMAZINE (PRINCEP/GESATOP) ............................................................................ 8
1.3   PRODUCT RANGE ...................................................................................................... 9
1.3.1   FORMULATION & PACK RANGE ............................................................................ 10
1.3.2   DEVELOPMENT OF RANGE .................................................................................... 18

2   CUSTOMER REQUIREMENTS ........................................................................................ 19

2.1   DIFFERENTIATED PRODUCT SUPPLY AND BRAND RESPONSIVENESS ............. 19
2.2   CUSTOMER SERVICE LEVELS ................................................................................ 22
2.2.1   EXPORT ................................................................................................................... 22
2.2.2   DOMESTIC ............................................................................................................... 23
2.2.3   MAJOR USERS ......................................................................................................... 23

3   RISK MANAGEMENT ....................................................................................................... 26

3.1   GS CONTRIBUTIONS TO LIFE CYCLE RELATED RISKS ........................................ 26
3.2   BUSINESS INTERRUPTION RISK ANALYSIS (BIRA STUDY) ................................. 27

4   SUPPLY & DEMAND ........................................................................................................ 28

4.1   DEMAND FORECAST & SEASONALITY .................................................................... 28
4.1.1   ATRAZINE ................................................................................................................ 28
4.1.2   TERBUTHYLAZINE ................................................................................................... 30
4.1.3   SIMAZINE ................................................................................................................. 32
4.2   UPSIDE AND DOWNSIDE CONTINGENCY PLANS .................................................. 34
4.3   OPERATIONAL SUPPLY CONCEPT ......................................................................... 36
4.3.1   RAW MATERIALS PURCHASING ............................................................................ 36
4.3.2   ACTIVE INGREDIENT PRODUCTION ...................................................................... 38
4.3.3   PRODUCTION OF CORE FORMULATIONS ............................................................. 38
4.3.4   INVENTORY MANAGEMENT ................................................................................... 40
4.4   DISTRIBUTION ......................................................................................................... 41

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION        SYN01961451

Exhibit 057 Page 2
GRNVL0000004479

**syngenta**

4.4.1   Primary Distribution .................................................................................... 41

4.4.2   Secondary Distribution ................................................................................ 43

**5   MID-TERM PRODUCT SUPPLY CHAIN DESIGN PLANS (36-60 MONTH TIME HORIZON)............... 44**

**5.1   Strategic Options .......................................................................................... 44**

**5.2   Efficiencies ................................................................................................... 45**

**5.3   Capital Projects ............................................................................................ 45**

**5.4   T&P – Ranked and Prioritized Projects ...................................................... 45**

**5.5   Sourcing – Key Raw Materials and Suppliers ............................................. 48**

5.5.1   Mono Ethyl Amine ..................................................................................... 48

5.5.2   Mono Isoproyl Amine ................................................................................ 48

5.5.3   Natural Gas ................................................................................................ 48

5.5.4   Chor/Alkali ................................................................................................ 48

5.5.5   Ammonia .................................................................................................... 48

5.5.6   Tertiary Butyl Amine ................................................................................. 49

**5.6   Site Network .................................................................................................. 49**

**5.7   Mid-Term Inventory Development ................................................................ 49**

**5.8   Costed Supply Chain Map („as is" and „to be") ........................................ 49**

**5.9   COGS Development (per kg ai / 3-5 years rolling plan) ............................. 49**

**6   HSE ................................................................................................................. 51**

**7   KPI'S AND TARGETS .................................................................................... 51**

**7.1   Operational (current year) ........................................................................... 51**

**7.2   Mid-Term ....................................................................................................... 51**

**7.3   STI Links ........................................................................................................ 51**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961452

Exhibit 057 Page 3
GRNVL0000004480

**syngenta**

# 1   Product Life Cycle Status

## 1.1   Chlorotriazines Objective

This document identifies those areas and goals required to ensure that the Chlorotriazine (hereafter referred to as Triazine) Supply Chain maximises its contribution to the successful implementation of the Triazine Product Strategy as well as support the Syngenta Corn Herbicide Strategy.   The vision of the Triazine Supply Chain is to support Syngenta's leadership position in corn by supplying high-value, one-pass triazine containing solutions and by maintaining a low-cost, flexible and responsive supply chain totally integrated with the mesotrione and s-metolachlor (S-MOC) supply chains.

The triazine family of products (atrazine, terbuthylazine, and simazine) is mature with registrations dating back to the late-1950s.   The products have been used in all parts of the world for the last 40+ years and have been a highly successful part of the portfolio as both stand alone formulations as well as valuable mix partners with other Syngenta ais as well as competitive ais.   Syngenta is the largest supplier of triazines in the world with about 50% of the total market share.   However, in recent years, market share, volume and margin position have been threatened due to several issues:

- Regulatory pressures in Europe on all triazines, but especially atrazine
- Regulatory review and pressure in the US on atrazine
- Generic pressures from AGAN, OXON, SANACHEM, other smaller triazine producers, and to a growing extent, low-cost Chinese competitors.
- Low-cost HTC technology being introduced in maize

For these reasons, it is imperative that the Triazine Supply Chain drives an efficient process with particular emphasis on low-cost, high quality product delivered in a timely manner through innovative ideas that challenge historical perspectives.   The Triazine Supply Chain is volume intensive due to the fixed cost base at the St. Gabriel plant as well as the high triazine unit capacity (about 69,000 tes/annum).   For these reasons higher volumes do equate to lower standard cost. However, the expectation is of lower volumes in the future, perhaps in the 50,000 tonnes per year range in the next 3 to 5 years.   Unless changes are made in the current cost structure, Syngenta will lose its competitive advantage in the triazine markets..   The supply chain is addressing this in two manners:   lowering the fixed cost base and seeking new volume opportunities.

The fixed cost is being addressed through Project Discovery, which is looking at all aspects of cost at the St. Gabriel plant.   Several sub-teams, including the TBIT (Triazine Business Improvement Team) are also working on ideas to ensure a more efficient supply chain.

The volume aspect can be achieved by gaining additional business.   The current plan is to get aggressive with generic suppliers and challenge the market pricing in the field.   Syngenta still maintains the low-cost position due to back integration to cyanuric chloride and hydrogen cyanide, although this advantage is continuing to shrink due to lower cyanuric chloride costs, differences in margin expectations between Syngenta and generic competitors, and the strength of the dollar against foreign currencies.   However, Syngenta is currently still able to leverage this cost position in the market and gain additional business.   By doing so, incremental costs are reduced thus further protecting the margins of other products, namely high profit mixtures with mesotrione and S-MOC. Syngenta is also seeking global supply contracts with large global triazine purchasers and leveraging other business opportunities as well, i.e. purchasing raw materials from and selling

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION**          **SYN01961453**

**Exhibit 057 Page 4**
**GRNVL0000004481**

**syngenta**

triazines to the same company enables some partnering opportunities. This, as well as exploring the sell of triazine intermediates (HCN and cyanuric chloride), will help reduce the fixed cost effect on the triazine cost structure.

The current and future value of the triazines is in the mixture component of the business, as illustrated in the following chart that shows the Sympact atrazine volumes and expected profit analysis for 2007:

| Type Formulation | Volume, '000tes | Total % Volume | Sales, Mio $ | % Total Sales | GP % | GP Mio $ | % of Total GP |
|---|---|---|---|---|---|---|---|
| Mixtures | 11 | 27 | 304 | 71 | 70 | 214 | 82 |
| Straight | 11 | 28 | 71 | 17 | 42 | 30 | 12 |
| Technical ai | 15 | 38 | 52 | 12 | 32 | 16 | 6 |
| For Ametryn | 3 | 7 | | | | | |
| Total | 40 | | 426 | | | 260 | |

This illustrates that although the amount of atrazine contained in mixtures is only a quarter of the total volume, it accounts for 82% of the total profit contribution of atrazine. However, this also shows that the lower profit, straight and technical offers account for two thirds of the volume, and, as a result, protect the profitability of the mixtures. This is why triazine straight formulations and technical ai sales must be maintained at higher volumes and leveraged with price and margin concessions to protect the valuable, higher profit mixtures with mesotrione and S-MOC.

With these assumptions in hand, the strategy and objective of the triazine supply chain can be summarized in a few words. Triazines will be positioned as a key strategic part of the Syngenta corn herbicide portfolio through technical ai sales, straight formulations, and especially new and existing high value mixtures with mesotrione, S-MOC and other ais. The supply chain will achieve improvements in inventory management, cost of goods sold, working capital, and customer service through innovative ideas and challenges to the status quo.

## 1.2    Product Strategy Key Assumptions

In line with the Global Corn Herbicide Strategy, there are several recognized trends and assumptions in the corn market:

- Flat acreage projections
- Growth in post-emergence applications
- Few new product introductions – competitive or internally
- Introduction and growth of HTC (Herbicide Tolerant Corns)
- Growth of generic acetanilides (MOC) and triazines
- Increasing triazine restrictions

In line with these trends and assumptions, the Commercial Strategy for the Selective Corn Herbicide Portfolio is to:

- Grow sales with Mesotrione
- Use the unique profile and strong branding of mixtures to
    - Defend against generics

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961454

Exhibit 057 Page 5
GRNVL0000004482

**syngenta**

   o   Grow S-MOC share
- Reduce costs to enable pricing competitive to HTC
- Use Mesotrione to rationalize the existing portfolio
- Preserve regulatory position of Triazines and S-MOC by vigorous stewardship
- Ensure Triazine-free backup strategy is in place in all regions
- Improve business position in post-grass sector

## 1.2.1  Atrazine (Gesaprim/AAtrex)

(Note: in line with product strategy, the Atrazine name is used as a generic name for all Atrazine brands, including atrazine technical, AAtrex, and Gesaprim)

Atrazine is a mature, core product in the Syngenta Selective Herbicide portfolio.  Atrazine is a broad-spectrum herbicide that controls annual dicot weeds and grasses, giving season-long residual activity against late germinating weeds. Atrazine is used mainly in corn crops, but also has uses in other crops including sorghum. Since its initial launch in 1957, Atrazine has become the worlds most widely used selective herbicide in terms of volume and sales achieved.  Atrazine is positioned as both a stand-alone application as well as in mixtures with other Syngenta active ingredients.  In addition, third party sales of the technical ai enable its use as a mix partner with other competitive ais.

The product strategy has been developed with the following key points:

- expect moderate reduction in sales volume (20 – 25%) over the next 5 years due to regulatory restrictions and/or bans, generic penetration in key markets with associated pricing pressure, and penetration of HTC corn into existing markets
- price under pressure with market pricing dropping due to generic pressures (5-15%)
- maintain Atrazine as the premium low-cost, highly effective corn herbicide
- maintain market share in key relevant markets by managing the threat of generic competition and regulatory threats
- continue to provide a ready-mix partner with other Syngenta ais
- reduce the product range by concentrating on global formulations and simplified technical offers
- maintain a diverse product offer ranging from technical ai to higher margin private label, brand, and ready mix formulations.
- obtain global commitments on supply of volumes to major customers as well as current generic competitors, i.e. leverage volumes and current cost advantage in gaining market share

Key to the success of the product strategy is a reliable, responsive, high-volume, and cost effective supply chain.  In order to remain competitive in the generic and HTC markets, the supply chain must reduce costs through raw material pricing, fixed cost reduction initiatives, and leveraging production capabilities to capture higher volumes from generics/competitors to reduce effects of fixed cost absorption.  However, fixed cost must also be reduced in order to remain competitive and cost effective not only in straight markets but especially in leveraging triazine mixtures in competition with HTC crops.  The supply chain must also work with commercial colleagues to rationalize and simplify the range, manage inventory levels, and support business initiatives in the regulatory defence arena.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961455

Exhibit 057 Page 6
GRNVL0000004483

## Supply Chain Strategy

- Maintain single, stable AI supply with capacity to meet Syngenta and competitive customer requirements

- Support formulation strategy from a central plant with regional satellite locations as needed; support satellite packaging plants.

