# NAFTA Regulatory Actions – Completed in 2002

✓ **Registration of mixture products**

- Camix & Lumax July 29,
- Dow product July 5

✓ **Petition for expanded use to Sweet Corn**

- Reduced Risk status – April 2002
- Include rebuttals to aspects of June 2001 registration
- Include expanded use to Pop Corn (through IR4)

✓ **Submit Canadian AI Registration Package**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01181950



EXHIBIT 6 McFarland

Exhibit 060 Page 1

# US CONDITIONS OF REGISTRATION (1)

- **US Conditions of registration clarified by EPA in Lumax conditional registration notice**
- **Syngenta has mainly rebutted, with some work in progress**

**Ongoing work:**

- **Non-target plant program – redo with adjuvant**
    - 123-1 (a) and (b) – Tier II Seed Germination/Seedling Emergence & Tier II Vegitative Vigor
    - 123-2 – Tier II Aquatic Plant Growth

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01181951

Exhibit 060 Page 2

# US CONDITIONS OF REGISTRATION (2)

- **Rebuttals to other conditions w/sweet corn petition**
    - **Medium to high probability of success:**
        - 860-1340 (confirmatory method in lieu of revised interference study)
        - 870-3465 (28-day inhalation)
        - 860-1300 (plant and livestock metabolism storage stability)
        - 164-1 soil extraction procedure
    - **Lower probability of success:**
        - 166-1 (PGM) – to be clarified by mid-October
        - 870-3465 (DNT) – preliminary work started (?)

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01181952

Exhibit 060 Page 3

# NAFTA Regulatory ongoing activities

- **Carryover**
- **Manufacturing**
  - **New Specification**
    - Registration of scale-up vs. pilot process
  - **Increase Capacity**
  - **Ames**



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION       SYN01181953

Exhibit 060 Page 4

# Ames (1)

- History

    - Early in mesotrione development, a batch produced in the lab was high ames

    - Isolated to XAN1, which was removed through removal of precursers in starting material NMSBA

    - Further testing showed very low ames responses

    - Attempts to isolate other trace nitroxanthenones have been met with some success

    - Identification of <u>all</u> nitroxanthenones responsible for the small ames responses difficult

        - Assat limitations: At or below lower limit of ames bioassay (1.8 – 2.5)

        - Complexity: Trace levels and multitude of compounds

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION         SYN01181954

Exhibit 060 Page 5

# Ames (2)

- <u>Various groups have tried to "solve" this issue (prod chem, manufacturing, regulatory)</u> → no quick fix
- Latest initiative = small team: Kambiz Javdani (CC), Madan Verma (prod tech), Barry Elliott (AP), Dan Campbell (US reg), Fredi Seiler (GRA), Charlotte Croudace (EU reg).
  - Proposals made for US EPA submission as part of scale-up manufacturing specification, with generation of more data.
    - Requires that EPA accepts ames ~2.8 not toxicologically significant
    - Requires "freezing" of manufacturing process
    - 5-typical batch
    - More direct validation of NMSBA impurity leads to ames +
    - Validation of chemical method to replace ames bioassay
    - Investigation of variability in ames and implications to bioassay results.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01181955

Exhibit 060 Page 6

# Ames (3)

- ~~Proposal made to Devco 9/9, and not accepted~~
    - Quick fix vs. Severe risks to business
- Business wants flexibility during further scale-up

⇒ Continue ames bioassay for trace active impurities for now

⇒ Continue to develop data for potential EPA submission

⇒ Continue with current team

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01181956

Exhibit 060 Page 7

# HCN

- Successfully evaluated for Callisto
    - Concentration in AI, product, headspace, worker inhalation, and tank mix
    - Need closure from toxicology that current spec is acceptable
    - No regulatory submission
- Need same evaluation for Lumax and Camix bulk scenarios



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                              SYN01181957

Exhibit 060 Page 8