

# Mesotrione Soil Persistence in USA and Carryover Risk of LUMAX in 2004

## Derek Cornes

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896316

GRNVL0000021414

Exhibit 116 Page 1

# Mesotrione Carryover Update

- Review of model predictions

- Results of commercial Lumax soil sample analysis and model fit

- Copper vs acid latest data

- Conclusions and risk analysis



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896317

GRNVL0000021415

Exhibit 116 Page 2

# What Have We Tried to Predict?

- ## 1. Predictions of residue occurrence

  - – Estimates the amounts and regions more likely to have residues present in the following spring

- ## 2. Prediction of following crop injury

  - – Estimates whether crop injury will be expressed at those amounts and in those regions (crop and soil type considerations)



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896318

GRNVL0000021416

Exhibit 116 Page 3

# Driving Factors for Residues

- Low Rainfall

- Low pH

- High Organic Matter

- Sandy Soils



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01896319

GRNVL0000021417

Exhibit 116 Page 4

# Injury Expression

- Concentrations above 9 ppb may start showing injury in <u>sensitive</u> soybeans (15% of varieties).

- This depends on the availability of mesotrione in the soil

- Relationships still under investigation

- Factors <u>reducing</u> injury expression

  - High CEC, Increasing organic matter



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896320

GRNVL0000021418

Exhibit 116 Page 5



# Maximum Mesotrione Concentration
## Low pH Scenario (o4y3al1_max)

2004 prediction of <u>residues</u> Low pH, pre app, worst case soil in county. May not be agricultural.

Soil Concentration
0 - 3 PPB
3 - 6 PPB
6 - 9 PPB
>9 PPB

In general a good picture
Weather has been good

Based on meso acid

Soybean Plant Day, 2004 (o4y3)
Concentration 0-6 inches
Application 225 g/ha (A)
25th Percentile Future Weather Data (1)

200    0    200    400   Miles

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896321

GRNVL0000021419

Exhibit 116 Page 6

# Comercial Sampling

- 130 sites sampled in fall 2003 which had been commercially treated with Lumax during 2003

- <u>Targeted mainly higher risk areas</u>

- Designed to confirm model



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896322

GRNVL0000021420

Exhibit 116 Page 7



CART Model Validation with 2003 LUMAX Commercial Sampling

Note: The predicted potential injury sites are labeled with the residue (ppb)

**CART Classification**

Potential No Injury

Potential Injury

Model Based on Red Clover Injury

100 Miles

Data Source:
1. 2003 LUMAX commercial
field sampling
2. CART based on nearest
weather station data

Mesotrione Carryover
Assessment Project
EFSA, Greensboro NC
Cecil Dharmasri, Ph. D.
02/11/04

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01896323

GRNVL0000021421

Exhibit 116 Page 8

Distribution of Sampling Locations and Residue in Surface Soil (ppb)



Autumn sampling

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896324

GRNVL0000021422

Exhibit 116 Page 9

## Distribution of 12 sites with highest Residue in Surface Soil (ppb)



Top 12 sites (residue > 9 ppb) separated by their pH and OM combination
PhL_OMH = low pH and high OM soils
pHL_OML = low pH and low OM soils
pHH_OMH = high pH and high OM soils

Residue
pH_OM
■ pHL_OMH
▲ pHL_OML
⊛ pHH_OMH

N

100 ———— Miles

Data Source:
1. 2003 LUMAX commercial
field sampling - residue

Mesotrione Carryover
Assessment Project
EFEA, Greensboro, NC
Cecil Dharmasri, Ph. D.
02/12/04

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896325

GRNVL0000021423

Exhibit 116 Page 10

# Soil Sampling Matrix (Actual)

| pH | OM | # Sites sampled | Potential Risk | # sites with residue > 9 ppb | % injury sites |
|----|----|-----------------|----------------|------------------------------|----------------|
| Low | High | 49 | High | 7 | 14 |
| Low | Low | 17 | medium | 2 | 12 |
| High | High | 54 | low | 3 | 6 |
| High | Low | 11 | Very low | 0 | 0 |

Model giving good but not perfect fit



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896326

GRNVL0000021424

Exhibit 116 Page 11

# Sampling Summary

- Fall samples gave >9 ppb in 10% of cases (skewed to high risk sites)
  - composite samples may dilute hot spots (overlaps and soil type pockets)
- Some further degradation likely in at least 50% of sites (especially in South)
- Some soils may not allow injury expression
- Given 15% of soybeans are sensitive varieties
- Injury potential around 1% or less of treated area (as predicted)
- Highest risk area in Wisconsin



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896327

GRNVL0000021425

Exhibit 116 Page 12

**Hickory Grove 2**



06 27 2003

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                SYN01896328

GRNVL0000021426

Exhibit 116 Page 13

Hickory Grove 2
250 West



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896329

GRNVL0000021427

Exhibit 116 Page 14



Hickory Grove 1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896330

GRNVL0000021428

Exhibit 116 Page 15



**Hickory Grove 1**

07 24 2003

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896331

GRNVL0000021429

Exhibit 116 Page 16

# What Next?

- In general risk in 2003-4 season looks low

  - 1% or less of treated acres (as predicted at last DeCo)

- Worst case from modelling and sampling is Wisconsin

- PLT decision in February

  - Look at Wisconsin in more detail

    - If this shows low risk (<1%) then no action

    - If high risk then look at management with tolerant soybeans



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896332

GRNVL0000021430

Exhibit 116 Page 17

# Wisconsin

- Treated acres = 631,055

- Detailed modelling (by county) including use pattern analysis, predicts damage potential on 5625 acres (0.89%)

- Includes some safety margins

  - Based on red clover injury (2-3X safety margin)

  - Based on average weather conditions (2003 weather more favourable)

  - Gives room for overlaps and any increased persistence from the copper salt

- Conclusion

  - Some damage expected but not enough to be pre-emptive and announce to the market

  - No management measures justified



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896333

GRNVL0000021431

Exhibit 116 Page 18

# Mesotrione Acid vs Copper Salt

## Recap from last DeCo

- The mesotrione copper salt can result in higher residues than the acid

- Modelling (based on acid) underestimates residues

- Residues from Lumax application can be (exception rather than the rule) around 2-3x expected from a comparable acid application (when very dry)



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01896334

GRNVL0000021432

Exhibit 116 Page 19





Dry season 2002-3

Not directly comparable sites



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896335

GRNVL0000021433

Exhibit 116 Page 20

# Mesotrione Formulations
# Half lives (DAT 0-90)



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01896336

GRNVL0000021434

Exhibit 116 Page 21

# 2004-5 Season

- There will probably be some carryover hits in soybeans in 2004, but this is predicted to be less than 1% of treated area

- Given the low risk, PLT decision that it will be better to manage any complaints than pro-actively announce what might be a non-issue to the market

- Lumax submicron (introduced 2004) will reduce future risk

- Still need to get to mesotrione acid for lowest risk



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN01896337

GRNVL0000021435

Exhibit 116 Page 22