

# syngenta

# Triazine Supply Chain Redesign

## Recommendations and Conclusions
## July 2004

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146557

PLAINTIFF'S
EXHIBIT NO. 17
FOR IDENTIFICATION
DATE: 11-70-(0 RPTR DS

Exhibit 123 Page 1

# Objectives

- To give a clear view of the value of the triazine business
- To present the current business environment and issues confronting triazines
- To discuss the key redesign scenarios reviewed
- To present the key recommendations for future triazine business stability
- To gain support and commitment to the recommended plan
- To recommend way forward and timelines





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01146558

Exhibit 123 Page 2

# Triazine Business Value

- Based on NPV calculations as well as valuation based on Sympact, the triazine business has a value of $328M.

- Value as both a stand-alone product and a key mixture ingredient with S-MOC and mesotrione

- Substantial technical sales in NAFTA where mixed with competitor key actives, i.e. acetochlor.

- Strong grower support in US especially with EPA in re-registration process

- Also used as starting material for s-triazine manufacturing, i.e. ametryn and prometryn.





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146559

Exhibit 123 Page 3

# Forces Governing Competition in the Triazine Market







CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146560

Exhibit 123 Page 4

# Triazine Business Threats and Drivers

- Generic pressure
- Roundup Ready Technology
- Regulatory restrictions
- Rising raw material costs
- Large fixed cost structure at St. Gabriel ~$60M
- 6 countries account for 90% of Syngenta triazine volumes – US, Australia, Brazil, Argentina, Mexico, and S. Africa – healthy market shares in each area
- Syngenta premium priced in most big markets





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146561

Exhibit 123 Page 5

# Key Global Triazine Players

| Name: | Location | Capacity | Production/ Sales | Excess Capacity |
|---|---|---|---|---|
| Atanor | Argentina | 4'000 Mt | 3'500 Mt | 500 MT |
| Chinese Producers (4) | China | ~37'000 Mt | 26'000 Mt (export:10'000MT) | 11'000 MT |
| Herbos | Croatia | 4'000 Mt | 3'000 Mt | 1'000 MT |
| Makhteshim/ Agan | Israel | 15'000 Mt | 8'000 Mt | 7'000 MT |
| Sipcam/Oxon | Italy | 20'000 Mt | 10'000 Mt | 10'000 MT |
| Sanachem | S'Africa | 10'000 Mt | 5'000 Mt | 5'000 MT |
| Syngenta | USA | 70'000 Mt | 53'000 Mt | 17'000 MT |
| Total | | 160'000 Mt | 108'500 Mt (92'500 MT outside CN) | 51'500 MT 32% |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146562

Exhibit 123 Page 6

# Regulatory Forces at Work through 2013

|  | 2002 - 2005 | 2006 - 2009 | 2010 - 2013 |
|---|---|---|---|
| **USA** | ATR/SIM<br><br>(max. registered use rate at 2200 g/ha) | ATR/SIM with rate restriction (max. 1000 g)<br><br>Regulatory scrutiny continues | ATR/SIM with rate restriction (max. 1000 g);<br><br>Next re-registration due in 2011 |
| **LATAM** | ATR/SIM 2500 g/ha | ATR/SIM remain registered subject to US-EPA re-registration decision | |
| **APAC** | ATR/SIM 2200 g/ha | | |
| **EAME**<br>EU | ATR/SIM; banned in Oct 2003; uses permitted until 09/2005 | ATR/SIM banned except for Essential Uses until 2007 | |
| | TBA on separate re-registration timeline | TBA expected to be re-registered by 2007/2008; | |
| EU Assess. Countries | ATR essential uses granted until 2007 | TBA expected to be re-registered by 2007/2008; | |
| France | All triazines banned as of June 2004 | | |
| Rest of EAME | Triazines expected to remain on the market | | |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146563

Exhibit 123 Page 7

# Raw Material Cumulative % Cost Changes
### (2000 – 2004)







CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01146564

Exhibit 123 Page 8

# St. Gabriel Fixed Cost Reduction Activities

- Project Discovery I - $34.5M in 4 years
- Project Discovery II – just underway
- Head count reductions – 33% in 2 years
- Selling waste acid – project/contract in place
- ~60% of cost reductions offset due to rising energy and benefit costs
- Many additional projects





