# Email Message

**From:** Brown Bob W USGR
**Sent:** Monday, March 07, 2005 4:20 AM
**To:** Cornes Derek CHBS; Gray Tom CHBS; Emms Shane CHBS
**Cc:** Drost Dirk USGR; Huck Corey USGR; Johnson Mike USGR; Campbell Dan USGR
**Subject:** RE: Mesotrione Acid Formulations

Derek,

Not trying to be hard to live with here, there are many issues that need to be addressed both Development and SC. What I would like to see from the PLT is a short list of top priorities, examples:

1) Carry over concerns with Cu
2) Net cost of product versus generics
3) Volume increase at Monthey versus CC closure date
4) Managing the new introductions in PP versus risk cup.

This is what I'm looking for a more strategic view from the PLT's. I'm available on my cell phone now at 336-210-1873. I'm in JH awaiting a lunch meeting start.

**Bob Brown**
**Syngenta Corporation**
**Global Lead, Formulation, Packaging and**
**Process Technology - NAFTA,**
**NAFTA Head, Technology**
**And Projects**
**Phone:**      336-632-2548
**Cell Phone:** 336-210-1873
**Admin:**      Pat Baity : 336-632-6475

-----Original Message-----
**From:** Cornes Derek CHBS
**Sent:** Monday, March 07, 2005 4:07 AM
**To:** Brown Bob W USGR; Gray Tom CHBS; Emms Shane CHBS
**Cc:** Drost Dirk USGR; Huck Corey USGR; Johnson Mike USGR; Campbell Dan USGR
**Subject:** RE: Mesotrione Acid Formulations

Bob,
The mesotrione carryover project has been reviewed at the development committee on a regular basis (last time in January, next is April), all sessions have included a section on formulation progress to the acid. The DeCo has supported the project fully, including the formulation aspects.

I am not sure how to make this any more visible.
Regards
Derek

-----Original Message-----
**From:** Brown Bob W USGR
**Sent:** Montag, 7. März 2005 10:01
**To:** Cornes Derek CHBS; Gray Tom CHBS; Emms Shane CHBS
**Cc:** Drost Dirk USGR; Huck Corey USGR; Johnson Mike USGR; Campbell Dan USGR
**Subject:** RE: Mesotrione Acid Formulations

Derek,

Thanks for this feedback, this was not the data shown in NAFTA when asked. I don't have the goal to kill the products, but on the other hand I have to challenge my work load when I don't see or hear of any current reason to continue a major project. We need to keep the main issues for the Meso projects visible on a short list. As far as the regulatory position, I disagree with Dan as I believe we are taking a very conservative approach and our competitors do this thing all the time. What we have done is not outside the regulatory environment, if so this would have been a number regulatory issue for NAFTA! I don't see this as this problem.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   Exhibit 144 Page 1   SYN1461663

**Bob Brown**
**Syngenta Corporation**
**Global Lead, Formulation, Packaging and**
**Process Technology - NAFTA,**
**NAFTA Head, Technology**
**And Projects**
**Phone:**  336-632-2548
**Cell Phone:**  336-210-1873
**Admin:**  Pat Baity : 336-632-6475

-----Original Message-----
**From:** Cornes Derek CHBS
**Sent:** Monday, March 07, 2005 2:56 AM
**To:** Gray Tom CHBS; Emms Shane CHBS; Brown Bob W USGR
**Cc:** Drost Dirk USGR; Huck Corey USGR; Johnson Mike USGR; Campbell Dan USGR
**Subject:** RE: Mesotrione Acid Formulations

We had around 100 carryover complaints last year from Lumax applications.
We were lucky last year was not dry or this could have been much worse. The copper salt appears to result in higher risk of carryover than aid based formulations as it does not fully dissociate when it is dry and therefore persists in the soil longer, we are still getting data on this and will have a clear conclusion at the end of this season. As we are on the edge with mesotrione at the rates in Lumax anything that prolongs the persistence could give severe issues.

The carryover is only one aspect. Probably even more important is the regulatory requirement to get to an acid based formulation (as this is what we have registered... Dan Campbell can brief you better on this).

If we are willing to take the risk of 1) having severe carryover in a dry year and 2) losing registration of Lumax, Lexar and Camix, then we can stop the project. However I am not prepared to risk the substantial business we already have and will grow to with these formulations.

Derek Cornes
Global Technical Manager Mesotrione


-----Original Message-----
**From:** Gray Tom CHBS
**Sent:** Montag, 7. März 2005 08:39
**To:** Cornes Derek CHBS; Emms Shane CHBS
**Subject:** FW: Mesotrione Acid Formulations

You guys have a view.................................?

-----Original Message-----
**From:** Brown Bob W USGR
**Sent:** Sonntag, 6. März 2005 15:24
**To:** Gray Tom CHBS; Drost Dirk USGR; Huck Corey USGR
**Subject:** Mesotrione Acid Formulations

Hi guys,

I have to challenge the logic on continuing these projects. We are making slow if any progress. We are not having complaints from the field on carry over, and if I read the data correctly, last year it showed no difference. I see the potential to free up some large chuck of resources to focus on projects that can make us more money. Your thoughts.

I'm going to keep asking this question until someone can show me the value of continuing these projects.

Look forward to a lively debate.

**Bob Brown**
**Syngenta Corporation**
**Global Lead, Formulation, Packaging and**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   Exhibit 144 Page 2   SYN1461664

Process Technology - NAFTA,
NAFTA Head, Technology
And Projects
Phone: 336-632-2548
Cell Phone: 336-210-1873
Admin: Pat Baity : 336-632-6475

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   Exhibit 144 Page 3   SYN1461665