

# Review of triazine strategy from a global perspective

by Willy Maurer

## Global Product Manager for triazines in Basel

## Mar 22, 2005, Greensboro

GSCTtriazines22Mar2005presentationWM.ppt

1

syngenta

PLAINTIFF'S
EXHIBIT NO. 7
FOR IDENTIFICATION
DATE: 1-19-10  RPTR  DS

1

# Atrazine / Terbuthylazine – YTD Variance vs Last Year (02/05)

|  | 2004 YTD | 2005 YTD | Variance | | | | Status |
|---|---|---|---|---|---|---|---|
|  |  |  | Volume | Price | Cur | Total |  |
| USA | 17.5 | 17.7 | 0.1 | 0.1 | - | 0.2 | ◉ |
| Brazil | 7.0 | 2.7 | -5.1 | 0.9 | - | -4.2 | ◉ |
| Australia | 2.4 | 2.7 | 0.6 | -0.3 | 0.1 | 0.3 | ◉ |
| Germany | 0.0 | 1.3 | 1.2 | -0.0 | 0.1 | 1.3 | ◉ |
| Japan | 0.5 | 0.6 | 0.1 | -0.0 | 0.0 | 0.1 | ◉ |
| Hungary | 0.1 | 0.4 | 0.3 | 0.0 | 0.0 | 0.3 | ◉ |
| Serbien Montenegro | 0.8 | 0.3 | -0.5 | 0.0 | 0.0 | -0.5 | ● |
|  |  |  |  |  |  |  |  |
| Rest of the World | 3.6 | 1.8 | -1.8 | -0.1 | 0.1 | -1.8 | ● |
| Total | 31.8 | 27.5 | -5.2 | 0.6 | 0.3 | -4.3 | ◉ |

GSCT\triazine\22Mar2005presentationWM.ppt

2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN02781984

Exhibit 146 Page 2

# Atrazine / Terbuthylazine – YTD Variance vs Budget (02/05)

| | B2005 YTD | 2005 YTD | Variance | | | | Status |
|---|---|---|---|---|---|---|---|
| | | | Volume | Price | Cur | Total | |
| USA | 21.4 | 17.7 | -4.0 | 0.2 | - | -3.8 | ◉ |
| Brazil | 2.1 | 2.7 | 0.1 | 0.5 | - | 0.6 | ◉ |
| Australia | 1.5 | 2.7 | 1.0 | -0.1 | 0.3 | 1.2 | ◉ |
| Germany | 3.8 | 1.3 | -3.2 | 0.5 | 0.1 | -2.6 | ◉ |
| Japan | 0.4 | 0.6 | 0.2 | -0.0 | 0.0 | 0.2 | ◉ |
| HQ Industrial Sales | 0.8 | 0.4 | -0.3 | -0.1 | 0.0 | -0.4 | ◉ |
| Hungary | 0.1 | 0.4 | 0.2 | 0.0 | 0.0 | 0.3 | ◉ |
| | | | | | | | |
| Rest of the World | 2.5 | 1.7 | -0.9 | 0.0 | 0.1 | -0.8 | ◉ |
| Total | 32.6 | 27.4 | -6.9 | 1.0 | 0.6 | -5.2 | ◉ |

