syngenta

# Guideline

## CP PLCM Project Management Handbook

### VERSION 1.1 (May 2005)

PLAINTIFF'S
EXHIBIT NO. 14
FOR IDENTIFICATION
DATE: 14010 RPTR DS

| Prepared by : | Programme and Portfolio Management | |
|---|---|---|
| Issued by : | CP Product Development – Programme & Portfolio Management | |
| Created on: | 9.3.05 | Last reviewed on:  23.5.2005 |

GRNVL0000080975
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 1

# syngenta

## Table of Content

| | | |
|---|---|---|
| **1.** | **INTRODUCTION** | **4** |
| 1.1. | PURPOSE AND STRUCTURE OF THE HANDBOOK | 4 |
| 1.2. | GOALS OF PROJECT MANAGEMENT | 4 |
| 1.3. | DEFINITION AND TIMELINE OF PLCM PROJECTS | 5 |
| 1.3.1. | PLCM project types | 5 |
| 1.3.2. | Global Project management responsibilities | 5 |
| 1.3.3. | Timelines | 6 |
| **2.** | **ROLES AND RESPONSIBILITIES** | **7** |
| 2.1. | OVERVIEW OF BODIES AND TEAMS INVOLVED PLCM | 7 |
| 2.2. | ROLES OF GOVERNING BODIES IN PLCM | 7 |
| 2.3. | THE REPORTING STRUCTURE OF THE PPT VIS-À-VIS THE SURROUNDING GOVERNING BODIES | 9 |
| 2.4. | THE PROJECT PORTFOLIO TEAM (PPT) | 11 |
| 2.4.1. | Creating the PPT | 11 |
| 2.4.2. | The role of the PPT | 11 |
| 2.4.3. | The composition of the PPT | 12 |
| 2.4.4. | The role of the PPT vs. the "Extended PPT" | 14 |
| 2.4.5. | Roles and responsibilities of members of the PPT/"Extended PPT" | 14 |
| 2.4.6. | Responsibilities/accountabilities of the project manager | 19 |
| 2.4.7. | Supporting functional networks around the PPT | 20 |
| 2.4.8. | The modus operandi of the PPT | 20 |
| 2.5. | PROJECT SCOPING AND ASSIGNMENT OF MANAGEMENT RESPONSIBILITY | 22 |
| 2.5.1. | Geographic scoping | 22 |
| 2.5.2. | Project set-up and project type definition (SYPOS) | 22 |
| 2.5.3. | Default project management responsibility of PPT vs. regional and country teams | 22 |
| 2.5.4. | Delegation of project management responsibility from PPT to regional/country teams | 23 |
| 2.5.5. | Additional non-default project management responsibilities of the PPT | 23 |
| 2.5.6. | Default project management responsibility within the PPT | 23 |
| 2.5.7. | Definition of project structure | 24 |
| 2.5.8. | HANDOVER OF PROJECTS | 24 |
| 2.6. | RESPONSIBILITY FOR KEY DECISIONS | 26 |
| 2.7. | PROJECT DOCUMENTATION CREATION AND MAINTENANCE | 28 |
| 2.7.1. | Development plan | 28 |
| 2.7.2. | Project documentation | 29 |

GRNVL0000080976
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 2

**syngenta**

3.   **APPENDIX** .................................................................................**30**

3.1.   REGIONAL GOVERNANCE MODEL ..............................................30

3.2.   SUPPORTING TOOLS FOR CREATING DEVELOPMENT PLANS .................31

3.3.   SUPPORTING TOOLS FOR CREATION OF PLCM BUSINESS CASES ...........31

3.4.   ROLES OF PPT VS GLOBAL PLT .................................................32

3.5.   ROLES AND RESPONSIBILITIES FUNCTIONAL NETWORKS .....................33

3.5.1.   Regulatory affairs functional network (preliminary) ........................33

3.5.2.   Technical management functional network ...................................34

3.5.3.   Environmental sciences functional network (preliminary) ................35

3.6.   PROJECT TYPE DEFINITION AND HIERARCHY ...............................36

3.7.   GUIDELINES FOR PROJECT SET-UP IN SYPOS ...............................38

3.8.   GLOSSARY ..........................................................................43

3.9.   DOCUMENT REVIEWERS ..........................................................44

GRNVL0000080977
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 3

syngenta

# 1. Introduction

### 1.1. PURPOSE AND STRUCTURE OF THE HANDBOOK

The objective of this document is to provide CP Functions, Teams, and Committees involved in product lifecycle management (PLCM) projects with guidelines for project implementation and governance. This document provides an overview of the

- Functions, Teams, and Committees involved in PLCM

- Roles and responsibilities of all involved parties, with a primary focus on projects managed at global level

- Reporting structures and timelines for PLCM projects

- Templates to support the project teams work

### 1.2. GOALS OF PROJECT MANAGEMENT

The key reasons for introducing rigorous cross-functional Project Management in PLCM projects are:

1. Strengthen project management principles and processes across the Syngenta CP and PP Portfolio

2. Improve project planning and tracking for achieving or exceeding business targets by meeting time, cost, and quality expectations

3. Provide focus and velocity through clear project goals, milestones, and visible timelines

4. Ensure a clear, efficient and transparent review process for technical, regulatory and commercial reviews, as well as for fast and traceable go/no-go decisions

5. Provide a seamless partnership across CP Research, Development, Marketing, and T&P with a shared focus and ownership of goals

6. Provide transparency on opportunities, risks and options to improve portfolio prioritization

To facilitate implementation of cross-functional Project Management a new project team called the "Project Portfolio Team" (PPT) will be established, whose members are supported by their respective functional networks. The PPT will replace previously established team concepts such as the BDTs and RDTs in the context of PLCM project management and will coordinate activities across all major functions involved in global PLCM projects.

GRNVL0000080978
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 4

syngenta

## 1.3. DEFINITION AND TIMELINE OF PLCM PROJECTS

### 1.3.1. PLCM project types

PLCM projects include different types of development activities involving existing or new AIs. The following PLCM project categories are currently supported:

| | |
|---|---|
| Formulation New | Development of a new formulation containing existing AIs for specified regions and crops |
| Label Extension | Development and registration of an existing formulation for additional uses in a region/countries where formulation is already registered |
| Formulation Extension | Development of an existing formulation for first registration and use in a specific region/country |
| AI Maintenance | A 'virtual project' to cover ongoing tasks of global scope to support the continued use of an existing AI. |
| AI Re-Registration | Project specific to a single region covering all tasks required to maintain the registration in countries within the region |
| Stewardship | Project covering tasks aimed at defending Syngenta products from non-regulatory threats. Includes issue management |
| Multi-AI or Multi-Formulation | General, function-specific tasks of a general nature which cover more than one AI or Formulation |
| Crop Solution | Crop-specific development tasks creating additional value for an existing product or a product package |
| Non-AI | General, function-specific tasks of a general nature which are not AI-related. |
| Idea Evaluation | Short-term, speculative projects of a limited scope to explore feasibility prior to further project commitment |

*Exhibit 1.*     *PLCM project types (more detailed definitions and hierarchy in Appendix)*

### 1.3.2. Global Project management responsibilities

PLCM projects can be managed at global (=Headquarter), regional or country level. In general projects are managed at global level if they are of global geographic scope in terms of target markets and/or development activities or if they have a high need for central resources. Additional criteria that may call for project management at global level are:

- High business impact/project risk
- High project complexity and/or technical novelty

Detailed default project management responsibilities by project type are given in section 2.5.3.

