| | |
|---|---|
| From: | Maurer Willy CHBS |
| Sent: | Friday, November 04, 2005 2:33 PM |
| To: | Elmsheuser Hans CHBS; Wolverton David USGR; Peters Greg USGR; Knight Frank USGR; Fields Kevin USGR |
| Cc: | Gut Hans CHBS; Luczak Marek CHBS |
| Subject: | Spreadsheet showing the margin in the new BASF atrazine supply agreement |
| Importance: | High |

Dear all,

Please find attached a spreadsheet including the last atrazine cost projections done this week during our atrazine global supply chain team meeting and the effect on the margins in the new BASF atrazine contract.

It shows that the terms and conditions included in the BASF atrazine contract are adequate to allow Syngenta to make a margin.

Considering the 37 M $ saving over the contract period of the dicamba contract, this looks attractive for Syngenta.

Based on this I recommend to sign the atrazine and dicamba contracts without delay, so that we can start to benefit from them.

Thanks for your help

With best regards

Willy Maurer

Global product manager for triazines



Costs raw material
  x usage fac...

PLAINTIFF'S
EXHIBIT NO. 13
FOR IDENTIFICATION
DATE: 11-10-10 RPTR DS

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02781966

Exhibit 175 Page 1