# Email Message

**From:** Abbott John USGR
**Sent:** Wednesday, November 09, 2005 10:17 AM
**To:** Watson Greg USGR; Campbell Dan USGR
**Subject:** RE: Agan Atrazine Regulatory Requirements

Dan and I have chatted on this.
Just to clarify, we would not be selling M-A tech, we would be selling atrazine 4L. The question raised, can they simply take Aatrex 4L, put the M-A label on it and sell. We disagree!

Options that we want you to review and comment before responding to Frank:

Long-term is Atrazine 4L MUP

Short-term is to supply Atrazine 4L

1. Syngenta gains a supplemental distributor registration for M-A
    Pat prepares label and reviews FPL (when prepared)
    Tiffanny prepares forms and submits to EPA - This would take 30 days as a notification
    Who does artwork/FPL?
    M-A submits and registers in the states. M-A notifies you as approvals are granted.

2. M-A gain a formulators exemption

3. Submit MUP and ask EPA for a quick turnaround, approval if even possible. Not likely.

Regards,
John D. Abbott, Ph.D., CPH
Syngenta Crop Protection, Inc.
NAFTA Herbicide Team Leader
Regulatory Affairs
336-632-7074
336-253-9666 (mobile)
john.abbott@syngenta.com



PLAINTIFF'S
EXHIBIT NO. 11
FOR IDENTIFICATION
DATE: 11-9-10 RPTR DS

---

**From:** Knight Frank USGR
**Sent:** Wednesday, November 09, 2005 8:54 AM
**To:** Watson Greg USGR; Campbell Dan USGR; Abbott John USGR
**Cc:** Cosky Steve USGR; Dinnen Pat USGR
**Subject:** Agan Atrazine Regulatory Requirements

Group,

Our global atrazine management has solidified a supply agreement between Syngenta and Agan to supply 500,000 gallons of atrazine 4L to Agan for the US market. This agreement calls for supply to be made available in the first quarter of 2006. I need to determine what regulatory requirements must be meet in order for us to meet this timeline. Agan does have an atrazine 4L label in the US; however, I am not sure if they can substitute our formulated atrazine 4L without either doing so as a sub registration from our label, or as a new registration (Alternate) under their current registration. Can I count on someone from our Regulatory Affair group to address this issue. I have a call with Agan, Raleigh Office scheduled for this morning at 9:00 AM and a follow up call with their marketing group on next Monday, November 14th. I would like to understand the options before these calls if possible. Please either respond to this email or call me at extension 7778.

Thanks.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION      SYN01190631

Exhibit 176 Page 1

Frank Knight

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN01190632

Exhibit 176 Page 2