| | |
|---|---|
| From: | Manley Brian CHBS |
| Sent: | Monday, March 20, 2006 10:37 AM |
| To: | Bruce Joe USCA |
| Cc: | Vail Gordon USDM; Johnson Mike USGR |
| Subject: | RE: HMMZ01 449280 pre protocol |

Joe,

Good suggestion. My first response was no - this was considered, but your points are valid and it really doesn't impact the carryover question in a negative way. From the efficacy standpoint, we know low rates of 449 PRE won't work alone so it is not so critical to have 449 alone to understand the contribution of 449. Also, as you point out meso alone and with 449 include S-MOC so it would be the correct comparison.

Please go ahead and add the S-MOC, lock the protocols and go!!

Attached is my updated Excel version.

Thanks for the input. Brian



449 & meso Camix
PRE v5.xls

*Brian S. Manley*
Global Technical Manager for Herbicides
R1004.7.34, Basel
Phone: +41 61 323 9195
Mobile: +41 79 820 3728
Email: brian.manley@syngenta.com

PLAINTIFF'S
EXHIBIT NO. 3
FOR IDENTIFICATION
DATE: 11-9-10 RPTR DS

| | |
|---|---|
| From: | Bruce Joe USCA |
| Sent: | Mittwoch, 15. März 2006 04:36 |
| To: | Manley Brian CHBS |
| Subject: | HMMZ01 449280 pre protocol |

Brian,

Reviewing the pre protocol, treatments 8-10 (449 alone) need something to hold back the weeds. Would it be acceptable to include Dual at 2000 g/ha to match trmts 11-15 (3-way meso, 449, s-moc)? In doing this, we would have an exact comparison +/- mesotrione to examine carryover. I am afraid if the weeds are allowed to proliferate, it could impact the carryover potential or other issues. Also creates a valid comparison to determine if meso and 449 carryover is additive, no valid comparisons currently.

*Joe Bruce*
R&D Scientist

Syngenta Crop Protection
Northern Regional Technical Center
495 County Road 1300N
Champaign, IL 61822
phone: 217-863-5323
mobile: 217-202-9354
fax: 217-863-2763

1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE
ORDER IN ATRAZINE LITIGATION

SYN03444291

Exhibit 182 Page 1