



## Syngenta Production Strategies in the U.S. and Worldwide

As a global business, Syngenta makes strategic decisions regarding the sourcing and manufacturing of our products with numerous criteria in mind, such as product quality, capacity demand, production and logistics costs, speed to market, sustainability and regulatory compliance to name a few. The ongoing optimization of our global product sourcing network drove recent decisions to close our sites in Cold Creek, Alabama, and Bayport, Texas. Products from these sites will now be sourced from various other locations around the world including China, India, UK and Switzerland, resulting in a more cost-effective and sustainable product supply pipeline to our customers.

We are aware that "streamlining" of this nature may raise questions among our customers concerning the quality and availability of Syngenta products. Customers can be assured that:

- They will not see a disruption of supply and will continue to receive the quality of service they've come to expect from us. We have redesigned the supply chain but continue to make providing our customers in the U.S. with value a top priority.

- Manufacturing in the U.S. is critical for several of our key products and, in some cases, is a competitive and strategic advantage. Our ability to launch new products, increase efficiency, assure quality and respond to change all depends on a nimble manufacturing capability.

- Ensuring quality and value is a hallmark of our products, and those will continue to be key objectives in the future. By continuing to optimize our capabilities, we are able to maintain and improve the value our customers have come to expect from us.

### Frequently Asked Questions

**Q1:** *Should U.S. customers or farmers be concerned about our ability to supply needed products?*

**A2:** Not at all. Our U.S. customers are important to us and we have made providing our customers in the U.S. with value a top priority. It is also helpful to note that the world is smaller now and supply chain activities have become so technologically advanced that getting product from one part of the world to another happens very quickly. However, Syngenta makes many strategic decisions with those concerns in mind: Not just on where a product may be manufactured, but also forecasting demand and making decisions on storing supplies.

**Q2:** *What does this mean for the future of Syngenta manufacturing in the U.S.?*

**A2:** The strategy remains the same: Balance sourcing while driving for cost efficiency and flexibility. Manufacturing in the U.S. is critical for several of our key products and we will continue to manage those assets to remain competitive and provide value to our customers.

**Q3:** *Is manufacturing still a key capability for Syngenta?*

A3: It is clearly a competitive and strategic advantage for Syngenta to manufacture its products. At the same time, being cost-efficient and smart in allocating our manufacturing resources allows us to do more for our customers: Invest in research and development in new products, engage in ongoing regulatory support for proven products like atrazine, and develop value-added services such as FarmAssist, an online resource center for all our products, and Rust Tracker, an early-warning system in which growers can get soybean rust outbreak and forecast information. Maintaining excellence in manufacturing, having strict quality control at all our facilities and providing the utmost quality and value are key components as a "basic" producer of crop protection products.

**Q4:** *I've noticed that some of your labels say they were manufactured in other countries, such as Platinum being made in India. What's the story on this?*

A4: As a global company, we have manufacturing facilities all over the world – and have for some time. What's important is that we are continuing to find the best ways to manufacture and source our products so that our customers continue to receive the value that they have for years. Sometimes, that means we manufacture products like Platinum in India in order to focus on production costs and keep our quality under strict control.

For more information:
Michael Vanausdeln
Syngenta Crop Protection
Manager, Corporate Communications
336-632-6453
michael.vanausdeln@syngenta.com

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION     SYN01790994

Exhibit 185 Page 2