| | |
|---|---|
| **From:** | Watson Eileen USGR |
| **Sent:** | Thursday, April 27, 2006 8:54 AM |
| **To:** | Maurer Willy CHBS; Luczak Marek CHBS |
| **Cc:** | Langkamp Scott USGR; Moseley Carroll USGR; Knight Frank USGR; Martin Duane USGR |
| **Subject:** | RE: Atrazine and Terbutryn |

Dear Willy,

Thanks for this. If they are interested, we just need to hook them up with Frank Knight to work through the details.

We will be coming to you with the negotiation framework and ranges for the MANA ATR data comp case. Carroll is preparing/updating this now.

All the best,

Eileen

| | |
|---|---|
| **From:** | Maurer Willy CHBS |
| **Sent:** | Thursday, April 27, 2006 8:47 AM |
| **To:** | ziki.levavi@agan.co.il |
| **Cc:** | Luczak Marek CHBS; Watson Eileen USGR; Langkamp Scott USGR |
| **Subject:** | Atrazine and Terbutryn |

Dear Ziki,
I apologize for being late in coming back to you on the atrazine supply question. After having discussed this again within Syngenta we have to inform you that our offer for supplying atrazine to Agan for 2007 in USA can not be lower than 6.6 $/gallon 4L atrazine formulation bulk ex works StGabriel USA.

I also want to inform you that we are still interested to purchase terbutryn tech from Agan at the agreed price. We are still waiting for the results of our formulation test but envisage to place an order to purchase between 150 and 200 tons of terbutryn tech for delivery to Cartagena in Colombia around November 2006. Please let us know if this delivery timing is suitable to you.

I am looking forward to meeting you and Arnie on Thursday May 4 at 09.30 at the business center of the Zurich Airport to finalize the terbuthylazine environmental stewardship agreement for Europe.
With best regards

Willy Maurer
Global Product Manager for triazines
in Syngenta, CP, Basel, Switzerland
Phone: +41 61 323 60 32 Office
Mobile: +41 61 79 309 18 20



PLAINTIFF'S
EXHIBIT NO. 10
FOR IDENTIFICATION
DATE: 11-9-0   RPTR   DS

1