---

| | |
|---|---|
| **From:** | Rees Sarah GBJH |
| **Sent:** | Monday, July 03, 2006 6:08 AM |
| **To:** | Pearson Charles USGR; Skidmore Mike GBJH; Clark Terry GBJH; Francis Paul USGR; Bruton Peggy USGR; Weissler Martin GBJH; Bradbeer Jane GBJH; Gale Paul GBJH; Kidimu Lynette GBJH |
| **Cc:** | Lister Neil GBJH; Miles Peter GBJH; Greener Neil CHBS; Le Patourel Geoff GBJH; Clarke Dee GBJH; Swain Bill USGR; Simmons Dana USGR; Underwood Russell USGR; Hampton Michelle USGR; Krauss Juergen CHBS; Bonarius Thorben CHBS; Wille Patrick CHBS |
| **Subject:** | FW: HAES Task Review 2006 |
| **Attachments:** | PL_GRA_STEW Inputs HAES Tasks Sent to HAES 02July06.xls |
| **Importance:** | High |

All Global Skill Set Leads and WPOs

We now have received portfolio prioritisation guidance from Jasper. Please read this note carefully and review the attached spreadsheet for your skill set. Please work with the DSAs to ensure full understanding and communication about any changes to project plans.

I would like to get a telecon together to look across skill sets in DS in case we want to shift some resources to meet these demands. It should be as soon as possible but may have to wait until our USA colleagues return from this week's holiday. I will ask Lynette to find a time as soon as possible.

thanks

Sarah

PLAINTIFF'S
EXHIBIT NO. 25
FOR IDENTIFICATION
DATE: 1-10-70 RPTR DS

---

**From:** Barnes Jasper CHBS
**Sent:** 02 July 2006 16:42
**To:** Rees Sarah GBJH; Campbell Peter GBJH; Hertl Peter USGR; Swaine Harry GBJH; Parker John GBAP; Warburton Jude GBAP; Doe John GBAP; Huggett David GBJH
**Cc:** Furter Rolf CHBS; Ball Christopher CHBS; Bauer Michael P CHBS; Born Simone CHBS; Dieterle Roland Mario CHBS; Hansen Anette CHBS; Kelly Tim CHBS; Kempf Hans-Joachim CHBS; Lanter Franz CHBS; Molitor Elvira CHBS; Mostert Meier Irmgard CHBS; Nuninger Cosima CHBS; Wright Tanya CHBS; Dalton Ian Paul SGSG; Ng MunJoo SGSG; Allen James CHBS; Stehli Andreas CHBS; Weber Hans CHBS; Boscolo Patricia BRSP; Gallina Fernando BRSP; Carmean Kurt USGR; Drost Dirk USGR; Hubbard Lee USGR; Payan Luis USGR; Wilhite Faye USGR; Yoder Joe USGR
**Subject:** HAES Task Review 2006
**Importance:** High

All,

As you are aware, we have been facing budget challenges with over demand in internal and external tasks in HAES since the portfolio was set following the SEC Meeting in December 2005. Since that time, there has been a project prioritization by each of the Product Lines which was shared directly with the functions by the PPTs and other means. In addition, since March, we have requested approvals for external expenditures in HAES, via me, John Parker or Dirk Drost to control the external spending and focus our efforts on priority projects within the Global HAES budget.

To finalize workplans and reduce efforts in continuous task review, we embarked on a HAES internal and external task review on May 29th to guide and finalize workslates for the remainder of 2006. The review included all committed external resources and adjustment of figures where necessary, and first-cut **proposals** from HAES Functional Skillsets regarding key project work that could be completed within the remainder of 2006 with existing internal resources. The first step of the review was completed by the HAES Function on June 19th. Since that time, critical, high priority tasks have been identified in reviews by the Business, Regulatory Affairs and Stewardship. The exercise to identify and consolidate the

1

remaining tasks to deliver key priority projects for 2006 has been supported by the Programme and Portfolio Management Department.

**Results:**
The "High Priority 2006" tasks identified in the attached spreadsheet should be viewed as the top priority items for Functional Workslates the remainder of 2006. We request that each Function plan remaining activities within the context of the overall project and complete all remaining "High Priority" tasks within each project in 2006.

The "Low Priority 2006" tasks identified are associated with high priority projects, but existing resources will not allow all of these to be completed in 2006. Therefore, each Function needs to put resources on the "High Priority 2006" tasks first, and fill any remaining resource gaps with "Low Priority 2006" tasks later in the year.

There are several "High Priority 2006" external tasks requiring funding for completion. The "Committed" external expenditure validated and provided by the Function indicates an expenditure of $22.1M against a budget of $19M. Therefore, there are no additional external funds available for Development projects the remainder of 2006.

**Spreadsheet Definition (Orange Column Headers):**

**Priority Status for HAES Workslate (Business, Regulatory, Stewardship, P&PM Reviewed) Column Header**
*High Priority 2006* = critical tasks identified by Business, Regulatory Affairs and Stewardship. These tasks need to be conducted with priority within each project as indicated above.
*Low Priority 2006* = tasks within priority projects, but must be considered lower priority and only worked on in 2006 if resources allow following completion of all "High Priority 2006" tasks.
*Completed* = tasks that have been completed
*Terminated* = tasks that have been terminated

**Committed External Tasks as of June 19 Column Header**
*Yes* = identified by the Function as committed, a signed contract is in place, the cost has been validated, and a Purchase Order (PO) should be in place
*No* = identified by the Function as not committed

**HAES forecast (May 29 – June 19) of possible to do in 2006 (internal or external tasks) Column Header**
*Yes* = Function projected the work could be completed in 2006 with existing internal resources and if external resources were available
*No* = Function projected the work could not be completed in 2006 within existing internal resources
*Complete* = task completed
*On Hold* = task is on hold at this time
*Terminated* = task has been terminated
*Delete* = task has been deleted


**External Task Column Header**
*Yes* = external task
*No* = internal resources only

---

**Actions:**
1) HAES Functional Skillsets to reflect "High Priority 2006" tasks as their workslate for the remainder of 2006 to **ensure priority project delivery for the Business**. "Low Priority 2006" should only be worked on if resource gaps or unexpected resources become available following completion of "High Priority 2006" tasks by July 7, 2006.
2) HAES Functional Skillsets to change task status in SYPOS for "High Priority 2006" tasks to Approved, Active or higher and communicate changes to Project Manager listed in SYPOS by July 7, 2006.
3) HAES Functional Skillsets to change task status in SYPOS for "Low Priority 2006" tasks to Planned and communicate changes to Project Manager listed in SYPOS by July 7, 2006.

Thanks for your help in providing key priority projects to maximize value to Syngenta.


*Regards,*
*Dr. Jasper Barnes*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000046111

Exhibit 194 Page 2

Syngenta Crop Protection
Head Programme and Portfolio Management
1004.3.14
Schwarzwaldallee 215
CH-4058 Basel
tel. 41 61 323 54 89
fax 41 61 323 68 55
mob 41 79 619 13 10
email: jasper.barnes@syngenta.com

3

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION**

GRNVL0000046112

Exhibit 194 Page 3