# Email Message

**From:** Rees Sarah GBJH
**Sent:** Wednesday, July 05, 2006 9:00 AM
**To:** Gale Paul GBJH; Weissler Martin GBJH; Bruton Peggy USGR; Bradbeer Jane GBJH
**Subject:** FW: REVISED SPREADSHEET...DISCARD PREVIOUS VERSION SENT ON 02 JULY 2006 - HAES Task Review 2006

**Importance:** High

**Follow Up Flag:** Follow up
**Flag Status:** Red

PLAINTIFF'S
EXHIBIT NO. 26
FOR IDENTIFICATION
DATE: 11-10-10 RPTR DS

**Attachments:** REVISED PL_GRA_STEW Inputs HAES Tasks Sent to HAES 05July06 CORRECTED.xls

---

**From:** Barnes Jasper CHBS
**Sent:** 05 July 2006 10:07
**To:** Rees Sarah GBJH; Campbell Peter GBJH; Hertl Peter USGR; Swaine Harry GBJH; Parker John GBAP; Warburton Jude GBAP; Doe John GBAP; Huggett David GBJH
**Cc:** Furter Rolf CHBS; Ball Christopher CHBS; Bauer Michael P CHBS; Born Simone CHBS; Dieterle Roland Mario CHBS; Hansen Anette CHBS; Kelly Tim CHBS; Kempf Hans-Joachim CHBS; Lanter Franz CHBS; Molitor Elvira CHBS; Mostert Meier Irmgard CHBS; Nuninger Cosima CHBS; Wright Tanya CHBS; Dalton Ian Paul SGSG; Ng MunJoo SGSG; Allen James CHBS; Stehli Andreas CHBS; Weber Hans CHBS; Boscolo Patricia BRSP; Gallina Fernando BRSP; Carmean Kurt USGR; Drost Dirk USGR; Hubbard Lee USGR; Payan Luis USGR; Wilhite Faye USGR; Yoder Joe USGR
**Subject:** REVISED SPREADSHEET...DISCARD PREVIOUS VERSION SENT ON 02 JULY 2006 - HAES Task Review 2006
**Importance:** High

All,

Since my note and attachment on 02July06, there have been some mistakes in task priorities raised to my attention. I have revised the sheet and it should be quite accurate at this point. **Therefore, please discard all previous copies and use the attached as your base data for making all workslate adjustments.**

There have also been a number of questions around stopping active work at this time due to Low Priority 2006, in this case, please take a common sense approach. If the work is nearly complete, it should be finished. If the task is Low Priority 2006, and set on active and the work has not yet started, please move back to planned status and do not start the work.

Also, if during this final review, any critical technical tasks (fatal negatives, mandatory regulatory) have been labelled Low Priority 2006 and absolutely must be conducted in 2006, please contact me with the specific information and I will follow-up. I expect these oversights will be very low, but we need to catch any of these and act on them as quickly as possible.

Using this revised base data, please take the following actions as indicated on July 02. I realize the timeline for 07 July will be difficult, but we need to focus efforts on this date to wrap up this exercise efficiently and finish workslate planning for the remainder of 2006.

Actions:
1) HAES Functional Skillsets to reflect "High Priority 2006" tasks as their workslate for the remainder of 2006 to **ensure priority project delivery for the Business**. "Low Priority 2006" should only be worked on if resource gaps or unexpected resources become available following completion of "High Priority 2006" tasks by July 7, 2006.
2) HAES Functional Skillsets (WPOs/AI Specialists) to change task status in SYPOS for "High Priority 2006" tasks to Approved, Active or higher and **communicate changes to Project Manager listed in SYPOS by July 7, 2006.**
3) HAES Functional Skillsets (WPOs/AI Specialists) to change task status in SYPOS for "Low Priority 2006" tasks to Planned and **communicate changes to Project Manager listed in SYPOS by July 7, 2006.**

**In addition, here is some background to the selection of priorities for projects and tasks that has been undertaken in 2006.**

The Business (Country, Regions, Global) selected and set the portfolio for 2006...Development did not and should not make the choices as are strategic business decisions. Functional Expert inputs need to be accounted for in the context of the project teams and through other channels and a joint decision with the business is necessary. Development Functions should flag up any technical issues and participate in the final business decisions, but we do not make that final priority decisions.

