| | |
|---|---|
| **From:** | Steiner Pat USDM |
| **Sent:** | Thursday, July 06, 2006 2:06 PM |
| **To:** | Cornes Derek CHBS |
| **Cc:** | Manley Brian CHBS; Vail Gordon USDM; Huck Corey CHBS |
| **Subject:** | RE: Brand X Branding Workshop |

Derek,

First, thanks for the response on the branding workshop - you had already indicated that you were tied up so I wasn't counting on you (but you can't blame a guy for trying). Also, I am sure the Illinois reps were very appreciative of your time - thanks there as well.

Lumax issues depend on the customer and his fertilizer base. Some dealers have not seen a problem as they are using quality fertilizer with very low sulfur content. I will have to think about how to best organize feedback here. This might be a CRC opportunity.

Interesting comment on the corn soy rotation. I still believe the tradional 1 to 1 corn/soy rotation will continue to swing to more corn. Corey and I opted not to include growth in the business case to avoid any credibility issues, but certainly believe we have upside potential. (Brian, before you get too excited, I have tempered this optimism with the 449 performance reality check we saw a couple of weeks ago).

Finally, I agree strongly with your Mespert comment. I have had to spend a considerable amount of time with DM's discussing the positioning before it has clicked. Interestingly, to date it has always clicked, even in the SFC where they were convinced they needed Sequence. But, it seems to click slowly. We need to do a good job of getting the positioning right for launch to simplify the value proposition (probably more so for retailers and reps than for growers).

| | |
|---|---|
| **From:** | Cornes Derek CHBS |
| **Sent:** | Tuesday, June 27, 2006 6:23 PM |
| **To:** | Steiner Pat USDM |
| **Cc:** | Manley Brian CHBS; Vail Gordon USDM; Huck Corey CHBS |
| **Subject:** | RE: Brand X Branding Workshop |

HI Pat,
Would love to come but no way I can get there. Budget is shot and I really do need to spend some time in Basel!

Been travelling with sales reps this week visiting growers. Lumax message goes from no problems to needs re-formulating urgently. May be worth trying to get feedback from the reps in a more organised way as they don't submit any complaints as they do not really fall under the heading of complaints as our system defines them.

Interesting comments from a couple of reps was that they thought Lumax was getting to the top of the growth curve. Actetochlor products have a set of users who will not move away and therefore limits our growth potential - unless we have an acetiochlor based product (this came independent of any suggestion from me!)

Mespert idea is attractive but sometimes needs some explanation and looks like a behaviour shift required!

In Illinois corn on corn gaining traction. The 3 farmers I spoke to had 80% corn 20% beans and they said this is becoming normal and expect to shift to more corn (ethanol plants being built on every corner!). A herbicide with carryover restrictions to beans seen as not an issue by these guys, as long as it delivers a benefit. Key for the Illinois guys is season long giant ragweed control (becoming a major issue due to prolonged germination pattern in this area) and lambsquarters also becoming an issue. It also crossed my mind that we might be able to bring Exceed back into some of these areas!!!!

Cheers
Derek

PLAINTIFF'S
EXHIBIT NO. 4
FOR IDENTIFICATION
DATE: 11-9-10 RPTR PS

1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000042011
Exhibit 197 Page 1

| | |
|---|---|
| **From:** | Steiner Pat USDM |
| **Sent:** | Freitag, 23. Juni 2006 16:52 |
| **To:** | Huck Corey CHBS; Hosking David CHBS; Mocker Irina CHBS; Strader Gil USGR; Magee Jeff USDM; Lee Chuck USWB; Bernens Jack USGV; Cornes Derek CHBS; Vail Gordon USDM; Pinon David USGR; Morris Susan USGR; Langkamp Scott USGR; Turner Kendall USDM; Martin Duane USGR; Larson Ross USDM |
| **Subject:** | Brand X Branding Workshop |

I wold like to invite you to a day and a half branding workshop for Brand X (formerly known as Mespert! - s-moc/mesotrione/glyphosate). We plan to have the meeting on July 19th and 20th in Des Moines at the office. I will be sending out some pre-reading and an agenda around July 7th. Please advise on availability.

Susan, can you forward to Tom Toole for me?

Corey - we had originally selected another site, but travel budget management dictated selecting the most cost effective site - Des Moines. Let me know if you have any issues.

Please advise on availability ...more info to come.

Thanks,
Pat

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000042012

Exhibit 197 Page 2