Jasper Barnes/Franz Lanter                                                                                                    25 July 2006

# Portfolio Process Cycle – Next Steps until 31 August 2006

## Introduction

We have concluded the Ideas Management phase of this year's portfolio process cycle. MPT and PPT Leaders are creating project templates in SYPOS for all PLT supported new project proposals. Together with the existing ongoing projects they will constitute the set of projects that will need our full attention in the coming weeks.

The project templates in SYPOS will comprise only minimal information. The missing information should be completed between now and **31 August 2006**. By the same deadline, the data for all existing projects should have been updated. In summary, the following planning activities should be accomplished by then:

**Update project, business case and task data, i.e.**

- Add missing data, i.e. missing project attributes and business cases
- Check and, if necessary, modify business case assumptions and data
- Update project milestones
- Update multi-year resources and key dates for ongoing tasks
- Update task status and requirement flags
- Properly close existing projects and tasks, which are either completed or need to be terminated for other reasons


Details

Details related to these activities can be found here:          Double click on icon to open.

I

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    GRNVL0000050642

Exhibit 199 Page 1

*Important Changes in Planning Principles and Points to Remember*

**Task Planning**

We have a **major change in the planning of Field Development tasks** this year for those of you who use FPLS. In contrast to last year, the data upload from FPLS into SYPOS is stopped until early next year in order to prevent the overwriting of planned resource estimates in SYPOS with incomplete FPLS data. The download of task data from SYPOS into FPLS will continue as before, allowing you to plan the trial details for 2007 in FPLS as usual. Early next year, we will replace the SYPOS plan figures for 2007 with the corresponding FPLS data, assuming that the planning in FPLS for the 2007 season is complete by then.

Tasks planned for **Stewardship** projects will require a **Task Justification** if the total costs exceed 100 $k.

A **Task Driver** needs to be assigned to all tasks for **AI Maintenance** and **Stewardship** projects.

**Business Cases**

Remember, a **Business Justification** is needed for projects with total cost <250 $k; a SYPOS business case is needed for all others.

In order to develop a business case, you may still want to use the EXCEL tool distributed by CP Finance. However, the data for the most likely case will have to be transferred to SYPOS by the **Product Managers** themselves, as no additional staff within P&PM will be available to perform this task.

*2006 Portfolio Planning Cycle Overview*


Project Portfolio Process

The portfolio planning cycle in 2006 for the Development project portfolio 2007 is summarized here: Double click on icon to open. Please note that the deadlines listed may be subject to change due to circumstances outside our control. All such changes will be announced separately.

2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION
GRNVL0000050643

Exhibit 199 Page 2

In the sections below, I have listed the key responsibilities of MPTs[1], PPTs[2], Project Managers, Product Managers[3] and Regulatory Affairs Managers in this planning phase. These responsibilities reflect the principles for managing AI development projects by MPTs or PLCM[4] projects by PPTs. You may want to use one of the following links to jump directly to your section of choice in this document:

## *Bookmarks*

Introduction
Important Changes in Planning Principles and Points to Remember
2006 Portfolio Planning Cycle Overview
Multi Functional Program Teams and Project Portfolio Teams
MPT and PPT Leaders
Managers of Global Projects
Managers of Regional Projects
Managers of Country Projects
Managers of non-Ai specific functional projects
Product Managers or equivalent role in Regions and Countries
Regulatory Affairs Managers (Global, Regional, Country)
Managers of Stewardship Projects
Help and Support

## *Responsibilities of MPTs, PPTs, Project Managers, Product Managers, Regulatory Affairs Managers and Managers of Stewardship Projects*

In the sections to follow, there is a separate table for each of the groups mentioned in the title, listing the key activities to be performed between now and the end of the Project Planning and Consolidation phase on 31 August 2006. For further distribution you may want to copy the appropriate table into a separate Word file, together with the Help and Support table, which can be found at the end of this document.

