

## Chlor-triazine Supply Chain Team Key Messages for Stakeholders

The Triazine Global Supply Chain Team (SCT) met in Vero Beach, Florida on November 14 – 16, 2006. The team was joined by Klas Winter, GPSCM for SMOC/Benoxacor/Mesotrione. He will attend all future Triazine SCT meetings as we try to align the two teams in developing long-term strategies. We look forward to working with Klas and the SMOC team in the future.

This meeting was spent determining key projects/activities for the future with emphasis on developing sustainable growth through innovation as well as cost reduction opportunities. The team also celebrated our successes over the last two years with the development of the SC Redesign as well as the Triazine Story.

We celebrated the retirement of **Rush Ducote** who was an original member of the team and has added a lot of value and direction over the last 5 years. He will be greatly missed and we wish him the best in retirement. We welcome **Mike Leblanc** to the team. He is the new Triazine Business Manager at St. Gabriel and replaces Rush on the team. He will bring new insight and energy to the team and we are glad to have him on the team. **Min Blundell** has worked off of the team as a permanent member but will serve as an ad-hoc member, and will be brought in on Life Cycle Management issues. She has added a lot of energy to the team and we thank her for her contributions over the last two years. **Geoff Foster** has also left the team as he will take on another portfolio within the SC Planning group. We thank Geoff for his contributions over the last year. Replacing Geoff is **Ayannah Chance**. We welcome her to the team as the Triazine Global SC Planner and look forward to her energy and insight.

Following are some key points from the SCT meeting:

- We are working to better align our activities with the SMOC and Mesotrione Supply Chain Teams. We see many similarities, especially around SMOC, that can help both teams. Klas will join the Triazine SCT meetings and Alan will join the SMOC and Mesotrione SCT meetings to start bridging activities. In addition, a joint meeting has been scheduled for March 2007 with the Global PLT, the SMOC

Exhibit 207 Page 1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION        GRNVL0000044961

- and Triazine SCTs and selected global participants in developing a five to ten year strategy for the corn herbicides with the goal of better aligning the SCTs and the PLT.
- The team set goals for 2007 with emphasis on cost reduction, responsiveness and flexibility. A PDR was developed and activities and priorities assigned. The team will meet monthly via teleconference specifically to discuss the PDR and the priorities. The team committed to ensuring these activities were the priorities for 2007.
- The team set the aspiration of achieving a cost of $1.20/lb ($2.64/kg) for bulk bag atrazine by the year 2009. The current standard is $1.31/lb ($2.89/kg).
- The ai manufacturing budget for 2007 is 115 MM lbs vs. 2006 LE 0f 106MM lbs. The 115MM lb. is the same as the 2006 budget.
- A NAFTA Triazine PLT has started under the direction of Frank Knight. This will provide alignment for marketing direction and will work in parallel and in cooperation with the Global PLT and the Triazine SCT.
- We continue to encounter issues with quality around the Gesaprim 600SC and Gesatop 600SC in Australia. A lot of effort and cooperation between Australia, T&P, and St. Gabriel have gone into identifying the underlying causes. These formulations will be formulated locally in Australia beginning in the second half of 2007.
- The 2007 simazine market outlook is positive. The US has seen no imports in 2006, a big change from previous years.
- TAMINCO, our amine supplier, joined the meeting for a day. We worked together to look at synergies between the two companies and how we could develop mutually beneficial projects. We developed a laundry list of activities that were added to our team PDR and look forward to working very closely with TAMINCO on achieving additional savings in the future.
- We agreed to investigate the opportunity to invite Pioneer, our chlor-alkali supplier, to a meeting in 2007 to have similar discussions around mutually beneficial projects.
- T&P, specifically Product Chemistry, will be more active in the SCT during the following year. Giulia Capuzzi will be the team representative. Several major items have been discussed and added to the PDR for 2007 activity.
- The Triazine SCT is supporting St. Gabriel in Lean Manufacturing activities and effort. St. Gabriel has engaged the plant population in these activities as well. We look forward to some key cost

Exhibit 207 Page 2
CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000044962

- improvements in the future as we look to reduce waste within the cost structure.
- The team in cooperation with St. Gabriel is looking to rebrand St. Gabriel. A concerted effort will be made in 2007 to educate and excite Syngenta around the brand that is St. Gabriel.

### The Team

- The Triazine SCT consists of the following members and the areas they represent:
    - Alan Camp – Global Product Supply Chain Management
    - Ayannah Chance – Global Supply Chain Planner
    - Mike Leblanc – Triazine Business Leader – St. Gabriel Manufacturing
    - Gayle Taylordean – Global Purchasing
    - Bob Wren – Global Finance
    - Dan Campbell – NAFTA Regulatory Affairs
    - Willy Maurer – Global Product Manager
    - Frank Knight – NAFTA Brand Manager
    - Kevin Gesse – NAFTA Corporate Alliance
    - Paula Deano – Quality, Change Management and Team Dynamics
    - Giulia Capuzzi – T&P – Product Chemistry
    - Klas Winter – GPSCM – SMOC/Mesotrione
    - Carroll Moseley – NAFTA Business Development
    - Ayanna Davis – Team Facilitator

- If you have any questions, please contact any of the team members.

Alan Camp
January 3, 2007

Exhibit 207 Page 3
CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    GRNVL0000044963