--

| | |
|---|---|
| **From:** | Wall Steven USGR |
| **Sent:** | Wednesday, December 06, 2006 7:20 AM |
| **To:** | Akins Jonathan USGR |
| **Subject:** | FW: 2007 Agreed Portfolio for Crop Protection Memo for your review and comment |
| **Attachments:** | Agreed 2007 CP Portfolio Nov 20.xls |
| **Importance:** | High |

---

**From:** Hertl Peter USGR
**Sent:** Tuesday, December 05, 2006 3:57 PM
**To:** Thede Bruce USGR; Wall Steven USGR; Pearson Charles USGR; Francis Paul USGR; Hosmer Alan USGR
**Subject:** FW: 2007 Agreed Portfolio for Crop Protection Memo for your review and comment
**Importance:** High

fyi

---

**From:** Doe John GBJH
**Sent:** Tuesday, December 05, 2006 10:19 AM
**To:** Botham Phil GBAP; Earl Michael CHMU; Hertl Peter USGR; Lass Philippa GBJH; Lee Samantha GBAP; Lewis Fraser GBJH; Pastoor Tim USGR; Rees Sarah GBJH
**Subject:** FW: 2007 Agreed Portfolio for Crop Protection Memo for your review and comment
**Importance:** High

For info

---

**From:** Barnes Jasper CHBS
**Sent:** 30 November 2006 12:36
**To:** Dickinson Travis USGR; Estrada Eduardo BRSP; Favrel Sylvie SGSG; Sozzi Dino CHBS; Dalton Ian Paul SGSG; Dickson Gary USGR; Drost Dirk USGR; Gallina Fernando BRSP; Weber Hans CHBS
**Cc:** Furter Rolf CHBS; Brady Angela CHBS; Brown Richard Anthony CHBS; Dalton Ian Paul SGSG; Dickson Gary USGR; Diriwaechter Georg CHBS; Doe John GBAP; Doppmann Franz CHBS; Gallina Fernando BRSP; Gehmann Klaus Bernd CHBS; Parker John GBAP; Scherrer Damian CHBS; Sozzi Dino CHBS; Ramos Gerardo CHBS; Gordon Paul Francis CHBS; Flueckiger Claude CHBS; Ball Christopher CHBS; Born Simone CHBS; Kelly Tim CHBS; Lanter Franz CHBS; Molitor Elvira CHBS; Wright Tanya CHBS
**Subject:** FW: 2007 Agreed Portfolio for Crop Protection Memo for your review and comment
**Importance:** High

All,

The attached document reflects the **Agreed 2007 CP Portfolio** following the governance approvals by Product Lines/PLTs, Marketing Leadership Team, Crop Protection Leadership Team, and the Syngenta Executive Committee. During each step of the governance model, we have made necessary adjustments to better meet business strategies.

The workbook contains the following sheets;
1) F = Agreed Fungicide Projects - Complete List except Extensions
2) H = Agreed Herbicide Projects - Complete List except Extensions
3) I = Agreed Insecticide Projects - Complete List except Extensions
4) PER = Agreed Product Enhancement Research Projects - Complete List except Extensions

Exhibit 209 Page 1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    SYN02866956

5) FLEX = Cross Product Line Prioritized List, **Projects on this list are not in the Agreed Crop Protection Portfolio for 2007**.  We have agreed that all projects on this list will stop until further notice.  These projects will be worked on in priority order if resources allow during the year.

The Agreed Allocations for Extension Projects are as follows:

**APAC:**
Fungicides:  $2.5M
Herbicides:  $1.4M
Insecticides:  $1.6M

**EAME:**
Fungicides:  $2.5M
Herbicides:  $3.2M
Insecticides:  $3.8M

**LATAM:**
Fungicides:  $1.76M
Herbicides:  $0.5M
Insecticides:  $1.6M

**NAFTA:**
Fungicides:  $3.0M
Herbicides:  $2.5M
Insecticides:  $1.2M

**The Global Product Portfolio Team will be working closely with all Regional Product Portfolio Teams to reflect;**
1) the Agreed Projects contained in the F, H, I lists,  and 2)  the Extension Projects within
the Regional allocations agreements;  in the Portfolio Tool before mid-December.

As Rolf has indicated in his budget memo, we still have a $21M overview to deal with in this portfolio.  **To manage this issue, we must not spend nor commit more than 85%** of our external cash budgets before the end of January 2007 at which point we will assess our financial position in the light of 2020 implementation and cost.   By the end of the second week of February 2007, we should then be in the position to release another portion of the projects, or, worst case, confirm the limits.   This review activity will be closely coordinated by the Global and Regional Product Portfolio Teams.

We wish to express our thanks to all who participated in the 2007 Portfolio Process in successfully reaching agreements before the close of 2006!

*Best Regards,*
*Rolf Furter     Jasper Barnes    Jan Suter    Marek Luczak    Eric Pichon    Michael Stepan*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION     SYN02866957