**Investing for the Future**
**Ideas Management for 2008: globally supported ideas**
**Crop Protection**
**Status: 2 July 2007**
**Insecticides**                                    PLCM Projects

| Global Rank | Idea No. | Title of the Opportunity | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | Project Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A | Reactivate the Abamectin + Thiamethoxam SC (ready mix with a of ratio 1: 4.6) P000819-04 project for NAFTA and include LATAM / sugarcane as a main driver | ABAM | Formulation New | NAFTA, LATAM | 2 | 30 | Low | 33 | 0.07 | NAFTA |
| 2 | N/A | Ready mix of Rynaxypyr + Difenoconazole for rice foliar use in the DevAsian markets (as per our contractual obligation with DP) | CTPR | Formulation New | GLOBAL | 0.9 | 11 | Low | 31 | 0.08 | GLOBAL |
| 3 | I000076-07 | Ready mix of Glyphosate+ lufenuron for burndown use in field crops in LATAM | LUF | Formulation New | LATAM | 0.45 | 65 | Medium | 28 | 0.01 | LATAM |
| 4 | I000462-07 | Ready mix of Thiamethoxam + Lambda + Lufenuron- ZC formulation as a mid tier product with broader lepidoptera spectrum for soya in LATAM | TMX | Formulation New | LATAM | 1.9 | 16 | Low | 28 | 0.12 | LATAM |
| 5 | N/A | Ready mix of Rynaxypyr + Pymetrozine for foliar use on rice in DevAsian markets | CTPR | Formulation New | APAC | 1.9 | 15 | Low | 28 | 0.13 | GLOBAL |

**Investing for the Future**
**Ideas Management for 2008: globally supported ideas**
**Crop Protection**
**Status: 2 July 2007**
**Insecticides**      PLCM Projects

| Global Rank | Idea No. | Title of the Opportunity | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | Project Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | I000456-07 | Abamectin 036 SC formulation for EU | ABAM | Formulation New | EAME | 5 | 15 | Low | 28 | 0.33 | EAME |
| 7 | I000062-07 | Ready mix of Thiamethoxam + Lambda + Azoxystrobin (Endris) premix for enhanced plant performance and insect and disease control in corn and soya in NAFTA | TMX | Idea Evaluation | NAFTA | 0.1 | 20 | Medium | 28 | 0.01 | NAFTA |
| 8 | I000450-07 | Emamectin-solo formulation to provide control at a reduced rate (assuming success of the existing PER project) | EMAM | Formulation New | GLOBAL | 9 | 20 | Medium | 27 | 0.45 | GLOBAL |
| 9 | I000460-07 | Thiamethoxam-solo OD formulation covering scales (main focus) and also for use as an ULV for aerial application | TMX | Formulation New | LATAM | 6 | 25 | Medium | 26 | 0.24 | LATAM |
| 10 | I000034-07 | Lambda-solo EW formulation to replace Karate EC in APAC, EAME and LATAM | LAMBDA | Formulation New | APAC, LATAM | 5 | 20 | Medium | 26 | 0.25 | APAC |

**Investing for the Future**
**Ideas Management for 2008: globally supported ideas**
**Crop Protection**
**Status: 2 July 2007**
**Insecticides**                                               PLCM Projects

| Global Rank | Idea No. | Title of the Opportunity | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | Project Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | I000410-07 | Low cost bait station for Olive fly control | LUF | Idea Evaluation | EAME | 0.1 | 10 | Medium | 26 | 0.01 | EAME |
| 12 | N/A | Ready mix of Rynaxypyr + Pymetrozine: A 2-way seedling box granule in rice in Japan (project 33-06 exists already for the 3-way mix of Rynaxypyr + Pymetrozine + Pyroquilon - SB, rice, Japan) | CTPR | Formulation New | APAC | 2 | 15 | Medium | 26 | 0.13 | APAC |
| 13 | I000468-07 | Ready mix of Pymetrozine + third party products to improve knockdown and resistance management on rice in DevAsian markets | PYME | Idea Evaluation | APAC | 0.1 | 20 | Low | 25 | 0.01 | APAC |
| 14 | I000386-07 | Ready mix of Thiamethoxam + Tefluthrin for soil use on vegetables in Eastern Europe | TMX | Formulation New | EAME | 2 | 12 | Medium | 25 | 0.17 | EAME |
| 15 | N/A | Zariva Mushroom: Ready mix of rynaxypyr + azoxystrobin for soil use in vegetables | CTPR | Idea Evaluation | APAC, LATAM, NAFTA | 0.1 | 15 | Medium | 25 | 0.01 | GLOBAL |

