| | |
|---|---|
| From: | Sauner Isabelle CHBS on behalf of Suter Jan Martin CHBS |
| Sent: | Tuesday, July 03, 2007 3:12 AM |
| To: | Allen James CHBS; Asano Takafumi SGSG; Ball Christopher CHBS; Barnes Jasper CHBS; Born Simone CHBS; Boscolo Patricia BRSP; Brady Angela CHBS; Brown Richard Anthony CHBS; Brown Bob W USGR; Carmean Kurt USGR; Chee Yen Chin SGSG; Corten Gabriel Pierre CHBS; Dalton Ian Paul SGSG; Dalton Ian Paul SGSG; Dias Andre CHBS; Dickinson Travis USGR; Dickson Gary USGR; Diriwaechter Georg CHBS; Doe John GBJH; Doppmann Franz CHBS; Drost Dirk USGR; Escher Michael CHBS; Estrada Eduardo BRSP; Faerber Martin CHBS; Favrel Sylvie SGSG; Furter Rolf CHBS; Gallina Fernando BRSP; Gehmann Klaus Bernd CHBS; Gordon Paul Francis CHBS; Hansen Anette CHBS; Hubbard Lee USGR; Kelly Tim CHBS; Lanter Franz CHBS; Luczak Marek CHBS; Marshall David CHBS; Molitor Elvira CHBS; Mostert Meier Irmgard SGSG; Nuninger Cosima CHBS; Pichon Eric CHBS; Pigott Andy CHBS; Pullins Don USGR; Ramos Gerardo CHBS; Silva Nestor BRSP; Sozzi Dino CHBS; Stehli Andreas CHBS; Stepan Michael CHBS; Veiga Jose BRSP; Weber Hans CHBS; Weiss Martin CHBS; Wilhite Faye USGR; Wright Tanya CHBS; Yoder Joe USGR; Bien Notker CHBS |
| Cc: | Lawrence David CHBS; Atkin John CHBS; Berendes Robert CHBS; Fischer Valdemar USGR; Guimaraes Antonio BRSP; Pisk Davor SGSG; Rezende Maercio CHBS |
| Subject: | Marketing Leadership Team Ideas Creation Phase Decisions |
| Attachments: | Portfolio Investment Cycle Logo.jpg; Master List of Agreed Ideas 02-Jul-07.xls |
| Importance: | High |



Attached you will find the agreed Idea Creation Phase Scoping Lists for PLI, PLF, PLH and Seed Care. The Regions and the PLTs have taken excellent steps forward in improving and building on this streamlined process for 2007. The ideas contained on these lists are focused and well defined, ensuring an effective and efficient Scoping Phase in the Portfolio Investment Cycle 2007. The governance and decision-making has been transparent, clear and approved by all parties involved.

The outputs from the Marketing Leadership Meeting on July 2, 2007 are as follows;

## Agreements:
## Product Line Fungicides:
## All projects on the list were approved for scoping

## Product Line Herbicides:
**Dropped:**
Priority 31: I000401-07: F-7957, Dicot herbicide from FMC
Priority 32: I000402-07: OSR solutions long-term
Priority 35: I000400-07: Fusilade alternatives

**Scoping will be delayed until further notice for:**
Priority 20: I000388-07: Ready-mix Prosulfocarb+Pendimethalin
Priority 29: I000314-07: Synchronizing the crop to improve sugar recovery.
Priority 30: I000377-07: Trifloxysulfuron ++ for TNV
Priority 37: N/A: PRODIAMINE development

Exhibit 223 Page 1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          GRNVL0000048340

**Product Line Insecticides:**
**Dropped:**
Priority 18: I000392-07: Ready mix of Emamectin + LCHY for foliar use in cotton in AME
Priority 19: I000465-07: Development of higher conc pymetrozine 75% formulation: no interest from APAC, proposed deletion
Priority 20: I000399-07: Zariva Mahis: Ready mix of rynaxypyr + tefluthrin. A soil insecticide for vegetables and corn providing soil and foliar control of key pests in EAME

**Scoping will be delayed until further notice for:**
Priority 21: I000370-07: Ready mix of Thiamethoxam + diafenthiuron to control cotton pests on BT cotton in LATAM

**Seed Care:**
**All projects on the list were approved for scoping**

---

The attached lists reflect these changes and should be considered the agreed, supported lists for new ideas for consideration for the 2008 Portfolio. The ideas on these lists are proposals only and should not be considered as approved projects for the 2008 Portfolio. All changes will be reflected in the new ideas module and set up as project templates in the planning system for comprehensive scoping by August 20, 2008.

The Project Prioritization and Decision Making Phases of the Portfolio Investment Cycle will be initiated in September following the Scoping Phase.

You will receive additional information describing the Innovation Awards for new ideas submissions over the coming weeks!

*Thanks!*

*Jan Suter and Jasper Barnes on behalf of the Marketing Leadership Team*

Exhibit 223 Page 2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   GRNVL0000048341