| | |
|---|---|
| **From:** | Langkamp Scott USGR |
| **Sent:** | Thursday, September 06, 2007 8:46 AM |
| **To:** | Amrein Josef CHBS |
| **Cc:** | Crampton Patrick CHBS; Dickinson Travis USGR; Bowers Jolynda USGR; Foresman Chuck USGR; Glasgow Les USGR; Hinderliter Daniel USGR; Knight Frank USGR; Martin Duane USGR; Moseley Carroll USGR; Porter Don USGR; Potter Shawn USGR; Vail Gordon USGR; Weber Aaron USGR; Wichert Rex USGR |
| **Subject:** | RE: PL-H_New Project List_Final check |

Thanks Josef for consolidating the global feedback. The following are my comments ...

- The NAFTA #3 priority (LUMAX formulation) is an ongoing project from 2007, so I'm unclear why it wouldn't be on the global list
- The #4 priority (meso partner for soya) should be changed to an Idea Eval project (instead of Formulation New) as we are not set on mixture partners. Patrick is hosting a Soya HPPD meeting tomorrow that may lead to additional ideas.
- I understand the low global ranking for our #5 project (florasulam+MCPA), but not doing this work will put this business in jeopardy. The COGS of the formulation that we receive from Dow is unacceptable, so developing our own formulation will bring our profitability to an acceptable level. We have requested strategic costing for 2008.
- Understand the low ranking on #7 (Bicep formulation). We will consider alternative plans here.
- The #12 priority (Traxos) will not progress in 2008 due to limited value add.
- NAFTA did not include the glyphosate fighting brand project, as we expect US registration of the ZAPP formulation 4Q07 and will market in 2008. No additional development resource needed.

Regards.
Scott

---

| | |
|---|---|
| **From:** | Amrein Josef CHBS |
| **Sent:** | Tuesday, September 04, 2007 9:40 AM |
| **To:** | Langkamp Scott USGR |
| **Cc:** | Crampton Patrick CHBS |
| **Subject:** | PL-H_New Project List_Final check |

Hello Scott,

  << File: z_CP Priority List by PL 31-Aug-07 (2).xls >>        << File: NAFTA-Priorities_27aug2007.xls >>
I have been delegated the task to coordinate the **NEW DEVELOPMENT PROJECT LISTING** Process for the (former) PL Herbicide.

We have gone through several steps of project prioritization between PLT's and within PLH. Attached is the current version which will be used for the CROSS-PL Challenge.

The projects are ranked according to the Global Score resulting from the various evaluation parameters (Page 1). Page 2 and following are a listing of all on-going projects.

I have also added the various Regional Priorities for your information (for new projects only).

I would like to ask you now to have a look at the herbicide new project list in the attachment. Any major concerns that you may have from a Regional point of view should be addressed to me by latest Sept 7 (deadline given by Jasper). Please note the following aspects:

- The NAFTA # 1&2 priorities are well positioned on the global list
- Your number 3 (LUMAX reformulation) is likely considered a local formulation extension project as it does not appear on the global list
- The NAFTA priorities # 5 & 7 are low positioned on the Global List. Again may have to be considered as local formulation extension projects

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 226 Page 1
GRNVL0000043741

- NAFTA priorities # 6, 8 and 12 are on the funded list and are expected to continue as work as been initiated.
- I am surprised that NAFTA has no interest in the "GLYPHOSATE fighting brand project" (Number 4 on the global list)

I hope that you will find some time to briefly review this list. It is not primarily about challenging it but to align Regions with the Global process and view. Please discuss or share within your oganisation (e.g. Travis) as approproiate or necessary. Patrick, visiting you this week, may be of asistance to explain project rankings in greater detail.
Any comments are welcome. Please give me a call if you want to further discuss an important aspect.

Thanks for your support


Josef

Exhibit 226 Page 2
CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION   GRNVL0000043742