

# Product Safety Greensboro
October 30, 2007

Page 1



EXHIBIT
Hertl 24
11/4/10

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040834
Exhibit 229 Page 1



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040835
Exhibit 229 Page 2

## Global Trends

Global Harmonization of Data Requirements
- Export of Regulatory "Intensity"
- Influencing
- Need to translate safety to real environments

Global Trade Food/Feed Safety
- Import tolerances (Residues / Traits)

Increased Activist Pressure
- Scientific Credibility / Communication
- Increasing Litigation

New Concerns
- endocrine effects, endangered species, children's health, mixtures etc.

3 — syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          GRNVL0000040836
Exhibit 229 Page 3

## Product Safety – Three Key Questions

What happens to our chemicals/traits when they are used?
- We investigate how our products break down in biological systems (plants, animals, soil, aquatic ecosystems,...)

Where do they go?
- We investigate how pesticides or metabolites move from the site of application to non target areas.

Do they cause any harm when they get there?
- We determine adverse effects and quantify risk to ensure that our products are safe for humans and the environment

New active ingredients
New formulations, mixtures etc
Re-registration and maintenance activities

4 ──────────────────────────────────────────── syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000040837
Exhibit 229 Page 4



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040838

Exhibit 229 Page 5



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040839

Exhibit 229 Page 6

## Product Safety Primary Organisational Principles

- Primary organisational division into regions
    - GSO Product Safety Primarily Supports NAFTA, LATAM and Traits Global
- Strong global co-ordination
    - Optimised study programs & Core studies
    - Technical positions
    - Priorization/Budgets/Study Placement
- GSO Product Safety Staff will also provide
    - risk assessments
    - regulatory submissions
    - support for regulatory, stewardship and legal activities

In NAFTA and LATAM

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040840

Exhibit 229 Page 7

## Product Safety Organisation

New Organisation is focused on:
- Sourcing data from external CROs
- Sourcing expertise from universities, institutes etc
- Data interpretation and risk assessment
- Small laboratory based product metabolism group
- Small residue method development
- Small laboratory based MoA (mode of toxicity) group
- Knowledge Management support

- Approximately 200 people
    - EAME (JH, UK)              - 130
    - NAFTA/LATAM (GSO, US)      - 65 + 20 in Tech Support
    - APAC (Singapore)           - 1 (so far)

8           syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000040841
Exhibit 229 Page 8



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040842
Exhibit 229 Page 9





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040844
Exhibit 229 Page 11

## Strategy & Direction

- Contribute to scoping the global product safety package for 5 new AIs & 1-MCP and deliver the regional part of the package in line with project and budget milestones.
    - 1-MCP target submission date 2009
    - 449 target submission date 2010
    - 524 target submission date 2010
    - 520 target submission date 2010/11
    - Galaxy target submission date 2011
    - DASH target submission date 2012
    - AMBI – early stage Synthesis
    - HAMBRA early stage Synthesis

- Continue to develop and refine Product Safety Support model to LATAM and Traits and identify opportunities for efficiency gains and synergies, agree resources and actions.

12 syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    GRNVL0000040845
Exhibit 229 Page 12

## Science & Technology

- Ensure that the regional internal & CRO science and technology base remains at the level required to deliver current projects at maximum value.
- Gain access to internal and/or external capability to prepare for the high and medium priority science gaps identified:
    - Endocrine Disruption
    - Endangered Species
    - Biomonitoring
    - Allergenicity
    - Immunotoxicology
    - ToxCast
    - Science sourcing in LATAM/Mexico.

13 syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040846
Exhibit 229 Page 13

## Portfolio & Projects / Operational Excellence

- Deliver the portfolio of studies, risk assessments and expertise required to support CP, Traits, PP & LATAM
- Deliver key PLCM and Support Projects in line with project milestones and cost targets.
    - Atrazine Programs & SAPs (2)
    - Paraquat: Inteon, Legal support, Human Safety Research programs, LATAM Defense/support
    - Mesotrione: HTC Soybeans, event selection, Metabolism study, residue program, Turf label (Q1/09), DNT decision support (framework 4/08, Progress position on DNT Science requirements 12/08)
    - Abamectin: SC Formulation MOR data
    - Avicta: Brazil re-registration, DNT follow up
    - Triazoles: New crop uses, USTTF, Conditions of Registration studies
    - Growth Regulators: TXP Method, New uses MOR program
    - Emamectin: Toxicology (RegTox), Tree nuts MOR results (EEE)
    - DCI for Fomesafen, Fluazifop, , Phenoxycarb
    - CA Pyrethroid review
    - Chloroantrinipole mixtures submission 3/08

14                                                                                         syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                      GRNVL0000040847
                                                                                                   Exhibit 229 Page 14

## Capability & Culture

- Support Science policies development and related capability development and data/assessment generation for the following reg./sci. areas
    - Inerts: data gen.
    - Endangetred Species: Litigation, Science Assessments for multiple products
    - Endocrine Disruptors: validation, test protocol and data support multiple products
    - Spray Drift
- Improve coordination of global and regional regulatory/science networks (TC/Function/Regulatory) through revised processes:
    - Establish TMT approach for ES projects
    - Establish Biotech-PS TMT
- Optimize feedback loop on budget / information between TC/function leads/ teams
- Increase PS input into LATAM project scoping
- Ensure that Product Safety opportunities identified through skill gap analysis are filled
- Develop and access talent through continued training, succession planning and strategic recruitment.

15 — syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION       GRNVL0000040848
Exhibit 229 Page 15

## Alignment - Cross-training/Development Capability & Culture Focus

- Effective science communication (S. Wall)
  - Training session
    - Develop concept
    - Establish pilot
- New hires (and development of all)
  - PS F3 project implementation
    - Fast start / mentoring
    - Expanded experience / breadth
- Workshops
  - Spatial Technologies (Global workshop)
  - Environmental Assessments (Global workshop)
  - Human Safety Assessments (LATAM)
    - Dietary/Op. Exp. – LATAM
    - Toxicology
- Presentations at Professional Meetings and /or publications
  - Process needed to develop a plan – forecast needs and possible impact
  - Proactive rather than reactive – part of the goal setting (team leads)

16 — syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000040849
Exhibit 229 Page 16