| | |
|---|---|
| **From:** | Chance Ayannah USGR |
| **Sent:** | Tuesday, November 06, 2007 11:28 AM |
| **To:** | Maurer Willy CHBS |
| **Cc:** | Camp Alan USGR; Taylordean Gayle USGR; Gesse Kevin USGR |
| **Subject:** | RE: Proposed allocation plan for atrazine 90 |

Hi Willy -

Atrazine 9-0 has a maximum quantity of 5,200,000 lbs or 2,300,000 kgs. This is a capacity constraint because STG's reactor has a faster rate than the 9-0 spray granule unit. During the 9-0 campaign, the STG reactor unit will produce material faster than the 9-0 unit can spray dry the material, therefore the storage silos for pre-granulated 9-0 get filled up, this takes about 16 days. Once they are filled, we must switch to Atrazine Technical production.

In-between campaigns, we produce ATZ technical (21 - 30 day campaigns). See attached slide for pictorial view.


ATRAZINE –
ampaign Planning L.

We will have an additional allocation on 4L liquid and because of the entire ATZ scenario. Also, Atrazine Technical and Basemix will experience some timing restrictions as well. Please see my attached slides for a further explanations. I presented this allocation scenario at the Global Supply Chain Meeting


Triazines
Allocation.ppt

- Ayannah x6097

| | |
|---|---|
| **From:** | Maurer Willy CHBS |
| **Sent:** | Tuesday, November 06, 2007 10:54 AM |
| **To:** | Chance Ayannah USGR |
| **Cc:** | Camp Alan USGR; Gesse Kevin USGR |
| **Subject:** | FW: Proposed allocation plan for atrazine 90 |
| **Importance:** | High |

Ayannah,
The business controller in Basel needs some background info on what is the bottleneck, why this formulation, etc, to prepare the approval. (see below)
Can you please provide this to me
Best regards
Willy

| | |
|---|---|
| **From:** | Ciszak Michal CHBS |
| **Sent:** | Tuesday, November 06, 2007 4:11 PM |
| **To:** | Maurer Willy CHBS |
| **Subject:** | RE: Proposed allocation plan for atrazine 90 |

PLAINTIFF'S
EXHIBIT NO. 8
FOR IDENTIFICATION
DATE: 11-9-70 RPTR DS

1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000064906
Exhibit 231 Page 1

Willy,

Could you add few lines on the reason for that allocation?
What is bottleneck, why is it this formulation etc.?

I will then try to get it approved form finance perspective while Alain could follow up on Supply Chain.

Thanks,
Michal

| | |
|---|---|
| From: | Maurer Willy CHBS |
| Sent: | 06 November 2007 16:05 |
| To: | Chance Ayannah USGR; Camp Alan USGR; Gesse Kevin USGR; Ciszak Michal CHBS |
| Cc: | Wren Robert CHBS; Amaral Luiz BRSP; Knight Frank USGR; Crampton Patrick CHBS |
| Subject: | Proposed allocation plan for atrazine 90 |
| Importance: | High |

Dear all,
As requested here is my global proposal for an allocation plan for the first 2 campaigns of atrazine 90.

First sheet is the original sheet of Ayannah showing the negative supply status.
Second sheet shows my global allocation proposal with the explanations
Third sheet shows the detailed sales, Gross profit and BVA for each pack and country, based on Budget sales 2008 and standard costs 2008.

I assume it is urgent to take a decision.
Alan and Michal do you know who has to validate this ?
Best regards
Willy

<< File: ATZ 9-0 priorities as of 11 5 07.xls >>

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000064907
Exhibit 231 Page 2