# Development Committee Meeting Notes, January 16, 2008

| To | Furter Rolf CHBS;<br>Amrein Josef CHBS;<br>Brady Angela CHBS;<br>Brown Richard Anthony CHBS;<br>Gehmann Klaus Bernd CHBS;<br>Goppelsroeder Christoph CHBS;<br>Gordon Paul Francis CHBS;<br>Modrow Alexander CHBS;<br>Neill Rob USGR;<br>Ramos Gerardo CHST;<br>Sirchio Kris CHBS; | Date:<br><br>Copy Mgmt:<br><br><br><br><br><br>Copy Functions: | 16.01.2008<br><br>Lawrence David CHBS; Atkin John CHBS; Berendes Robert CHBS; Fischer Valdemar USGR; Guimaraes Antonio BRSP; Guthrie Andrew SGSG; Rezende Maercio CHBS; Doe John GBAP; Doppmann Franz CHBS; Diriwaechter Georg CHBS; Dalton Ian Paul SGSG; Gallina Fernando BRSP; Kirch Gerd CHBS; Sozzi Dino CHBS<br><br>Allen James CHBS; Amrein Josef CHBS; Angst Max CHBS; Asano Takafumi SGSG; Aubert Andrew AUSY; Ball Christopher CHBS; Bembridge John GBJH; Boscolo Patricia BRSP; Botham Phil GBJH; Carmean Kurt USGR; Casola Franco ITMI; Chee Yen Chin SGSG; Cook Andy GBJH; Dalton Ian Paul SGSG; Diggelmann Martin CHBS; Drost Dirk USGR; Duan James USGR; Durand Robert CHBS; Earl Michael SGSG; Flattery Marian GBJH; Flores Maurilio MXMC; Flueckiger Claude CHBS; French Dave CHBS; Fusarini Luca ITMI; Haessig Robert CHMU; Hashino Yoji JPTO; Hertl Peter USGR; Hou Yili CHBS; Hubbard Lee USGR; Jackson-Gheissari Amelia CHBS; Kelly Tim CHBS; Kim YongWhan KRSL; Langkamp Scott USGR; Lanter Franz CHBS; Leadbeater Andy CHBS; Lefevre Manfred DEMT; Lewis Fraser GBJH; Maund Steve CHBS; McFarland Janis USGR; Mewes Kersten CHBS; Miles Peter GBJH; Molitor Elvira CHBS; Moss Michael USGR; Mostert Meier Irmgard SGSG; Neale Mike CHBS; Nuninger Cosima CHBS; Ohtomo Hidero JPTO; Park KweeDoo KRSL; Parsons Paul GBJH; Pastoor Tim USGR; Peters Guenther DEMT; Pullins Don USGR; Puri Emilio CHBS; Rees Sarah GBJH; Ryan Pat GBWH; Sadler David GBJH; Sapiets Alison GBJH; Shaw Elizabeth CHBS; Silva Nestor BRSP; Smith Lewis CHBS; Smith Maureen GBJH; Spicer Lorna GBWH; Spinney Mark GBJH; Stehli Andreas CHBS; Stepan Michael CHBS; Stypa Marian USGR; Thomas Gerard FRSC; Veiga Jose BRSP; Ward Steven GBJH; Weber Hans CHBS; Wright Tanya CHBS; Zoschke Andreas CHBS |

| Location: | **Meeting Room: WRO 1004.6.22** |

GRNVL0000088739<br>CONFIDENTIAL INFORMATION<br>SUBJECT TO PROTECTIVE ORDER<br>IN ATRAZINE LITIGATION<br>**Exhibit 238 Page 1**

Time:   **1000-1730**

Dear DeCo Members

Attached you find the minutes of the meetings on January 16, 2008.  All presentations have been posted to the **DeCo TeamSpace**:  http://ts1.pro.intra/sites/GRDDeCo/default.aspx

With best regards

Jasper Barnes

GRNVL0000088740
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 2

# Notes

| Topic |
|---|
| 1. **NEW AMPLIGO™ 150 ZC: Lambda-cyhalothrin+ SYN 545'170 (A-15397G) New variant; Stage C Promotion;** (Molitor Elvira CHBS: Sornin Bruno CHBS; Senn Robert CHBS; Arslan-Bir Martine CHBS; Friedmann Adrian Alberto CHMU) – **Summary and Recommendations** |

100 g/l chlorantraniliprole  plus 50 g/l lambda cyhalothrin ZC
- Target crops:
  - soya, field vegetables, fruit, cotton, corn.
- Key countries:
  - Brazil, Argentina on soya represent 50% of business case
  - France – other EAME countries are considered as an upside
  - NAFTA not included as NAFTA will launch B-variant (VOLIAM™ EXPRESS)
- simple, easy solution for broad spectrum control for field maintenance / cleaning, incl. close to harvest use
- targeted at the lepidoptera driven broad-spectrum mid tier segments, lower priced alternative to VOLIAM™ FLEXI to complement the ENGEO® sucking pest segmentation.
- positioned as an alternative to older chemistries, to provide equal to better efficacy with improved safety.
- Risk: medium/low mainly driven by potentially lower than expected lambda sucking pest performance
- Assumptions:
  - Bayer flubendiamide priced at premium over OPs and competitively vs. emamectin
  - Development Stage C promotion onwards: $3.2 (+/- 10%)
  - Average CoGs $43/litre
  - Timelines for key country launch: ARG in 2008, IN in 2009 BR-PK,CN in 2010
- Financials:
  - Peak sales: 46m
  - Ave profitability: 63%
  - NPV of 25$m

**The DeCo approves the Stage C promotion for AMPLIGO™ 150ZC G-variant formulation.**

| Communication Plan |
|---|

- AMPLIGO™ 150 ZC is a proprietary foliar lepidoptera solution based on the new bisamide chemistry, with activity on sucking pests and beetles. It has been designed to capture market share from older chemistries gradually phase-out. The brand offers both a fast knock-down and a long lasting action, while being safe to applicators. It is positioned as an easy and simple solution, the farmer's "right-hand-man", in the mid-tier price segment to complement ENGEO segmentation.
  - Inform DBT and MPT members by e-mail right after DeCo
  - Inform CPLT

