--

| From: | Stypa Marian USGR |
|---|---|
| Sent: | Thursday, April 03, 2008 7:31 AM |
| To: | Gehmann Klaus Bernd CHBS |
| Subject: | RE: Corn Tour Information |

No problem, I just like to inform our Global partners and we are open for business. I know how busy you are and appreciate all the time you give us anyway!
I have also cracked the whip out here and an curious at what impact it may have, thus want to see as many sites as I can this year and then decide on next steps in the fall.
Regards,
Marian

| From: | Gehmann Klaus Bernd CHBS |
|---|---|
| Sent: | Thursday, April 03, 2008 4:22 AM |
| To: | Stypa Marian USGR |
| Subject: | RE: Corn Tour Information |

Hi Marian,

Thanks for this. My folks (Brian et al.) will of course be on this key event. I myself will be in the Far East at the same time - sorry! But then back to your plots in July in Canada.

Regards

Klaus

| From: | Stypa Marian USGR |
|---|---|
| Sent: | Donnerstag, 27. März 2008 22:02 |
| To: | Gehmann Klaus Bernd CHBS; Doppmann Franz CHBS; Brady Angela CHBS; Doe John GBJH |
| Subject: | FW: Corn Tour Information |

Just to keep you informed, any potential individuals in your teams that may be interested in joining the tour?

Regards,
Marian

| From: | Stypa Marian USGR |
|---|---|
| Sent: | Thursday, March 27, 2008 12:47 PM |
| To: | DL USGR RLT |
| Subject: | FW: Corn Tour Information |

Please find attached the schedule for our annual corn R&D field tour. It is a great opportunity to see our new technology in the filed, to visit our field staff and to obtain first hand exposure to agriculture in action. It would be great if some of the RLT could find some time to join us on the tour, please also consider having others in your department attend as part of their personal development objectives. If you or others can join us, please let Stott/Becky know as soon as possible so the proper planning/arrangements can be made.

THANKS for your support,
Marian

| From: | Howard Stott USDM |
|---|---|
| Sent: | Thursday, March 27, 2008 11:21 AM |
| To: | Pyle Steve USGR; Vail Gordon USGR; Iragavarapu Raj USDM; Steiner Pat USDM; Turner Kendall USDM; Spinney Mark GBJH; Manley Brian CHBS; Hofer Urs CHBS; Diggelmann Martin CHBS; Carmean Kurt USGR; Glasgow Les USGR; Foresman Chuck USGR; Porter Don USGR; Huck Corey USDM; Peters James H USGR; Tingle Chris USVB; Dunne Cheryl USVB; Jain Rakesh USVB; Langkamp Scott USGR; Martin Duane USGR; Leetch Mike USDM; Carmody Terence USDM; Johnson Jim USDM; Gehant Sarah USDM; Kacvinsky Bob USDM; Abell Craig USDM; Soares Jose Erasmo BRSP; Bachiega Andre BRSP; Fullick Kay GBJH; Zelaya Ian GBJH; Bruns Dain USDM; |

PLAINTIFF'S
EXHIBIT NO. *18*
FOR IDENTIFICATION
DATE: 1-1-10 RPTR DS

1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    GRNVL0000072206

Exhibit 241 Page 1

Cully Scott USDM; Forster Pete USGR; Lengkeek Venance USDM; Miller Brett USDM; Moses Adrian USDM; Mroczkiewicz Steve USDM; Nichols Craig USDM; Pastushok Gary W USGR; Sanborn Stephen USDM; Thomas Dave USDM; Ulmer Bryan James USGR; Wichert Rex USGR; Dechandt Lieselotte BRSP; Battles Bruce USSL; Wright Harold CATO; Savage Kristine CATO; Hole Stephen CHBS; Tornow Tammy USGR; Chen Sunmao USGR; Ball Christopher CHBS; Coles Chris GBJH; Hinderliter Daniel USGR; Reynolds Jeremy CHBS; Crampton Patrick CHBS; Moreno Raul ARBA; Beckett Tom USGR; Laufenberg Jeffry USDM; Gutierrez Roberto ARBA; Dallimore Jon GBJH; Longstaff Adrian GBJH; McLachlan Matthew GBJH; Salmon Roger GBJH; Aspinall Ian GBJH; Yuan Tianwen CNSH; Jiang Daiqing CNSH; Au Jeff CNSH; Geng Heli CNSH; Hitchner Erin USGR; Chen Lina CNSH; Jiang Daiqing CNSH; Tout Nancy CATO

**Cc:**    Derscheid Becky USDM; Atwood Emily USGR; Beckett Brooke Pearman USGR; Harrison Steve USGR; Delp Bryan USVB; Wurz Robert USGR; Moss Michael USGR; Stypa Marian USGR

**Subject:**    Corn Tour Information

Dear Colleagues,

To facilitate travel planning I wanted to communicate the initial details for the Midwest Corn Tour.  Participants will need to be in Minneapolis on 22 June for a very early start on Monday, 23 June.  The transportation for the entirety of the week will be via coach/bus so internal flights will not be necessary.  We will finish the tour on Friday afternoon and plan to have folks at the St Louis airport (or hotel near the airport) by 5:00 PM on Friday, 27 June.

The general itinerary is shaping up like this:

| June. | Host, region |
|-------|--------------|
| 23.   | Brett Miller, Minnesota |
|       | Bryan Ulmer, South Dakota |
| 24.   | Adrian Moses, Iowa |
| 25.   | Dave Thomas, Illinois |
| 26.   | Steve Mroczkiewicz, Indiana |
|       | Scott Cully, Southern Illinois |
| 27.   | Scott Cully, Southern Illinois |

Technology featured on the tour will include: Stage 1 herbicides (DASH & HPPD), late lead finding, Halex GT (sequence concepts, adjuvants and additives), Lumax formulations, '449 concepts (s-moc premix, glyphosate premix, soil type/rate definitions, carry-over), mesotrione/atrazine mixtures, mesotrione/soybean tolerance, and competitor product profiles.

Becky Derscheid will be making arrangements for the tour.  Please liaise with her regarding your travel details and needs. In order to facilitate the best possible outcome on logistics, please inform Becky of your participation by 1 May.  Becky and I will advise of further details in the near future.

Regards,

Stott

2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          GRNVL0000072207

Exhibit 241 Page 2