# Development Committee Meeting Notes, August 20, 2008

| To | Furter Rolf CHBS;<br>Amrein Josef CHBS;<br>Brady Angela CHBS;<br>Brown Richard Anthony CHBS;<br>Favrel Sylvie CHBS;<br>Gehmann Klaus Bernd CHBS;<br>Goppelsroeder Christoph CHBS;<br>Gordon Paul Francis CHBS;<br>Haessler Guenther CHBS;<br>Neill Rob USGR;<br>Ramos Gerardo CHST;<br>Sirchio Kris CHBS; | **Date:** 20.08.2008<br><br>**Copy Mgmt:**<br>Lawrence David CHBS; Aruffo Sandro CHBS; Atkin John CHBS; Berendes Robert CHBS; Fischer Valdemar USGR; Guimaraes Antonio BRSP; Guthrie Andrew SGSG; Rezende Maercio CHBS; Doe John GBJH; Doppmann Franz CHBS; Diriwaechter Georg CHBS; Dalton Ian Paul SGSG; Gallina Fernando BRSP; Kirch Gerd CHBS; Sozzi Dino CHBS<br><br>**Copy Functions:**<br>Allen James CHBS; Amrein Josef CHBS; Angst Max CHBS; Asano Takafumi SGSG; Aubert Andrew AUSY; Ball Christopher CHBS; Bembridge John GBJH; Boscolo Patricia BRSP; Botham Phil GBJH; Boykin Roy USGR; Carmean Kurt USGR; Cassidy Eddie CHBS; Cecil Jeff USGR; Chassot Celine CHBS; Chee Yen Chin SGSG; Cook Andy GBJH; Diggelmann Martin CHBS; Drost Dirk USGR; Druebbisch Bernd USGR; Duan James USGR; Durand Robert CHBS; Earl Michael SGSG; Eichorn Jamie USGR; Flattery Marian GBJH; Flores Maurilio MXMC; Flueckiger Claude CHBS; French Dave CHBS; Friedmann Adrian Alberto CHBS; Gobbi Alexandre BRSP; Haessig Robert CHMU; Hall Beth GBFB; Hashino Yoji JPTO; Hertl Peter USGR; Hofer Dieter CHBS; Hou Yili CHBS; Hubbard Lee USGR; Kim YongWhan KRSL; Kirch Gerd CHBS; Laird David USGR; Langkamp Scott USGR; Lanter Franz CHBS; Lawton Tina SGSG; Leadbeater Andy CHBS; Lefevre Manfred DEMT; Leite Odanil CHBS; Lewis Fraser GBJH; Leyva Rodolfo USGR; Lopez Antonio ESMD; Martinho Leandro BRSP; Manley Brian CHBS; Maund Steve CHBS; McFarland Janis USGR; Mewes Kersten CHBS; Miles Peter GBJH; Molitor Elvira CHBS; Moss Michael USGR; Mostert Meier Irmgard SGSG; Neale Mike CHBS; Nuninger Cosima CHBS; Ohtomo Hidero JPTO; Paiva Sergio BRSP; Park KweeDoo KRSL; Parsons Paul GBJH; Pastoor Tim USGR; Peters Guenther DEMT; Petit Michel FRSC; Pullins Don USGR; Puri Emilio CHBS; Rees Sarah GBJH; Sadler David GBJH; Saporiti Marco ITMI; Sapiets Alison GBJH; Savinelli Caydee USGR; Shaw Elizabeth CHBS; Silva Nestor BRSP; Smith Lewis CHBS; Smith Maureen GBJH; Spicer Lorna GBFB; Spinney Mark GBJH; Stehli Andreas CHBS; Stepan Michael CHBS; Tally Allison USGR; Tedford Eric USGR; Veiga Jose BRSP; Ward Steven GBJH; Weber Hans CHBS |

| Location: | **Meeting Room: WRO 1004.6.22** |
|---|---|
| Time: | **0830 - 1700** |

Dear DeCo Members

Attached you find the minutes of the meeting on August 20, 2008. All presentations have been posted to the **DeCo**

