F. Lanter

2009 Development Project Portfolio
Proposal Crop Protection

Status: 26 February 2009

| Project ID | Product Line | Project Title | Lead Project AI | Project Type | Project Manager | 2009 Planned PS External Amt DEV (USD 1000) | 2009 Planned PS External Amt M&S (USD 1000) | 2009 Committed PS Amt DEV (USD 1000) | 2009 Committed PS Amt M&S (USD 1000) | 2009 Planned PS Total Amt DEV (USD 1000) | 2009 Planned PS Total Amt M&S (USD 1000) | Business Essential Y/N | If Yes, Why | Legal / Regulatory Essential Y/N | If Yes, Why | Total possible reduction in demand (USD 1000) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P000006-09 | Herbicides | Camix Reformulation (USA) | Mesotrione | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000015-02 | Herbicides | FormNew: PrimeExtra II Magnum NPE Replacement CDN (A9562G) | S-Metolachlor | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000015-03 | Fungicides | Fluazinam (Omega): IR-4 Evaluation Trials (NAFTA) | Fluazinam | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 23 | 0 | | | | | | |
| P000015-07 | Insecticides | Columbus:Abamectin 084 SC to replace current Aba EC foliar uses ( A15368D, Global) | Abamectin | Formulation New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000016-08 | Fungicides | Mandipropamid AI Maintenance Project - NAFTA | Mandipropamid | AI Maintenance | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 5 | | | | | | |
| P000022-09 | Insecticides | Abamectin IR-4 Projects - Onion and other | Abamectin | Label Extension | Joe Yoder | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P000023-09 | Insecticides | Emamectin EPA Registration Review | Emamectin-benzoate | AI Re-registration | Joe Yoder | 0 | 0 | 0 | 0 | 21 | 0 | | | | | | |
| P000033-07 | Insecticides | Emamectin AI Maintenance Project - NAFTA | Emamectin-benzoate | AI Maintenance | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 33 | | | | | | |
| P000036-07 | Insecticides | Pymetrozine AI Maintenance Project - NAFTA | Pymetrozine | AI Maintenance | Joe Yoder | 0 | 0 | 0 | 0 | 6 | 19 | | | | | | |
| P000039-07 | Insecticides | Tefluthrin AI Maintenance Project - NAFTA | Tefluthrin | AI Maintenance | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 2 | | | | | | |
| P000039-98 | Fungicides | Fludioxonil IR-4 Foliar and Soil Projects | Fludioxonil | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 11 | 7 | | | | | | |
| P000044-98 | Herbicides | LabelExt:PARAQUAT (ASF378) IR-4 USA | Paraquat | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P000045-98 | Fungicides | IR-4 Projects for Azoxystrobin (NAFTA) | Azoxystrobin | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P000047-02 | Herbicides | FormNew: Halex GT (Mesotrione+S-Moc+Gly, (A15189A, A15189G)) Corn CDN, MEX and USA | Mesotrione | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000057-07 | Fungicides | Acibenzolar-S-methyl AI Maintenance Project - NAFTA | Acibenzolar-S-methyl | AI Maintenance | Faye Wilhite | 0 | 0 | 0 | 0 | 9 | 8 | | | | | | |
| P000061-07 | Fungicides | Cyprodinil AI Maintenance Project - NAFTA | Cyprodinil | AI Maintenance | Faye Wilhite | 0 | 0 | 0 | 0 | 55 | 23 | | | | | | |
| P000067-07 | Fungicides | Propiconazole AI Maintenance Project - NAFTA | Propiconazole | AI Maintenance | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 35 | | | | | | |
| P000068-07 | Fungicides | Thiabendazole AI Maintenance Project - NAFTA | Thiabendazole | AI Maintenance | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 37 | | | | | | |
| P000069-01 | Herbicides | FormExt: Callisto Extension - CANADA | Mesotrione | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000069-08 | Herbicides | Register diquat in TNV, harvest aid and preplant burndown (USA) | Diquat-dibromid | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P000075-02 | Fungicides | Acibenzolar-S-methyl (Actigard) IR-4 projects | Acibenzolar-S-methyl | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 11 | 0 | | | | | | |
| P000078-06 | Insecticides | Voliam Xpress 150 ZC: Lambda-cyhalothrin+ SYN 545'170 (A15397B) (USA) | SYN545170 | AI New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000078-07 | Herbicides | Mesotrione AI Maintenance Project - NAFTA | Mesotrione | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 13 | 46 | | | | | | |
