**Rolf Furter**
Head of Global Product Development

**Jasper Barnes**
Head of Product Portfolio

Syngenta Crop Protection AG
WRO-1004.3.02
CH-4002 Basel / Switzerland

WRO-1004.3.14

Tel:  +(41) 61 323 94 94
Fax:  +(41) 61 323 53 30
rolf.furter@syngenta.com
Tel:  +(41) 61 323 54 89
Fax:  +(41) 61 323 53 53
jasper.barnes@syngenta.com

# MEMORANDUM

| | | | |
|---|---|---|---|
| To | GDLT, MLT, Christoph Goppelsroeder, Dan Fox | Date: | { TIME \@ "dd MMMM yyyy" } |
| Copy To | | Number of pages: | 1/2 |
| Concerning | **Development Portfolio 2009** | | |

**The CP, SC and L&G Controls Development Portfolio 2009 are now ready to be implemented!**

Teams in CP Global Marketing, CP Product Development, SC Marketing and L&G R&D have now completed the Portfolio Reviews for CP, SC and L&G and have brought the Project Prioritization in line with the available resources for Product Development 2009. We have tried to incorporate all your inputs within the limits of the Budget 2009, and would like to thank you for your top-quality feedback.

As you are aware, the scarcity of free cash for the purchase of external Product Safety studies was the single most important driver for the prioritization.

The final portfolio was developed using the following logic:

- Projects containing Legal/Regulatory essential components were funded
- Projects with ongoing external Product Safety work were re-confirmed and will be completed
- New AI projects got high priority, but nevertheless received cuts as well, e.g. we have thinned out work on Durivo, Galaxy, Hambra and 449 and will not start the work with prodiamine in 2009
- Capability and Technology projects were significantly reduced (here, many MRL / IT related studies will have to wait)
- Finally, projects which were judged the least painful to cut were removed. In many cases, these projects had incomplete or no business cases, which was a factor that had to be taken into consideration.

However, there are many important projects where no external resource in Product Safety is available, but it still makes excellent business sense to start / continue work planned for Field Biology, Formulation Development and to use all in-house capacities. Global and Regional Project Managers are currently working with the businesses to review such projects and determine whether we continue, delay or even terminate in 2009.

Please be aware that CP Development is still carrying a global overview of $10m, despite all the cuts.

Many people will be disappointed with the Portfolio 2009. Fact is, that our Dev spend in % to Sales is exactly the same 3.7% as in the first 2009 budget discussions. The emotional challenge is that our project proposals were created during the very upbeat season 2008, and we had now to fit it into the realities of 2009. Our people will understand this and make the most out of the available resources.

Exhibit 278 Page 1

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION    SYN03158987

With these actions, we now close the prioritization and will implement the changes in the projects and functional workslates. Global and Regional Project Managers in Development will work closely with functions to implement the changes in SYPOS (later to be transferred into SmartChoice).

Attached you will find two spreadsheets for each CP and SC; 1) Projects in the final portfolio, and 2) Projects that may continue in 2009 in functions other than Product Safety. L&G had previously reduced their project demand during January/February. For L&G, you find one spreadsheet of projects in the final portfolio.

In addition, please find below the list of ratios to support the logic of investment.

What's next: everyone in Development should continue to make every saving possible in the coming months so we can absorb the global overview, and then fund as many projects on the long waiting list as possible.

We would like to thank you for your efforts to make the projects successful and fuel future growth!


Jasper Barnes                           Rolf Furter
Head of Product Portfolio               Head of Product Development


## CPD Budget compared with Sales (by Region)

| all figures in m$<br>Data Source: Syncrop | Actuals 2007 | Actuals 2008 | Variance 2008 vs 2007 CER | Budget 2009 | Variance BUD09 vs 2008 CER |
|---|---|---|---|---|---|
| EAME CP Sales | 2,550 | 3,214 | 399 | 2,775 | 96 |
| EAME CPD | (55) | (57) | 1 | (55) | (6) |
| EAME CPD % of Sales | 2.1% | 1.8% |  | 2.0% |  |
| NAFTA CP Sales | 2,186 | 2,646 | 410 | 2,904 | 374 |
| NAFTA CPD | (36) | (44) | (6) | (41) | 2 |
| NAFTA CPD % of Sales | 1.7% | 1.7% |  | 1.4% |  |
| LATAM CP Sales | 1,406 | 2,018 | 613 | 1,936 | (71) |
| LATAM CPD | (17) | (25) | (8) | (24) | 0 |
| LATAM CPD % of Sales | 1.2% | 1.2% |  | 1.2% |  |
| APAC CP Sales | 1,075 | 1,280 | 177 | 1,217 | 82 |
| APAC CPD | (19) | (22) | (3) | (18) | 3 |
| APAC CPD % of Sales | 1.7% | 1.8% |  | 1.5% |  |
| Global CPD | (206) | (225) | (15) | (185) | 14 |
| **Total CP Sales** | **7,217** | **9,158** | **1,599** | **8,781** | **481** |
| **Total CPD (excl shared SE/CP)** | **(332)** | **(373)** | **(33)** | **(324)** | **14** |
| Total CPD % of Sales | 4.6% | 4.1% |  | 3.7% |  |
| Total CPD % of Business Contribution | 19.9% | 16.3% |  | 13.4% |  |

Exhibit 278 Page 2

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    SYN03158988