syngenta

# Study Managers/Business Management Meetings Sept /Oct 2009.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066214

Exhibit 306 Page 1

# Background

- **Feedback from study managers meetings**

- **Follow-up from previous liaison meetings**

- **New starters**

- **All processes evolving  inc.**
  - ➤ **arrival of Smartchoice**
  - ➤ **Legal**
  - ➤ **Finance**

- **Changes in BM**
- **This is a presentation + discussion !!!!!!**

2

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066215

Exhibit 306 Page 2

# Agenda

- **Business management and compliance  - Where we sit ?**

- **Organisation**

- **Knowledge Management**

- **Mandatory processes – legal / finance**

- **Outsourcing process/ Impact SmartChoice**

- **Budgets**

- **Report Templates**

- **Function questions**

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066216

**Exhibit 306 Page 3**

# Business management and compliance  - Where we sit ?



**"Pig in the middle"**

**Product Safety Tech functions:**
- Ecology
- Exposure
- Metabolism
- RegTox
- Invest Tox
- Human Risk
- Environ Risk

**Bus Man/Comp**
- Outsource Admin
- Knowledge Man
- QA
- Budgets

Portfolios

Finance

Legal

Purchasing

Suppliers

Audit

4

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066217

Exhibit 306 Page 4

# Business management and compliance  - Who are we ?





**+**



## We really don't mean to be.......... ..We  want to be .................

5

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    GRNVL0000066218

Exhibit 306 Page 5

# Business Management & Compliance



```
#    Based in the US – Greensboro
*    Part Time
**   Maternity Leave
##   International Assignment (SBI until March 2010)
```

6 17th March 2009

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066219

Exhibit 306 Page 6



# Knowledge Sharing : Archiving, Teamspace (Plus) MOSS

Study Managers Mtg

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066220

Exhibit 306 Page 7

# What is Knowledge Sharing currently involved with.....

- **Archiving**

- **Teamspace/ Teamspace Plus**

- **MOSS**

- **Smartdoc**

- **Smartstore**

- **Smartchoice**

- **Report Templates**

- **System mapping**

8

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    GRNVL0000066221

Exhibit 306 Page 8

# Archiving

- **Opening Times:**

  ➢ **Every Tuesday and Thursday between 10am & 12noon**

**If they are to be closed on those dates/times, an email will be sent out.**

- **Urgent ad hoc retrievals contact Claire Merrington (Archivist) or Susan Richardson (deputy Archivist)**

**Where can I find more information?**

- **Ask The Archivist – Claire Merrington – ext. 4417 or email: the.archivist@syngenta.com / Archivist The GBJH**

- **Look on the Archiving Teamspace http://ts1.pro.intra/sites/CPDPSArchive/default.aspx**

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066222

Exhibit 306 Page 9

# Where is my data?

### In deepstore
**Tox data from CTL archives**
**Yalding data and Lab notebooks**
**Some JH data**



### Being transferred to Deepstore
**JH Data (6+ years in JH archive)**
**All E-fate, D-Exposure data from 1995- 2002**



### Still in JH archive
**All data from closed JH facilities that have been held in archives for less than 6 years**

10

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066223

Exhibit 306 Page 10

# Data retrieval

**Q. How do I get my data?**

- **A. Complete a Loan request form**
  - **Deepstore request form**
  - **Or Jealotts Hill request form**

**Q. How long can I keep the data for?**

- **A. JH data can be loaned max 3 months**
- **A. Deepstore for a max of 4 weeks.**
  - **Lack of space in archive**
  - **Archives can be inspected at anytime – unprofessional**
  - **We are paying to hold boxes in Deepstore not JH**
- **If you do not come to the archive to look at your retrieved data it will be returned to Deepstore. All transfer costs will be charged to YOUR section**

11

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066224

Exhibit 306 Page 11

# Archiving Strategy – 2010 and beyond

- **Archiving cost will rise significantly with Outsourcing strategy**

- **Currently spend ~$1.5m on external archiving**

- **Bulk at Harlan ($1m)– ex-Stein, ex-Rosental archives**

- **Deepstore – low cost archiving solution**

- **Strategy to address archiving – addressing:**

  - ➢ **QA issues**
  - ➢ **MHRA requirements**
  - ➢ **limit storage to J Hill archive and deepstore**

12

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066225

**Exhibit 306 Page 12**

# Internal Teamspaces:

## House-Keeping:

- **This is YOUR responsibility to ensure the teamspaces are kept tidy.**
- Only live documents should be held on a Teamspace.
- All other docs can be put into Smartdoc, Smartstore (or deleted)
- Remember to tidy the Version history
- Keeping your teamspace clutter-free means it works faster

## General Information:

- A Teamspace user guide can be found on the <u>KnowHow</u> website or on the <u>Knowledge Sharing Teamspace</u>

mySyngenta home    Syngenta directory    Search    People finder    Location finder    Feedback    Help    **syngenta**

Search...

