

syngenta — Group Structure — Strictly Confidential — as per June 30, 2010

EXHIBIT 2 Quarles — CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION — GRNVL000080972 — Exhibit 333 Page 1



# syngenta

## Group Structure

**Strictly Confidential**

**as per June 30, 2010**

### Notes:

**Note 1: Syngenta Agro S.A. - Argentina**
Syngenta Crop Protection AG — 84.57%
Syngenta Participations AG — 15.43%

**Note 2: SPS Argentina S.A. - Argentina**
Syngenta Crop Protection AG — 51%
Multisem Argentina S.A., AR — 49%

**Note 3: Pau Semillas S.A. - Argentina**
Syngenta Crop Protection AG — 45%
Multisem Argentina S.A., AR — 55%

**Note 4: Syngenta Argentina S.A. - Argentina**
Syngenta Iberoamericana AG — 50%
Syngenta Overseas AG — 50%

**Note 5: LongReach Plant Breeders Management Pty. Ltd. - Australia**
Syngenta Seeds Pty Ltd., AU — 30%
Pacific Seeds Pty, Ltd, AU — 70%

**Note 6: Syngenta Bangladesh Limited - Bangladesh**
Syngenta Participations AG — 60%
Syngenta Agro AG — <0.01%
Syngenta Agro Services AG — <0.01%
Syngenta Crop Protection AG — <0.01%
Syngenta Iberoamericana AG — <0.01%
Syngenta Overseas AG — <0.01%
Bangladesh Chem. Ind., BD — 40%

**Note 7: Syngenta Proteçao de Cultivos Lda - Brazil**
Syngenta Participations AG — 53.92%
Syngenta Kappa BV, NL — 46.08%

**Note 8: Nutrade Comercial Exportadora Ltda. – Brazil**
Syngenta Seeds Ltda., BR — 99.97%
Syngenta Overseas AG — 0.03%

**Note 9: Syngenta Seeds Canada, Inc. – Canada**
Syngenta Seeds, Inc., US — >99.99%
Syngenta Crop Protection Canada, Inc., CA — <0.01%

**Note 10: Syngenta S.A. - Colombia**
Syngenta Participations AG — 50.17%
Syngenta Crop Protection AG — 48.48%
Syngenta Agroservices Asia AG — <0.01%
Syngenta Agro Services AG — 1.35%
Syngenta Overseas AG — <0.01%

**Note 11: Ethiopia Cuttings PLC - Ethiopia**
Syngenta Crop Protection AG — 50%
Syngenta Participations AG — 50%

**Note 12: Syngenta France SA - France**
Syngenta Participations AG — 74.01%
Syngenta AG — 25.96%
Syngenta Crop Protection AG — <0.01%
Various unknown holder, FR — 0.03%
SYN France SA Board Member — <0.01%

**Note 13: Kapok Plantas S.A. - Guatemala**
Syngenta Participations AG — 90%
Syngenta Crop Protection AG — 10%

**Note 14: Agro Insumos S.A. - Guatemala**
Syngenta Alpha BV, NL — >99.99%
Syngenta Seeds BV, NL — <0.01%

**Note 15: PT Syngenta Indonesia - Indonesia**
Syngenta Alpha BV, NL — 67.45%
Syngenta Crop Protection AG — 31.87%
Syngenta Participations AG — 0.68%

**Note 16: PT Syngenta Seeds Indonesia - Indonesia**
Syngenta Alpha BV, NL — 99%
PT Karya Cahaya Selaras — 1%

**Note 17: Syngenta India Limited - India**
Syngenta Participations AG — 50.99%
Syngenta South Asia AG — 45.30%
Mutual Funds, IN — 3.71%

**Note 18: Syngenta Biosciences Private Limited – India**
Syngenta Participations AG — 12.64%
Syngenta Alpha BV, NL — 87.36%
Syngenta Beta BV, NL — <0.01%
SYN Bio.Priv.Ltd. Board Member — <0.01%

**Note 19: Syngenta Crop Protection Pvt. Ltd. - India**
Syngenta Alpha BV, NL — >99.99%
Syngenta Seeds BV, NL — <0.01%

**Note 20: Syngenta East Africa Limited - Kenya**
Syngenta Crop Protection AG — >99.99%
Syngenta Participations AG — <0.01%

**Note 21: Kenya Cuttings Limited - Kenya**
Syngenta Alpha BV, NL — 14.73%
Grandiflor S.L., ES — 14.21%
PELFI CANARIAS S.L., ES — 14.21%
Pelpor Pelargonia, PT — 14.21%
Syngenta CP BV, NL — 14.21%
Syngenta Flowers Inc., US — 14.21%
Syngenta Seeds BV, NL — 14.21%

