**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Abbott, John | N/A | N/A | N/A | SCPI (66:6) | N/A | N/A | N/A | Leads the regulatory team for all fungicides and insecticides (48:13) | N/A | N/A |
| Adelman, Jessica | N/A | N/A | N/A | Head of government relations and communications/ public affairs SCPI U.S. (78:1) | Head of Corporate Affairs, NAFTA "beyond Crop Protection Inc."(36:7) doesn't know what entity "not SCPI" (42:5) | N/A | N/A | N/A | N/A | N/A |
| Albrecht, Michel | N/A | N/A | N/A | N/A | Located in Basel (121:4) | N/A | N/A | N/A | N/A | Technical manager, Basel (138:23) |
| Alventosa, Vince | N/A | Former Legal Counsel SCPI (39:2) | Former General Counsel for SCPI (150:18) | Formerly General Counsel of SCPI (28:10) | N/A | N/A | N/A | N/A | N/A | N/A |
| Amrein, Josef | N/A | N/A | N/A | N/A | Product manager, doesn't know what entity (198:1) | N/A | N/A | N/A | N/A | N/A |
| Andreas-Meier, Urs | N/A | N/A | Syngenta AG (87:15) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Anne-Ho, Gigi | N/A | Legal counsel for Syngenta International (113:1) | Associate General Counsel for SCPI (42:6) | Formerly Syngenta Asia Pacific PTE Limited, Singapore (105:3) | N/A | N/A | N/A | N/A | N/A | N/A |
| Anthony, Vivienne | N/A | Former Head of Development SCPI 2001 (195:8) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

Exhibit 363 Page 1

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Aruffo, Sandro | N/A | Head of Global R&D (92:5) SCPI (93:24) | Member of Syngenta AG's Executive Committee (66:14) | N/A | N/A | Global Head of R&D, Member of Syngenta Executive Committee (121:11) | N/A | N/A | Supervises Global Head of Development, Syngenta AG (78:20) Member of Syngenta Executive Committee (79:4) | N/A |
| Atkin, John | Former head of Novartis Crop Protection AG (18:5) Member of Syngenta AG's Executive committee and Capital Approvals Committee (105:9) Global Head of Crop Protection (106:3) Member of SCPI board (162:1-25) | Current CEO Syngenta International AG, Crop Protection (12:5-7) | Member of Syngenta AG's Executive committee (66:6) | N/A | Part of the Syngenta Executive Committee (29:3) Reports to Mike Mack (51:15) Head of the Crop Protection Leadership Team (56:23) one of the Heads of SCPI Global Sales and Operations Planning Group (213:8) | Former CEO located in Basel, doesn't know what entity (109:4) | Head of Crop Protection(110:1) COO of Syngenta Crop Protection (110:6) | Current COO in Basel, doesn't know what company (148:14) | N/A | COO Syngenta , doesn't know what entity, (32:18) |
| Ball, Christopher | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Project Manager Herbicides, Basel (108:14) |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 2

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| **Barnes, Jasper** | N/A | N/A | N/A | N/A | Not sure what entity, leads all development project planning activities (209:14) | Head of Development Portfolio (108:18), Manager for the Globally prioritized run and implemented projects, Syngenta Crop Protection AG, in Basel (214:4) | N/A | N/A | N/A | Head of Global Project and Portfolio team in Basel, (166:7) |
| **Bean, Mike** | N/A | N/A | N/A | N/A | N/A | Member of Formulation and development team in Jealott's Hill (212:1) | N/A | N/A | N/A | N/A |
| **Berendes, Robert** | Head of Business Development in the Business Systems Committee of Syngenta AG (106:5) | Member of the SEC, Head of Business Development, and Head of Lawn and Garden, Member of the Syngenta Executive Committee, Syngenta International AG (157:7-17) | Member of Syngenta AG's Executive Committee (66:15) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Bidwell, Mark** | N/A | Leading the Azoxystrobin Business from a global marketing Perspective, SCPI (100:10) | N/A | N/A | Global Product Manager, Syngenta's worldwide crop protection business (141:5) | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 3

DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Bosset, Tobi | N/A | N/A | N/A | N/A | N/A | Coordinated international assignments in HR Basel, doesn't know what entity (60:16) | N/A | N/A | N/A | N/A |
| Botham, Jane | N/A | N/A | N/A | Syngenta Limited Research (71:17) | N/A | N/A | N/A | N/A | N/A | N/A |
| Botham, Phillip | N/A | N/A | N/A | N/A | N/A | Located in Jealott's Hill, Syngenta Crop Protection AG (64:11) Former Head of the Animal Test Facilities at Alderley Park, Manchester (84:14) | N/A | N/A | N/A | N/A |
| Bradshaw, Jay | N/A | N/A | N/A | N/A | President of the Canadian Business, NAFTA (28:4-6) | N/A | N/A | N/A | N/A | N/A |
| Brady, Jim | N/A | N/A | N/A | Doesn't know personally, SCPI (74:7) | N/A | N/A | N/A | N/A | N/A | N/A |
| Brau, Raymond | N/A | Former CFO Novartis Executive Committee (27:16) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Breckenridge, Charles | N/A | N/A | N/A | SCPI (74:6) | N/A | N/A | N/A | SCPI (130:3) | N/A | N/A |
| Broussard, Phoebe | N/A | N/A | N/A | N/A | Finance, doesn't know what entity (198:12) | N/A | N/A | N/A | N/A | N/A |

