CAUSE NO. 2001-07795

| | | |
|---|---|---|
| PORT OF HOUSTON AUTHORITY, | ) | IN THE DISTRICT COURT OF |
|     Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| GB BIOSCIENCES CORPORATION, | ) | |
| GB BIOSCIENCES HOLDINGS, | ) | |
| INC., ISK MAGNETICS, INC., | ) | HARRIS COUNTY, T E X A S |
| OCCIDENTAL CHEMICAL | ) | |
| CORPORATION, JOHN STANSBURY, | ) | |
| WILLIAM HUTTON, ZENECA | ) | |
| HOLDINGS, INC., SYNGENTA AG, | ) | |
| SYNGENTA CORPORATION, | ) | |
| SYNGENTA CROP PROTECTIONS, | ) | |
| INC. | ) | |
|     Defendants. | ) | 151ST JUDICIAL DISTRICT |

*******************************************

DEPOSITION OF

ELIZABETH K. QUARLES

Thursday, March 27, 2003

*******************************************

DEPOSITION of ELIZABETH K. QUARLES, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 27th day of March, 2003, from 8:40 a.m. to 12:45 p.m. , before ELLEN CORBETT HANNUM, RMR, CMRS, in and for the State of Delaware, reported by machine shorthand, at the offices of Syngenta Corporation, 2200 Concord Pike, Wilmington, Delaware, pursuant to the Texas Rules of Civil Procedure; that the deposition shall be read by the Witness and signed before any Notary Public.

GRNVL0000085905
CONFIDENTIAL INFORMATION   Exhibit 365
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Page 2

APPEARANCES
COUNSEL FOR PLAINTIFF, PORT OF HOUSTON AUTHORITY
  Mr. William J. Jackson
  CONNELLY, BAKER, WOTRING & JACKSON, LLP
  700 Louisiana, Suite 1850
  Houston, Texas 77002
  Phone (713) 980 - 1717

COUNSEL FOR DEFENDANTS, GB BIOSCIENCES CORPORATION, GB BIOSCIENCES HOLDINGS, INC., ZENECA HOLDINGS, INC., ZENECA, INC., ZENECA AG PRODUCTS, INC., SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, INC., and JOHN STANSBURY
  Mr. J. Clay Rogers
  FULBRIGHT & JAWORSKI, LLP
  1301 McKinney, Suite 5100
  Houston, Texas 77010-3095
  Phone (713) 651 - 5151

COUNSEL FOR DEFENDANT, ISK MAGNETICS, INC.
  Mr. Matthew S. Parish
  TUCKER, TAUNTON, SNYDER & SLADE
  8 Greenway Plaza, Suite 1200
  Houston, Texas 77046
  Phone (713) 993 - 2342

COURT REPORTER
  Ms. Ellen Corbett Hannum, RMR, CMRS
  Corbett & Associates
  1400 N. French Street
  Wilmington, Delaware 19801
  Phone (302) 571 - 0510
  Fax   (302) 571 - 1321

Page 3

INDEX

                                              Page
Stipulations.............................. 1
Appearances............................... 2
WITNESS: ELIZABETH K. QUARLES
    Examination By Mr. Jackson ............. 6
    Examination By Mr. Rogers .............. 121
    Examination By Parish .................. 127
    Further Examination By Mr. Jackson...... 128

Signature and Changes...................... 131
Reporter's Certificate..................... 132

Page 4

EXHIBIT INDEX
PLAINTIFF'S EXHIBIT NO. 873
    Bates stamped SCJ001592           10
PLAINTIFF'S EXHIBIT NO. 874
    Bates stamped SCJ001742           13
PLAINTIFF'S EXHIBIT NO. 875
    Bates stamped SCJ001710-1711      27
PLAINTIFF'S EXHIBIT NO. 876
    Bates stamped SCJ00712-1713       29
PLAINTIFF'S EXHIBIT NO. 877
    Bates stamped SCJ001657-1660      30
PLAINTIFF'S EXHIBIT NO. 878
    Bates stamped SCJ001718B-1719     32
PLAINTIFF'S EXHIBIT NO. 879
    Bates stamped SCJ001724-1725      33
PLAINTIFF'S EXHIBIT NO. 880
    Bates stamped SCJ001724-1725      34
PLAINTIFF'S EXHIBIT NO. 881
    Bates stamped SCJ001728-1730      35
PLAINTIFF'S EXHIBIT NO. 882
    Bates stamped SCJ001734-1741      36
PLAINTIFF'S EXHIBIT NO. 883
    Bates stamped SCJ001721-1723      37
PLAINTIFF'S EXHIBIT NO. 884
    Bates stamped SCJ001685-1696      44
PLAINTIFF'S EXHIBIT NO. 885
    Bates stamped SCJ001655-1656      46
PLAINTIFF'S EXHIBIT NO. 886
    Bates stamped SCJ001667-1668      49
PLAINTIFF'S EXHIBIT NO. 887
    Bates stamped SCJ001683-1684      53

