IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF GREENVILLE, IL;  VILLAGE OF COULTERVILLE, IL;  VILLAGE OF EVANSVILLE, IL;  VILLAGE OF FARINA, IL;  CITY OF GILLESPIE, IL;  CITY OF CAMERON, MO;  CITY OF CONCORDIA, MO;  CITY OF CARBONDALE, KS;  CITY OF MARION, KS;  MIAMI COUNTY RURAL WATER DISTRICT NO. 2;  CITY OF OSWEGO, KS;  CITY OF JASPER, IN;  VILLAGE OF MONROEVILLE, OH;  CITY OF UPPER SANDUSKY, OH;  CRESTON MUNICIPAL UTILITIES;  ILLINOIS-AMERICAN WATER CO.;  MISSOURI-AMERICAN WATER CO.;  INDIANA-AMERICAN WATER CO., INC.;  IOWA-AMERICAN WATER CO.;  OHIO-AMERICAN WATER CO.;  CHARITON MUNICIPAL WATERWORKS; and VILLAGE OF OTTAWA, OH, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>SYNGENTA CROP PROTECTION, INC., and SYNGENTA AG,<br><br>      Defendants. | Case No. 10-cv-188-JPG-PMF |
| ENVIRONMENTAL LAW AND POLICY CENTER and PRAIRIE RIVERS NETWORK,<br><br>      Intervenors. | |

## JUDGMENT REGARDING SEALED DOCUMENTS

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following documents may not be maintained under seal in this case:

Doc. 112 (main document);

Exhibits 1-5, 8-13, 17, 19, 23, 25, 28, 29, 31, 32, 36, 37, 40, 47, 49, 54, 57, 58-60, 68, 69, 71, 79, 95, 107, 116, 117, 119, 123, 134, 144, 146, 152, 157, 159, 165, 167, 169, 170, 175, 176, 181, 182, 185, 187, 193-197, 199, 207, 209, 217-219, 222-224, 226, 228, 229, 231, 232, 238, 241, 249, 255, 272-275, 278, 288-293, 298, 306, 318, 325, 329, 330, 332-334, 338, 345, 346, 348, 357-360 and 363-365 to Doc. 112;

Doc. 114;

Doc. 116;

Doc. 121;

Doc. 127;

Doc. 128; and

Doc. 134.

IT IS FURTHER ORDERED AND ADJUDGED that the following documents shall be maintained under seal in this case:

Exhibits 14-16, 18, 20-22, 24, 26, 27, 30, 33-35, 38, 39, 41-46, 48, 50-53, 55, 56, 61-67, 70, 72-78, 80-94, 96-101, 103-106, 108-115, 118, 120-122, 124-133, 135-137, 139-143, 145, 147-151, 153-156, 158, 160-164, 166, 168, 171-174, 177-180, 183, 184, 186, 188-191, 200, 201, 203-206, 208, 210-216, 220, 221, 227, 230, 233-237, 239-240, 242-248, 250-254, 256-271, 276, 277, 279-287, 297, 299-305, 307-317, 319-321, 323, 324, 326, 327, 331, 335-337, 340-344, 347, 349-356, 362 to Doc. 112;

Exhibits 338-348 to Doc. 115.

IT IS FURTHER ORDERED AND ADJUDGED that the following Exhibits to Doc. 112 may be not be maintained under seal but may be redacted as follows:

Exhibit 6: Hertl Dep. 77:6 and 77: 23 redacted;

Exhibit 7: Hawkins Dep. 7:21 redacted;

Exhibit 102: salary information redacted;

Exhibit 138: name and position/title of employee redacted from pp. 1 and 2;

Exhibit 192: name and position/title of employee redacted from pp. 1 and 3;

Exhibit 198:  name and position/title of employee redacted from p. 1;

Exhibit 202:  name and position/title of employee redacted from each page;

Exhibit 225: p. 3 redacted;

Exhibits 294, 295 and 296: names/code names of chemistry compounds redacted;

Exhibit 322:  names of nonparty employees whose compensation packages were being discussed redacted

Exhibit 328:  private compensation rate redacted; and

Exhibit 339: identity of individual employee redacted.

**DATED:  March 19, 2013**               NANCY J. ROSENSTENGEL, Clerk of Court

                                         s/Deborah Agans, Deputy Clerk


**Approved:**   s/J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**