**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CITY OF GREENVILLE, ILLINOIS *et al.*, Individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Cause No. 10-188-JPG |
| SYNGENTA CROP PROTECTION, INC. and SYNGENTA AG, | ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel for defendant, SYNGENTA CROP PROTECTION, INC.

DATED: August 21, 2013

/s/ John Donley, P.C.
John Donley, P.C.
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Tel.: 312-862-2000
Fax: 312-862-2200
john.donley@kirkland.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2013, a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.

      /s/ John Donley, P.C.

John Donley, P.C.
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Tel.: 312-862-2000
Fax: 312-862-2200
john.donley@kirkland.com