# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| CITY OF GREENVILLE, et al., ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 10-188 |
| SYNGENTA CROP PROTECTION, LLC, et al., ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Intervenor Jane Doe 2.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of See attached. The state and federal bar numbers issued to me are: See attached.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Aug 29, 2013
Date

Signature of Movant

17 N. State Street, Suite 1600
Street Address

Joseph J. Siprut
Printed Name

Chicago, IL 60602
City, State, Zip

Joseph J. Siprut

State and Federal Licensures:

- Illinois State Bar
- Northern District of Illinois
- Seventh Circuit Court of Appeals
- United States Supreme Court

State and Federal Bar Numbers

- Illinois: 6279813
- United States Supreme Court: 13516