- Maintain quality systems to allow value-added product segmentation based on manufacturing and analytical capabilities allowing premium pricing in market.

- Increase production volumes at plant to supply other competitive mix partners as well as generic competitors as a tool to reduce fixed cost portion of COGS.

- Aggressive identification and implementation of synergy opportunities to reduce fixed and variable cost components, i.e. raw material contracts, sale of intermediates, etc.

- Rationalize and simplify the range – identify high cost/low benefit skus and work with PM to eliminate from portfolio and substitute with other existing products/packages.

- Support global formulations where necessary.

- Actively support and ensure successive launch of ready mix formulations with new/current blockbuster ais.

- Support business regulatory defence to keep as key part of portfolio especially in ready mix formulations

- Identify scenarios to manufacture lower volumes at a lower price to stay competitive with HTC and generic threats – aggressive cost reduction, alternate sourcing, provide material to generic competitors, etc.

### 1.2.2  Terbuthylazine (Gardoprim)

(Note: in line with product strategy, the Terbuthylazine name is used as a generic name for all Terbuthylazine brands, including terbuthylazine technical and Gardoprim)

Terbuthylazine was first registered in 1970 in Switzerland.  Terbuthylazine is a mature, core product in the Syngenta Selective Herbicide portfolio.  It is used primarily in maize areas where atrazine is banned or restricted or in perennial crops such as grapes.  The largest terbuthylazine market is in EU/AME with the largest markets in France, South Africa, Germany, Spain and Portugal.

Terbuthylazine is a broad-spectrum selective herbicide that controls annual dicot weeds and is used from pre-plant to early post-emergent crops, giving season-long residual activity against late germinating weeds. Terbuthylazine is used in grapes, maize, olives, citrus, and pome fruits. Terbuthylazine is positioned as a low cost, highly effective herbicide with strength as a mix partner in Syngenta products in maize and grapes primarily in EU&AME.  Terbuthylazine is used in combination with other key Syngenta ais especially S-MOC and pyridate.  Terbuthylazine will be used in mixtures with mesotrione and S-MOC in markets not allowing atrazine.

The product strategy has been developed with the following key points:

- important as key back-up solution to atrazine under banned/heavily restricted use scenarios.

- stable to moderate reduction in sales volumes due to focus on maize and sorghum

- regulatory use restrictions or bans and HTC penetration may drastically reduce volumes

- range will be reduced with focus on global formulations.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961456

Exhibit 057 Page 7
GRNVL0000004484

**syngenta**

- will continue to be used as a mix partner with other new Syngenta offers

Key to the success of the product strategy is a reliable, responsive, high-volume, and cost effective supply chain. In order to remain competitive in the HTC markets, the supply chain must reduce costs through raw material pricing and fixed cost reduction initiatives. The supply chain must also work with commercial colleagues to rationalize and simplify the range, manage inventory levels, and support business initiatives in the regulatory defence arena.

## Supply Chain Strategy

- maintain single, stable AI supply with capacity to meet Syngenta requirements.
- will have one campaign of ai per annum in late fall to fulfill an annual requirement
- support formulation strategy from regional satellite locations as needed.
- aggressive identification and implementation of synergy opportunities to reduce fixed and variable cost components, i.e. raw material contracts, sale of intermediates, etc.
- rationalize and simplify the range – identify high cost/low benefit skus and work with PM to eliminate from portfolio and substitute with other existing products/packages.
- support and ensure successive launch of global ready mix formulations with new/current blockbuster ais.
- support business regulatory defence to keep as key part of portfolio especially in ready mix formulations
- identify scenarios to manufacture lower volumes at a lower price to stay competitive with HTC and generic threats – aggressive cost reduction, alternate sourcing, provide material to generic competitors, etc.

### 1.2.3  Simazine (Princep/Gesatop)

(Note: in line with product strategy, the Simazine name is used as a generic name for all Simazine brands, including simazine technical, Princep and Gesatop)

Simazine was first registered in 1956 in Switzerland and in 1966 in the US, it's largest use area. Simazine is a mature, supplementary product in the Syngenta portfolio. The largest simazine markets are NAFTA (US), APAC (Australia), and LATAM (Brazil).

Simazine is positioned as a low cost, highly effective broadspectrum selective herbicide used in fruits and nuts, forestry, maize, sugarcane, vegetables, and oil seed crops. It has broad control of annual dicots and some grasses and is used from pre-plant to early post-emergent crops with season-long residual control. Product offer ranges from technical material to higher margin brand formulations.

The product strategy has been developed with the following key points:

- stable to slight/moderate reduction in sales volumes
- range will be reduced with focus on global formulations
- possible use as an atrazine substitute/replacement in the US
- regulatory use restrictions or bans may drastically reduce volumes

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION        SYN01961457

Exhibit 057 Page 8
GRNVL0000004485

**syngenta**

Key to the success of the product strategy is a reliable, responsive, high-volume, and cost effective supply chain. In order to remain competitive in the HTC markets, the supply chain must reduce costs through raw material pricing and fixed cost reduction initiatives. The supply chain must also work with commercial colleagues to rationalize and simplify the range, manage inventory levels, and support business initiatives in the regulatory defence arena.

Supply Chain Strategy

- maintain single, stable AI supply with capacity to meet Syngenta requirements.
- will have up to two campaigns per annum to meet annual requirements.
- support formulation strategy from a central plant with regional satellite locations as needed; support satellite packaging plants.
- aggressive identification and implementation of synergy opportunities to reduce fixed and variable cost components, i.e. raw material contracts, sale of intermediates, etc.
- rationalize and simplify the range – identify high cost/low benefit skus and work with PM to eliminate from portfolio and substitute with other existing products/packages.
- support global formulations as necessary.
- aggressive inventory management to reduce drastically from historical levels
- investigate cost opportunities to formulate from technical vs. in-unit as a means to reduce inventory levels.
- support business regulatory defence
- identify scenarios to manufacture lower volumes at a lower price to stay competitive with HTC and generic threats – aggressive cost reduction, alternate sourcing, provide material to generic competitors, etc.

## 1.3    Product Range

As identified in both the global Corn Herbicide and individual ai strategies, there will be a reduction in triazine formulations with a continued focus on global formulations and mixtures with other lead ais. The following table illustrates the planned reduction of triazine lead formulations over the next 5 years:

| AI | Current Formulations | Identified Reduction | Future Formulations |
|---|---|---|---|
| Atrazine | 12 | 3 | 9 |
| Simazine | 5 | 0 | 5 |
| Terbuthylazine | 11 | 10 | 1 |
| Total Triazines | 28 | 13 | 15 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961458

Exhibit 057 Page 9
GRNVL0000004486

**syngenta**

### 1.3.1  Formulation & Pack Range

#### 1.3.1.1 Atrazine

Atrazine has a large current portfolio due to both lead ai and non-lead ai formulations.  The formulations are, for the most part, used in varying areas.  There are a few country/regionally specific formulations, but these are under review with a goal of harmonizing into global formulations as they fit.

Atrazine lead ai formulations, pack sizes and range status are:

| Design Synonym | Product Name | Country | Pack Sizes | Status |
|---|---|---|---|---|
| A10321A | Marvel | Mexico | | Phase-out 2003 |
| A1317A | Gesaprim 80 WP | Sudan, Egypt | 20 Kg | Phase-out 2003 |
| | | Philippines | 10X1 Kg | Phase-out 2002 |
| A1317U | Gesaprim 80 WP | Cuba | 20 Kg | Phase-out 2002 |
| A13599A | Gesaprim 600 SC | Australia | 20L, 100L, 1000L | |
| A3491AX | Gesagard 500 FW | Argentina | 2X10L | |
| A3491BH | Gesaprim 500 FW | Sudan, Ethiopia | 20L, 4X5L | Phase-out 2002 |
| A3491D | Gesaprim 500 FW | Argentina | 2X10L | |
| A3491S | INDUSTRIAL  -  Gesaprim 500 SC | Brazil | 20L | |
| | Gesaprim 500 SC | Brazil | 4X5L | |
| | | Ireland | 10X1L, 4X5L | |
| | | Turkey | 4X5L | |
| | | Belgium | 4X5L, 20L | Phase-out 2002 |
| | Gesaprim 500 FW | Japan | 10X1L | |
| | | Malaysia | 6X4L | |
| | | Greece | 10X1L, 4X5L | |
| | | Nigeria | 4X5L | Phase-out 2002 |
| | Gesaprim 50 SC | Panama | 10X1L, 4X5L, 20L | |
| | GESAPRIM | United Kingdom | 10X1L, 4X5L | Phase-out 2003 |
| | Gesaprime 500 FW | Portugal | 10X1L | |
| A3966L | Primatop 500 SC | Brazil | 4X5L, 20L | |
| A3967G | INDUSTRIAL  -  Primatop 500 SC | Brazil | 420L | |
| | Gesaprim Combi 500 FW | Mexico | 12X1L, 4X5L | Purchased from AGAN |
| A5852E | Gesaprim 90 WDG | Argentina | 10 KG | |
| | | Venezuela | 10X1 KG | |
| | | Thailand | 12X900 GM | |
| | | Colombia | 10X1 KG | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01961459

Exhibit 057 Page 10
GRNVL0000004487

**syngenta**

| | | Paraguay | 10 KG | |
|---|---|---|---|---|
| | | Cameroon | 10 Kg | |
| | | Bolivia | 10 KG | |
| | | Ecuador | 10 KG | |
| | | Uruguay | 10 KG | |
| | | Peru | 10X1 KG | |
| | | English Caribean | 10 KG, 40X250GM | |
| | | Slovakia | 4X5 KG | Phase-out 2003 |
| | | Bulgaria | 12X1 KG | |
| | | Bosnia/Herzegovina | 4X5 KG | |
| | Aatrex Nine-O | USA | 25 LB | |
| | Gesaprim 90 WG | Guatemala | 50X20 KG | |
| | | Poland | 4X5KG | Phase-out 2003 |
| | | Chile | 10 KG | |
| | | Honduras | 10 KG | |
| | | Hungary | 4X5 KG | Phase-out 2003 |
| | | El Salvador | 10 KG | |
| | | South Africa | 10 KG | |
| | | Czech Republic | 10 KG, 4X5 KG | Phase-out 2003 |
| | | Egypt | 10 KG | |
| | | Yugoslavia | 10 KG | |
| | | Panama | 10 KG | |
| | | Nigeria | 10 KG | |
| | | Nicaragua | 10 KG | |
| | | Zambia | 10 KG | |
| | | Belize | 10 KG | |
| | | Philippines | 10X1 KG | |
| | | Reunion | 10 KG | |
| | | Costa Rica | 10 KG | |
| | | Dominican Republic | 10 KG | |
| | | Malawi | 10 KG | |
| | | Malaysia | 10 KG | |
| | Gesaprim Calibre 90 WDG | Mexico | 12X1 KG | |
| | Aatrex 90 WG | Thailand | 10 KG | |
| | | Pakistan | 20X120 GM | |
| | Gesaprim 900 WDG | Brazil | 10 KG | |
| | Aatrex Nine-O 90 WDG | Canada | 10 KG | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION            SYN01961460