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146565

Exhibit 123 Page 9

# St. Gabriel Project Discovery Savings



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146566

Exhibit 123 Page 10

# Global Syngenta Triazine Volumes by Country







CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146567

Exhibit 123 Page 11

# Syngenta Atrazine Molecular Share (2003)



Note:   Data for USA from Doanes Report 2003

Data for other countries/Regions from Sympact 2003





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146568

Exhibit 123 Page 12

# Global Atrazine Price Overview

## ($US/KG Atrazine tech or formulated)

| Country | | Agan | Oxon | China | Atanor | DOW | SYT |
|---|---|---|---|---|---|---|---|
| USA | ATR-tech | 2.84 | 2.82 | - | 2.88 | 3.23 | 3.04-3.61 |
| | ATR-formul. | 3.85 | 3.83 | - | 3.92 | - | 4.30- 4.40 |
| AUS | ATR-tech | 3.01-3.58 | 3.33-4.21 | 2.10- 2.40 | - | - | 3.36-3.80 |
| TH | ATR-formul. | 4.40-4.50 | 4.40-4.70 | 3.80 | - | - | 4.85 |
| ARG | ATR-formul. | - | - | 3.80 - 4.00 | 4.00 | 4.40 | 4.74-4.94 |
| BR | | 5.30 | 4.62 | - | - | - | 4.98-5.40 |
| South Africa | ATR-tech | | | 2.10 | | | 3.35-3.51 |
| | ATR-formul. | | | 3.53 | | | 4.51-4.72 |
| | | | | | | | |
| Global Ranges | ATR-tech | 2.84–3.58 | 2.82-4.21 | 2.10 -2.40 | 2.88 | 3.23 | 3.04-3.80 |
| | ATR-formul. | 3.85-5.30 | 3.83-4.70 | 3.80-4.00 | 3.92-4.00 | 4.40 | 4.30-5.40 |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146569

Exhibit 123 Page 13

# Triazine SC Redesign Charter

| *Objectives* | *Deliverables* | *The Team* |
|---|---|---|
| • To identify scenarios to deliver major, accelerated step change improvements in the performance of the Triazine supply chain (especially in terms of profit & COGs) to meet short- and long-term business goals.<br>• In order to regain competitive edge, the target is to reduce Triazine supply chain COGs by 20%+ to maintain a fully absorbed gross margin of 27% (based on current Sympact volumes) by 2006.<br>• To reduce the TPC of atrazine bulk bag (key benchmark product) by 20% to $0.94/lb as compared to the 2004 standard of $1.14/lb at reduced volume of 30,000 tonnes of total triazine production<br>• Identify, understand and action any implications on the overall supply network and other supply chains resulting from the triazine redesign activities<br>• Ensure key mesotrione and S-MOC mixtures remain competitive and profitable by reducing triazine input costs to these mixtures,<br>• To identify, get regional buy in and senior manager approval (GSLT, GSOP, GMAST,CP management ) to implementation plans and costs for the preferred scenario<br>• Determine sustainability of the triazine business as a profitable stand-alone business – what are the critical determinants for triazine to be stand-alone? | • A ranking and risk analysis of the well defined scenarios based on economic and supply chain parameters relevant to the defined goals.<br>• A well defined stock management concept for the preferred scenario<br>• Opportunities for optimizing the supplier base are identified<br>• Detailed resourced implementation plan for the preferred scenario<br>• Communication and approval of the process and results to the appropriate levels within the Syngenta organization<br>• Agreed To Be SC map for 2006<br>• Updated GPSP to reflect agreed and accepted strategies and preferred option. | • Team Facilitator - Paul Lidbetter<br>• GPSCM and Team Lead – Alan Camp<br>• Manufacturing – Rush Ducote/ Bob Slaven<br>• Product Manager – Josef Amrein<br>• NAFTA Representative – Frank Knight<br>• Program Manager –Steve Fulton<br>• Finance – Bob Wren and Phoebe Broussard<br>• Purchasing – Gayle Taylordean<br>• T&P – Larry Gasper<br>• T&P – Art Bayer<br>• SCT (for validation and implementation planning phase)<br>• Financial and tax modeling |