GSCTtriazines22Mar2005presentationWM.ppt

3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781985

Exhibit 146 Page 3

# Atrazine YTD end of February

| Top Countries | 2004 Actual ($M'S) | 2005 Budget ($M'S) | 2005 LE ($M'S) | CER Var.% LE vs Budget 2004 | YTD Actual ($M'S) | YTD Budget ($M'S) | YTD CER Var.% Act vs Bud | Status vs. Budget |
|---|---|---|---|---|---|---|---|---|
| USA PP Professional P | 65.8 | 56.2 | 0.0 | -61.8% | 5.7 | 17.7 | -67.6% | ◉ |
| Brazil | 25.1 | 21.5 | 0.0 | 13.4% | 2.7 | 2.1 | 27.0% | ◎ |
| Mexico | 10.0 | 10.2 | 0.0 | -3.2% | 0.2 | 0.0 | 308.6% | ◎ |
| Australia | 10.0 | 10.0 | 0.0 | 4.4% | 2.7 | 1.5 | 60.0% | ◎ |
| USA NFC Northern Fi | 8.4 | 7.2 | 0.0 | 1.4% | 1.4 | 1.9 | -26.0% | ◎ |
| USA PM Prairie & Mo | 6.6 | 6.2 | 0.0 | -2.7% | 0.4 | 0.4 | 5.9% | |
| Argentina | 4.5 | 4.2 | 0.0 | 3.2% | 0.0 | 0.0 | 0.0% | |
| USA SFC Southern Fiel | 3.1 | 3.8 | 0.0 | -13.3% | 0.6 | 0.7 | -18.5% | |
| USA HORT Horticult | 2.9 | 2.6 | 0.0 | -5.6% | 0.8 | 0.8 | 0.3% | |
| Venezuela | 1.6 | 1.8 | 0.0 | -40.1% | 0.0 | 0.5 | -100.0% | |
| Japan | 1.7 | 1.6 | 0.0 | 1.6% | 0.6 | 0.4 | 51.3% | |
| Guatemala | 1.0 | 1.4 | 0.0 | -72.8% | 0.0 | 0.0 | 0.0% | |
| Thailand | 1.5 | 1.4 | 0.0 | 5.8% | 0.2 | 0.2 | 3.1% | |
| Canada | 1.6 | 1.4 | 0.0 | 38.2% | 0.0 | 0.0 | 0.0% | |
| South Africa | 0.6 | 1.3 | 0.0 | -49.2% | 0.1 | 0.0 | 2165.2% | |
| Others | 10.4 | 7.4 | - | 428.3% | 10.4 | 1.9 | 450.2% | |
| **Total** | **154.9** | **138.3** | **-** | **-1.7%** | **25.7** | **28.1** | **-10.1%** | ◯ |

GSCTtriazines22Mar2005presentationWM.ppt

4

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781986

Exhibit 146 Page 4

# Terbuthylazin YTD end of February

| Top Countries | 2004 Actual ($M'S) | 2005 Budget ($M'S) | 2005 LE ($M'S) | CER Var.% LE vs Budget 2004 | YTD Actual ($M'S) | YTD Budget ($M'S) | YTD CER Var.% Act vs Bud | Status vs. Budget |
|---|---|---|---|---|---|---|---|---|
| Germany | 1.0 | 3.8 | 0.0 | -16.3% | 1.3 | 3.8 | -70.2% | ◉ |
| South Africa | 3.7 | 2.7 | 0.0 | 15.6% | 0.0 | 0.5 | -99.7% | ◐ |
| Portugal | 1.2 | 1.9 | 0.0 | -25.1% | 0.3 | 0.1 | 197.6% | ◐ |
| Hungary | 0.4 | 0.5 | 0.0 | -8.8% | 0.1 | 0.1 | 12.6% | |
| USA PP Professional Pr | 0.2 | 0.4 | 0.0 | -29.5% | 0.0 | 0.0 | 0.0% | |
| Croatia | 0.0 | 0.1 | 0.0 | -100.0% | 0.0 | 0.1 | -100.0% | |
| Lebanon | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | -100.0% | |
| Switzerland | 0.1 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| Spain | 1.6 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| France | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| United Kingdom | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| Greece | 0.1 | 0.0 | 0.0 | 0.0% | 0.1 | 0.0 | 0.0% | |
| Nigeria | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| USA | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| HQ Industrial Sales | 0.7 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| Others | 0.1 | - | - | #DIV/0! | - | - | #DIV/0! | |
| Total | 9.1 | 9.5 | - | 8.9% | 1.8 | 4.6 | -64.9% | ◉ |