GRNVL0000080979
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 5

**syngenta**

### 1.3.3. Timelines

The development process for new formulations consists of 4 Stages (see Stage plan for detailed information). The current Project Management set-up focuses on managing new formulation projects from Stage B through to first sales in a major country (end of Stage C), covering a total of about 2-5 years. (Stage A may not apply to all new formulation projects).



*Exhibit 2.      Syngenta CP and PP R&D Stage Plan*

Other PLCM project types are not managed via a defined stage plan and project durations may vary between one and several years. Some project types represent on-going AI or product support activities rather than actual projects (AI Maintenance, Multi AI/Multi Formulations).

GRNVL0000080980
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 6

syngenta

# 2. Roles and responsibilities

### 2.1. OVERVIEW OF BODIES AND TEAMS INVOLVED PLCM

Some of the PLCM projects (e.g. new formulations) are complex and costly projects. Many individuals, groups, teams, and committees contribute to, decide on, and participate in such projects. Here is an overview to help understand which bodies are involved in PLCM activities:

| | |
|---|---|
| **Development** | Development Committee (DeCo) |
| | Regulatory Science Committee (RSC) |
| | Project Portfolio Team (PPT) |
| | Regional project management teams |
| | Country project management teams |
| **Marketing** | Product Leadership Teams (PLT) |
| | Professional Products Business Unit (PPBU) |
| | Regional commercial teams |
| | Regional Management Team (RMT) |
| **Syngenta/CP/PP management** | Crop Protection Leadership Team (CPLT, and PPLT) |
| | Syngenta Executive Committee (SEC) |

### 2.2. ROLES OF GOVERNING BODIES IN PLCM

| Body/Team | Purpose/governance role in PLCM |
|---|---|
| SEC | Involved only in exceptional situations |
| CPLT/PPLT | Decide on release to first sales and stage D promotion of major new formulation projects |
| | Decide on launch of major PLCM initiatives |
| RMT (regional management team) | Decide on stage C, release to first sales and stage D promotion of regional/(country) new formulation projects |
| | Decide on launch of regional PLCM initiatives |
| | Prioritizes regional resources |

GRNVL0000080981
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 7

**syngenta**

| Body/Team | Purpose/governance role in PLCM |
|---|---|
| DeCo | Technical/regulatory approval for release to first sales and stage D promotion for major new formulation projects |
| | Provides guidance and advice to the PPT and regional project teams through review of the technical progress of selected key projects and their impact on the business case |
| | Prioritizes global development resources |
| RSC | Provides techno-regulatory support for PPT and DeCo decisions |
| | Provides stewardship review on technical and ethical grounds |
| Global PLT/PPBU | Sponsor PLCM projects; defines product concepts and target markets |
| | Set and monitor overall project timelines and project budgets |
| | Define the AI/product strategies taking into consideration regional input |
| | Decide, together with the PPT, on go/no-go decisions for individual projects (for major projects reviewed by DeCo, makes recommendation to DeCo) |
| | Propose Stage C promotion to Product Line Head or Regional Management Committee; freezes formulation |
| | Manage the global product/crop 5-year strategy |
| Regional commercial teams | Propose regional PLCM projects; define product concepts and target market |
| | Set and monitor overall project timelines and project budgets for regional projects |
| | Decide, together with regional project management teams and PLT on go/no-go decisions for individual projects (for major projects reviewed by DeCo, make recommendation to DeCo) |
| PPTs (global projects) | Define project structure and management responsibilities |
| | Agree on technical/regulatory solutions and strategies for PLCM projects based on the options generated by functional experts |
| | Define project plans, milestones and resource estimates |
| | Ensure targets for development time, cost and quality are met |
| | Steer and monitor regional/country teams responsible for implementation of sub-projects |
| Regional project management teams | See PPT |
| | Steer and monitor country teams responsible for implementation of sub-projects |
| Country project management teams | See PPT |

GRNVL0000080982
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 8

syngenta

### 2.3. THE REPORTING STRUCTURE OF THE PPT VIS-À-VIS THE SURROUNDING GOVERNING BODIES

Each development project follows an iterative process of strategy-setting, option generation, approval, and execution. For global PLCM projects this process is directly governed by the PLT, PPT, and DeCo). The CP Development stage plan outlines different stages in development as well as the responsible decision bodies for major PLCM projects (see CP Development stage plan)



*Exhibit 3.     Governance structure PPT–PLT–DeCo*

Main operating principles:

- The Global PLT has a prime role in *commercial strategy setting*

- The members of the PPT lead the process of *technical and regulatory option/strategy generation* with members of the "Extended PPT"

- The Core PPT then *approves* the technical and regulatory options/strategies, using governance bodies such as DeCo if appropriate

- The execution of the project then takes place in the functions under the review of the PPT

GRNVL0000080983
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 9

**syngenta**

The Global PLT (incl. regional Product Mangers) under leadership of the Global Product Manager is the main link to the Marketing organisation for the PPT. PPT and Global PLT need to be fully aligned with regards to commercial and development goals and priorities.

The frequency of updates between PLT and PPT needs to be agreed between the Global Product Manager and the PPT Leader but should be at least 2 times per year.



Exhibit 4.        *Interaction between global PLT and PPT*

The DeCo performs technical reviews of major projects and project families at regular intervals (at least annually). The projects to be reviewed are selected by the Head of Programme and Portfolio Management and confirmed by the Head of Development. The selection of projects should be guided by project cost, technological/regulatory challenge or risk and sales at risk. The PPT as well as regional project teams should be informed well in advance about reviews requested by the DeCo or RSC to allow sufficient time for proper preparation. The PPT may also request additional reviews of selected projects or project issues by the DeCo (or the RSC).

GRNVL0000080984
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 10

syngenta

## 2.4. THE PROJECT PORTFOLIO TEAM (PPT)

The Project Portfolio Team (PPT) has a central role in the management of global PLCM projects. The PPT, under leadership of the PPT Leader, is accountable for the operational implementation of PLCM development projects, taking into consideration strategic and commercial guidelines.

### 2.4.1. Creating the PPT

Each PLT needs to have at least one associated PPT with the accountability for implementation of all global PLCM projects of the PLT. Ideally, the PPT is created at the same time as the PLT (unless the PLT is created for a new AI in which case the PPT will replace the new AI MPT at promotion to stage 4).