When the portfolio was set, the demand was ~$365M with a 323M budget and the Product Lines were over in project demand. As a consequence, a project prioritization was conducted the PLTs in March and communicated to the functions via the project teams.

We have been in an approval process for external expenditures since March. We are presently over budget in this area, but Rolf is aware of this (~21.5M versus 18.9M) for HAES. Therefore, with a few exceptions, all external expenditures must stop.

Following these actions and still failing to bring budget alignment for HAES, the following activities have been untaken:
1) A complete HAES Task review in June to check all task status, committed external resources, and a **proposal (only)** from the Functions as to tasks they felt they could complete in 2006.
2) The HAES Task Review data was received in Basel and reviewed by the Business, Regulatory, and P&PM supporting. Critical projects and tasks that must proceed in 2006 were identified.
3) Task status mistakes and Committed External Resources were corrected in the base data.
4) Reviewed base data sent to HAES Management on July 2.

It is very clear that we are working too much on "task oriented workslates" and not "project oriented workslates". As a result, we see a checker-board approach to project completion at this point. The "project oriented workslate" approach must be utilized the remainder of 2006 so we can complete as many "projects" as possible in 2006 with the remaining resources. Please consider this carefully when making assignments and changes in resources.

AI Maintenance projects are under intense review and the investment should be carefully evaluated and reduced where possible when tasks are not viewed as mandatory. 2007 will bring more intense review in this area.

**The goal is to make this the last major (or minor) project prioritization and task review for 2006.**
I hope this is clear, but if not, please contact me. I request that you communicate these messages as needed within your groups so this exercise moves forward in a positive and constructive manner.

*Regards,*
*Dr. Jasper Barnes*
Syngenta Crop Protection
Head Programme and Portfolio Management
1004.3.14
Schwarzwaldallee 215
CH-4058 Basel
tel. 41 61 323 54 89
fax 41 61 323 68 55
mob 41 79 619 13 10
email: jasper.barnes@syngenta.com

---

**From:** Barnes Jasper CHBS
**Sent:** 02 July 2006 17:42
**To:** Rees Sarah GBJH; Campbell Peter GBJH; Hertl Peter USGR; Swaine Harry GBJH; Parker John GBAP; Warburton Jude GBAP; Doe John GBAP; Huggett David GBJH
**Cc:** Furter Rolf CHBS; Ball Christopher CHBS; Bauer Michael P CHBS; Born Simone; Dieterle Roland Mario CHBS; Hansen Anette CHBS; Kelly Tim CHBS; Kempf Hans-Joachim CHBS; Lanter Franz CHBS; Molitor Elvira CHBS; Mostert Meier Irmgard CHBS; Nuninger Cosima CHBS; Wright Tanya CHBS; Dalton Ian Paul SGSG; Ng MunJoo SGSG; Allen James CHBS; Stehli Andreas CHBS; Weber Hans CHBS; Boscolo Patricia BRSP; Gallina Fernando BRSP; Carmean Kurt USGR; Drost Dirk USGR; Hubbard Lee USGR; Payan Luis USVL; Wilhite Faye USGR; Yoder Joe USGR

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

SYN02642043

Exhibit 195 Page 2

**Subject:** HAES Task Review 2006
**Importance:** High

All,

As you are aware, we have been facing budget challenges with over demand in internal and external tasks in HAES since the portfolio was set following the SEC Meeting in December 2005. Since that time, there has been a project prioritization by each of the Product Lines which was shared directly with the functions by the PPTs and other means. In addition, since March, we have requested approvals for external expenditures in HAES, via me, John Parker or Dirk Drost to control the external spending and focus our efforts on priority projects within the Global HAES budget.