---

[1] MPT: Multi Functional Program Team
[2] PPT: Project Portfolio Team
[3] Or equivalent role in Regions and Countries
[4] PLCM: Product Life Cycle Management

3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION        GRNVL0000050644

Exhibit 199 Page 3

## Multi Functional Program Teams (MPTs), Project Portfolio Teams (PPT)

| Activity No. | Activity Description | Remarks |
|---|---|---|
| 1 | Seek regional proposals for project managers of regional and country projects. | Proposal: send out project lists and ask regional Development Head to amend list with names. |
| 2 | Confirm project managers of regional and country projects. | |
| 3 | Assign project managers for global projects. | |
| 4 | Inform all project managers on their assignment and responsibilities. | |
| 5 | Periodically check progress of project planning for all projects in the MPT/PPT/PLT[5] portfolio | |

## MPT and PPT Leaders

| New projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Create all PLT supported new projects in SYPOS, regardless of the project scope: General Project Info, including AI/Traits, A-Numbers, Countries, Sympact Crops, and Ideas. | Regions and Countries do **not** create their own projects (except NAFTA). NAFTA DPLs[6] will create the new regional projects. |

---

[5] PLT: Product Leadership Team (Marketing)
[6] DPL: Development Project Leader

4

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION               GRNVL0000050645

Exhibit 199 Page 4

## Managers of global projects

| New projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | In collaboration with Product Managers, elaborate draft project structures in SYPOS. Assign Global Strategic Program attributes to projects, in agreement with PLTs. | Family members need to be of the same project type and inherit the rank group of the root project. |
| 2 | Together with managers of **regional** projects, agree on final project structure for regional projects, and if required, modify existing draft structure. | Negotiate with managers of **regional** projects on a project structure satisfying both, global and regional needs. |
| 3 | Define key milestones for **own** projects and enter in SYPOS. | |
| 4 | In collaboration with Functional Expert Networks, define for **own** projects the detailed work programs for the entire duration of the projects, and create the corresponding tasks in SYPOS. In particular, create summary tasks for Field Development activities. | Task lists for planning year and planning year+1 need to be complete. For subsequent years enter major tasks, as far as already known. Enter resource estimates for all Field Development tasks as there will be no data upload from FPLS. |
| 5 | Ensure that **own** projects have a business case of the correct type and that R&D cost data (Development tasks) in the business case is complete. | Business cases are owned and entered into SYPOS by Global Product Managers. Provide estimates for missing R&D cost data for project years 3 and following to the Product Manager. |
| 6 | Use **checklist** to ensure that all planning conditions are met. | [W] Checklist.doc<br>Double click on icon to open |

*Table continues on next page*

5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   GRNVL0000050646

Exhibit 199 Page 5

| Existing ongoing projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Review General Project Info and Portfolio Process Info for **own** projects and if required, update. | In particular, update names of Project Manager and Project Owner. |
| 2 | Review task list for **own** projects and update General Task Info, Resources and Dates for ongoing tasks. | |
| 3 | Create missing tasks, with focus on planning year and planning year+1. | |
| 4 | Ensure that business cases for **own** projects are updated and missing business cases are created in SYPOS. | |
| 5 | Use **checklist** to ensure that all planning conditions are met. | Checklist |
| **Projects terminated or completed in 2006** | | |
| Activity No. | Activity Description | Remarks |
| 1 | Properly close **own** terminated or completed projects and all tasks. | In particular, de-link projects from project families. |

6

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION	GRNVL0000050647

Exhibit 199 Page 6

## Managers of regional projects

| New projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Do **not** create projects in SYPOS. | Regions do **not** create their own projects (except NAFTA). MPT and PPT Leaders will set up templates for all PLT supported projects in SYPOS. **You will have to complete project info, add milestones, plan all tasks including resources, and ensure that projects do have a business case.** |
| 2 | Together with MPT and PPT Leaders, agree on final project structure for **regional** projects, and if required, modify existing draft structure. | Negotiate with MPT and PPT Leaders on a project structure satisfying global, regional and key country needs. |
| 3 | Define key milestones for **own** projects and enter in SYPOS. | |
| 4 | In collaboration with Functional Expert Networks, define for **own** projects the detailed work programs for the entire duration of the projects, and create the corresponding tasks in SYPOS. In particular, create summary tasks for Field Development activities. | Task lists for planning year and planning year+1 need to be complete. For subsequent years enter major tasks, as far as already known. Enter resource estimates for all Field Development tasks as there will be no data upload from FPLS. |
| 5 | Ensure that **own** projects have a business case of the correct type and that R&D cost data (Development tasks) in the business case is complete. | Business cases are owned and entered into SYPOS by **regional** Product Managers or equivalent role. |
| 6 | Use **checklist** to ensure that all planning conditions are met. | Checklist.doc<br>Double click on icon to open |