| A | C | G | K | L | M | N | O | P | AA | AB | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Investing for the Future** | | | **PLCM Projects** | | | | | | | | |
| **Ideas Management for 2008: globally supported ideas** | | | | | | | | | | | |
| **Crop Protection** | | | | | | | | | | | |
| **Status: 2 July 2007** | | | | | | | | | | | |
| **Insecticides** | | | | | | | | | | | |
| Global Rank | Idea No. | Title of the Opportunity | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | Project Responsibility |
| 16 | I000360-07 | Emamectin low cost high strength formulation (with or without Lufenuron) for global use | EMAM | Formulation New | APAC | 5 | 15 | Medium | 25 | 0.33 | APAC |
| 17 | I000392-07 | Ready mix of Emamectin + LCHY for foliar use in cotton in AME | EMAM | Formulation New | EAME | 0.2 | 4 | Low | 24 | 0.05 | EAME |

**Investing for the Future**
**Ideas Management for 2008**
**Crop Protection**
**Status: 25 June 2007**

**Fungicides**                                                                                                                                                                                              **PLCM Projects**

| Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I000365-07 | SYN520+DFZ for fruit and vegetables. | Kappes Ewald CHBS | SYN520453 | Formulation New | GLOBAL | 2 | 35 | Low | 32 | 0.06 | Fruit F and I all regions | Global | Wright Tanya CHBS |
| 2 | I000357-07 | Develop a new ratio of Azoxystrobin + Propiconazole (currently known as Brand Q) with higher levels of azoxystrobin for the veg and fruit market | Eichorn Jamie USGR | Azoxystrobin | Formulation New | NAFTA | 0.5 | 10 | Low | 31 | 0.05 | Fruit F and I all regions | NAFTA | Wilhite Faye USGR |
| 3 | N/A | Acibenzolar-methyl as post patent diferentiator for off patent fungicides. | Winten Rowley SGSG | Acibenzolar - methyl | Formulation New | APAC | 0.3 | 5 | High | 30 | 0.06 | | APAC | Chee Yen Chin SGSG |
| 4 | I000366-07 | 2 way mixof 520+PPZ or 520+CCZ or a 3 way mixture of 520+CCZ+PPZ for use in extensive cereals in E Europe | Kirch Gerd CHBS | SYN520453 | Formulation New | EAME | 2 | 30 | Low | 29 | 0.07 | Cereals F E. Europe | Global | Wright Tanya CHBS |
| 5 | I000344-07 | Priori Xtra - Nimbus Replacement | Ashford Emma CHMU | Azoxystrobin | Formulation New | LATAM | 1 | 15 | Low | 29 | 0.07 | Soybeans F LATAM | LATAM | Veiga Jose BRSP |
| 6 | I000368-07 | Az + mixing partner (e.g.520) as post-patent defence strategy for Az. | Kirch Gerd CHBS | Azoxystrobin | Formulation New | EAME | 3.5 | 35 | Low | 28 | 0.10 | Oilseed crops EAME | EAME | Nuninger Cosima CHBS |

Exhibit 222 Page 5

# Investing for the Future
## Ideas Management for 2008
## Crop Protection
### Status: 25 June 2007

**Fungicides**

**PLCM Projects**

| Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | I000363-07 | To register ipconazole in Europe | Wright Tanya CHBS | Ipconazole | Formulation New | EAME | 3 | 25 | Low | 28 | 0.12 | Cereals F W. Europe | GLOBAL | Wright Tanya CHBS |
| 8 | I000383-07 | Epoxiconazole+chlorothalonil for use against Septoria in cereals in WEU. | West Steve CHBS; Kirch Gerd CHBS | Chlorothalonil | Formulation New | EAME | 2 | 20 | Low | 28 | 0.10 | Cereals F W. Europe | EAME | Nuninger Cosima CHBS |
| 9 | I000385-07 | DFZ+tebuconazole ready-mix for use on wheat (Anti roseum) in EAME Idea evaluation project in 07 (P0134-06) with fi | West Steve CHBS; Kirch Gerd CHBS | Difenoconazole | Formulation New | EAME | 1 | 15 | Low | 28 | 0.07 | Cereals F W. Europe | EAME | Nuninger Cosima CHBS |
| 10 | I000395-07 | Develop a speciality crop brand based on a triazole + CTN: DFZ+CTN; include existing project P0234-05 for LATAM+NAFTA | Hall Beth GBWH; Elizalde Guillermo CHBS | Difenoconazole | Formulation New | EAME, NAFTA, LATAM | 1.5 | 3 | Low | 27 | 0.50 | Fruit F and I all regions | EAME | Nuninger Cosima CHBS |
| 11 | N/A | DFZ + PPZ + ASM for rice in developing Asia | Dao Xuan Cuong VNBH | Difenoconazole | Formulation New | APAC | 0.1 | 5 | High | 24 | 0.02 | Rice F & I APAC | APAC | Chee Yen Chin SGSG |