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Submit in key countries as of Feb/March 08 | Sornin Bruno CHBS; | Feb 08 | Ongoing |
| 1.   Release to 1st sales | Molitor Elvira CHBS; | May 08 | Planned |

| **VIRTAKO 0.6 GR: Thiamethoxam + SYN 545'170 for into-water use; Stage C Promotion** (Molitor Elvira CHBS: Sornin Bruno CHBS; Senn Robert CHBS; Arslan-Bir Martine CHBS; Friedmann Adrian Alberto CHMU) - **Summary and Recommendations** |
|---|

GRNVL0000088741
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 3

2g CTPR and 4 g TMX per kg granule
- o Spray 20 ml of DURIVO 300SC on to 980 g of sand and produce locally
- Excellent, long lasting lepidoptera control in rice
  - o rice leaf roller and stem borer activity under all conditions (low/high density)
  - o For rice into-water
- Key countries:
  - o BD, PK, (CN, IN)
  - o SYT not present in rice market (stem borer gap)
- Value market, highly competitive segment with many players
- Low cost tailored product for a specific market
- Risk: medium/low mainly driven by neonicotinoid resistance
- Assumptions:
  - o Development cost 0.4 $m
  - o CoGs $1.4 / kg
  - o SYT dossier submission in BD in Feb 08
  - o First registration: 1Q 2010 with launch in 2Q
- Base Case Financials:
  - o Target sales: 6.3 $m (2014) with an avg profitability of 34%
  - o NPV: 1 $m (16% excl. TV)

**The DeCo approves the Stage C promotion for VIRTAKO™ 0.6 GR formulation.**

| Communication Plan |
|---|
| • VIRTAKO™ 0.6 GR is a systemic proprietary technology based on the new bisamide chemistry. It has been designed for the paddy water granule market segment in rice, an essential farmers' practice in countries like Pakistan and Bangladesh. VIRTAKO 0.6 GR is a broad spectrum solution highly performing on stem borers and leaf folders at very low dose rates, as well as on hoppers, while offering safety to applicators and to the environment. It offers a unique alternative to established older chemistry<br>o Inform DBT and MPT members by e-mail right after DeCo<br>o DeCo communication to CPDev worldwide<br>o Inform CPLT |

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Submit in Bangladesh | Sornin Bruno CHBS; | Feb 08 | planned |
| Check with Manufacturing to ensure local production protocols are developed | Middleton Ian CHBS; | Feb 08 | |
| Run basic risk assessment to assess behavior of the product in user safety in paddy fields, storage stability, and release characteristics | Sornin Bruno CHBS; | Feb 08 | |
| Release to 1st sales | Molitor Elvira CHBS; | Nov 09 | planned |

**DURIVO™ 1.5 GR: Thiamethoxam + SYN 545170 1.5 GR;  Stage C Promotion** (Molitor Elvira CHBS; Sornin Bruno CHBS; Senn Robert CHBS; Arslan-Bir Martine CHBS; Friedmann Adrian Alberto CHMU) - **Summary and Recommendations**

GRNVL0000088742
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 4

5g CTPR and 10g TMX per kg granule
  o Spray 50 ml of DURIVO™ 300SC on to 950 g of sand and produce locally
- Early and long lasting control of lepidoptera and sucking pests in vegetables (3-4 week control).
- Key benefits include reduction of foliar sprays, greening/Vigor, Yield and quality increase, reduced labour cost for grower, reduced drift and increased safety for applicator.
- Key country:
  o India
  o With upside opportunities in Indonesia, Vietnam, South Korea
- Risk: medium/low mainly driven by soil use tech. challenges
- Assumptions
  o Development cost 0.6 $m
  o CoGs $3-5 / kg
  o SYT dossier submission in India in April 08
  o First registration in India: 2Q 2010
- Base Case Financials:
  o Target sales: 6.7$ m (2014) with an Ave profitability of 56%
  o NPV: 4$m (16% excl. TV)

**The DeCo approves the Stage C promotion DURIVO™ 1.5GR formulation.**

---

**Communication Plan**

- DURIVO™ 1.5 GR is a soil applied systemic proprietary technology based on the new bisamide chemistry. Positioned in vegetables against early season insects, it is taken up by the roots and uniquely controls both sucking pests and lepidoptera. One application protects new growth for up to 40 days, replacing 2 to 8 foliar applications. Crops look healthier and grow stronger, providing growers with improved marketable yield.
- Syngenta provides the granule solution to growers that prefer granule applications to drench or nursery applications when treating their seedlings. DURIVO™ 1.5 GR will be positioned as a granule alternative to the DURIVO™ 300 SC soil drench in markets where this is particularly relevant.
  o inform DBT and MPT members by e-mail right after DeCo
  o DeCo communication to CPDev worldwide
  o Inform CPLT

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Submit in India | Sornin Bruno CHBS; | Apr 08 | planned |
| Check with Manufacturing to ensure local production protocols are developed | Middleton Ian CHBS; | Feb 08 | |
| Release to 1st sales | Molitor Elvira CHBS; | Dec 09 | planned |

**CHESS® / PLENUM® 50 WG pymetrozine (A9364J) fluowet replacement; Release to First Sales;** (Hou Yili CHBS; Urban Martin CHBS; Robert Senn CHBS; Quiroga Fabian CHBS) **– Summary and Recommendations**

GRNVL0000088743
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 5

The main objective of this project was to replace the Fluowet PP (CA316B) antifoam. This is necessary because this antifoam will not be available on the market.  There are issues with persistence in the environment and bioaccumulation of fluorinated organic compound and compounds of this class are under pressure.  The US-EPA has published guidance indicating they will revoke an exemption to use such compounds in a number of products by February 2008.

- This formulation replaces the previous CHESS/PLENUM formulation (A9364A) that was released to first sales in 1999.  A9364J differs from the existing formulation with; 1) a change in antifoam agent from Fluowet to antifoam compound HP-50, and 2) a reduction in the amount of filler Pergopak from 15% (A-variant) to 10% (J-variant) with the balance being made up by concomitant increase in the amount of the filler Celite 209.
- A bridging strategy has been proposed and agreed by the Regions and Countries and expert statements are available for toxicity and eco-tox areas to support this minor change
- No significant differences are expected in biological performance between the A9364A and current A9364J.  The new formulation will be used to support growth targets in key crops of rice, cotton, fruits and vegetables.
- Currently the formulation is manufactured in Monthey, Switzerland and Gowan, USA.  However, with the foreseen move of the active ingredant from Monthey to China, the formulation manufacturing will also be transferred into the APAC region.  The timing decision will be taken in summer 2008.
- Replacement of the A variant by the J variant will begin in 2008 depending on the registration schedule.
- The project team recommends that the formulation A9364J (CHESS® / PLENUM® 50WG) (replacement of fluowet in current formulation) be approved for Release to First Sales.