GRNVL0000088776
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 1

**TeamSpace**: http://ts1.pro.intra/sites/GRDDeCo/default.aspx

With best regards

Jasper Barnes

GRNVL0000088777
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 2

# Notes

| Topic |
|---|
| 1.  **P478-07: SYN 524/FDL/CDL 100 FS (50/25/25 gai/l) – Formal project termination and recommendation on next steps** (Diggelmann Martin CHBS, Leite Odanil CHBS, Oostendorp Michael CHBS, Mittermeier Ludwig CHBS, Krukelmann Eckhard DEMT) – **Summary and Recommendations** |

SYN 524464 was promoted to stage 3 for ST-uses in April 06 – key decision factors were the closure of a strategic gap against *Ustilago nuda* in barley, the expectance to enrich the SYT market offers with new value propositions based on the technical profile of the new AI and the opportunity for extending IP protection of the existing SYT ST portfolio beyond 2020.

- Project 478-07 deals with the formulation development of a specialist solution (A15875) for intensive barley production in EAME as part of the wave 1 portfolio around SYN 524464
- Global business case for SYN 524 by 2015 is $ 235m
- Global business case for barley is $31m – of which EAME contributes $23m
- A15875 was designed with a limited data set in hand and based on the assumption of a matching or only slightly inferior performance of SYN 524 compared to the market standard tebuconazole (TCZ) against *U. nuda*
- At time of stage 3 promotion it was known that SYN 524 has performance issues on certain experimental seed lines. It was considered a manageable risk as these seedlines have no connection to market varieties and are used for testing/registration purposes only (it is difficult to get access to U.nuda infested seeds in Europe)
- It was discovered throughout 2007/2008 that SYN 524 has <u>additional</u> performance issue on *U.nuda* under draught conditions.
- Analysis of the historic weather patterns in Europe at times of sowing revealed the likelihood of prolonged dry conditions to be too high – the mutually agreed conclusion across technical & marketing positions from Global and EAME was that going to market with A15875 was too risky for such high-value markets as malting barley, hence the proposal to stop the barley special formulation project
- Analysis of trial data on a global level as of today suggest that the lack of performance under draught conditions is limited to *U.nuda* and probably associated with the specifics of the life cycle of the fungi (no soil phase as part of the infection cycle) – this hypothesis is under active investigation
- Global and regional marketing agreed on new market positioning strategies (including how to reposition A16283D – details see next agenda item) and on design of fallback solutions – SYN 524 has to be marketed on Root & Stand care and/or early foliar control and/or enhanced yield value propositions while adding an 2nd MOA to control snow mould (resistance mgt).
- Demonstrating the value of these additional benefits beyond good control of classical disease complexes is a necessity when going after the high-value cereals segment and technical profiling of SYN 524 is now clearly focused on substantiating key differentiators as the data (mostly from outside Europe) are encouraging but the data base still very limited
- Recommendations are:

  ➢ to freeze the current formulation but stop any further development - terminate P 478-07
  ➢ to search (1-2 year) rates/ratios of fall back solutions which will be positioned as one-for-all solutions, i.e. targeting the growing market segment of combination wheat and barley offers
  ➢ to evaluate/secure access to TCZ (including registration package) – BCS being preferred supplier
  ➢ To get clarity on FTO – preliminary data support going ahead w/ a TCZ mixture concept
  ➢ start a new formulation project, earliest in Q309, if given green light from all functions – market entry 2013+ (delay of 1-2y compared to market access with A15875)

GRNVL0000088778
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 3

**Communication Plan**

- Development of A15875 is stopped due to inconsistent performance of 524 against *Ustilago nuda* under draught conditions
- Inconsistent performance under dry conditions was in line with other market products with the exception of Raxil (which was the least affected)
- Data analysis so far suggest efficacy variability under dry soil conditions is very likely limited *to U.nuda* control, probably due to lack of a soil phase in its infestation cycle
- The development of tebuconazole containing OFA-premixes will be pursued after differentiating benefits of 524 are clearly understood and demonstrated and sourcing/FTO is secured.