| P000079-08 | Herbicides | Gramoxone and Atrazine for Burndown of Volunteer Roundup Ready Corn in RR Corn (USA) | Paraquat | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000080-06 | Insecticides | Voliam Flexi 40 WG: Foliar Thiamethoxam + SYN 545'170 WG 40 (A15645A, USA) | SYN545170 | AI New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000080-07 | Herbicides | Fluazifop-p-butyl AI Maintenance Project - NAFTA | Fluazifop-P-butyl | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000083-08 | Herbicides | Pinoxaden fenoxaprop premix for enhanced grass activity in cereals for NAFTA | Pinoxaden | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |

F. Lanter     Case 3:10-cv-00188-JPG-PMF    Document 348-61    Filed 12/27/12    Page 2 of 7    Page ID #1411338     Status: 26 February 2009

2009 Development Project Portfolio Proposal Crop Protection

| Project ID | Product Line | Project Title | Lead Project AI | Project Type | Project Manager | 2009 Planned PS External Amt DEV (USD 1000) | 2009 Planned PS External Amt M&S (USD 1000) | 2009 Committed PS Amt DEV (USD 1000) | 2009 Committed PS Amt M&S (USD 1000) | 2009 Planned PS Total Amt DEV (USD 1000) | 2009 Planned PS Total Amt M&S (USD 1000) | Business Essential Y/N | If Yes, Why | Legal / Regulatory Essential Y/N | If Yes, Why | Total possible reduction in demand (USD 1000) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P000084-08 | Herbicides | Pinoxaden / fluroxypyr (TEHP) premix for cereals in EAME and NAFTA | Pinoxaden | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000087-07 | Herbicides | AI Maintenance; Diquat NAFTA | Diquat-dibromid | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 2 | 21 | | | | | | |
| P000087-08 | Herbicides | Lexar Reformulation (USA) | Mesotrione | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000098-07 | Insecticides | Develop Denim (Ema) in corn for Spodoptera control (MEX) | Emamectin-benzoate | Formulation Extension | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000108-99 | Fungicides | IR-4 Projects for Propiconazole | Propiconazole | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 16 | 22 | | | | | | |
| P000114-05 | Fungicides | Formulation Extension: Revus (Mandipropamid) registration in Mexico | Mandipropamid | Formulation Extension | Maurilio Flores | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000118-04 | Fungicides | Revus Opti (MPD+CTN) (A13985A) on potato, cukes, fruiting vege (US, Mexico) | Mandipropamid | AI New | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000128-08 | Insecticides | Improved Force CS w/ greater fertilizer compatibility & freeze protection (USA) | Tefluthrin | Formulation New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000133-01 | Fungicides | Label Extension: 250 SC Blueberries, ginseng, strawberries, and chick peas (Canada/Mexico) | Azoxystrobin | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000145-01 | All | Field R&D - Multi-AI: Development Support | Not applicable | Multi-AI or multi-formulation | Lee Hubbard | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000168-05 | Fungicides | SYN520453 NAFTA subproject - global solo foliar formulation | SYN520453 | AI New | Faye Wilhite | 0 | 0 | 0 | 0 | 104 | 0 | | | | | | |
| P000170-07 | Fungicides | Formulation New: postharvest fogging formulation for pome and citrus | Fludioxonil | Formulation New | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000172-07 | Fungicides | Formulation New: develop a new ratio of Azoxystrobin + Propiconazole (Brand Q) (U.S.) | Azoxystrobin | Formulation New | Faye Wilhite | 0 | 0 | 0 | 0 | 5 | 0 | | | | | | |
| P000180-06 | Herbicides | FormNew: Pinoxaden+Clodinafop Traxos (A13833B CDN) - wheat CDN (NAFTA) | Pinoxaden | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000181-00 | All | NAFTA Regulatory Affairs - Multi-AI Support | Not applicable | Multi-AI or multi-formulation | Lee Hubbard | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000207-07 | Insecticides | Register Voliam Xpress (SYN 545+LCH) on Sweet Corn (A15397B, USA) | SYN545170 | AI New | Joe Yoder | 0 | 0 | 0 | 0 | 5 | 0 | | | | | | |