All of Syngenta    People finder

## Security:

- Use teamspaces to share more sensitive documents
- It is <u>against company policy</u> to share sensitive documents via email and it is also not secure.
- Remember email is not secure.

13

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    GRNVL0000066226

Exhibit 306 Page 13

# Teamspace Plus (external teamspaces)

**House-Keeping:**
- **As with the internal teamspaces, this is YOUR responsibility to ensure its tidy**



- **TS+ site/ Announcements - there is a document detailing the house-keeping responsibilities of the study managers.**

## Security:

- You should be using TS+ sites to share sensitive documents e.g. commercial information, study data, etc with any external colleagues, as it is **against company policy** to share sensitive documents via email.

- Using the TS will help reduce the risk of documents going missing or being intercepted if sent via the postal system or via email.

- TS+ sites are a secure way of sharing documents, and for some sites digital Ids are required as they contain very sensitive documents

14

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066227

Exhibit 306 Page 14

# Outsourcing Mandatory Processes

"We are protecting you (and Syngenta)"

- Legal
  - ➢ Secrecy agreements
    - ○ prior to any technical discussion
  - ➢ Terms and Conditions
    - ○ before any quotes are requested
- Finance
  - ➢ Quotations/contract detailing costs
  - ➢ Purchase Order (PO)
    - ○ official trigger for CRO to start
  - ➢ Quote/contract Amendments
    - ○ if the scope of work changes
  - ➢ Invoices – must have had a quote before an invoice!!



ALL  ABOVE ARE AUDITABLE !!!!!!!!!!!!!!!!!!!!!!

- Technical due diligence (inc QA checks) /  Animal Welfare  (if applicable)

15

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066228

Exhibit 306 Page 15

# Process – Demand and Supplier Selection

- **Outsourcing works with functions/Portfolios to define demand**
  - ➢ **Type of studies and number required**
  - ➢ **SMARTChoice**

- **Identify new suppliers - basic selection criteria:**
  - ➢ **Suppliers technical capability**
  - ➢ **Quality issues/ GLP/ Regulatory acceptance**
  - ➢ **Compliance with Syngenta animal welfare policy**
    - ➢ **Global strategy for inspections**
  - ➢ **Location**
  - ➢ **Value**
  - ➢ **Financial audit**
  - ➢ **Ease of use !!!!!!!!!!!!!!!**

- **Agree annual supplier base – functional supplier matrices**
  - ➢ **Preferred and approved suppliers**

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066229

Exhibit 306 Page 16

# Process – Negotiation

- **Pricing and Service level agreements**
  - ➢ **Baseline pricing**
  - ➢ **Benchmarking**
  - ➢ **Competitive bidding**
  - ➢ **Volume discounts**

17

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066230

Exhibit 306 Page 17

# Process – Research Agreements

**Exactly the same process as described except:**

- **Agreements negotiated by Mike Lant**
- **Legal counsel sign agreements**

- **2 types of agreement**
  - ➢ **Collaboration. These must be agreed through Mike Lant**
    - **Potential IP issues**
    - **Potential publication issues**
    - **Tend to be long term**
    - **Should be on Peter Campbell's Science Credibility list**
  - ➢ **'Fee for service'**
    - **No IP or publication issues**
    - **Short term**
    - **Can be set up by outsourcing**

18

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066231

Exhibit 306 Page 18

# Process – Work Placement

- **Function identify required work**
  - ➤ **SMARTChoice**
    - **Task set to Active by Project Manager**
    - **Task Contact Completed – by function**
    - **Task location set – by function**
- **Quotation requested from supplier (1 task per quote) by function via Sharepoint Teamspace plus if available.**
- **Quotation checked by work requestor and passed to Outsourcing (email to BM to proceed – we will chase!!!!!)**
- **Quotation signed by Syngenta Ltd signatory, Helen Palmer, John Parker or John Doe or Mike Bushell and returned to CRO**
- **Quotation stored on Outsourcing TeamSpace**
- **Quotation used to raise an order in ORBITOOL**
  - ➤ **Excludes the Harlan group (SLA)**

19

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066232

Exhibit 306 Page 19

# Process – Quotation details required

## Quotation:

**Headed paper**
**Quotation reference**
**Technical specification (summary)**
**SMARTChoice Activity ID and /or SYPOS task ID**
**Study manager/Work requestor name**
**Deadline**
**Start and finish dates**
**Total cost (discount detail)**
**Invoice schedule (stating costs and month/year expected to be sent)**
**Reference to Syngenta Ltd T&Cs**