**Note 22: Pollen Ltd. - Kenya**
Syngenta Alpha BV, NL — >99.99%
Syngenta Beta BV, NL — <0.01%
Syngenta Bioline Bees BV, NL — <0.01%
Syngenta CP BV, NL — <0.01%
Syngenta Kapa BV, NL — <0.01%
Syngenta Mogen BV, NL — <0.01%
Syngenta Seeds BV, NL — <0.01%

**Note 23: Quality Seed Co. Ltd. - Sri Lanka (JV)**
Syngenta Seeds BV, NL — 48.91%
Partner Hayleys C.S — 48.91%
Fernando Malawige, LK — 2.18%

**Note 24: Syngenta Maroc SA - Morocco**
Syngenta Crop Protection AG — >99.99%
Syngenta Participations AG — <0.01%

**Note 25: Syngenta Semences SA - Morocco**
Syngenta Alpha BV, NL — 99.87%
Syngenta Seeds BV, NL — 0.03%

**Note 26: Syngenta Agro, S.A. de C.V. - Mexico**
Syngenta Alpha BV, NL — 64.48%
Syngenta Participations AG — 30.72%
Syngenta Crop Protection AG — 4.8%

**Note 27: Syngenta Crop Protection Sdn Bhd - Malaysia**
Syngenta Corporation Sdn Bhd — 53%
Syngenta Alpha BV, NL — 32%
Amerita Holdings Sdn Bhd — 15%

**Note 28: Seeds JV C.V. – NL**
Syngenta Participations AG — 99.96%
Syngenta Seeds BV, NL — 0.04%
Syngenta Omega AG — <0.01%

**Note 29: Goldsmith Seeds Europe B.V. - NL**
Goldsmith Seeds, Inc., US — 49.78%
Syngenta Alpha B.V., NL — 49.78%
Goldsmith Seeds Europe BV — 0.44%

**Note 30: Zeneca Agro-Produtos para A Agricultura, Lda. - Portugal**
Syngenta Alpha BV, NL — 54.80%
Zeneca Agro, PT — 45.20%

**Note 31: Pelpor Pelargonia Portuguesa - Produção e Comercialização de Flores, Lda. - Portugal**
Syngenta Alpha BV, NL — 66.67%
Syngenta Seeds BV, NL — 33.33%

**Note 32: OOO Syngenta - Russia**
Syngenta Overseas AG — 99%
Syngenta Agroservices Asia AG — 1%

**Note 33: Syngenta Seeds Limited - Thailand**
Novartis Crop Protection (Thailand) Ltd., TH — 29.95%
Syngenta Crop Protection AG — 10.00%
Syngenta Overseas AG — 9.05%
Other 3rd party (physical persons) — 51.00%

**Note 34: Novartis Crop Protection (Thailand) Ltd. – Thailand** (active for Seeds only)
Syngenta Participations AG — 99.77%
Syngenta Agro Services AG — 0.04%
Syngenta Iberoamericana AG — 0.04%
Syngenta Agroservices Asia AG — 0.04%
Syngenta Overseas AG — 0.04%
Syngenta Crop Protection AG — 0.04%
Syngenta CP Schweizerhalle AG — 0.04%

**Note 35: Syngenta Tarim Sanayi ve Ticaret A.S. - Turkey**
Syngenta Participations AG — 92%
Syngenta Crop Protection AG — 2%
Syngenta Overseas AG — 2%
Syngenta Agro Services AG — 2%
Syngenta Agroservices Asia AG — 2%

**Note 36: Golden Seeds Co. LLC - USA**
Golden Seed Co. Inc., US — 66,67%
GH Holding ,Inc., US — 33,33%

**Note 37: Central Golden Harvest Research Inc. - USA**
Garwood Seed Co., US — 33.33%
Sommer Bros, Seed Co., US — 33.33%
Thorp Seed Co., US — 33.33%

**Note 38: Golden Harvest Seeds Inc. - USA**
Thorp Seed Co., US — 20%
J.C. Robinson Seeds, Inc., US — 20%
Garwood Seed Co., US — 20%
Golden Seed Company, L.L.C.,US — 20%
Sommer Bros. Seed Co., US — 20%

**Note 39: West Coast Beet Seed Co., - USA (INV)**
Syngenta Seeds Inc., US — 12.2%
Syngenta Seeds AB, SE — 0.1%

**Note 40: TOV Syngenta - Ukraine**
Syngenta Crop Protection AG — 99%
Syngenta Agroservices Asia AG — 1%

**Note 41: Zeneca Venezuela S.A. - Venezuela**
Syngenta Limited, GB — 73.34%
Syngenta Alpha BV, NL — 26.66%

GRNVL000008974
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

GRNVL000008974

Exhibit 333 Page 3