Exhibit 363 Page 4

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Brown, Richard | N/A | Lead Global Policy Steward "either International or Crop Protection AG" (120:23) | N/A | N/A | N/A | Head of Stewardship (108:17) | N/A | N/A | N/A | N/A |
| Camp, Alan | N/A | N/A | N/A | SCPI NAFTA (76:24) | SCPI (133:20) | N/A | N/A | N/A | N/A | N/A |
| Campbell, Dan | N/A | N/A | N/A | SCPI NAFTA (76:24) | N/A | N/A | N/A | Heads the Herbicide Regulatory Team for Registrations for All Herbicides (47:2) | N/A | Regulatory Manager involved with Atrazine Monitoring Program (41:23) |
| Campbell, Peter | N/A | N/A | N/A | N/A | N/A | Head of Ecological Sciences located in Jealott's Hill, UK (124:15) | N/A | N/A | N/A | N/A |
| Candolfi, Marco | N/A | N/A | N/A | N/A | N/A | Member of Jealott's Hill Ecological Science Group (87:1) | N/A | N/A | N/A | N/A |
| Carlos-Guimaraes, Antonio | N/A | Head of Latin American regional Leadership Team (52:10) | N/A | N/A | Heads up Latin American Operations on John Atkin's team (60:14) | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 5

DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Carmean, Kurt | N/A | N/A | N/A | Doesn't know him (82:10) | N/A | N/A | N/A | N/A | N/A | Herbicide Development Project manager for NAFTA in Greensboro, reports to Drost (139:1) |
| Carrol, Beth | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Leads McFarland's policy work works with litigation team (47:17) | Defense Team Chair, NAFTA Crop Protection (66:19) | N/A |
| Case, Jeff | N/A | N/A | N/A | Scientist with SCPI (90:7) | N/A | N/A | N/A | N/A | N/A | N/A |
| Chance, Ayannah | N/A | N/A | N/A | | SCPI (171:2) | N/A | N/A | N/A | N/A | N/A |
| Chen, Sunmau | N/A | Toxicology Based in Greensboro (219:2) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Ciszak, Michael | N/A | N/A | N/A | N/A | Located in Basel, not sure what entity/job description (166:10) | N/A | N/A | N/A | N/A | N/A |
| Clark, Terry | N/A | N/A | N/A | N/A | N/A | Member of the Dietary Safety Team, Jealott's Hill (86:12) | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 6

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Clough, Martin | N/A | Global Head of Crop Protection Research, Syngenta Crop Protection Ag or Syngenta International AG, runs the Stein Laboratory (76:10) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Cornes, Derek | N/A | Syngenta Crop Protection AG, Basel (180:4) | N/A | N/A | In Basel (133:25) | Biological Development for Herbicides, Basel, SCP AG (209:24) | N/A | N/A | N/A | N/A |
| Costello, Jean | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Global Regulatory Manager for Mesotrione in Basel (167:3) | N/A | N/A |
| Costrop, Philippe | N/A | N/A | N/A | "I don't know him" (90:16) | Doesn't know (189:22) | N/A | N/A | Global Regulatory Manager for Atrazine, Syngenta Crop Protection AG (122:13) | N/A | N/A |
| Croudace, Charlotte | N/A | Doesn't know her(180:8) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| d'Hondt, Christian | N/A | N/A | N/A | N/A | N/A | Member of the Environmental Safety Team located in Basel (87:14) | N/A | N/A | N/A | N/A |
| Dickinson, Travis | N/A | Head of Marketing SCPI, NAFTA (38:17) | N/A | Formerly Syngenta Seeds, Inc U.S. (92:24) | Head of Marketing, SCPI (141:19) | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 7

DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Dickson, Gary | N/A | Former head of development in the united states, SCPI (240:6) | N/A | N/A | Doesn't say which entity (227:8) | Vice President of Crop Protection Development for SCPI (33:19) Head of Global Risk Assessment Team (84:23) Head of Development, NAFTA (217:2) | N/A | N/A | N/A | N/A |
| Dieterle, Roland | N/A | N/A | N/A | N/A | N/A | Member of the Dietary Safety Team in Basel (86:9) | N/A | N/A | N/A | N/A |
| Diriwaechter, Georg | N/A | N/A | N/A | Syngenta Crop Protection AG, public relations (93:13) | N/A | Issue Management, Crop Protection Development (108:19) | N/A | N/A | N/A | N/A |
| Dixon, Katherine | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | SCPI, doesn't know her title (54:13) |