Page 5

EXHIBITS CONTINUED
PLAINTIFF'S EXHIBIT NO. 888
    Bates stamped SCJ001681-1682      54
PLAINTIFF'S EXHIBIT NO. 889
    Bates stamped SCJ001714-1715      58
PLAINTIFF'S EXHIBIT NO. 890
    Bates stamped SCJ001716-1717      59
PLAINTIFF'S EXHIBIT NO. 891
    Bates stamped SCJ001662-1663      62
PLAINTIFF'S EXHIBIT NO. 892
    Bates stamped SCJ001664-1665      63
PLAINTIFF'S EXHIBIT NO. 893
    Bates stamped SLD001538-1540      69
PLAINTIFF'S EXHIBIT NO. 894
    Bates stamped SLD001538-1540      71
PLAINTIFF'S EXHIBIT NO. 895
    Bates stamped GBB445765           85
PLAINTIFF'S EXHIBIT NO. 896
    Bates stamped GBB445766           34
PLAINTIFF'S EXHIBIT NO. 897
    Bates stamped SLD000643-647       108
PLAINTIFF'S EXHIBIT NO. 898
    Bates stamped SLD000648           110
PLAINTIFF'S EXHIBIT NO. 8991
    Bates stamped SLD001523-1524      112
PLAINTIFF'S EXHIBIT NO. 8992
    Bates stamped SC0000231           116
PLAINTIFF'S EXHIBIT NO. 8993
    Bates stamped SLD000653           119

GRNVL0000085906
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION

Exhibit 365

Elizabeth Quarles

## Page 26

| | | |
|---|---|---|
| 00:26 | 1 | services agreement |
| 00:26 | 2 | A   Um-hmm. |
| 00:27 | 3 | Q   Are services, tax services included in that |
| 00:27 | 4 | $1.6 million figure? |
| 00:27 | 5 | A.  The services, but not necessarily the taxes. |
| 00:27 | 6 | Q.  Right. |
| 00:27 | 7 | A.  Yes |
| 00:27 | 8 | Q   Okay.  The taxes are allocated to each of the |
| 00:27 | 9 | subsidiaries on a separate line item? |
| 00:27 | 10 | A   The taxes that are paid by Syngenta |
| 00:27 | 11 | Corporation on behalf of the group are charged back to |
| 00:27 | 12 | the individual companies under this tax-sharing |
| 00:27 | 13 | agreement. |
| 00:27 | 14 | Q.  Okay.  Under the tax-sharing agreement, is |
| 00:27 | 15 | there a similar allocation spread across the operational |
| 00:27 | 16 | units? |
| 00:27 | 17 | A   The tax-sharing agreement says that the |
| 00:27 | 18 | allocation is made based on the percentage method under a |
| 00:27 | 19 | particular section of the Internal Revenue code.  So it's |
| 00:27 | 20 | my understanding that that particular methodology, as |
| 00:28 | 21 | defined under the Internal Revenue code, is what is |
| 00:28 | 22 | followed, which would presumably vary from the method |
| 00:28 | 23 | under the shared services agreement. |
| 00:28 | 24 | Q.  Okay  Do you know if the taxes charged back |