**Exhibit 057 Page 11**
**GRNVL0000004488**

**syngenta**

| | Aatrex 90 | Mexico | 25 LB | |
| | Gesaprim quick | Switzerland | 10 KG | |
| A5852M | Gesaprim Granules 90 G | Australia | 10 KG, 15 KG | |
| A5925E | Primoleo 400 | Brazil | 4X5L, 20 L | |
| A8566A | AAtrex 4 L | USA | Bulk, 2X2.5 USG | |
| | Gesaprim Autosuspensible | Mexico | 10X10L, 4X5L, 12X1 L | |
| | Aatrex 480 Liquid 480 FW | Canada | Bulk, 14L | |
| | Atrazine liquid (Tech Sales) | Canada | Bulk | |
| | Aatrex 4L | Mexico | Bulk | |
| G30027E | Atrazine 980 surfactant free | Croatia | 450 KG | |
| | Atrazina Tecnica | Mexico | 450 KG | |
| | Atrazine Tec. | Zimbabwe | 450 KG | |
| G30027H | Atrazine Tec. (industrial) | USA | 992 LB | |
| G30027U | Atrazine TEC | Australia | 450 KG | |
| | Atrazine 980 TEC | South Africa | 450 KG | |
| | | Yugoslavia | 450 KG | |
| | | Slovakia | 450 KG | |
| | Atrazine Tech | Guatemala | 450 KG | |
| | Atrazine Tec. | HQ Ind-Sales CH | 20 KG, 450 KG | |
| | | France | 450 KG | |
| | Atrazine Tech. | Venezuela | 450 KG | |
| | | Colombia | 450 KG | |
| | | Poland | 450 KG | |
| | INDUSTRIAL - Atrazine Tec | Brazil | 450 KG | |
| | Atrazin Techn. | Croatia | 450 KG | |
| | Atrazine TEC | New Zealand | 450 KG | |

Atrazine non-lead ai formulations are:

| Design Code | Product Name | Countries | Lead ai | Status |
|---|---|---|---|---|
| A10318A | Lentagran Combi 350SC | Belarus | Pyridate | Phase-out 2002 |
| A10960A | Primextra S Gold 72EC | Greece | S-MOC | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961461

Exhibit 057 Page 12
GRNVL0000004489

**syngenta**

| A12003A | Primagram Gold 600 SC | South Africa | S-MOC | |
| | Primagram Gold 660 SC | Ghana | S-MOC | |
| A12146B | Expert | USA | S-MOC | |
| A12582A | LibertyPrime | Canada | S-MOC | |
| A12854F | Mesotrione+SMOC+Atrazine+Benoxacor | USA | Mesotrione | |
| A12929A | mesotrione +/- atrazine | Japan | Mesotrione | |
| A3774E | Gesapax Combi 80 WP | Pakistan, Thailand | Ametryn | |
| A4912E | Gesapax Combi 500 FW | Sudan, Ethipia, Kenya, Morocco, Tanzania, Mali | Ametryn | |
| | Gesapax Combi | Nigeria | Ametryn | |
| | Gesapax Combi 500 SC | Madagascar | Ametryn | |
| A4912I | Gesapax Combi 500 FW | Australia | Ametryn | |
| A5069F | Primextra 500 FW | Nigeria | MOC | Phase-out 2002 |
| A5069I | Primextra 500 FW | Morocco | MOC | Phase-out 2002 |
| A5139F | Primextra 500 FW | Pakistan | MOC | Phase-out 2003 |
| A5139L | Gesanon 500 FW | Japan | MOC | |
| | Primextra 500 FW | Spain, Portugal | MOC | Phase-out 2003 |
| | Primextra 500 FL | Greece | MOC | Phase-out 2003 |
| | Primextra 500 SC | Turkey | MOC | Phase-out 2003 |
| A5141N | Primagram 500 FW | Burkina Faso, Benin | MOC | |
| A5141S | Primagram 500 FW | Ethiopia | MOC | |
| A6731A | Gardoprim A 500 FW | Nigeria | Terbuthylazine | Phase-out 2002 |
| A7396B | Gesaprim Super 600 SC | South Africa | Terbuthylazine | |
| | Terbuzin 600 SC | South Africa | Terbuthylazine | |
| A8752B | Primextra S 511 FW | France | MOC | Phase-out 2002 |
| | Primextra + Safeneur Micro Safe 15 MG | France | MOC | Phase-out 2002 |
| A9020B | Gesapax Combi 80 WG | Mexico | Ametryn | |
| | Evik Combi 80 WG | Thailand | Ametryn | |

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION**        SYN01961462

**Exhibit 057 Page 13**
**GRNVL0000004490**

| A9559A | Primagram Gold 660 SC | Cote d'Ivoire, Benin, Mali, Burkina Faso, Togo, Zambia | S-MOC | |
| | Primextra Gold 660 SC | Australia | S-MOC | |
| | Primagram 660 SC | Malawi | S-MOC | |
| | Primextra Gold 660 SC | Nigeria | S-MOC | |
| A9560A | Bicep II Magnum | USA | S-MOC | |
| | Parabellum Bicep | USA | S-MOC | |
| | Primestra Gold 660 SC | Brazil | S-MOC | |
| | Primagram Gold | Mexico | S-MOC | |
| A9560D | Primagram Gold 660 SC | Kenya, Tanzania, Ethiopia | S-MOC | |
| A9561A | Primextra Gold 720 SC | Hungary, Romania, Poland, Belarus, Ukraine, Slovakia, Bulgaria, Slovenia, Pakistan, Bosnia/Herzegovina, Yugoslavia, Cameroon | S-MOC | |
| A9562C | Bicep Lite II Magnum SC | USA | S-MOC | |
| | Primextra II Magnum 720 FW | Canada | S-MOC | |
| | Primextra Gold S 720 SC | Spain | S-MOC | Phase-out 2003 |
| | Primextra S Gold | Portugal | S-MOC | Phase-out 2003 |
| | Primagram Gold 660 SC | Chile | S-MOC | |
| | Primagram S Gold | Switzerland | S-MOC | Phase-out 2004 |
| A9844A | Gardomil Gold 600 SC | South Africa | Terbuthylazine | |
| A9877B | INDUSTRIAL - Primaiz Gold 500 | Brazil | S-MOC | |
| X1008924 | Galleon 425 SC | South Africa | S-MOC | |

## 1.3.1.2 Terbuthylazine

Terbuthylazine has the most opportunity and identified options for range reduction with the end result of getting to a single global formulation for the lead ai.

Terbuthylazine lead ai formulations are :

| Design Synonym | Product Name | Country | Status |
|---|---|---|---|
| A11871A | Prius Pro | France | |
| A12419A | Carazol Pro | France | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961463

Exhibit 057 Page 14
GRNVL0000004491

| A5454C | Carazol | France | |
| A6731A | Gardoprim A 500 FW | Nigeria | Phase-out 2002 |
| A7396B | Gesaprim Super 600 SC | South Africa | |
| | Terbuzin 600 SC | South Africa | |
| A7511B | Folar 525 FW | Portugal | Phase-out 2004 |
| | | Hungary | Phase-out 2003 |
| | | Czech Republic | Phase-out 2003 |
| | | Spain | Phase-out 2003 |
| | | Slovenia | Phase-out 2003 |
| | | Greece | Phase-out 2003 |
| | | Nigeria | Phase-out 2003 |
| | | Romania | Phase-out 2003 |
| | Folar 525 SC | Cameroon | Phase-out 2003 |
| A7627A | Folar 460 FW | English Caribbean | Phase-out 2003 |
| A7727C | Printop 570 FW | Spain | |
| | Fenican / Plurians 570 SC | France | |
| | Gardotop | Switzerland | |
| A8678A | Mascot 600 SC | Portugal | |
| | | Lebanon | |
| | Mascot | Switzerland | |
| A9443A | Gardoprime G | France | Phase-out 2003 |
| GS13529E | Terbuthylazine | Germany | |
| | Terbuthylazine Tec. L.A. | HQ Ind-Sales CH | |
| | Terbuthylazine Tec. | Italy | |
| GS13529F | Bellacide tech bulk (industrial) | USA | |
| GS13529U | Terbuthylazine 980 TEC | South Africa | |
| | Terbuthylazine TEC | New Zealand | |

Terbuthylazine non-lead ai formulations :

| Design Synonym | Product Name | Country | Lead AI | Status |
|---|---|---|---|---|
| A11997A | Servian Broad Pack | South Africa | | Phase-out 2003 |
| A12002A | Sorgomil Gold 600 SC | South Africa | | |
| | | Malawi | | |
| | | Zambia | | |
| | Sorgomil 600 SC | Sudan | | |
| A12283A | LidoTURBO | Austria | | |
| A12294A | Brons Broad Pack | South Africa | | Phase-out 2003 |
| A12812A | Mesotrione+S-MOC+TBA | Italy | | |
| | Callisto+SMOC+TBA | Hungary | | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961464

Exhibit 057 Page 15
GRNVL0000004492

**syngenta**

| | Mesotrione+S-Moc+Terbuthylazine SC (1:8. | Poland | |
| | MST+SMOC+TBA | Greece | |
| | Callisto/TBA/S-Moc | Tanzania | |
| A13024A | Zintan Gold Pack | Germany | |
| | | Austria | |
| | Callisto 3 mix | Romania | |
| | GS13529/CGA77102/mesotrione KL (147.35/2 | Turkey | |
| A13024B | Zintan Gold Pack  (APE free) | Germany | |
| A3623D | Topogard 50 WP | Czech Republic | Phase-out 2004 |
| | | Greece | Phase-out 2004 |
| | | Turkey | Phase-out 2004 |
| | Topogard | Switzerland | Phase-out 2004 |
| A3950D | Topogard 500 FW | Pakistan | Phase-out 2004 |
| A3950E | Topogard 500 EC | Spain | Phase-out 2004 |
| | Opogard 500 FW | United Kingdom | |
| | Topogard 500 SC | Slovakia | Phase-out 2004 |
| | Opogard | Ireland | |
| A6144C | Primagram Tz 450 FW | Italy | Phase-out 2002 |
| A7396B | Gesaprim Super 600 SC | South Africa | |
| | Terbuzin 600 SC | South Africa | |
| A7893A | Primafit 380 FW | Italy | Phase-out 2002 |
| A9239A | Codit 390 FW | Italy | Phase-out 2002 |
| A9476B | Primagram Gold | Italy | |
| | S-MOC + TBA (codistr.) | Italy | |
| | Gardo Gold | Germany | |
| | | Austria | |
| | | Switzerland | |
| | Primextra TZ Gold 500 SC | Slovenia | |
| | Gardoprim plus Gold 500 SC | Czech Republic | |
| | | Belgium | |
| A9476C | Gardoprim Gold | Hungary | |
| | Gardo Gold (APE free) | Germany | |
| | Sorgomil Gold 500 SC | Zimbabwe | |
| A9487A | Lido 410 SC | Germany | Phase-out 2005 |
| A9487D | Lido 410 SC | Denmark | Phase-out 2005 |
| | Lido SC 410 SC | Netherlands | Phase-out 2005 |
| | Lido SC | Austria | Phase-out 2005 |
| A9844A | Gardomil Gold 600 SC | South Africa | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961465