## Overall Objective:  Maximize return to shareholders



syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146570

Exhibit 123 Page 14

# Scenario Comparisons

| Scenario | TPC/kg of dry tech 2013 | NPV at 16% | Scenario Description |
|---|---|---|---|
| a | 0 | -328 | Exit all triazines, including in mixtures |
| b | $2.10 | -232 | Exit straight & tech atrazine, keep mixtures, source tech from China |
| c | $2.10 | -42 | Exit tech, keep straights & mixtures, source tech from China |
| d | $2.74 | -26 | Exit powders, switch tech to wet cake (50%) |
| e | $2.58 | 0 | Base case, Sympact to 2008, then for Nafta -5% pa volume, stable prices |
| f | $2.32 | 8 | Volume stabilization, sourced from St. Gab - slows decline in volumes |
| g | $2.10 | 0 | Base case sales, exit TRZ production in STG & source from China |
| h | $2.10 | 8 | Volume stabilization, sourced from China = f+g |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146571

Exhibit 123 Page 15

# Scenario Key Assumptions

| Base Case | Volume Stabilization | Radical Outsourcing |
|---|---|---|
| •Sympact variable and fixed cost assumptions - $11.9M reduction in fixed cost and $9.3M variable cost reduction 2005 - 2008<br>•33% volume decline 2004 to 2013 (5% per annum 2008 to 2013)<br>•Stable pricing after 2008 | •Aggressive price reduction of atrazine tech in US ~13%<br>•Aggressive price reduction of tech and key formulations in other key markets to fight generics<br>•Excess capacity would drop as generics drop out allowing price increase after market share gain | •Same volume assumptions as base case<br>•Purchase all technical requirements from Chinese source<br>•Continue to sell technical ai, Straight formulations and key mixtures |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146572

Exhibit 123 Page 16

# Basis for Recommendations

- The base case is not an effective option…we are vulnerable to all our competitors.

- If we do not protect the triazine business now, we will not have a business left.

- The volume stabilization strategy provides the most benefit to Syngenta – based on NPV calculations, identified risks and perceived benefits.  However, the Chinese outsourcing option provides the best opportunity to meet the COGS and profitability targets.

- Volume strategy provides best opportunity for sustainable business with respect to mixtures and stand-alone business.

- Volume strategy is acceptable until technical ai sales become unprofitable at which time the Chinese sourcing option becomes the best option





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146573

Exhibit 123 Page 17

# Primary Recommendations

- Implement the volume stabilization strategy with St. Gabriel as the supply source.
- Maintain profitable sales in countries where we have strong market position, i.e. US, Mexico, Brazil, Australia, Argentina, and South Africa – maintain or grow market share in these areas.
- Implement incremental sales strategy (variable cost plus) in countries where additional volumes may be realized by aggressive marketing tactics, i.e. fight generics in gateway countries
- Reduce global production capacity through supply negotiations with other key triazine suppliers, i.e. supply at incremental cost plus in order to secure volumes.
- Implement margin-enhancing product offers in US, i.e. supply basemix and/or wetcake to key customers.





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN01146574

Exhibit 123 Page 18

# Secondary Recommendations

- Commission detailed engineering evaluation of current and future Chinese options with results by Q2 2005 (initial results June 2004).
- Continue to search for opportunities to sell excess capacity through intermediate sales of HCN and/or cyanuric chloride to third parties.
- Continue to search for opportunities for lower cost raw materials, i.e. amines.