OSCTtriazines22Mar2005presentationWM.ppt

5

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781987

1

Exhibit 146 Page 5

# Simazin YTD end of February

| Top Countries | 2004 Actual ($M'S) | 2005 Budget ($M'S) | 2005 LE ($M'S) | CER Var.% LE vs Budget 2004 | YTD Actual ($M'S) | YTD Budget ($M'S) | YTD CER Var.% Act vs Bud | Status vs. Budget |
|---|---|---|---|---|---|---|---|---|
| Australia | 8.6 | 8.9 | 0.0 | -13.4% | 1.5 | 2.6 | -47.2% | ◉ |
| USA HORT Horticultu | 4.0 | 4.1 | 0.0 | -11.7% | 0.9 | 0.9 | -6.5% | ◎ |
| USA NFC Northern Fic | 4.1 | 3.7 | 0.0 | -1.4% | 0.6 | 0.7 | -18.2% | ◎ |
| USA PP Professional Pi | 3.5 | 2.3 | 0.0 | -75.6% | 0.1 | 0.3 | -65.9% | |
| Japan | 2.4 | 2.1 | 0.0 | -3.6% | 0.3 | 0.3 | 2.3% | |
| USA SFC Southern Fiel | 0.4 | 0.5 | 0.0 | -9.4% | 0.1 | 0.1 | 16.4% | |
| USA PM Prairie & Mou | 0.4 | 0.4 | 0.0 | -34.9% | 0.0 | 0.1 | -90.7% | |
| Chile | 0.5 | 0.4 | 0.0 | -2.3% | 0.0 | 0.0 | 216.8% | |
| Canada | 0.3 | 0.3 | 0.0 | 1.0% | 0.0 | 0.0 | 0.0% | |
| Switzerland | 0.1 | 0.0 | 0.0 | 26.4% | 0.0 | 0.0 | -39.9% | |
| South Korea | 0.0 | 0.0 | 0.0 | -11.4% | 0.0 | 0.0 | 0.0% | |
| Germany | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| United Kingdom | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| USA | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| Uruguay | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0% | |
| Others | - | - | - | #DIV/0! | 0.7 | | #DIV/0! | |
| Total | 24.3 | 22.7 | | -8.9% | 4.2 | 5.0 | -20.1% | ◉ |

GSCT/triazines22Mar2005presentation/WM.ppt

6

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781988

Exhibit 146 Page 6

# Triazines are critical to the business



- We need atrazine to secure our position in the corn market place: without atrazine we can not defend and grow our business in USA

- 45% of all Syngenta corn herbicide sales will still depend on triazines in 2009 (342 M$ out of 752M$)

- Atrazine / Terbuthylazin are critical mixing partners for our „high value" corn brands and corn strategy

- 55% of the sales of Syngenta's lead a.i. mesotrione will depend on triazines in 2009 (188 M$ out of 340M$)

- The cumulated sales of all products containing atrazine is forecasted to be > 300 M$ in 2009

GSCTtriazines22Mar2005presentationWM.ppt

7

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781989

Exhibit 146 Page 7





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781991

Exhibit 146 Page 9

# Key strategic elements



- Defend atrazine to make it sustainable outside Europe, preserve regulatory position via vigorous stewardship

- Follow a volume strategy for atrazine. Increase atrazine tech sales in order to stop volume decrease and re-gain volumes from generic competition

- Reduce production costs at St Gabriel (through cost saving project and redesign of supply chain elements) to guarantee a cost effective atrazine source

- Switch from atrazine to terbuthylazin in Europe and strictly restrict recommendations to the safe uses only (GFP programs) to maximise the chance to get it on Annex 1

- Focus marketing efforts on mixtures to maximise sales and profit of new brands, to compensate for the low profit of atrazine tech

GSCTtriazines22Mar2005presentationWM.ppt                    10

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# How to implement the strategy:

1. we reduce the supply price of atrazine tech to recuperate market share from the generics and regain volumes

2. the increase of volumes (and other triazine redesign activities) allows a substantial reduction of the production costs of atrazine

3. we maintain / increase the selling price of our new brands to maximise the gross profit of the mixtures

4. the loss of gross profit on atrazine tech is compensated by the increase of gross profit on the mixtures

GSCTtriazines22Mar2005presentationWM.ppt          11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781993

Exhibit 146 Page 11

### <u>Global commercial triazine strategy</u>

## like a puzzle: some pieces in place others still missing !!



### <u>pieces in place</u>:

-Syngenta is commited to preserve regulatory position on atrazine

-new ready mixtures containing meso and/or S-MOC + triazines are introduced

-mixes of glyphosate + atrazine are being developed

-need for atrazine in RR corn environment is confirmed

-customers interested to purchase more atrazine tech from Syngenta have been identified

-possibilities to reduce production costs identified

GSCTtriazinee22Mar2005presentationWM.ppt                  12

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

### Global commercial triazine strategy

**like a puzzle: some pieces in place others still missing !!**



<u>2 missing pieces</u>:

-guarantee increase of volume of tech


-stabilize / grow GP

GSCTtriazines22Mar2005presentationWM.ppt                13

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

 # How to guarantee increase of volumes of tech ?

-we need to finalize atrazine mid-long term agreements with third party companies