Several options are possible for creation of PPTs depending on the size of the global project portfolio of the PLT and the expected workload (medium-term to long-term):

    a. Small project portfolio (roughly <5 major projects, <USD 5m):
       Several PLTs share one PPT that takes the accountability for implementation of the combined global project portfolio (alternatively, the PPT may be operated with reduced membership, see section 2.4.3)

    b. Standard sized project portfolio (roughly 5-10 major projects, USD 10-25m):
       One PPT takes the accountability for implementation of all global projects of the PLT

    c. Large project portfolio (roughly >10 major projects, >USD 25m):
       The accountability for implementation of the global project portfolio of the PLT is split between several PPTs having a common PPT Leader

The PLT and the Head of Global Project and Portfolio Management make a recommendation for the preferred PPT set-up (new or change). The recommendation needs to be communicated/endorsed by relevant function heads and confirmed by the Head of CP Development. A large number of PPTs as well as frequent changes in PPT structure should be avoided.

The PPT should be dissolved not later than dissolution of the PLT. Project management of any on-going projects need to be re-assigned to other PPTs or regional/country teams.

### 2.4.2. The role of the PPT

The key role of the PPT is to operationally manage and deliver global PLCM development projects according to the product specification and performance targets defined by the PLT (or PPBU). The PLT/PPBU defines the product strategies and product concepts, while the PPT manages and implements all aspects of the delivery of the respective development projects.

GRNVL0000080985
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 11

**syngenta**

The PPT, together with the PLT, carries major accountability for the final commercial success of the projects. As such it is accountable to *plan and execute the projects at an agreed time, at an agreed cost, and at agreed quality.* The PPT fulfils its project management role through best-practice planning, execution, documentation and communication.

The PPT takes over the management of global projects as soon as they are supported by the PLT as new project proposals. The project proposals might be new or a continuation of efforts in CPR in which case proper hand-over from the CPR team needs to be ensured by the PPT Leader.

The PPT creates the full project proposal including functional strategies and plans agreed with the functions via the "Extended PPT" (see below) and generates the necessary tasks lists and project cost estimates. In the course of the project it develops, tests and confirms the solutions to achieve the agreed project goals.

### 2.4.3.   The composition of the PPT

The PPT is a cross-functional team consisting of a core-group of primary functional contacts/experts required to execute the majority of PLCM projects.

The PPT membership should be limited to a few individuals to stay flexible as well as to foster team spirit and accountability. It is expected that PPT members be directly involved in the majority of the projects for which the PPT is responsible. The regular membership of a PPT is expected to consist of a PPT Leader, Global Technical Manager, Global Regulatory Manager, TSST Manager and Formulation Developer.

Project Portfolio Team (PPT)



* Technology Strategy & Sourcing Team Manager

Exhibit 5.       *PPT team composition*

For PPTs with a very small project portfolio the role of PPT Leader may be taken by the Technical Manager or the Regulatory Manager instead of a dedicated representative of the Programme & Portfolio Management Group. In this case the PPT has a reduced membership.

GRNVL0000080986
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 12

syngenta

The PPT is complemented by an additional group of primary functional contacts/experts who represent all other major functions relevant to PLCM projects that are not permanent members of the PPT ("extended PPT")

The following design principles apply:

1. The PPT members have the responsibility to represent their respective functions as well as a number of other primary functional contacts/experts who are part of the "Extended PPT"

2. Members of the "Extended PPT" will be involved in PPT activities according to the needs of the project portfolio and as requested by the PPT members (ad-hoc participation)

3. All primary functional contacts/experts of the PPT and "Extended PPT" have the responsibility to fully represent their functions (including regions and countries if applicable)



*Exhibit 6.      Representation responsibilities of PPT members*

The PPT Leader is responsible for maintaining an updated list of the "Extended PPT" membership on the Syngenta intranet.

GRNVL0000080987
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 13

**syngenta**

### 2.4.4.  The role of the PPT vs. the "Extended PPT"

The global PLCM project portfolio of a PLT may encompass a large number of projects in different development stages and involving several AIs. Such a complex project portfolio may require substantial project management capabilities. The PPT is designed to enable efficient project management in a multi-functional organisation. The PPT has the following roles:

1. Facilitate flexible ad-hoc meetings to resolve urgent issues and provide frequent project updates

2. Foster team spirit and project accountability

3. Support the PPT Leader in planning, coordinating, prioritizing and monitoring the different project activities

4. Identify/discuss cross-functional issues and identify need for additional input/involvement of members of the "Extended PPT" or regional representatives

5. Discuss and scope new projects and make recommendations for project management responsibility (global/regional/country)

To fulfil its role the PPT should have a relatively small membership and changes in membership should be kept at a minimum to ensure continuity. The full list of functional representatives involved in different projects could be quite large leading to large membership of the "Extended PPT" that would not be an ideal framework for effective project management.

To ensure an optimal flow of information and maximal transparency of project activities and to best leverage functional expertise PPT members have the responsibility to frequently interact and consult with the members of the "Extended PPT" they represent on the PPT. If PPT members are unable to do this representation for discussion of an urgent technical issue they may invite one or several of the members who they normally represent to a specific PPT meeting.

### 2.4.5.  Roles and responsibilities of members of the PPT/"Extended PPT"

The following table shows the functional roles and responsibilities of the different PPT and "Extended PPT" members beyond their two central responsibilities:

1. Being the primary point of contact within the respective function for all function related aspects regarding the projects for which the PPT is responsible

2. Ensuring that the functional position is developed and fully aligned within the relevant functional bodies and people (e.g., Function Head) and that they are kept informed and up-to-date on the project's progress

GRNVL0000080988
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 14

syngenta

| Member | Roles and responsibilities of the PPT and "Extended PPT" members |
|---|---|
| PPT Leader | • Accountable for project portfolio organisation and team management<br>  – Obtains adequate resources for PPT and prioritizes and allocates work among PPT members and Functions<br>  – Makes proposals to the PLT, based on a rigorous analysis of the options, to meet the agreed objectives and milestones where conflicts and issues are identified (e.g. resource constraints)<br>  – Structures projects to allow meaningful business decisions and to optimize cost synergies and project management efficiency<br>  – Organizes and chairs all regular and ad-hoc PPT meetings<br>  – Archives and communicates meeting minutes and lists of action items<br>  – Ensures interaction and communication with regional/country project teams via regional DPLs or equivalent<br>  – Ensures strong alignment with Marketing through the Global PM<br>  – Motivates and challenge team members; provides feedback on team member performance to be solicited by respective line management<br>• Responsible for project portfolio tracking, documentation and communication<br>  – Tracks and documents progress and status of project portfolio for which PPT is responsible<br>  – Conducts formal reviews of progress at agreed intervals and provides the global PM, PLT/PPBU (PL Head and DeCo) with progress overview reports<br>  – Ensures project portfolio is discussed appropriately at PLT level and necessary decisions are taken by the PLT<br>  – With core-team agreement, escalates significant technical/regulatory issues to DeCo and commercially relevant issues to the PLT/PPBU for review<br>• Project management of new formulation projects and other global growth projects<br>• Represents the Global Product Manager and Patents Expert in the core-team |