To finalize workplans and reduce efforts in continuous task review, we embarked on a HAES internal and external task review on May 29th to guide and finalize workslates for the remainder of 2006. The review included all committed external resources and adjustment of figures where necessary, and first-cut **proposals** from HAES Functional Skillsets regarding key project work that could be completed within the remainder of 2006 with existing internal resources. The first step of the review was completed by the HAES Function on June 19th. Since that time, critical, high priority tasks have been identified in reviews by the Business, Regulatory Affairs and Stewardship. The exercise to identify and consolidate the remaining tasks to deliver key priority projects for 2006 has been supported by the Programme and Portfolio Management Department.

Results:
**The "High Priority 2006" tasks identified in the attached spreadsheet should be viewed as the top priority items for Functional Workslates the remainder of 2006. We request that each Function plan remaining activities within the context of the overall project and complete all remaining "High Priority" tasks within each project in 2006.**

**The "Low Priority 2006" tasks identified are associated with high priority projects, but existing resources will not allow all of these to be completed in 2006. Therefore, each Function needs to put resources on the "High Priority 2006" tasks first, and fill any remaining resource gaps with "Low Priority 2006" tasks later in the year.**

There are several "High Priority 2006" external tasks requiring funding for completion. The "Committed" external expenditure validated and provided by the Function indicates an expenditure of $22.1M against a budget of $19M. Therefore, there are no additional external funds available for Development projects the remainder of 2006.

**Spreadsheet Definition (Orange Column Headers):**

**Priority Status for HAES Workslate (Business, Regulatory, Stewardship, P&PM Reviewed) Column Header**
*High Priority 2006* = critical tasks identified by Business, Regulatory Affairs and Stewardship. These tasks need to be conducted with priority within each project as indicated above.
*Low Priority 2006* = tasks within priority projects, but must be considered lower priority and only worked on in 2006 if resources allow following completion of all "High Priority 2006" tasks.
*Completed* = tasks that have been completed
*Terminated* = tasks that have been terminated

**Committed External Tasks as of June 19 Column Header**
*Yes* = identified by the Function as committed, a signed contract is in place, the cost has been validated, and a Purchase Order (PO) should be in place
*No* = identified by the Function as not committed

**HAES forecast (May 29 – June 19) of possible to do in 2006 (internal or external tasks) Column Header**
*Yes* = Function projected the work could be completed in 2006 with existing internal resources and if external resources were available
*No* = Function projected the work could not be completed in 2006 within existing internal resources
*Complete* = task completed
*On Hold* = task is on hold at this time
*Terminated* = task has been terminated
*Delete* = task has been deleted


**External Task Column Header**
*Yes* = external task
*No* = internal resources only

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN02642044

Exhibit 195 Page 3

**Actions:**
1) HAES Functional Skillsets to reflect "High Priority 2006" tasks as their workslate for the remainder of 2006 to **ensure priority project delivery for the Business**. "Low Priority 2006" should only be worked on if resource gaps or unexpected resources become available following completion of "High Priority 2006" tasks by July 7, 2006.
2) HAES Functional Skillsets to change task status in SYPOS for "High Priority 2006" tasks to Approved, Active or higher and communicate changes to Project Manager listed in SYPOS by July 7, 2006.
3) HAES Functional Skillsets to change task status in SYPOS for "Low Priority 2006" tasks to Planned and communicate changes to Project Manager listed in SYPOS by July 7, 2006.

Thanks for your help in providing key priority projects to maximize value to Syngenta.

*Regards,*
*Dr. Jasper Barnes*
Syngenta Crop Protection
Head Programme and Portfolio Management
1004.3.14
Schwarzwaldallee 215
CH-4058 Basel
tel. 41 61 323 54 89
fax 41 61 323 68 55
mob 41 79 619 13 10
email: jasper.barnes@syngenta.com

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          SYN02642045

Exhibit 195 Page 4