*Table continues on next page*

7

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000050648

Exhibit 199 Page 7

| Existing ongoing projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Review General Project Info and Portfolio Process Info for **own** projects and if required, update. | |
| 2 | Review task list for **own** projects and update General Task Info, Resources and Dates for ongoing tasks. | |
| 3 | Create missing tasks, with focus on planning year and planning year+1. | |
| 4 | Ensure that business cases for **own** projects are updated and missing business cases are created in SYPOS. | Business cases are owned and updated in SYPOS by **regional** Product Managers or equivalent role. |
| 5 | Use **checklist** to ensure that all planning conditions are met. | Checklist |
| **Projects terminated or completed in 2006** | | |
| Activity No. | Activity Description | Remarks |
| 1 | Properly close **own** terminated or completed projects and all tasks. | |

## Managers of country projects

| New projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Do **not** create projects in SYPOS. | Countries do **not** create their own projects. MPT and PPT Leaders will set up templates for all PLT supported projects in SYPOS. **You will have to complete project info, add milestones, plan all tasks including resources, and ensure that projects do have a business case.** |
| 2 | Define key milestones for **own** projects and enter in SYPOS. | |

*Table continues on next page*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000050649

Exhibit 199 Page 8

| | | |
|---|---|---|
| 3 | In collaboration with Functional Expert Networks, define for **own** projects the detailed work programs for the entire duration of the projects, and create the corresponding tasks in SYPOS. In particular, create summary tasks for Field Development activities. | Task lists for planning year and planning year+1 need to be complete. For subsequent years enter major tasks, as far as already known.<br>Enter resource estimates for all Field Development tasks as there will be no data upload from FPLS. |
| 4 | Ensure that **own** projects have a business case of the correct type and that R&D cost data (Development tasks) in the business case is complete. | Business cases are owned and entered into SYPOS by **country** Product Managers or equivalent role. |
| 5 | Use **checklist** to ensure that all planning conditions are met. | Checklist.doc<br>Double click on icon to open |

**Existing ongoing projects**

| Activity No. | Activity Description | Remarks |
|---|---|---|
| 1 | Review General Project Info and Portfolio Process Info for **own** projects and if required, update. | |
| 2 | Review task list for **own** projects and update General Task Info, Resources and Dates for ongoing tasks. | |
| 3 | Create missing tasks, with focus on planning year and planning year+1. | |
| 4 | Ensure that business cases for **own** projects are updated and missing business cases are created in SYPOS. | Business cases are owned and updated in SYPOS by **country** Product Managers or equivalent role. |
| 5 | Use **checklist** to ensure that all planning conditions are met. | Checklist |

**Projects terminated or completed in 2006**

| Activity No. | Activity Description | Remarks |
|---|---|---|
| 1 | Properly close **own** terminated or completed projects and all tasks. | |

9

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION       GRNVL0000050650

Exhibit 199 Page 9

## Managers of functional projects (Multi-AI/Multi-Formulation, Non-AI)

| New projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Do **not** create projects in SYPOS. | Functions do **not** create their own projects. P&PM staff will set up project templates in SYPOS, based on special request. **You will have to complete project info, add milestones, plan all tasks including resources, and ensure that projects do have a business case, if required** |
| 2 | Define key milestones for **own** projects and enter in SYPOS. | |
| 3 | Define for **own** projects the detailed work programs for the entire duration of the projects, and create the corresponding tasks in SYPOS. | Task lists for planning year and planning year+1 need to be complete. For subsequent years enter major tasks, as far as already known. |
| 4 | Ensure that **own** projects have a business **sponsor** and if required, a business case of the correct type. | |
| 5 | Use **checklist** to ensure that all planning conditions are met. | [W] Checklist.doc<br><br>Double click on icon to open |

*Tables continues on next page*

10

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000050651

Exhibit 199 Page 10

| Existing ongoing projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Review General Project Info and Portfolio Process Info for **own** projects and if required, update. | |
| 2 | Review task list for **own** projects and update General Task Info, Resources and Dates for ongoing tasks. | |
| 3 | Create missing tasks, with focus on planning year and planning year+1. | |
| 4 | Use **checklist** to ensure that all planning conditions are met. | Checklist |