Exhibit 222 Page 6

**Investing for the Future**
**Ideas Management for 2008**
**Crop Protection**
**Status: 25 June 2007**
**Fungicides**

**PLCM Projects**

| Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | I000397-07 | MZ-/ folpet-free Pergado for use on Grapes in EAME | Stehli Andreas CHBS | Mandipropamid | Idea Evaluation | EAME | 2 | 6 | Medium | 23 | 0.33 | Fruit F and I all regions | EAME | Nuninger Cosima CHBS |
| 13 | I000409-07 | CDL+contact against apple scab to prolong the lifecycle of CDL in WEU | Stehli Andreas CHBS | Cyprodinil | Idea Evaluation | EAME | 1.5 | 7 | Medium | 22 | 0.21 | Fruit F and I all regions | EAME | Nuninger Cosima CHBS |
| 14 | I000079-07 | Az+CCZ+Lufenuron | | Azoxystrobin | Formulation New | LATAM | 2 | 11 | Medium | 26 | 0.18 | Soybeans F LATAM | LATAM | Veiga Jose BRSP |
| 15 | N/A | Novel triazole + tricyclazole combinations for rice in APAC (excluding JP) | Knight Susan SGSG | Difenoconazole | Formulation New | APAC | 0.25 | 10 | Low | 26 | 0.03 | Rice F & I APAC | APAC | Chee Yen Chin SGSG |
| 16 | I000287-07 | Postharvest fogging formulation for pome, citrus, table grapes, canberries and blueberries | Still Kelly USGR | Fludioxonil | Formulation New | NAFTA | 0.1 | 8 | Medium | 25 | 0.01 | Fruit F and I all regions | NAFTA | Wilhite Faye USGR |
| 17 | I000358-07 | Develop a new formulation of Azoxystrobin and Mepiquat-chloride for patent protection and product differentiation | Eichorn Jamie USGR | Azoxystrobin | Formulation New | NAFTA | 0.5 | 2 | Low | 24 | 0.25 | none | NAFTA | Wilhite Faye USGR |

Exhibit 222 Page 7

# Investing for the Future
## Ideas Management for 2008
## Crop Protection
### Status: 25 June 2007

**Fungicides**

PLCM Projects

| Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | I000384-07 | PCZ+meptyl-dinocap against Powdery mildew on grapes / pome fruits in EAME | Kappes Ewald CHBS; Elizalde Guillermo CHBS | Penconazole | Formulation New | EAME | 1.5 | 12 | Low | 23 | 0.13 | Fruit F and I all regions | EAME | Nuninger Cosima CHBS |
| 19 | I000294-07 | Twin-Pack for Scholar SC + Mertect for pome fruit for resistance mgmt, product differentiation, and to broaden spectrum | Winten Rowley SGSG | Fludioxonil | Packaging | NAFTA | 0.1 | 2 | Low | 23 | 0.05 | Fruit F and I all regions | NAFTA | Wilhite Faye USGR |