**The DeCo approves the Release to First Sales for the CHESS/PLENUM 50WG replacement formulation.**

| Communication Plan |
| --- |

- CHESS® / PLENUM® 50WG (A9364J) is the antifoam (Fluowet) replacement formulation for the current A-variant.
- The changes are seen as a minor change. The bridging strategy has been agreed with the regulatory experts from regions and countries as acceptable.
- There are no significant differences in the biological performance between the A9364J and current A-variant in crops tested to date.

| Actions and Next Steps | Responsible | Deadline | Status |
| --- | --- | --- | --- |
| 2.    Ensure full information (registration approval timelines) shared with regional project management team (EAME, NAFTA and APAC) | Urban Martin CHBS; Hou Yili CHBS; | Mar 2008 | |
| Update the team on the decision of the changing of AI source | Imison Michael CHBS; | Jun 2008 | |
| **P000054-07: DIVIDEND® SUPREME (A14246A) thiamethoxam+difenoconazole +mefenoxam premix seed treatment for LATAM; Stage C Promotion; (Boscolo Patricia BRSP; Oliveira Andre BRSP; Martinho Leandro BRSP; Pires Karla BRSP; Evaristo Arlinda BRSP; Cush Sarah USGR) – Summary and Recommendations** | | | |

GRNVL0000088744
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 6

A14246A – DIVIDEND® SUPREME is a premix formulation of an insecticide - *thiamethoxam* (TMX) and fungicides - *difenoconazole* (DFZ) and *mefenoxam* (MFX) - for seed treatment use.
- This product is specific for LATAM markets, in which it will be an on-farm product, mainly for barley, oats and wheat, protecting CRUISER® brand for industrial and high profitable markets and crops.
- LATAM need an effective product to compete against Bayer and generic Imidaclopramds, which broadly dominate the market.
- Product Summary:
  o Product: A14246A (92,3 g of thiamethoxam, 36.92 g of difenoconazole and 3,08 g of mefenoxam/L)
  o Use: Seed Treatment
  o Formulation: FS (flowable concentrate for seed treatment)
  o Key countries: Argentina, Brazil and Chile
  o Key crops: cereals (wheat, barley and oats)
  o Launch and First Sales: 2Q 2010 in Argentina
  o Project Risk: very low
  o Assumptions
    1. Project Cost Total: $541 kUSD
    2. Total Product Cost: $5.6 USD/L
    3. Formulation production site: no final decision, but initially Saint Pierre (France) followed by Paulinia (Brazil)
  o Financials
    4. Target Sales: $17 mUSD
    5. Gross Margin: 77%
    6. NPV 16%: $18.4 Musd
    7.

**Global DeCo supports the promotion of DIVIDEND® SUPREME (A14246A) to Stage C and approves the execution of the remaining development activities.**

---

**Communication Plan**
- Stage C Promotion will be communicated to the stakeholders.

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Communicate the Stage C Promotion globally. | Barnes Jasper CHBS; | Jan 2008 | |

**Prodiamine/mesotrione A15879A premix formulation Stage C Promotion; (Pullins Don USGR; Ross David USGR; Goglia Robert USGR; Cush Randy USGR) – Summary and Recommendations**

Premix of two effective herbicides for weed control in golf course turf.
- The product will be used by professional applicators in golf courses and residential turf.
- The two ais are complementary to each other with crabgrass control being a key factor for adoption by golf superintendents.
- With pre and post-emergence activity, product widens the application window for control of annual weeds in turf.

**Global DeCo supports the promotion of the prodiamine/mesotrione A15879A formulation to Stage C and approves the execution of the remaining development activities.**

---

**Communication Plan**
- Ideal formulation for use in golf course weed control management programs
- The ratio of active ingredients is designed to provide broadleaf weed and crabgrass control.
- Press release, technical information piece, web e-learning, sell sheet and pitch book materials.

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Complete directions for use for the commercial label | Ross David USGR; | Jun 2008 | 50% done |
| Finalize trade name | Bell Margaret USGR; | Jun 2008 | Not started |
| Organize a Launch Team and prepare for commercial release. | Pullins Don USGR; | Aug 2008 | Not started |
| Prepare a cost benefit analysis and send to J. Barnes for sharing with DeCo | Pullins Don USGR; | Feb 2008 | |

GRNVL0000088745
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 7

**Turf: New and Improved DACONIL® Liquid A16422A Formulation (NAFTA); Stage C Promotion;** (Pullins Don USGR; Ross David USGR; USGR; Ravel Dave USGR; Cush Randy USGR) – **Summary and Recommendations**

GRNVL0000088746
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 8

The formulation contains chlorothalonil plus acibenzolar in a suspension concentrate.
- It will be marketed in the golf turf market.  It will not be sold in the home lawn market.
- Field testing has proven that this formulation is efficacious on many turf diseases, improves turf quality, and will be convenient for golf course operations.
- The NAFTA PP has kept generics at a disadvantage with HEADWAY™ and INSTRATA™ and this formulation is a defense tool to protect chlorothalonil, while also enhancing efficacy and turfgrass quality.
- Easy formulation to produce since it uses already produced formulations of chlorothalonil and acibenzolar.