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Communicate DeCo decision/feedback to project teams | Diggelmann Martin CHBS; | Aug-08 | |
| 2008/09 trial plans to reflect need to enlarge data set on Root/Stand Care and additional benefits. Is current resources allocated to the project in EAME at a level sufficient to answer outstanding questions around USPs? | Oostendorp Michael CHBS; Krukelmann Eckard DEMT | Aug-08 | |
| Ensure we have field trials plant in 2009 to determine if there drought stress risks to performance in other crops, i.e. soybean, vegetables. | Oostendorp Michael CHBS | Aug-08 | |
| Update CPLT on status of this project and P000480-07 Stage C promotion | Furter Rolf CHBS | Sep-08 | |

**P000480-07 & Subprojects: ST: SYN524464/FDL/DFZ 100FS (50/25/25 gai/l) mix for All in One intensive cereals (A16283D) - Stage C Promotion: Stage C (Diggelmann Martin CHBS, Leite Odanil CHBS, Oostendorp Michael CHBS, Hertner Thomas CHBS, Schlatter Christian CHBS, Baum Stefan CHMU, Leuenberger Simon CHMU, Mittermeier Ludwig CHBS ) – Summary and Recommendations**

- A16283D is the 2nd formulation frozen from the wave 1 portfolio of SYN 524 consisting of 6 discrete formulation projects
- A16283D, specifically developed for EAME, was originally designed as a product for combined use in wheat and barley (OFA) but is now repositioned as wheat specialist due to lack of consistent performance under drought conditions against loose smut in barley (details see previous agenda item)
- Sales forecast at plateau (2015) - $64m representing 27% of overall business case of SYN 524
- Technical profile outside Europe supports planned market positioning via Root & Stand Care and/or early foliar value propositions, but database is currently small in EAME and lack of clear demonstration of these additional benefits poses a significant risk in positioning A16283D in the high-value cereal segment - intense profiling to work out the unique selling points is scheduled for the 2008/09 trial season
- Will be complemented in the market place with a true OFA offer if development of TCZ containing premixes is judged feasible
- Observed minor particle growth in the formulation under extreme (changing climate) conditions judged unlikely to pose a threat, in particular given application for ST-use only
- Major formulation development risk about AI quality (as for all new active ingredients only a limited data set exists at time of freeze). Risk management plan and teams in place.
- Submission Nov 2010, earliest sales in 2012, more likely 2013
- Recommendation by 524-MPT: promote to Stage C

**The DeCo approves the Stage C Promotion for the SYN524464/FDL/DFZ 100FS (50/25/25 gai/l) (A16283D) formulation.**

**Communication Plan**

- The 524 Growth Strategy Team under leadership of Odanil Leite (Global business manager SYN 524) will work with EAME to develop marketing/launch plans.

**PER Project Overview - 2009 Portfolio (Bean Mike GBJH) – Summary and Recommendations**

GRNVL0000088779
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 4

PER (Product Enhancement research) are projects that are product focused but without an identified technological solution.

- There have been some good successes from this portfolio recently with projects progressing into development, including emamectin rate reduction, fomesafen-glyphosate, options for new Cruiser formulations and adjuvants for SYN520.
- There is still a strong demand for projects like this continuing into 2009. The potential sales value is $500m however as these are technically challenging targets, not all projects will succeed.
- There is a strong portfolio in Fungicides, with good technical progress on a number of projects.
- There are a couple of proposals in the insecticides portfolio this year, one building on some interesting leads from adjuvants with the Galaxy project.
- Good progress in the herbicide portfolio during 2008 with some new ideas emerging for 2009.
- There are two key projects within Seed Treatment and these are well supported. There is a significant interest in further projects in this area arising from Project Firethorn and it is anticipated seed care demand will rise in 2009.
- We currently have no projects dedicated to professional products in this portfolio. There are a couple of initiatives which have been initiated in 2008 but these are not yet PER projects.
- The two cross-indication projects, adjuvants and solvents, both have good pipelines of ideas and have already been very useful for development projects. Support for the adjuvants project is recommended into next year. The solvents project is scheduled to complete in Q1 2009 and the program should be completed.  An interesting solvent has been identified in this project, DML, which should receive further evaluation and consideration with key solvent suppliers in partnership with Syngenta.  This solvent can be a likely replacement for NMP, THFA and other compounds currently used.  To date, the 6-pack toxicology results indicate a clean product.  We aim to establish IP and the global registration of the molecule.  In partnership with key suppliers, we aim to receive exclusivity for agricultural uses and license fees for others.
- The projects will be prioritized during September.