| P000213-06 | Fungicides | Label Extension: Inspire (DFZ) (A7402T) foliar tree nuts, grapes, citrus - Phase 3 | Difenoconazole | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 5 | 0 | | | | | | |
| P000214-06 | Fungicides | Label Extension: develop fungicides for control of sclerotinia in canola in Canada | Fludioxonil | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000215-06 | Fungicides | Formulation New: Inspire Super (Cyprodonil + DFZ) for TNV & vegetables US, apples in So Korea | Cyprodinil | Formulation New | Faye Wilhite | 0 | 0 | 0 | 0 | 16 | 0 | | | | | | |
| P000217-08 | Fungicides | Label Extension: scope efficacy of several fungicide active ingredients on various crops (US/MX) | Acibenzolar-S-methyl | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000219-08 | Fungicides | Label Extension: Evaluate application methods of products to expand appl. flexibility of products | Azoxystrobin | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000221-08 | Fungicides | Label Extension: evaluate Syngenta triazole portfolio in various crops in the U.S. | Propiconazole | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |

| Project ID | Product Line | Project Title | Lead Project AI | Project Type | Project Manager | 2009 Planned PS External Amt DEV (USD 1000) | 2009 Planned PS External Amt M&S (USD 1000) | 2009 Committed PS Amt DEV (USD 1000) | 2009 Committed PS Amt M&S (USD 1000) | 2009 Planned PS Total Amt DEV (USD 1000) | 2009 Planned PS Total Amt M&S (USD 1000) | Business Essential Y/N | If Yes, Why | Legal / Regulatory Essential Y/N | If Yes, Why | Total possible reduction in demand (USD 1000) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P000225-08 | Fungicides | Label Extension: MFX, AZO, etc. in transplant water treatments for vegetables & tobacco | Mefenoxam | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000226-07 | Herbicides | Cloquintocet AI Maintenance Project - NAFTA | Cloquintocet-mexyl | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 8 | 0 | | | | | | |
| P000227-08 | Fungicides | Label Extension: Propiconazole + Prosulfuron copack concept for winter wheat CANADA | Propiconazole | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000232-04 | Insecticides | Thiamethoxam IR-4 Submission: Barley, Hops, Caneberries, Artichokes, Avocado (Tropica Fruits Subgrp) | Thiamethoxam | Label Extension | Joe Yoder | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P000236-08 | Fungicides | Label Extension: Evaluate comb Quadris & Force CS at planting appl. (Deere CIS) on corn in the U.S. | Azoxystrobin | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000237-04 | Herbicides | LabelExt:s-metolachlor (CGA77102) IR-4 Project NAFTA | S-Metolachlor | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 21 | 4 | | | | | | |
| P000251-03 | Insecticides | L-CY IR-4 Project for Insecticides veges: asparagus, mushrooms, leafy brassica & Wild Rice Sec 18 | Lambda-cyhalothrin | Label Extension | Joe Yoder | 0 | 0 | 0 | 0 | 4 | 0 | | | | | | |
| P000257-04 | Herbicides | FormNew:Acetochlor+Mesotrione Optimicron Copper (A12991B) USA | Mesotrione | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000261-03 | Fungicides | Register Fludioxonil 230 SC (A9859A/C/E) for Post Harvest diseases in US & Canada | Fludioxonil | Formulation Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P000264-04 | Fungicides | Chlorothalonil - IR-4 Studies (NAFTA) | Chlorothalonil | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 16 | 0 | | | | | | |
| P000268-05 | Fungicides | Packaging: Quadris & Ridomil Gold SL: develop novel packaging/delivery system | Mefenoxam | Packaging | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000276-03 | Fungicides | NAFTA Replacement of Ridomil Gold MZ WP with Ridomil Gold MZ WG (A9651D) | Mefenoxam | Formulation Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000278-03 | Fungicides | Bravo Weather Stik 720SC for Canada in Agricultura (CANADA) | Chlorothalonil | Formulation Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000279-05 | Fungicides | Formulation Extension: Register Quadris Top SC (A13703G) AZO+DFZ global formula in U.S. | Azoxystrobin | Formulation Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P000311-08 | Herbicides | Investigate safeners for fluazifop in wheat for bromus species control USA | Fluazifop-P-butyl | Idea Evaluation | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000316-07 | Herbicides | Fomesafen/Glyphosate premix for GT soybeans Flexstar GT | Fomesafen | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 10 | 0 | | | | | | |