**ALL ABOVE COMPLETE THEN:**
**Sponsor's signature – Syngenta Signatory**

20

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066233

Exhibit 306 Page 20

# Process – Budget Approval and PO's

## Post Quotation accepted

- Order in Orbitool is approved by cost centre manager

- Purchase order number faxed to supplier to confirm work placement – THIS IS OFFICIAL TRIGGER FOR CRO TO START AS PER T&C's

- TeamSpace and TRAX updated

- SMARTChoice external resources revised to equal at least contracted costs

- We can obtain "emergency PO's" - this should be exception not the rule!!!!!

21

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066234

Exhibit 306 Page 21

# Process – PO's and Invoices

- **Invoices received via Teamspace plus as a .pdf, by Business Management or otherwise by Email**
  - ➤ **First payments made (generally on contract signature)**
  - ➤ **Further invoice payments made after confirmation of milestone by study manager**
- **Payment made subject to the T&Cs, normally within 30 days of the month following invoice date.**
- **Issues with invoice payment – being addressed with Huddersfield**
- **We do not own the process**
- **If you are contacted by CRO regarding invoice payments refer to Business Management**
- **Contract amendments important to increase PO and ensure payment**

22

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066235

Exhibit 306 Page 22

# Process – Invoices details required

## Invoice:

**Headed paper**
**SYNGENTA Ltd address**
**SmartChoice Activity ID and/or SYPOS ID**
**CRO invoice number**
**Original quotation reference**
**Purchase order number**
**Total value**
**Invoice milestone i.e. Scheduled payment – final ?**

23

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066236

Exhibit 306 Page 23

# Pitfalls to Avoid

**Please DO NOT....**

**... Initiate work prior to:**

    **Technical competence determined**

    **Animal welfare inspection**

    **T&Cs being signed**

    **Cost centre manager's approval / Purchase order being issued**

**... sign T&Cs unless you are an authorised signatory for Syngenta Ltd**

**... sign quotations unless you are an authorised signatory for Syngenta Ltd**

**... Send quotations or invoices to Business Management lacking necessary information**

**... task not approved by business or set correctly in SMARTChoice**

**... receive invoices for more than one purchase order number**

24

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066237

Exhibit 306 Page 24

# Consultancy/ Service agreements -  Rules of re-engagement

- **Aim – To minimize the risk to Syngenta.**

- **There are 2 sets of rules**

  - **Inland revenue rules**
    - **Can claim back the tax on redundancy payment, NI etc**
  - **HR rules**
    - **Ex Syngenta employee may claim to be unfairly made redundant**
    - **Non Syngenta person may claim for pension contribution etc.**

25

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    GRNVL0000066238

Exhibit 306 Page 25

# Consultancy/ Service agreements -  Rules of re-engagement



26

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066239

Exhibit 306 Page 26

# Process – Supplier Performance

- **Specific technical issues**
  - **Study manager to study director**
- **Significant technical issues**
  - **Study manager to study director**
  - **Project lead and Outsourcing informed**
- **Outsourcing will begin to collect study specific performance data following task completion**
  - **Quality, timeliness, communication**
  - **1 to 5 score via web application**
- **Supplier review**
  - **Function and Outsourcing input**

27

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066240

**Exhibit 306 Page 27**

# Supplier Performance - KPIs

**Once a month if appropriate an automated email is sent containing a link to a web interface**



**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066241

**Exhibit 306 Page 28**

# Supplier Performance - KPIs

Contracts missing KPIs for user ctravis

There are no contracts without KPIs for this user.
If you require assistance or believe that you have received this message in error please contact Clare Travis claire.travis@syngenta.com

**If you save the link it will update as it is a live link to the TRAX database.**

**So if you have completed the responses it will let you know there is nothing outstanding.**

29

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066242

Exhibit 306 Page 29

# Supplier Performance - KPIs

**Otherwise the link will give you a list of all the studies you have been managing that have been completed that require CRO performance feedback.**

Contracts missing KPIs for user ctravis

| Task ID | Lead AI | CRO | Quality Index | Timeliness Index | Communication Index | Flexibility Index | Compliance Index | |
|---------|---------|-----|---------------|------------------|---------------------|-------------------|------------------|---|
| CJTTEST | test2']< | ADME Bioanalyses | 0 | 0 | 0 | 0 | | Edit |
| CJTTest2 | 2 | AgroScience GmbH | | | | | | Edit |
| | | | | | | | | |

30

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066243

Exhibit 306 Page 30

# Supplier Performance - KPIs

**Contracts missing KPIs for user ctravis**

| Task ID | Lead AI | CRO | Quality Index | Timeliness Index | Communication Index | Flexibility Index | Compliance Index | |
|---|---|---|---|---|---|---|---|---|
| CJTTEST | test2'\< | ADME Bioanalyses | 3 | 0 | 3 | 0 | | Edit |
| CJTTest2 | 2 | AgroScience GmbH | | | | | | Edit |

This is the task title

Where the score is Poor or Unacceptable please provide a brief explanation in the comments field provided.