Exhibit 363 Page 8

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Doe, John | N/A | N/A | N/A | Retired Head of product safety, Syngenta Limited (95:16) | Syngenta Scientist assigned an action that a comparison of atrazine and terbuthylazine with respect to position on debating endocrine disruption (220:17) | Global head of Product Safety (73:14) Head of Product management, UK (93:11) Head of Health Assessment (108:14) | N/A | N/A | N/A | N/A |
| Doppman, Franz | N/A | N/A | N/A | N/A | N/A | Head of Global Field Support (108:20) | N/A | N/A | N/A | N/A |
| Dorobek, Frank | N/A | N/A | N/A | N/A | N/A | Global Ecological Testing, located in Basel (87:2) | N/A | N/A | N/A | N/A |
| Drost, Dirk | N/A | N/A | N/A | N/A | Member of the Crop Protection Global Portfolio Steering Committee NAFTA, "key folk" (211:12) | N/A | N/A | SCPI, (85:12) Planning (130:7) | Organizes Regular Update Meetings with Stypa (64:13) | Head of Portfolio and Project Management, SCPI (8:25-9:3) |
| Dunlop, Craig | N/A | N/A | N/A | Doesn't know him (96:13) | N/A | N/A | N/A | Regional head for Asia Pacific (171:21) | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 9

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|------|--------|-------|-------|---------|---------|-------|--------|-----------|-------|-------|
|      | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Earl, Mike | N/A | N/A | N/A | N/A | N/A | Head of UK site, Jealott's Hill (40:22) Member of the Environmental Safety Team (87:15) | N/A | Product Safety, Syngenta Crop Protection AG (172:5) | N/A | N/A |
| Elmsheuser, Hans | N/A | N/A | N/A | N/A | Former Head of Purchasing, Basel (182:11) | N/A | N/A | N/A | N/A | N/A |
| Elser, David | N/A | Looks after global corn herbicide range marketing (106:3) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Etienne Boin, Pierre | N/A | Head of Agribusiness, Legal, and IP (ALIP) (42:5) | Head of Agribusiness, legal, and IP, Basel (43:23) | Legal Functional Supervisor, Syngenta Crop Protection AG or Syngenta International AG (103:17) | N/A | N/A | N/A | N/A | N/A | N/A |
| Fairbairn, Duane | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Syngenta AG's Canadian Subsidiary (85:18) | N/A | N/A |
| Farmer, Danelle | N/A | N/A | N/A | Formerly Syngenta International AG (97:19) now at SCPI (98:3) | N/A | N/A | N/A | State Government Regulations Manager, Austin Texas (49:17) | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 10

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Fischer, Valdemar | N/A | N/A | N/A | 2007- Chairman of Syngenta Corporation and President of SCPI (19:12-20) | Former President of SCPI (32:22) | N/A | N/A | N/A | Former U.S. and regional head (63:18) SCPI (71:9) | N/A |
| Flakne, Dave | N/A | N/A | N/A | N/A | N/A | N/A | N/A | State Government Regulations Manager; Madison Wisconsin (49:17) Responsible for Illinois (49:21) | N/A | N/A |
| Flippin, Charles | N/A | N/A | N/A | N/A | Head of Seeds Care Business Unit, SCPI, U.S. and Canada (37:14) | N/A | N/A | N/A | N/A | N/A |
| Flores, Maurilio | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Head of Regulatory Affairs in Mexico (59:24) | Development Head in Mexico, indirectly reports to Stypa (58:23) | N/A |
| Fogden, Jason | Financial officer in charge of SCPI (73:23) Member of the Board of SCPI (162:2) Member of the Board of Syngenta Corporation (190:4) | N/A | N/A | Head of Finance Group SCPI (75:24-25) | Head of SCPI Finance group (56:9) | N/A | Chief Financial Officer, SCPI (6:22) Former CFO Syngenta Corporation (12:25) | N/A | CFO (67:4) | N/A |

Exhibit 363 Page 11

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Ford, Sherry | N/A | N/A | N/A | Formerly with SCPI, now with Syngenta Corporation (99:6) | N/A | N/A | N/A | Communication Expert in Greensboro (149:9) | N/A | N/A |
| Foresman, Chuck | N/A | N/A | N/A | SCPI (100:1) | N/A | N/A | N/A | N/A | N/A | N/A |
| French, Dave | N/A | Regulatory head of Human Health and Environmental issues (120:20) | N/A | "Don't really know Dave French" (100:12) | N/A | N/A | N/A | Former Herbicide Global Regulatory Manager Team Lead (81:16) Current Global Head of Regulatory for Syngenta Crop Protection AG (167:13) | N/A | N/A |
| Furter, Rolf | N/A | Works in Basel (239:2) | N/A | N/A | Former Head of global development (228:5) | N/A | N/A | N/A | Head of Global Development (70:6) | N/A |
| Gallina, Fernando | N/A | Brazilian Representative (243:16) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Garrett, Judy | N/A | Former Leader of Global Corn Marketing Team, Syngenta Crop Protection AG (184:23) | N/A | N/A | In Basel (134:2) | N/A | N/A | N/A | N/A | N/A |
| Gehmann, Klaus | N/A | N/A | N/A | N/A | N/A | Head of Technical Management (118:25) | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 12