## Page 27

| | | |
|---|---|---|
| 00:28 | 1 | to GB are intended to accurately reflect the taxes that |
| 00:28 | 2 | GB would have paid had it not been part of the family, or |
| 00:28 | 3 | is it just a percentage allocation of its share of the |
| 00:28 | 4 | taxes for the whole? |
| 00:28 | 5 | A   The tax-sharing agreement seems to indicate, |
| 00:28 | 6 | as I read it, that if a particular company has a loss, |
| 00:28 | 7 | for example, or a particular benefit, that they are given |
| 00:28 | 8 | credit for that  I don't have enough information to know |
| 00:28 | 9 | if, how that is handled. |
| 00:28 | 10 | Q   Okay.  Other than the items that we have just |
| 00:29 | 11 | discussed, are you aware of any other financial or |
| 00:29 | 12 | treasury-type services that Syngenta Corporation would |
| 00:29 | 13 | provide directly to GB? |
| 00:29 | 14 | A   No |
| 00:29 | 15 | (A document was marked as Plaintiff's |
| 00:29 | 16 | Exhibit No. 875 for identification.) |
| 00:29 | 17 | MR  JACKSON:  I show you what I marked |
| 00:29 | 18 | as Plaintiff's 875. |
| 00:29 | 19 | Q.  Can you tell me what this is, Ms. Quarles? |
| 00:29 | 20 | A   This is a line of credit agreement between |
| 00:29 | 21 | Syngenta Finance Corporation and GB Biosciences |
| 00:29 | 22 | Corporation with Syngenta Finance as the lender. |
| 00:30 | 23 | Q   Okay.  Is this the line of credit agreement |
| 00:30 | 24 | that we were just discussing? |

## Page 28

| | | |
|---|---|---|
| 00:30 | 1 | A   Yes, it is |
| 00:30 | 2 | Q   Is this a true and correct copy of that |
| 00:30 | 3 | document? |
| 00:30 | 4 | A   Yes, it is |
| 00:30 | 5 | Q   Can you describe for me the purpose or the |
| 00:30 | 6 | concept behind this line of credit agreement and the cash |
| 00:30 | 7 | sweep agreement and how they interplay? |
| 00:30 | 8 | A   Yes |
| 00:30 | 9 | Q   Would you please? |
| 00:30 | 10 | A   Um-hmm  From time to time GB, as is true with |
| 00:30 | 11 | all of the different affiliates, needs cash  Our |
| 00:30 | 12 | business is a very seasonal business, cash does not come |
| 00:30 | 13 | in in equal amounts every month  It's very variable.  So |
| 00:30 | 14 | when the business needs cash to meet its operating needs, |
| 00:30 | 15 | Syngenta Finance lends cash  When GB -- and there is a |
| 00:31 | 16 | mechanism whereby it can draw down essentially or borrow |
| 00:31 | 17 | money from Syngenta Finance for its needs  When Syngenta |
| 00:31 | 18 | -- I'm sorry, when GB is in a cash-positive position, for |
| 00:31 | 19 | example, when it's during the months or times when it is |
| 00:31 | 20 | selling product and receiving payment from affiliates and |
| 00:31 | 21 | cannot only meet its own cash needs but has a surplus of |
| 00:31 | 22 | cash, then there is money that is swept into the, up |
| 00:31 | 23 | through the cash sweep agreement through the banking |
| 00:31 | 24 | process |

## Page 29

| | | |
|---|---|---|
| 00:31 | 1 | Q   Is the money that is swept up then available |
| 00:31 | 2 | to other affiliates through the line of credit? |
| 00:31 | 3 | A   The amount of money that is swept up is held |
| 00:31 | 4 | on deposit, so there is -- they have an asset in that |
| 00:32 | 5 | sense in our Syngenta Finance's books on behalf of GB |
| 00:32 | 6 | So Syngenta Finance has that cash available to lend to |
| 00:32 | 7 | others if need be |
| 00:32 | 8 | Q   Right.  Okay  And it does in fact lend it to |
| 00:32 | 9 | others if need be? |
| 00:32 | 10 | A.  It's my understanding, yes |
| 00:32 | 11 | (A document was marked as Plaintiff's |
| 00:32 | 12 | Exhibit No  876 for identification ) |
| 00:32 | 13 | BY MR JACKSON: |
| 00:32 | 14 | Q.  Let me show you what we have marked as |
| 00:32 | 15 | Plaintiff's 876, and ask you if you can tell me what that |
| 00:32 | 16 | document is? |
| 00:32 | 17 | A   This is the cash sweep agreement between GB |
| 00:32 | 18 | Biosciences Corporation and Syngenta Finance that we have |
| 00:32 | 19 | been discussing. |
| 00:32 | 20 | Q   Okay  And is this a true and correct copy of |
| 00:32 | 21 | that agreement? |
| 00:32 | 22 | A   Yes |
| 00:33 | 23 | Q   I got myself a little bit out of order so |
| 00:33 | 24 | forgive me if I jump around a little bit |

GRNVL0000085912
CONFIDENTIAL INFORMATION   Exhibit 365
SUBJECT TO PROTECTIVE ORDER
IN ATRAZINE LITIGATION