**Exhibit 057 Page 16**
**GRNVL0000004493**

**syngenta**

| P940013 | Mesotrione+Terbuthylazine SC (1:5) | France | | |
|---|---|---|---|---|
| | | Belgium | | |
| | Cal Lido (Premix) | Germany | | |
| | Callisto+TBA | Netherlands | | |
| | Calisto + Terbutylazin | Denmark | | |

## 1.3.1.3 Simazine

Simazine lead ai formulations are :

| Design Synonym | Product Name | Country | Status |
|---|---|---|---|
| A13600A | Gesatop 600 SC | Australia | |
| A3067B | Simazin 1 G | Japan | |
| A3796J | Gesatop 500 FW | United Kingdom | |
| | | Morocco | |
| | SIMAZINE 500 FW | Japan | |
| | Gesatop | Ireland | |
| | Simatol 500 SC | Israel | Phase-out 2003 |
| A6119B | Princep Caliber 90 WDG | USA | |
| | Gesatop 90 WG | Chile | |
| | Princep  9-T (TO) | Canada | |
| | Gesatop 90 WDG | Paraguay | |
| | | Uruguay | |
| | Gesatop quick | Switzerland | |
| A6119E | Gesatop Granuals 900 WG | Australia | |
| A8563A | Princep | South Africa | |
| A8563B | Princep Liquid 4 L | USA | |
| G27692U | Simazine    TEC | Australia | |
| | Simazine Crop (industrial) | USA | |
| | Simazine Tec. | Japan | |
| | | Austria | |
| | INDUSTRIAL - Simazine Tec | Brazil | |
| | Simazine 987 Tec. | South Korea | |
| | Simazine tech. | Poland | |
| | Simazine  TEC | New Zealand | |
| | Simazine Domestic (industrial) | USA | |

In addition to lead ai formulations, simazine is also used in the following formulations :

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961466

Exhibit 057 Page 17
GRNVL0000004494

syngenta

| Design Synonym | Product Name | Country | Lead AI | Status |
|---|---|---|---|---|
| A3966L | Primatop 500 SC | Brazil | | |
| | INDUSTRIAL - Primatop 500 SC | Brazil | | |
| A5377K | Topeze 500 FW | Brazil | | |

## 1.3.2  Development of Range

There is limited triazine development planned in the future.  Most of the development involving triazines is around the mixtures with mesotrione.  Triazine work will be done in trying to get to a truly global Atrazine liquid formulation as well as developing formulations with alkyl-phenol-free surfactants in response to regulatory issues.

Most of the future work will be done in reducing the range and eliminating low margin/contribution formulations and moving toward global formulations.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION        SYN01961467

Exhibit 057 Page 18
GRNVL0000004495

## 2   Customer Requirements

### 2.1   Differentiated Product Supply and Brand Responsiveness

The triazines all have different responsiveness due to the capacity and schedule of the unit. Atrazine, as a whole can be classified as a responsive product since it is run several times during the year – January through May, August, and November. The Aatrex/Gesaprim brands, as well as the Atrazine technical ai (including domestic US as well as export ai), are generally considered an "A" classification due to the ability to respond to most upside opportunities. The global granule formulation (90WG) is formulated and packaged twice to three times (January, March and November) a year in St. Gabriel to meet global requirements. Techncial ai is shipped to regions where other formulations – mostly variation on a global liquid formulation – are made from technical. However, the US private label formulations as well as Surfactant Free technical ai ARE given a "C" classification since they are made to order only, in campaigns, once a year.

Simazine is considered a "C" product due to its seasonal production runs. Simazine is run once – maybe twice – a year to forecast in September/October. An additional campaign may/can be run in June after the spring Atrazine run but only for upside sales opportunities. All of the Princep brand products (granules and flowables) are made in the fall campaign due to capacity and efficiency restrictions. The global granule formulation is made in October and then technical is sent to regions for local formulations. In addition, the simazine campaign must be run in the fall between propazine and terbuthylazine in order to minimize cross-contamination issues within the triazine unit. There are current considerations of adding a second campaign in December (and thus eliminating any June campaign), where only product dedicated to Australia will be milled and packaged.

Terbuthylazine is also considered a "C" product due to limited campaign. Terbuthylazine is run only once a year in the fall (normally October) to fill the next seasons requirements. Due to the regulatory nature of terbuthylazine, it must be run after simazine in order to ensure all Atrazine contamination is removed from the unit. Most of the ai is shipped to EU/AME for formulation and packaging. Technical ai is the only product made during the terbuthylazine campaign.

The table below shows the classification of the products supplied out of St. Gabriel:

**Products with Current ABC Classifications**

| Design Cd | Matl Desc | ABC |
|-----------|-----------|-----|
| **Atrazine** | | |
| A5852E | AATREX NINE-0 25 LB BAG | A |
| A8566A | AATREX LIQUID 480 14L (Mag Jug) | A |
| A8566A | AATREX 4L 2X2 1/2 GAL JUG | A |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961468

Exhibit 057 Page 19
GRNVL0000004496

| | | |
|---|---|---|
| A8566A | AATREX 4L BULK | A |
| G30027F | ATRAZINE TECH 992# LOW TRIS | A |
| G30027H | ATRAZINE TECH 992# BULK BAG - DOMESTIC | A |
| G30027J | ATRAZINE TECH. (BAYER) 97.6% | A |
| G30027U | ATRAZINE TECH 450 KG BAG AUSTRALIA | |
| G30027U | ATRAZINE TECH 450KG BULK BAG - S.A. | |
| G30027U | ATRAZINE TECH 450KG BULK BAG EXPORT | |
| G30027U | ATRAZINE TECH 20KG BAG-DIRECT XPT | |
| G30027U | ATRAZINE TECH 20KG BAG-XPT | |
| G30027E | ATRAZINE TECH 450KG BULK BAG SF. | |
| G30027E | ATRAZINE TECH 992# BULK BAG SF | |
| A5852E | ATRAZINE 90F 25 LB UNITED SUPPLIERS | C |
| A5852E | ATRAZINE 90 DF  25 LB.  TENKOZ | C |
| A5852E | ATRAZINE 90 25# CLEAN CROP | C |
| A5852E | ATRAZINE CONIFER 90 25 LB. | C |
| A8566A | ATRAZINE 4L 2X2.5GL UNITED SUPPLIERS | C |
| A8566A | ATRAZINE 4L 2x2.5 USG CLEAN CROP | C |
| A8566A | ATRAZINE 4L BULK CLEAN CROP | C |
| A8566A | ATRAZINE 4L BULK VAN DIEST | C |
| A3491AX | GESAPRIM 50FW 2 X 10 LITER | |
| A5852E | AATREX NINE-0 10 KG INTL | |
| A5852E | GESAPRIM 90 WG 10X1 KG BULGARIA | |
| A5852E | GESAPRIM 90 WG 10 X 1 KG POLAND | |
| A5852E | GESAPRIM 90 WG 4X5 KG CZECH REPUBLIC | |
| A5852E | GESAPRIM WDG 4X5 KG HUNGARY | |
| A5852E | GESAPRIM 90 WG 4X5 POLAND | |
| A5852E | GESAPRIM 90 WG 4X5 KG SLOVAKIA | |
| A5852E | GESAPRIM 90 WG 10 KG CAMEROON | |
| A5852E | AATREX 9-0 1 KG MEXICO | |
| A5852E | GESAPRIM 90 WG  10X1 KG BOSNIA | |
| A5852E | AATREX NINE-O 1X10 KG | |
| A5852E | AATREX NINE-O 1X10 KG | |
| A5852E | AATREX NINE-0 10 KG INTL | |
| A5852E | GESAPRIM 90 WG 10X1 KG BULGARIA | |
| A5852E | GESAPRIM 90 WG 10 X 1 KG POLAND | |
| A5852E | GESAPRIM 90 WG 4X5 KG CZECH REPUBLIC | |
| A5852E | GESAPRIM WDG 4X5 KG HUNGARY | |
| A5852E | GESAPRIM 90 WG 4X5 POLAND | |
| A5852E | GESAPRIM 90 WG 4X5 KG SLOVAKIA | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961469

Exhibit 057 Page 20
GRNVL0000004497

| A5852E | GESAPRIM 90WDG 10 KG CHILE |
| A5852E | GESAPRIM 90WG 10KG - S. AFRICA |
| A5852E | GESAPRIM 9-0 MANEJ-O-FACIL 5X1.7 KG |
| A5852E | GESAPRIM GRDA 10 KG BRAZIL |
| A5852E | GESAPRIM 90 WDG 10 KG (ARG) |
| A5852E | GESAPRIM 90 10 KG (GTM) |
| A5852E | GESAPRIM NUEVE-O 10 KG |
| A5852E | GESAPRIM NUEVE-O 10 KG (URU) |
| A5852E | GESAPRIM NUEVE-O 10 KG BAG Uruguay |
| A5852E | GESAPRIM 90WDG 10 KG CHILE |
| A5852E | GESAPRIM 90WG 10KG - S. AFRICA |
| A5852E | GESAPRIM 9-0 MANEJ-O-FACIL 5X1.7 KG |
| A5852E | GESAPRIM GRDA 10 KG BRAZIL |
| A5852E | GESAPRIM 90 WDG 10 KG (ARG) |
| A5852E | GESAPRIM 90 10 KG (GTM) |
| A5852E | GESAPRIM NUEVE-O 10 KG |
| A5852E | AATREX NINE-O 25 LB BAG EXPORT |
| A5852E | GESAPRIM NUEVE-O 10 KG (URU) |
| A5852E | GESAPRIM NUEVE-O 10 KG BAG Uruguay |
| A8566A | AATREX LIQUID 480 (RP) |
| A8566A | AATREX 4L BULK CANADA |
| A8566A | AATREX LIQUID 480 (RP) |
| A8566A | AATREX 4L/GESAPRIM AUTOSUSPENSIBLE BL MX |