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146575

Exhibit 123 Page 19

# Benefits
# Volume Stabilization Scenario

**Qualitative Benefits**
- Assured supply for mixtures at reasonable price
- Assured Quality of inputs
- Continued stewardship of atrazine to ease regulatory acceptance
- Continue triazines as a leverage for total portfolio offer - helps complete our corn weed control offer
- Capitalizes on Syngenta's dominant manufacturing capability to reign-in competitors
- Flexible – if financials become too negative then should be able to switch to outside source at that point

**Quantitative Benefits**
- If competitor volumes go up their costs likely to go down along with prices and Syngenta profits will be even further eroded
- Fewer competitors  may result in improved cost position in the longer term
- Increased Cash Flow versus Purchase from Competitors





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146576

Exhibit 123 Page 20

# Success Factors to Achieve Volume Stabilization
### (Grow Market Share and Maintain Volumes)

- Market growth in US through tech sales incentives, data comp, and programs
- Aggressive pricing in secondary markets, i.e. sell at incremental costs where significant generic threats
- Stay the course when we commit to the strategy (initial drop in GP)
- Need to manage the portfolio pricing between tech, atrazine brand, and mixtures
- Capitalize on IP – AAtrex tank mix with Callisto per patent
- SWEAT THE ASSETS
- Supply ai to generic competitors to reduce global capacity
- Custom formulate at St. Gabriel for other companies
- Optimize product portfolio, sell wet cake or base mix
- Use wet cake as feed for s-triazine production
- Formulation development – e.g. extruded granules vs. pan granules
- Alternate raw material sources, e.g. amines and chlorine
- Sell intermediates, e.g. HCN and CC
- Alternate packaging schemes





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146577

Exhibit 123 Page 21

# Risks to Volume Stabilization Strategy

- We take value out of the market without gaining volume
- We are unsure how competitors will react
- We further de-value the brands
- We may create more focus on post-emergent market (cheaper atrazine and glyphosate)
- We are unsure what Chinese competitors are doing
- Our variable costs continue to increase (eg, natural gas and amines) and we are unable to pass this on to the market





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146578

Exhibit 123 Page 22

# Risks of Outsourcing from China

- Cost
  - Current best delivered cost is ~$2.37/kg
  - Team estimate of $2.10/kg delivered is optimistic and carries un-validated assumptions
  - Chinese prices seem to have bottomed – driven mostly by variable cost
- Lead time – 30+ day delivery to US
- Inventory – must carry more inventory for flexibility
- Partner – who to partner with; **huge** project
- Project – three year lead time
- Where, when and how?





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   SYN01146579

Exhibit 123 Page 23

# China: ATRAZINE EXPORT PRICES

## $/kg Atrazine (FOB)

US$







CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146580

Exhibit 123 Page 24

# Risk Mitigation

- Competition monitoring
  - Follow re-registration activities in US and who stays in the market through data compensation
- Trial markets
  - Atrazine in S. Africa
  - Atrazine in minor-use countries (<1000 tes pa)
  - Simazine in US – Syngenta has shrinking market share in stable/growing market
- Understanding outsourcing more
  - Start 6 month in-depth study in China on availability and pricing of key raw materials, capital cost requirements, and possible partners





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146581

Exhibit 123 Page 25

# Implementation Timeline (1)

- June/July 04 - Stakeholder Management
- July 04 – Management Feedback
- July 04 – Preliminary Chinese Information
- August 04 – Steering Team and GMAST Presentation
- August 04 – Input to Product Line Teams and corn Herbicide Team
- August 04 – Input to NAFTA Marketing
- Sept 04 – Present to CP Management Team and receive approval for implementation





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146582

Exhibit 123 Page 26

# Implementation Timeline (2)

- Sept 04 – Communication of final recommendations to key stakeholders
- Sept 04 – Proposals for Sympact 2005 process
- Oct 04 – Start Chinese Feasibility Project
- Oct 04 – Present to CST
- Q4 04 – Develop Global Triazine Marketing plan
- Q4 04 – Test wet cake input for s-triazine production
- Q4 04 – Agree NAFTA to test with simazine for 2005





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146583

Exhibit 123 Page 27

# **Implementation Timeline (3)**

- Q1 05 – Include in initial Sympact plans
- Q1 05 – initial negotiations with Dow, AGAN, and SIPCAM
- April 05 – Final report on Chinese feasibility project
- Q3 05 – implement in Sympact planning
- Q3 05 – test atrazine pricing in S. Africa
- Q1 06 – implement globally