-we need to cover fluctuations of raw material costs in the agreements

-we need to include these new atrazine volumes in Sympact 05

-we also need to increase the volumes of terbuthylazin tech

GSCTtriazines22Mar2005presentationWM.ppt                    14

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781996

Exhibit 146 Page 14



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# How to guarantee increase of volumes of tech ?
# progress made

- New global atrazine supply agreement with BASF close to be finalized

- Negotiations for supply of atrazine with DOW underway

- US atrazine supply contract with BAYER signed in 2004

- New terbuthylazin European supply agreement with BASF signed in 2004

- New negotiations for supply of terbuthylazin to Monsanto Europe have just started

GSCTriazines22Mar2005presentationWM.ppt          16

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781998

Exhibit 146 Page 16



# How to stabilize and grow Gross Profit ?

-we need to fix a gross profit target for each ready mix containing atrazine in $ and %

-we need to fix a GP target for the atrazine tech in $

-we need transparency of the GP expectations

-we also need to watch the GP of Aatrex solo and avoid price erosion

GSCTtriazines22Mar2005presentationWM.ppt

17

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Issues that need focus

• Some supply agreements like the atrazine BASF agreement will be global, worldwide. Negotiations are therefore done from Basel+US and not in individual countries. (needs transparency of what countries are doing see Mexico)

• Intensify contacts with KAM for private label sales. How is this process running ?

• Continue stewardship and monitoring programs to check residues of terbuthylazin are < 0.1 ppb

• Keep dialogue with generics to eliminate the remaining non safe uses of terbuthylazin (solo uses, perennials)

GSCT\triazines22Mar2005presentation\WM.ppt

19

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782001

Exhibit 146 Page 19

# 2 new projects:

• supply of some volumes of terbuthylazin tech from Oxon. ~ 250 tons in 2005 (to formulate TBA+S-MOC), 500 tons in 2006, 500 tons in 2007

**reason:**
part of the deal to have Oxon abandoning non safe uses of tba in Europe

---

• swap atrazine between Syngenta and Albaugh.

   Syngenta to sell atrazine to Albaugh in USA

   Atanor to sell atrazine to Syngenta in Argentina

**reason:**

 gross profit of atrazine 500SC in Argentina extremely low. To swap would allow to save transport and import tax

GSCTtriazines22Mar2005presentationWM.ppt                20

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782002

Exhibit 146 Page 20

# Global demand for triazines worldwide long term

| product | trend | reason |
|---|---|---|
| atrazine | → | volume will tend to decline because of eroding rate per acre |
| terbuthylazin | → | volume may grow in Europe, assuming it gets Annex 1 listed in 2007-2008 |
| simazin | ↘ | volume will decline |
| ametryn | ↗ | volume will grow, because of forecasted increase of sugarcane area in Brazil |
| prometryn | → | volume will stay outside of Europe |
| terbutryn | ↘ | volume will decline |

GSCTtriazines22Mar2005presentationWM.ppt

21

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782003

Exhibit 146 Page 21

# Summary: where do we want to be ?



- Have long term supply agreement in place for atrazine and terbuthylazin tech

- Keep freedom to operate with atrazine

- Make terbuthylazin sustainable in Europe

- Maximise sales and profit of new brands with MESO and /or S-MOC = LUMAX, LEXAR, CALARIS and GARDO GOLD