GRNVL0000080989
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 15

**syngenta**

| Member | Roles and responsibilities of the PPT and "Extended PPT" members |
|---|---|
| Global Technical Manager | • Accountable to design, plan and organize all field testing programmes through appropriate meetings with Regions and Countries to establish biological profiles, technical positioning options, as well as use delimitations, and technical marketing and influencer management<br>• Responsible for delivery of global biological profiles and other technical/biological information to the PPT<br>• Provides guidance and inputs to ensure potential product concepts and their technical positioning are aligned with global and regional business requirements<br>• Supports Regions and Countries in preparing biological programmes and technical information; takes into account regional/country schedules to ensure coordination and efficient use utilization of resources<br>• Prepares key technical information, materials and provides support to regions and countries regarding product launches<br>• Represents the Research Biologist(s), regions and countries in the core-team<br>• May act as project manager for label extensions, formulation extensions and idea evaluation projects |
| Global Regulatory Manager | • Accountable for the development and implementation of the global regulatory strategy, positioning and core dossier<br>• Maximising synergies and minimizing downsides between regions<br>• Responsible and accountable for final decision on registrability of a product in target territories and advice on product specific regulatory strategy/risks/options/timelines/costs/limitations<br>• Liaises with regions and key countries to provides a globally consistent view on project content, issues and regulatory strategy<br>• Leads discussions with representatives from relevant technical and regional functions to prepare options for necessary work programmes and presents these with recommendations to the core-PPT for agreement<br>• Acts as project manager for global AI maintenance activities<br>• Represents the designated "Extended PPT" members in the PPT, interacts with them frequently and involves them directly in PPT meetings when necessary |

GRNVL0000080990
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 16

syngenta

| Member | Roles and responsibilities of the PPT and "Extended PPT" members |
|---|---|
| Formulation development represent-ative | • Accountable for the design of the physical product sold to the end user as defined by the *Global Formulation Development Process*<br>• Works with the PPT core team to define a product development strategy (what product concepts meet the needs of the business)<br>• Agrees the product design specifications with the PPT core team, to ensure that the product composition, manufacture and non-biological performance dimensions are defined<br>• Will arrange for work to be carried out in other functions / other countries in support of the clarification of product performance in the broad range of non-biology dimensions<br>• Will trigger a number of processes at the appropriate stage in the *Global Formulation Development Process*, e.g. IP clearance checks, formulant cost and availability checks<br>• Will represent a number of other T&P functions on the core PPT team; to include many or all of the following: Formulation Product Chemistry, Analytical, Packaging Development, Product Application, Formulation Technology Group, Formulation Engineering<br>• Will develop and sustain a broad and global formulation design network consisting of the T&P functions described above, ensuring that their inputs are brought into the PPT and that individual participation at extended PPT team meetings is facilitated. |
| Technology and sourcing manager (T&S Manager) or Supply Chain Manager | • Manages/coordinates the interface between T&P and other parts of Global supply; Manufacturing, Purchasing, Asset Management.  A key contact for process technology<br>• Coordinates input from the Technology & Supply Strategy Team and is instrumental in preparing make-buy and siting evaluations and coordinating the activities around the transfer of the developed processes to the selected sites for initial start-up<br>• Ensures that the Supply Chain can deliver the required product to meet the commercial launch plans |
| Global Product Manager | • Accountable for timely strategic guidance to align projects with commercial and product portfolio objectives and ensures the PPT remains aligned to the needs of the business<br>• Responsible for development and maintenance of the business cases; owns business cases, ensures buy-in from regions and key countries<br>• Responsible for full integration of the projects into PLT portfolio and consistent communication, feedback, and approval by PLT<br>• Supports the team in preparing for major reviews and promotion meetings by taking responsibility for the strategic commercial and Marketing perspective of the new product |

GRNVL0000080991
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 17

**syngenta**

| Member | Roles and responsibilities of the PPT and "Extended PPT" members |
|---|---|
| HA represent-tative | • Accountable for the development of the HA strategy, optimized HA positioning of the product and delivery of the HA components of the project in close collaboration with the Global Regulatory Manager assigned to the PPT<br>• Works under the leadership of the Global Regulatory Manager, together with representatives from relevant technical and regional functions, to prepare options and recommendations for necessary work programmes<br>• Works closely with the ES and regulatory representatives to integrate HAES outputs, evaluate developing issues and align technical plans as appropriate<br>• Prior to communication to PPT, ensures that the HA outputs are reviewed and accepted within HA and by the Global Regulatory Manager so that the techno-regulatory consequences can be evaluated<br>• Ensures that 1) the Global Regulatory Manager and 2) the PPT are immediately advised of significant HA results<br>• Is the primary focus of communication to and from HA for the PPT |
| ES<br><br>Ecological sciences<br><br>Dietary safety<br><br>Environ-mental fate | • Accountable for the development of ES strategy (Ecotox, DS, and E Fate), optimized ES positioning of AI and delivery of the ES components of the project in close collaboration with the Global Regulatory Manager assigned to the PPT<br>• Work under the leadership of the Global Regulatory Manager, together with representatives from relevant technical and regional functions, to prepare options and recommendations for necessary work programmes<br>• Work closely with the other HA and regulatory representatives to integrate HAES outputs, evaluate developing issues and align technical plans as appropriate<br>• Prior to communication to PPT, ensures that the ES outputs are reviewed and accepted within ES and by the Global Regulatory Manager so that the regulatory consequences can be evaluated<br>• Ensure that 1) the Global Regulatory Manager and 2) the PPT are immediately advised of significant ES results<br>• Is the primary focus of communication to and from the ES sub-functions for the PPT |
| Stewardship represent-ative | • Ensures that the safety issues that may impact a decision to proceed, regardless of any regulatory considerations, are addressed<br>• Ensures that the Head of Stewardships is fully briefed about major projects ahead of DeCo reviews |
| Patents represent-ative | • Responsible for definition, ownership and delivery of the patent strategy supporting the area of innovation |

PPT and "Extended PPT" members are entrusted to support & maintain the integrity of functional and cross-functional network positions. Functional management needs to assess the quality of execution of this role by soliciting feedback from relevant interfaces.

GRNVL0000080992
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 18

syngenta

### 2.4.6.  Responsibilities/accountabilities of the project manager

The key accountability of the project manager of any given project is to deliver the targeted results at an agreed time, at agreed cost and agreed quality by coordinating and managing all involved functions and stakeholders via professional project management. The main elements of project management are planning, execution, documentation and communication.

| | |
|---|---|
| **Project planning**<br><br>(see also section 3.2) | • Create and maintain the overall development plan for the project in SYPOS, including functional milestones and deliverables (the detailed function-specific plans remain under the responsibility of the functional PPT members)<br>• Secure adequate resources to be provided by the Functions, by ensuring that project tasks are logged in SYPOS early on and confirmed by the appropriate workslate managers<br>• Ensure SYPOS reflects project activities/tasks, costs and timelines consistent with an up-to-date project plan |
| **Project execution** | • Integrate functional expertise to make technical trade-off decisions to offer best-possible technical solutions and ensure timely delivery<br>• Integrate insights and progress from all functional representatives to identify and raise upcoming challenges and ensure the creation of appropriate working teams to address issues in a timely and coordinated manner<br>• Facilitate and ensure cross-functional communication and coordination<br>• Identify, document, and proactively manage project risks, issues and opportunities<br>• Ensure rigorous control of the development process ('plan – do – review')<br>• Ensure projects do not pass milestones and decision points in the project lifecycle without the appropriate review and approval from the PLT (and DeCo or RSC)<br>• Implement recommendations of the DeCo or RSC |
| **Project documentation and communication** | • Ensure Marketing  regularly updates and maintains business cases (also in SYPOS)<br>• Ensure actual project costs are tracked and updated<br>• Create appropriate project documentation for regular reviews and promotion meetings (see section 2.7)<br>• Maintain excellent communications with stakeholders to build confidence and manage expectations<br>• Propose technical/other options to the PLT<br>• Communicate project updates and results to the wider development community<br>• Ensure interaction and communication with regional/country project teams |

GRNVL0000080993
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 19

syngenta

### 2.4.7.  Supporting functional networks around the PPT

It is expected that functional networks will be required to assist the individual PPT/"Extended PPT" functional members in discharging their duties on behalf of their function. The PPT members should utilize these networks to prepare their positions, review possible solution options, or obtain expertise and buy-in from the Regions and Countries.