11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION        GRNVL0000050652

Exhibit 199 Page 11

## Product Managers (see column "Remarks" for specification of Global, Regional, Country)

| New projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Develop business cases for new **regional** or **country** projects and enter in SYPOS (unless otherwise communicated by global Product Manager). | **Regional** or **country** Product Managers[7], only. Select correct type of business case, depending on the total resource amount planned for a project. |
| 2 | In collaboration with regional and country Product Managers, develop business cases for new **global** projects, using the offline EXCEL tool or directly in SYPOS. | **Global** Product Managers, only. Select correct type of business case, depending on the total resource amount planned for a project. |
| 3 | In case the offline EXCEL tool was used, ensure timely data transfer into SYPOS. | **Global** Product Managers, only |
| 4 | Set "Complete" flag in SYPOS for all business cases, including regional and country ones. | **Global** Product Managers, only |
| 5 | Use **checklist** to ensure that all planning conditions are met. | 📄 Checklist.doc<br><br>Double click on icon to open |

*Table continues on next page*

---

[7] Or equivalent role in Regions or Countries

12

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000050653

Exhibit 199 Page 12

| Existing ongoing projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Review and update existing business cases; add missing business cases. | All Product Managers. Select correct type of business case, depending on the total resource amount planned for a project (refer to the Checklist for guidance). In particular, add missing data for 2016 to existing business cases. |
| 2 | Set "Complete" flag in SYPOS for all business cases, including regional and country ones. | Global Product Managers, only |
| 3 | Use **checklist** to ensure that all planning conditions are met. | Checklist |
| **Global AI Cost Consolidation** | | |
| 1 | Enter missing Global AI cost into SYPOS. | **Global** Product Managers, only |
| 2 | Review and if necessary, update existing Global AI cost data in SYPOS | **Global** Product Managers, only |

13

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          GRNVL0000050654

Exhibit 199 Page 13

Regulatory Affairs Managers (see column "Remarks" for specification of Global, Regional, Country)

| AI Maintenance Projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Review task list for **global AI Maintenance** projects and update General Task Info, Resources and Dates for ongoing tasks. | **Global** Regulatory Affairs Managers, only |
| 2 | Review task list for **regional AI/Product Maintenance** sub-projects and update General Task Info, Resources and Dates for ongoing tasks. | **Regional** Regulatory Affairs Managers, only. |
| 3 | Create missing tasks, with focus on planning year and planning year+1. | **Global** and **Regional** Regulatory Affairs Managers |
| 4 | Enter task justification in SYPOS for all studies >100 USD 1000. | **Global** and **Regional** Regulatory Affairs Managers |
| 5 | Properly close tasks, which were terminated or completed in 2006. | **Global** and **Regional** Regulatory Affairs Managers |
| 6 | Use **checklist** to ensure that all planning conditions are met. | [W] Checklist.doc<br><br>Double click on icon to open |

14

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000050655

Exhibit 199 Page 14

Managers of Stewardship Projects

| Stewardship Projects | | |
|---|---|---|
| Activity No. | Activity Description | Remarks |
| 1 | Review task list for **Stewardship** projects and update General Task Info, Resources and Dates for ongoing tasks. | |
| 2 | Check "Customer" and make sure that the right customer is selected. | Most stewardship tasks are to be charged to customer "Marketing & Sales", as they are not a Development activity according to International Accounting Standards. |
| 3 | Inform study sponsor in **Marketing & Sales** on tasks to be charged to them and ensure that corresponding external funds (if required) are properly budgeted by the study sponsor | |
| 4 | Create missing tasks, with focus on planning year and planning year+1. | |
| 5 | Enter task justification in SYPOS for all studies >100 USD 1000. | |
| 6 | Properly close tasks, which were terminated or completed in 2006. | |
| 7 | Use **checklist** to ensure that all planning conditions are met. | Checklist.doc<br><br>Double click on icon to open |

15

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION           GRNVL0000050656