Exhibit 222 Page 8

**Investing for the Future**
**Ideas Management for 2008**
**Crop Protection**
**Status: 25 June 2007**
**Herbicides**

**PLCM Projects**

| Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I000435-07 | One pass sloution for cereal herbicide range Pinoxaden +/- Clodinafop + broadleaf weed | Ball Christopher CHBS | Pinoxaden | Formulation New | GLOBAL | 2 | 72 | Low | 35 | 0.03 | Cereals H EAME Cereals H NAFTA | GLOBAL | Ball Christopher CHBS |
| 2 | N/A | Reformulation of Calaris | Crampton Patrick CHBS | Mesotrione | Formulation New | EAME | 1 | 26 | Low | 34 | 0.04 | Corn H NAFTA, EAME & LATAM | EAME | Stehli Andreas CHBS |
| 3 | I000020-07 | Mesotrione + atrazine premix | Vail Gordon USGR | Mesotrione | Formulation New | NAFTA, EAME, LATAM | 1.5 | 20 | Low | 32 | 0.08 | Corn H NAFTA, EAME & LATAM | NAFTA | Carmean Kurt USGR |
| 4 | I000436-07 | Axial formulation optimisation | Ball Christopher CHBS | Pinoxaden | Formulation New | GLOBAL | 2.5 | 26 | Medium | 31 | 0.10 | Cereals H EAME Cereals H NAFTA | GLOBAL | Ball Christopher CHBS |
| 5 | I000072-07 | Fomesafen/Glyphosate premix for GT soybeans | Porter Don USGR | Fomesafen | Formulation New | NAFTA | 1.5 | 26 | Low | 30 | 0.06 | NSH NAFTA | NAFTA | Carmean Kurt USGR |
| 6 | I000453-07 | Develop a low rate formulation of clodinafop + pyribenzoxim mixture for use as a selective post-emergent product in direct seeded rice | North Danny CHBS | Clodinafop-propargyl | Formulation New | APAC, EAME, LATAM | 1 | 10 | Low | 30 | 0.10 | none | APAC | Chee Yen Chin SGSG |
| 7 | I000448-07 | A glyphosate free NSH product offer | North Danny CHBS | Diquat-dibromid | Idea Evaluation | GLOBAL | 0.1 | 12 | Low | 29 | 0.01 | NSH APAC & EAME | GLOBAL | Ball Christopher CHBS |
| 8 | I000373-07 | S-MOC with Fomesafen | Silva Nestor BRSP | S-Metolachlor | Formulation New | LATAM | 0.45 | 20 | Medium | 28 | 0.02 | Soybeans H LATAM | LATAM | Boscolo Patricia BRSP |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000062719.XLS

Exhibit 222 Page 9

|   | A | C | G | I | K | L | M | N | O | P | AA | AB | AC | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Investing for the Future | | | | PLCM Projects | | | | | | | | | | |
| 2 | Ideas Management for 2008 | | | | | | | | | | | | | | |
| 3 | Crop Protection | | | | | | | | | | | | | | |
| 4 | Status: 25 June 2007 | | | | | | | | | | | | | | |
| 5 | Herbicides | | | | | | | | | | | | | | |
| 6 | Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
| 21 | 9 | I000372-07 | Ready mix of S-MOC for sugarcane | Bacili Jose Carlos BRSP; Weissenberg Johnny BRSP; Dib Roberto BRSP | S-Metolachlor | Formulation New | LATAM | 0.45 | 12 | Medium | 28 | 0.04 | Sugarcane H LATAM & APAC | LATAM | Boscolo Patricia BRSP |
| 22 | 10 | I000318-07 | S-Moc premix with glufosinate for soybean market | Wendt Rusty USGR | S-Metolachlor | Formulation new | NAFTA | 2 | 40 | Medium | 28 | 0.05 | none | NAFTA | Carmean Kurt USGR |
| 23 | 11 | N/A | New formulation for Glyphosate fighting brand (Gly straight) | Bien Notker SGSG; North Danny CHBS; Formstone Carl GBJH | Glyphosate | Formulation New | GLOBAL | 1 | 100 | Low | 28 | 0.01 | NSH LATAM | GLOBAL | Ball Christopher CHBS |
| 24 | 12 | I000076-07 | Mixtures of Glyphosate with Lambda-cyhalothrin. | Moreno Raul ARBA; Balsa Matias ARBA | Glyphosate | Formulation New | LATAM | 0.45 | 65 | Medium | 28 | 0.01 | NSH LATAM | LATAM | Boscolo Patricia BRSP |
| 25 | 13 | I000404-07 | Ready mix pinoxaden+pyroxsulam | Thomas Gerard FRSC | Pinoxaden | Idea Evaluation | EAME, LATAM, APAC | 0.1 | 30 | Medium | 27 | 0.00 | Cereals H EAME | EAME | Stehli Andreas CHBS |
| 26 | 14 | I000452-07 | Mesotrione in transplanted rice | North Danny CHBS | Mesotrione | Idea Evaluation | APAC | 0.1 | 15 | Low | 27 | 0.01 | none | APAC | Chee Yen Chin SGSG |