**Global DeCo supports the promotion of the DACONIL® Liquid A16422A formulation to Stage C and approves the execution of the remaining development activities.**

| Communication Plan | | | |
|---|---|---|---|
| • Ideal improved formulation for use in golf course disease management programs | | | |
| • Press release, technical information piece, web e-learning, sell sheet and pitch book materials. | | | |

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Further evaluation of potential uses in the Ornamental market. | Ross David USGR; | Dec 2008 | Ongoing |
| Finalize trade name | Bell Margaret USGR; | Apr 2008 | In progress |
| 3.  Complete formulation stability bridging with DACONIL® | Cush Randy USGR; | Apr 2008 | In progress |
| 4.  Detailed Freedom To Operate analysis conducted | Lee Michael GBJH; | Oct 2008 | Not started |
| Prepare a cost benefit analysis and send to J. Barnes for sharing with DeCo | Pullins Don USGR; | Feb 2008 | |

**PREFIX™ (A14972F) fomesafen+ s-metolachlor premix for soybeans; Release to First Sales;** (Carmean Kurt USGR; Dixon Monty USGR; Porter Don USGR; Martin Duane USGR) **- Summary and Recommendations**

PREFIX™ is a new pre-emergence herbicide for soybeans
- PREFIX™ offers two different modes of action
  o S-metolachlor (Group 15) is a shoot growth inhibitor that prevents normal cell development
  o fomesafen (Group 14) causes rapid cell membrane destruction and plant death
  o Two modes of action to help fight against glyphosate- and ALS-resistant weeds
- PREFIX™ provides up to 5 weeks of residual control, helping growers start the season off right by combating yield-robbing broadleaf and grass weeds in soybeans
- The residual power of PREFIX™ coupled with an over- the-top application of TOUCHDOWN® brand herbicides provides season-long weed control and effective resistance management to maximize your soybean yield potential
  o Loading: 520 g/L S-metolachlor and 114 g/L fomesafen
  o Excellent bulk handing properties
  o PREFIX can be stored over winter
  o No limits on storage temperature
  o Bulk handling guide has been developed
  o Good viscosity, pumps well under cold conditions
- EPA conditional registration approval issued April 13, 2007
  o Conditional requirements to be satisfied are "standard" for newly registered product
  o Storage stability and corrosion characteristics data must be submitted by April 08 (on track)
  o Required label language changes have been made
  o State approvals (32 states)  have been secured
  o On track / ready for first sales
- Recommendations
  o PREFIX™ (A14972F) be approved for Release for First Sales in the USA

**Global DeCo approves Release to First Sales for PREFIX™ (A14972F) formulation**

| Communication Plan | | | |
|---|---|---|---|

GRNVL0000088747
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 9

| | | | |
|---|---|---|---|
| • Release to First Sales promotion decision will be communicated to all NAFTA stakeholders and global regulatory through email. | | | |

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Distribute the DeCo benefits communication globally. | Barnes Jasper CHBS; | Jan 2008 | |

**HALEX™ GT (A15189A, A15189G) mesotrione+s-metolachlor+glyphosate premix for corn; Release to First Sales; (Carmean Kurt USGR; Moseley Carroll USGR; Vail Gordon USGR; Abbott John USGR) – Summary and Recommendations**

HALEX™ GT is a premix of mesotrione + s-metolachlor + glyphosate for postemergence applications in glyphosate tolerant (GT) corn for the US market

- Formulation: 525 g/L
    - 250 gai/L S-metolachlor + 250 gae/L K-glyphosate + 25 gai/L mesotrione
- Glyphosate tolerant corn only
- Post-emergence only
    - Target weeds less than 10 cm in height
- Use rate: 4.2 to 4.7 l/ha product
    - Apply post up to 75 cm or 8 leaf corn
    - Apply post up to 30 cm corn when mixed with atrazine
- Adjuvant requirement: NIS (0.25% v/v)
- AMS recommended at 10-20g/L water
- Recommend addition of Aatrex if:
    - Weeds >10 cm in height or
    - Broadleaf weeds are resistant or suspected resistant to glyphosate
- Water only as a carrier – no fertilizers
- HALEX™ GT provides consistent, season-long control of important grass & broadleaf weeds
- including control of glyphosate, ALS & triazine resistant weed biotypes
- HALEX™ GT is safe to GT corn hybrids
- HALEX™ GT provides a higher-yielding
alternative to glyphosate-only, post-emergence herbicide programs
- Registration granted by US EPA – September 11, 2007
- Recommendations
    - HALEX™ GT (A15189G) be approved for Release for First Sales in the USA

**Global DeCo approves Release for First Sales for the HALEX™ GT (A15189, A15189G) for first sales.**

| Communication Plan |
|---|
| • Release to First Sales promotion decision will be communicated to all NAFTA stakeholders and global regulatory through email. |

| Actions and Next Steps | | Responsible | Deadline | Status |
|---|---|---|---|---|
| 5. | Distribute the DeCo benefits communication globally. | Barnes Jasper CHBS; | Jan 2008 | |

**Glyphosate/Dicamba premix (A16160A) for summerfallow CDN; Stage C Promotion; (Carmean Kurt USGR; Miln Colin USGR; Sagan Karen CATO; Kopec Myron CACA) – Summary and Recommendations**

GRNVL0000088748
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 10

Premix of glyphosate (140 g/L) + dicamba (70 g/L) as a soluble liquid (SL) for use as a postemergent spray for control of grass and broadleaf weeds in Canadian summerfallow. A16160A was clearly the best candidate and has biological performance equivalent to Monsanto's Rustler product on the key target weeds. The physical and chemical properties of this variant are also acceptable and are equivalent to or better than Rustler. No FTO issues are seen to be present with A16160A, the cost-to-manufacture is also acceptable and this variant was therefore frozen on November 15, 2007.

- Submission is planned for November 2008 following completion of the acute toxicology 6-pack. Expected registration date is May 2010 with first CDN sales in June. Sales estimated to reach nearly $4 MM by 2012.
- Process engineer anticipates that the dissolution rate of the dicamba technical will need to be further studied in pilot plant tests, glyphosate IPA salt sourcing decisions to be made and order of additions to be further refined at the toller.
- Risk Analysis:
  o Biological efficacy of variant chosen meets or exceeds OM compound
  o Adjuvant package utilized meets or exceeds OM compound
  o Signal word unknown yet, do not expect to be different from the OM compound
  o Manufacturing processes to be worked through in pilot plant and at toller in pre-production trial
- Recommendations
  o glyphosate/dicamba (A16160A) Stage C Promotion
  o Execution of remaining development tasks; toxicology 6-pack, field efficacy, storage stability, pilot plant and third party toller pre-production trials.