**The DeCo approve moving forward in evaluations with key supplier partnerships for the DML solvent.**
**The DeCo approve moving forward with activities required for a global registration for DML.**
**The DeCo approve moving forward with Invinsa™ as a new project in PER immediately.**

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| 1.     Prioritize PER Projects in September meetings in CP and SC | Barnes Jasper CHBS | Sep-08 | |
| Engage with the Invinsa™ program now and identify other projects to temporarily delay | Barnes Jasper CHBS; Bean Mike GBJH | Sep-08 | |

**Galaxy-377: update - key areas- informal, DeCo Q&A opportunity** (Molitor Elvira CHBS; Escher Michael CHBS; Pedroni Domingos CHBS; Iwanzik Wolfgang CHBS; Randles Kenneth CHBS) **– Summary and Recommendations**

**Collaboration with DuPont**
- Collaborative Project Management model (CPM) for managing inter-company projects with processes and tools will be adopted
- Main benefits are:
  - ➢ Improved transparency
  - ➢ Clarity on what is in the collaborative space and what is company specific
  - ➢ Facility to maintain common schedules and to record schedule changes.
  - ➢ Enabling of cross-enterprise, multi-project reporting and control
  - ➢ Cross-project management of tasks and activities agreed on in meetings.
  - ➢ Standardization of project documentation by using common formats and tools.
  - ➢ Standardized processes and methods for the exchange of project definitions, content and scope as well as targets
  - ➢ No partner has to disclose proprietary know-how on the Product Development Process
- Implemented already
  - ➢ Collaboration teams with kick-off meetings on July 14-16
  - ➢ PPT template- reflecting look and feel of both companies
  - ➢ Terminology: Cyantraniliprole (ISO proposed), CYNT
- Agreed to implement with priority
  - ➢ Interaction chain - common plan
  - ➢ Communication matrix – who speaks to whom

GRNVL0000088780
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 5

45 g/L chlorantraniliprole plus+ 18 g/L Abamectin
- Broad spectrum Insect control: lepidoptera and mites, fast acting, offers resistance mgmt for Diamond back moth in vegetables and Codling moth in fruit and a new MoA in whitefly
- Foliar use on pome fruit, vegetables, coffee
- For fruit and vegetable growers seeking top and precise performance, VOLIAM TARGO is the "key-problems solver": its new mode of action, powerful against a broad range of lepidoptera, is a rescue against the resistant strains. It provides also best-in-class control of mites and leaf miners. VOLIAM TARGO is IPM fit, and its global labels ensure freedom to export, unlike the older chemistries
- Key countries:
  Brazil: veges, coffee, pome fruit
  EAME: Italy, France and Spain for pome fruit
  APAC: veges
- Risk: medium
  Major drivers are the potential ABA non re-registration in Brazil with a potential knock-on to other LATAM countries and potential market restrictions for mixtures in Italy and France.
  This will be actively monitored as we progress. Project scope, spend will be adapted accordingly and corrective actions taken if needed.
- Assumptions:
  Development cost 08 onwards: $3.3m
  First registration 4Q 08 in ARG
- Base Case Financials:
  Target sales:49 $m with an profitability at peak being 63%
  NPV: $19m (base case) with 1$m additional opportunities (BR); NPV = 5 $m even if both key risks turn into worst case

**The DeCo approves the Release to First Sales for the VOLIAM TARGO 063 SC (A15893A) formulation.**

| **Communication Plan** |
|---|

VOLIAM TARGO 063 SC is a new insecticide offering a novel mode of action for the control of lepidoptera, combined with state-of-the art performance against mites and leaf miners. The product is targeting primarily premium markets in vegetables and fruits, with additional potential use in coffee and soybeans. The brand belongs to the bisamide technology based DURIVO™ line.
VOLIAM TARGO 063 SC is a safer and more effective alternative to standard chemistries. It is targeted against difficult to control lepidoptera and mites. It is fast acting and long lasting against codling moth and other fruit moth or leaf rollers in pome fruits. It is highly effective against *Plutella* in cabbage.
First registration approval is expected in Argentina in the 4th quarter 2008.