| P000319-08 | Herbicides | Callisto and Camix registration in grain sorghum post-directed application USA | Mesotrione | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000364-03 | Insecticides | Matador / Karate 120 EC NPE Free Replacement (A12975F, USA, CND) | Lambda-cyhalothrin | Formulation New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000368-03 | Herbicides | FormNew: Dual II Magnum NPE Replacement (A9558G) CDN | S-Metolachlor | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000378-06 | Fungicides | Register Inspire XT 500EC (A8122B) global formula in the US as alternative formulation | Propiconazole | Formulation Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 3 | 0 | | | | | | |
| P000446-07 | Herbicides | LabelExtension; Mesotrione HPPD and alternate MOA's Weed Resistance Project | Mesotrione | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000482-08 | Herbicides | Develop & Register a pre-seed product concept in Cereals, canola, pulses | Glyphosate | Label Extension | Nancy Tout | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000527-08 | Herbicides | Impact of emerging weeds on growth, development and yield of corn | Mesotrione | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |

| Project ID | Product Line | Project Title | Lead Project AI | Project Type | Project Manager | 2009 Planned PS External Amt DEV (USD 1000) | 2009 Planned PS External Amt M&S (USD 1000) | 2009 Committed PS Amt DEV (USD 1000) | 2009 Committed PS Amt M&S (USD 1000) | 2009 Planned PS Total Amt DEV (USD 1000) | 2009 Planned PS Total Amt M&S (USD 1000) | Business Essential Y/N | If Yes, Why | Legal / Regulatory Essential Y/N | If Yes, Why | Total possible reduction in demand (USD 1000) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P000557-07 | Insecticides | Columbus:ABA+TMX 1:4.6 grapes,pome,tree nuts,cotton,stone fruits,veg.,potatoes (A15543C Global) | Abamectin | Formulation New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000598-07 | Herbicides | Mexico Label Expansions | Glyphosate | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000599-07 | Fungicides | Mexico label extension activities | Acibenzolar-S-methyl | Label Extension | Maurilio Flores | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000619-05 | Insecticides | FormExt: Evaluate the efficacy of Engo 247 SC (A-13623 B) in several crops (MEX) | Thiamethoxam | Formulation Extension | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000670-05 | Herbicides | FormNew: Glyphosate/Dicamba premix (A16160A) for summerfallow CDN | Dicamba | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000672-07 | Fungicides | Mandipropamid - IR-4 Studies (NAFTA) | Mandipropamid | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 2 | 2 | | | | | | |
| P000745-05 | Fungicides | Label Extension: add horticultural crops to the Switch 62.5WG label in Canada | Cyprodinil | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000750-05 | Fungicides | Revus (Mandipropamid) registration in Canada | Mandipropamid | AI New | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000793-05 | Fungicides | Difenoconazole Fruit Initiative;ImportTolerance;Papaya,Waxapple,Mangos all US | Difenoconazole | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P000796-04 | Fungicides | Label Extension: Inspire (DFZ) (A7402T) foliar cucurbits, cole, bulb onions crop groups - Phase 2 | Difenoconazole | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 9 | | | | | | |
| P000812-04 | Insecticides | Formulation New : Force 25CS for soil application in corn at planting (A 14974A) - NAFTA | Tefluthrin | Formulation New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000813-04 | Insecticides | Fruit Initiative;LabelExt;NAFTA;USA;Thiamethoxam;Citrus | Thiamethoxam | Label Extension | Joe Yoder | 0 | 0 | 0 | 0 | 25 | 0 | | | | | | |