Quality
      The overall technical competence of the CRO to conduct and report studies including guideline compliance.
      0-<not scored> ▼

Timeliness
      A measure of the CROs performance to provide protocols and reports to Syngenta on time
      0-<not scored> ▼

Communication
      Ease and regularity of study information supplied by the CRO to Syngenta
      0-<not scored> ▼

Flexibility
      Ability of the CRO to accommodate studies according to the required deadlines and ability to prioritise work at Syngenta's request
      0-<not scored> ▼

Comments

[ Update ]

## By clicking on the edit button you will see for that task 4 questions

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066244

**Exhibit 306 Page 31**

# Supplier Performance - KPIs



There are two options
1. Leave answer as 0 (if not appropriate time to answer)
2. Set answer to drop down of 1 -5.
   All scales are the same 1 not good, 5 Excellent
   If you do grade the performance indicator 1 or 2 please add a
   short comment in the comment field

32

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066245

Exhibit 306 Page 32

# Supplier Performance - KPIs

By clicking on UPDATE this returns your answers live to the database.

## KPI - PO Number:

**Where the score is Poor or Unacceptable please provide a brief explanation in the comments field provided.**

Quality

The overall technical competence of the CRO to conduct and report studies including guideline compliance.

3-Average Some minor quality issues ▼

Timeliness

A measure of the CROs performance to provide protocols and reports to Syngenta on time

0-<not scored> ▼

Communication

Ease and regularity of study information supplied by the CRO to Syngenta

3-Average Information supplied when prompted ▼

Flexibility

Ability of the CRO to accommodate studies according to the required deadlines and ability to prioritise work at Syngenta's request

0-<not scored> ▼

Comments

Although the study went well I had an number of issues with their Study Manager J SMITH

[Update]

33



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION                    GRNVL0000066246

**Exhibit 306 Page 33**



# Smartchoice and the outsourcing process

# What has or has not changed.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066247

Exhibit 306 Page 34

# What has changed



- **The acceptance criteria for tasks**
  - ✓ **Task must be set to Active – PM**
    - ✓ **Task location added – Function**
    - ✓ **Task contact added- Function**
    - ✓ **Task must have initial resources allocated to it – PM?**

**Outsourcing**
  - ✓ **To process a quote or an invoice all the above must be correct or it will be returned to the SM.**

35

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION          GRNVL0000066248

Exhibit 306 Page 35

# What has not changed



- **Actual Finish** and **Actual Start** dates
  - ✓ Need to be completed by the **function**
- Task status **Completed** and **Terminated**
  - ✓ Need to be changed by the **function**

- **Communication with the Project managers and project leads is key.**

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION            GRNVL0000066249

Exhibit 306 Page 36

# What has not changed

## The outsourcing process



✓ **Secrecy agreement**
✓ **UTC**
✓ **Consultancy agreement**
✓ **Collaboration agreement**
✓ **Services agreement**
✓ **Budget approval**
✓ **Quote**
✓ **PO number**
✓ **Invoice**

37

**syngenta**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066250

Exhibit 306 Page 37

# Budget Process

- **Product safety "sits" within  CPD – budget from CPD**

- **Other Syngenta "customers" pay for resources internal days/$**

**Example:**

- **Total CPD budget for PS capped within  CPD budget – example $80m**

- **Total internal cost at Jhill / GSO – line budgets + Overhead**

  - ➤ **Example $38m internal costs + $12m overheads = Total $50m**

- **Other functions pay fixed internal staff day costs e.g. M/S, R&T, Global supply, Traits/Seeds, other special budget lines**

  - ➤ **Example total internal costs "cross charged" to others = $13.5m**

- **Net CPD Internal costs = $50m -  $13.5m = $36.5m**

- **Difference between Total CPD budget and Net CPD internal cost is PS Contract budget for CPD work =  $80m - $36.5m = $43.5m**

- **Other function contract $ "pay as you go!"**

38

syngenta

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

GRNVL0000066251

**Exhibit 306 Page 38**