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Gheissari , Amelia | N/A | N/A | N/A | N/A | N/A | Located in Basel, Member of Product Safety Team | N/A | N/A | N/A | N/A |
| Gonzalez-Valero, Juan | N/A | N/A | N/A | Doesn't know him (100:19) | N/A | N/A | N/A | N/A | N/A | Head of Global Ecological Risk, doesn't know where he was based (155:6) |
| Gordon, Paul | N/A | Located in Basel (191:20) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Gowda, Vigi | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Doesn't know what entity (52:15) |
| Graef, Henry | N/A | N/A | N/A | N/A | N/A | N/A | Treasurer of Syngenta Corporation, U.S. (50:19) | N/A | N/A | N/A |
| Gugger, Hieri | N/A | Former Product manager for U.S. (196:25) Former President of SCPI (245:16) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Guthrie, Andrew | N/A | Pan-Asia regional team leader, Asia-Pacific Pte (61:4) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 13

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Hackett, Dennis | N/A | N/A | N/A | N/A | N/A | Portfolio Management, Greensboro (93:20) | N/A | Runs Compliance and Label Support Group and Quality Assurance, Regulatory Affairs of SCPI (46:16) | N/A | N/A |
| Hadfield, Steve | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Product Safety (170:6) Syngenta Crop Protection AG (172:13) | N/A | N/A |
| Halliwell, James | CFO Capital Approvals committee Syngenta international AG (105:10), | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Hamilton, Tom | N/A | N/A | N/A | Moved from Syngenta Biotechnology Inc. to SCPI, head of parent group for SCPI. Now on an international assignment in Basel (101:5) | N/A | N/A | N/A | N/A | N/A | N/A |
| Hawkins, Vern | President of SCPI (113:10) Chairman of Syngenta Corporation (165:4) | President of SCPI (36:2) Head of the NAFTA region (48:9) Member of the Crop Protection leadership Team, NAFTA (112:22) | Head of SCPI (140:20) | Current President of SCPI (78:15) | President of SCPI, responsible for North American Market (26:4) | N/A | N/A | N/A | U.S. Head of "the Business" (62:16) | N/A |
| Heard, Nina | N/A | N/A | N/A | N/A | N/A | Lead of the Dietary Safety Team (215:9) | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 14

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| **Hendley, Dr. Paul** | N/A | N/A | N/A | N/A | N/A | One of the "Syngenta Fellows" (195:19) | N/A | SCPI (111:3) | N/A | Syngenta Fellow Environmental Risk Assessment at SCPI (69:8) |
| **Hertl, Peter** | N/A | "Senior man on all matters toxicological" (91:1) Syngenta Crop Protection Ag or Syngenta International (225:16) | N/A | N/A | In the Product Safety Group, not sure which entity (95:9-20) | Head of Global Product Safety for Syngenta Crop Protection Inc. (8:8) | N/A | SCPI (69:25) | N/A | Worked in Health Assessment, Environmental Safety, and Product Safety, Head of Global product Safety, doesn't know what entity (29:9-30:6) |
| **Hofer, Urs** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Herbicide Technical manager CHBS (139:6) |
| **Angela Hofstra,** | N/A | N/A | N/A | Syngenta Crop Protection Canada, Inc (104:20) | N/A | N/A | N/A | N/A | N/A | N/A |
| **Hosmer, Alan** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Product Safety, SCPI (53:2) |
| **Houghton, Donna** | N/A | N/A | N/A | Syngenta Canada, Doesn't know her (105:14) | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 15

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Huck, Corey | N/A | N/A | N/A | N/A | Head of U.S. commercial operations, SCPI (38:3) | N/A | N/A | N/A | N/A | N/A |
| Huguet, Patrick | N/A | Located in Basel (192:7) | N/A | N/A | | N/A | N/A | N/A | N/A | N/A |
| Hull, Sarah | N/A | N/A | N/A | Head of Public Affairs and corporate communications for the U.S. SCPI | Reports to Jonathan Seabrook's group in Basel (41:19) | N/A | N/A | N/A | N/A | N/A |
| Ibarra, Rodolfo | N/A | N/A | N/A | Top Legal Person in Mexico (32:25) | N/A | N/A | N/A | N/A | N/A | N/A |
| Imhof, Heinz | Former Head of Agribusiness for Novartis: Crop Protection and Seeds (18:4) | Former head of Agribusiness '99 (30:12) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Iwanzik, Worlfgang | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Global Regulatory Syngenta Crop Protection AG (172:18) | N/A | N/A |
| Johnson, Mike | N/A | N/A | N/A | N/A | N/A | Part of the NAFTA research and development organization (158:11) | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 16

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Kedwards, Tim | N/A | N/A | N/A | N/A | N/A | Member of Jealott's Hill Ecological Science Group (87:1) | N/A | N/A | N/A | N/A |
| Kelly, Dennis | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Team Lead of Registration and State Government, SCPI (46:22) | N/A | N/A |
| Kiefer, Enrico | N/A | N/A | N/A | N/A | N/A | Member of Environmental Safety Team, Basel (87:16) | N/A | N/A | N/A | N/A |
| Kimber, Ian | N/A | N/A | N/A | N/A | N/A | Member of the Environmental Safety Team (87:19) | N/A | N/A | N/A | N/A |
| Kling, Cheryl | N/A | N/A | N/A | Syngenta Corporation (136:16) | N/A | N/A | N/A | N/A | N/A | N/A |
| Knight, Frank | N/A | N/A | N/A | N/A | SCPI (132:13) NAFTA brand management (198:7) | N/A | N/A | N/A | N/A | N/A |
| Koelbing, Christoph | N/A | N/A | N/A | N/A | N/A | HR, Basel (66:7) | N/A | N/A | N/A | N/A |
| Kohli, Alfred | N/A | Former Head of Development Portfolio (230:3) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 17