### Simazine

| A6119B | PRINCEP CALIBER 90 5X10 LB BAG | A |
| A8563B | PRINCEP 4L 2 X 2 1/2 GAL JUG | A |
| A8563B | PRINCEP 4L BULK | A |
| G27692U | SIMAZINE TECHNICAL 1213# DOMESTIC | B |
| G27692E | SIMAZINE TECH 550 KG BAG AUSTRALIA | |
| G27692U | SIMAZINE TECH 550KG DIRECT | |
| G27692U | SIMAZINE TECH 20KG EXPORT | |
| A8563B | SIMAZINE 4L 2 X 2.5 USG CLEAN CROP | C |
| A8563B | PRINCEP LIQUID 2 X 2.5 GALLON | C |
| A6119B | PRINCEP NINE-T 5X5KG | |
| A6119B | GESATOP 90WG URUGUAY | |
| A6119B | GESATOP 90 WDG 5X5 KG CHILE | |
| A6119B | GESATOP 90 WDG 5X5 KG - SPAIN | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961470

Exhibit 057 Page 21
GRNVL0000004498

A6119B      GESATOP 90WG 5X5 KG S. AFRICA

**Terbuthylazine**

| | | |
|---|---|---|
| GS13529F | BELLACIDE TECH 992 LB BULK BAG | C |
| GS13529E | TERBUTHYLAZINE TECHNICAL 20 KG EU MP | |
| GS13529E | TERBUTHYLAZINE EU MP 450 KG BAG | |
| GS13529U | TERBUTHYLAZINE TECH MP 450 KG AUSTRALIA | |
| GS13529U | TERBUTHYLAZINE TECH MP 450 KG BAG | |

## 2.2    Customer Service Levels

Due to the capacity allocation and campaign schedules at the St. Gabriel plant, it is necessary to have some discipline in the ordering of triazine technicals.   A typical year in the triazine unit looks like this:



Therefore, firm forecasts are needed as follows:

| | Propazine | Simazine | Terbuthylazine | Atrazine |
|---|---|---|---|---|
| US Production | August/September | September/October | October/November | Multiple Campaigns |
| Firm Forecast Needed | 4 weeks prior to production on tech (sales to Griffin) <br><br> 2 months on prometryn | 3 weeks prior to production | 3 months prior to production on Tech <br><br> 2 months on Terbutryn | 3 weeks on tech <br><br> 2 months on package <br><br> 2 months on ametryn |

### 2.2.1  **Export**

- IMCs will receive a notice from US Export with the deadline for firming the demands

- IMCs are to include their safety stock in their demand transmitted to the US as no international safety stock is held in the US

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION         SYN01961471

Exhibit 057 Page 22
GRNVL0000004499

- Product is produced to forecast
- The US holds the stock until the country requires it.
- Orders are placed via DRP 3 weeks prior to shipment.
- If a country has an unforecasted upside, the US Export Rep will communicate with other countries (including the US) to see if any stock can be freed up to meet the upside demand.
- Formulated product will not be repackaged in the US when product is secured from one country to meet another country's upside (unless the country is willing to pay for the cost and the plant has the capacity and time to complete repackaging). However, the US may send product labeled for another country to meet a requirement. Formulated product would have to be repackaged locally.
- All efforts will be made by the US Export Rep to free up product allocated to another customer or push out demands into the next campaign.
- Export product will be billed to a Hub (Singapore or Panama) or Basel
- The lead-time on bags for Terbuthylazine is 80 days.
- Atrazine is produced throughout the year except for June, July, Oct., Nov
- Atrazine production is scheduled in campaigns

### 2.2.2  **Domestic**

- Production is based on forecasted demands.
- Safety Stock is built into the forecasted demands.
- Intermediate Atrazine and Propazine requirements are calculated by MRP based on demands for Ametryn and Prometryn production.
- Orders are placed into SAP by Customer Service and by shipping points for Intermediates.

### 2.2.3  **Major Users**

- The major users of Triazines are the US, Brazil, Australia and S. Africa. Attached are volumes by location for 2002 and also a view for 2007:

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION            SYN01961472

Exhibit 057 Page 23
GRNVL0000004500

### 2002 Atrazine
### Top 6 Countries



### 2007 Atrazine
### Top 6 Countries



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961473

Exhibit 057 Page 24
GRNVL0000004501

## 2002 Terbuthylazine
## Top 5 Countries



- South Africa
- Germany
- France
- Italy
- Spain
- Other

## 2007 Terbuthylazine
## Top 5 Countries



- South Africa
- Germany
- Italy
- Spain
- France
- Other

## 2002 Simazine
## Top 5 Countries



- USA
- Australia
- Brazil
- Chile
- United Kingdom
- Other

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION            SYN01961474

Exhibit 057 Page 25
GRNVL0000004502



# 3   Risk Management

## 3.1   GS contributions to life cycle related risks

As discussed earlier, the largest life cycle risk to the triazines are:

- New and improved chemistry
- HTC corn
- Generic producers
- Regulatory restrictions

Fortunately, the triazines have been successful over many years and are valued by the farmer as a cost effective, broad spectrum product.  Although new and improved chemistries have been introduced over the last 45 years, none has had the success or wide range use as the triazines.  In fact, most new chemistries require the addition of triazines to ensure adequate full spectrum weed control.  HTC corn offers an additional threat in that it also is a low cost alternative, although it still requires multiple applications.  The triazines must remain competitive and as such be offered at a highly competitive price.  This also helps combat the threat of generic competition.

The main initiatives in place within the Triazine Supply Chain to contribute to further life cycle issues are:

- Totally integrate with the mesotrione and S-MOC supply chains to ensure new and exciting formulations are developed and successfully launched to compete with the HTC products
- Ensure fixed cost reduction initiatives are in place and actively managed to allow a lower cost product to be supplied in the future to lower the cost of the Syngenta single application offer to compete against the HTC offer

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961475

Exhibit 057 Page 26
GRNVL0000004503

- Maintain a low cost supply of triazines in order to compete with the generic offers of straight formulations and technical offers. Remain competitive and gain market share from the generics by "partnering" with other basic manufacturers and entering global supply agreements.

- Initiate partnering agreements with other basic manufacturers by leveraging purchasing of raw materials with sell of triazines in gaining a win-win situation.

- Supporting the regulatory defence of triazines. Ensuring the triazines are aligned in the regulatory field with proper back-up strategies in the face of bans, i.e. simazine as a back-up to Atrazine in the US and terbuthylazine as a back-up to Atrazine in EU.

## 3.2   Business Interruption Risk Analysis (BIRA Study)

The BIRA was formally done in October of 2001 and the resultant study identified three main risks. Following is a table identifying the risk as well as the planned corrective action:

| Risk | Corrective Action |
| --- | --- |
| **Loss of chlorine supply** | |
| Continuous production of cyanuric chloride depends on pipeline supply of chlorine from neighbouring Pioneer site.  Pioneer is in financial difficulty and has filed for bankruptcy (actually filed for bankruptcy protection and have since emerged from this bankruptcy, although they are still on shaky financial footing). | Investigate and negotiate access to Pioneer site in the event of a closure due to bankruptcy in order to utilize unloading facility, storage tanks and pipeline. |
| Inventory in Pioneer's tanks sufficient for 5 days production (if the plant should have to shut down due to bankruptcy).. | Review contract obligations with legal department to ensure we are adequately covered if bankruptcy issues emerge. |
| Supply contract allows for tanks to be filled by third party suppliers (in the case of bankruptcy or other process oriented issues). | Investigate alternate suppliers of chlorine and determine cost and feasibility of receiving railcars of chlorine and commissioning on-site unloading of chlorine through construction of an unloading facility. |
| Alternative cyanuric chloride production capacity in Alabama (Dagussa) is limited to 60% of St. Gabriel site capacity. | |
| **HCB** | |
| Continuous production of cyanuric chloride (via HCN) depends on pipeline supply of natural gas from various oilfields.  The gas contains benzene that the plant does monitor.  However, the supply contract does not specify a maximum limit on benzene and the gas companies will not and cannot guarantee a benzene-free supply. The benzene is converted to hexachlorobenzene (HCB) during the trimerization process.  The HCB is passed on through the triazine process and does appear in small amounts (<10ppm) in | Continue to monitor benzene level in natural gas and quantify levels of HCB in triazines. |
| | Monitor Canadian legislation on requirements for HCB levels in pesticides. |
| | Initiate and approve a project for removing the benzene from the natural gas feed to the HCN converter.  The benzene can be removed via a condenser that utilizes a pressure drop in cooling the gas feed to <-70°C.  the project is currently being authored and we hope to have approved |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961476

Exhibit 057 Page 27
GRNVL0000004504

| | |
|---|---|
| the final product.   HCB is considered a carcinogen and is becoming highly scrutinized by the Canadian and US authorities. | for installation during the summer of 2003. |
| **Regulatory Pressure** | |
| Significant product revenue is based on Atrazine and other triazines either in stand-alone formulations or in mixtures with other ais.  The product is facing registration and regulatory pressures in some countries where re-registration may be difficult. | Continue to monitor regulatory moods globally and stay proactive in initiating corrective actions in support of regulatory defence. <br><br> Regulatory and technical actions are in place to defend re-registration. <br><br> Ensure we have a back-up plan for Atrazine replacement with other triazines, i.e. terbuthylazine in EU/AME and simazine in NAFTA. |

# 4   Supply & Demand

## 4.1   Demand Forecast & Seasonality

### 4.1.1   Atrazine

The projected sales curve for Atrazine (in tonnes AI) is shown below (source: Sympact 2002 First cut w/challenge).  This sales curve does not represent material needed to supply the ametryn manufacturing process.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961477

Exhibit 057 Page 28
GRNVL0000004505

This chart illustrates atrazine sales volumes either as straight tech, atrazine straight formulations, atrazine in mixtures as lead ai and with other lead ais, and includes volumes required to manufacture ametryn (source:  Sympact First Cut 2002 w/challenge):



**Atrazine Volume Development 2002-2007**

Atrazine has a strong Q1 and Q2 bias in seasonality driven by NAFTA and Australian sales.  The high March sales number is driven by bill dates of pre-shipped material in the US and does not necessarily reflect when product is actually shipped.  The summer month volumes are largely driven by LATAM sales in Brazil and Argentina.  Most of the fourth quarter sales is driven by pre-season, early-fill and marketing programs in the US.  (Source:  COGNOS July 2002 data.)

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961478

Exhibit 057 Page 29
GRNVL0000004506

# Atrazine Seasonality



### 4.1.2 Terbuthylazine

The projected sales curve for Terbuthylazine (in tonnes AI) is shown below (source: Sympact 2002 First cut w/challenge). This sales curve does not represent material needed to supply the terbutryn manufacturing process.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961479

Exhibit 057 Page 30
GRNVL0000004507



Terbuthylazine is used mainly as a mix partner with other ais.  The chart below shows the split of
volumes over the portfolio:



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961480

Exhibit 057 Page 31
GRNVL0000004508

Terbuthylazine has strong Q4 and Q1 sales driven by EU/AME, especially by France and South
Africa (source: COGNOS July 2002 data):



### 4.1.3  Simazine

The projected sales curve for Simazine (in tonnes AI) is shown below (source: Sympact 2002 First
cut w/challenge).