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146584

Exhibit 123 Page 28

# Summary

- Implement volume stabilization strategy – grow/maintain market share in declining market
- Concentrate initially on smaller markets with aggressive pricing, i.e. incremental cost strategy (variable cost plus)
- Commission Chinese feasibility study to determine lower cost opportunities
- SCT updates the NPV and COGS model as situation warrants to keep accurate and up to date





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146585

Exhibit 123 Page 29





# Supporting Slides

## Triazine SC Redesign Project
## July 2004

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146586

Exhibit 123 Page 30



1999 Project Focus  - significant personnel reduction in 2000
2003 Original plant @375

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146587

Exhibit 123 Page 31



Does not include toll fees & IS allocations

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146588

Exhibit 123 Page 32



In Progress

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146589

Exhibit 123 Page 33

# TBIT 2004 Planned Savings

| | | |
|---|---|---:|
| Improved manning efficiency | X | 400 |
| Elliott management (Active TAR) | X | 200 |
| Eliminate the reactor rupture disc relief valve | | 100 |
| Review/Improve refrigeration use | 30% | 450 |
| Improve Atrazine yield 0.1%. Savings in raw material | | 70 |
| and waste treatment cost. | | 90 |
| and energy savings at Dichloro pumps | | 50 |
| Look at rework costs and causes | | 150 |
| formulate and package Australia 600 SC requirements | X | 300 |
| Improved stripper efficiency TRZ | X | 250 |
| Cheaper pallets | X | 100 |
| Manage flexible manpower resources more efficiently. Model requirements, tasks, scheduling etc. Determine needs for improved equipment. Need strategy for packaging at St. Gabriel. | X | 450 |
| Package Dupont material | X | 25 |
| Optimize boiler operations eliminate vent from utilities | X | 250 |
| Total | | 3410 |
| X = implemented in 2003 | | |
| budgeted ex STG | | |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146590