as well as new EXPERT,  MESPERT

GSCTtriazines22Mar2005presentationWM.ppt

22

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782005

1

Exhibit 146 Page 23



SYN02782006

Exhibit 146 Page 24



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



# Ametryn YTD end of February

| Top Countries | 2004 Actual ($M'S) | 2005 Budget ($M'S) | 2005 LE ($M'S) | CER Var.% LE vs Budget 2004 | YTD Actual ($M'S) | YTD Budget ($M'S) | YTD CER Var.% Act vs Bud | Status vs Budget |
|---|---|---|---|---|---|---|---|---|
| Mexico | 7.5 | 7.3 | 0.0 | -4.0% | 0.5 | 0.2 | 133.4% | ◎ |
| Brazil | 4.6 | 5.9 | 0.0 | -50.0% | 0.5 | 1.9 | -71.7% | ◎ |
| Cuba | 1.5 | 1.8 | 0.0 | -24.5% | 0.0 | 1.7 | -100.0% | ◎ |
| USA SFC Southern Fiel | 1.0 | 1.2 | 0.0 | -4.7% | 0.0 | 0.0 | 0.0% | |
| Guatemala | 0.7 | 1.1 | 0.0 | -70.3% | 0.0 | 0.0 | 0.0% | |
| Colombia | 1.0 | 0.8 | 0.0 | 48.2% | 0.1 | 0.1 | 21.7% | |
| USA HORT Horticultu | 0.6 | 0.6 | 0.0 | 23.2% | 0.2 | 0.2 | -20.1% | |
| Ecuador | 0.3 | 0.5 | 0.0 | -7.3% | 0.1 | 0.0 | 0.0% | |
| Sudan | 0.7 | 0.4 | 0.0 | 238.6% | 0.0 | 0.2 | -100.0% | |
| Thailand | 0.7 | 0.2 | 0.0 | 0.2% | 0.0 | 0.0 | 0.0% | |
| Venezuela | 0.0 | 0.2 | 0.0 | -21.6% | 0.0 | 0.0 | 18.5% | |
| Peru | 0.1 | 0.2 | 0.0 | -41.6% | 0.0 | 0.0 | 0.0% | |
| Malaysia | 0.3 | 0.2 | 0.0 | 1.2% | 0.0 | 0.0 | -10.1% | |
| Vietnam | 0.1 | 0.1 | 0.0 | -1.0% | 0.0 | 0.0 | 14.9% | |
| Argentina | 0.3 | 0.1 | 0.0 | -9.1% | 0.0 | 0.0 | 0.0% | |
| Others | 3.6 | 1.0 | - | 62.7% | 0.2 | 0.2 | -5.1% | |
| Total | 23.1 | 21.7 | | -11.8% | 1.7 | 4.6 | -64.2% | ◎ |

GSCTtriazinex22Mar2005presentationWM.ppt

27

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782009

Exhibit 146 Page 27

# Prometryn YTD end of February

| Top Countries | 2004 Actual ($M'S) | 2005 Budget ($M'S) | 2005 LE ($M'S) | CER Var.% LE vs Budget 2004 | YTD Actual ($M'S) | YTD Budget ($M'S) | YTD CER Var.% Act vs Bud | Status vs Budget |
|---|---|---|---|---|---|---|---|---|
| Brazil | 0.0 | 2.7 | 0.0 | -100.0% | 0.0 | 0.2 | -100.0% | |
| USA SFC Southern Fiel | 3.1 | 1.7 | 0.0 | 93.2% | 0.0 | 0.1 | -69.7% | |
| Hungary | 1.6 | 1.7 | 0.0 | 0.0% | 0.3 | 0.4 | -28.7% | |
| Australia | 0.8 | 1.4 | 0.0 | -54.3% | 0.0 | 0.0 | -46.4% | |
| USA HORT Horticultu | 1.2 | 1.3 | 0.0 | -31.1% | 0.0 | 0.1 | -83.3% | |
| Bulgaria | 1.0 | 1.0 | 0.0 | -61.6% | 0.0 | 0.0 | 0.0% | |
| USA PP Professional Pi | 1.5 | 0.9 | 0.0 | -100.0% | 0.0 | 0.9 | -100.0% | |
| Russia | 1.0 | 0.9 | 0.0 | 72.5% | 0.2 | 0.0 | 686.0% | |
| Ukraine | 0.8 | 0.8 | 0.0 | 59.3% | 0.1 | 0.0 | 0.0% | |
| Greece | 0.7 | 0.7 | 0.0 | 12.6% | 0.1 | 0.1 | -16.7% | |
| Serbien Montenegro | 0.5 | 0.6 | 0.0 | 12.5% | 0.6 | 0.4 | 16.7% | |
| France | 0.7 | 0.5 | 0.0 | 17.7% | 0.1 | 0.2 | -58.4% | |
| Mexico | 0.5 | 0.5 | 0.0 | -0.1% | 0.0 | 0.0 | 0.0% | |
| Romania | 0.3 | 0.4 | 0.0 | 0.0% | 0.0 | 0.2 | -84.1% | |
| Argentina | 0.3 | 0.3 | 0.0 | -14.3% | 0.0 | 0.0 | -73.9% | |
| Others | 2.1 | 1.9 | - | 64.9% | 0.2 | 0.9 | -75.1% | |
| Total | 16.1 | 17.5 | - | -7.3% | 1.9 | 3.8 | -54.5% | |