Previously established team concepts such as the RDT and BDTs will no longer be used in the context of PLCM project management. These teams will be replaced by more or less formalized function networks depending on function needs. These groups are instigated and formed by the PPT function representative and at the discretion of the respective function heads or function group leaders. Function network meeting schedules and frequencies should be driven by actual communication and coordination needs rather than by fixed schedules. The PPT members and particularly the PPT Leader should be informed about the key meeting dates of these function networks to coordinate PPT activities and discussions accordingly.



*Exhibit 7.     Functional networks supporting the PPT members*

Additional meetings of cross-functional networks should be limited in size and frequency. The PPT should be informed about upcoming meeting dates and topics of any other cross-function network meetings to prevent overlapping discussion and to remain fully aware of the progress. The PPT Leader should be invited to attend such meetings when of relevance/value.

### 2.4.8.  The modus operandi of the PPT

Different types of interactions are required to keep the PPT aligned and ensure fast progress. The following table summarizes the recommended interactions. Beyond the proposed

GRNVL0000080994
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 20

**syngenta**

meetings, the PPT Leader is free to call for other meetings and workshops as necessary. Also, more interactions will be required on a bilateral basis (e.g. PPT Leader and Global Product Manager)

| Interaction | Purpose | Frequency | Chair |
|---|---|---|---|
| PPT meeting | Support the PPT Leader in planning, coordinating, prioritizing and monitoring the different project activities<br><br>Identify/discuss cross-functional issues and identify need for additional input/involvement of members of the "Extended PPT", or issue escalation to RSC, DeCo, PLT<br><br>Review new project ideas/proposals for technical feasibility/challenge, techno-regulatory implications and novelty<br><br>First recommendation for project management responsibility (global, regional, country) | Ad hoc, as often as needed | PPT Leader |
| Current project review preparation (PPT + Global PM) | Prepare review for DeCo, RSC<br><br>Prepare Stage promotion briefing and meeting | Ad hoc, 6 weeks before meeting | PPT Leader |
| PLT/PPBU alignment meetings | Update PLT/PPBU on commercially relevant development progress<br><br>Review technical decisions with (possible) impact on business case<br><br>Present and get agreement on development plan going forward | 2-3 x per year (part of regular PLT schedule) | Global Product Manager |
| Supporting networks meetings | Align technical/regulatory/commercial solution options with other functional experts or Regional and Country representatives<br><br>Review technical details only affecting a few functions<br><br>Prepare functional positions, solutions and planning ahead of PPT meetings<br><br>Perform peer reviews and challenge selected/proposed approach | Ad hoc | Respective Global team member |

It should be noted that the PPT is expected to be an operational team. Whilst formal project meetings, as described above, will be a key part of the team's working practice, the activities will be largely carried out through off-line working meetings between selected team members.

GRNVL0000080995
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 21

**syngenta**

## 2.5. PROJECT SCOPING AND ASSIGNMENT OF MANAGEMENT RESPONSIBILITY

### 2.5.1. Geographic scoping

The geographic scope of the target markets for a given project/product is defined by the Global PLT as part of the project idea selection and project scoping process. The global PLT is expected to consider recommendations by countries and regions but should strive towards maximisation of synergies between different ideas/proposals.

### 2.5.2. Project set-up and project type definition (SYPOS)

Projects within the PLT portfolio are set up in SYPOS by a limited number of authorized personnel who also assign/confirm the SYPOS project type following relevant guidelines (see Appendix).

### 2.5.3. Default project management responsibility of PPT vs. regional and country teams

The default project management responsibilities by project type and geographic scope of target markets is given below (see also section 1.3.2):

| PPT | • New formulations<br>• Global AI maintenance tasks/projects<br>• Major label/formulation extensions with global impact<br>• Other global projects | PPT Portfolio | PLT Portfolio |
| --- | --- | --- | --- |
| **Regional and Country teams** | • Regional/country label and formulation extensions<br>• Regional/country AI maintenance tasks/projects<br>• Re-registrations<br>• Other regional/local projects | | |

*Exhibit 8.     Default project management responsibilities*

GRNVL0000080996
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 22

syngenta

### 2.5.4.  Delegation of project management responsibility from PPT to regional/country teams

The PPT may delegate project management responsibility of sub-projects/projects if the regional/country team has the necessary functional expertise and project management capability and capacity to execute the project and to assume full project management responsibility. In addition, there should be sufficient need for coordination among the functions in a specific region/country which cannot be provided efficiently by the PPT. If these criteria are not fulfilled the project management responsibility should stay with the PPT and the regional/country parts of the project are directly managed via functional networks.

The PPT may propose changes from default project management responsibility for global projects after consultation with regional/country project teams.

The PPT Leader needs to inform Global and Regional Heads of Portfolio Management about any changes from default project management responsibility. Potential issues related to decisions regarding project management responsibility need to be resolved by the Global and Regional Heads of Portfolio Management and endorsed by the relevant function management.

### 2.5.5.  Additional non-default project management responsibilities of the PPT

The PPT may assume additional project management responsibility for projects for which it does not have default project management responsibility. Potential reasons are:

- Country/region does not have necessary expertise (e.g. new technology, vacancy)
- Strategic importance (e.g. activities/results may affect global business)

The PPT may be asked by regional/country representatives to assume project management responsibility (however, PPT has option to decline). Alternatively, the PPT may also get the mandate from the PLT or the DeCo to assume additional project management responsibilities for specific projects.

The PPT Leader needs to inform Global and Regional Heads of Portfolio Management about any changes from default project management responsibility. Potential issues related to decisions regarding project management responsibility are to be resolved by the Global and Regional Heads of Portfolio Management.

### 2.5.6.  Default project management responsibility within the PPT

By default the PPT Leader acts as project manager for new formulation and other larger global growth projects. If necessary, the PPT Leader may delegate full project management responsibilities (but not accountability) to functional members of the PPT (to be approved by Head of Global Project and Portfolio Management).

The Global Regulatory Manager acts by default as project manager for AI maintenance projects.