Exhibit 199 Page 15

## Help and Support

| Portfolio Process, Project Management | | | | |
|---|---|---|---|---|
| Topic | Region | Last Name | First Name | Phone |
| MPTs, PPTs, global portfolio process | Global | Barnes | Jasper | +41 79 619 1310 |
| | | Lanter | Franz | +41 79 248 6659 |
| Regional sub-processes | APAC | Ng | MunJoo | +65 67995611 |
| | EAME | Weber | Hans | +41 61 323 6202 |
| | LATAM | Boscolo | Patricia | +55 11 56433925 |
| | NAFTA | Drost | Dirk | +1 336 632 7510 |
| SYPOS business case | All, except NAFTA | Lanter | Franz | +41 79 248 6659 |
| | NAFTA | Drost | Dirk | +1 336 632 7510 |
| SYPOS field development planning | All, except EAME and NAFTA | Kelly | Tim | +41 61 323 5357 |
| | EAME | Stehli | Andreas | +41 61 323 8069 |
| | NAFTA | Hubbard | Lee | +1 336 632 7034 |
| FPLS field development planning | Global | Baldarelli | Philipe | +41 61 323 5797 |
| Project creation and structure | Global | MPT and PPT Leaders (P&PM[8]) | | |
| HA & ES ways-of-working and planning | Global | Kelly | Tim | +41 61 323 5357 |
| | Jealott's Hill, Alderley Park | Warburton | Jude | +44 1625 515459 |
| | NAFTA | Hertl | Peter | +1 336 632 6483 |
| GS T&P ways-of-working and planning | Global | Heimgartner | Caroline | +41 61 323 5124 |
| | NAFTA | Garner | Steve | +1 336 632 2006 |
| R+T ways-of-working and planning | Global | Russell | Adam | +44 1344 414902 |
| | | Kissling | Martin | +41 61 323 8010 |

---

[8] P&PM: Programme and Portfolio Management, CP Development. Head: Jasper Barnes

16

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          GRNVL0000050657

Exhibit 199 Page 16

| Program and Project Specific Information ||| 
|---|---|---|
| Crop Protection ||| 
| PPTs | | PPTs March 2006<br>Double click on icon to open |
| Managers of Regional and Country projects | | Look up directly in SYPOS |||
| MPT Mandipropamid (NOA 446510) | | Dieterle | Roland Mario | +41 61 323 2125 |
| Fruit & Vegetable Initiative | | Dieterle | Roland Mario | +41 61 323 2125 |
| MPT OPAs | | Wright | Tanya | +41 61 323 1275 |
| MPT Zariva | | Molitor | Elvira | +41 61 323 8328 |

| Program and Project Specific Information ||||| 
|---|---|---|---|---|
| Professional Products ||||| 
| All PP projects, except Seed Care | | Kelly | Tim | +41 61 323 5357 |
| PP Projects Seed Care | | Hansen | Anette | +41 61 323 5724 |

| SYPOS Tool |||||
|---|---|---|---|---|
| Topic | Region | Last Name | First Name | Phone |
| Technical SYPOS access problems | | Your local IS help desk |||
| SYPOS error messages | All, except NAFTA | Lanter | Franz | +41 61 323 6232 |
| | NAFTA | Hubbard | Lee | +1 336 632 7034 |
| SYPOS performance | Global | Schmutz | Lukas | +41 61 323 6253 |
| SYPOS system manager | Global | Lanter | Franz | +41 61 323 62 32 |
| | NAFTA | Hubbard | Lee | +1 336 632 7034 |
| SYPOS access rights | All, except NAFTA | Born | Simone | +41 61 323 1108 |
| | NAFTA | Hubbard | Lee | +1 336 632 7034 |
| SYPOS functionality | | SYPOS online Help documents: click on the ⓘ icon in the top right-hand corner of each screen ||| 

*Table continues on next page*

17

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000050658

Exhibit 199 Page 17

| Local SYPOS champions | APAC | Ng | MunJoo | +65 67995611 |
|---|---|---|---|---|
| | EAME | Stehli | Andreas | +41 61 3238069 |
| | | Allen | James | +41 61 323 5493 |
| | LATAM | Boscolo | Patricia | +55 11 56433925 |
| | NAFTA | Payan | Luis | +1 336 632-6842 |
| | | Carmean | Kurt | +1 336 632 2133 |
| | | Hubbard | Lee | +1 336 632 7034 |
| | | Yoder | Joseph Floyd | +1 336 632 2209 |
| | | Wilhite | Faye | +1 336 632 7303 |

18

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000050659

Exhibit 199 Page 18