**Investing for the Future**
**Ideas Management for 2008**
**Crop Protection**
**Status: 25 June 2007**
**Herbicides** — PLCM Projects

| Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | N/A | Mesotrione + partner for soybeans | Crampton Patrick CHBS | Mesotrione | Formulation New | NAFTA | 1.5 | 75 | Medium | 27 | 0.02 | none | NAFTA | Carmean Kurt USGR |
| 16 | I000378-07 | Lintur/Zoom re - juvenation - Lintur (dicamba+triasulfuron) rejuvination with SU as a ready-mix for post BLW control | Stehli Andreas CHBS | Dicamba | Formulation New | EAME, APAC | 1 | 18 | Low | 28 | 0.06 | Cereals H EAME | EAME | Stehli Andreas CHBS |
| 17 | I000380-07 | Mesotrione + Dicamba Ready-Mix | Stehli Andreas CHBS | Mesotrione | Formulation New | EAME | 0.7 | 18 | Medium | 27 | 0.04 | Corn H NAFTA, EAME & LATAM | EAME | Stehli Andreas CHBS |
| 18 | I000379-07 | DIQUAT + CARFENTRAZONE for potato dessication | Vivier Bernard CHBS | Diquat-dibromid | Formulation New | EAME, NAFTA | 2.5 | 20 | Low | 27 | 0.13 | NSH APAC & EAME | EAME | Stehli Andreas CHBS |
| 19 | N/A | Increasing the rate of S-Enantiomers in S-Moc | Peyrachon Thomas CHBS | S-Metolachlor | Idea Evaluation | GLOBAL | 0.1 | 15 | Medium | 26 | 0.01 | Corn H NAFTA, EAME & LATAM | GLOBAL | Ball Christopher CHBS |
| 21 | I000454-07 | Herbicide safener | North Danny CHBS | | Idea Evaluation | APAC | 0.1 | 10 | Medium | 25 | 0.01 | none | APAC | Chee Yen Chin SGSG |
| 22 | N/A | Ready mix of prosulfocarb and diflufenicam | Kotzian Ruediger CHBS | Prosulfocarb | Formulation New | EAME | 1 | 12 | Medium | 25 | 0.08 | Cereals H EAME | EAME | Stehli Andreas CHBS |

| | A | C | G | I | K | L | M | N | O | P | AA | AB | AC | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Investing for the Future | | | | PLCM Projects | | | | | | | | | | |
| 2 | Ideas Management for 2008 | | | | | | | | | | | | | | |
| 3 | Crop Protection | | | | | | | | | | | | | | |
| 4 | Status: 25 June 2007 | | | | | | | | | | | | | | |
| 5 | Herbicides | | | | | | | | | | | | | | |
| 6 | Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
| 34 | 23 | I000067-07 | Glyphosate Resistant Johnson grass Control with Touchdown. | Moreno Raul ARBA; Balsa Matias ARBA | Glyphosate | Formulation New | LATAM | 0.45 | 5 | Medium | 24 | 0.09 | Soybeans H LATAM | LATAM | Boscolo Patricia BRSP |
| 35 | 24 | N/A | Pretilachlor + niclosamide to control weeds anns snails | Dao Xuan Cuong VNBH | Pretilachlor | Idea Evaluation | APAC | 0.1 | 3 | Low | 23 | 0.03 | none | APAC | Chee Yen Chin SGSG |
| 36 | 25 | I000393-07 | Ready-mix prosulfocarb+triasulfuron | Stehli Andreas CHBS | Prosulfocarb | Formulation New | EAME, APAC | 0.8 | 8 | Medium | 24 | 0.10 | Cereals H EAME | EAME | Stehli Andreas CHBS |
| 37 | 26 | I000359-07 | Bicep Formulation Redesign USA (formerly P000414-07) | Carmean Kurt USGR | S-Metolachlor | Formulation New | NAFTA | 1.5 | 5 | Medium | 23 | 0.30 | Corn H NAFTA, EAME & LATAM | NAFTA | Carmean Kurt USGR |
| 38 | 27 | I000438-07 | Develop a pinoxaden and propiconazole mixture | Ball Christopher CHBS | Pinoxaden | Formulation New | APAC, NAFTA | 1.5 | 12 | Medium | 23 | 0.13 | Cereals H NAFTA | NAFTA | Carmean Kurt USGR |
| 39 | 28 | I000396-07 | Cold-stable Teridox formulation | Stehli Andreas CHBS | Dimethachlor | Formulation New | EAME | 0.8 | 15 | Medium | 23 | 0.05 | none | EAME | Stehli Andreas CHBS |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION        12        GRNVL0000062719.XLS