**Global DeCo supports the promotion of the glyphosate/Dicamba premix A16160A formulation to Stage C and approves the execution of the remaining development activities.**

| **Communication Plan** |
| --- |
| • Stage C promotion decision will be communicated to all NAFTA stakeholders and global regulatory through email. |

| Actions and Next Steps | Responsible | Deadline | Status |
| --- | --- | --- | --- |
| Glyphosate/dicamba premix (A16160A) PMRA submission | Sagan Karen CATO; | Nov 2008 | |
| Completion of toxicology acute 6-pack studies | Tisdel Merrill USGR; | May 2008 | |
| Pilot plant process trials | Vestal Felisha USGR; | Dec 2009 | |
| Third party toller process trials | Vestal Felisha USGR; | April 2010 | |
| Release To First Sales | Carmean Kurt USGR | May 2010 | |

**AXIAL®XL (A13617R) pinoxaden TEHP BIA A13617R formulation;  Release to First Sales; (Carmean Kurt USGR; Potter Shawn USGR; Porter Don USGR;  Murphy Tamara USGR) – Summary and Recommendations**

- AXIAL® XL is an all-in-one formulation (54 g/L) that combines AXIAL® and a spray adjuvant into one convenient formulation for the control of annual grasses in wheat and barley. AXIAL® XL has been extensively tested in field trials over a two year period.  Trials comparing AXIAL® XL to AXIAL® 100EC + Adigor adjuvant have shown equivalent performance.
- The formulation has acceptable chemical and physical properties before and after storage at a range of temperatures.
- Sales expected to exceed $42MM in 2008 and $52m peak sales in 2011.
- The registration was granted on February 1, 2007 for the formulation.
- Recommendation
  o AXIAL® XL (A13617R) be approved for Release to First Sales in the USA
  o Complete EPA requested developmental tox studies required for TEHP, in-progress planned finish Mar 2008

**Global DeCo approves Release for First Sales for the AXIAL® XL A13617R formulation.**

| **Communication Plan** |
| --- |

GRNVL0000088749
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 11

| • Release for First Sales promotion decision will be communicated to all NAFTA stakeholders and global regulatory through email. | | | |
| --- | --- | --- | --- |
| Actions and Next Steps | Responsible | Deadline | Status |
| Submission of developmental neurotoxicity studies | Murphy Tamara USGR; | Apr 2008 | |
| Product shelf life and the cycle time of the manufacturing process will need to be monitored | Miln Colin USGR | Mar 2008 | |

GRNVL0000088750
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 12

## Action list previous meetings

| Meeting | Topic | Action | Lead | Due Date | Status |
|---------|-------|--------|------|----------|--------|
| DeCo 30.11.06 | 2. Release to 1st Sales of Mandipropamid (MPD, NOA446510) and its 1st wave formulations (446 solo, 446/CTN, 446/MZ, 446/FP) | Obtain (prov.) registrations in DE and UK for sales in 2007 and in all relevant markets according to registration plan | Jackson-Ghe Issari Amelia CHBS | Jun 2008 | In progress. Registrations were achieved in 2007 in China, Colombia, Croatia, Germany, UK, Indonesia, Ireland, Netherlands, New Zealand, Slovenia, Tunisia, Turkey and Turkey |
| DeCo 22.02.07 | 4. P000608-03: Lufenuron New Formulation: Modify chemosterilant A-14619 A ; Release to first sales | Development concept for new use patterns globally | Skillman Stephen CHBS | May 2008 | Basic funding concept using European CENIT funds done and under discussion with Region EAME (H. Gut) and Syngenta Spain. Proof of efficacy required on new targets in 2008 for justification of extension to new targets. UPV Valencia generates new samples for screening in 2008. Feasibility tests planned in ET, MY, AUS in 2008 (<25k$). Major projects and funding not expected in 2008. Region EAME supports extension to Olive fly in 2009 if EPA/UPV can find a find a gel bait which works. |
| DeCo 22.02.07 | 4. P000608-03: Lufenuron New Formulation: Modify chemosterilant A-14619 A ; Release to first sales | Handover process global to region EAME | Skillman Stephen CHBS | Mar 2008 | Supply chain, Forecasting, Production and Packaging support well in hands of EAME region. Olive fly program handled by region. Countries running trial programs alone. Outstanding for clarification: Sample management and costs 2008 (~25k$). Project management in EAME – M Gillham to A. Lopes? |
| DeCo 22.02.07 | 6. P000736-03: ST: Develop Global Corn Formulation FDL/MFX/TTB2/NZ (2.5/2/20/1); Colored (Global); Stage C Promotion | Finalize formulation test re. AI quality and application properties | Cush Sarah USGR | Jan 2008 | Planned for 2008 |

GRNVL0000088751
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 13

| DeCo 22.02.07 | 6. P000736-03: ST: Develop Global Corn Formulation FDL/MFX/TBZ/AZ (2.5/2/20/1); Colored (Global); Stage C Promotion | Data on contribution to mycotoxin mgmt and regulatory support for AZ and increased MFX rate in France | Oosterdorp Michael PCH/BS; Kilix Melanie CHBS | Dec 2007 | Complete: Effect of ST on early systemic infection shown. Mycotoxin data incomplete and more variable than in wheat. Field program 2008 agreed. Study to support AZ and increased MFX rate provided. |

GRNVL0000088752
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 238 Page 14