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| CPLT information | Furter Rolf CHBS | Sep-08 | |

| 2. | **P000334-03: ST: Avicta® Duo (ABA+TMX) Seed Treatment for Cotton and Corn (A16115A, NAFTA) - Release to First Sales** (Yoder Joe USGR; Jirak Mark USGR; Jones Kurtis USGR; George Marc USGR; Long David USGR; Brinkley Carolyn USGR; Jones Charles USGR) **– Summary and Recommendations** |
|---|---|

Nematicide / Insecticide Seed Treatment Premix (A16115A) for use in USA containing 148 g ai/L (12.39%) abamectin +  335 g ai/L (28.08%) thiamethoxam
- AVICTA Duo provides efficacy and crop safety profiles in both cotton and corn similar to an equivalent tankmix of Cruiser 5fs and AVICTA 500FS. Dust-off is improved compared to AVICTA 500FS, Cruiser 5FS
- Wet/dry flowability:  comparable to AVICTA 500FS, Cruiser 5FS
- Good physical/chemical storage stability
- Acute tox confirms "Poison" not required on treated corn seed container, which is critical for treated corn seed and desirable for cotton
- 2009 introductory year as we develop new market segment corn seed market.  replaces AVICTA 500FS in cotton market
  - ➢ Target Sales at plateau - $28mio USD for cotton, $40 mio USD for corn
  - ➢ %GM – 82.5% (avg. cotton & corn)
  - ➢ Year 1st Sales – 2009
  - ➢ Total NPV 16% - $51mio USD
- Manufacturing will be at Omaha. NE in Seed Care Unit

GRNVL0000088781
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 6

**The DeCo approves the Release to First Sales for the AVICTA DUO (A16115A) formulation.**

**Communication Plan**

- Regional Management in NAFTA need to be informed about the Release to First Sales by Global Marketing and Development

| Actions and Next Steps | Responsible | Deadline | Status |
|---|---|---|---|
| Communicate Release to First Sales promotion by DeCo to Regional Management in NAFTA | Yoder Joe USGR | Sep-08 | |
| Communicate Release to CPLT | Furter Rolf CHBS | Sep-08 | |
| Communicate to all Regions that all future Release to First Sales, extensions, territories and crops with AVICTA formulations will go through the Global DeCo | Barnes Jasper CHBS | Aug-08 | |

GRNVL0000088782
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 7

## Action list previous meetings

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 19.03.07 | 2. AVICTA 400FS ( A14024C) as a ST for Nematode control in Vegetables: Release to First Sales: | Formulation variant testing for enhanced biological performance | Diggelmann Martin CHBS | Oct-08 | In progress, freeze shifted from summer into fall 2008 (increased biological database) |
| DeCo 18.04.07 | 5. Aba SC (P000363-05 and P000015-07); Stage C Promotion | Review for Release to First Sales | Yoder Joe USGR; | Jan-0€ | USA is delayed due to the need to develop residue data, no sales are expected before early 2009 (Israel). |
| DeCo 29.08.07 | 7. P000368-03: DUAL II MAGNUM NPE Replacement for Canada; Stage C Promotion | PMRA Submission | De Decker Michelle CATO; | Jul-08 | Complete. Submitted to PMRA 16.06.08 |
| DeCo 28.10.07 | 6. Inspire® Super A16001A U.S. and South Korea; Update on formulation development status | South Korea Submission | Chee Yen Chin SGSG | Sep-09 | In progress |
| DeCo 10.12.07 | 3. ST Stage 3 Evaluation of OPA Compound SYN524464: Global Joint Review Decision | Develop options to accelerate MRL setting in key export countries for first sales markets | Heftner Thomas CHBS | Aug-08 | Done for major export markets. Import tolerances expected to be in place in time or are not critical in majority of countries except for Japan where import tolerances will be in place with a two year delay at minimum. |
| DeCo 11.12.07 | 2. New Banner MAXX without inert THFA - Stage C Promotion | Secure the IP for turf safety. | Lee Michael GBJH; | May-03 | Ongoing |
| DeCo 11.12.07 | 8. Glyphosate/Diquat/P-Diamine RTU and IIIUP/Concentrate ; Stage C Promotion | Submission to authorities. | Pearson Fred USGR | Jun-0€ | Complete. Revised CSFs done. Labels are being finalized Will be submitted in August |
| DeCo 01.16.08 | 2. VIRTAKO 0.6 GR: Thiamethoxam + SYN 545170 for Into-water use; Stage C Promotion | Release to 1st sales | Molitor Elvira CHBS; | Nov-09 | Planned |
| DeCo 01.16.08 | 3. DURIVO 1.5 GR: Thiamethoxam + SYN 545170 1.5 GR; Stage C Promotion | Release to 1st sales | Molitor Elvira CHBS; | Dec-09 | Planned |
| DeCo 01.16.08 | 4. P001051-04: Replacement of fluoxell in A8364A (Chess / Plenum 50 WG) pymetrozine containing formulations; Release to First Sales | Update the team on the decision of the changing of AI source | Imison Michael CHBS; | Jun-09 | In progress Shenyang looks to be the likely source. Will be able to confirm within the test over the next two month. Pilot production samples are being produced now. |