| P000819-04 | Insecticides | Columbus:Agri-Flex (ABA+TMX 1:4.6) grape,pome,tree nut,cotton,stone fruit,veg.,potato (A15543C USA) | Abamectin | Formulation New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000845-04 | Herbicides | LabelExt: IR-4 Prometryn Project (Cilantro, celeriac, carrot, dill, parsley, okra, fennel, rhubarb) | Prometryn | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 2 | 0 | | | | | | |
| P001032-04 | Fungicides | Graduate A+: Fludioxonil + AZ global premix for citrus post harvest disease control (USA) (A15696C) | Fludioxonil | Formulation New | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P001075-04 | Insecticides | Actara 75 SG A-9549 C (Global) | Thiamethoxam | Formulation New | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P001189-04 | Herbicides | FormNew: Dicamba/Fluroxypyr (SAN837/ASF855) Premix (A15438B) for Cereals | Dicamba | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 3 | 0 | | | | | | |
| P001190-04 | Herbicides | FormNew: Pinoxaden/florasulam premix (A15351A) cereals CDN and USA | Pinoxaden | Formulation New | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P001319-04 | Herbicides | LabelExt:Reglone (A12872A) Hops Registration for Sucker Control USA | Diquat-dibromid | Label Extension | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| P000012-09 | Herbicides | Atrazine Reregistration USA | Atrazine | AI Re-registration | Kurt Carmean | 0 | 4823 | 0 | 0 | 0 | 5860 | | | y | COR, MOA | | COR=conditions of registration MOA=memorandum of agreement |
| P000013-09 | Herbicides | Fluazifop-p-butyl Reregistration USA | Fluazifop-P-butyl | AI Re-registration | Kurt Carmean | 0 | 230 | 0 | 0 | 0 | 473 | | | y | DCI | | DCI=data call in |
| P000014-09 | Herbicides | Fomesafen Reregistration USA | Fomesafen | AI Re-registration | Kurt Carmean | 0 | 223 | 0 | 0 | 0 | 278 | | | y | DCI | | |

| Project ID | Product Line | Project Title | Lead Project AI | Project Type | Project Manager | 2009 Planned PS External Amt DEV (USD 1000) | 2009 Planned PS External Amt M&S (USD 1000) | 2009 Committed PS Amt DEV (USD 1000) | 2009 Committed PS Amt M&S (USD 1000) | 2009 Planned PS Total Amt DEV (USD 1000) | 2009 Planned PS Total Amt M&S (USD 1000) | Business Essential Y/N | If Yes, Why | Legal / Regulatory Essential Y/N | If Yes, Why | Total possible reduction in demand (USD 1000) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P000015-09 | Herbicides | Simazine Reregistration USA | Simazine | AI Re-registration | Kurt Carmean | 0 | 731 | 0 | 0 | 0 | 1082 | | | y | DCI | | |
| P000024-09 | Insecticides | Lambda-Cyhalothrin AI Registration Review Project - NAFTA | Lambda-cyhalothrin | AI Re-registration | Joe Yoder | 0 | 50 | 0 | 0 | 0 | 97 | y | PWG | y | PWG | | pyrethroid working group |
| P000025-09 | Insecticides | Thiamethoxam AI Registration Review Project - NAFTA | Thiamethoxam | AI Re-registration | Joe Yoder | 0 | 26 | 0 | 10 | 0 | 66 | | | y | COR | | |
| P000031-07 | Insecticides | Abamectin AI Maintenance Project - NAFTA | Abamectin | Stewardship | Joe Yoder | 0 | 0 | 0 | 0 | 0 | 47 | | | | | | |
| P000060-07 | Fungicides | Cyproconazole AI Maintenance Project - NAFTA | Cyproconazole | AI Maintenance | Faye Wilhite | 0 | 35 | 0 | 0 | 0 | 71 | | | y | global tox defense | | |
| P000069-07 | Fungicides | Trinexapac-ethyl AI Maintenance Project - NAFTA | Trinexapac-ethyl | AI Maintenance | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 27 | | | | | | |
| P000070-07 | Insecticides | Fenoxycarb AI Re-registration Project - NAFTA - EPA Registration Review | Fenoxycarb | AI Re-registration | Don Pullins | 0 | 0 | 0 | 0 | 0 | 13 | | | | | | |
| P000084-07 | Herbicides | Glyphosate AI Maintenance Project - NAFTA | Glyphosate | AI Maintenance | Kurt Carmean | 0 | 50 | 0 | 0 | 0 | 81 | n | | n | | 50 | |
| P000125-01 | Fungicides | Cotton Solutions Field Trials/Quality Assurance | Not applicable | Crop Solution | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 41 | | | | | | |
| P000151-06 | Fungicides | Difenoconazole - IR-4 projects | Difenoconazole | Label Extension | Faye Wilhite | 0 | 0 | 0 | 0 | 0 | 2 | | | | | | |