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|------|--------|-------|-------|---------|---------|-------|--------|-----------|-------|-------|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Kuhn, Eric | N/A | Works in Basel (192:7) | N/A | N/A | Reports to Hawkins, leads the Triazines Management for NAFTA (80:25) | N/A | N/A | N/A | N/A | N/A |
| Lang, Greg | N/A | N/A | N/A | Supply Chain Business Analyst (50:14-51:2) | N/A | N/A | N/A | N/A | N/A | N/A |
| Langkamp, Scott | N/A | Horticulture, SCPI (38:13) | N/A | N/A | Manager of the Horticulture Business, SCPI (37:17) | N/A | N/A | N/A | N/A | N/A |
| Langley, Chris | N/A | N/A | N/A | N/A | N/A | N/A | Head of Finance Business Services (31:19) SCPI (53:20) | N/A | N/A | N/A |
| Lawrence, David | N/A | Located in Jealott's Hill (191:21) | N/A | N/A | N/A | Head of R&D at Jealott's Hill (107:25-108:2) | N/A | N/A | N/A | N/A |
| Lewis, Fraser | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Global Regulatory for Syngenta Crop Protection AG (172:21) | N/A | N/A |
| Lim, Clement | N/A | N/A | N/A | Lawyer with SCPI in Syngenta Asia Pacific (108:2) | N/A | N/A | N/A | N/A | N/A | N/A |
| Loria, Daniel | N/A | N/A | N/A | N/A | Head of HR, SCPI NAFTA (47:2) | N/A | N/A | N/A | N/A | N/A |
| Luscombe, Caroline | Global Head of HR Syngenta International AG | Global Head of HR in Basel (39:15) | N/A | N/A | Global Head of HR (73:3) | N/A | N/A | N/A | N/A | N/A |

Exhibit 363 Page 18

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| | (141:6,18) | | | | | | | | | |
| **Mack, Michael** | President of the Board of Syngenta International AG (32:22) | CEO Syngenta AG executive committee (68:12) Former President of Business in the U.S. (240:8) | CEO of the Syngenta Group: "Syngenta AG plus all its affiliate or subsidiaries (45:25-46:1) | N/A | CEO of Syngenta Group (75:18) | N/A | N/A | N/A | N/A | N/A |
| **Maeder, Christoph** | President of the Board of Syngenta Agro AG (32:4), President of Syngenta Crop Protection AG (32:13) Member of the Board of Syngenta International AG (32:20), President of the board of Syngenta Participations AG (32:25) Member of the Board of SCPI, United States (33:4, 29:19:) President of the Board of Syngenta Finance AG (32:15) Member of the Board of Syngenta Corporation (29:20) | Member of the Board SCPI (72:24), Head of Syngenta Ag Legal and Taxes (152:20), | Chair of the Legal and Taxes Leadership Team, General Counsel, and Member of Syngenta AG's executive committee, and Secretary of Syngenta AG's Board of Directors(53:3, 66:9, 189:11) | General Counsel; Syngenta AG (18:13) | Member of the Board of Syngenta Corporate (59:23) Group General Counsel, Syngenta AG (90:24) | N/A | Head of Group Legal, in Basel, Syngenta International AG, Syngenta Executive Committee (49:11-19) | N/A | N/A | N/A |

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| **Malarkey, Patricia** | N/A | N/A | N/A | Current head of product safety NAFTA (96:7) | N/A | Head of Product Safety, NAFTA SCPI (112:2) | N/A | N/A | N/A | N/A |
| **Mametz, Bertrand** | N/A | N/A | N/A | N/A | Syngenta employee based in Basel (193:5) | N/A | N/A | N/A | N/A | N/A |
| **Manley, Brian** | N/A | N/A | N/A | Doesn't know personally, R&D SCPI (108:19) | From USRE, not sure what that stands for (122:17) former Global Technical Manager for Herbicides (126:22) currently operates out of Syngenta biotech institute, NC (127:21) | N/A | N/A | N/A | N/A | Syngenta Biotechnology Inc. in Raleigh/Durahm, (130:9) |
| **Maurer, Willy** | N/A | N/A | N/A | Global product manager SCPI (109:13) | Global Product Management (136:24) | N/A | N/A | N/A | N/A | N/A |
| **Mazzotta, Roman** | N/A | N/A | Regional Counsel Crop Protection for EAME (42:20) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **McFarland, Janis** | N/A | Regulatory leader in the U.S. of SCPI, responsible for Atrazine registration (244:19-22) | N/A | N/A | SCPI (134:13) | N/A | N/A | N/A | N/A | Head of Regulatory Affairs (29:5) |
| **Meili, Tobias** | N/A | N/A | Syngenta International AG (14:5) | Syngenta AG (22:2) | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 20