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961481

Exhibit 057 Page 32
GRNVL0000004509

# Simazine Volume Development



Simazine is used mainly in straight formulations.  The chart below shows the split of volumes over the portfolio:



Simazine has strong Q1 and Q2 sales driven by US and Australia (source:  COGNOS July 2002 data):

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                SYN01961482

Exhibit 057 Page 33
GRNVL0000004510

# Simazine Seasonality



## 4.2   Upside and Downside Contingency Plans

The Atrazine scenarios do not predict any upside potential due to issues previously discussed.  The current Sympact predictions are a little more optimistic than the perceived reasonable volume development over the next 5 years, but are still rather close to current predictions.  Factors and assumptions being considered in the reasonable and worst case scenarios are:

- EPA interim RED in mid-2003 (reasonable)
- EU Annex 1 in 2004 (worst)
- Triazine ban in US and EU in 2008 (worst)
- Rate reduction from 1.4 to 1.0 kg ai/ha in 2009 (reasonable)

As shown in the following table, the Atrazine volumes remain at a reasonable level through 2007 in all scenarios.  Beyond 2008 is where there is concern and uncertainty around the volumes.  However, regardless of which scenario is used, there appears to be a large drop in volumes during the five years following 2007 – contributed to either rate reductions or triazine bans.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION            SYN01961483

Exhibit 057 Page 34
GRNVL0000004511

## Atrazine Volume Scenarios 2003-2013



☒ Worst Case  ▨ Reasonable Case  ☐ Sympact

Current models show that the best long-term option for production of ai remains to be at the St. Gabriel plant until volumes reduce to the 25mte per year range at which time it becomes too costly to remain competitive, i.e. margins on straight formulations are diminished to zero and our cost is higher than competitor's cost. Current market pricing of triazines shows about a 20-25% advantage in Syngenta's consolidated cost as compared to purchase price from a competitor. Of course in order to maintain low volumes at the plant, considerable fixed cost reductions would need to be realized as the volumes decrease. The following charts illustrates the margin vs cost picture as volumes decrease:

## Atrazine tech cost $/Mlb



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961484

Exhibit 057 Page 35
GRNVL0000004512



Of course the factors affecting the anticipated decline in volumes for Syngenta also affects competitors, so there is likely to be a reduction in suppliers as well. Other factors affecting competitive pricing is raw material costs, especially cyanuric chloride, strength of the dollar versus foreign currencies, and registration of Syngenta product in mixtures where the competition does not have this strength. With these variables, it is difficult to predict the number of competitors remaining and the price of their product. However, there is a strong argument that as the volumes decrease, Syngenta could actually grow market share and take volumes from competitors, thus slowing the declining volume effect on Syngenta.

In the case of any upside volumes, Syngenta is poised with current assets to meet the market requirements on all triazines in current assets. The triazine unit is capable of producing up to 68,000 tes per year ai and the existing formulation and packaging facilities are sized for any upside. Depending on which triazines have volume increases, will determine how the campaigns are run in the unit. Scheduling/planning would have to take into account requirements, seasonality and cross-contamination concerns in planning the upside volumes.

## 4.3    Operational Supply Concept

Through the years, the plant has become more efficient and has made many improvements that have resulted in higher yield, rates, and capacity. The plant is currently operating at a budget of about 59000 tonnes per year with an achievable capacity of 68000 tonnes per year.

### 4.3.1   Raw Materials Purchasing

#### 4.3.1.1 Mono Ethyl Amine

Mono ethylamine (MEA) is supplied via pipeline to the Triazine plant. Storage capacity is approximately 100,000 gallons. The plant uses 100% anhydrous MEA in the process for the production of Triazines.

Key supplier for mono ethylamine (MEA) is Air Products who are located adjacent to the St. Gabriel manufacturing site. The plant was built in the late 1970s and converted to a continuous unit in the late 1990s. The current Syngenta contract

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961485

Exhibit 057 Page 36
GRNVL0000004513

expires December 31, 2003 and indicates that 100% of Syngenta requirements will be supplied from Air Products.

Historically, the standard cost for this material has been set at price artificially lower than market price. Efforts to correct to market price were previously not well received within the organization. Starting in 2003, the standard will reflect the current market pricing of this material. Air Products has on site storage of approximately 10 million pounds with a minimum Syngenta inventory of 5 million pounds per the contract.

Syngenta is the largest consumer of MEA globally. It is used to produce Atrazine, Simazine, and Terbutylthazine. Simazine and Terbutylthazine will see a marked increase in unit cost as a result of the price correction.

### 4.3.1.2 Mono Isopropyl Amine

Mono isopropyl amine (MIPA) is also supplied via pipeline to the Triazine plant at St. Gabriel. This pipeline transfers 100% anhydrous MIPA. On site storage consists of one 100,000 gallon storage tank.

The current supplier for MIPA is Air Products who is located adjacent to the St. Gabriel manufacturing site. The current contract expires December 31, 2003 and indicates that 100% of Syngenta requirements will be supplied from Air Products. Prior to 2003, the standard for this material was also set at a non-market price.

The MIPA price was artificially higher than the merchant market. The 2003 standard will reflect the current market price of this material. Air Products has on site storage of approximately 12 million pounds of MIPA with 6 million pounds dedicated to Syngenta per the contract.

### 4.3.1.3 Natural Gas

Natural gas is consumed both in the Triazine process in the manufacture of HCN as well as to produce the heat required to dry the technical. The physical supply of St. Gabriel natural gas is supplied via pipeline from Bridgeline, Inc.

The current supply contract expires at the end of 2003. The transmission cost is $0.07/mmBTU. Bridgeline owns the pipeline as well as the only other natural gas pipeline in the immediate area. It is expected that Bridgeline will wish to negotiate another 10 year contract. Internal discussion on the source of the natural gas for the two pipelines has indicated that access to both pipelines may improve the overall quality of the HCN especially during periods of weather upheaval in the Gulf of Mexico. Additional work is ongoing on this topic.

### 4.3.1.4 Chor/Alkali

Chlorine is a key raw material and cost driver in the manufacture of Triazines. Caustic is also a key raw material. Chlorine and caustic are delivered via pipeline to the unit from Pioneer Chemical which is located adjacent to the site.

The current contract calls for 100% supply from Pioneer until December 31, 2005. The price is negotiated every six months.

### 4.3.1.5 Ammonia

Ammonia is used to produce HCN a precursor to the Triazines. It is currently purchased from Mississippi Chemical. Supply has most recently been imported from Trinidad due to the high cost of natural gas in the last 2 years and its direct impact on ammonia pricing. The site uses rail cars to transport the ammonia to the plant.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961486

Exhibit 057 Page 37
GRNVL0000004514

The Mississippi Chemical contract expires at the end of 2002. It is an exclusive contract.

#### 4.3.1.6 Tertiary Butyl Amine

Tertiary butyl amine is purchased from BASF for the manufacture of Terbuthylazine. The current contract expires at the end of 2002. The material is produced in Geismar, LA in a dedicated unit. The material is delivered via truck to the plant

## 4.3.2 Active Ingredient Production

Triazine manufacturing currently starts with key raw materials: natural gas, anhydrous ammonia, chlorine, 50% sodium hydroxide, and amines. All are delivered via pipeline except for ammonia, which is supplied by rail. Most are commodity chemicals and are readily available from multiple sources. The back integration to "fire, earth and water" is a significant cost benefit for Triazine production, at high production volumes. Also, formulation is integrated into the AI production process, so that isolation of the technical is not necessary to produce formulated products. This formulation advantage is being offered to current technical customers, both internal and external, to maintain margin and volume.

Because of operational efficiency and inventory control goals, production is scheduled at maximum capacity for each Triazine. Additionally, campaigns of Terbuthylazine and Propazine are once per year. Simazine is produced once or twice per year as inventory requirements dictate.

NAFTA production of Atrazine for mixes, Bicep and Lumax, is formulated directly from AI production. This requires that production of Atrazine occur throughout the first part of the year when demands are high and flexibility to meet changes is necessary. At this same time, demands for technical and straight Atrazine are also high.

20 % excess AI production and formulation capacity is available for increased demands.

Current demands are such that two major maintenance periods occur each year. The first of about 45 days is in June/July, and the final is in December.

The number of technical Atrazine grades is under scrutiny and will be reduced. Packaging strategy will be to package and inventory at highest grade possible. Visibility of inventory by grade is being developed. This strategy will result in shared safety stocks and reduced inventory estimated at $3MM.

## 4.3.3 Production of Core Formulations

### 4.3.3.1 Liquid Formulations

#### Atrazine

The core liquid formulations are the Aatrex 4L and the Gesaprim 500FW/SC. The Aatrex 4L is a NAFTA specific formulation and is made in the triazine unit throughout the year during the Atrazine campaigns. The material does not require formulation from dried technical and therefore can be supplied in the bulk formulation at almost the cost of technical ai alone. It is an extremely efficient formulation and is wet milled and formulated in series with the drying of the technical ai. The mills have a capcity of about 50,000 usgs a day for Aatrex 4L. After formulation and milling, the 4L is stored in bulk and shipped as bulk material to customers and off-site bulk terminals. The 4L is also packaged in a 2X2.5USG presentation for domestic brnad and private label sales. The 500SC variant supplied to Argentina is also formulated in the triazine unit in St. Gabriel and is packaged in a 2X10L presentation.

The Gesaprim 500SC/FW formulations are formulated at asset and toll sites in Europe and Latin America. There are 4 different variants produced globally and supplied to regional markets. Material is formulated from spray dried technical and is reslurried in water, mixed with surfactants,

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961487

Exhibit 057 Page 38
GRNVL0000004515

wet milled and then diluted to the final formulation. Product is formulated at Halag and at the Resende site, and will be resited to the Paulinia site upon the closure of Resende.

Australia also has a large volume 600SC formulation that they produce at the Pendle Hill site in Sydney. There are discussion underway of supplying this material from St. Gabriel in the future at a savings.

#### 4.3.3.1.1 **Simazine**

The core simazine liquid formulations are Princep 4L and Gesatop 500SC. The Princep 4L is a NAFTA specific formulation and is made in the triazine unit once per year in the October campaign. The material does not require formulation from dried technical and therefore can be supplied in the bulk formulation at almost the cost of technical ai alone. It is an extremely efficient formulation and is wet milled and formulated in series with the drying of the technical ai. The unit is able to mill between 20 to 25,000 usgs per day of the simazine flowable which is about half the rates of the Atrazine formulations. The 4L is stored in the silos in bulk and a small amount is shipped as bulk material to customers. The majority of the 4L is packaged in a 2X2.5USG presentation for domestic brand sales. Unlike the Aatrex 4L formulation, the Princep 4L can be formulated from technical ai. This option has been used to supply upside requirements; however, this is a more expensive way to formulate with about a 30% premium associated with the cost.

The other core simazine liquid formulation is the Gesatop 600SC for Australia. This material is currently formulated from spray-dried technical at the Pendle Hill site. As with the Gesaprim formulation, there are considerations of moving this formulation to St. Gabriel as well where the material will be formulated and packaged in a special campaign in December each year directly in the triazine unit.

### 4.3.3.2 Granular Formulations

#### 4.3.3.2.1 **Atrazine**

The global granular Atrazine formulation is manufactured at St. Gabriel normally two to three times a year- November, January, and March. The Aatrex/Gesaprim 90WG is a 90% formulation. The spray dried feedstock is a combination of Atrazine and surfactants including wetting and dispersing agents. The material is granulated with atomized water on a pan granulator and is then dried on a fluid bed dryer, classified, and packaged in the unit. Currently, the material is packaged in 25 pound bags for domestic and export use as well as 4X5KG and 10 Kg presentations for export needs. Some repackaging occurs in APAC, Mexico, and other countries from the 25 lb material.