Exhibit 123 Page 34

# Atrazine Sales History and Forward View







CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146591

Exhibit 123 Page 35

# Triazine Volume 10 yrs outlook
## Volume of a.i. in 1000 tons



St. Gabriel capacity

Simazine
Ametryn
Terba
Prometryn
Terbutryn
Atrazine

Data source:
Sympact 2002 final cut

syngenta

GPSCM)
Global Product Supply Chain Management

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146592

Exhibit 123 Page 36

# St. Gabriel Triazine Cost Map (2004)

| $000 Omitted USD Production Unit Responsible Manager | P R O D U C T I O N | | | | Triazine R. Ducote | | Packaging & Form R. Ducote | |
|---|---|---|---|---|---|---|---|---|
| | Hydrogen Cyanide R. Ducote | | Cyanuric Chloride R. Ducote | | | | | |
| | | IBC | | IBC | | IBC | | IBC |
| Fixed/Period Costs | | | | | | | | |
| Salaries & Benefits | 1,036.2 | 2,644.0 | 1,400.1 | 1,361.3 | 1,721.7 | 1,541.9 | | 3,538.0 |
| Contract Labor | | 41.0 | | | | 125.2 | 1,184.5 | 1,214.2 |
| Interdepartmental labor transfer | | | | | | | | |
| Outside – Rep & Maint | | 10.0 | | 14.0 | | 64.0 | | 14.0 |
| Outside – Waste Disposal | | 3.0 | | 52.0 | | 38.0 | | .5 |
| Outside Services – Other | | 138.9 | | 78.3 | | 49.0 | | 293.2 |
| Depreciation | 720.0 | | 2,148.5 | | 1,607.6 | | 1,626.0 | |
| Consultants | | | | 9.0 | | | | |
| Taxes & Government Fees | | .6 | | | | | | .1 |
| Travel Expenses | | 11.5 | | | | 3.3 | | 16.9 |
| Utility Expenses | | | | 2.3 | | | | |
| Materials & Supplies | | 205.7 | | 174.8 | | 259.7 | | 448.5 |
| Other Expenses | | 27.3 | | 32.5 | | 12.5 | | 63.9 |
| Special Services | | | | | | 10.0 | | |
| TOTAL GROSS EXPENSES | 1,756.2 | 3,081.9 | 3,548.5 | 1,724.2 | 3,329.3 | 2,103.7 | 2,810.6 | 5,589.3 |
| Infrastructure Utilities | 240.9 | 2,161.7 | 2,090.2 | 812.8 | 4,154.6 | 779.6 | 623.6 | 331.6 |
| Infrastructure Effluent | 947.0 | 23.7 | 3,505.1 | 11.7 | 5,577.8 | 19.9 | 74.1 | 42.6 |
| Infrastructure Incineration | | 35.9 | | 2.7 | | 21.6 | | 147.4 |
| Infrastructure Maintenance | 1,088.4 | | 3,114.6 | | 3,456.0 | | 1,914.4 | |
| Infrastructure Engineering | | 164.8 | | 322.5 | | 283.4 | | 633.1 |
| Infrastructure Analytical & Env Labs | 33.1 | 15.3 | 68.0 | 17.7 | 1,217.7 | 84.6 | 686.6 | 69.2 |
| Miscellaneous Income & Expense | | 19.0 | | 20.0 | | 50.0 | | 17.3 |
| Toll Services to LSU, CSC, BASF & Ineos | | | | | | | | |
| T&P Allocation | 31.4 | | 172.0 | | 156.0 | | 8.4 | |
| STI Allocation from GSO | | | | | | | | |
| TOTAL PERIOD MFG EXPENSES | 4,697.0 | 5,502.2 | 12,498.4 | 2,911.6 | 17,892.3 | 3,342.9 | 6,117.7 | 6,830.6 |
| Production Supervision Overhead | | 471.1 | | 452.2 | | 395.1 | | 652.8 |
| General Overhead | 1,569.6 | | 2,333.3 | | 3,181.8 | | 2,000.7 | |
| TOTAL REPORTED EXPENSE | 6,266.6 | 5,973.3 | 14,831.7 | 3,363.8 | 21,074.1 | 3,738.0 | 8,118.4 | 7,483.4 |
| Idle Capacity | | | | | | | | |
| Syngenta FTE | 33 | | 24 | | 28 | | 31 | |
| Contract FTE | 1 | | | | 2 | | 62 | |
| Shift Pattern | 24hrs/7days | | 24hrs/7days | | 24hrs/7days | | 24hrs/7days Pwdr 10hrs/4days Liq 8hrs/5days LFU | |
| Attainable Capacity | | | | | | | | |
| Machine Hrs | 6,796 | | 16,356 | | 5,488 | | 27,025 | |
| 2004 Utilized Capacity | | | | | | | | |
| Machine Hrs | 4,667 | | 15,871 | | 4,855 | | 20,600 | |
| Capitalized Period Cost | (8,084.3) | | (16,945.4) | | (21,777.3) | | (12,646.9) | |
| Idle Capacity | 4,155.6 | | 1,250.2 | | 3,034.9 | | 3,054.9 | |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146593