GSCTtriazines22Mar2005presentationWM.ppt

28

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782010

Exhibit 146 Page 28



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Actual (average YTD Jan-Sept 2004 Global Gross Profit
## for Syngenta's triazines as lead a.i

ofit in %



make same with tech sales only

35

| atrazine | simazin | ametryn | prometryn | terbutryn |

\* note: 40 % of sales of lead a.

r2005presentationWM.ppt

30

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782012

Exhibit 146 Page 30

# Actual (average YTD Jan-Dec 2004 Global Gross Profit
# for Syngenta's triazines as lead a.i

ofit in %



atrazine    simazin    ametryn    terbutryn    prometryn

\* note: 40 % of sales of lead a.

r2005presentationWM.ppt

31

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782013

Exhibit 146 Page 31



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782014

Exhibit 146 Page 32

# Status of <u>atrazine</u> supply to third parties outside US = Basel HQ industrial sales

| Company | type of contract, status | territories | total volumes per year |
|---|---|---|---|
| Monsanto | old supply agreement from 1996 for EU for use in mixtures formulated by Monsanto. Prices for 2005 under revision | Europe + CH + Norway Eastern Europe, CIS Africa, Middle East | 100-200 tons |
| Bayer | old supply agreement from 1999 for mixtures with flufenacet for EU | France, Germany | 60 – about 200 tons |
| | would be interested to discuss agreement for higher volume favourable price conditions — new supply agreement signed for USA | | 300-350 tons (incl 100 tons from USA) |
| BASF | **No supply agreement for EU.** Price for France revised for 200_ — new supply agreement signed for USA | France, Germany | 100-200 tons (=max 450'000 lb) |
| | New global supply agreement proposed. | | 2500-4500 tons |
| Oxon | swap of atr with tba+propazine was envisaged in sommer 2003 but failed | | 2000 tons tba+1000tons propazine against 3200-3500 tons atrazine |
| Agan | no interest (last contact Oct 20, 04) situation may change with new management in 2 years | | |

33

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782015

Exhibit 146 Page 33

# Status of <u>terbuthylazine</u> supply to third parties outside US  = Basel HQ industrial sales

| Company | type of contract, status | territories | total volumes per year |
|---|---|---|---|
| Monsanto | none.<br>Monsanto purchases tba from Oxon for mixtures of acetochlor+tba and alachlor+tba | | |
| Bayer | New supply agreement for Euro 25 being negotiated now (mainly for mixtures with flufenacet).<br>No agreement on supply price yet. | EU 25 countries | 100 - 200 tons |
| BASF | New supply agreement for EU has been signed in Sept 2004 (mainly for mixtures with bentazon, dimethenamid) | Germany,Austria, CH, UK, Netherlands, Belgium,IRL Denmark,Luxemburg, Greece, Italy , Spain, Portugal, Hungary, poland, Czekia,Slovakia, Slovenia | 150 - 250 tons |
| Oxon | no interest | | |
| Agan | no interest (last contact April 2004) | | |

GSCTtriazines22Mar2005presentationWM.ppt

34

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# Global strategy for triazines tech sales

| Atrazine | Terbuthylazin | Simazin | Ametryn | Prometryn |
|----------|---------------|---------|---------|-----------|
| Go for volumes | Maximise the value | Go for volumes | keep the value | keep the value |
| be competitive with supply price | Keep premium price of tech as long as we can | be competitive with supply price | | |
| reduce the margin | maintain a good margin | reduce the margin | keep a minimum 30% GP | keep a minimum 30% GP |