GRNVL0000080997
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 23

**syngenta**

An overview of the default project management responsibilities within the PPT is given below:

| | | |
|---|---|---|
| **PPT Leader** | : | Formulation New, Global label and formulation extensions |
| **Global RM** | : | AI maintenance |
| **Global TM** | : | Stewardship |
| **Any PPT member** | : | Other global PLCM projects (e.g. idea evaluation) |

> Assigned project manager to take full project management responsibilities including management of SYPOS milestones and overall maintenance of Sypos tasks

*Exhibit 9.      Default project management responsibility within PPT*

### 2.5.7.  Definition of project structure

Projects should be structured in such a way that they

- Support meaningful business decisions based on self-contained business cases
- Support efficient project management
- Limit the number of projects in the overall project portfolio

Considering these requirements, project proposals may be merged or they may be structured as project families with sub-projects defined by geography or project goals (see also Appendix).

It is the responsibility of the PPT to propose the structure for projects with global geographic scope (complex global projects will generally have regional sub-projects). Specific requests by marketing management for full regional or country business cases may impact the project structure (e.g. Regional marketing management may request a full SYPOS business case for a specific country, which would require a country sub-project with country-specific tasks and costs)

### 2.5.8.  HANDOVER OF PROJECTS

During the four stages of a new formulation project, the PPT manages two handovers: the first one is at the transition from Stage A to Stage B, when it takes over the management of the project from CP Research (CPR) (if applicable). The second handover is at first sales in major countries (before stage D promotion) at which point the project is completed and the

GRNVL0000080998
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 24

**syngenta**

responsibility for any remaining operational activities related to the new product is transferred to the respective Product Leadership Team (PLT).

The PPT Leader needs to ensure that there is a proper handover between CPR and the PPT at beginning of stage B. The PPT Leader also needs to ensure that there is a smooth transition from pure development activities to supply chain development and launch preparation by coordinating the overall project related activities throughout stages B and C. (The detailed planning and preparation of launch activities is the responsibility of the Global Product Manager, detailed planning of the supply chain development is the responsibility of the TSST or Supply Chain Manager). Finally, the PPT Leader needs to make sure that all necessary technical steps have been taken to ensure product delivery to the markets before the project is formally completed and closed.

Similar to new formulation projects there is a handover for formulation extension and label extension projects to the PLT. For formulation extensions the hand-over is at point of first sales in major countries, for label extensions it is at the point of registration.



Exhibit 10.    Handover of new formulation projects

GRNVL0000080999
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 25

syngenta

## 2.6. RESPONSIBILITY FOR KEY DECISIONS



| Decision | Prepare decision | Decide | Be informed |
|---|---|---|---|
| • Project approval (CL support) | • PPT + PLT | • PLH | |
| – Product concept | • PLT | • PLT | |
| – Geographic scope | • PLT | • PLT | |
| – Project structure (sub-projects) | • PP1 | • PPT | |
| – Overall development strategy (e.g. fast track) and milestones | • PPT | • PLT/(DeCo*) | |
| – Business case (product positioning, target markets) | • PM | • PM/(PLH*) | |
| – Functional development plans/strategies (cost) | • Ext. PPT | • PPT/(DeCo*) | |
| • Designation as major project with mandatory DeCo review and CPLT approval | • PPT + Head Portf. Mgmt. | • Head CP Develop. | • DeCo |
| • Definition of no-go criteria and CSF | • PM | • PLT/(DeCo*) | • (PLH*) |
| • Delegation of sub-project execution to local teams** | • PPT + local team** | • PPT/(Portfolio Managers*) | • (PLH*) |

\* Major projects
\*\* Regional or local teams

*Exhibit 11.    Key decisions – Project initiation*

| Decision | Prepare decision | Decide | Be informed |
|---|---|---|---|
| • Target specs for test material | • PPT | • PLT/(RSC*) | • DeCo |
| • Fixing formulation/fixing GAP | • PPT | • PLT/(RSC*) | • (DeCo*) |
| • Country and crop list | • PPT | • PPT/(RSC*) | • (DeCo*) |
| • Stewardship activities | • Stewardship | • PLT/(DeCo*) | • PLT |
| • Request review by DeCo/RSC | • PPT | • DeCo/RSC | • PLT |
| • Project structure (sub-projects) and delegation to regions/countries for stage C work if different from stage B | • PPT + local team** | • PPT/(Portfolio Managers*) | • PLT |
| • Stage C promotion | • PPT + PLT | • (DeCo*) CPLT* | |
| – Updated/new business case | • PM | • PLH | |
| – Updated/new plans and strategies | • Ext PPT | • PPT/(DeCo*) | |

\* Major projects
\*\* Regional or country teams

*Exhibit 12.    Key decisions – Stage B*

GRNVL0000081000
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 26

**syngenta**

| Stage A | Stage B | Stage C | Stage D |

| Decision | Prepare decision | Decide | Be informed |
|---|---|---|---|
| • Mandatory review by DeCo/RSC | • Head Portf  Mgmt | • DeCo/RSC | • PLT |
| • Fixing manufacturing route | • PPT | • GS | • DeCo |
| • Capital investment** | • PPT + PLT | • CPLT/(CAC**) | • DeCo |
| • Finalizing country list | • PLT | • CPLT/(CAC**) | • DeCo |
| • Submission dossier content | • PPT | • PPT/(DeCo*) | |
| • Decision to submit dossier | • Region/Country | • PLT | • CPLT |
| • Release to first sales | • PPT + PLT | • PLH/(DeCo*  CPLT*) | |

*  Major projects
** Refer to current guidelines for approval of capital investments

*Exhibit 13.    Key decisions – Stage C*

| Decision | Prepare decision | Decide | Be informed |
|---|---|---|---|
| • Creation of PPT | • PLT, Head Portf. Mgmt. | • Head CP Dev. | • PLH |
| • Appointment of PPT Leader | • Head Portf  Mgmt | • Head CP Dev. | • PLT |
| • Core team composition of PPT (who) | • PPT Leader | • PLT + Functions | |
| • Overall composition of extended PPT (what skills) | • PPT | • PPT | • Functions |
| • Selection of individual team members (who) | • Functions + PPT | • Functions | • PLT |
| • Meeting schedule | • PPT Leader | • PPT Leader | |
| • Dissolution/merging of PPT | • PPT, PLT | • Head Porf. Mgmt | |

*Exhibit 14.    Key decisions – General*

GRNVL0000081001
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 27

**syngenta**

| Issue/decision to be taken | Prepare decision | Decide | Be informed |
|---|---|---|---|
| • Disagreement between PPT and PLT | • Core PPT + PLT | • Relevant function/ PL Head | |
| • Disagreement between PPT Leader and PPT members | • PPT Leader + PPT members | • Function Head + Head Portf. Mgmt. | |
| • Disagreement between PPT and regional/country teams | • Core PPT + regional/ country team | • PLT/DeCo** | |
| • Removal of team members | • Core PPT | • Functions | |
| • Project delay due to insufficient resources | | | |
| — Reallocate resources | • PPT Leader | • PLT*/DeCo** | |
| — Outsourcing decision | • PPT Leader | • Functions | |
| • Stalling of activities due to cost overrun | • PPT Leader | • PLT/DeCo** | |
| • Stalling/slow-down of activities due to unfavourable test results | • PPT Leader | • PLT/DeCo** | • PLH**, CPLT** |
| • Project termination | • Core PPT | • PLT+DeCo** | • CPLT**, SEC** |

* Within PLT portfolio
** Major projects, major technical issues

*Exhibit 15.     Key decisions – Issue resolution*

## 2.7. PROJECT DOCUMENTATION CREATION AND MAINTENANCE

### 2.7.1. Development plan

A first version of the full development plan for each project needs to be established in SYPOS before submitting the project proposal to the portfolio review process. The first version of the plan should detail the work for at least the first year and give a high-level view of the timelines, work and cost/resource needs planned for the remainder of the project. The development plans are to be revised and updated regularly thereafter.