Exhibit 222 Page 12

**Investing for the Future**
**Ideas Management for 2008**
**Crop Protection**
**Status: 25 June 2007**
**Herbicides**                                                     PLCM Projects

| Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Score | Cost/Benefit Index | SMS | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | I000314-07 | Synchronizing the crop to improve sugar recovery. | Partyka Elias CHBS | Paraquat | Idea Evaluation | GLOBAL | 0.1 | 10 | Medium | 22 | 0.01 | Sugarcane H LATAM & APAC | LATAM | Boscolo Patricia BRSP |
| 30 | I000377-07 | Trifloxysulfuron ++ for TNV | Vivier Bernard CHBS | Trifloxysulfuron | Formulation New | EAME | 6 | 65 | Medium | 22 | 0.09 | none | EAME | Allen James CHBS |
| 33 | I000081-07 | Florasulam/MCPA | Mills Colin CHBS | Florasulam | Formulation New | NAFTA, EAME, APAC | 2.5 | 8 | Medium | 23 | 0.31 | Cereals H EAME Cereals H NAFTA | NAFTA | Carmean Kurt USGR |
| 34 | N/A | Flumioxazine eveluation | Rueegg Willy T CHBS | flumioxazine | Idea Evaluat | GLOBAL | 0.1 | 5 | Medium | 23 | 0.02 | Cereals H EAME | GLOBAL | Ball Christopher CHBS |
| 36 | I000440-07 | Granule formualtion of Axial and Traxos | Ball Christopher CHBS | Pinoxaden | Formulation New | EAME, APAC | 3 | 12 | Medium | 20 | 0.25 | Cereals H EAME | GLOBAL | Ball Christopher CHBS |

**Investing for the Future**
**Ideas Management for 2008**
**Crop Protection**
**Status: 25 June 2007**
**Seed Care**                                                                                                    **PLCM Projects**

| Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Must have | I000362-07 | Develop broad spectrum offer for major vegetable crops to promote vigor and yield. Young plant initiative between CP and SC. | Cochran Alex CHBS | Multi AI | Idea Evaluation | GLOBAL | 0.15 | 50 | | Global | Cochran Alex CHBS |
| Must have | I000412-07 | Evaluate existing SC and CP formulations for use with the Phytodrip application system for vegetables and flowers | Cochran Alex CHBS | Multi AI | Idea Evaluation | GLOBAL | 0.15 | 30 | | Global | Cochran Alex CHBS |
| Must have | I000415-07 | Develop a seed applied Trinexepac ethyl and other plant modulators for plant stress tolerance and early vigor. | Cochran Alex CHBS | Trinexapac-ethyl | Idea Evaluation | GLOBAL | 0.5 | 50 | | Global | Cochran Alex CHBS |
| Must have | I000416-07 | Scope existing seed care portfolio for actives capable of providing significant herbicide safening. | Cochran Alex CHBS | Multi AI | Idea Evaluation | GLOBAL | 0.15 | 20 | | Global | Oostendorp Michael CHBS |
| Must have | I000196-07 | Formulation project to remove Danger/Poison signal word | Jirak Mark USGR; | Abamectin | Formulation New | NAFTA | 0.25 | 15 | Medium | NAFTA | Yoder Joe USGR |