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 19.03.07 | 2. AVICTA 400FS (A14024C) as a ST for Nematode control in Vegetables; Release to First Sales: | Strategic launch of AVICTA 400FS in melons/USA | Shetty Kiran USGR; Shelton Chad USGR | Nov 2007 | Complete - Label expansion will depend on successful improvements to the current formulation. New formulations are available for testing in 2008. |
| DeCo 19.03.07 | 2. AVICTA 400FS (A14024C) as a ST for Nematode control in Vegetables; Release to First Sales: | Formulation variant testing for enhanced biological performance | Cochran Alex CHBS | June 2008 | In progress, current goal is to freeze new formulation by summer 2008 |
| DeCo 22.05.07 | 4. Celest Multi - Release to first Sales: Performance the first year of sales | Review pricing | Mittermeier Ludwig CHBS | 1Q2008 | In progress – have met with Cheminova and they are confident to get Flutriafol on Annex I, but no decision so far |
| DeCo 22.05.07 | 4. Celest Multi - Release to first Sales: Performance the first year of sales | Potential re-negotiation of flutriafol supply price | Mittermeier Ludwig CHBS | 2Q2008 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluoxet removal from the A variant; Stage C Promotion: | Package submission to EPA | Dixon Monty US95 GR | Dec 2007 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluoxet removal from the A variant; Stage C Promotion: | Release to First Sales | Carmean Kurt USGR | Jan 2009 | In progress |
| DeCo 18.04.07 | 3. P001366-04: TSS+prometryn [Suprend WG80 A12474D] - Fluoxet removal from the A variant; Stage C Promotion: | Pre-production trial at third party toller | Davis John USGR | Jan 2009 | In progress: planned for '08 |
| DeCo 18.04.07 | 4. Graduate A+: Fludioxonil + Azoxystrobin Citrus Post Harvest Formula for Global Use: | Compatibility with tank mix partner and continue storage stability testing | Cush Sarah USGR | Dec 2007 | Compatibility planned for Q1 2008, irradiation test complete and data is under review. |
| DeCo 18.04.07 | 4. Graduate A+: Fludioxonil + Azoxystrobin Citrus Post Harvest Formula for Global Use. | MRLs established | Stili Kelly USGR | Dec 2009 | In progress |
| DeCo 18.04.07 | 5. Aba SC (P000363-05 and P000015-07): Stage C Promotion | Review for Release to First Sales | Yoder Joe USGR; | Jan 2009 | USA is delayed due to the need to develop residue data, no sales are expected before early 2009 (Israel). |

GRNVL0000088753
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 15

| Meeting | Topic | Action | Lead | Due Date | Status |
|---------|-------|--------|------|----------|--------|
| DeCo 18.04.07 | 6. P000018-06:  ST: Cruiser Maxx Cereals (A15424A, Cruiser/Dividend XL RTA Prepak, CAN, USA, ARG, BRA, Chile); Stage C Promotion. | Review for Release to First Sales | Yoder Joe USGR; | Mar 2008 | USA EPA registration anticipated May/Jun '08; |
| DeCo 22.05.07 | 4. Celest Multi - Release to first Sales: Performance the first year of sales | Review pricing | Mittermeier Ludwig CHBS | 1Q/2008 | In progress |
| DeCo 22.05.07 | 4. Celest Multi - Release to first Sales: Performance the first year of sales | Potential re-negotiation of flufrafol supply price | Mittermeier Ludwig CHBS | 2Q/2008 | In progress |
| DeCo 18.06.07 | 2. P000650-06: DEMAND ST 100 CF (A15661A - l-cyhalothrin) formulation for corn, wheat and soybeans in APAC (China); Stage C Promotion | Monitoring study to assess likelihood of SFS cases: coordinate protocol with Global Registration and agree likely consequences before the study will be conducted. | Mosfett Meler Irmgard SGSG; | Oct 2008 | In progress Study with seed company currently done in CN, report expected end of October |
| DeCo 18.06.07 | 3. P000411-06: CALARIS 550 SC - A14917D (mesotrione + atrazine) for corn; Stage C Promotion | Review for Release to First Sales | Chee Yen Chin SGSG; | Jan 2008 | Proposed Release to 1st Sale Review has been postponed to 2008 in view of the registration submission situation in China. |
| DeCo 18.06.07 | 4. P000044-03:  A14797A Lambda-cy RTU formulation; Release to First Sales for NAFTA; P000117-02:  A14796A - Lambda-cy Concentrate - Release to First Sales for NAFTA | Finalize agreement with selected third party | Reasons Scott USGR; Hennen Marc USGR | Feb 2008 | In progress |
| DeCo 18.06.07 | 5. P000457-05: TURF: New AZ + CTL formulation for Turf; Stage C Promotion | Complete formulation stability bridging with Daconil | Cush Randy USGR | 4Q2007 | In progress |
| DeCo 29.08.07 | 2. Galaxy Status Update Aug 08 | Continue as planned with the Stage 1.4 program towards a Stage 2 promotion on Nov 29 | Molitor Elvira CHBS | Nov 2007 | Complete. Dec Stage 2 promotion |

GRNVL0000088754
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 16

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 29.03.07 | 2. Galaxy Status Update Aug 08 | Continue as planned with the Stage 1.4 program towards a Stage 2 promotion on Nov 29 | Molitor Elvira CHBS | Nov 2007 | In progress |
| DeCo 29.03.07 | 3. P000049-07: DASH Supersonic review | Business case and scenario updates | Ciszak Michal CHBS | Mar 2003 | In progress |
| DeCo 29.03.07 | 4. Cruiser MAXX: Premix for soybeans, ApronMaxx RFC + Cruiser (A14379B) - Release to 1st Sales: Performance the first year of sales | Production and T&P monitoring for bacterial contamination will be an ongoing QA activity | Cush Sarah USGR | Jan 2008 and ongoing | In progress: QA is checking product produced last year again to ensure good quality. Planning for next production, will include irradiation. |
| DeCo 29.03.07 | 6. Azoxystrobin granules for the NAFTA Lawn & Garden Market for Consumers and Professionals | Finalize agreement with selected third party | Reasons Scott USGR; | Feb 2008 | In progress |
| DeCo 29.03.07 | 6. Azoxystrobin granules for the NAFTA Lawn & Garden Market for Consumers and Professionals | Initiate product launch in partnership with GTM partner, following contractual agreement. | Hennen Marc USGR; Cosby Steve USGR | Feb 2008 | In progress |
| DeCo 29.03.07 | 7. P000368-03: DUAL II MAGNUM NPE Replacement for Canada; Stage C Promotion | Confirmation of variant efficacy, tank mix compatibility and acute toxicology tests. | Sagan Karen CATO; | Feb 2003 | In progress |
| DeCo 29.03.07 | 7. P000368-03: DUAL II MAGNUM NPE Replacement for Canada; Stage C Promotion | PMRA Submission | Sagan Karen CATO; | Feb 2003 | In progress |
| DeCo 29.03.07 | 7. P000368-03: DUAL II MAGNUM NPE Replacement for Canada; Stage C Promotion | Release to First Sales | Carmean Kurt USGR | Feb 2010 | In progress |
| DeCo 24.03.07 | 3. P000443-06: Sativa; Stage C Promotion | Project Review and Release to First Sales with the DeCo | Molitor Elvira CHBS | Nov 2003 | In progress |
| DeCo 24.03.07 | 4. VOLIAM TARGO 063 SC (A-15893 A) - Stage C Promotion | Monitor EU situation and eventually adapt | Molitor Elvira CHBS | On-going | In progress |
| DeCo 24.03.07 | 4. VOLIAM TARGO 063 SC (A-15893 A) - Stage C Promotion | Project Review and Release to First Sales with the DeCo | Molitor Elvira CHBS | Mar 2003 | In progress |