GRNVL0000088783
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 8

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 01.16.08 | 6. Prodiamine Mesotrione Premix for Northern Turf USA; Stage C Promotion | Complete directions for use for the commercial label | Ross David USGR; | Jun-08 | Complete |
| DeCo 01.16.08 | 6. Prodiamine Mesotrione Premix for Northern Turf USA; Stage C Promotion | Organize a Launch Team and prepare for commercial release. | Pullins Don USGR; | Aug-08 | Not started waiting on current submission at EPA to determine if we will be able to proceed. I checked with John Abbott on 8/15 and latest indications were favorable. |
| DeCo 01.16.08 | 7. Turf: New and Improved Daconil Liquid Formulation (NAFTA); Stage C Promotion | Further evaluation of potential uses in the Ornamental market. | Ross David USGR; | Dec-03 | Ongoing . Should freeze formulation this fall following trial season for T&O . Plans for ornamentals are to take definitely it into the nursery market, and hopefully the indoor greenhouse market as well. |
| DeCo 01.16.08 | 7. Turf: New and Improved Daconil Liquid Formulation (NAFTA); Stage C Promotion | Detailed Freedom To Operate analysis conducted | Lee Michael GBJ/H; | Oct-06 | Not started |
| DeCo 01.16.08 | 10. Glyphosate/Dicamba premix (A16160A) for summer fallow CDN; Stage C Promotion | Glyphosate/dicamba premix (A16160A) PMRA submission | De Decker Michelle CATO; | Nov-03 | In progress |
| DeCo 01.16.08 | 10. Glyphosate/Dicamba premix (A16160A) for summerfallow CDN; Stage C Promotion | Pilot plant process trials | Vestal Felisha USGR; | Dec-09 | In progress |
| DeCo 01.16.08 | 10. Glyphosate/Dicamba premix (A16160A) for summerfallow CDN; Stage C Promotion | Third party Toller process trials | Vestal Felisha USGR; | April-10 | In progress |
| DeCo 01.16.08 | 10. Glyphosate/Dicamba premix (A16160A) for summerfallow CDN; Stage C Promotion | Release To First Sales | Carmean Kurt USGR | May-10 | In progress |
| DeCo 22.02.08 | 1. Supracide® 40EC Management for the Future – Product Review | Process audit by local & regional stewardship of the implementation of the new PPEs by end of 2008. Audit Process developed with internal & external experts. | Coordination : Regional Regulatory / Stewardship | Dec-03 | Ongoing |