| P000204-07 | Herbicides | Prosulfuron AI Maintenance Project - NAFTA | Prosulfuron | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 7 | | | | | | |
| P000212-07 | Herbicides | Triasulfuron AI Maintenance Project - NAFTA | Triasulfuron | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 3 | | | | | | |
| P000215-07 | Herbicides | Prometryn AI Maintenance Project - NAFTA | Prometryn | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 12 | | | | | | |
| P000216-07 | Herbicides | Molinate AI Maintenance Project - NAFTA | Molinate | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 26 | | | | | | |
| P000224-07 | Herbicides | Tralkoxydim AI Maintenance Project - NAFTA | Tralkoxydim | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 13 | | | | | | |
| P000530-07 | Herbicides | Benoxacor AI Maintenance Project - NAFTA | Benoxacor | AI Maintenance | Kurt Carmean | 0 | 0 | 0 | 0 | 0 | 6 | | | | | | |
| P000059-07 | Fungicides | Chlorothalonil AI Maintenance Project - NAFTA | Chlorothalonil | AI Maintenance | Faye Wilhite | 0 | 25 | 0 | 0 | 3 | 145 | | | y | risk assessment for registration | | |
| P000063-07 | Fungicides | Fludioxonil AI Maintenance Project - NAFTA | Fludioxonil | AI Maintenance | Faye Wilhite | 0 | 264 | 0 | 0 | 0 | 451 | | | y | CDN COR | | Condition of Registration - CANADA |
| P000064-07 | Fungicides | Flumetralin AI Maintenance Project - NAFTA | Flumetralin | AI Maintenance | Faye Wilhite | 0 | 128 | 0 | 0 | 5 | 194 | | | y | reregistration for MEX | | |
| P000071-07 | Fungicides | Difenoconazole AI Maintenance Project - NAFTA | Difenoconazole | AI Maintenance | Faye Wilhite | 0 | 15 | 0 | 0 | 8 | 53 | | | y | radio labeled matl for global | | |
| P000073-07 | Herbicides | Simazine AI Maintenance Project - NAFTA | Simazine | AI Maintenance | Kurt Carmean | 0 | 25 | 0 | 0 | 29 | 31 | n | | n | | 25 | Gobi-11 lawsuit |
| P000083-07 | Herbicides | Fomesafen AI Maintenance Project - NAFTA | Fomesafen | AI Maintenance | Kurt Carmean | 0 | 159 | 0 | 0 | 0 | 251 | y | DCI | y | DCI | | |
| P000086-07 | Herbicides | AI Maintenance; Paraquat NAFTA | Paraquat | AI Maintenance | Kurt Carmean | 0 | 30 | 0 | 0 | 18 | 138 | n | | n | | 30 | Red Legged Frog assessment + tox |
| P000090-07 | Herbicides | AI Maintenance; Trifloxysulfuron NAFTA | Trifloxysulfuron | AI Maintenance | Kurt Carmean | 0 | 72 | 0 | 0 | 0 | 182 | n | | n | | 72 | carryover |
| P000218-07 | Herbicides | Clodinafop AI Maintenance Project - NAFTA | Clodinafop-propargyl | AI Maintenance | Kurt Carmean | 0 | 400 | 0 | 0 | 0 | 496 | n | | n | | 100 | awaiting EPA response to rebuttal, delay to 2010. 300k not present in tasks |
| P000219-07 | Herbicides | Pinoxaden AI Maintenance Project - NAFTA | Pinoxaden | AI Maintenance | Kurt Carmean | 0 | 455 | 0 | 0 | 0 | 685 | | | y | | | only 166k in tasks, difference of -289k |
| P000700-05 | Fungicides | Quilt more robust formula A13705L (US, Canada, So Korea) | Azoxystrobin | Formulation New | Faye Wilhite | 0 | 24 | 0 | 0 | 0 | 24 | y | | y | contractual agreement for acutes | 19 | less tox work than originally planned |
| P000106-99 | All | Product Safety (HAES) - Multi-AI Support | Not applicable | Multi-AI or multi-formulation | Lee Hubbard | 568 | 1242 | 482 | 0 | 1942 | 3635 | | | | | | |

| Project ID | Product Line | Project Title | Lead Project AI | Project Type | Project Manager | 2009 Planned PS External Amt DEV (USD 1000) | 2009 Planned PS External Amt M&S (USD 1000) | 2009 Committed PS Amt DEV (USD 1000) | 2009 Committed PS Amt M&S (USD 1000) | 2009 Planned PS Total Amt DEV (USD 1000) | 2009 Planned PS Total Amt M&S (USD 1000) | Business Essential Y/N | If Yes, Why | Legal / Regulatory Essential Y/N | If Yes, Why | Total possible reduction in demand (USD 1000) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P000036-06 | Insecticides | Durivo 300 SC: Soil Thiamethoxam + SYN 545170 (A15452A, NAFTA) | SYN545170 | AI New | Joe Yoder | 383 | 0 | 150 | 0 | 714 | 0 | y | soil application bridging residue trials | | | 129 | citrus MOR=willing to delay magnitude of residue to 2010 (T4415-08 / P338-05) if resource is re-allocated to P213-07 |