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|------|--------|-------|-------|---------|---------|-------|--------|-----------|-------|-------|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| **Merritt, Andrew** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Atrazine Monitoring Program Study Director (41:15) |
| **Mewes, Kersten** | N/A | N/A | N/A | Works for Syngenta Crop Protection AG, has regulatory role impacting SCPI (110:9) | N/A | N/A | N/A | Syngenta Crop Protection AG (173:17) | N/A | N/A |
| **Michaelis, Daniel** | N/A | N/A | Former Head of Corporate Legal Affairs, Now on Meili's team (74:18) | Lawyer Syngenta International AG (26:13-27:1) | N/A | N/A | N/A | N/A | N/A | N/A |
| **Miller, Brett** | N/A | N/A | N/A | "vaguely familiar, but I don't know him" (111:3) | From Basel, doesn't mention what entity (121:24) | N/A | N/A | N/A | N/A | Formerly a Technical Manager in Basel, now in U.S. |
| **Molitor, Elvira** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Project and Portfolio Manager, in Basel (107:22) |
| **Molter, Bob** | N/A | N/A | N/A | N/A | N/A | N/A | Head of Finance for the Supply Team (92:5) | N/A | N/A | N/A |

Exhibit 363 Page 21

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| **Morgan, David** | Member of the Board of Syngenta Corporation (190:4) | N/A | N/A | N/A | Accountable for North American Seeds, does not work for SCPI, does work for some entity of Syngenta Group (42:14) | N/A | N/A | N/A | N/A | N/A |
| **Nadel, Alan** | N/A | N/A | N/A | Litigation Counsel SCPI (58:18-59:8) | N/A | N/A | N/A | N/A | N/A | Syngenta Counsel (109:20) |
| **Neill, Rob** | N/A | Leader of the Syngenta Crop Protection AG Global Product managers (100:5) | N/A | N/A | Head of Global Marketing, located in Basel (194:23) | N/A | N/A | N/A | N/A | N/A |
| **Nyffeler, Andreas** | N/A | "Probably Syngenta Crop Protection AG, but I don't know" (196:10 | N/A | N/A | Works in Basel, doesn't say what entity (132:12) | N/A | N/A | N/A | N/A | N/A |
| **Parker, John** | N/A | N/A | N/A | N/A | N/A | CP development business management (108:16) Leading outsourcing activity (200:20) | N/A | Syngenta Crop Protection AG (173:19) | N/A | No longer with the company (49:6) |
| **Parr, Jon** | N/A | Head of the Europe/ Africa/ Middle East regional leadership team, SAG (112:13)) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 22

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Pastoor, Tim | N/A | Expert in global risk assessment, based in Greensboro (194:2) | N/A | N/A | N/A | Heads the Product Safety Team in Greensboro (187:10) | N/A | N/A | N/A | N/A |
| Patrick, Mark | N/A | N/A | N/A | N/A | N/A | N/A | Syngenta International, AG (19:20) | N/A | N/A | N/A |
| Peacock, Mark | Syngenta International AG (106:14) Chairman of the Capital Approvals Committee (105:9)  head of Global Operations and chair of the Business Systems Committee (105:25) | Head of Global supply, based in Basel (43:7), on the executive committee Syngenta International AG (46:1) | Member of Syngenta AG's Executive Committee (66:16) | N/A | Chair of the sales and operation planning team, head of global supply chain, SCPI (169:15) | N/A | Chair of Capital Committee, Head of Supply Organization, member of Syngenta Executive Committee, (75P:10-18) | N/A | N/A | N/A |
| Pearson, Charlie | N/A | N/A | N/A | N/A | N/A | Head of the Field Trials Test Team, SCPI (149:20) | N/A | N/A | N/A | N/A |
| Pearson, Fred | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Team lead for Professional Products and Seed Treatment for Herbicides, Fungicides, and Insecticides (48:50) | N/A | N/A |

Exhibit 363 Page 23

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Peter-Buser, Hans | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Global Regulatory Manager (126:5) Syngenta Crop Protection AG (129:8) | N/A | N/A |
| Pflugi, Alexander | N/A | N/A | N/A | N/A | N/A | N/A | Global Capital Coordinator, Syngenta International AG, (114:14) | N/A | N/A | N/A |
| Pisk, Davor | COO of Seeds in the Capital Approvals Committee of Syngenta AG (105:11) Head of Seeds in the Business Systems Committee of Syngenta AG (106:4) | Head of the seeds business and member of Syngenta AG's executive committee (125:18) | Member of Syngenta AG's Executive Committee (66:7-8) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Plucken, Udo | N/A | N/A | N/A | N/A | N/A | Team Lead for the environmental fate group, Syngenta Crop Protection AG (45:2) | N/A | N/A | N/A | N/A |
| Portmann, Dominique | N/A | N/A | Group Compliance Officer, Legal Department Syngenta Group (41:23) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