There is consideration to start satellite packaging operations in Europe from bulk bag supplied material. This will help alleviate the complexity of multiple country labels at the St. Gabreil plant and will allow efficiencies to be gained in the process. Tests to certify the durability of granular shipments in FIBC's are currently underway. If favorable, some regional repack options may be explored as early as 2002/2003.

The strategy of product supply to South America has had a major negative impact on granular supply requirements. 2002 projected supply is at X% of 2001's requirement. If the situation in South America changes and granular demands increase, there needs to be a strategy to supply.

There is also an extruded granular formulation – Gesaprim 900WG for use in Australia. This product is formulated from technical and is produced at a toll facility in Melbourne – MASTRA.

#### 4.3.3.2.2 **Simazine**

The global granular Atrazine formulation is manufactured at St. Gabriel once a year during the October campaign. The Princep Caliber 90/Gesatop 90WG is a 90% formulation. The spray dried feedstock is a combination of simazine and surfactants including wetting and dispersing agents. The material is granulated with atomized water on a pan granulator and is then dried on a fluid bed

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961488

Exhibit 057 Page 39
GRNVL0000004516

dryer, classified, and packaged in the unit. Currently, the material is packaged in 5X10 pound presentation for domestic use and a 5X5KG presentation for export needs.

There is also an extruded granular formulation – Gesatop 900WG for use in Australia. This product is formulated from technical and is produced at a toll facility in Melbourne – MASTRA

### 4.3.3.3  Support Formulations

Both Atrazine and terbuthylazine are key mix partners with other ais, notably S-MOC and mesotrione. Within NAFTA, Bicep and Mesotrione mixtures are formulated in St. Gabriel from basemix. Basemix is an Atrazine heavy milled input of about 5 pounds Atrazine per gallon. This basemix serves as the foundation for these key formulations. The basemix is mixed with key surfactants, the other ai(s), and is diluted to form the mixture formulation. The consumption of Atrazine in these formulations is substantial at about 9,500 tes in 2002 – mostly with S-MOC. The total used in S-MOC and mesotrione mixtures globally are about 12,000 tes in 2002 and levelling to about 10000 tes in 2007. Availability of Atrazine basemix in critical demand windows (late fall – early spring) is vital. Some inventory of basemix will be carried through year-end to meet historical early January push.

### 4.3.4  Inventory Management

The current (2002) inventory targets for the traizines are:

| AI | Annual Lead AI Sales, in $MM | Average Inventory Target, in $MM | Year-end Inventory Target, in $MM | Year-end Inventory Target in Tes AI | Stock to Sales Ratio |
|---|---|---|---|---|---|
| Atrazine | $172.6 | $31.0 | $27.7 | 9,900 | 16.1% |
| Simazine | $28.3 | $13.5 | $14.0 | 3,900 | 49.5% |
| Terbuthylazine | $19.0 | $6.0 | $7.6 | 2,600 | 40.0% |
| All Triazines | $219.9 | $50.5 | $49.3 | 16,400 | 22.4% |

It is very difficult to manage simazine and terbuthylazine year-end inventories due to once a year production campaigns. Terbutyhylazine is a core product and therefore does carry some safety stocks especially for mixtures with S-MOC and mesotrione. Terbuthylazine sales occur late 4th quarter and all of first quarter. Since the sales are seasonal, it appears the early 4th quarter production campaign is the most efficient time for the ai production. With the phase-out of formulations over the next three years and concentration on key global formulations, it will be easier to maintain appropriate inventory levels.

Simazine is a supplemental product and is carrying too heavy inventory levels for its status in the portfolio. Currently the US and Australia are the key sales areas. The sales for this ai are heavy in first and early second quarter. The product is also part of commercial programs in the US (citrus solutions) that requires inventory to be on hand for any upside sales opportunities. Simazine is also held in consignment at dealers in the US. In order to adequately manage simazine inventories, there must be no consignment of this, or any supplemental product, and there must be no safety stock included in supply requirements. In other words, this ai must be made to forecasted sales only. Until there is regional agreement and discipline on this, simazine will continue to carry heavy inventory levels.

Atrazine is a core product and has year-end inventory levels in line with global expectations. Year-end inventory level is balanced with forecasted first quarter sales and the capacity in St. Gabriel to

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961489

Exhibit 057 Page 40
GRNVL0000004517

meet these sales. In the past, it was difficult for St. Gabriel to meet requirements in the January to March timeframe without carrying heavy inventories in December. However, we are finding that with some scheduling changes and optimisations, the unit is able to keep up with anticipated demands and therefore, year-end inventory levels can be reduced. The biggest contributor to year-end inventory is the late December sales that are projected in the US and consignment inventories in the US. Aatrex 4L is part of the US bulk program and as such is part of an early fill program that requires product to be in customer tanks – in consignment. Atrazine is such a key product for so many customers that we usually carry inventory into December in anticipation of late December sales. Whether these sales occur directly effects year-end inventory. With production expected to end in November, any inventory made for forecasted December sales is at risk of remaining in inventory at year-end. We do carry basemix inventory over year-end, but this inventory sits within the S-MOC supply chain.

In line with global expectations, the triazines will be expected to lower year-end inventory levels in line with global requirement, i.e. stock to sales ratios of 21% in 2003, 20% in 2004, 19% in 2005. This will be a difficult initiative for the triazines due to accurate forecasting and scheduling, northern and southern hemisphere sales, and instantaneous capacity constraint issues. However, by eliminating non-core formulations, concentrating on core global formulations, maintaining safety stock of ai only in the US and shipping ai only when needed regionally, developing accurate seasonalized forecasts, and providing discipline in safety stock levels in sales forecast on all ais, especially on simazine, we can meet these goals.

## 4.4    Distribution

### 4.4.1  Primary Distribution

#### 4.4.1.1   Export Distribution

The US has 2 warehouses to hold export material, one at Baton Rouge, LA and the other at Pasadena, TX. Whenever possible shipments will occur directly from the plant. If there is no planned shipment at the time of production, the stock will move to one of the export warehouses in full truckload quantities via a Syngenta preferred carrier and held until the customers need it.

The traffic department at the plant coordinates the move from production to the warehouse.

Shipments to customers are made in full container quantities (there may be a few exceptions). Shipments may be in a 20' or 40' container.   Shipments within NAFTA are moved by truck or rail.

Syngenta has global contracts with steamship lines based upon the loading port and port of discharge. Bookings are made according to the ETA on the purchase order. The US policy is to get the product to the port of discharge +/- 3 days of the requested ETA.   This policy is based on normal, forecasted orders and may not include unforecasted upsides. As a rule, Triazines are not sent by airfreight. Any exceptions must have approval from the GSCM.

The attached table shows the volume of product by month that is exported from the US.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                        SYN01961490

Exhibit 057 Page 41
GRNVL0000004518

## Atrazine Shipments from the US by Quarter (in tons)



## Simazine Shipments from the US by Quarter (in tons)



## Terbuthylazine Shipments from the US by Quarter (in tons)

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01961491

Exhibit 057 Page 42
GRNVL0000004519



#### 4.4.1.2 Domestic Distribution

- Syngenta has 12 bulk distribution facilities and 24 package goods warehouses to service the US market. When possible shipments are made direct from manufactering to customer locations. If there is no planned shipment at the time of production, the stock will move to one of the domestic warehouses in full truckload quantities via a Syngenta preferred carrier and held until the customers requires the product.
- Packaged goods customers have the option of providing their transportation carrier
- Customer provided transportation is allowed at all packaged goods warehouses
- The traffic department at the plant coordinates the move from production to the warehouses, bulk terminals and customer locations.
- Syngenta has contracts in place with carriers to provide transportation to distribution locations and to customers.

## 4.4.2 Secondary Distribution

In Australia:

- Atrazine and Simazine are shipped into either Sydney Port for consumption into formulated flowable product at the Pendle Hill facility and/or direct into Melbourne port for consumption by Toller-Mastra into WG formulations.
- Peak Seasons: Atrazine- Jan to May & Sept to Dec different market segments. Simazine-Jan to June.
- Atrazine & Simazine AI is also sold to local trace customers. Consignments usually go directly into their warehouses in either Melbourne, Perth, Brisbane

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961492

Exhibit 057 Page 43
GRNVL0000004520

# 5  Mid-term Product Supply Chain Design Plans
(36-60 month time horizon)

## 5.1  Strategic Options

Leverage of production and formulation capabilities to capture additional market share outside of NAFTA will enable Syngenta Triazine production to continue to be the low cost supplier for both mixes and straight Triazine business throughout the world. Although straight and technical margins may be somewhat below desired at this time, these volumes continue to make significant contributions to the bottom line while ensuring a stable, flexible, responsive and low cost supply for the high profile mixes. Also, these margins will be poised to rebound as the high flying dollar comes back to earth.

In order to leverage the volumes at St. Gabriel, several items will be considered over the next several years:

- Reduction of fixed cost base at St. Gabriel in line with reduced volumes in order to keep TPC flat or lower.

- Reduce triazine fixed cost absorption at St. Gabriel by filling unutilised capacity in other units.

- Reduce idle triazine capacity as much as possible by formulating and packaging more of the global volumes at the plant where economically feasible.

- Ensuring triazines are utilized as much as possible in support of mesotrione and S-MOC mixtures. Provide basemix and other technical needs on-time in order to capitalize on market opportunities.

- Entering into global contracts with large triazine consumers in order to ensure volume base remains strong.

- Seek new volume growth opportunities outside of NAFTA by aggressively pricing triazines against generic producers – realizing that incremental sales to budget are available at 35% reduced cost and therefore can be offered at lower price while maintaining real profit.

- Aggressively seeking and supporting opportunities within the St. Gabriel plant that allow deflection of fixed cost from triazines, i.e. intermediate sales (HCN and CC) to third parties, Sequestrene sales to BASF, etc.

- Supporting the implementation of Project Discovery ideas in order to put the triazine cost picture on firmer ground.

- Understanding the generic status of triazines, accepting this, and learning to compete in a generic market in order to protect current low cost status by stabilizing or growing volumes through incremental sales, making margin concessions on straight formulations and technical ai sales while protecting margins on mixtures, and leveraging capacity against competitors.

- Aggressively review alternate raw material supply options to leverage against current suppliers and/or for new supply opportunities where possible.