Exhibit 123 Page 37

# St. Gabriel Triazine Cost Allocation



2004 Direct, Infra & OH Costs by Unit



Triazine Costs & Capitalized Period Costs





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146594

Exhibit 123 Page 38

# St. Gabriel
# Cost vs. Volume



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146595

Exhibit 123 Page 39

# Scenarios considered (1)

**February-04**
**Original Options**

| Scenario Title | Radical Outourcing - Site Closure | Radical Outsourcing - Retain Formulation | Alternate Raw Materials | Technology Driven Consolidation | Fill the Assets |
|---|---|---|---|---|---|
| Brief Description | Triazines from alternative source, all other activities resited either inetrnally or externally | Triazines from alternate source, all other activities | Amines from Low cost Asian source, possibly CC from low cost Asian source | Use St Gab assets and expertise to make CTL (and/or PMG intermediates) | Syngenta supply global demands for Oxon and/or Agan |
| Effect on Triazine AI Plants | Closed and knocked down | Closed and knocked down | Retained "as-is" unless CC purchased in which case HCN/CC plants closed and knocked down | Increased activity | Increased activity |
| Effect on Triazine RM Supply | Contracts terminated | Contracts terminated | Dependent on outcome | None - but may be linked to "Alternate Raw Materials" and Asian sourced amines | None - but may be linked to "Alternate Raw Materials" and Asian sourced amines |
| Effect on MPF Activities | Closed and knocked down | Probably closed and knocked down | Retained | None | None |
| Effect on Formulation Activities | Closed and knocked down | Remain and potentially expanded | Remain and potentially expanded | Remain and potentially expanded | Remain and potentially expanded |
| Effect on Industrial Sales | Could stay or go - effect on market if we do not supply? | Could stay or go - effect on market if we do not supply? | Remains as-is, potential for growth ig TPC is lower? | Remains as-is, potential for growth ig TPC is lower? | Remains as-is, potential for growth ig TPC is lower? |
| Other Features or Possibilities | Almost certainly means a supplier in China | 1) Almost certainly means a supplier in China 2) Could rationalise all US formulation activity to St Gabriel site | | | |
| High Level Risks | Highlighted risks (Travis/Josef) re-supply from China | Highlighted risks (Travis/Josef) re-supply from China | Highlighted risks (Travis/Josef) re-supply from China - but lower exposure | Process development of CTL/PMG processes required to give confidence before a "go" decision | Business view of relations with Oxon and Agan |
| Key Actions | 1) Determine likely TPC ex-China (Shanghai Freemen by mid Feb) 2) Determine if we wish to open the debate with a Chinese supplier. 3) debate with Chinese supplier. 4) Determine non-manufacturing related costs 5) Consider where we would formulate 6) Consid | As for "Radical Outsourcing - Site Closure" + 7) evaluate consolidation of all NAFTA formulation into St Gab | 8) Evaluate sourcing Amines and CC from Asia - paper exercise by Shanghai Freemen by mid Feb. 9) Determine if we wish to open debate with Chinese supplier. 10) start debate with Chinese suppliers | 11) Process development of CTL and PMG processes | 12) Syngenta business view on working with Agan/Oxon. 13) Discussions with Agan/Oxon |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146596

Exhibit 123 Page 40

# Scenarios Considered (2)

February-04
Original Options

| Scenario Title | Outsource or Sell Our Capabilities | SC Business Driven Consolodation | Grow the Business Like a Generic | Sell the Triazines Business Buy Back Atrazine as a 3rd Party AI | Others |
|---|---|---|---|---|---|
| Brief Description | Sell intermediates made at St Gab or invite other manufacturers to invest at St Gab and use our utilities and intermediates | Combination of Syngenta buy local raw material suppliers and/or MBO of St Gab | Accept lower margins on this "generic" product to grow volumes and fill the asset | Sell the business, including assets and regulatory packages to Agan or Oxon, they close their asset. Syngenta exit AI industrial sales and focus on mixtures | Combination of other smaller activities identified |
| Effect on Triazine AI Plants | Possibly increased activity in intermediates | Probably no change | Increased activity | Increased activity, but new ownership | |
| Effect on Triazine RM Supply | None - but may be linked to "Alternate Raw Materials" and Asian sourced amines | New ownership and operation | Increased activity | Increased activity | |
| Effect on MPF Activities | None | None | None | May close and resite, or may operate as a toll/supply | |
| Effect on Formulation Activities | Remain and potentially expanded | Remain and potentially expanded | Remain and potentially expanded | May close and resite, or may operate as a toll/supply | |
| Effect on Industrial Sales | Remains as-is, potential for growth ig TPC is lower? | Remains as-is, potential for growth ig TPC is lower? | Remains as-is, potential for growth ig TPC is lower? | AI industrial sales transfers to new owners | |
| Other Features or Possibilities | | | | | |
| High Level Risks | What is the Syngenta view on establishing a Global Supply subsidiary to sell intermediates, services and expertise? | Financial stability of NewCo | What is the Syngenta view on lower quality business? | What is Syngenta view on relations with Agan/Oxon? | |
| Key Actions | 14) Get a view from the steering team on whether this should be progressed as a Global activity | 15) Get a view from the steering team on whether this should be progressed | 16) Understand the potential for volume growth at lower sales prices | 17) Understand from steering team and Business what the view on such a proposal | |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146597