check if different figure for tech and for formulated

GSCTtriazines22Mar2005presentationWM.ppt

35

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782018

Exhibit 146 Page 36



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782019

Exhibit 146 Page 37

## US customers of atrazine tech and supply price in 03 and 04

| Customer | 2003 Atrazine Technical | | | 2004 Projections | | |
| --- | --- | --- | --- | --- | --- | --- |
| | A.I. Volume | Revenue | Average Price | A.I. Volume | Revenue | Average Price |
| Agriliance | 6'696'992 | $8'888'657 | $1.33 | 6'972'257 | $9'168'518 | $1.32 |
| BASF | 5'332'000 | $9'064'400 | $1.70 | 4'880'116 | $8'052'191 | $1.65 |
| Bayer | 178'575 | $312'506 | $1.75 | 200'000 | $350'000 | $1.75 |
| Dupont | 1'492'960 | $2'612'680 | $1.75 | 0 | $0 | $0.00 |
| Gro Tech | 11'904 | $29'760 | $2.50 | 10'956 | $24'103 | $2.20 |
| Monsanto | 12'235'328 | $21'292'288 | $1.74 | 12'900'000 | $22'575'000 | $1.75 |
| Sunniland | 42'656 | $89'578 | $2.10 | 83'003 | $166'006 | $2.00 |
| Scotts | 791'616 | $1'676'282 | $2.12 | 735'617 | $1'544'796 | $2.10 |
| Van Diest | 1'535'616 | $2'125'122 | $1.38 | 1'106'709 | $1'527'258 | $1.38 |
| Dow | 1'533'632 | $2'683'856 | $1.75 | 1'500'000 | $2'625'000 | $1.75 |
| Totals | 29'851'279 | $48'775'129 | $1.63 | 28'388'658 | $46'032'873 | $1.62 |

GSCThriazines22Mar2005presentationWM.ppt

38

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782020

Exhibit 146 Page 38

# Overview Global Atrazine Prices
## US$ / kg ATR tech or formulated (2002-2004)

| | | Agan | Oxon | China (various) | Atanor (ARG) Albough (USA) | DOW (Sanachem) | SYT |
|---|---|---|---|---|---|---|---|
| USA | ATR-tech | 2.84 | 2.82 | - | 2.88 | 3.23 | 3.48-3.61 |
| | ATR-formul. | 3.85 | 3.83 | - | 3.92 | - | 4.3-4.4 |
| AUS | ATR-tech | 3.01-3.58 | 3.33-4.21 | 2.1-2.4 | - | - | 3.36-3.8 |
| TH | ATR-formul. | 4.4-4.5 | 4.4-4.7 | 3.8 | - | - | 4.85 |
| ARG | ATR-formul. | - | - | 3.8-4.0 | 4.0 | 4.4 | 4.74-4.94 |
| BR | | 5.3 | 4.62 | - | - | - | 4.98-5.40 |
| South Africa | ATR-tech | | | 2.1 | | | 3.35-3.51 |
| | ATR-formul. | | | 3.53 | | | 4.51-4.72 |
| Global | ATR-tech | 2.84 | 2.82 | 2.1-2.4 | 2.88 | 3.23 | 3.35-3.8 |
| Ranges | ATR-formul. | 3.01-5.3 | 3.33-4.7 | 3.8-4.0 | 3.92-4.0 | 4.4 | 4.3-5.4 |

GSCTtriazinee22Mar2005presentationWM.ppt

39

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782021

Exhibit 146 Page 39

## US customers of atrazine tech and supply price

| Customer | Syngenta volumes in lb | price / lb | $ | Competitive volumes in lb | price / lb | $ | total volumes in lb | Syngenta share in % AI | $ |
|---|---|---|---|---|---|---|---|---|---|
| MONSANTO | 16,200,000 | $1.67 | 27,054,000 | 5,100,000 | $1.50 | 7,650,000 | 21,300,000 | 75.1 | 80 |
| BASF | 6,600,000 | $1.70 | 11,220,000 | 7,000,000 | $1.55 | 10,850,000 | 13,600,000 | 48.5 | 50.8 |
| DOW | 1,400,000 | $1.75 | 2,450,000 | 7,000,000 | $1.47 | 10,290,000 | 8,400,000 | 16.6 | 19.2 |
| BAYER | 600,000 | $1.75 | 1,050,000 | 7,500,000 | $1.36 | 10,200,000 | 8,100,000 | 8 | 9 |
| TOTAL | 24,800,000 | $1.68 | 41,774,000 | 26,600,000 | $1.47 | 38,990,000 | 51,400,000 | 48.2 | 51.7 |

old info

GSCTtriazines22Mar2005presentationWM.ppt

40

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

# inese atrazine exported from China different regions

## from Jan-June 2004 in metric tons a.

4536 tons



EAME ▦ NAFTA ▦ LATAM APAC

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN02782023

Exhibit 146 Page 41

# Global Gross Profit target for Syngenta's triazines

**rofit in %**



r2005presentationWM.ppt

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782024

Exhibit 146 Page 42





Titel

GSC7triazines22Mar2005presentationWM.ppt

44

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02782026

Exhibit 146 Page 44