The overall development plans are managed by the project manager of the respective project (see assignment of project manager Section 2.5.6). The more detailed functional plans **as well as individual tasks** are managed and maintained by the respective functions. The alignment occurs through common deliverable milestones.

GRNVL0000081002
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 28

syngenta

| Planning responsibility of the Project Manager | Planning responsibility of the functional team members |
|---|---|
| • Manage overall project timeline and functional/cross-functional milestones<br>• Define milestones with functional team members<br>• Create and maintain SYPOS milestone tasks reflecting the project milestones<br>• Enter initial task information into SYPOS<br>• Regularly review progress of functional activities to reach milestones<br>• Ensure changes in plan/milestones are shared and communicated throughout the team<br>• Regularly provide an updated overall plan to the team<br>• Create awareness of and track cross-functional interdependencies | • Create and maintain functional task/activity plans aligned with overall development plan milestones<br>• Check task information in SYPOS and ensure capacities are available<br>• Regularly provide an updated functional plan to the project manager<br>• Proactively inform the project manager of any changes in the functional plan, along with the potential implications for its own function, as well as other dependent functions<br>• Ensure correct tasks status and dates are maintained in SYPOS after task has been approved |

### 2.7.2. Project documentation

The PPT Leader and the PPT have ownership and responsibility for the following project documentations:

- Syngenta Product Design Document (new formulations)

- Stage C Promotion Form (new formulations)

- Project Status Document (large PLCM projects, see guidelines for business cases)

- Release to First Sales Document (new formulations)

- Project Closure Report (as required, see below)

The PPT Leader is responsible for coordination, timely delivery and completeness (incl. signatures) of the documents, while the team members are responsible for their function-specific inputs and content.

All business cases for global projects (SYPOS Business Cases, SYPOS Business Justification, business case section in Project Status Documents, Capital Proposal) are the responsibility of the Global Product Manager.

Project closure reports may be requested by the Head of CP Development or CP Controlling for selected major projects. The purpose of the project closure report is to investigate possible reasons for project and/or market failure and to communicate the learnings within the Development and Marketing community.

GRNVL0000081003
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 29

syngenta

# 3. Appendix

### 3.1. REGIONAL GOVERNANCE MODEL



Exhibit 16.     Extended  regional governance model

GRNVL0000081004
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 30

syngenta

### 3.2. SUPPORTING TOOLS FOR CREATING DEVELOPMENT PLANS

A generic Microsoft Project masterplan for new formulation projects is available on the CP Development intranet website. Obviously, the generic masterplan needs to be adjusted to the specific needs of each new formulation project and to avoid execution of potentially unnecessary studies.



*Exhibit 17.     EAME generic masterplan for new formulation projects*

### 3.3. SUPPORTING TOOLS FOR CREATION OF PLCM BUSINESS CASES

The business case section of the Project Status Document contains a number of tables and graphs that are available as MS PowerPoint templates. The same templates are intended to be used for PowerPoint presentations of the business case. The PowerPoint templates as well as a preformatted business case presentation can be found on the Programme and Portfolio Management Intranet site.

A NPV-Excel Tool which allows creation of scenarios and consolidates market data and generates the output for many of tables and graphs in the business case is available within the Programme and Portfolio Management group (recommended for major projects only)

GRNVL0000081005
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 31

**syngenta**

### 3.4. ROLES OF PPT VS GLOBAL PLT

**Product Strategy/ Product concept**





- Global product strategy
- 5-year plan
- Branding, positioning
- Inventory target setting
- Sourcing, supply chain, asset management
- Product/project performance review
- Project portfolio management
- Development strategy and prioritization

**Project management and execution**



- Manage and deliver projects to agreed time, cost and quality
- Scope, structure and plan projects
- Recognize, document and manage risks
- Perform technical review of projects/proposals
- Make recommendation on delegation of sub-projects to regions/countries

*Exhibit 18.     Responsibilities of PPT vs Global PLT*

GRNVL0000081006
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 32

syngenta

## 3.5. ROLES AND RESPONSIBILITIES FUNCTIONAL NETWORKS

### 3.5.1.  Regulatory affairs functional network (preliminary)

| Roles and responsibilities | Participants |
|---|---|
| Supports the PPT Global Regulatory Manager and is responsible for:<br><br>• Identifying regulatory data requirements to achieve the desired registration<br>• Identifying current and potential techno-regulatory issues and challenges based on a detailed consideration of the safety data and risk assessments emerging from ES and HA<br>• Considering the full extent of their implications across technical disciplines and in light of the different Regional/Country regulatory environments<br>• Aligning the technical approach with Regional/Country experts<br>• Identifying the need for further regulatory-critical information<br>• Discussing and agreeing the best strategic direction to manage regulatory issues<br>• Ensuring functional ownership of the regulatory strategy | to be defined |

GRNVL0000081007
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 33

syngenta

### 3.5.2. Technical management functional network

| Roles and responsibilities | Participants |
|---|---|
| Supports the PPT Global Technical Manager and is responsible for<br>• Defining the technical strategies to support the business aims of the PLT – ensuring functional ownership of the technical strategy<br>• Identifying new opportunities / innovations and propose them for implementation<br>• Defining technical profiles and the GAPs for all products<br>• Implementing field testing and the biology programmes according to the needs of the projects and customers / authorities<br>• Gathering and prioritising the needs of countries and regions for support studies (biokinetics, product support, resistance monitoring) and through the R&T part of the network ensuring implementation and review<br>• Reviewing and consolidating field and biology results as the basis for technical recommendations<br>• Identifying resource issues in field and glasshoue biology and the impact on project success and timelines.<br>• Monitoring and reviewing competitor activities, especially new competitor threats and opportunities<br>• Link to external Technical / Commercial Influencers | Global Technical Managers<br>Regional Technical Managers<br>Key country Technical Managers<br>Technical Support Manager<br>Research Team Leaders (projects, product support, biokinetics, resistance)<br>Others as required |