| | A | C | G | I | K | L | M | N | O | P | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Investing for the Future | | | | PLCM Projects | | | | | | | |
| 2 | Ideas Management for 2008 | | | | | | | | | | | |
| 3 | Crop Protection | | | | | | | | | | | |
| 4 | Status: 25 June 2007 | | | | | | | | | | | |
| 5 | Seed Care | | | | | | | | | | | |
| 6 | Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Project Responsibility | Project Manager |
| 18 | Must have | I000185-07 | Avicta Complete Pak Insect Enhancement | Jirak Mark USGR; | Abamectin | Formulation New | NAFTA | 0.1 | 15 | Medium | NAFTA | Yoder Joe USGR |
| 19 | Must have | I000035-07 | Second Generation Cruiser for cotton | Russell Steve USGR; | Thiamethoxam | Idea Evaluation | NAFTA | 0.75 | 10 | Medium | NAFTA | Yoder Joe USGR |
| 20 | Must have | I000169-07 | Proprietary Polymer Blend - Improved Application Properties of Treated Seed | Cush Sarah USGR; | Abamectin | Idea Evaluation | NAFTA | 0.25 | 0 | High | NAFTA | Yoder Joe USGR |
| 21 | Must have | I000376-07 | Develop an improved Actellic solution (P-methyl+TMX) - propose as a global project | Stehli Andreas CHBS; | Thiamethoxam | Formulation New | GLOBAL | 0.8 | 20 | | Global | Schade Michael CHBS |
| 22 | Must have | N/A | Screen compounds for seed treatment early foliar infection control of black leg (Leptosphaeria maculans) in canola and oiseed rape | Brandl Franz CHBS; | tbd (triazole chemistry???) | Idea Evaluation | GLOBAL | tbd | 18 | medium | Global | Oostendorp Michael CHBS |

**Investing for the Future**
**Ideas Management for 2008**
**Crop Protection**
**Status: 25 June 2007**
**Seed Care**

**PLCM Projects**

| | Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Project Responsibility | Project Manager |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | Must have | I000382-07 | Develop Lambda cyhalothrin as ST as potential new insecticide entry brand in EAME markets | Stehli Andreas CHBS; | Lambda | Formulation New | EAME | 0.2 | 15.0 | | EAME | Hansen Anette CHBS |
| 24 | Must have | I000387-07 | Develop a Cruiser OSR (A9807x) with reduced colour (or colourless) - Minor change | Stehli Andreas CHBS; | Thiamethoxam | Formulation New | EAME | 0.4 | 3.0 | | EAME | Hansen Anette CHBS |
| 25 | Must have | I000406-07 | Evaluate options for an improved Wakil XL formulation (A9873x) | Stehli Andreas CHBS; | Mefenoxam | Idea Evaluation | EAME | 0.2 | 8.0 | | EAME | Hansen Anette CHBS |
| 26 | Must have | I000411-07 | mefenoxam+fungicide+TMX readymix in sunflower, peas | Pecze Rozalia HUBU; | Mefenoxam/Thiamethoxam | Idea Evaluation | GLOBAL | 0.8 | 3.0 | | Global | Oostendorp Michael CHBS |
| 27 | Must Have | N/A | BOLA - Develop artificial seed system for Sugar Cane (Brazil lead) | Cochran Alex CHBS; | Multi AI | Idea Evaluation | LATAM | | | | LATAM | Boscolo Patricia BRSP |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION         16         GRNVL0000062719.XLS

Exhibit 222 Page 16

| | A | C | G | I | K | L | M | N | O | P | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Investing for the Future** | | | | **PLCM Projects** | | | | | | | |
| 2 | **Ideas Management for 2008** | | | | | | | | | | | |
| 3 | **Crop Protection** | | | | | | | | | | | |
| 4 | **Status: 25 June 2007** | | | | | | | | | | | |
| 5 | **Seed Care** | | | | | | | | | | | |
| 6 | Global Rank | Idea No. | Title of the Opportunity | Submitted By - Person(s) | Lead AI | Project Type | Region(s) | Estimate of Total Project Cost ($M) | Incremental Peak Sales ($M) | Risk | Project Responsibility | Project Manager |
| 28 | Nice to have | N/A | Seed treatment solution for Bakanae disease in Rice (Fusarium fujikuroi) | Nakprasert Udomdej THBK; | TMX, Cruiser plus? | Idea Evaluation | APAC | 0.1 | 4 | Low | APAC | Mostert Meier Irmgard SGSG |
| 29 | Nice to have | N/A | Addition of grain storage insecticide to Dividend | May Lyndon AUSY; | Difenconazole | Formulation New | APAC | 0.2 | 0.7 | Low | APAC | Mostert Meier Irmgard SGSG |
| 30 | Nice to have | I000177-07 | Introduction of the next generation fungicide seed treatment solution for potatoes. | Shetty Kiran USGR | Azoxystrobin | Formulation New | NAFTA | 0.6 | 3.5 | Medium | NAFTA | Yoder Joe USGR |
| 31 | Nice to have | N/A | Idea Evaluation: Evaluate Concept for Mesotrione ST for Turf Seeds | ???? | Mesotrione | Idea Evaluation | NAFTA | | | | NAFTA | Yoder Joe USGR |