GRNVL0000088755
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 17

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 24.09.07 | 5. P000120-05: Development of New Consumer Concentrate Formulation of Cypermethrin by Stepan; Release to First Sales; P000121-05: Development of New Consumer RTU Formulation of Cypermethrin by Stepan; Release to First Sales | Finalize agreement with selected third party | Reasons Scott USGR; Hennen Marc USGR | Feb 2008 | In progress. |
| DeCo 24.09.07 | 5. P000120-05: Development of New Consumer Concentrate Formulation of Cypermethrin by Stepan; Release to First Sales; P000121-05: Development of New Consumer RTU Formulation of Cypermethrin by Stepan; Release to First Sales | Strategize on how to preserve the California pyrethroid label. Report to DeCo in January | Cosky Steve USGR; Pearson Fred USGR; Hendley Paul USGR; Rees Sarah GBJH | Quarterly Update | In progress. Internal meeting held December 13, PP Business support for investment of internal effort to help drive PWG activities confirmed. Recent data has continued to confirm earlier position that Pyrethroid residues in urban and agricultural sediments remain a difficult issue that will require close attention. PWG have a week of meetings with CDPR and other key academic, agricultural and activist stakeholders starting Jan 21. PWG study plans for 2008 nearing finalization. In regard to the Cypermethrin concentrate and RTU, Syngenta does not believe that the use patterns for these particular products are the primary issue or focus in CA. The PWG studies above will further delineate use patterns/products of concern (liquids versus granules, perimeter treatments versus drench termiticide applications vs. broadcast lawn applications etc.). Mitigation of identified problem use patterns will be the key to pyrethroid survival in CA and elsewhere. Product and/or use loss will depend on success of mitigation. |
| DeCo 28.10.07 | 2. SYN520453 Formulation Update | Final overview of work plan | Shaw Elizabeth CHBS | Feb 2008 | Planned |

GRNVL0000088756
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 18

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 29.10.07 | 2. SYN520463 Formulation Update | Quarterly reviews of progress and actions | Shaw Elizabeth CHBS | Quarterly | In Progress |
| DeCo 29.10.07 | 2. SYN520453 Formulation Update | Formulation peer reviews | Bird Neal GBJH | Monthly | In Progress |
| DeCo 29.10.07 | 4. P000649-05: ST. FormNew - TMX+LCY (210/037.5 g/l) for LATAM and APAC; Stage C Promotion | Finalize brand name | Messman Michael CHBS | 1Q08 | |
| DeCo 29.10.07 | 5. P001359-04: Emamectin-benzoate for tree injection for Control of Lepidopteran pests; Stage C Promotion | Release to First Sales to DeCo in January 2008 | Cosky Steve USGR, Reasons Scott USGR; Wagemans Bert CHBS | Jan 2008 | In progress. Checking with Don Pullins to see if Stage C presentation is actually due January 2008. |
| DeCo 29.10.07 | 5. P001359-04: Emamectin-benzoate for tree injection for Control of Lepidopteran pests; Stage C Promotion | Achieve submission of the complete package by 15th of Feb. 2008 | Cosky Steve USGR, Reasons Scott USGR; Wagemans Bert CHBS | Feb 2008 | On track Complete, 12/2007 (ahead of planned milestone). |
| DeCo 29.10.07 | 5. P001359-04: Emamectin-benzoate for tree injection for Control of Lepidopteran pests; Stage C Promotion | Finalize the Commercial Agreement with ArborJet. Inc | Cosky Steve USGR, Reasons Scott USGR; Wagemans Bert CHBS | Nov 2007 | On track. Complete. |
| DeCo 29.10.07 | 5. P001359-04: Emamectin-benzoate for tree injection for Control of Lepidopteran pests; Stage C Promotion | Secure emergency stock for 2008 in case of a Section 18 registration in Q2 2008 | Cosky Steve USGR, Reasons Scott USGR; Wagemans Bert CHBS | Jan 2007 | In process  NAFTA launch team scheduled to meet 01/11/08 and will formulate action plans. |

GRNVL0000088757
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 19

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 29.10.07 | 6. Inspire® Super A16001A U.S. and South Korea: Update on formulation development status | Process robustness trails with risk management plan, inet quality/supplier risk management plan. | Pearson Andrew USGR | Dec 2007 | Robustness trials complete, storage stability started. Alternate inerts being tested (where available). Moved Capital equipment to Andy Nield's action |
| DeCo 29.10.07 | 6. Inspire® Super A16001A U.S. and South Korea: Update on formulation development status | Complete field trials in 2007 and identify further studies if needed for 2008. | Tally Allison USGR | Dec 2007 | Complete: No phyto and efficacacious |
| DeCo 29.10.07 | 6. Inspire® Super A16001A U.S. and South Korea: Update on formulation development status | Production site selection anc capital equipment needs identified. | Nield Andrew USGR | Nov 2007 | |
| DeCo 29.10.07 | 6. Inspire® Super A16001A U.S. and South Korea: Update on formulation development status | U.S. EPA Submission | Rezaiyan Ruhi USGR | Apr 2008 | |
| DeCo 29.10.07 | 6. Inspire® Super A16001A U.S. and South Korea: Update on formulation development status | Secure South Korean marketing plans and add to financials | Wilhite Faye USGR | Nov 2007 | Complete. Project and business case updated in SYPOS |
| DeCo 29.10.07 | 6. Inspire® Super A16001A U.S. and South Korea: Update on formulation development status | South Korea Submission | Chee Yen Chin SGSG | Sept 2009 | |
| DeCo 29.10.07 | 7. P00132B-04: H&G: Evaluate use of TMX + LCH premix on Inert Granules, in Pro-Turf, H&G Markets (NAFTA) : Release to First Sales | Finalize agreement with selected third party | Reasons Scott USGR; Henien Marc USGR | Feb 2008 | In progress. |
| DeCo 29.10.07 | 7. P00132B-04: H&G: Evaluate use of TMX + LCH premix on Inert Granules, in Pro-Turf, H&G Markets (NAFTA) : Release to First Sales | Regulatory Affairs will continue to monitor the CA issues. | Cosby Steve USGR; Pearson Fred USGR | On-going | In progress. PP business met and discussed with regulatory and environmental science groups. Plans continue. |