9

GRNVL0000088784
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 9

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 20.02.08 | 7. P000469-06: Cruiser® Maxx Canola premix (TMX+MFM+FDL+DFZ+AZO)( A16012D CND, USA); Stage C Promotion | Review for Release to First Sales | Yoder Joe USGR; | Nov-10 | In progress |
| DeCo 20.02.08 | 9. P001184-04: Florasulam / MCPA (Orion®) registration project USA – Release to First Sales | Conduct 1 year project / sales review | Carmean Kurt USGR | Feb-09 | Pending |
| DeCo 31.03.08 | 2. P00190-05 SYN520/Chlorothalonil formulation A15893AB - Status Update | Present data to support Stage C promotion to DeCo in Jul 2008 | Shaw Eliza beth CHBS | Sep-08 | Formulation has been shown to be Toxic by inhalation. Other variants are being considered. Work ongoing and to be reviewed in Sep 08. |
| DeCo 31.03.08 | 8. Invinsa™ crop stress protection project update | Update DeCo on progress ard plans for 2009 | Drost Dirk USGR | Nov-08 | Ongoing |
| DeCo 31.03.08 | 9. Emamectin-benzoate 4% Tree Injection- Release to First Sales | Optimize formulation stability | Swanson Jim USGR; | Aug-08 | Complete |
| DeCo 31.03.08 | 9. Emamectin-benzoate 4% Tree Injection- Release to First Sales | Biology testing on additional tree insect pests. | Costly Steve USGR | Dec-08 | Ongoing |
| DeCo 16.04.08 | 6. HAMBRA – Promotion to Stage 2 | Marketing will evaluate the effects of speed to market, April 2012 or July 2013 | Bidwell Mark | Oct-08 | In Progress |
| DeCo 22.05.08 | 1. DFZ+CYF: starting / progressing development of a new formulation for use in Specialty Crops in EAME | Finalize supply agreement with NISSO | Heinis Thomas CHBS; | Jun-08 | Complete. Nisso Supply agreement finalized and signed on August 7th 2008 |
| DeCo 22.05.08 | 3. P000316-07: Fomesafen / glyphosate premix for GT soybeans - Stage C Promotion | Fomesafen / glyphosate premix submission | Dixon Monty USGR | Sep-08 | In progress |
| DeCo 22.05.08 | 3. P000316-07: Fomesafen / glyphosate premix for GT soybeans - Stage C Promotion | Third party toller process trials | Voisard Adam USGR | Feb-09 | Currently slated for Fall 2008 |
| DeCo 22.05.08 | 3. P000316-07: Fomesafen / glyphosate premix for GT soybeans - Stage C Promotion | Release To First Sales | Carmean Kurt USGR | Mar-09 | In progress |

GRNVL0000088785
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 10

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 22.06.08 | 4. Revus Top™ (difenoconazole 250 g ai/l + mandipropamid 250 g ai/l) Release to First Sales in U.S. (A1476A) | First year project review | Wilhite Faye USGR | May-09 | In progress |
| DeCo 22.06.08 | 5. Alto 100SL (A9898A) and Quadris Xtra (A12910C) Release to First Sales in the U.S. | Review business case | Eichorn Jamie USGR; Modrow Alex CHBS | May-09 | In progress |
| DeCo 22.06.08 | 5. Alto 100SL (A9898A) and Quadris Xtra (A12910C) Release to First Sales in the U.S. | First year project review. | Wilhite Faye USGR | May-09 | In progress |
| DeCo 18.06.08 | 1. Epoxyconazole New AI Project Launch Update | Update CPLT and report back to DeCo | Furter Rolf CHBS; Neill Rob CHBS | Jun-08 |  |
| DeCo 18.06.08 | 1. Epoxyconazole New AI Project Launch Update | Project Update to DeCo | Shaw Elisabeth CHBS | Sep-08 | In progress |
| DeCo 18.06.08 | 5. Product Enhancement Research – Fungicide Portfolio. Product Enhancement Research – Fungicide Portfolio | Risk/feasibility of new project proposals to be determined in time for technical review of ongoing PE Projects | Stock David GBJH; Leadbeater Andy CHBS | Jul-08 | A joint review of existing fungicide PE projects is planned for 18 September to review field data and feedback for existing PE projects to enable decisions about recommendations for progression of new ideads into the 2009 portfolio |
| DeCo 18.06.08 | 5. Product Enhancement Research – Fungicide Portfolio. Product Enhancement Research – Fungicide Portfolio | Conduct technical progress review and validate business case for ongoing Fungicide PE Projects | Leadbeater Andy CHBS | Sep-08 | In planning. |
| DeCo 18.06.08 | 5. Product Enhancement Research – Fungicide Portfolio. Product Enhancement Research – Fungicide Portfolio | Conduct cross-comparison of New fungicide PE proposals with ongoing Fungicide PE projects and make available recommendations ahead of Cross Product Line Prioritization in September 2008 | Stock David GBJH; Leadbeater Andy CHBS; Shaw Elizabeth CHES | Sep-08 |  |