| P000089-02 | Fungicides | Revus (Mandpropamid) registration NAFTA US fr veg,bulb,leafy,brassica,potato,grapes,cukes,tob,hops | Mandipropamid | AI New | Faye Wilhite | 12 | 0 | 13 | 0 | 71 | 0 | y | COR | y | COR | | |
| P000227-07 | Herbicides | Atrazine Reregistration Project (Legal Expenses) - NAFTA | Atrazine | AI Re-registration | Kurt Carmean | 1674 | 0 | 1128 | 0 | 2078 | 0 | y | legal | y | legal | | not a development expense |
| P000034-07 | Insecticides | Lambda-Cyhalothrin AI Maintenance Project - NAFTA | Lambda-cyhalothrin | AI Maintenance | Joe Yoder | 160 | 0 | 60 | 0 | 205 | 127 | y | PWG | y | PWG | 50 | delay Gobi-11 and modeling to support reg review and redirect funds to 213-07 |
| P000066-07 | Fungicides | Mefenoxam AI Maintenance Project - NAFTA | Mefenoxam | AI Maintenance | Faye Wilhite | 30 | 0 | 0 | 0 | 49 | 75 | | | y | registration review | | |
| P000058-07 | Fungicides | Azoxystrobin AI Maintenance Project - NAFTA | Azoxystrobin | AI Maintenance | Faye Wilhite | 25 | 205 | 0 | 0 | 107 | 278 | | | y | COR | | |
| P000037-07 | Insecticides | Thiamethoxam AI Maintenance Project - NAFTA | Thiamethoxam | AI Maintenance | Joe Yoder | 20 | 20 | 0 | 0 | 58 | 95 | | | y | legal | | |
| P000089-07 | Herbicides | AI Maintenance; Norflurazon NAFTA | Norflurazon | AI Maintenance | Kurt Carmean | 15 | 15 | 0 | 0 | 19 | 38 | n | | n | | 15 | 15 JH ecotox, 15 Red Legged Frog |
| P000072-07 | Herbicides | Atrazine AI Maintenance Project - NAFTA | Atrazine | AI Maintenance | Kurt Carmean | 6 | 25 | 4 | 0 | 141 | 80 | y | DCI | y | DCI | | |
| P000079-07 | Herbicides | s-Metolachlor AI Maintenance Project - NAFTA | S-Metolachlor | AI Maintenance | Kurt Carmean | 1 | 92 | 0 | 0 | 29 | 195 | y | DCI | y | DCI | | SDWA=safe drinking water act data collection, regulatory requirement |
| P000216-06 | Fungicides | Formulation New: AZO,FDL,DFZ formulas for postharvest use on potatoes (non-seed potatoes) | Azoxystrobin | Formulation New | Faye Wilhite | 197 | 0 | 0 | 0 | 255 | 0 | n | | n | | 197 | delay to 2010 |
| P000636-05 | Insecticides | Columbus: Develop 084 Agri-Meck SC formulation (A15368D, USA) | Abamectin | Formulation New | Joe Yoder | 114 | 0 | 55 | 0 | 452 | 0 | y | complete ongoing tasks for registration | | | | |
| P000183-06 | Herbicides | FormNew: Lumax Formulation Redesign for NAFTA | Mesotrione | Formulation New | Kurt Carmean | 24 | 0 | 4 | 0 | 24 | 0 | y | acutes for submission | | | | |
| P000314-07 | Herbicides | FormNew: Mesotrione + atrazine premix CDN and USA | Mesotrione | Formulation New | Kurt Carmean | 24 | 0 | 0 | 0 | 38 | 0 | y | acutes for submission | | | | |
| P000361-08 | Herbicides | Sequence reformulation USA | S-Metolachlor | Formulation New | Kurt Carmean | 13 | 0 | 0 | 0 | 13 | 0 | y | acutes for submission | | | | |
| P000171-07 | Fungicides | Packaging: Scholar SC + Mertect multipack on pome fruit & replace Mertect basic CSF | Fludioxonil | Packaging | Faye Wilhite | 4 | 0 | 0 | 0 | 4 | 0 | | | y | acutes for submission | | |
| P000257-03 | Fungicides | Label Extension: Expand Trinexapac to wheat, barley, sugarcane, GGS to other grasses & states (U.S.) | Trinexapac-ethyl | Label Extension | Faye Wilhite | 638 | 62 | 293 | 0 | 1073 | 123 | y | ongoing for submissions | y | re-registration review underway | 150 | Could delay sugarcane analysis and poultry feeding study til 2010. $491k spent. Only $150 could be delayed. |
| P000213-07 | Insecticides | Register Endigo on corn, small grains and citrus(USA) | Thiamethoxam | Label Extension | Joe Yoder | 454 | 0 | 68 | 0 | 747 | 0 | y | corn fundamental to ULV for I&F and #1 NAFTA regional I&F priority | | | 193 | Corn is NAFTA priority. Willing to delay wheat and barley MOR program to obtain corn. |
| P000181-06 | Herbicides | LabelExt: Register Mesotrione on Soybeans in NAFTA | Mesotrione | Label Extension | Kurt Carmean | 350 | 0 | 149 | 0 | 534 | 0 | y | part of the trait submissions | | | | supports $6mio trait work at SBI and top x-category CP/SEEDS Project |
| P000353-03 | Fungicides | Triazole label expansion on soy, corn, wheat , peanuts in US | Cyproconazole | Formulation Extension | Faye Wilhite | 350 | 80 | 0 | 0 | 478 | 98 | y | | y | COR soybean | 85 | Could delay peanut MOR to 2010. |