Exhibit 363 Page 24

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Purdy, John | N/A | N/A | N/A | Doesn't know him (111:21) | N/A | N/A | N/A | Syngenta Crop Protection Canada Inc. (85:17) | N/A | N/A |
| Puri, Emilio | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Syngenta Crop Protection AG (173:21) | N/A | N/A |
| Quain, Cheryl | Member of the Board of Syngenta Corporation (190:3) | N/A | General Counsel, Corporate Legal Affairs in Wilmington, DE. Doesn't know what U.S. entity (40:14) | General Counsel for Syngenta Corp. (130:16) | Legal Secretary on Board of Syngenta Corporation (65:2) | N/A | Member of the Board of Directors of Conrad Fafard Inc., Syngenta Corporation (19:10) | N/A | N/A | N/A |
| Quarles, Beth | Secretary of the Board of SCPI (118:14) | N/A | General Counsel for Crop Protection in NAFTA (43:12) | General Counsel for SCPI (5:10) | Legal department SCPI (231:12) | N/A | Legal Counsel and member of the Board of SCPI (58:1) | N/A | Litigation Defense Team (66:3) | N/A |
| Ramos, Gerardo | N/A | Head of Crop Protection R&D, Either "international or Crop Protection" (119:16) Head of the Global Development Committee of Crop Protection (181:4) | Head of R&D, Crop Protection | N/A | Global Head of Development (211:17) | Syngenta Crop Protection AG (121:1) Head of Crop Protection development (56:16) | N/A | N/A | Global Development Head (78:1) | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 25

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Ramsay, John | N/A | Member of the board of Syngenta Crop Protection AG (72:24) Chief Financial Officer Syngenta Crop Protection AG (119:4) | Member of Syngenta AG's Executive Committee (66:15) | N/A | N/A | N/A | Syngenta International, AG (14:15) CFO Syngenta Group (20:6) | N/A | N/A | N/A |
| Reese, Sarah | N/A | N/A | N/A | N/A | N/A | Head of Dietary Safety, Jealott's Hill, UK (124:13) | N/A | N/A | N/A | N/A |
| Rezende, Maercio | N/A | Head of the San Paulo region (198:19) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Riley, John | N/A | Head of supply chain for NAFTA, SCPI (47:3) | N/A | N/A | N/A | N/A | Head of Supply for SCPI, (103:2) | N/A | N/A | N/A |
| Rodriquez, Rose | N/A | N/A | N/A | N/A | N/A | Reports to Hertl from Sao Palo, Brazil (64:21) | N/A | Latin American Head of Regulatory (173:23) | N/A | N/A |
| Rose, Patrick | N/A | N/A | N/A | N/A | N/A | Active ingredient lead in England (98:6) | N/A | N/A | N/A | N/A |
| Sack, Stefan | N/A | N/A | N/A | N/A | N/A | Member of the Environmental Safety team (87:17) | N/A | N/A | N/A | N/A |
| Sartorius, Timon | N/A | N/A | Regional Counsel for APAC (43:1) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 26

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|------|----------|--|--|--|--|--|--|--|--|--|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Schirmacher, Kirstin | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Conducts Field Trials in Western Illinois for SCPI (150:9-13) |
| Schmidt, Lynn | N/A | N/A | N/A | Counsel for Syngenta Crop Protection Canada. Inc (32:4-13) | N/A | N/A | N/A | N/A | N/A | N/A |
| Schreiner, Peter | Head of the Syngenta Group Taxation Team, Syngenta International AG (82:5) One of the Directors of Syngenta Financial AG (192:14) | N/A | Head of Group Taxation (53:8) | N/A | N/A | N/A | Head of Group Tax (9:1) Reports to Christoph Maeder (50:5) | N/A | N/A | N/A |
| Seabrook, Jonathan | N/A | N/A | Head of Global Corporate Affairs, doesn't know what Syngenta Entity (32:12-16) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Seiler, Alfred | N/A | N/A | N/A | N/A | SCPI, in Basel (134:18) | Former Global regulator and mentor for traited seeds, including atrazine, Syngenta Crop Protection AG (189:16) | N/A | Regulatory Manager Ciba-Geigy Corp. (33:24) Syngenta Crop Protection AG (116:19) | N/A | N/A |

Exhibit 363 Page 27

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|------|--------|-------|-------|---------|---------|-------|--------|-----------|-------|-------|
|      | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Shaw, Jennifer | N/A | N/A | N/A | Doesn't know her (112:5) | N/A | N/A | N/A | SCPI (85:13) | N/A | N/A |
| Shaw, Judy | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Syngenta crop Protection Canada Inc. (85:18) | N/A | N/A |
| Skidmore, Anthony | N/A | In UK, doesn't mention what entity/capacity (192:9) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Slaven, Bob | N/A | N/A | N/A | N/A | St. Gabriel Plant Manager, SCPI (197:24) | N/A | N/A | N/A | N/A | N/A |
| Smith, Lewis | N/A | Former head of Product Development Crop Protection not sure which entity "semi-retired" (155:24) | N/A | No longer with the company, previously "very senior role on the science and regulatory side" (112:19) | N/A | N/A | N/A | N/A | N/A | N/A |
| Smits, Piet | N/A | Management, Syngenta Group, Europe (198:19) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Spinney, Mark | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Works in the Herbicide Biology Group, Jealott's Hill (134:12-15) |
| Stanbrook, Lionel | N/A | N/A | N/A | Public affairs Syngenta International AG (113:1) | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 28