- Reduce the number of formulations in the portfolio and concentrate on global formulations while not sacrificing sales.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961493

Exhibit 057 Page 44
GRNVL0000004521

## 5.2   Efficiencies

Numerous ideas developed through Project Discovery should improve yield, throughput, energy consumption and quality to reduce period cost by more than 10% over the next 3 to 5 years. Following is a table illustrating current ideas and their anticipated savings:

> To be supplied

## 5.3   Capital Projects

A current list of projects expected to be implemented over the next 2 years is attached:

| Title | In $MM, US |
|---|---|
| Molten CC | $6,000 |
| HPF PAI MACT | $2,000 |
| HPF Refrig Optimization (Proj Discovery) | $750 |
| Replace 135-C Condenser | $200 |
| Powder Pkg Computer Replacement | $350 |
| Benzene Removal from Natural Gas | $1,500 |
| Upgrade Baghouse Plenums | $400 |
| 9-0 Unit Packaging Equipment | $750 |

In addition to these, the SCT is reviewing the need for additional wetmills in the triazine unit. The mills will allow greater instantaneous capacity needs on simazine and Atrazine flowable during peak season. This will also allow reduced inventory levels at certain times of the year. The anticipated cost of the project would be in the $1.5MM range.

## 5.4   T&P – Ranked And Prioritized Projects

The following tables show a list of the identified triazine T&P Projects. This list is not final, but will be ranked and prioritised during August. As identified, there are no major projects except some alternate raw material studies around amines and formulation development around nonyl phenol free surfactants. Otherwise, most of the projects are simply support and help during normal operations.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01961494

Exhibit 057 Page 45
GRNVL0000004522

| Project Title | Lead At | Short Description | Benefit | Risk/Impact/Consequences | Urgency | Overall Rating |
|---|---|---|---|---|---|---|
| Alternate source of MEA, MIPA in atrazine  Screen of atrazine formulations with new alternate suppliers and manage regulatory requirements. | Atrazine | Validate EU or Eastern supplier as alternative to Air Products and screen atrazine formulations with new alternate suppliers. | Lower cost | | | want |
| Atrazine Technial CSF's | Atrazine | Revise CSFs to change related and manage HCB issues Canada | Regulatory requirement | | | must-1 |
| Discovery | Atrazine | technical support for cost reduction activities | TPC reduction for St.G. products | | | must |
| G30027 (Aatrex) Global Supply Product Stewardship | Atrazine | Global Supply support for the ai and product line. Activities include providing production support to the plants, managing any field and quality issues (foaming, compatibility, etc.) with the product, updating product manufacturing and raw material specifications, IDS requirements, methods, analysis and managing residual impurity (RI) issues on active ingredients, etc. | The support is required to ensure a successful production campaign and supplying an acceptabl e end use product to the marketpla ce and customer. | A general level of support will be required to maintain your product line, product integrity and meet the customers needs. | | must |
| HCB issues with Triazines | Atrazine | Analysis and manage HCB issues with triazine technicals | | | | must |
| Low volume Atrazine | Atrazine | Provide order of cost estimates for low volume plant in India/China | | | | open |
| Move the Australian 600 SC formulation to supply out of St. Gabriel.  Determine the need for alternate inerts. Process grinding study will be required. | Atrazine | Currently produced in Pendle hill plant but in bad cost position.  It would be formulated and supplied out of the St. Gabriel triazine unit direct. | Lower cost | | | must-1 |
| Support Formulation Development | Atrazine | Gesaprim 500 SC Nonylphenol-free Variant | | | | must-1 |
| Triazine Scenarios | Atrazine | SC Scenario Planning & Evaluation | Supply Chain Strategy | | | must |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01961495

Exhibit 057 Page 46
GRNVL0000004523

| Project Title | Lead AI | Short Description | Benefit | Risk/Impact/Consequences | Urgency | Overall Rating |
|---|---|---|---|---|---|---|
| Validate the possibility of using 70% MEA as an alternate supply of MEA | Atrazine | This is a change of form from a 100% to a 70% supply | Lower Cost | | | want |
| | Atrazine | Gesaprim 500 SC Nonylphenol-free Variant | | | | open |
| | Atrazine | Gesaprim 500 SC Nonylphenol-free Variant | | | | open |
| G27692 (Princep) Global Supply Product Stewardship | Simazine | Global Supply support for the ai and product line. Activities include providing production support to the plants, managing any field and quality issues (foaming, compatibility, etc ) with the product, updating product manufacturing and raw material specifications, IDS requirements, methods, analysis and managing residual impurity (RI) issues on active ingredients, etc. | The support is required to ensure a successful production campaign and supplying an acceptable end use product to the marketplace and customer. | A general level of support will be required to maintain our product line, product integrity and meet the customers needs. | | must |
| Product Chemistry Formulations | Terbuthylazine | GS13529/bromoxynil as bromoxynil-heptanoate/bromoxynil as bromoxynil-octanoate SE (333/075/075) | | | | must-1 |
| Validation of alternate source of TBA. Will require formulation screen of terbuthylazine formulations. | Terbuthylazine | Validate EU or Eastern supplier as alternative to Air Products | Lower cost | | | want |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01961496

Exhibit 057 Page 47
GRNVL0000004524

## 5.5    Sourcing – Key Raw Materials And Suppliers

### 5.5.1   Mono Ethyl Amine

Competitive cost analysis is underway to evaluate BASF as a replacement supplier. The intent of the analysis is to determine if the back integration (aka "Verbund") of the BASF supply chain can offset the logistical advantage of the Air Products pipeline. BASF does not have manufacturing capability in the United States. In addition, they can supply only the 70% aqueous solution. This analysis should be complete by the end of 2002.

A third supplier of MEA is Celanese. Celanese has never sold mono ethylamine in the merchant market. They produce for internal use in another Celanese product. Celanese produces this material at their plant in Bucks, AL.

### 5.5.2   Mono Isoproyl Amine

A competitive cost analysis is ongoing for MIPA from BASF. Effort is ongoing to determine if BASF can competitively compete with Air Products despite the logistical advantage of the pipeline.

Celanese is not under evaluation due to some business uncertainties at Celanese. The Bucks AL plant is currently on the market which is where MIPA is produced.

Syngenta is one of the largest consumers of MIPA behind Monsanto. Monsanto currently uses it to produce Roundup. Celanese supplies MIPA to Monsanto. Currently, the Monsanto business is split 70/30 between Air Products and Celanese.

### 5.5.3   Natural Gas

A strategy for the purchase of forward contracts of natural gas was agreed by the Global Supply Chain Team and NAFTA Supply Chain management in May 2002. This financial tool will be utilized to protect the cost of natural gas at St. Gabriel for variable and fixed cost requirements. Syngenta is in the process of setting up ISDA Master Agreement with Goldman Sachs.

Natural gas is used for the manufacture of HCN, an intermediate as well as to generate steam at the site. The cost of natural gas at St. Gabriel is based on the NYMEX Henry Hub closing price plus transmission cost in mmBTUs.

### 5.5.4   Chor/Alkali

Pioneer Chemical supplies chlorine and caustic via pipeline to St. Gabriel. This site, originally part of Stauffer Chemical, was chosen to support the Triazine business in the 1970s. The current contract calls for 100% supply from Pioneer until December 31, 2005. The price is negotiated every six months. Syngenta requirements are guaranteed first by Pioneer.

The economic health of Pioneer has caused some concern in the last 18 months as they declared Chapter 11 bankruptcy and came out of it in January 2002. The risk to the business is being managed via negotiations around access to the pipeline unloading system in the event of liquidation of Pioneer Chemical. Pioneer has railcar unloading facilities.

### 5.5.5   Ammonia

Ammonia supply into St. Gabriel has been consistent. Mississippi Chemical's ability to source material from Trinidad has allowed them to remain in business despite the recent economic challenges in natural gas pricing in the United States.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961497

Exhibit 057 Page 48
GRNVL0000004525

Evaluation of pipeline opportunities for ammonia supply was not successful. Rail car pricing was more than competitive primarily because of the high cost of capital.

PCS is also under evaluation as a new alternative source of ammonia for St. Gabriel once the Mississippi Chemical contract expires at the end of this year.

### 5.5.6 Tertiary Butyl Amine

BASF has recently completed a capital project to double their tertiary butyl amine capacity as well as provide a dedicated unit. The main market for TB Amine is for tire producers.

Flexsys/Sterling also produce tertiary butyl amine and have been used by Syngenta in the past. They will be re-evaluated at the conclusion of the current contract. In addition, Asian sources of tertiary butyl amine will also be investigated.

### 5.6 Site Network

Under development.

### 5.7 Mid-Term Inventory Development

To be developed

### 5.8 Costed Supply Chain Map („as is" and „to be")

Please see attached charts of the "as is". The will be are being developed at this time.

### 5.9 COGS Development (per kg ai / 3-5 years rolling plan)

The expected COGS for the ais are as follow based on current 5 year plan:

| | Current | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Atrazine | $2.16 | $2.36 | $2.31 | $2.28 | $2.21 | $2.20 |
| Atrazine SF | $2.53 | $2.73 | $2.68 | $2.65 | $2.58 | $2.57 |
| Terbuthylazine | $2.56 | $3.38 | $3.26 | $3.24 | $3.14 | $3.14 |
| Terbuthylazine LA | $3.54 | $3.88 | $3.76 | $3.74 | $3.64 | $3.64 |
| Simazine | | | | | | |
| | | | | | | |

Some comments on the costs:

- These costs do not reflect expected fixed cost reductions as of yet
- The 2003 costs rise sharply due to some adjusted accounting practices with respect to energy and infrastructure absorption

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961498

Exhibit 057 Page 49
GRNVL0000004526

- 2003 variable cost rises due to dramatic increase in chlorine price

- In 2003, amine prices were readjusted to actual versus historical weighted average on MIPA and MEA. This will reduce Atrazine costs and raise simazine, propazine and terbuthylazine costs.

- Cost projections are driven by variable cost which is driven by commodity pricing of rwaw materials. Syngeeta has very little ability to reduce these swings.

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961499**

**Exhibit 057 Page 50
GRNVL0000004527**

# 6    HSE

To be developed.

# 7    KPI's and Targets

## 7.1    Operational (current year)

The KPIs for the triazine supply chain this year are:

- Achieve year-end and average inventory targets per ai as follows:

| AI | Annual Lead AI Sales, in $MM | Average Inventory Target, in $MM | Year-end Inventory Target, in $MM | Year-end Inventory Target in Tes AI | Stock to Sales Ratio |
|---|---|---|---|---|---|
| Atrazine | $172.6 | $31.0 | $27.7 | 9,900 | 16.1% |
| Simazine | $28.3 | $13.5 | $14.0 | 3,900 | 49.5% |
| Terbuthylazine | $19.0 | $6.0 | $7.6 | 2,600 | 40.0% |
| All Triazines | $219.9 | $50.5 | $49.3 | 16,400 | 22.4% |

- Achieve $6MM savings in raw material purchases against budget

- Identify and implement new savings opportunities to reduce triazine COGs in 2003 vs 2002

- Develop low volume strategy for triazines and identify costs reduction needs to stay level in per kg TPC

- Complete GPSP and have final, GSOP approval by end of 2002

## 7.2    Mid-term

Mid-term KPIs for the triazine SCT are:

- Continued inventory reduction and improved management to achieve 19% stock to sales ratio by end of 2005

- Reduce fixed cost absorption on triazine by $12MM (as compared to 2002) by 2005 budget.

- Achieve TPC of <$2.20/kg on Atrazine by 2005 budget.

- Achieve range reduction targets as identified with number of formulations reduced according to previous chart.

## 7.3    STI Links

To be determined.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01961500

Exhibit 057 Page 51
GRNVL0000004528