Exhibit 123 Page 41

# Detailed NPV and COGS



Microsoft Excel
Worksheet





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146598

Exhibit 123 Page 42

# Scenario/Risk Matrix

| | Volume Stabilization | Radical Outsource | Liquids Only |
|---|---|---|---|
| **Must** | | | |
| GP earned | Not sure | Not sure | Not sure, but less than base |
| COGs and GP rate | No | Yes | No |
| Positive NPV | OK | No | No |
| Risks managed | Not sure | Not sure | OK |
| Support Corn Herb Business | OK | OK | No, 9-0 markets to liquids |
| Support Mixtures | OK | OK, re-registration | OK |
| Quality | OK | OK, not sure wrt mixtures | OK |
| HSE | OK | OK, not sure re PCBs | OK |
| **Want** | | | |
| Longer term upside/downside volume response | OK for upsides No for downsides But COGs unsure | OK for COGS Not sure for upside volumes | OK, will have limited offer No, for longer-term downside |
| Responsive to short-term demand | OK | Not sure | OK |
| Inventory | OK | Higher inventory for longer supply chain | OK |
| No −ve impact on other SCs | OK | −ve impact on other StG and mixture SCs | −ve impact on other supply chains large idle capacity |
| Maintain customer base | OK | OK for mixtures Not sure for tech | No |
| No −ve impact on business arrangements | Not sure | Not sure | No |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146599

Exhibit 123 Page 43

# Comparison of Scenarios
# Market Share and Volume



Base Case - Projected Global Atrazine AI Volumes



Volume Stabilization - Projected Global Atrazine AI Volumes





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146600

Exhibit 123 Page 44

# St. Gabriel Incremental Cost Analysis



Microsoft Excel
Worksheet





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146601

Exhibit 123 Page 45

# Volume Stabilization Scenario Drivers

### Facts about ATZ Business

•Syngenta has the High Market Share, and the Dominant Manufacturing Capability in the atrazine business.

•Syngenta is the highest volume producer of atrazine for third party customers, and distributors in NAFTA.

•Overall atrazine volumes are declining in the markets Syngenta traditionally sells into.

•Syngenta is the largest single producer of CC in the world.  The key to atrazine production.

•Syngenta is potentially the largest user of Ethyl Amines in the world.  Over capacity of isopropyl amine could increase bargaining

• power.





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146602

Exhibit 123 Page 46

# Scenario Volume Assumptions



Base and Outsourcing Scenarios   Volume Growth





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146603

Exhibit 123 Page 47

# Proposed Chinese Outsourcing Atrazine COGS

| Element | Calculated | Maximum | Minimum |
|---------|-----------|---------|---------|
| Variable | 1.1 | 1.2 | 1.0 |
| Capital | 0.21 | 0.26 | 0.16 |
| Fixed | 0.21 | 0.25 | 0.20 |
| Freight/Duty | 0.27 | 0.27 | 0.27 |
| Tech Fee | 0.02 | 0.03 | 0.01 |
| Profit | 0.05 | 0.05 | 0.05 |
| **Total** | **1.86** | **2.06** | **1.69** |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146604

Exhibit 123 Page 48

# Optional Packaging – Tech AI



Microsoft Word
Document





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION            SYN01146605

Exhibit 123 Page 49

# Chinese Sourcing Assumptions and Discussion



Microsoft Word Document



Microsoft Word Document





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146606

Exhibit 123 Page 50

# Additional Opportunities

## 30 Million Lbs/year Atrazine technical equivalent

| Option | Potential Savings | Capital Requirements | Potential Benefits | Challenges |
|---|---|---|---|---|
| Wet Cake Sales | ~ $3.0 million | $4 to $7 million Centrifuges (1-2) Initial tote purchase | Reduced drying costs Bag savings of $0.02/lb | Centrifuge dewatering cake Extra freight $ Tote handling Tote returns Wet milling by Customer |
| Bulk Tech Sales | $1.65 million | Small (bulk loading) | Avoid bag loading Bag savings of $0.02/lb | Bulk car lease Customer unload |
| Universal base Mix sales | $3.4 million | $4 to $6 million Dynomills (2-3) Storage tanks | Lower cost w/o drying Customer convenience Bag savings of $0.02/lb | Inventory mgmt Extra freight |





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01146607

Exhibit 123 Page 51