Page 34/44

GRNVL0000081008<br>CONFIDENTIAL INFORMATION<br>SUBJECT TO PROTECTIVE ORDER<br>IN ATRAZINE LITIGATION

Exhibit 157 Page 34

**syngenta**

### 3.5.3. Environmental sciences functional network (preliminary)

| Roles and responsibilities | Participants |
|---|---|
| ES ai specific Functional 'Virtual teams' support the ES functional member of the "Extended PPT" and are responsible for representing the intellectual and operational resources of functional sub-skillsets within a project in order to develop and deliver the project strategy<br><br>• Provides technical input relative to protocol design, study conduct<br>• To provide advice to relevant ES functional PPT member on skill set requirements, skill set project options and resulting risk/benefits<br>• To ensure that skill set contributions (studies, assessments) are delivered in line with project plan<br>• To support developing the optimum position for the compound given its inherent properties and uses<br>• Ensure appropriate regional/national representation<br>• Act as skill set/regional/national direct contact | to be defined |

GRNVL0000081009
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 35

**syngenta**

### 3.6. PROJECT TYPE DEFINITION AND HIERARCHY

| Hierarchy level | Type | Description of project type | Exclusion[1] |
|---|---|---|---|
| ❶ | • AI New | • Development of a new 'AI' and a set of core formulations for specific regions and crops | • New formulations[2], formulation extensions and label extensions not included in stage 3 business case and leading to additional cost[3] and/or delay in project timelines |
| ❷ | • Formulation New | • Development of a new formulation containing existing AIs for specified regions and crops | • Formulation extensions, label extensions initiated after stage C promotion and not included in stage C business case leading to additional cost[3] and/or delay in project timelines |
| ❸ | • Formulation extension | • Development of an existing formulation for first registration and use in a specific region/country | • Label extension initiated after project start and not included in original business case leading to additional cost[3] and/or delay in project timelines |
| ❹ | • Label extension | • Development and registration of an existing formulation for additional uses in a region/countries where formulation is already registered | • (Tasks and activities initiated after project start and not included in the original project scope[3]) |
| ❹ | • Crop solution | • Crop-specific development tasks creating additional value for an existing product or a product package | • (Tasks and activities initiated after project start and not included in the original project scope[3]) |
| ❹ | • Idea evaluation | • Short-term, speculative projects of a limited scope to explore feasibility prior to further project commitment | • (Tasks and activities initiated after project start and not included in the original project scope[3]) |
| ❹ | • Re-registration | • Project specific to a single region covering all tasks required to maintain the registration in countries within the region. | • Tasks/projects not directly linked to sub-mission of a re-registration dossier for an existing label |

[1] Activities related to project types of higher hierarchy are excluded by definition
[2] Unless new formulation replaces a formulation concept that was abandoned/terminated during new AI development
[3] Cumulated additional cost >10% of originally planned total cost of relevant project/sub project

*Exhibit 19.    Project type definition and hierarchy I*

GRNVL0000081010
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 36

**syngenta**

| Hierarchy level | Type | Description of project type | Exclusion[1] |
|---|---|---|---|
| **4** | • Stewardship | • Project covering tasks aimed at defending Syngenta products from non-regulatory threats. Includes issue management | • Projects/tasks aimed at customer support or food/value chain activities |
| **5** | • AI maintenance | • A 'virtual project' to cover ongoing activities to support the continued use of an existing AI | • Tasks/projects not exclusively/predominantly linked to a specific AI or AI family |
| **6** | • Multi AI /multi formulation | • General, function-specific tasks of a general nature which cover more than one AI or formulation | • (Tasks and activities initiated after project start and not included in the original project scope[3]) |
| **7** | • Non-AI | • General, function-specific tasks of a general nature which are not AI-related | • (Tasks and activities initiated after project start and not included in the original project scope[3]) |

[1] Activities related to project types of higher hierarchy are excluded by definition

*Exhibit 20.    Project type definition and hierarchy II*



*Exhibit 21.    Illustration new AI vs. PLCM project types*

GRNVL0000081011
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 37

syngenta

### 3.7. GUIDELINES FOR PROJECT SET-UP IN SYPOS

| Steps | Details | Responsible |
|---|---|---|
| • Group project ideas into project proposals | • Decide on how supported project ideas should be grouped into individual projects | • PPT |
| • Set geographic scope | • Define geography of target markets | • Global PLT |
| • Set project type | • Set project type of planned project (e.g. formulation new, label extension etc.) | • PPT Team Leader (within guidelines) |
| • Decide project management responsibility | • Decide whether the project is managed at global, regional or country level | • See guidelines |
| • Create project structure/sub-structure | • Define whether project consists of a single free-standing project, has sub-projects or is part of a project family | • Respective project manager(s) (within guidelines) |
| • Set business case requirement for sub-projects | • Decide whether full SYPOS business case is required only at parent-project level or at sub-project level (may influence project structure decision) | • Marketing management* |
| • Decide changes in project structure/ sub-structure | • Define changes in project structure during execution of project | • Respective project manager(s) (within guidelines) |

* E.g. regional or country marketing management may request full SYPOS business case for country sub-project

*Exhibit 22.    Responsibilities for project scoping and set-up*



*Exhibit 23.    Definition of a project*

Page 38/44

GRNVL0000081012
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 38

syngenta



Exhibit 24.     General rules for project structure



Exhibit 25.     Generic project structure in SYPOS

GRNVL0000081013
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 39

syngenta



Exhibit 26.    SYPOS project identification



Exhibit 27.    Hard and soft links in SYPOS

Page 40/44

GRNVL0000081014
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 40

syngenta



Exhibit 28.     *Generic structure for Formulation New projects*



Exhibit 29.     *Generic structure for AI Maintenance projects (preliminary)*

Page 41/44

GRNVL0000081015
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 41

syngenta



Exhibit 30.    *Generic structure for Extension projects*

GRNVL0000081016
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 42

syngenta

### 3.8. GLOSSARY

| | |
|---|---|
| AI | Active ingredient |
| BDT | Biological Development Team |
| CP | Crop protection |
| CPLT | CP Leadership team |
| CPR | CP Research |
| CPRMT | CP Research Management Team |
| DeCo | Development Committee |
| ES | Environmental Sciences |
| HA | Health Assessment |
| PPT | Project Portfolio Team |
| PL | Product Line |
| PLCM | Product Life Cycle Management |
| PLT | Product Leadership Team |
| PM | Product Manager |
| PP | Professional Products |
| PPBU | Professional Products Business Unit |
| PPLT | Professional Products Leadership Team |
| R&T | Research and Technology |
| RDT | Regulatory Development Team |
| RM | Regulatory Manager |
| RMC | Regional Management Committee |
| RSC | Regulatory Science Committee |
| SEC | Syngenta Executive Committee |
| T&P | Technology and Projects |
| T&S | Technology and Sourcing |
| TM | Technical Management |
| TSST | Technology and Supply Strategy Team |

GRNVL0000081017
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 43

syngenta

### 3.9. DOCUMENT REVIEWERS

The following persons have reviewed the current handbook in Spring 2005:

| | |
|---|---|
| John Street | Hans Doggweiler |
| Klaus Gehmann | Franz Lanter |
| John Doe | Elvira Molitor |
| Jasper Barnes | |
| Peter Hertl | |
| Dirk Drost | |
| Jean Costello | |
| Phil Botham | |
| Andy Leadbeater | |

GRNVL0000081018
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 157 Page 44