GRNVL0000088758
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 20

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 29.10.07 | 8. P000449-05: H&G: TMX NMP-Free .22G (A1185G) & .33G (A1219E) Formulations for Consumer & Professional Use; Release to First Sales. | Finalize agreement with selected third party | Reasons Scott USGR; Hennen Marc USGR | Feb 2008 | In progress. |
| DeCo 10.12.07 | 2. SYN524464: Update on project status | Feedback DeCo challenges/guidance to MPT for follow-up actions. | Diggelmann Martin CHBS | Dec 2007 | Complete |
| DeCo 10.12.07 | 2. SYN524464: Update on project status | Project review and seek 2nd wave of innovation and uses for 524. | Diggelmann Martin CHBS | Feb 2008 | On-going |
| DeCo 10.12.07 | 2. SYN524464: Update on project status | Concept (together with EA/IE) to generate momentum for 524 in EU countries | Diggelmann Martin CHBS | Feb 2008 | Not started yet |
| DeCo 10.12.07 | 3. ST Stage 3 Evaluation of OPA Compound SYN524464: Global Joint Review Decision | Closely observe further developments in the global regulatory environment and initiate actions as required | Hertner Thomas CHBS | Nov 2008 | Complete |
| DeCo 10.12.07 | 3. ST Stage 3 Evaluation of OPA Compound SYN524464: Global Joint Review Decision | Develop options to accelerate MRL setting in key export countries for first sales markets | Hertner Thomas CHBS | Aug 2008 | In progress |
| DeCo 10.12.07 | 4. HPPD Joint Soybean Project Update | Next project update 2Q08 | Ball Christopher CHBS | Aug 2008 | On-going |
| DeCo 10.12.07 | 5. Galaxy; Promotion to Stage 2 | Communication plan developed for Galaxy | Molitor Elvira CHBS | Feb 2008 | With the help of KM M Bourguet Workshop in Feb |
| DeCo 10.12.07 | 5. Galaxy; Promotion to Stage 2 | Stage 2 communication to the CPLT | Furter Rolf CHBS | Jan 2008 | Complete |
| DeCo 10.12.07 | 6. VOLAM FLEX™ 40WG Release to 1st sales | Release to First Sales communication to the CPLT | Furter Rolf CHBS | Jan 2008 | |
| DeCo 10.12.07 | 7. DURIVO™ 300 SC Release to 1st sales | Release to First Sales communication to the CPLT | Furter Rolf CHBS | Jan 2008 | |

GRNVL0000088759
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 21

| Meeting | Topic | Action | Lead | Due Date | Status |
|---------|-------|--------|------|----------|--------|
| DeCo 11.12.07 | 1. Mesotrione Quality: post patent communication to selected regulatory authorities | Dispatch communication to in-country contacts for submission to national regulatory authorities | Costello Jean CHBS | Dec 2007 | Complete |
| DeCo 11.12.07 | 2. New Banner MAXX without inert THFA; Stage C Promotion | Further evaluation of potential uses in the Ornamental market. | Ross David USGR; Pullins Don USGR | Oct 08 | ongoing |
| DeCo 11.12.07 | 2. New Banner MAXX without inert THFA; Stage C Promotion | Finalize trade name | Bell Margaret USGR; Pullins Don USGR | 1Q2008 | not started |
| DeCo 11.12.07 | 2. New Banner MAXX without inert THFA; Stage C Promotion | Finalize acute toxicity work | Tisdel Merrill USGR | 1Q2008 | ongoing |
| DeCo 11.12.07 | 2. New Banner MAXX without inert THFA; Stage C Promotion | Secure the IP for turf safely. | Lee Michael GBJH; | Mar 08 | Ongoing |
| DeCo 11.12.07 | 3. Glyphosate/Diquat/Prodiamine RTU and MUP/Concentrate ; Stage C Promotion | Continue preparation and completion of Directions For Use. | Cosky Steve USGR | Jan 2008 | In-progress |
| DeCo 11.12.07 | 3. Glyphosate/Diquat/Prodiamine RTU and MUP/Concentrate ; Stage C Promotion | Preparation of PC and TOX study reports. | Wells Jerry USGR; Tisdel Merrill USGR | Jan 2008 | Testing underway. |
| DeCo 11.12.07 | 3. Glyphosate/Diquat/Prodiamine RTU and MUP/Concentrate ; Stage C Promotion | Submission to authorities. | Pearson Fred USGR | Feb 2008 | Planned |
| DeCo 11.12.07 | 4. Quilt Fungicide for the CP Fungicide Market; Release to First Sales | Confirm expected storage stability with 2007/2008 over-wintering trials. | Cush Sarah USGR | Mar 2008 | Ongoing |
| DeCo 11.12.07 | 4. Quilt Fungicide for the CP Fungicide Market; Release to First Sales | Complete spray testing with first production and determine if further antifoam reduction is needed. | Cush Sarah USGR | Jan 31, 2008 | Planned for early January -- production was delayed |

GRNVL0000088760
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 22

| Meeting | Topic | Action | Lead | Due Date | Status |
|---------|-------|--------|------|----------|--------|
| DeCo 11.12.07 | 4. Quilt Fungicide for the CP Fungicide Market; Release to First Sales | Determine if further testing is needed for the alternate sources of PPZ. | Cush Sarah USGR | Dec 15, 2007 – complete, but new testing planned (ongoing) | Indian PPZ tested, move to not use alternate sources whenever possible for this formulation (to reduce risk). We will test on an ongoing basis (outstanding request for recent Indian PPZ, we will test this again) |
| DeCo 11.12.07 | 5. P001065-04: ST: Apron® XL LS - NPE replacement: CAN, USA (NAFTA); Release to First Sales | Communicate release decision by DeCo to Regional Management in NAFTA. | Yoder Joe USGR | Jan 2008 | Complete: No sales are planned until required by EPA or PMRA, or there is a driving marketing reason. |

3

3

GRNVL0000088761
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 238 Page 23