11

GRNVL0000088786
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 11

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 18.06.08 | 5a. P000092-06: Cross Indication Adjuvant (CIA) Project | Status and profile of new adjuvant leads to be communicated on a rolling basis throughout the year | Stocc David GBJH; | Dec-C8 | In progress |
| DeCo 18.06.08 | 5a. P000092-06: Cross Indication Adjuvant (CIA) Project | Scouting evaluation of spin-off applications into the Turf area | Stocc David GBJH; | Nov-03 | Resource planned at Sports Turf Research Institute (funded by UK Turf business) |
| DeCo 18.06.08 | 5a. P000092-06: Cross Indication Adjuvant (CIA) Project | Approach to evaluation of CIA adjuvants in Seed Care area to be addressed. | Stocc David GBJH; Shirley Ian GBJ-H | Oct-08 | To be initiated |
| DeCo 18.06.08 | 6. P00Q463-07: ST: SYN524464 Solo 500FS (A16148C & F) for Corn, Soya, other industrial crops - Stage C Promotion | Communicate Deco decision to key stakeholders | Diggelmann Martin CHBS; | Jun-08 | Complete |
| DeCo 18.06.08 | 7. Brand Q (A15909B) in USA: Update on formulation development status - Stage C Promotion | Continue stability & robustness studies and compatibility testing. | Pearson Andrew USGR; | Feb-09 | In progress |
| DeCo 18.06.08 | 7. Brand Q (A15909B) in USA: Update on formulation development status - Stage C Promotion | Release To First Sales | Wilhite Faye USGR; | May-09 | In progress |
| DeCo 18.06.08 | 8. P000042-07, P00004-3-07; Thiamethoxam & L-cyhalothrin RTU (A16424B) and Concentrate (A16423B) for Consumers - Stage C Promotion | Check to see if inerts are suitable in EAME | Pullins Don USGR | Jul-09 | In progress |
| DeCo 18.06.08 | 8. P000042-07, P000043-07; Thiamethoxam & L-cyhalothrin RTU (A16424B) and Concentrate (A16423B) for Consumers - Stage C Promotion | Prepare draft label for EPA submission. | Zajac Mark USGR; | Oct-08 | Underway |

GRNVL0000088787
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 12

| Meeting | Topic | Action | Lead | Due Date | Status |
|---|---|---|---|---|---|
| DeCo 16.06.08 | 8. P000042-07, P000043-07; Thiamethoxam & L-cyhalothrin RTU (A16424B) and Concentrate (A16423B) for Consumers - Stage C Promotion | Submission to authorities. | Pearson Fred USGR/ Parshley Tom USGR | Nov-03 | On schedule to ahead of schedule |
| DeCo 16.06.08 | 8. P000042-07, P000043-07; Thiamethoxam & L-cyhalothrin RTU (A16424B) and Concentrate (A16423B) for Consumers - Stage C Promotion | US registration | Pearson Fred USGR/ Parshley Tom USGR | Jul-09 | On schedule to ahead of schedule |
| DeCo 16.06.08 | 9. P000453-05; Trifloxysulfuron/prodiamine premix (A16486A) for turf in the USA - Stage C Promotion | Identify long-term contract manufacturing site and report back to DeCo | Pullins Don USGR | Dec-08 | Second meeting will be in two weeks where we will review options that Contract Manufacturing has identified and are evaluating. |
| DeCo 16.06.08 | 9. P000453-05; Trifloxysulfuron/prodiamine premix (A16486A) for turf in the USA - Stage C Promotion | Project put on-hold pending identification of manufacturing site | Pullins Don USGR | Jun-08 | Second meeting will be in two weeks where we will review options that Contract Manufacturing has identified and are evaluating. |
| DeCo 16.06.08 | 9. P000453-05; Trifloxysulfuron/prodiamine premix (A16486A) for turf in the USA - Stage C Promotion | Submission to authorities | Pearson Fred USGR | Dec-08 | Project currently On-Hold |
| DeCo 16.06.08 | 9. P000453-05; Trifloxysulfuron/prodiamine premix (A16486A) for turf in the USA - Stage C Promotion | US registration | Pearson Fred USGR | Sep-09 | Planned |

GRNVL0000088788
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 13

GRNVL0000088789
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION
Exhibit 255 Page 14