F. Lanter                                                                                 2009 Development Project Portfolio                                                                                  Status: 26 February 2009
Proposal Crop Protection

| Project ID | Product Line | Project Title | Lead Project AI | Project Type | Project Manager | 2009 Planned PS External Amt DEV (USD 1000) | 2009 Planned PS External Amt M&S (USD 1000) | 2009 Committed PS Amt DEV (USD 1000) | 2009 Committed PS Amt M&S (USD 1000) | 2009 Planned PS Total Amt DEV (USD 1000) | 2009 Planned PS Total Amt M&S (USD 1000) | Business Essential Y/N | If Yes, Why | Legal / Regulatory Essential Y/N | If Yes, Why | Total possible reduction in demand (USD 1000) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P000220-08 | Fungicides | Label extension: shorten PHI for azoxystrobin and propiconazole in cereals. | Azoxystrobin | Label Extension | Faye Wilhite | 321 | 0 | 0 | 0 | 493 | 0 | y | #1 NAFTA regional priority: shorten PHI to align with Other competitors. | y | Must do work To maintain label on crops – new requirement from EPA in Feb 2009 to put adjuvants in MORs | | Must do this work to maintain current registrations. Requirement received in February 2009! |
| P000092-02 | Fungicides | Switch IR-4 / Veg Initiative Label Expansion | Cyprodinil | Label Extension | Faye Wilhite | 275 | 0 | 0 | 0 | 333 | 2 | y | | n | | 275 | IR-4 program supports 25 regional expansion projects |
| P000179-07 | Fungicides | Label Extension: Inspire in carrots, strawberries, stone fruit, chickpea, soybean - Phase 4 | Difenoconazole | Label Extension | Faye Wilhite | 267 | 0 | 178 | 0 | 515 | 0 | y | all resources committed | | | | |
| P000196-07 | Fungicides | Label Extension: register Quadris for sugarcane rust in U.S. | Azoxystrobin | Label Extension | Faye Wilhite | 171 | 0 | 128 | 0 | 281 | 0 | y | all resources committed | | | | |
| P000820-04 | Insecticides | Develop Proclaim for control of lep. pests: almonds (NAFTA) | Emamectin-benzoate | Label Extension | Joe Yoder | 162 | 0 | 0 | 0 | 214 | 0 | n | | n | | 162 | Willing to delay if funds are re-directed to fungicide ULV P50-08 |
| P000199-06 | Herbicides | LabelExt: Fomesafen IR-4 Project, FL and WI Extension | Fomesafen | Label Extension | Kurt Carmean | 107 | 0 | 0 | 0 | 225 | 0 | n | | n | | 107 | 100 potato plant metabolism, 7 exposure assmt. Delay for one-year as we are awaiting EPA decision |
| P000223-08 | Fungicides | Label Extension: Multi-crop postharvest biology evaluation for new markets in U.S. and Canada | Difenoconazole | Label Extension | Faye Wilhite | 100 | 0 | 0 | 0 | 109 | 0 | y | | n | | 100 | IR-4 program supports analytical work for difenoconazole and emamectin |
| P000265-03 | Fungicides | Inspire (DFZ) (A7402T) foliar pome fruit, fruiting vegetables, potatoes, sugarbeets - Phase 1 US | Difenoconazole | Formulation Extension | Faye Wilhite | 74 | 76 | 35 | 0 | 123 | 96 | y | COR resources committed | y | COR resources committed | | |
| P000579-08 | Insecticides | Emamectin IR-4 Projects - Cucurbits, Leafy Brassicas & Others | Emamectin-benzoate | Label Extension | Joe Yoder | 70 | 0 | 0 | 0 | 75 | 2 | n | | n | | 70 | delay |
| P000594-07 | Herbicides | LabelExtension; Reflex Peanuts Registration USA | Fomesafen | Label Extension | Kurt Carmean | 59 | 0 | 20 | 0 | 123 | 0 | y | on-going tasks for submission | | | | |
| P000178-07 | Fungicides | Label Extension: Inspire Super - shorten PHI of cyprodinil in pome and tree nut CGs | Cyprodinil | Label Extension | Faye Wilhite | 37 | 0 | 15 | 0 | 153 | 0 | y | on-going tasks for submission | | | | |
| P000797-04 | Fungicides | Revus Top (MPD+DFZ) (A14576A) potato, tomato (US,MEX) | Mandipropamid | Formulation Extension | Faye Wilhite | 10 | 0 | 0 | 0 | 22 | 0 | y | | y | COR | 10 | delay analysis COR cherry tomatoes until 2010 |
| P000050-08 | Fungicides | Formulation New: develop Brand Q and Quilt in an oil formulation for ULV application | Azoxystrobin | Formulation New | Faye Wilhite | 735 | 0 | 0 | 0 | 838 | 0 | y | #1 fungicide NAFTA regional priority | | | 563 | corn is the top crop priority, wheat and soybean could be delayed but not preferable |