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| **Stavola, Pat** | N/A | N/A | N/A | Lawyer for SCPI (49:15) | N/A | N/A | N/A | N/A | N/A | N/A |
| **Steiblin, Richard** | Former head of Novartis Crop Protection AG (18:7) | Member of the team that created Syngenta (134:23) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Stepan, Mark** | N/A | Syngenta Crop Protection AG Global Product Manager 2nd in charge (100:6) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Street, John** | N/A | Located in Basel (192:6) | N/A | N/A | N/A | N/A | N/A | Not currently employed by any of the Syngenta Companies (73:21) Formerly Global Head of Regulatory Affairs Syngenta Crop Protection AG (74:1-18) | N/A | N/A |
| **Stypa, Dr. Marian** | N/A | N/A | N/A | Formerly Crop Protection Canada Regulatory affairs, now at SCPI R&D (113:16) | SCPI, head of development and product safety NAFTA (113:23) | N/A | N/A | Supervises McFarland (65:19) member of Senior management Group (67:13) Syngenta Crop Protection Canada Inc. (85:19) | SCPI (9:2) Formerly, Syngenta Crop Protection Canada Inc. (17:3) | Drost's Boss at SCPI (28:1-5) |

Exhibit 363 Page 29

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| **Sullivan, Jonathan** | Attorney with Syngenta International AG under Christoph Maeder (87:5) | Member of Syngenta AG executive Committee (113:20) | Syngenta Group Litigation Counsel (41:22) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Suter, Jan** | N/A | Former head of Global Marketing (187:22) Now head of Africa/Middle East (187:24) | N/A | N/A | Works in Europe, Africa, Middle East Region (138:8) | N/A | N/A | N/A | N/A | N/A |
| **Swaine, Bill** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Works in Environmental Sciences in Greensboro, Crop Protection Development (116:10) |
| **Swaine, Harry** | N/A | N/A | N/A | N/A | N/A | Hertl's manager, doesn't know what entity (68:21) head of Environmental Sciences (124:5) | N/A | Retired from the company (153:14) | N/A | N/A |
| **Taylor, Martin** | Chairman of the Syngenta AG board (50:19) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Tigler, Carsten** | N/A | N/A | N/A | Not sure if still with the company (115:15) Global Communications role Public Affairs SCPI (115:20) | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 30

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Tout, Nancy | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Development Head in Canada (58:19) | N/A |
| Vail, Gordon | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Technical Brand Manager for Herbicides, Greensboro SCPI (113:23-114:13) |
| Valentin, Marcelo | N/A | Head of Mexico, SCPI (36:3) | N/A | N/A | Head of Mexico, SCPI (29:25) | N/A | N/A | N/A | N/A | N/A |
| Vanausdein, Michael | N/A | N/A | N/A | Formerly with Syngenta America, Inc., no longer with the company (116:5) | Formerly SCPI (222:5)bro | N/A | N/A | N/A | N/A | N/A |
| Volner, Dick | N/A | N/A | N/A | Retired President of Crop Protection Canada (114:8) | N/A | N/A | N/A | N/A | N/A | N/A |
| Walker, Martin | Head of Syngenta Business Services on the Business systems Committee, Syngenta International AG (106:23) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Watson, Greg | N/A | N/A | N/A | Formerly Syngenta Crop Protection NAFTA. now at Monsanto, Regulatory Affairs Group (118:19) | N/A | N/A | N/A | SCPI (85:13) Team Leader for Herbicides in Regulatory Affairs Department (124:21) | N/A | N/A |

Exhibit 363 Page 31

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Weber, Hans | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Portfolio and Project Leader for Europe, Basel(76:12) |
| Werner, Christoph | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Toxicologist in Basel (34:13) | N/A | N/A |
| Williams, Kevin | N/A | N/A | Head of HSEQ: Health, Safety, Environment, Quality. Not sure which Syngenta Entity (53:10, 55:6-15) | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Winkler, Gian | N/A | N/A | N/A | N/A | N/A | Head of the Stein, Switzerland toxicology testing facility (84:15) | N/A | N/A | N/A | N/A |
| Woods, Bob | N/A | Member of the Development committee representing the U.S. region (198:20) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Wren, Bob | N/A | N/A | N/A | N/A | Finance, doesn't know what entity (198:12) | N/A | N/A | N/A | N/A | N/A |
| Yau, Alex | N/A | N/A | N/A | "I don't know him" (119:7) | N/A | Reports to Hertl in Singapore (64:22) | N/A | N/A | N/A | N/A |
| Zoschke, Andreas | N/A | Doesn't say what entity (218:6) | N/A | N/A | From Basel (134:23) | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 32

**DEPOSITION TESTIMONY ABOUT JOB TITLES, DESCRIPTIONS AND EMPLOYERS OF SYNGENTA GROUP PERSONNEL**

| NAME | DEPONENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maeder | Atkin | Meili | Quarles | Hawkins | Hertl | Fogden | McFarland | Stypa | Drost |
| Zuercher, Nik | Head of Syngenta Group Treasury (65:19) | N/A | N/A | N/A | N/A | N/A | Group Treasurer, Syngenta International AG, Basel (25:7) | N/A | N/A | N/A |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN ATRAZINE LITIGATION

Exhibit 363 Page 33